

# Huntington Police Department
## Annual Report 2013

Huntington Police Department K-9
"Rio"
End of watch - April 29, 2013

PLAINTIFFS TRIAL
EXHIBIT
**P-41252_00001**

## *In memory of Rio...*



"K-9 Rio was a loyal and faithful K-9 to the HPD and the citizens of Huntington. K-9 Rio not only helped keep our officers safe, but was equally instrumental in our community drug eradication efforts…"

- Chief W.H. "Skip" Holbrook

On April 29th, 2013, HPD K-9 Rio was involved in an apprehension training exercise during the afternoon hours. During this training, Rio suddenly and unexpectedly collapsed and became unresponsive. Rio was immediately taken by his handler and other officers to a local veterinary hospital, however, efforts to resuscitate Rio were unsuccessful.

Rio entered service on September 18, 2009, as a dual tracking and narcotics detection K-9. During his service with the Huntington Police Department, K-9 Rio alongside his handler, PFC Ronnie Lusk, was responsible for completing 50 suspect tracks, resulting in 17 suspect apprehensions. Over his career, K-9 Rio was also directly responsible for the detection and seizures of the following illicit drugs:

| | |
|---|---|
| **Cocaine** | **1412 grams** |
| **Heroin** | **400 grams** |
| **Marijuana** | **1942 grams** |
| **Opiates** | **1884 dosage units** |

Rio's end of watch was April 29, 2013.

P-41252_00002

# TABLE OF
# **CONTENTS**

**Vision and Mission Statement** . . . . . . . 4

**From the Chief of Police** . . . . . . . . . . . . 5

**Executive Command Staff** . . . . . . . . . . 6

**2013 Crime Statistics** . . . . . . . . . . . . . . 7

**Patrol Bureau** . . . . . . . . . . . . . . . . . . . 11
- Traffic Unit . . . . . . . . . . . . . . . . . . . . . . 11
- K-9 Unit . . . . . . . . . . . . . . . . . . . . . . . . 12
- Code Enforcement Unit . . . . . . . . . . . 13

**Criminal Investigations Bureau** . . . . . . . 15
- Violent Crimes Unit . . . . . . . . . . . . . . . 15
- Property Crimes Unit . . . . . . . . . . . . . . 16
- Family Crimes Unit . . . . . . . . . . . . . . . 16
- Forensic Investigations Unit . . . . . . . 17
- Digital Forensics Unit . . . . . . . . . . . . 17
- Victim Advocate . . . . . . . . . . . . . . . . . 17

**Special Investigations Bureau** . . . . . . . 21
- Seizures Total for 2013 . . . . . . . . . . . . 22
- Emerging Threats . . . . . . . . . . . . . . . . 22
- FBI Violent Crime Drug
  Task Force . . . . . . . . . . . . . . . . . . . . . 22
- ATF River City Gun Task Force . . . . . 23
- DEA Task Force . . . . . . . . . . . . . . . . . . 23
- Special Emphasis Unit (SEU) . . . . . 25
- Appalachia HIDTA . . . . . . . . . . . . . . . 25

**SWAT/Crisis Negotiation Team** . . . . . . . 27

**The Office of Professional Standards** . . . 28
- Complaint Investigations . . . . . . . . . . 28
- Use of Force . . . . . . . . . . . . . . . . . . . . 28
- Employee Motor Vehicle
  Collisions . . . . . . . . . . . . . . . . . . . . . . 30
- Other Endeavors . . . . . . . . . . . . . . . . . 30

**Administrative Bureau** . . . . . . . . . . . . . 31
- Summary of Grants . . . . . . . . . . . . . . . 31
- Neighborhood Institute . . . . . . . . . . . 32

- Training . . . . . . . . . . . . . . . . . . . . . . . . 34
- Recruiting . . . . . . . . . . . . . . . . . . . . . . 34
- Systems Managment Unit . . . . . . . . . 35
- Property Unit . . . . . . . . . . . . . . . . . . . . 35

**Programs and Partnerships** . . . . . . . . . . 36
- Mission Tri-State . . . . . . . . . . . . . . . . . 36
- S.T.O.P. Crime in Our Community . . . . . . 36
- Huntington Police Explorers . . . . . . . 36
- Prescription Take-Back Program . . . . . . 36
- Huntington Police/Marshall
  University Forensic Science
  Partnership . . . . . . . . . . . . . . . . . . . . . 37
- Cabell/Wayne Homeland
  Security Group . . . . . . . . . . . . . . . . . . 37
- A.D. Lewis Revitalization . . . . . . . . . . . 37

**Initiatives** . . . . . . . . . . . . . . . . . . . . . . . . 39
- River to Rail . . . . . . . . . . . . . . . . . . . . . 39
- Bicycle Safety . . . . . . . . . . . . . . . . . . . 39
- Community Force Initiative . . . . . . . . 39
- Heads Up Huntington . . . . . . . . . . . . . 40
- Opiate Abuse Program . . . . . . . . . . . . 40
- Click It or Ticket . . . . . . . . . . . . . . . . . 40

**Peace Officers Memorial Day** . . . . . . . . 41
- Isaac Mitchell Dedication . . . . . . . . . . 42

**Fraternal Order of Police** . . . . . . . . . . . . 44

**2013 Awards** . . . . . . . . . . . . . . . . . . . . . 46
- United States Department
  of Justice, U.S. Attorney
  Awards for Public Service . . . . . . . . . . 46
- 2013 WV Governor's Highway
  Safety Program . . . . . . . . . . . . . . . . . . 47
- Officer of the Month . . . . . . . . . . . . . . 48
- Officer of the Year Award . . . . . . . . . . 51
- Promotions . . . . . . . . . . . . . . . . . . . . . 52
- Outstanding Achievements . . . . . . . . . 53
- Retirements . . . . . . . . . . . . . . . . . . . . . 54



## VISION STATEMENT

The members of the Huntington Police Department embrace quality policing and are committed to the development of a comprehensive strategy to prevent crime, resolve public safety issues, provide service to the community, and enhance the quality of life within our city.

## MISSION STATEMENT

The mission of the Huntington Police Department is to provide the highest level of professional police service while preventing crime through problem-solving partnerships.

This mission is accomplished by a commitment to:
- reduce criminal victimization
- call offenders to account
- reduce fear and enhance personal security
- strive to ensure safety in public places
- when required, use force fairly, efficiently, and effectively
- maintain fiscal responsibility to our citizens
- meet the expectations of our community

4



*From the* CHIEF OF POLICE

To Mayor Steve Williams, Huntington City Council, and the residents of Huntington:

On behalf of the dedicated employees of the Huntington Police Department, it is my pleasure to present to you the 2013 Annual Report.

This past year was an exciting time for the Huntington Police Department and the City of Huntington. In January 2013, Steve Williams was sworn in as Mayor. From the beginning, Mayor Williams frequently spoke favorably of the Huntington Police Department, referring to us as the "Gold Standard" for law enforcement. This standard is because of our exceptional staff, officers, command staff, service clerks, custodians, administrative assistants and code enforcement personnel.

A few of our accomplishments in 2013 included the launch of the "Heads Up Huntington" public notification smartphone application, creation of the Code Enforcement Unit, deployment of the *Isaac H. Mitchell* maritime patrol boat, and a recruitment campaign that resulted in the highest number of applicants since 1998. However, our most important accomplishment was building upon our existing relationships with the community.

We also experienced several significant retirements in 2013; Capt. Alan Rohrig, Lt. B.J. Wamsley, Lt. Darren McNeil, and Corporal Richard Knight. As with all retirements, years of experience and leadership are lost. However, new hires and promotions also bring energy, fresh ideas and different styles of leadership – positive change grows both individuals and organizations. This is certainly the case at the Huntington Police Department.

Community engagement remains a top priority at the police department. The Neighborhood Institute and its Neighborhood Association members have proven to be one of our most important stakeholders in addressing public safety. The West End "River to Rail" initiative is off to a great start, in large part due to community involvement. Finally, our Crime and Drug Tip Line had over 1,600 tips from citizens, resulting in significant drug seizures and arrests.

I am so proud of the unparalleled service our employees provide to the citizens of Huntington. Together we will continue to find lasting solutions as we become a true city of excellence. It is my honor to be your Chief of Police.

Respectfully submitted,

W.H. "Skip" Holbrook, *Chief of Police*

5



**EXECUTIVE COMMAND STAFF**

*Left to right: Captain Ray Cornwell, Captain Hank Dial, Chief W.H. "Skip" Holbrook,*

*Captain Rick Eplin, Captain Mike Albers, Captain Rocky Johnson*

## Huntington Police Organizational Chart



P-41252_00006

# 2013 CRIME STATISTICS



## IN 2013

- Arson has decreased 70.2% since 2012
- Simple Assaults down 10.6%
- Robbery has declined 8.7%

## SINCE 2006

- Overall offenses have dropped 17.7%
- Violent offenses have declined 23.2%
- Property offenses have dropped 13.0%
- Robbery has declined 32.4%

Violent and property crimes, which reached a high point in 2006, have stabilized over the past four years. Since reaching this peak in 2006, the city's crime rate has experienced an overall reduction of 17.7%. Much like the rest of the country, the City of Huntington is now facing the resurgence of an old threat, which is the influx of heroin into our community. This influx has placed a strain on the resources of many agencies, including the Huntington Police Department. Increases in crime over the past year are directly related to the heroin epidemic hitting our region. This has caused an increase of 4.8% in the overall crime rate in Huntington with a majority of this increase being due to the increase in property crimes.

Despite the overall increase in crime, violent offenses are still down 23.2% compared to the number of violent offenses reported in 2006. This includes a 32.4% reduction in robbery, a 13.1% reduction in aggravated assaults, and a 23.9% reduction in forcible rape. Property offenses experienced an overall decline of 13% since 2006. This decline includes a reduction in burglaries by 15.1%, vehicle break-ins by 12.5%, general larceny by 13.2%, and motor vehicle thefts by 48.3%.

All levels of government have continued to prove their commitment to enhancing the quality of life in the City of Huntington. With the continued support of local, state, and federal authorities, the Huntington Police Department will strive to continue to work hand in hand with community groups and the residents of Huntington to reduce crime within our city limits. In 2014, we look forward to continuing these partnerships and collaborations to provide the best law enforcement services available.



*Records clerk, Rebekkah Jackson.*

P-41252_00007

# 2013 CRIME STATISTICS





### *Part I Offenses 2006-2013*

| Offenses | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|
| Murder | 0 | 3 | 8 | 4 | 2 | 3 | 5 | 5 |
| Forcible Rape | 46 | 48 | 48 | 34 | 31 | 35 | 34 | 35 |
| Robbery | 185 | 182 | 168 | 161 | 181 | 172 | 140 | 125 |
| Aggravated Assault | 122 | 123 | 91 | 107 | 89 | 92 | 86 | 106 |
| Total Violent Crime | 353 | 356 | 315 | 306 | 303 | 302 | 265 | 271 |
| | | | | | | | | |
| Arson | 9 | 27 | 14 | 20 | 26 | 22 | 74 | 22 |
| Burglary | 1214 | 1160 | 1022 | 938 | 851 | 994 | 1006 | 1030 |
| Larceny-Theft | 2342 | 2071 | 1969 | 1879 | 1870 | 1841 | 1945 | 2157 |
| Motor Vehicle Theft | 304 | 303 | 273 | 181 | 176 | 158 | 146 | 157 |
| Total Property Crimes | 3869 | 3561 | 3278 | 3018 | 2923 | 3015 | 3171 | 3366 |
| | | | | | | | | |
| Totals | 4222 | 3917 | 3593 | 3324 | 3226 | 3317 | 3436 | 3637 |

P-41252_00008

# 2013 CRIME STATISTICS

*All Offenses In the City of Huntington 2006-2013*

| Offenses | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|
| State UCR Classification | 635 | 775 | 631 | 722 | 599 | 688 | 245 | 105 |
| Murder & Non-Negligent Manslaughter | 0 | 3 | 8 | 4 | 2 | 3 | 5 | 5 |
| Homicide - Negligent Manslaughter | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Forcible Rape | 46 | 48 | 48 | 34 | 31 | 35 | 34 | 35 |
| Sex Offense - Forcible Sodomy | 1 | 0 | 2 | 1 | 0 | 2 | 0 | 2 |
| Sex Offense - Assault with a object | 5 | 9 | 13 | 13 | 21 | 28 | 38 | 18 |
| Sex Offense - Forcible Handling | 27 | 21 | 19 | 13 | 10 | 20 | 9 | 15 |
| Sex Offense - Statutory Rape | 1 | 0 | 3 | 0 | 0 | 3 | 0 | 3 |
| Sex Offense - Incest | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Burglary/Breaking & Entering | 1214 | 1160 | 1022 | 938 | 851 | 994 | 1006 | 1030 |
| Larceny - Pocket-picking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Larceny - Purse-snatching | 4 | 3 | 5 | 1 | 9 | 0 | 1 | 1 |
| Larceny - Shoplifting | 100 | 67 | 39 | 57 | 42 | 86 | 83 | 117 |
| Larceny - From Building | 20 | 13 | 23 | 20 | 23 | 17 | 16 | 58 |
| Larceny - From Coin-oprated Device | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |
| Larceny - From Vehicle/Not Parts | 795 | 608 | 636 | 669 | 520 | 406 | 508 | 695 |
| Lacreny - Of Motor Vehicle Part/Access | 3 | 0 | 2 | 0 | 2 | 0 | 12 | 52 |
| Larceny - Other | 1420 | 1380 | 1263 | 1131 | 1273 | 1332 | 1325 | 1232 |
| Motor Vehicle Theft | 304 | 303 | 273 | 181 | 176 | 158 | 146 | 157 |
| Kidnapping/Abduction | 12 | 8 | 9 | 6 | 8 | 10 | 6 | 5 |
| Arson | 9 | 27 | 14 | 20 | 26 | 22 | 74 | 22 |
| Drug/Narcotics | 286 | 213 | 221 | 238 | 231 | 232 | 218 | 251 |
| Drug Equipment | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 9 |
| Bribery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Embezzlement | 24 | 27 | 23 | 27 | 18 | 21 | 18 | 24 |
| Fraud - False Pretences/Games | 91 | 132 | 138 | 179 | 143 | 117 | 128 | 133 |
| Fraud Credit Card/ATM | 2 | 0 | 12 | 4 | 23 | 22 | 15 | 54 |
| Fraud - Impersonation | 0 | 0 | 1 | 0 | 7 | 21 | 21 | 11 |
| Fraud - Welfare Fraud | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 0 |
| Fraud - Wire Fraud | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Counterfeit/Forgery | 130 | 117 | 107 | 58 | 100 | 97 | 87 | 66 |
| Extortion/Blackmail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prostitution | 21 | 52 | 51 | 59 | 34 | 51 | 50 | 33 |
| Prostitution- Promoting/Assisting | 0 | 1 | 0 | 0 | 0 | 3 | 0 | 0 |
| Stolen Property | 4 | 0 | 2 | 0 | 3 | 1 | 1 | 48 |
| Aggravated Assault | 122 | 123 | 91 | 107 | 89 | 92 | 86 | 106 |
| Simple Assault | 985 | 852 | 859 | 940 | 859 | 883 | 826 | 742 |
| Intimidation | 8 | 1 | 0 | 1 | 0 | 1 | 5 | 12 |
| Destruction/Damage/Vandalism | 1038 | 934 | 1033 | 897 | 725 | 776 | 733 | 718 |
| Robbery | 185 | 182 | 168 | 161 | 181 | 172 | 140 | 125 |
| Bad Check | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weapon Law Violation | 25 | 9 | 15 | 14 | 13 | 7 | 7 | 51 |
| Disorderly Conduct | 130 | 134 | 123 | 103 | 120 | 82 | 81 | 92 |
| Driving Under the Influence | 315 | 316 | 274 | 235 | 257 | 411 | 493 | 389 |
| Drunkenness | 205 | 135 | 135 | 141 | 120 | 116 | 85 | 71 |
| Family Offenses, Nonviolent | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 10 |
| Liquor Law Violations | 4 | 1 | 0 | 1 | 3 | 6 | 0 | 4 |
| Runaway | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 28 |
| Peeping Tom | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Trespass of Real Property | 0 | 1 | 0 | 1 | 2 | 1 | 0 | 15 |
| All other Offenses | 1458 | 1252 | 1159 | 1115 | 1072 | 1101 | 1048 | 1376 |
| **TOTAL** | **9633** | **8911** | **8426** | **8095** | **7596** | **8018** | **7551** | **7922** |

P-41252_00009



Lt. Jason Young and Sgt. Vern Casey conducting roll call for the evening shift.

P-41252_00010

# PATROL BUREAU



Captain Mike Albers

The Patrol Bureau is under the command of Captain Mike Albers. Captain Albers is a 23-year veteran of the HPD. The current assigned strength of the Patrol Bureau is 65 officers or about 59 percent of the department. Patrol officers are typically the first point of contact with the public. The core function of the Patrol Bureau is crime suppression and prevention through uniform presence and response to E911 calls for service.

The Patrol Bureau also serves as the training and proving ground for new police officers. Upon completion of the West Virginia State Police Academy, probationary police officers (PPOs) must successfully complete a comprehensive 10 week field training program. Each PPO is instructed, evaluated and mentored by very talented, hand-selected training officers. Six PPOs completed the evolution through our field training program this year.

In 2013, officers responded to 43,978 calls for service and completed 11,382 reports and conducted 4,564 arrests.

**TRAFFIC UNIT**

The Traffic Unit is led by Cpl. Eddie Bradshaw. The unit is comprised of five officers assigned to various traffic-related duties.

The Traffic Unit coordinated fifty-one total events in 2013. These major events included: the Veterans Homeless Bicycle Time Trial, McDonald's Bicycle Criterium, WV 5K Championship, St. Mary's Triathlon and Duathlon, 5K Color Run, Path to the Cure 5K, Huntington Marathon, Turkey Trot, and the Christmas Parade. The Traffic Unit facilitated 36 5K road races, 11 parades, one Marathon, one Triathlon, numerous dignitary escorts, and traffic control for six Marshall University home football games.

For the sixth year in a row the Traffic Unit received the Prestigious Platinum award from AAA for their efforts in improving traffic safety which makes the region's roadways safer for motorists, bicyclists and pedestrians. Five officers were recognized by the West Virginia Governor's Highway Safety Program and received awards of excellence. Officer Joseph Koher had the highest number of DUI arrests in the State of West Virginia and was awarded "West Virginia DUI Officer of the Year."

| Patrol Bureau Activity | | | | |
|---|---|---|---|---|
| | **2010** | **2011** | **2012** | **2013** |
| Calls for Service | 43,337 | 44,804 | 45,078 | 43,978 |
| Reports Completed | 11,233 | 11,539 | 11,829 | 11,382 |
| | | | | |
| Total Offenses Reported | 7,596 | 8,019 | 7,551 | 7,922 |
| Total Adult Arrests | 5,245 | 5,609 | 5,952 | 4,462 |
| Total Juvenile Arrests | 157 | 133 | 132 | 102 |
| | | | | |
| Total Traffic Citations | 10,892 | 13,326 | 12,298 | 12,674 |
| Traffic Crashes | 2,174 | 2,029 | 1,923 | 1,909 |
| | | | | |
| Traffic Unit Funeral Escorts | 318 | 402 | 319 | 344 |

P-41252_00011



*The K-9 Unit visiting 5th Avenue Baptist Daycare.*

### K-9 UNIT

The K-9 Unit's primary responsibility is the support of patrol operations and drug enforcement activities. Two of the K-9 officers are credentialed through the FBI Task Force, allowing them to assist other local, state and federal law enforcement authorities in the area. The unit currently has seven certified K-9 handlers and eight dogs – six dogs are multi-purpose that includes tracking/apprehension and narcotics detection, one dog is a single-purpose tracking bloodhound, and another is a single-purpose narcotics detection K-9.

The K-9 Unit conducted 118 suspect tracks. They also assisted in locating and seizing 1,865 grams of heroin, 44 pounds of marijuana, 10,955 dosage units of illegally diverted pills and approximately $217,262 in illegal drug proceeds.

### CODE ENFORCEMENT UNIT

On May 23, 2013, Mayor Steve Williams signed Article 502, Alternative Enforcement of External Sanitation and Common Nuisances, into the Codified

| K-9 Unit Supported Seizures 2012 - 2013 | | |
|---|---|---|
| | **2012** | **2013** |
| **Total Tracks** | 69 | 118 |
| **Narcotics** | | |
| Heroin | 699 grams | 1,865 grams |
| Marijuana | 41.78 lbs | 44.0 lbs |
| Prescription Pills | 3,309 du | 10,955 du |
| | | |
| US Currency | $168,464 | $217,262 |

P-41252_00012

Ordinances of the City of Huntington. This article, also known as the "On the Spot Citation Article", allowed for the immediate issuance of a citation for violating city ordinances ranging from dilapidated housing to high weeds growing in individual's yards. The enforcement of this article fell to the Huntington Police Department and the city's compliance officers. On June 2nd, one of the compliance officers, John Baker, was transferred to the Huntington Police Department and the Code Enforcement Unit was created. The unit's original work force consisted of Sgt. Darin Dempsey and Mr. Baker. Over the next few months, two more Code Enforcement Officers were added to the unit. These officers responded to complaints they received from the Mayor's Office, the Crime Tip line, the HPD Facebook page, or through the City's HWV311 smartphone app as well as actively searching the neighborhoods in which they were assigned for violations.

Throughout the remainder of 2013, the Code Enforcement Unit issued 1726 citations for violation of city ordinances of which 1058 have been adjudicated in Municipal Court. Of these, 803 have resulted in dismissals which indicate the property



*Code Enforcement Officer, John Baker, inspecting a property in Westmoreland.*

owner corrected the deficiency for which they were cited and brought their property in compliance with city code. The other 255 failed compliance. This is a compliance rate of 76%. This unit has been highly successful in cleaning up our neighborhoods and improving the quality of life within the City of Huntington.



Joe Holderby inspecting a property with overgrown weeds and trees. In 2013, the Code Enforcement Unit issued 1726 citations for violation of city ordinances.



Detective Rob Stinnett reviewing information in a property crime case.

# CRIMINAL INVESTIGATIONS BUREAU



Captain Rick Eplin

The Criminal Investigations Bureau (CIB) is commanded by Captain Rick Eplin. Captain Eplin is a 28-year veteran of the HPD. He is assisted in command by Lieutenants John Ellis and John Williams. The bureau consists of 15 detectives responsible for day-to-day investigative assignments, and two civilians. The bureau is divided into four units: Violent Crimes Unit, Property Crimes Unit, Family Crimes Unit, and the Forensic Investigations Unit. Each unit has unique responsibilities as it relates to the investigation of criminal activity. The detectives assigned to each of these units receive specialized training directly related to the types of cases investigated.

The Criminal Investigations Bureau received 3,819 cases for review and investigation in 2013, of which 1,994 cases were placed in a suspended status based upon certain investigative criteria. Cases which lack witnesses, identifiable property, physical evidence, or other viable solvability factors are placed in suspended/closed status. These cases will not be investigated further unless additional information is developed. It is not uncommon for cases that have been placed in this suspended/closed status to be later reopened and investigated, based upon new information developed during other investigations.

## VIOLENT CRIMES UNIT

The Violent Crimes Unit is responsible for investigating all homicides, suspicious/unattended deaths, and other violent crimes such as assault, battery, robbery, arson, and malicious woundings. The unit is called upon to conduct sensitive investigations and all officer-involved shootings. Three detectives and a lieutenant are assigned to this unit. They received 792 cases for review. Investigators cleared by arrest a high profile case in which a Marshall University Medical Student was violently robbed. Detectives have also investigated six homicides. Two have been cleared by arrest, three are still ongoing and one was ruled justifiable by the prosecuting attorney.

The Violent Crimes Unit executed 193 search warrants which include residence, cars, businesses, and cell phones.

| Criminal Investigations Bureau Activity 2013 | |
|---|---|
| | |
| Total Cases Received for Review | 3,819 |
| | |
| **Violent Crimes Unit** | |
| Cases Received for Review | 792 |
| Executed Warrants | 193 |
| Cases Presented to Grand Jury | 75 |
| | |
| **Property Crimes Unit** | |
| Cases Received for Review | 1,919 |
| Executed Warrants | 489 |
| Cases Presented to Grand Jury | 50 |
| Court Appearances | 235 |
| Stolen Property Recovered | $313,537 |
| | |
| **Family Crimes Unit** | |
| Cases Received for Review | 1,108 |
| Executed Warrants | 14 |
| Cases Presented to Grand Jury | 26 |
| Court Appearances | 150 |
| Stolen Property Recovered | $3,000 |
| | |
| **Forensic Investigations Unit** | |
| Cases Investigated | 159 |
| Times Called Out | 75 |
| AFIX Tracker Cases Entered | 100 |
| AFIX Tracker Total Hits | 56 |
| Death Scene Investigated | 36 |
| Opinion Testimony in Court | 6 |
| Lab Examinations | 84 |

P-41252_00015

### Criminal Investigations Bureau: Percent of Cases by Unit



- Violent Crimes Unit (871)
- Property Crimes Unit (1,861)
- Family Crimes Unit (1,065)

## Forensic Investigations Unit 2013

| Cases Investigated | 159 |
|---|---|
| **Persons Crimes** | |
| Robbery | 14 |
| Arson | 1 |
| Deaths | 33 |
| Homicides | 6 |
| Malicious Wounding | 9 |
| Officer Involved Shooting | 1 |
| Missing Person | 1 |
| Wanton Endangerment | 5 |
| **Property Crimes** | |
| Stolen Auto | 3 |
| B&E | 23 |
| Burglary | 45 |
| Larceny | 1 |
| Drug Related | 14 |
| Assisting Outside Agency | 16 |
| Traffic Related | 3 |
| Other | 10 |
| Call-outs | 75 |
| Lab Examinations | 84 |

*

| AFIX Tracker | |
|---|---|
| Total cases entered into database | 100 |
| AFIX Tracker Total Hits | 56 |
| Identification Rate | 56% |
| Size of Database | 60,000 |

| Opinion Testimony Given in Court | 7 |
|---|---|

*\* The software update obtained in 2013 to the AFIX Tracker, included the ability to run newly processed arrestees through the database automatically. This update allowed for 10 fingerprint identifications.*

**PROPERTY CRIMES UNIT**

The Property Crimes Unit receives the largest caseload of all investigative units. In 2013, 1,919 cases were received for review. The unit consists of four detectives and one sergeant. The Property Crimes Unit investigates crimes such as burglary, breaking and entering, grand and petit larcenies, auto theft, and white collar crimes.

The Property Crimes Unit recovered approximately $313,537 in stolen property and made 235 court appearances in magistrate court. They also presented 50 cases to the grand jury. During the investigations of those cases, 489 warrants were signed and executed.

Detectives conducted surveillance on suspects that cleared five breaking and enterings which included two at the Big Sandy Arena, one at the Corp of Engineer Building, and two at Goldy's Auto. During the year, the unit was also able to make arrests clearing up 13 breaking and enterings and 12 burglaries, all of which occured in the west end of Huntington.

**FAMILY CRIMES UNIT**

Family Crimes Unit consist of two detectives, a School Resource Officer, and a sergeant. The detectives are responsible for investigating cases of theft involving family members, domestic violence, crimes against children, sexual assaults, and any juvenile crimes. Due to the sensitive nature of some of these investigations, the officers work with our Digital Forensics Unit, the Victim Advocate, and other agencies to ensure the safety and well-being of the families they serve.

The Family Crimes Unit received 1,108 cases for review, which is up slightly from 2012. They presented 26 cases to the grand jury and executed 14 search warrants. They also recovered approximately $3,000 in stolen property.

P-41252_00016



*Detective Jason Davis of the Property Crimes Unit. In 2013, the Property Unit received 1,919 cases to review.*

| Digital Forensics Unit 2013 | |
| --- | --- |
| Description | Cases |
| | |
| Homicide/Overdose | 18 |
| Drugs | 42 |
| Child Pornography | 9 |
| Robbery | 4 |
| Malicious Wounding | 4 |
| Sexual Assault | 2 |
| Burglary | 3 |
| Grand Larceny | 3 |
| Child Neglect | 2 |
| Forgery/Uttering | 1 |
| Stalking | 1 |
| Harassment | 1 |
| Invasion of Privacy | 1 |
| Destruction of Property | 1 |
| Person Prohibited | 1 |

**FORENSIC INVESTIGATION UNIT**

The Forensic Investigation Unit (FIU) is staffed by two sergeants. These highly skilled and trained detectives specialize in the areas of latent print identification, bloodstain pattern analysis, shooting reconstruction, and footwear comparison. The detectives are responsible for the collection, analysis, documentation, and interpretation of evidence in a wide array of crime scene investigations. They have been recognized in courts as experts in these disciplines. By virtue of their experience and expertise, they are often sought to assist outside agencies in the processing of various crime scenes and the analysis and interpretation of evidence that has been collected.

In addition to their duties at the Department, each member of the FIU serves as faculty and guest instructors of the Marshall University Forensic Science Program. They also conduct exercises at the Marshall University crime scene house and mock court scenarios for the students.

The FIU investigated 159 cases, was called out 75 occasions, and entered 100 cases into the AFIX tracker which led to 56 hits. They also gave opinion testimony in court on seven occasions.

**DIGITAL FORENSICS UNIT**

The Digital Forensics Unit is staffed with two part-time investigators. Apart from their regular duties, members of the Digital Forensics Unit processed digital items from 100 cases, with a total of 183 mobile devices and five computers, with the majority of the cases stemming from drugs. They are continuing the prosecution of child pornography cases that began in 2012 with the WV Cyber Crimes Task Force. In 2013, the unit also executed three search warrants against individuals sharing child pornography on the internet. The Digital Forensics Unit received four cyber tips to investigate from the ICAC Task Force in Morgantown, West Virginia. The unit has worked closely with our detectives to solve cases and have also worked with many outside agencies processing digital evidence for their cases.

**VICTIM ADVOCATE**

In 2012, the Huntington Police Department acquired a Justice Assistance Grant (JAG) that provides a full-time, on-site Victim Advocate. The purpose of the Advocate is to provide direct victim services while also increasing HPD's presence within the community and

P-41252_00017



Copper and other metal theft has been a growing problem that the Criminal Investigations Bureau has had to deal with over the last few years. This surge in metal theft has coincided with the rise of heroin in our region.



*HPD's Victim Advocate, Courtney Sexton.*

strengthening collaborative relationships with other agencies. The advocate is housed in the Criminal Investigations Bureau and provides direct services to all victims of crime within the City of Huntington. In 2013, the Advocate provided services to 1612 victims. Within the first full year of the program's implementation, the services have grown and become more comprehensive to include community initiatives in addition to providing services and referrals to victims of crime.

The HPD Advocate provides office hours as well as scheduled on-call support to victims of violent crime and co-victims of homicide. The Victim Advocate provides personalized, professional, immediate, and long-term assistance to any person who has suffered, directly or indirectly, a physical, emotional or personal loss as a result of a criminal act. Cases regularly include stalking and/or harassment, sexual assault, domestic violence, missing persons, and property crimes.

This assistance includes:
- notifying victims of their specific legal rights;
- referrals for specialized domestic violence or sexual assault advocacy;
- referrals to counseling and support groups;
- assistance in filing with the West Virginia Crime Victim's Compensation Fund;
- peer-counseling;
- law enforcement interview accompaniment;
- hospital advocacy;
- legal advocacy; and
- court accompaniment.

The Advocate works on an individual basis to determine which services would be most beneficial. The Advocate may also offer emotional support to survivors and families.

In addition to direct victim services, the Advocate also serves on various community boards.  The Advocate is an active member of the Cabell County Sexual Assault Response Team (SART), the STOP Violence Against Women Team, the Victim Advisory Board, and the Cabell County Substance Abuse Prevention Partnership. HPD membership on these boards improves and creates opportunities for collaboration, resulting in more efficient and comprehensive services for all victims of crime. As a member of these organizations, the Advocate has participated in Crime Victim's Rights Week and other awareness events around the City as well as Cabell County Court School and the biannual Victory for Victim's 5k.

The Victim Advocate has also played a vital role by spearheading the Defending Childhood Initiative (DCI) in Huntington. The DCI is a collaborative effort of the Huntington Police Department, the Barnett Center, the Cabell County Board of Education, and other community partners to provide more trauma-specific services for children in local schools by educating teachers and administrators on the needs of students experiencing trauma, as well as set up a systematic approach to informing schools when a student needs additional support services. The initiative is both reactionary and preventative: it reacts to the trauma after it happens and aims to provide an environment which encourages growth and prevents future delinquency. This project is currently in its pilot stage and is being completed with the assistance of the U.S. Attorney's Office of the Southern District of West Virginia.

Due to the program's success, the Victim Advocate position at the Huntington Police Department became a permanent fixture and is funded under the city budget for FY13-14.

P-41252_00019



LEFT: 303.1 grams of the one pound of heroin seized on New Year's Eve at 1416 Jefferson Avenue.

BELOW: Six guns, money, and drugs from an investigation at 1802 Jefferson Avenue.



LEFT: Marijuana growing inside a residence in Southeast Hills.

BELOW: Seized evidence from 1301 15th Street in Huntington.



20

# SPECIAL INVESTIGATIONS BUREAU

          



Captain Rocky Johnson

Captain Rocky Johnson is currently the commander of the Special Investigations Bureau (SIB) which is responsible for drug and vice related investigations. Captain Johnson coordinates investigations between the specialized units at HPD which include the Huntington Violent Crime Federal Drug Task Force, DEA Drug Task Force, DEA Tactical Diversion Squad, ATF Gun Task Force and the HPD Special Emphasis Unit.

The Special Investigations Bureau is comprised of detectives assigned to various federal task forces focused on organized and violent crimes investigations. The Bureau currently has five detectives assigned to the Federal Bureau of Investigation (FBI) Violent Crime Drug Task Force, one detective assigned to the Drug Enforcement Administration (DEA) Task Force, one assigned to the DEA Tactical Diversion Squad, and one detective assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATF) River City Gun Task Force. The SIB also has two officers assigned to the Special Emphasis Unit (SEU). This bureau is supported during special operations by SWAT and K-9 teams.

The primary mission of each task force is to identify and dismantle violent drug/gun trafficking organizations (DTO) operating within our city and surrounding area. Each task force relies heavily on crime analysis, intelligence gathering, and surveillance to identify individuals who are part of DTOs. Upon the identification of offenders, cases are worked utilizing federal conspiracy statutes to link overt acts of individuals to others in a criminal organization. This enables law enforcement officers

to arrest and prosecute entire groups of offenders responsible for crimes and criminal acts occurring over a period of time. Federal sentencing guidelines often result in stiff prison terms imposed on offenders. Other methods of enforcement include undercover street-level buys, open-air drug market suppression, prostitution operations, and buy-bust drug operations targeting dealers.

The SIB commander analyzes Drug and Crime Tip Line calls for assignment. Tip line calls can be used in several ways: for informational purposes only, additional information to further cases that are already active or if the tip contains specific information that can be confirmed and corroborated, it can be assigned for investigation to members of the SIB. Most cases received from the tip line are assigned to the SEU. In 2013, 84 cases were assigned for investigation, 15 were determined to be unfounded, 59 are closed and 10 remain active. The assigned cases resulted in 48 arrests.

SIB mailed nuisance letters to 32 landlords in 2013 after search warrants were executed at various properties throughout the city. Nuisance letters are



*Heroin and other drugs seized during a raid in Huntington.*

P-41252_00021

mailed to the property owners after a search warrant is served and it is determined that nuisance activity exists. Those 32 letters resulted in 100 percent compliance from the landlords and the appropriate enforcement action was applied to eliminate the nuisance activity.

## SEIZURE TOTALS FOR 2013

In total, the SIB had an exceptional year combating the heroin and pill epidemic affecting our city with a record amount of drug seizures.

| Special Investigations Bureau 2013 | |
|---|---|
| Seizues & Activities | |
| Crack | 428 grams |
| Cocaine | 694 grams |
| Marijuana | 136.1 lbs. |
| Synthetic | 2,622 grams |
| Heroin | 5,500 grams |
| Pills | 17,343, du |
| Guns | 85 |
| Cars | 9 |
| Cash | $320,449 |
| | |
| Arrests | |
| Misdemeanor | 158 |
| Felony | 156 |
| Total | 314 |
| | |
| Search Warrants Executed | 56 |
| | |
| Indictments | |
| Federal | 47 |
| State | 21 |

## EMERGING THREATS

An additional and important function of the Special Investigations Bureau is to identify emerging threats related to the proliferation of illegal drugs. Currently, the growing use of heroin is the number one threat to the City of Huntington. The influx of heroin into the area over the past few years has contributed to a significant rise in overdose cases. West Virginia is second in the nation in prescription drug overdose deaths. Huntington

is not immune to this epidemic, and concentrated efforts by all our drug investigation units have placed an emphasis on disrupting and dismantling DTOs responsible for trafficking and distributing heroin and prescription drugs in our community.

## FBI VIOLENT CRIME DRUG TASK FORCE

The FBI Violent Crime Drug Task Force has been a staple in our drug enforcement community for years. It remains an outstanding collaborative partnership between the Huntington Police Department and the FBI. The FBI commits generous funding and equipment to the Huntington Police Department to support drug eradication efforts. The FBI Violent Crime Drug Task Force also includes detectives from the Cabell County Sheriff's Department, West Virginia State Police and the Barboursville Police Department. The collaborations between the participating agencies have been a force multiplier for our department and a key to our success in disrupting and dismantling area DTOs.

On July 23, 2013 members of the HPD Huntington Violent Crime Drug Task Force (HVC/DTF) utilized information from an ongoing drug trafficking organization investigation to conduct a search warrant at 3008 Rear 3rd Avenue, Huntington. Investigators located approximately 3.75 pounds of heroin, 1600



*Heroin, illegally diverted prescription medications, marijuana, and currency seized during a joint operation with HPD and other law enforcement agencies.*

P-41252_00022



*Sergeant Compton cataloging evidence from an investigation into a marijuana grow facility in Southeast Hills. The Special Investigations Bureau seized over 136 pounds of marijuana in 2013.*

prescription pills, two pounds of marijuana, a firearm, and over $18,000 in cash. The heroin seizure is a record seizure for the City of Huntington. Kristen Graley of Huntington and Alvester Thomas of Michigan were arrested and charged in Federal Court.

On August 7, 2013, the HVC/DTF worked a joint operation with Ohio Highway Patrol to execute an interdiction and controlled delivery of over 300 grams of heroin and 500 oxycodone pills. Members of the task force were able to gain information from the interdiction to obtain a search warrant for 1301 15th Street, Huntington. HPD SWAT and K-9 Units were utilized and the warrant was executed without incident. Investigators located more heroin, prescription pills, three firearms, and over $38,000. Four people were indicted in Federal Court for this crime.

During 2013, the FBI Violent Crime Drug Task Force executed 19 search warrants and conducted numerous covert operations resulting in the arrest of 127 individuals linked to area drug trafficking organizations. The unit seized 23 firearms, 212

grams of crack/cocaine/cocaine base, 11,670 grams of marijuana, 3265 grams of heroin, 2539 grams of synthetic drugs, and assisted in the recovery of approximately $164,052 in illegal drug proceeds. In 2013, the task force seizures topped 9317 dosage units of prescription medications.

### ATF RIVER CITY GUN TASK FORCE

The ATF River City Gun Task Force continued to build on the previous year's successes. This task force works closely with the Criminal Investigation Bureau (CIB), the Patrol Bureau, and other area law enforcement agencies to conduct investigations involving firearms and related violent crime. The task force is frequently supported by officers assigned to the Special Emphasis Unit (SEU).

### DEA TASK FORCE

The DEA Task Force is also responsible for investigating and dismantling DTOs operating in Huntington and throughout the Southern District of West Virginia. The DEA Task Force continues to be particularly effective with investigations that have nexus to source of supply cities, such as Columbus, Ohio and Detroit, Michigan.

The DEA Task Force was responsible for the identification and disruption of several significant DTOs in Huntington and the surrounding area. These investigations have included significant undercover operations and interdiction initiatives. The Huntington Police Department Task Force Officer (TFO) plays an integral role in investigative, undercover, and evidence management duties while assigned to the DEA.

In October, members of the Huntington Police Department and the DEA Task Force received information about a marijuana grow inside a residence in the Southeast Hills. Officers arrived at the residence to speak with resident. The resident cooperated with investigators and revealed an elaborate and sophisticated marijuana grow operation in the basement. Investigators seized over

P-41252_00023



Heroin seized during a joint operation between the DEA and Huntington Police Department. This heroin was being shipped through a parcel delivery service from Detroit, Michigan into the area. The person involved with this trafficking of heroin has plead guilty.

60 mature marijuana plants and $58,000 in cash. The investigation dismantled the entire operation and seized all of the equipment that was used in the grow which included grow lights, air conditioners, humidifiers, and chemicals used to enrich the soil that the plants were grown in.

In August, members of the Huntington Police Department and the DEA Task Force started purchasing heroin from a source on 14th Street West. Officers obtained a federal search warrant and executed it at the residence. During the search, officers found 166.2 grams of marijuana, 1,183.2 grams of heroin, 1206 pills, and $12,000 in currency. During the investigation three individuals were arrested.

In total, the DEA and ATF Task Forces were responsible for the arrests of 33 individuals for various drug-trafficking violations. They seized 870 grams of crack/cocaine/cocaine base, 49,914 grams of marijuana, 1808 grams of heroin, and 7903 prescription pills. They also seized 39 firearms, and approximately $128,648 in illegal drug proceeds.

### SPECIAL EMPHASIS UNIT (SEU)

Beginning in March of 2013, and continuing for 90 days, the Special Emphasis Unit concentrated their efforts to curtail prostitution activity in the area of 6th avenue from the 600 to the 100 block. The enforcement activity was necessary due to the volume of calls from the neighbors and businesses in the area. SEU detectives targeted prostitutes by working in an undercover capacity. Their action resulted in the arrest of 24 women for prostitution. After the initial prostitution enforcement, SEU performed a reverse prostitution sting that targeted the "johns" who were trying to pick up the prostitutes. That operation resulted in the arrest of 20 men. Information gathered from those combined operations led the SEU to an apartment at 625 6th Avenue which was a hub for criminal activity. SEU detectives secured a search warrant for the apartment and found crack, guns,

cash and a stolen four wheeler. Three people were arrested for drug activity. The entire operation resulted in 47 arrests and a reduction in criminal activity in the area.

### APPALACHIA HIDTA

All task force operations are provided with supplemental funding by the Office of National Drug Control Policy (ONDCP) and through Appalachia HIDTA (High Intensity Drug Trafficking Area program). Kenny Burner serves as the WV Deputy Director of Appalachia HIDTA. Appalachia HIDTA has committed significant monies to the Huntington Police Department for funding drug operations and covert equipment purchases. Additionally, Chief Holbrook serves on the Appalachia HIDTA Executive Board, which oversees administration and personnel, initiative review and development, and strategic planning and budget for Tennessee, Kentucky, Virginia, and West Virginia.

P-41252_00025



# SWAT/CRISIS NEGOTIATION TEAM



*Reviewing surveillance photos prior to the execution of a search warrant.*

In 2013, the Special Weapons and Tactics (SWAT) team executed 20 high risk search warrants for various departmental entities including the FBI Violent Crime Drug Task Force, the BATF Guns Task Force, the DEA Task Force, and the Huntington Police Department Criminal Investigations Bureau.

The SWAT Team assisted the Patrol Bureau by responding to four in-progress calls of barricaded suspect/hostage situations. In each of these incidents, the SWAT Team worked in conjunction with the department's Crisis Negotiation Team to bring them to a successful conclusion. At no time were any hostages, suspects, uninvolved citizens, or involved officers injured during these situations.

Several SWAT Team members received specialized training from outside agencies in 2013. Corporal Jeff Sexton and PFC Paul Minigh received their certification in an eight hour ballistic breaching school. This training course taught these officers how to use a shotgun to breach a barricaded door. Sgt. Brian Lucas and Cpl. Josh Coffey received their certification in a 40 hour SWAT Operator school

and PFC. Paul Minigh attended and received certification in a 40 hour Sniper Instructor school. Upon his return to HPD, PFC. Minigh instructed a 40 hour sniper course in which he certified Cpl. Josh Coffey and PFC. J.R. Talbert as the newest HPD snipers.

The SWAT Team participated in 21 days of scheduled departmental training throughout the year. This training included instruction in the following disciplines: active shooter, vehicle assaults, mental preparation, firearms, physical fitness, and building searches.

The SWAT Team added one new member during the October tryouts due to the retirement of one of their members. Patrolman Adrian Rosario successfully completed all phases of the tryout and was awarded a probationary position on the SWAT Team. His addition brought the total number of personnel assigned to the Swat Team to 17.

The SWAT Team would like to recognize the retirement of Corporal Richard Knight from the Police Department. Cpl. Knight was an 18-year member of the SWAT Team, holding the positions of trainer, team leader, and at the time of his retirement, he was the SWAT Team Commander.

The current SWAT Team Commander is PFC Mike Hudson. PFC Hudson has over 20 years of law enforcement experience with the Huntington Police Department and has been assigned to the SWAT Team for 16 years. Prior to becoming the SWAT Team Commander, PFC Hudson held the positions of operator and team leader.

P-41252_00027

# THE OFFICE OF PROFESSIONAL STANDARDS



Captain Ray Cornwell

The Huntington Police Department places a high value on public trust. The Office of Professional Standards safeguards this trust by ensuring that our agency maintains the highest standards of integrity and professionalism. Captain Ray Cornwell, with over 17 years of service, led this office with the support of Sgt. Phil Watkins who has over 15 years of service. The Office of Professional Standards is responsible for departmental inspections, maintenance of personnel files, policy and procedure review, and managing and implementing our CALEA (The Commission on Accreditation for Law Enforcement Agencies) accreditation process. This office also ensures that employee rights are protected and that all persons involved in an inquiry are treated with dignity and respect.

## COMPLAINT INVESTIGATIONS

The *HPD Policies and Procedures Manual* covers broad categories of behavior and performance expectations to which the department holds employees accountable. Complaints about employee misconduct are classified in two ways: external (citizen complaint) and internal (initiated by command staff or an administrative review of an incident).

The Department makes every effort to investigate and adjudicate all complaints in the most expedient time frame possible. There are five ways an allegation can be adjudicated: sustained, not sustained, unfounded, exonerated and withdrawn. There were 15 allegations of misconduct reviewed by the Office of Professional Standards. (Refer to chart.)

| Complaints of Misconduct | | |
|---|---|---|
| **Total Complaints** | | |
| External (Public) | | 7 |
| Internal (Staff or Admin Review) | | 8 |
| **Total** | | **15** |
| | | |
| **Adjudication Results** | | |
| | External | Internal |
| Not Sustained | 1 | 1 |
| Withdrawn | 0 | 1 |
| Unfounded | 1 | 1 |
| Exonerated | 2 | 3 |
| Sustained | 4 | 1 |
| **Total** | **8** | **7** |

The purpose of discipline is not to punish, but rather to correct undesired behavior. The Department strives to apply training and/or disciplinary action to ensure that improper actions do not reoccur. Disciplinary action can range from counseling to employee termination. In some cases, employees may also receive additional training in the subject areas where violations have occurred. In 2013, disciplinary action taken against employees ranged from counseling to suspension without pay. Remedial training was also used as a tool to correct undesired behavior.

## USE OF FORCE

Police officers are trained to seek voluntary compliance in their lawful direction. However, they are sometimes met with circumstances in which a subject's actions compel officers to use force in order to gain compliance or defend themselves or others against serious injury or death.

Officers are required to complete an "Action Response Report" any time force is used. All Use of Force incidents are reviewed by the officer's immediate supervisor, their bureau commander, and the Office of Professional Standards.

P-41252_00028

Use of Force Incidents Recieved between Jan 1, 2013 - Dec 31, 2013 By Month Received
25
20
15
10
5
0
21
8
2
14
6
14
6
5
7
20
6
15
January
February
March
April
May
June
July
August
September
October
November
December

Use of Force Incidents Jan 1, 2013 - Dec 31, 2013
Involved Individual Demographics
1.89%
1.89%
5.66%
30.19%
60.38%
Black Male (16)
White Male (32)
Black Female (3)
White Female (1)
Hispanic Male (1)

Use of Force Incidents Recieved
Jan 1, 2013 - Dec 31, 2013
By Type of Force Used
2.42%
1.61%
6.45%
2.42%
2.42%
5.65%
23.39%
0.81%
3.23%
23.39%
17.74%
7.26%
3.23%
Firearm (2)
O.C. Spray (8)
Join Manipulations (3)
K-9 (3)
Muscling (7)
Strikes (29)
Physically Restrained (4)
Tackled (9)
Taser (22)
Neck Restrained (4)
Impact Weapon (1)
Verbal Command (29)
Other (3)

| Preventable Vehicular Accidents 2013 | |
|---|---|
| Accident Type | Number |
| **Type I**<br>Single and Multiple vehicle accident with total property damage less than $500 with no personal injury | 5 |
| **Type II**<br>Single and Multiple vehicle accident with total property damage ranging from $500 to $3000 and or minor personal injury | 2 |
| **Type III**<br>Single and Multiple vehicle accident with damages in excess of $3000 and or major personal injury | 2 |
| **Type IV**<br>Single or multiple vehicle accident resulting in fatality: amount of property damage is irrelevant | 0 |
| **Total** | 9 |

**EMPLOYEE MOTOR VEHICLE COLLISIONS**

In order to provide police services throughout the 18 square miles of the City of Huntington, Huntington Police Department employees drive a significant number of miles in HPD vehicles. Officers drive their vehicles in all types of weather, traffic and emergency conditions, day and night.

The Department investigates all traffic crashes and operational damage incidents occurring to police vehicles. The Office of Professional Standards convenes Accident Review Boards to conduct a fair and complete review of the accidents to determine if the accident was preventable or non-preventable.

The Huntington Police Department investigated and reviewed 25 incidents involving traffic crashes or operational damage to police vehicles. Of these, nine were determined to be preventable, up one from a total of eight preventable in 2012. Reviews of the remaining 16 incidents were determined to be non-preventable. Progressive discipline was administered to employees involved in preventable crashes, ranging from oral to written reprimands.

**OTHER ENDEAVORS**

CALEA is a credentialing program for law enforcement agencies. Accreditation through CALEA involves updating and revising policies and procedures to reflect the current best practices, and is also a system of review to ensure that the policies are actually followed in practice. The process of accreditation is lengthy and involved, and can take years to accomplish in some cases. The Huntington Police Department continues to work towards this goal. Once our entire policy and procedure has been revised to meet CALEA standards, we will then begin the review process by the CALEA commission to seek accreditation.

The Office of Professional Standards also coordinates with the Department's training office to suggest areas of training that may be beneficial to our officers. In 2013, the HPD worked with the Cabell County Prosecutor and a local attorney specializing in police civil liability to facilitate "Law Enforcement: 2013 and Beyond". This class, which was approved for in-service training credit by the WV Law Enforcement Training subcommittee, focused on updates and changes in criminal laws and procedures, and also on areas of concern for officers regarding civil liability. The purpose of training was to make officers aware of some of the pitfalls that they may encounter in their day to day duties, so that they might be better able to focus on their law enforcement duties.

P-41252_00030

## ADMINISTRATIVE BUREAU



Captain Hank Dial

The Administrative Bureau is commanded by Captain Hank Dial. Captain Dial is a 22-year veteran of the HPD. One of the most important functions of the Administrative Bureau is the development and management of the police department's budget. 2013 marked the seventh consecutive year that the Huntington Police Department completed the year under budget. This is accomplished through sound financial management practices. The Bureau takes exceptional pride in being good stewards of public funds.

The Huntington Police Department strives to find outside funding opportunities to help fill the critical needs of the Department. This is accomplished through grants and donations to the Department's STOP Program. PFC Rodney Pell serves as the grants administrator. His duties include applying for and administering grants awarded to the Huntington Police Department. In 2013, this funding provided for various items such as hazmat equipment used to dismantle clandestine methamphetamine labs, fund-increased patrols for the River to Rail Initiative, funds to purchase two trained canines to augment the police department's K-9 Unit, and a transport vehicle for the SWAT/Crisis Negotiation Team.

PFC Pell applied for a COPS grant, which HPD was fortunate enough to be awarded. This grant has allowed the police department to hire five additional police officers over our budgeted manpower. This grant provides for 75 percent of the necessary funding to pay for officers' salaries and benefits for three years. The addition of these officers brought the total number of Huntington Police officers to 111, which is the highest number of officers employed by the City of Huntington in the past 25 years.

### SUMMARY OF OUTSIDE FUNDING AND GRANTS ADMINISTERED IN 2013

| | |
|---|---|
| Purdue Pharma Forfeiture Grant | $ 57,914.00 |
| Purdue Pharma Forfeiture Grant | $ 25,000.00 |
| Violence Against Women Act Grant | $ 3,000.00 |
| Victim Advocate Grant | $ 25,000.00 |
| Code Enforcement Grant | $28,000.00 |
| Area Maritime Grant (Patrol Boat) | $194,636.00 |
| Edward J, Byrne Memorial Assistance Grant | $76,851.00 |
| Byrne JAG ARRA FY11 | $562,398.00 |
| Byrne JAG FY10 | $132,928.00 |
| COPS Hiring Grant | $625,000.00 |
| Department of Military Affairs & Public Safety Grant (DMAPS) | $ 28,945.00 |
| FBI Task Force Officers | $ 86,000.00 |
| DEA Task Force Officers | $ 17,200.00 |
| ATF Task Force Officers | $ 17,200.00 |
| AHIDTA | $115,474.50 |
| Safety Town | $ 20,000.00 |
| School Resource Officer | $55,080.00 |
| Highway Safety Grants (Larry Kendall) | $ 170,839.93 |
| City of Huntington Foundation | $ 59,572.00 |
| State Forfeitures | $ 39,272.66 |
| **TOTAL** | **$2,340,311.30** |

P-41252_00031



*Officers John Colyer and Christina Trembley were co-valedictorians of the 156th Basic Class of the West Virginia State Police Academy. (From left to right: Officer John Colyer, Officer Brandon Heighton, and Officer Christina Trembley.) Photo courtesy of Lori Thompson*



*Mayor Williams, Chief Holbrook, and U.S. Attorney Goodwin announcing that HPD is receiving a COPS grant that will provide funding for five new officers.*

The bureau's Anonymous Drug and Crime Tipline, received over 1670 crime tips. Tips received ranged from code enforcement violations to information about murders in Huntington. The HPD Facebook page and department website continue to be valuable resources for disseminating information to the public. The website provides detailed information about the department,

crime data, and employment opportunities.

The Assistant Bureau Commander, Lt. Dan Underwood, is responsible for the day-to-day oversight of the department's budget. These duties include creation and management of the department's budget and the purchasing of all equipment and supplies. Lt. Underwood is also responsible for assisting with administrative functions related to the CALEA accreditation process, tracking reimbursements to the department from outside funding sources, and coordinating the flow of information between the police department and the city administration.

### NEIGHBORHOOD INSTITUTE

An important element of HPD's approach to policing is the relationship with the Neighborhood Institute. HPD works closely with 11 neighborhood organizations to identify and solve problems. This has allowed the department to develop an open and consistent line of communication between the department and

P-41252_00032

## 2013 HPD Training Courses

| Hours | Class |
|---|---|
| 16 | Emergency Vehicle Operations |
| 16 | Flash Sound Diversionary Devices Basic Operator |
| 24 | Asset Forfeiture |
| 8 | RADAR / LIDAR Operator |
| 80 | Drug Recognition Expert |
| 8 | Social Media |
| 8 | Sexual and Domestic Violence |
| 8 | Standardized Field Sobriety Tests |
| 40 | Financial Investigations |
| 40 | WVPCA K9 Seminar |
| 40 | Clandestine Lab School |
| 40 | Basic Instructor Development |
| 8 | Sexual Assault Symposium |
| 24 | WV Public Safety Expo |
| 8 | Ballistic Breaching Instructor |
| 16 | Fire Scene Documentation |
| 40 | Appalachian Institute of Digital Evidence |
| 8 | Domestic Violence and Firearms |
| 8 | Sexual Assault and Stalking Symposium |
| 40 | INIA Drug Interdiction |
| 80 | Motorcycle Operator |
| 24 | K9 Decoy Seminar |
| 24 | Highway 2 Enforcement Conference |
| 8 | Law Enforcement 2013 and Beyond |
| 8 | Active Shooter and Tactical Movement |
| 16 | Child Safety Seat Clinic |
| 40 | DEA Clandestine Lab Course |
| 40 | Battle Born K9 |
| 40 | Basic Special Weapons and Tactics Course |
| 40 | Precision Rifle Instructor |
| 16 | Drug and Violent Crime Task Force Commander Training |
| 16 | FBI National Academy Mass Casualty Training |
| 40 | International Law Enforcement Educators and Trainers Association Conference |
| 16 | Child Safety Seat Course |
| 40 | Vehicle Dynamics III |
| 40 | Event Data Recorder Course |
| 24 | Active Shooter Instructor |
| 8 | TASER Operator |
| 8 | White Collar Crime Symposium |
| 40 | IACP DRE Conference |
| 80 | Traffic Collision IV |
| 24 | Reid Interview Technique of Interview and Interrogation |
| 40 | Homicide Investigations |
| 40 | School Resource Officer Basic Course |
| 4 | Tactical Shotgun |
| 8 | Social Media 101 |
| 32 | Eyes for Lies |
| 24 | IACP TAP Committee |
| 8 | Facebook LE Training |
| 32 | CALEA Conference |
| 24 | Firetide Mesh |
| 8 | Computerized Report Training |
| 40 | Statement Analysis |
| | |
| **1412** | **Total** |



*On July 9th at City Hall, three new officers were sworn into the Huntington Police Department. (From left: Chief W.H. "Skip" Holbrook, Officer Benjamin Butler, Officer Daniel Mulvaney, and Officer Brandon Heighton)*

the citizens we serve. The relationships developed through these interactions affect every aspect of the department, from recruiting and selecting police applicants to providing invaluable information in the detection and elimination of crime.

### TRAINING

The Huntington Police Department's Training Unit is proud of the fact that we have a number of officers who are certified instructors in several fields. With these certifications, we have been able to host an array of training opportunities including defensive driving techniques, RADAR/LIDAR certification, law enforcement motorcycle operation, precision rifle certification, and Taser training.

The Training Unit received a new training coordinator with the transfer of Cpl. Mike Chornobay to the Administrative Bureau. Cpl. Chornobay is a certified firearms instructor and Taser instructor. He helped facilitate over 1400 hours of officer training during 2013. In addition to the annual firearms and defensive tactics training each officer receives, many officers were certified in various other disciplines.

### RECRUITING

Recruiting, selecting, hiring, and training new police officers are amongst the highest priorities to the Administrative Bureau. With the renewed emphasis on crime reduction in the City, recruiting new applicants was, and remains, a priority of the Huntington Police Department. A new recruitment campaign, "Be Someone's Hero", was developed for the spring of 2013 recruitment drive. This new recruitment campaign was highly successful due to social media, billboards, recruitment posters and especially the hard work performed by Cpl. Mike Chornobay and PFC Mike Hudson. These officers traveled to numerous job fairs and college recruitment drives and assisted applicants with completing and submitting their job applications.

These efforts resulted in the City of Huntington receiving 303 applications for the position of Probationary Police Officer with the Huntington Police Department. This is the highest number of applications received during a recruitment drive since the end of the 90's. By the end of 2013, we had hired five officers from a previous recruitment campaign and 10 officers from this original applicant pool from the "Be Someone's Hero" campaign and expect to hire several more in the coming year.

34

P-41252_00034





*Officers Stephanie Coffey, Andre Jackson, Adrian Rosario, and Brandon Dial were featured on billboards, posters, bus ads, and brochures for HPD's "Be Someone's Hero" recruitment campaign. This campaign resulted in the hghest number of applications recieved during a recruitment drive since the early 1990's.*

## SYSTEMS MANAGEMENT UNIT

The Systems Management Unit was folded into the Administrative Bureau after the retirement of Capt. Alan Rohrig. This unit was created in 2011 to manage the ever-increasing technological demands on policing. HPD is in various stages in the implementation process of a number of technology-based projects aimed at improving efficiency, transparency, and the quality of service provided to the community. This continuing mission is the responsibility of the department's IT Coordinator, Kohson Perkins. His knowledge, skill, and abilities have made him a vital element of the police department.

Systems Management personnel have overseen the upgrade of the entire security camera system for the Jean Dean Public Safety Building. This included 18 cameras to the interior and exterior of the building. The Systems Management Unit is also in charge of the network of cameras that has been deployed along high-traffic-volume streets and the downtown area of Huntington. Another project for Systems Management was the implementation of the electronic field reporting software. This software makes it possible for an officer to complete a general/incident offense report from their mobile data terminals in their assigned patrol vehicles.

The Systems Management Unit also installed forty-six in car modems into various HPD vehicles. These modems allow officers to access information directly from their vehicles instead of returning to headquarters allowing more time to be proactive with police work. The groundwork has also been laid for the installation of a new in-car camera system which should be installed in 2014. This system allows for more transparency and better quality of service to the community.

## PROPERTY UNIT

The Property Unit processed 1484 cases containing 3,644 items of evidence or personal property that were collected by officers throughout the year. There were also 304 items of property that were returned to their owners or were destroyed pursuant to WV Law. The Property Officer, Lt. Joe Combs, also collected and destroyed 270 pounds of medication dropped off at the Huntington Police Department in the Prescription Take-Back Drop Box.



*IT Coordinator Kohson Perkins and Lt. Chuck Kingery make up the core of the System Management Unit.*

P-41252_00035

## PROGRAMS AND PARTNERSHIPS

**MISSION TRI-STATE**

Mission Tri-State is an organization comprised of area ministers who are dedicated to offering friendship, spiritual counseling, and prayer to many of our city's public and elected officials. The ministers meet privately each month with Chief Holbrook, providing prayer and encouragement. Aside from individual meetings with leaders, the organization coordinates a monthly prayer breakfast for all who participate in the private meetings. This breakfast, attended by Chief Holbrook and others from within the Department, is an opportunity to hear the encouraging testimonies of the power of prayer at work in all aspects of public and civic life in our region. Each attendee walks away encouraged about the future of our city. Mission Tri-State is an invaluable partner to the police department and our region as a whole.

**S.T.O.P. CRIME IN OUR COMMUNITY**

Support Technology for Our Police (S.T.O.P.) is a charitable fund administered by the City of Huntington Foundation, to which businesses, groups, or individuals can make tax-deductible donations to the Huntington Police Department. These monies are then used to purchase crime-fighting tools and equipment such as mobile data terminals and in car camera systems. Additionally, these donations can be used as "seed money" to leverage other monies available through federal, state, and private grants.

**HUNTINGTON POLICE EXPLORERS**

Law Enforcement Exploring is a national organization, sanctioned by the Boy Scouts of America, and sponsored by police departments throughout the country. The program consists of young men and women between 15 and 21 years of age, who are exposed to all facets of the law enforcement profession. The training is conducted by the officers of the Huntington Police Department in an atmosphere which provides the Explorers with a wholesome, educational experience. Explorers are required to complete a minimum of 80 hours of police training, remain in school, carry at least a 2.0 average and attend weekly meetings.

The purpose of the Huntington Police Explorers is to provide young adults, who may be interested in a career in law enforcement, with a comprehensive program of training, competition, service and practical experiences. Character development, physical fitness, good citizenship and patriotism are integral components of the overall program. Through their involvement in the program, Explorers develop an awareness of the purpose, mission and objectives of law enforcement agencies. The support of the chief of police, along with a dedicated cadre of law enforcement professionals and adult volunteers who provide leadership, are essential to the success of any post.

**PRESCRIPTION TAKE-BACK PROGRAM**

The Huntington Police Department and the Cabell County Substance Abuse Prevention Partnership have combined efforts to provide a prescription drop box to the general public. This drop box is for the



*Dr. Tom and Beth Dannals have made substantial financial contributions to the police department through Healthyhuntington.org over the past several years.*

36



*The Huntington Police Department participates in the DEA National Prescription Take-Back Day. In 2013, these events took place in April and October. During these days, individuals can drop of unused, unwanted, or expired prescription medications which are then disposed of properly.*

anonymous disposal of unused, unwanted, or out of-date prescription medication. Narcotics, vitamins, herbal supplements, veterinary medications, and liquid medication in sealed bags are also accepted. This partnership was created to ensure the safe and proper disposal of medication which may be harmful to children, family pets, and the environment. This program also helps prevent the theft and abuse of prescriptions. Approximately 270 pounds of medication has been collected and disposed of through the Prescription Take-Back program this year and a total of 370 pounds since its inception in 2012.

## HUNTINGTON POLICE/MARSHALL UNIVERSITY FORENSIC SCIENCE PARTNERSHIP

The Huntington Police Department continues to make extensive use of technology in order to detect and fight crime. Through partnerships with Marshall University, the WV State Police, and the FBI, the Huntington Police Department started a Digital Forensics Investigation Unit (DFI) comprised of three officers with specialized training in digital forensics. The Unit has processed evidence in 100 cases during the 2013 calendar year. The DFI Unit has processed 183 mobile devices and computers. This partnership assists outside agencies including the Cabell County Sheriff's Department, Barboursville Police Department, FBI and ATF with their digital forensics needs.

## CABELL/WAYNE HOMELAND SECURITY GROUP

The Cabell/Wayne Homeland Security Group is comprised of local law enforcement, emergency services, and private partners within the State of West Virginia's Homeland Security, Region Six. They meet monthly to address concerns, share intelligence and assess response capabilities through an all-hazards approach to homeland security.

## A.D. LEWIS REVITALIZATION

Members of the Huntington Police Department, the Mayor's Office, and the A.D. Lewis Center have worked alongside many members of the community to elevate this vital asset to a height that we can all be proud of. These groups coming together have been able to refurbish the bleachers on the football field, improve and update the signage for the facility, replaced landscaping, and provided shirts for the staff and children.



*Captain Hank Dial and members of the community work to install landscaping around the A.D. Lewis swimming pool.*

P-41252_00037



Corporal Jeff Sexton helps adjust a helmet during one of the many bike rodeos the Huntington Police Department has conducted.

# INITIATIVES

**RIVER TO RAIL**

The River to Rail Initiative is a multi-discipline, community oriented initiative designed to decrease crime, encourage economic development, and improve the quality of life in the West End Neighborhood of Huntington. The River to Rail Initiative began in 2011 when crime analysis revealed that this area had a disproportional amount of crime compared to other neighborhoods in the City. Additional resources such as directed patrols, bike patrols, and additional undercover drug operations were directed toward this area. In 2013, the additional tool of Code Enforcement has allowed us to improve the quality of life for the residents in this area.

River to Rail also focuses on non-police elements. These include physical improvements such as demolition of dilapidated/abandoned structures, economic development near 14th Street West and prevention, intervention, and treatment of individuals addicted to illegal drugs.

In 2013, the important step of forming a steering committee was taken. This brought together multiple individuals, private companies, and government agencies to determine the future direction of the River to Rail Initiative.





*Due to the River to Rail Initiative the dilapidated and former drug house, at 1029 Monroe Avenue, was demolished.*

**BICYCLE SAFETY**

The Huntington Police Department has an unwavering resolve to promote bicycle safety in the youth of our community. This is accomplished through "Bike Rodeos" where officers trained as Advanced Police Cyclist teach children and their parents how to properly wear a helmet, which saves lives.

**COMMUNITY FORCE INITIATIVE**

Occasionally, members of the Huntington Police Department develop a concept for a program which does not contain an element of law enforcement, but

is a powerful tool for the overall betterment of our community. These types of projects fall under our "Community Force" Initiative.

The Community Force Initiative is the Department's method of fostering positive ideologies into the community at large, and provides the citizenry with resources to enable an atmosphere of progress, growth, and most importantly, hope. Any project under the Community Force title has little to no element of law enforcement, but rather has been created within the department to demonstrate our commitment to excellence in multiple arenas.

P-41252_00039




*The Heads Up Huntington smartphone application is a uniform emergency and disaster notifiction system available to the public, free of charge.*



*U.S. Attorney Booth Goodwin, Chief Holbrook, and others talking with students at Huntington Middle School about opiate abuse.*



*Captain Hank Dial attending the Southern West Virginia Prescription Drug Abuse Summit at the MU Forensic Science Center.*

## HEADS UP HUNTINGTON

The City of Huntington, the Huntington Police Department (HPD), in conjunction with Mountain State Computer & Networking Solutions (MSCNS) and the Cabell Wayne Homeland Security Committee (CWHSC) formally announced the launch of *Heads Up Huntington* in November. It is the first uniform emergency and disaster notification system available as a smartphone application. *Heads Up Huntington* provides users with critical information in the event of an emergency or disaster incident, as well as other areas of information such as school closings, boil water advisories, major traffic accidents, and more.

## OPIATE ABUSE PROGRAM
## (EQUAL OPPORTUNITY DESTROYER)

The manufacturing, trafficking, selling, possessing and using of illegally diverted prescription medications has been a major problem for the residents in the Southern District of West Virginia. In 2011, 506 overdose calls were reported to the various 911 centers. The Cabell/Wayne County area had 285 of those overdose calls, which is 56% of all overdoses in the Southern District. This is not only a public health problem, but one of the major crime problems in the area. In collaboration with the U.S. Attorney's Office, the Huntington Police Department has implemented an education and prevention program targeting a wide demography (middle school, high school, college, and adults).

## CLICK IT OR TICKET

On July 9th, 2013, failure to wear your seat belt while driving a vehicle became a primary offense under WV Law. This means that a driver may be pulled over for no other reason than failing to wear their seat belt. The Huntington Police Department issued 420 seatbelt violation citations in 2013.

P-41252_00040

# PEACE OFFICERS MEMORIAL DAY



In 1962, President John F. Kennedy designated May 15th of each year "Peace Officers Memorial Day" and the calendar week of each year during which May 15th occurs as "Police Week" recognizing the service given by the men and women who, night and day, stand guard in our midst to protect us through enforcement of our laws. Peace Officer Memorial Day honors federal, state, and local law enforcement officers who have been killed or disabled in the line of duty.

Each year the Fraternal Order of Police organizes a Peace Officers Memorial Service in front of the Huntington Police Department. The service honors the memory of fallen Huntington Police Department officers as well as other fallen law enforcement officers from neighboring departments. During the service, surviving members of the fallen officer's families are recognized and a wreath is placed

on the Huntington Police Department Memorial site in memory of their fallen loved ones. Although a somber day, it also reaffirms the brotherhood of closeness that exists between all members of our law enforcement family.



P-41252_00041

# ISAAC H. MITCHELL DEDICATION



A special dedication to Isaac H. Mitchell occurred during Peace Officers Memorial Day in the City of Huntington. Isaac Mitchell was the first town Marshal of Huntington and the first officer killed in the line of duty protecting the residents of Huntington. For this dedication, various descendants of Mitchell from across the country were contacted and invited to take part in the memorial ceremony and dedication. The surviving three branches of the Mitchell family met in Huntington after being contacted by HPD. During their visit they traveled to various cemeteries in Cabell and Wood counties.

During the Peace Officer Memorial Service the Huntington Police Department's first patrol boat was dedicated, christened the Isaac H. Mitchell. In addition to patrolling twenty miles of waterways, the crew is also tasked with keeping the public safe during special events, and supporting rescue and recovery operations on the Ohio River. The *Ike* has increased our capabilities to serve the public and the Port of Huntington, which is the largest inland port in the United States.



*The Isaac H. Mitchell patrol boat helping in the recovery of a submerged car in the Ohio River on May 20th.*



*Pete Dudley, Officer Rodney Pell, Bill Mitchell, and Sharon Mitchell visiting the grave of Isaac H. Mitchell and other Mitchell family members in Springhill Cemetery.*

42

# The Story of Isaac H. Mitchell

On June 26th, 1876, Marshal Mitchell received information regarding a horse theft from Greenfield in Highland County, Ohio involving a man named Marshall Johnson. Marshal Mitchell enlisted the assistance of Thomas Turner, the stable owner where the thief had stayed overnight, to help pursue and identify the horse thief.



*Decendants of the Mitchell family reunited for the first time in over 130 years.*

Marshal Mitchell and Mr. Turner were able to follow the trail of the suspect to Hurricane Station (known as Hurricane today). The two confronted the suspect and a fight ensued. The suspect fired several shots at Mitchell, hitting him twice. Marshal Mitchell attempted to return fire, but sadly, the cartridges in his firearm failed to fire. The suspect then shot Mr. Turner in the abdomen, and then fled the scene. Both Mitchell and Turner were still alive after being found later that morning. Mitchell was still holding onto the stolen horse. Marshal Mitchell was taken to the home of Lewis Burdette and died at 11:00am on June 27, 1876. Mr. Turner was taken to his home in Huntington and was not expected to live much longer.

On that same day, the suspect, Marshall Johnson, was apprehended in Gallipolis and transported via boat to Huntington to be positively identified by Thomas Turner. After the identification by Turner, Deputy Sheriff Morris from Putnam County took control of the prisoner. He was to be taken to the Putnam Jail as the crime occurred in Putnam County. At about 6 A.M. on Saturday, July 1st, a mob composed of 15 of the "most representative, distinguished and well respected men from Cabell County," entered the town of Winfield and proceeded to the county jail. They removed Marshall Johnson, who had been incarcerated there a few days before. As soon as they had secured him, they mounted their horses and started down the road, evidently on their way to the place where he had shot Isaac Mitchell and Tom Turner. They hung Marshall Johnson from the limb of a small chestnut tree close by the road-side near White Oak Chapel. After a short time, they mounted their horses and continued down the road, leaving Johnson hanging.



*A memorial to Isaac Mitchell has been placed in the main hallway at HPD.*

Isaac Henry Mitchell's funeral occurred at 10:30 A.M. on Thursday, June 29th. He was buried with full Masonic Honors, by Huntington Lodge No. 53, of which he was a member. The Worshipful Master, J. Owen Wall presided over the ceremony. Isaac H. Mitchell is buried at Spring Hill Cemetery in Huntington, WV in Section 17 Lot 51, Space 4-5.

P-41252_00043

# FRATERNAL ORDER OF POLICE



## Fraternal Order of Police
## **The 11th Annual**
## **"Ride With Cops"**



"Ride with Cops" is a charity event that was established in October of 2000 to help support the Fraternal Order of Police Gold Star Lodge #65 Children's Christmas Party. The ride was originally organized by Cpl. Vern Casey, Cpl. Gary Queen, PFC Mike Hudson and former Huntington Police Officer, Matt Martin. In 2013, the Blue Knights WV Chapter III, which is comprised of area law enforcement officers from various agencies, took over the responsibilities of the ride.

In 2013, the event included over 150 motorcycles and over 200 participants including Huntington police officers and law enforcement from Ohio and Kentucky. The ride is a 110-mile loop beginning at Buddy's All-American Bar-B-Que in Huntington and traveling through West Virginia, Ohio, and Kentucky.



Over $8,000 was raised, which funded the FOP Children's Christmas Party and provided $1,500 to agencies in Ohio and Kentucky to put toward their Christmas charities for children.

A large amount of volunteered time and work goes into this event. A special thank you goes to Redmen Bingo for being the main sponsor since 2007. Thanks and appreciation also goes to Dan Ferguson, Vince Balone, Ron Smith, Buddy Legg, Bobby Booten with Buddy's All-American Bar-B-Que, Larry Bias, Eagle Distributing, and Heiner's Bakery for their invaluable contributions to this event.



44

# FRATERNAL ORDER OF POLICE

## Fraternal Order of Police
# Children's Christmas Party



The annual FOP Children's Christmas Party, organized and funded by Fraternal Order of Police Goldstar Lodge 65, has a history that goes back more than 40 years. What started as an effort to reach out to children and families in need during the holidays has grown tremendously.

First, second, and third graders, chosen by their teachers from around the community are bused to a central location, where they receive lunch and interact with the attending police officers. Each child has an individual photo taken with Santa Claus, which is later delivered to them at school. They each visit Santa as they leave and receive gifts to take home to open with their families.



Ten elementary schools were represented with 250 children in attendance. Assisting and volunteering their time at the event were active and retired Huntington police officers and their family members, officers representing other agencies, community volunteers, high school students from the Huntington Police Explorers program, and other employees from the Huntington Police Department.



The FOP Children's Christmas Party's expenses average $10,000 annually for gifts, wrapping, food and entertainment, and are paid exclusively by FOP Goldstar Lodge 65 through fund raising and charitable donations. Capt. Ray Cornwell coordinates the event with his wife, Emily.

Current and retired officers help plan, organize, and raise funds for this event. A special thanks goes to the Improved Order of Redmen – Mohawk Tribe #11, Becki Carpenter and McDonald's, Tri-State Transit Authority, Teresa Ferguson-Crossan and Macy's, Bruce Stewart, Walmart #5296, Eagle Distributing Company, Cabell County Schools Transportation Department, and all volunteers who helped to make this year's party a success.



P-41252_00045

# 2013 AWARDS



### UNITED STATES DEPARTMENT OF JUSTICE
### U.S. ATTORNEY AWARDS FOR PUBLIC SERVICE



**2013 U.S. Attorney's Law Enforcement & Victim Assistance Awards**
**United States v. Alvaro Jaime, et al.**

**Cpl. John Franklin, Det. Curt Nethercutt**

*This case involved the prosecution of a number of local and out of state heroin dealers, as well as Mexican national, Alvaro Jaime, which resulted in all involved parties being sentenced to prison.*



**2013 U.S. Attorney's Law Enforcement & Victim Assistance Awards**
**United States v. Kevin Robinson and Jermaine Dickerson**

**Capt. Rocky Johnson, Lt. John Ellis, Lt. Eric Corder, Cpl. John Franklin, Cpl. Craig Preece, Det. Curt Nethercutt, Det. Paul Matovich, PFC Jamie Leist**

*For their outstanding performance during the successful investigation of crack and heroin trafficking and distribution locally, and out of state, by Kevin Robinson and Jermaine Dickerson. This case involved the prosecution of not only Robinson and Dickerson, but many of their known associates involved in illegal narcotic activity within Huntington.*

Case 3:17-cv-01362   Document 1515-10   Filed 01/13/22   Page 47 of 56 PageID #: 77078

## 2013 WV GOVERNOR'S HIGHWAY SAFETY PROGRAM LAW ENFORCEMENT AWARDS

**Sgt. Darrell Booth  - *Saved by the Belt Award***
*Sgt. Booth was wearing his seat belt and only received non-life threatening injuries as a result of a motor vehicle crash.  A individual driving a van ran a red light at the intersection of 20th Street and 5th Avenue hitting Sgt. Booth's cruiser.  The cruiser was totaled as a result of the crash.*

**Sgt. Kendra Beckett – *Traffic Enforcement Award – 76 Seat Belt Citations***
*Sgt. Beckett issued a total of 76 seat belt violations between January 1 and December 31. Sgt. Beckett issed the seat belt violations while on her regular routine patrol and she worked every click-it-ticket campaign designated by the Governor's Highway Safety Program.*

### 2013 WV Governor's Highway Safety Program



*Officer Travis Hagan, Cpl. Eddie Bradshaw, Capt. Hank Dial, Officer Hans Erich Naumann, Officer Joe Koher, and Mayor Steve Williams at the West Virginia Governor's Highway Safety Office's presentation of annual awards*

**Officer Travis Hagan – *DUI Enforcement Award – 40 Arrests***
**Officer Hans Erich Naumann – *DUI Enforcement Award – 77 Arrests***
**Officer Joey Koher – *West Virginia DUI Officer of the Year – 207 Arrests***

**AAA 2012 COMMUNITY TRAFFIC SAFETY PLATINUM AWARD**
This award was presented to the Huntington Police Department for outstanding service, dedication, and the significant impact made by improving the quality of life through traffic safety programming.

P-41252_00047

# 2013 LAW ENFORCEMENT AWARDS

## 2013 OFFICERS OF THE MONTH

FEBRUARY – **OFFICER KYLE PATTON**

For his actions while assisting the Huntington Violent Crime Drug Task Force at the Greyhound bus terminal, in Huntington. He observed a subject make several evasive actions prior to exiting the bus. The subject produced a Michigan ID and stated he was in Huntington to visit a girl. When asked for permission to search his carry-on travel bag in his possession, the individual denied consent to search but agreed to allow K-9 "Nero" to sniff the bag.

K-9 "Nero" alerted to the bag, indicating the presence of narcotics. Officer Patton applied for a search warrant and subsequently conducted a search of the bag. A vacuum-packed plastic bag folded inside a pair of blue jeans containing 510 grams of multiple squares of a brown substance, which field tested positive for heroin, was located within the bag.

MARCH – **CPL. JEFF SEXTON**

For his ongoing work over the last four years, while assigned as the downtown patrol officer. Documentation indicates a total crime reduction of over 15% during the last four years. Specific crimes of disorderly conduct, public intoxication and vandalism are down an impressive 56% compared to the previous four years.

APRIL – **OFFICER JOSH NIELD**

For his performance during a drug investigation at 611 22nd Street, Apt. 321. As a result of his traffic stop and subsequent instincts to look beyond the traffic stop, he discovered criminal drug activity afoot. This resulted in officers obtaining a search warrant for the apartment in question. Upon executing a search warrant at 611 22nd Street, Apt. 321, officers seized a quantity of marijuana, cocaine, heroin and U.S. currency, as well as located a violent fugitive from Michigan.

MAY – **PFC RODNEY PELL**

For his work in researching the first Huntington Police officer killed in the line of duty – Town Marshal Isaac H. Mitchell. As this endeavor progressed, it became very apparent how important it was to see this project through, and honor Mitchell's memory and recognize to the family his sacrifice for our city.

During National Police Week this year, leading up to our Law Enforcement Memorial service on May 15, 2013, PFC Pell arranged and assisted with the reunion of the Mitchell family in Huntington. These family members came to Huntington from all over the country, many having never met before.

JUNE – **CPL. TIMOTHY GOHEEN**

For his work in investigating two burglaries; the first occurring on June 18, 2013, and the second occurring on June 24th, 2013. During the course of both investigations he conducted his own Field Evidence Technician (FET) work, obtaining usable prints that were later identified as belonging to a suspect. This led to warrants being signed and executed on June 26th, 2013.

48

# 2013 LAW ENFORCEMENT AWARDS

AUGUST – **CPL. JEFF ASH, DET. JASON DAVIS, DET. ROB STINNETT, DET. STEVE FITZ, OFFICER STEVE MANISKAS, DET. STEVE COMPTON, DET. RYAN BENTLEY, DET. CHRIS SPERRY**

For their exceptional teamwork, communication, attention to detail, and sense of duty, multiple property crimes and violent crimes were investigated and cleared by arrest. On August 13, 2013, Cpl. Ash responded to a B&E call at 2110 Adams Avenue. Cpl. Ash arrested an individual at the scene and promptly transported him to headquarters. Once at headquarters, Jackson was interviewed by Det. Stinnett and Det. Davis, which resulted in a confession.

On August 14, 2013, Det. Stinnett and Det. Fitz recovered a vast majority of the stolen property from the individual's crime spree. In total, seven property crime cases were cleared by arrest.

During this same time, patrol Officer S. Maniskas lifted a latent print from a property crime scene that was matched by Sgt. Compton through AFIX tracker, to a different suspect. When detectives arrested him at a Columbia Avenue residence, his brother was present. Detectives Bentley and Sperry interviewed the brother about his possible involvement in a recent violent crime. The interview resulted in him confessing to the violent robbery of a Marshall University medical student earlier in the year.

SEPTEMBER – **OFFICER MATTHEW CUSTER**
For his actions while responding to 3141 Saltwell Road to investigate a report of someone breaking into vehicles. Upon arrival, he observed a suspect attempting to gain entry into a parked car. When the suspect observed his presence, he attempted to flee on foot, but was quickly apprehended. During a search, Officer Custer located a number of items of evidence linking the suspect to multiple car B&E's in the neighborhood. His quick response and tactical approach was instrumental in the safe apprehension of the suspect, and the clearance of several other car B&E's.

OCTOBER – **DET. CURT NETHERCUTT**
For his actions investigating a large scale marijuana indoor grow operation at a residence on Kings Highway in Huntington. As a result, a subsequent consent search was conducted, which resulted in the discovery of an elaborate hydroponic indoor grow facility and the seizure of 50 adult marijuana plants and $58,000 U.S. currency. This investigation disrupted a significant marijuana distribution network in the City of Huntington.

NOVEMBER – **DET. GREG MOORE**
For his investigation into drug activity at 417 Avondale Road. The investigation was initiated after the Huntington Police Department received over 50 tip-line complaints about suspicious activity at the residence. Based on information obtained during the investigation, a search warrant was executed on November 12, 2013. As a result, three people were arrested. Weapons, currency, heroin, and marijuana were seized. Most importantly, drug activity occurring from the residence was eliminated.

DECEMBER – **DET. PAUL MATOVICH, SGT. ERNIE BLACKBURN**
For their action of initiating an investigation into a large scale heroin distribution operation in the west end of Huntington. As a result of that investigation, a search warrant was executed at 1416 Jefferson Avenue on December 31, 2013. The subsequent search resulted in the arrest of three people from Detroit, Michigan and the seizure of approximately one pound of heroin, and $13,000.00 U.S. currency.

P-41252_00049



# OFFICER OF THE YEAR

## 2013

# PFC Kyle Patton

*The Huntington Police Department is very proud to have a peer-driven Officer of the Month Award program. This program is designed to recognize officers who go above and beyond the call of duty in their performance. The recognition can be based on individual or group actions of heroism, exceptional performance, dedication to service, contributions to law enforcement, and all-around service to the community. This recognition comes from nominations made by the rank and file of the police department making it especially gratifying to the monthly award recipient. Each month the Chief of Police meets with the command staff to review all monthly award nominations and support documents. After careful review, an Officer of the Month Award is presented to the selected officer. Every monthly award winner demonstrates exceptional performance, representing the Huntington Police Department in the highest of standards.*

In January of 2014, the Chief of Police met with the Department's Command Staff to assess the 2013 Officer of the Month award recipients for their possible selection as the Officer of the Year for the Huntington Police Department. After reviewing each officer and their accomplishments for the year, Officer Kyle Patton was selected as the Officer of the Year.

During February, Officer Patton's K-9 "Nero" alerted on a bag at the Greyhound Bus Station in Huntington, indicating the presence of narcotics, at which time he seized the bag, applied for a search warrant and subsequently conducted a search of the bag. A vacuum packed plastic bag folded inside a pair of blue jeans containing 510 grams of multiple squares of a brown substance, which field tested positive for heroin, was located within the bag.

Throughout the entire year, Office Patton and his K-9 "Nero" were responsible for the seizure of almost 90 grams of cocaine, 35 pounds of marijuana, and over 1,095 grams of heroin. This team was also responsible for the seizure of $35,677 in currency.

Officer Patton is a nine year veteran of the Huntington Police Department and has worked various assignments throughout his career. For the past six years he has been assigned to the K-9 Unit. He has been awarded the Officer of the Month award on four occasions over the past four years.

Officer Patton is a soft-spoken, steadfast individual and police officer whose tenacity and resolve have benefited the City of Huntington greatly. He is a hard worker who has earned the respect and confidence of his fellow officers and of his supervisors. His dedication to duty, to the officers around him, and to the citizens of Huntington is a quality that every Huntington Police Officer endeavors to achieve. Congratulations to Officer Patton, the 2013 Officer of the Year, on his outstanding performance.

P-41252_00051

# 2013 DEPARTMENT MILESTONES

*Promotions*



From left to right: **Sergeant Christopher Merritt** (14 years of service), **Lieutenant Daren McNeil** (25 years of service), and not shown **Corporal Craig Preece** (14 years of service)



**Corporal Jason Davis** (8 years of service)



From left to right: **Corporal Ted Backus** (8 years of service), **Lieutenant Jason Young** (18 years of service), and **Sergeant Vernon Casey** (21 years of service)



From left to right: **Captain Ray Cornwell** (17 years of service), **Lieutenant Chuck Kingery** (21 years of service), **Sergeant Shane Bills** (14 years of service), and **Josh Coffey** (9 years of service)

P-41252_00052

## 2013 DEPARTMENT MILESTONES

*Outstanding Achievments*



**F.B.I. NATIONAL ACADEMY**

**Chief W.H. "Skip" Holbrook** – In March of 2013, Chief Holbrook graduated from the 252nd session of the F.B.I. National Academy at Quantico, Virginia. Chief Holbrook was the 11th member of the Huntington Police Department to graduate from this prestigious academy. Congratulations to Chief Holbrook for this outstanding achievement.



**OUTSTANDING SERVICE AWARD**

**Captain Hank Dial** - In April of 2013, Captain Dial was presented an "Outstanding Service Award" for his performance as Acting Chief of Police from January 13, 2013 to March 22, 2013.

While serving as Acting Chief he excelled in all aspects of the administration of our Department. He attended critically important neighborhood meetings and council meetings on the Chief's behalf, and worked seamlessly with other Captains to ensure command continuity during the Chief's absence. Captain Dial represented the Chief's Office in the highest of standards.

P-41252_00053

# 2013 DEPARTMENT MILESTONES

## *Retirements*



**Lieutenant Brenda J. Wamsley** retired on January 11 after 28 years of service. She spent most of her career in a uniform patrol capacity, with the majority of that time being assigned to, or in charge of, the Traffic Unit.



**Corporal Richard V. Knight** retired on January 18 after 24 years of service. His final assignment was to the Training Unit. Knight also spent time with the Drug Unit, Criminal Investigations Bureau, and the Mobile Response Team.



**Lieutenant Daren McNeil** retired on April 1 after 25 years of service. He was assigned to various units throughout his career including Traffic Unit, Patrol Bureau, Mobile Response Team, Mounted Patrol, Criminal Investigations Bureau, and technical services. He ended his career as the Evening Shift Commander.



**Captain Charles V. Alan Rohrig** retired on May 21 after 25 years of service. Although briefly assigned to the Drug and Vice Unit, he spent most of his career in the Patrol Bureau. His final assignment was commander of the Systems Management Bureau.

P-41252_00054



The Huntington Police Department has received the AAA Community Traffic Safety Platinum Award for the past six years



To download a copy of this annual report go to:
www.HPDWV.com
or scan the QR code below with your smartphone.

P-41252_00056