

# Huntington Police Department
## Annual Report 2011

Huntington Police Department
2011 Law Enforcement
Agency of the Year

U.S. ATTORNEY'S AWARD
for
LAW ENFORCEMENT
AGENCY OF THE YEAR

R. Booth Goodwin II
United States Attorney, SDWV

2011
HUNTINGTON
POLICE DEPARTMENT

PLAINTIFFS TRIAL
EXHIBIT
P-41342_00001

# *Congratulations*

"They have come up to me, not just one but dozens of individuals have said, 'Listen. You don't know what this has done for the community. We were scared to go outside. We were scared to let our kids play, and now we have our streets back.'"

- R. Booth Goodwin II, U.S. Attorney

*Congratulations to Chief W.H. "Skip" Holbrook and the men and women of the Huntington Police Department - recipients of the "2011 Law Enforcement Agency of the Year" award, presented by the U.S. Attorney's Office.*

On October 6, 2011, U.S. Attorney R. Booth Goodwin II honored the Huntington Police Department as the law enforcement agency of the year in the Southern District of West Virginia. The decision was based on problem-solving strategies that were implemented throughout the community such as *Weed & Seed*, *Project Safe Neighborhoods*, and *Drug Market Intervention Initiative* (DMI). As a result of these collaborative initiatives, drug and violent crime offenses have been greatly reduced and a significant number of criminals have been removed from the streets. The Huntington Police Department's efforts have contributed to revitalization in the community and served as a model for other law enforcement agencies in West Virginia.



# Huntington Police Department
## Annual Report: Executive Summary




## In 2011

- Violent offenses have decreased every year since 2006.
- Larceny from a motor vehicle has dropped 21.73% since 2010.
- Robberies have dropped 4.9% since 2010.

### Since 2006

- Overall crime has decreased 16%.
- Burglary has been reduced by over 18%.
- Motor vehicle theft has been reduced by 48%.

### Weed and Seed Initiative target area results:

- 28% decrease in violent crime
- 35% decrease on drug offenses
- 197% increase in property values on Artisan Avenue

### Drug Market Intervention Initiative (DMI) target area results:

- 40% decrease in drug offenses
- 62% decrease in violent crime
- None of the DMI Call-In individuals have reoffended at the one year mark

### Our Commitment to the City of Huntington

The Huntington Police Department (HPD) command staff continues to demonstrate fiscal responsibility to our city leaders and citizens, and maintains a budget that is consistent with meeting the goals and objectives set forth in HPD's five-year strategic plan. Currently in year three of the strategic plan, HPD has met nearly all the goals originally set forth. The department has been successful in securing outside grants and funds to implement many new technologies and tools without additional expense to the local taxpayer. In 2012 we will capitalize on new technologies and processes in order to achieve better efficiencies and future success.



*Huntington City Council consistently demonstrates willingness to collaborate and partner with the HPD in the assessment and funding of law enforcement needs in order to effectively address emerging threats to public safety.*

Collaborations with federal and state agencies, local neighborhood organizations, and citizens have been a force multiplier and a key to the continued success of the department. In addition, a new LG Crime Mapping System provides detailed reports that allow officers to respond to emerging threats and crime hot spots. City Council members are provided an analysis of crime trends in their respective districts. These collaborations, detailed reporting, new website and Facebook page all provide additional transparency to the citizens of Huntington.

### 2011 Statistics

2010 was a banner year with the lowest total of offenses since 1999. The success continued in 2011 with a reduction in Part I violent criminal offenses. Total number of offenses in the city was 8,006. This is a slight increase from 2010 and is attributed to a greater level of enforcement in key areas such as DUI patrols and long term drug investigations.

**www.hpdwv.com**

HUNT_00286587
P-41342 _ 00003

## Department Highlights

### Patrol Bureau (Captain Alan Rohrig)

- Responded to 44,804 calls for service.
- Traffic Unit received the Prestigious Platinum award from AAA for efforts in improving traffic safety; six officers were recognized by the WV Governors Highway Safety Program.
- K-9 Unit assisted in seizing 940 grams of cocaine, 97 grams of heroin, 2,420 grams of marijuana, 6,212 dosage units of illegally diverted pills and approximately $84,836 in illegal drug proceeds.

### Criminal Investigations Bureau (Captain Rick Eplin)

- Property Crimes Unit recovered approximately $757,620 in stolen property.
- Forensic Investigations Unit won approval of a National Institute of Justice, forensic science improvement grant to purchase an automated fingerprint identification system (AFIS).

### Office of Professional Standards (Captain Rocky Johnson)

- Investigated and reviewed a total of 21 incidents involving traffic crashes or operational damage to police vehicles – a 22% reduction from 2010.
- Began three-year process of obtaining accreditation from the Commission for the Accreditation of Law Enforcement Agencies (CALEA) recognizing HPD as a nationally accredited Law Enforcement Agency.

### Administrative Bureau (Captain Hank Dial)

Outside funding provided the following in 2011:

- Video surveillance in high crime areas
- AFIX Tracker System
- Crossmatch Live Scan digital fingerprint system
- Victim services brochure
- Hiring of a statistics analyst, IT and Weed and Seed coordinators
- Facility improvements for Safety Town
- State-mandated juvenile holding facility
- Crime Scene Total Station
- Evidence barcode system
- Collapsible ballistic shields
- Nine vehicles

### Office of Systems Management (Captain Michael Albers)

Completed various stages of implementation of new technological systems including: an evidence management system with barcoding of all seized property and evidence, Livescan Fingerprint System, an in-car video system, a GPS system in the cruisers, a new mobile computer-aided dispatch system, and a new report management system.

### Special Investigations Division

- FBI Violent Crimes Drug Task Force covert operations resulted in the arrest of 93 individuals linked to area drug trafficking organizations; seized 14 firearms, 377 grams of cocaine/cocaine base, 1,869 grams of marijuana, 43.7 grams of heroin, 8,000 dosage units of oxycodone/oxymorphone, and assisted in the recovery of $60,000 in illegal drug proceeds.
- ATF River City Gun Task Force completed operation "Smokin' Aces" resulting in 55 individuals charged with federal drug and firearms violations – all of whom pled guilty.

### Awards

2011 United States Department of Justice U.S. Attorney Awards for Public Service:

- Law Enforcement Agency of the Year Huntington Police Department
- Outstanding OCDETF Investigation "Up in Smoke"
- Outstanding Gun and Violent Crime Investigation
- Outstanding Implementation of District Initiative Drug Market Intervention Initiative (DMI) Huntington

For more information, or to download a copy of the Huntington Police Department 2011 Annual Report, visit: **www.hpdwv.com**



# Table of
# CONTENTS

2011

From the Chief of Police ............................................................. 5

Vision and Mission Statement ....................................................... 6

Executive Command Staff ........................................................... 7

2011 Crime Statistics .............................................................. 8

Patrol Bureau .................................................................... 11
    Traffic Unit ................................................................ 11
    K-9 Unit ................................................................... 13

Criminal Investigations Bureau .................................................... 15
    Crimes Against Persons Unit ................................................ 15
    Property Crimes Unit ....................................................... 16
    Family Crimes Unit ......................................................... 17
    Forensic Investigations Unit ............................................... 17

Special Investigations Division .................................................... 19
    Emerging Threats ........................................................... 19
    FBI Violent Crime Drug Task Force .......................................... 19
    ATF River City Gun Task Force .............................................. 20
    DEA Task Force ............................................................. 20
    Special Emphasis Unit (SEU) ................................................ 21
    Appalachia HIDTA ........................................................... 21
    Rx Take Back ............................................................... 21
    SWAT/Crisis Negotiation Team ............................................... 22

The Office of Professional Standards ............................................... 23
    Complaint Investigations ................................................... 23
    Use of Force ............................................................... 23
    Employee Motor Vehicle Collisions .......................................... 25
    Future Endeavors ........................................................... 25

Administrative Bureau ............................................................. 27
    Grants ..................................................................... 27
    Neighborhood Institute ..................................................... 28
    Recruiting ................................................................. 28
    Training ................................................................... 29

Systems Management ................................................................ 31

Programs and Partnerships ......................................................... 33
    Mission Tri-State .......................................................... 33
    S.T.O.P. Crime in Our Community ............................................ 33
    Huntington Police Explorers ................................................ 33
    Marshall University Forensic Science Partnership ........................... 34
    Crime Stoppers ............................................................. 34
    Cabell/Wayne Homeland Security Group ....................................... 35
    Tactical Medical Training .................................................. 35

Initiatives ...................................................................... 36
    Weed & Seed ................................................................ 36
    A Bright New Day ........................................................... 36
    Drug Market Intervention Initiative ........................................ 37

Fraternal Order of Police ......................................................... 38

2011 Awards ....................................................................... 40
    United States Department of Justice, U.S. Attorney Awards for Public Service . 40
    2011 WV Governor's Highway Safety Program ................................. 41
    Law Enforcement Awards ..................................................... 42
    Officer of the Year Award .................................................. 44
    Promotions ................................................................. 46
    Outstanding Achievement .................................................... 47

HUNT_00286589

P-41342 _ 00005





# From the Chief of Police

To Mayor Kim Wolfe, Huntington City Council, and the Citizens of Huntington:

On behalf of the dedicated employees of the Huntington Police Department, it is my pleasure to present to you the Huntington Police Department's 2011 Annual Report.

The City of Huntington has faced significant budget challenges over the past several years. The Police Department has not been immune to these same budgeting impediments. Determining how to do more with less has become a reality for law enforcement agencies across the country. However challenging, the HPD remains committed to implementing best practices, evaluating our procedures, and improving processes by which we deliver service to our citizens. This report provides a comprehensive explanation of our organization, as well as an examination of our accomplishments in these challenging times.

Any successful organization starts with a leadership team having vision and a strategic plan. The HPD has assembled a professional and accomplished executive command staff to lead the men and women who make up the ranks of this fine department. The command staff also embraces the philosophy of demonstrating fiscal responsibility to our city leaders and citizens. The staff works closely with one another to ensure that we construct a budget that reflects the realistic needs of the department and is consistent with meeting our goals and objectives set forth in our current five year strategic plan.

The most gratifying accomplishments of 2011 are maintaining Part I Violent Crimes rates at the lowest level, compared to the last seven years, sustaining a five year crime reduction rate of 16.7% and being recognized as the 2011 Law Enforcement Agency of the Year by the United States Attorney for the Southern District of West Virginia. These accomplishments are a testimony to the dedicated service provided by the officers and staff at the Huntington Police Department and their willingness to work so well with other local, state, and federal law enforcement agencies.

These and other accomplishments can be attributed to our advancements in technology and the hiring of our first technology coordinator and a professionally trained crime analyst. Our crime analyst has implemented a multi-layered LG Crime Mapping System that enables officers to see more in real-time where crime is occurring. This allows for crime information to be quickly disseminated to officers who can then put extra emphasis on emerging threats and crime hot spots.

We will endeavor to maintain trust through open communication, operational transparency, and accountability of our actions. Collaborative efforts with our community groups and citizens to identify and solve problems are and will remain a priority of the HPD. Partnership and collaboration with the United States Attorney's Office has made much of the successes described in this report possible. As our distinguished U.S. Attorney R. Booth Goodwin II has stated, "In good neighborhoods there are schools and churches. In bad neighborhoods, they are exactly the opposite: places where criminals of all stripes gather to do business and rub shoulders. Take away the strongholds and you fundamentally alter a neighborhood. Our goal is to fundamentally alter our entire community."

I believe the future of our great City is promising and bright. It is my honor to be your Chief of Police.

Respectfully submitted,

W.H. "Skip" Holbrook, *Chief of Police*

5

## VISION STATEMENT

The members of the Huntington Police Department embrace quality policing and are committed to the development of a comprehensive strategy to prevent crime, resolve public safety issues, provide service to the community, and enhance the quality of life within our city.

## MISSION STATEMENT

The mission of the Huntington Police Department is to provide the highest level of professional police service while preventing crime through problem-solving partnerships.

This mission is accomplished by a commitment to:
- reduce criminal victimization
- call offenders to account
- reduce fear and enhance personal security
- strive to ensure safety in public places
- when required, use force fairly, efficiently, and effectively
- maintain fiscal responsibility to our citizens
- meet the expectations of our community



6

HUNT_00286592
P-41342 _ 00008



## EXECUTIVE COMMAND STAFF

*Left to right: Captain Rocky Johnson, Captain Hank Dial, Chief W.H. "Skip" Holbrook, Captain Rick Eplin, Captain Alan Rohrig*
*Not pictured: Captain Mike Albers*



Chief of Police
W. H. "Skip" Holbrook

**Special Investigations Division (12/0)**
- FBI Drug Task Force
- ATF Gun Task Force
- DEA Task Force
- Special Emphasis Unit
- SWAT/Crisis Negotiations

**Capt. Mike Albers - Systems Management (3/5)**
- Evidence Management
- Communications
- Special Projects
- Records Management
- Planning and Research
- Fleet Management

**Capt. Rocky Johnson - Professional Standards (2/0)**
- Internal Affairs
- Inspections/Police Review
- Accreditation

**Capt. Rick Eplin - Criminal Inv. Bureau (18/1)**
- Crimes Against Persons Unit
- Family Crimes Unit
- Property Crimes Unit
- Crime Stoppers
- School Resource Officer
- Forensic Investigations Unit
- DFI Unit

**Capt. Hank Dial - Administrative Bureau (4/3)**
- DMI
- Training/Recruitment
- Intel Analyst
- Safety Town
- Weed & Seed Director
- Budget
- Payroll
- Purchasing
- Grants
- Community Programs
- Building Maintenance

**Capt. Alan Rohrig - Patrol Bureau (66/0)**
- Day Shift
- Evening Shift
- Midnight Shift
- Traffic Unit /TAS/ Municipal Court
- Reserve Unit
- Downtown Patrol

(Sworn/Civilians)

HUNT_00286593

P-41342 _ 00009

# 2011 Crime Statistics



*GTON*

The violent and property crimes that saw a significant increase in 2006 have stabilized over the last two years due to concentrated efforts and partnerships to eradicate violent crime from our communities. In 2011 HPD saw a 5.48% increase in overall total offenses. This increase is not attributed to more criminals infiltrating our neighborhoods, but is the result of a greater level of enforcement in key areas such as DUI patrols and long term drug investigations. 2010 was a banner year with the lowest total of offenses since 1999. The success continued in 2011 with a reduction in criminal offenses. Over the last year, HPD saw a 21.9 % reduction in reported larceny from motor vehicle offenses and a 5.4% drop in robberies. Since 2006 HPD has seen an overall crime reduction of 16.7%. During this same time period, there was an 18.1% reduction in breaking and entering, a 24.5% reduction in aggravated assaults and an 18.1% reduction in drug offenses. The aforementioned results would not have been achieved without the partnerships and relationships developed with the citizens of Huntington. The collaborations and partnerships extend beyond our residents to those at the local, state and federal levels of law enforcement. These agencies have proven their commitment and support to the city by providing the resources necessary to implement and sustain the initiatives that brought about this success.



Part I Offenses 2006-2011
Huntington, WV



Total Offenses 2006 – 2011
Huntington, WV

**Part I Offenses 2006-2011**

| Offenses | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Murder | 0 | 3 | 8 | 4 | 2 | 3 |
| Forcible Rape | 46 | 48 | 48 | 34 | 31 | 35 |
| Robbery | 185 | 182 | 168 | 161 | 181 | 172 |
| Aggravated Assault | 122 | 123 | 91 | 107 | 89 | 92 |
| *Violent Crime* | *353* | *356* | *315* | *306* | *303* | *302* |
| Arson | 9 | 27 | 14 | 20 | 26 | 22 |
| Burglary | 1214 | 1160 | 1022 | 938 | 851 | 993 |
| Larceny-Theft | 2342 | 2071 | 1969 | 1879 | 1870 | 1841 |
| Motor Vehicle Theft | 304 | 303 | 273 | 181 | 176 | 158 |
| *Property Crimes* | *3869* | *3561* | *3278* | *3018* | *2923* | *3014* |
| **Totals** | **4222** | **3917** | **3593** | **3324** | **3226** | **3316** |

8

HUNT_00286594
P-41342 _ 00010

# 2011 Crime Statistics

### All Offenses in the City of Huntington 2006-2011

| Offenses | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| State UCR Classification | 635 | 775 | 631 | 722 | 597 | 687 |
| Murder & Non-Negligent Manslaughter | 0 | 3 | 8 | 4 | 2 | 3 |
| Homicide - Negligent Manslaughter | 0 | 0 | 1 | 0 | 0 | 0 |
| Sex Offense - Forcible Rape | 46 | 48 | 48 | 34 | 32 | 35 |
| Sex Offense - Forcible Sodomy | 1 | 0 | 2 | 1 | 0 | 2 |
| Sex Offense - Assault with a object | 5 | 9 | 13 | 13 | 21 | 28 |
| Sex Offense - Forcible Handling | 27 | 21 | 19 | 13 | 10 | 20 |
| Sex Offense - Statutory Rape | 1 | 0 | 3 | 0 | 0 | 3 |
| Sex Offense - Incest | 1 | 0 | 0 | 0 | 1 | 0 |
| Burglary/Breaking & Entering | 1214 | 1160 | 1022 | 938 | 851 | 993 |
| Larceny - Purse-snatching | 4 | 3 | 5 | 1 | 9 | 0 |
| Larceny - Shoplifting | 100 | 67 | 39 | 57 | 41 | 86 |
| Larceny - From Building | 20 | 13 | 23 | 20 | 23 | 17 |
| Larceny - From Coin-Operated Device | 0 | 0 | 1 | 1 | 1 | 0 |
| Larceny - From Vehicle/Not Parts | 795 | 608 | 636 | 669 | 520 | 407 |
| Larceny - Of Motor Vehicle Part/Access | 3 | 0 | 2 | 0 | 2 | 0 |
| Larceny - Other | 1420 | 1380 | 1263 | 1131 | 1274 | 1331 |
| Motor Vehicle Theft | 304 | 303 | 273 | 181 | 176 | 158 |
| Kidnapping/Abduction | 12 | 8 | 9 | 6 | 8 | 10 |
| Arson | 9 | 27 | 14 | 20 | 26 | 22 |
| Drug/Narcotics | 288 | 214 | 221 | 238 | 231 | 233 |
| Drug Equipment | 1 | 0 | 0 | 0 | 1 | 1 |
| Embezzlement | 24 | 27 | 23 | 27 | 18 | 21 |
| Fraud - False Pretences/Games | 91 | 132 | 138 | 179 | 143 | 116 |
| Fraud Credit Card/ATM | 2 | 0 | 12 | 4 | 23 | 22 |
| Fraud - Impersonation | 0 | 0 | 1 | 0 | 7 | 21 |
| Fraud - Welfare Fraud | 1 | 2 | 1 | 0 | 0 | 0 |
| Counterfeit/Forgery | 130 | 117 | 107 | 58 | 100 | 97 |
| Prostitution | 21 | 52 | 51 | 59 | 34 | 50 |
| Prostitution- Promoting/Assisting | 0 | 1 | 0 | 0 | 0 | 3 |
| Stolen Property | 4 | 0 | 2 | 0 | 3 | 1 |
| Aggravated Assault | 122 | 123 | 91 | 107 | 88 | 92 |
| Simple Assault | 985 | 852 | 859 | 940 | 859 | 882 |
| Intimidation | 8 | 1 | 0 | 1 | 0 | 1 |
| Destruction/Damage/Vandalism | 1039 | 934 | 1033 | 897 | 725 | 775 |
| Robbery | 185 | 182 | 168 | 161 | 181 | 172 |
| Weapon Law Violation | 25 | 9 | 15 | 14 | 13 | 7 |
| Disorderly Conduct | 130 | 134 | 123 | 103 | 119 | 83 |
| Driving Under the Influence | 315 | 316 | 274 | 235 | 256 | 408 |
| Drunkenness | 205 | 135 | 135 | 141 | 120 | 117 |
| Family Offenses, Nonviolent | 0 | 0 | 1 | 2 | 0 | 0 |
| Liquor Law Violations | 4 | 1 | 0 | 1 | 3 | 6 |
| Runaway | 1 | 2 | 0 | 0 | 0 | 0 |
| Peeping Tom | 0 | 0 | 0 | 1 | 0 | 0 |
| Trespass of Real Property | 0 | 1 | 0 | 1 | 2 | 1 |
| All other Offenses | 1460 | 1254 | 1159 | 1115 | 1074 | 1095 |
| **Total Number of Offenses** | **9638** | **8914** | **8426** | **8095** | **7594** | **8006** |

## In 2011

- Violent offenses have decreased every year since 2006.

- Larceny from a motor vehicle has dropped 21.73% since 2010.

- Robberies have dropped 4.9% since 2010.

- Motor vehicle crashes are down 20% since 2010.

## Since 2006

- Overall crime has dropped more than 16%.

- Burglary has been reduced by over 18%.

- Motor vehicle theft has been reduced by 48%.



HUNT_00286595
P-41342 _ 00011



In 2011 the K-9 unit conducted 65 suspect tracks, with 49 being successful. They also assisted in locating and seizing 940 grams of cocaine, 97 grams of heroin, 2,420 grams of marijuana, 6,212 dosage units of illegally diverted pills and approximately $84,836 in illegal drug proceeds.

HUNT_00286596
P-41342 _ 00012

# Patrol Bureau



Captain Alan Rohrig

The Patrol Bureau is under the command of Captain Alan Rohrig. Captain Rohrig is a 23-year veteran of the HPD. The current assigned strength of the Patrol Bureau is 66 officers or about 64% of the department. The uniformed patrol officer remains the backbone of the Huntington Police Department. Patrol assets are typically the first point of contact with the public. The core function of the Patrol Bureau is crime suppression and prevention through uniform presence and response to E911 calls for service.

The Patrol Bureau also serves as the training and proving ground for new police officers. Upon completion of the West Virginia State Police Academy, probationary police officers (PPOs) must successfully complete a comprehensive 10 week field training program. Each PPO is instructed, evaluated and mentored by very talented, hand-selected training officers. In 2011 five PPOs completed the evolution through our field training program.

In 2011 Huntington Police officers responded to 44,804 calls for service and completed 11,539 reports. The Patrol Bureau accounted for reporting 7,304 offenses (91% of total offenses reported), recording 5,102 adult arrest charges (91% of total adult arrests), and 49 juvenile arrest charges (37% of juvenile arrests).

Patrol officers also were responsible for significant arrests and drug seizures during the year. On the following page is a brief list of some of these incidents. Other patrol accomplishments are noted in the "Officer of the Month" section of this report.

### Patrol Bureau Activity

|  | 2010 | 2011 |
|---|---|---|
| Calls for Service | 43,337 | 44,804 |
| Reports Completed | 11,233 | 11,539 |
|  |  |  |
| Total Offenses Reported | 7,596 | 8,019 |
| Patrol Reported Offenses | 6,854 | 7,304 |
| Total Adult Arrests | 5,245 | 5,609 |
| Patrol Adult Arrests | 4,838 | 5,102 |
| Total Juvenile Arrests | 157 | 133 |
| Patrol Juvenile Arrests | 98 | 49 |
|  |  |  |
| Total Traffic Citations | 10,892 | 13,326 |
| Traffic Crashes | 2,319 | 1,854 |
|  |  |  |
| Traffic Unit Funeral Escorts | 318 | 402 |

### Huntington Police Reserve Unit Activity

Lieutenant Brenda J. Wamsley, *Director*
Reserve Captain Ronald E. Runnels, *Commander*

| Hours Worked | 1,148 |
|---|---|
|  |  |
| Funerals | 108 |
| Road Races | 25 |
| Traffic Accidents | 25 |
| Parades | 11 |
| Football Games | 5 |
| Other Activities | 13 |

### TRAFFIC UNIT

The Traffic Unit is commanded by Lieutenant Brenda J. Wamsley, who also serves as the Assistant Patrol Bureau Commander. The unit is comprised of five officers assigned to various traffic-related duties. The Traffic Unit's assigned officers completed 27% of the departments total crash reports and account for 30% of the total citations issued. The Traffic Unit also facilitated 25 road races (such as 5Ks, marathons, run/walks), 11 parades, numerous dignitary escorts, and traffic control for 5 Marshall University home football games. This year the Traffic Unit received the Prestigious Platinum award from AAA for their efforts in improving traffic safety, making the region's roadways safer for motorists, bicyclists and

HUNT_00286597
P-41342 _ 00013

# 2011 Patrol Unit Highlights

**FEBRUARY**

Officers responded to a 2nd degree robbery in the 14th Street West area of Huntington. A K-9 search led to the location of a suspect and a subsequent apprehension following a foot chase. Officers recovered evidence as well as the victim's stolen property.

**MARCH**

Officers responded to Jackson Avenue to investigate a missing person report. Upon arrival, officers located the missing woman, but also detected the presence of narcotics. A subsequent search led to the seizure of several ounces of crack cocaine and $9,000.00 in US currency.

**MAY**

Officers responded to a crime scene on Artisan Avenue where a man was found fatally shot outside an apartment. Officers found a large volatile and emotionally charged crowd that had gathered at the crime scene. Officers controlled the crowd in a professional manner and their efforts led to the development of information leading to the identification of a suspect and his eventual apprehension by detectives.

**AUGUST**

Evening shift officers responded to the city parking garage to investigate reports of a suicidal male in the area. Upon arrival, officers found a man on the top ledge of the garage threatening to jump. A large crowd was present due to a concert at the civic center. Lt. Joe Combs took immediate measures to control the hectic scene by blocking traffic, creating a safe perimeter and initiating a conversation with the individual. Ultimately, Lt. Combs used a calming demeanor and tactics to lure the individual away from the ledge where he was safely secured.

**SEPTEMBER**

Officers responded to the 2300 block of West Fifth Avenue to investigate a breaking and entering in progress. Upon arrival, officers observed two suspects flee the area on foot. After a brief foot pursuit, the suspects were apprehended and found to be in possession of stolen plumbing fittings. Further investigation determined the suspects had broken into a construction company storage unit. Nearby officers also collected footprints from the scene that were matched to the suspects' footwear.

**NOVEMBER**

Officers responded to the Cammack Children's Center to investigate a disturbance. Upon arrival, they found a 15 year-old student who had assaulted staff members and was holding staff at bay while brandishing several butcher knives and uncapped syringes. Officers safely and efficiently evacuated all staff and students from danger while Cpl. Cass McMillian established dialogue with the troubled student and created a calm and disarming atmosphere. Cpl. McMillian ultimately convinced the student to put down the weapons and secured the student without injury to himself or officers.

**DECEMBER**

While on routine patrol in the 1100 block of 6th Avenue, officers observed that several businesses had suffered graffiti damage. As officers canvassed the area, a suspect was spotted and he began fleeing on foot. A foot chase ensued and the suspect was subsequently apprehended and graffiti evidence recovered.

HUNT_00286598

P-41342 _ 00014

pedestrians. Also in 2011 six officers were recognized by the West Virginia Governor's Highway Safety Program and received awards of excellence. In recognizing individual accomplishments Officer Joseph Koher had the second highest DUI arrests in the State of West Virginia. In addition to this honor, he was presented an award from Mothers Against Drunk Driving (MADD) due to his efforts to get drunk drivers off the streets of Huntington.

## K-9 UNIT

The K-9 Unit's primary responsibility is the support of patrol operations and drug enforcement activities. Two of the K-9 officers are credentialed through the FBI Task Force, allowing them to assist other local, state and federal law enforcement authorities in the area. The unit currently has five certified K-9 handlers and six dogs – four dogs are multi-purpose that include tracking/apprehension and narcotics detection, one dog is a single-purpose tracking bloodhound, and another is a single-purpose narcotics detection K-9.

In 2011 the K-9 unit conducted 65 suspect tracks, with 49 being successful. They also assisted in locating and seizing 940 grams of cocaine, 97 grams of heroin, 2,420 grams of marijuana, 6,212 dosage units of illegally diverted pills and approximately $84,836 in illegal drug proceeds.

### K-9 Unit Supported Seizures 2011

| | |
|---|---|
| Tracks | |
| Successful Tracks with arrests | 16 |
| Successful Tracks without arrests | 33 |
| Unsuccessful Tracks | 16 |
| Total Tracks | 65 |
| | |
| Apprehensions | |
| With a bite | 5 |
| Without a bite | 10 |
| | |
| Narcotics | |
| Heroin | 97 grams |
| Crack Cocaine | 720 grams |
| Powder Cocaine | 220 grams |
| Marijuana | 2420 grams |
| Oxycontin/Oxycodone/ Roxicodone/ Opana | 5309 pills |
| Other Scheduled Pills | 903 pills |
| US Currency | $84,836 |



13

HUNT_00286599

P-41342 _ 00015



The Property Crimes Unit recovered approximately $757,620 in stolen property in 2011 and made 320 court appearances in magistrate court. They also presented 85 cases to the grand jury and executed 23 search warrants.

14

HUNT_00286600
P-41342 _ 00016

# Criminal Investigations Bureau



Captain Rick Eplin

The Criminal Investigations Bureau (CIB) is commanded by Captain Rick Eplin. Captain Eplin is a 26-year veteran of the HPD. He is assisted in command by Lieutenants John Ellis and John Williams. The bureau consists of 15 detectives responsible for day-to-day investigative assignments. The bureau is divided into four units: Crimes Against Persons Unit, Property Crimes Unit, Family Crimes Unit, and the Forensic Investigations Unit. Each unit has unique responsibilities as it relates to the investigation of criminal activity. The detectives assigned to the different units receive specialized training directly related to the types of cases they investigate.

The Criminal Investigations Bureau received 4,265 cases for review and investigation in 2011, of which 1,314 cases were placed in a suspended status based upon certain investigative criteria. Cases which lack witnesses, identifiable property, physical evidence, or other viable solvability factors are placed in suspended/closed status. These cases will not be investigated further unless additional information is developed. It is not uncommon for cases that have been placed in this suspended/closed status to be later reopened and investigated, based upon new information developed during other investigations.

## CRIMES AGAINST PERSONS UNIT

The Crimes Against Persons Unit is responsible for investigating all homicides, suspicious/unattended deaths and other violent crimes such as assault, battery, robbery, arson and malicious woundings. The unit is called upon to conduct sensitive investigations and all officer-involved shootings. Three detectives and a lieutenant are assigned to this unit. In 2011 they received 1,174 cases for review.

Investigators cleared a number of high profile armed robberies in the City including Java Joe's in Guyandotte, BP Station in Guyandotte, Gino's on Norway Avenue, Mug & Pia on Third Avenue, and Latta's on Fourth Avenue. In each of these cases, the suspects were identified and arrested in quick order. These robberies involved two different groups of individuals. As a result, a total of six people were arrested in connection with the crimes. Some have already pled guilty in court and are serving lengthy prison sentences.

Detectives also investigated three murders in 2011. Two of the cases have been cleared by arrest. The third investigation has resulted in the identification of a suspect who has been arrested on unrelated

### Criminal Investigations Bureau Activity 2011

| | |
|---|---|
| Total Cases Received for Review | 4,265 |

**Crimes Against Persons Unit**

| | |
|---|---|
| Cases Received for Review | 1,174 |
| Search Warrants Executed | 83 |
| Cases Presented to Grand Jury | 59 |
| Court Appearances | 258 |

**Property Crimes Unit**

| | |
|---|---|
| Cases Received for Review | 1,949 |
| Search Warrants Executed | 23 |
| Cases Presented to Grand Jury | 85 |
| Court Appearances | 327 |
| Stolen Property Recovered | $757,620 |

**Family Crimes Unit**

| | |
|---|---|
| Cases Received for Review | 1,142 |
| Search Warrants Executed | 8 |
| Cases Presented to Grand Jury | 26 |
| Court Appearances | 128 |
| Stolen Property Recovered | $3,316 |

**Forensic Investigations Unit**

| | |
|---|---|
| Cases Investigated | 223 |
| Times Called Out | 108 |

HUNT_00286601
P-41342 _ 00017

charges. Charges related to the homicide are expected in the future.

During 2011 three murder cases were presented in the Cabell County Circuit Court. Detectives were able to get convictions in each case, and those responsible are now serving time in prison. In addition, the high profile Marquee Cinema robbery case was successfully prosecuted. As a result of that trial and the overwhelming evidence obtained during the course of the investigation, both responsible parties were convicted and sentenced to prison.

The Crimes Against Persons Unit executed 83 search warrants and presented 59 cases to the grand jury in 2011. They also made 258 court appearances in magistrate, circuit, and federal courts.

**PROPERTY CRIMES UNIT**

The Property Crimes Unit receives the largest caseload of all investigative units. In 2011 they received 1,949 cases for review. The unit consists of five detectives and one sergeant. The Property Crimes Unit investigates crimes such as burglary, larceny, breaking and entering, and fraud. In 2011 the unit dedicated more time to the investigation of reports of white collar crimes involving credit card fraud and internet fraud.

Detectives were also able to identify and dismantle one burglary ring which was striking residential areas in the city. As a result of the investigation, five people were arrested in connection with the burglaries. In another burglary ring case, detectives were able to identify, arrest, and convict four individuals who confessed to 16 burglaries and 5 breaking and entering cases.

The Property Crimes Unit recovered approximately $757,620 in stolen property and made 320 court appearances in magistrate court. They also presented 85 cases to the grand jury and executed 23 search warrants.

**Criminal Investigations Bureau:
Case Investigations Results**



- Cleared by Arrest (623)
- Exceptionally Cleared (539)
- Suspended and Closed (1314)
- Determined To Be Unfounded (136)

**Criminal Investigations Bureau:
Percent of Cases by Division**



- Crimes Against Persons Unit (1,174)
- Crimes Against Property Unit (1,949)
- Family Crimes Unit (1,142)

### Forensic Investigations Unit 2011

| Description | Cases |
| --- | --- |
| Homicide | 5 |
| *(2 investigated for outside agency)* | |
| Suicide | 3 |
| Burglary | 36 |
| Breaking and Entering | 16 |
| Robbery | 23 |
| Grand Larceny | 1 |
| Sexual Assault | 6 |
| Traffic Crash | 5 |
| Unattended Death | 26 |
| Assisting Outside Agency | 17 |
| Arson | 4 |
| Officer Involved Shooting | 2 |
| Kidnapping | 2 |
| Miscellaneous | 78 |

HUNT_00286602
P-41342 _ 00018

## FAMILY CRIMES UNIT

The Family Crimes Unit consists of two detectives and a sergeant. Detectives are responsible for investigating cases of domestic violence, crimes against children, and sexual assaults. Due to the sensitive nature of these investigations, the officers work very closely with other agencies and victim advocates to ensure the safety and well-being of the families they serve. In 2011 this unit received 1,142 cases for review. The unit is also responsible for investigating property crimes that involve family members. As a result of these investigations, the unit recovered over $3,316 in stolen property.

In 2011 detectives in the Family Crimes Unit received training from the FBI on how to conduct better forensic interviews in their investigation of child sexual abuse cases. This training has proven to be very valuable this year based upon success rates in obtaining disclosures from involved children.

In 2011 the Family Crimes Unit made 119 appearances in magistrate court and 10 appearances in circuit court. They also presented 26 cases to the grand jury and executed 8 search warrants.

## FORENSIC INVESTIGATION UNIT (FIU)

The Forensic Investigation Unit is staffed by two detectives and a sergeant. These highly skilled detectives specialize in the areas of latent print identification, bloodstain pattern analysis, shooting reconstruction and footwear comparison. The detectives are responsible for the collection, analysis, documentation and interpretation of evidence in a wide array of crime scene investigations. They have been recognized in court as experts in these disciplines. By virtue of their experience and expertise, they are often sought to assist outside agencies in the processing of various crime scenes and the analysis and interpretation of evidence that has been collected.

In addition to their duties at the Huntington Police Department, each member of the unit serves as faculty and guest instructors for the Marshall University Forensic Science Program. They prepare students for the real-world application of their classroom instruction by mentoring students through their internship program. They also conduct exercises at the Marshall University crime scene house and mock court scenarios for the students.

In 2011 FIU Detective Kerrie Cathcart submitted and won approval of a National Institute of Justice, forensic science improvement grant in the amount of $113,987. This grant was used to purchase an automated fingerprint identification system (AFIS). This technology enables the department to examine and compare thousands of fingerprints electronically. The FIU is also implementing the use of other technology enhancements within their unit which include: Cross Match Livescan Fingerprint Station, Sekkia Robotic Total Station crime scene and traffic reconstruction mapping equipment, and computerized digital darkroom macro photography equipment. Additionally, FIU detectives attended Ridgeology class in Boston, Massachusetts, as well as the annual International Association for Identification Conference in Milwaukee, Wisconsin.

The Forensic Investigation Unit investigated 223 cases and were called out on 92 occasions. The members of the unit are also the only certified crime scene and senior crime scene analysts in the state of West Virginia.



*Sergeant Dave Castle extracting minutia on the AFIX Tracker, an automated fingerprint identification system.*

HUNT_00286603
P-41342 _ 00019



The DEA Task Force was awarded the United States Department of Justice, U.S. Attorney 2011 Outstanding OCDETF Investigations Award for marijuana trafficking case "Up in Smoke."

During 2011 the FBI Violent Crimes Drug Task Force executed 16 search warrants and conducted numerous covert operations resulting in the arrest of 93 individuals linked to area drug trafficking organizations. The Huntington Police Department currently has four detectives assigned to the Federal Bureau of Investigation (FBI) Violent Crimes Drug Task Force.

HUNT_00286604
P-41342 _ 00020

# Special Investigations Division

         

The Special Investigations Division reports directly to the Chief of Police and is comprised of detectives assigned to various federal task forces focused on organized and violent crimes investigations. The department currently has four detectives assigned to the Federal Bureau of Investigation (FBI) Violent Crimes Drug Task Force, one detective assigned to the Drug Enforcement Administration (DEA) Task Force, and one detective assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATF) River City Gun Task Force. The division also has three offices assigned to the Special Emphasis Unit (SEU). This division is supported during special operations by SWAT and K-9 teams.

The primary mission of each task force is to identify and dismantle violent drug/gun trafficking organizations (DTO) operating within our city and surrounding area. Each task force relies heavily on crime analysis, intelligence gathering, and surveillance to identify individuals who are part of a DTOs. Upon the identification of offenders, cases are worked utilizing federal conspiracy statutes to link overt acts of individuals to others in a criminal organization. This enables law enforcement officers to arrest and prosecute entire groups of offenders responsible for crimes and criminal acts occurring over a period of time. Federal sentencing guidelines often result in stiff prison terms imposed on offenders. Other methods of enforcement include undercover street-level buys, open-air drug market suppression, prostitution operations, and buy bust drug operations targeting dealers.

## EMERGING THREATS
An additional and important function of the Special Investigations Unit is to identify emerging threats related to the proliferation of illegal drugs. Currently, the most prevalent emerging threat to our community is the illegal diversion of powerful pain medications such as oxycodone/oxymorphone. West Virginia is second in the nation in prescription drug overdose deaths. Huntington is not immune to this epidemic, and concentrated efforts by all our drug investigation units have been placed on disrupting and dismantling DTOs responsible for trafficking and distributing illegally diverted pain medications in our community.

## FBI VIOLENT CRIME DRUG TASK FORCE
The FBI Violent Crime Drug Task Force has been a staple in our drug enforcement community for years. It remains an outstanding collaborative partnership between the Huntington Police Department and the FBI. The FBI commits generous funding and equipment to the Huntington Police Department to support our drug eradication efforts. The FBI Violent Crimes Drug Task Force also includes detectives from the Cabell County Sheriff's Department, West Virginia State Police, and the Barboursville Police Department. The collaborations between the participating agencies have been a force multiplier for our department and a key to our success in disrupting and dismantling area DTOs.

During 2011 the FBI Violent Crimes Drug Task Force executed 16 search warrants and conducted numerous covert operations resulting in the arrest of 93 individuals linked to area drug trafficking organizations. The unit seized 14 firearms, 377 grams of cocaine/cocaine base, 1,869 grams of marijuana, 43.7 grams of heroin, and assisted in the recovery of approximately $60,000 in illegal drug proceeds. In 2011, the task force seizures topped 8,000 dosage units of oxycodone/oxymorphone. By contrast, 2010 seizures of oxycodone/oxmorphone totaled 451 dosage units. This is an alarming increase of 1,773%, signaling a significant emerging threat.

HUNT_00286605
P-41342 _ 00021



U.S. Attorney R. Booth Goodwin II reports the results of the "Smokin' Aces" investigation. This case was a year-long storefront undercover operation conducted by BATF Agents and HPD detectives assigned to the River City Gun Task Force.

## ATF RIVER CITY GUN TASK FORCE

In 2011 the ATF River City Gun Task Force continued to build on the previous year's successes. This task force works closely with the Criminal Investigation Bureau (CIB), the Patrol Bureau, and other area law enforcement agencies to conduct investigations involving firearms and related violent crime. The task force is frequently supported by officers assigned to the Special Emphasis Unit (SEU).

In the spring of 2011, the ATF River City Gun Task Force completed a major long-term undercover operation targeting drug and violent crime in the Fairfield area of Huntington. The investigation, named "Smokin' Aces," was a year-long investigation which involved the covert operation of a storefront in the Fairfield neighborhood by undercover agents. During the investigation, agents purchased trafficking quantities of narcotics and firearms, and obtained critical intelligence pertaining to others involved in various illegal activities in our community. As a result, 55 individuals were charged with federal drug and firearms violations. To date, all 55 federally indicted defendants have pled guilty in US District Court.

This undercover initiative was the longest and most extensive undercover operation ever conducted by the HPD. As a result, the case was recognized by United States Attorney R. Booth Goodwin II, Southern District of West Virginia, as the 2011 Outstanding Gun and Violent Crime Investigation.

Additionally, ATF Task Force detectives were responsible for the undercover purchase of 26 illegal or stolen firearms and the recovery of one fully automatic machine gun.

## DEA TASK FORCE

The DEA Task Force is also responsible for investigating and dismantling DTOs operating in Huntington and throughout the Southern District of West Virginia. The DEA Task Force continues to be particularly effective with investigations that have nexus to source of supply cities, such as Columbus, Ohio and Detroit, Michigan.

In 2011 the DEA Task Force was responsible for the identification and disruption of several significant DTOs in Huntington and the surrounding area.

20

These investigations have included significant undercover operations and interdiction initiatives. The Huntington Police Department Task Force Officer (TFO) plays an integral role in investigative, undercover, and evidence management duties while assigned to the DEA.

One case of particular notoriety in 2011 was the OCDETF case "Up in Smoke." This case involved collaborative efforts of investigators from the HPD, Putnam Co. Sheriff's Office, Charleston Metro Drug Unit (MDENT) and DEA, as well as law enforcement agencies in Ohio, Kentucky, Indiana, Arizona, and Mexico. To date, 17 individuals have been federally prosecuted and significant trafficking quantities of drugs and monies seized. This investigation is a textbook example of what can be accomplished with collaboration and cooperation between local, state, and federal law enforcement.

Additionally, in 2011 the DEA Task Force was responsible for the arrests of 54 individuals for various drug-trafficking violations and the seizure of the following controlled substances:

| | |
|---|---|
| Crack cocaine | 500 grams |
| Cocaine | 545 grams |
| Heroin | 641.7 grams |
| Opana | 3000 dosage units |
| Ecstasy | 1100 dosage units |
| Marijuana | 315 kilograms |
| Steroids | 200 dosage units |
| Methamphetamine | 130 grams |

### SPECIAL EMPHASIS UNIT (SEU)

The Special Emphasis Unit (SEU) works closely with our citizens to identify and solve problems that are not easily remedied by traditional patrol responses. These officers conduct numerous vice and prostitution operations throughout the city. The SEU's quick response to prostitution and drug complaints has had a tremendous effect on several crime "hot spots" in our city. They also partner with our various task forces and provide additional manpower for undercover operations. In

2011, SEU officers were responsible for 156 adult arrest charges, 122 misdemeanors, and 34 felonies, respectively. Our downtown patrol officer, while part of the SEU, is assigned specific responsibility to the downtown business district, utilizing foot/bicycle patrol. In 2011, he was responsible for a total of 114 arrests to include 54 arrests and 60 citations for various charges related to liquor law violations, panhandling, and other public nuisance charges.

### APPALACHIA HIDTA

All task force operations are provided with supplemental funding by the Office of National Drug Control Policy (ONDCP) and through Appalachia HIDTA (High Intensity Drug Trafficking Area program). Kenny Burner serves as the WV Deputy Director of Appalachia HIDTA. Appalachia HIDTA has committed significant monies to the Huntington Police Department for funding drug operations and covert equipment purchases. Additionally, Chief Holbrook serves on the Appalachia HIDTA Executive Board, which oversees administration and personnel, initiative review and development, and strategic planning and budget for Tennessee, Kentucky and West Virginia.

### RX TAKE BACK

In 2011 the HPD, United Way – Cabell County Substance Abuse Prevention Partnership, and the DEA continued the highly successful Operation Rx Take Back program. Throughout the year, Rx Take Back events were carried out at various



*The RX Take Back program has led to the safe and proper disposal of over 180 pounds of unused prescription medications.*

HUNT_00286607
P-41342 _ 00023

locations around town. The Rx Take Back program led to the safe and proper disposal of over 180 pounds of unused prescription medications. The HPD is committed to sustaining such an important community-based program in 2012.

## SWAT/CRISIS NEGOTIATION TEAM

The Special Weapons and Tactics (SWAT) team is a volunteer part-time, specialized unit consisting of officers assigned full-time to the Patrol Bureau, Administrative Bureau, Criminal Investigations Bureau, Special Investigations Unit, and K-9 Unit. These officers are required to successfully complete a rigorous selection process, and maintain a high-level of readiness through individual and team training. SWAT officers are utilized on a call-out basis for high-risk search warrants, high-risk arrest warrants, barricaded suspects, hostage situations, and any other high-risk incident requiring special tactics and equipment. The SWAT team commander is Lieutenant Larry Zimmerman. The team consists of 15 members – 1 lieutenant, 4 sergeants, 4 corporals,

and 6 patrolmen. Certain members have expertise and certifications in firearms instruction, distractionary device deployment, mechanical breaching, urban sniper, and chemical munitions deployment.

SWAT operations are also supported by officers assigned to the crisis negotiation team. Negotiators work hand-in-hand with tactical officers to de-escalate and/or peacefully resolve incidents involving hostages, barricaded gunmen, violent or mentally unstable subjects.

During 2011 the SWAT team executed nine high-risk search/arrest warrants and responded to two barricade gunmen situations involving hostages. All incidents were executed and resolved with no injuries to officers, victims/hostages, or suspects.



During 2011 the SWAT team executed nine high-risk search/arrest warrants and responded to two barricade gunmen situations involving hostages. All incidents were executed and resolved with no injuries to officers or suspects.

22

HUNT_00286608
P-41342 _ 00024

# The Office of Professional Standards



Captain Rocky Johnson

The Huntington Police Department places a high value on integrity and public trust. The Office of Professional Standards is led by Captain Rocky Johnson. Captain Johnson is a 20-year veteran of the HPD and is supported by Sgt. Jason Ashworth. This office safeguards the level of trust and confidence the public has in its police department and ensures our agency remains deserving of that trust. This office also ensures that the rights of our employees are protected, and all persons involved in an inquiry are treated with dignity and respect. The office is responsible for departmental inspections, maintenance of personnel files, policy and procedure review, and facilitation of the CALEA accreditation process.

The Huntington Police Department has more than 100 policies and procedures to follow. After an extensive review of the *HPD Policy and Procedure Manual,* the updated version of the manual was then referred to the CALEA committee for compliance review according to CALEA standards. The department has made significant strides implementing the new and revised policies into practice department-wide.

## COMPLAINT INVESTIGATIONS
The *HPD Policy and Procedure Manual* covers broad categories of behavior and performance expectations to which the department holds employees accountable.

Complaints about employee misconduct are classified in two ways: external (citizen complaint) and internal (initiated by command staff or an administrative review of an incident).

The Huntington Police Department makes every effort to investigate and adjudicate all complaints in

### Complaints of Misconduct

| Total Complaints | |
| --- | --- |
| External (Citizen) | 13 |
| Internal (Staff or Admin Review) | 5 |
| **Total** | **18** |

| Adjudication Results | External | Internal |
| --- | --- | --- |
| Not Sustained | 1 | 1 |
| Withdrawn | 0 | 0 |
| Unfounded | 8 | 0 |
| Exonerated | 2 | 0 |
| Sustained | 2 | 4 |
| **Total** | **13** | **5** |

the most expedient time frame possible. However, there are circumstances, such as case complexity and/or witness unavailability, which can delay the process. There are five ways an allegation can be adjudicated: sustained, not sustained, unfounded, exonerated and withdrawn. In 2011 there were 18 allegations of misconduct reviewed by the Office of Professional Standards. (Refer to chart.)

The goal of the department is to apply progressive disciplinary action to ensure misconduct will not reoccur. Disciplinary action can range from counseling to employee termination. In some cases employees may also receive additional training in the subject areas where violations have occurred. In 2011 disciplinary action taken against employees ranged from counseling, suspension without pay, to resignation pending termination. Remedial training was also ordered in several incidents.

## USE OF FORCE
Police officers are trained to seek voluntary compliance in their lawful direction. However, they are sometimes met with circumstances in which a subject's actions compel them to use force in order to gain compliance or defend themselves or others against serious injury or death.

Supervisors are required to complete an "Action Response Report" any time force is used at a certain

HUNT_00286609
P-41342 _ 00025

Use of Force Incidents Received between Jan 1, 2011 - Dec 31, 2011
Involved Citizen Demographics



- Black Female (2)
- Black Male (11)
- Middle East Male (1)
- Unknown Male (2)
- White Female (5)
- White Male (67)

**Use of Force Incidents Received
between Jan 1, 2011 - Dec 31, 2011
By Type of Force Used**



- Bean Bag Gun (1)
- Canine (2)
- Firearm (1)
- Impact Weapon (8)
- Joint Manipulations (8)
- Muscling (4)
- O.C. (26)
- Physically Restrained (11)
- Strikes (40)
- Tackled (5)
- Take Down (9)
- Vascular Neck Restraint (8)
- Verbal Commands (13)



24

**Preventable Vehicular Accidents 2011**

| Accident Type | Number |
|---|---|
| **Type I**<br>Single and multiple vehicle accidents with total property<br>damage less than $500 with no personal injury | 9 |
| **Type II**<br>Single and multiple vehicle accident with total property<br>damage ranging from $500 to $3000 and or minor<br>personal injury | 1 |
| **Type III**<br>Single and multiple vehicle accident with damages in<br>excess of $3000 and or major personal injury | 2 |
| **Type IV**<br>Single and multiple vehicle accident resulting in fatality;<br>amount of property damage is irrelevant | 0 |
| **Total** | 12 |

level or as a result of injury or complaint of injury to a suspect.

## EMPLOYEE MOTOR VEHICLE COLLISIONS

In order to provide police services throughout the 17 square miles of the City of Huntington, Huntington Police Department employees drive a significant number of miles in HPD vehicles. Officers drive their vehicles in all types of weather, traffic and emergency conditions, day and night.

The Huntington Police Department investigates all traffic crashes and operational damage incidents occurring to police vehicles. Each quarter, the Office of Professional Standards convenes an Accident Review Board to conduct a fair and complete review of the accidents to determine if the accident was preventable or non-preventable.

In 2011 the police department investigated and reviewed a total of 21 incidents involving traffic crashes or operational damage to police vehicles – a 22% reduction from 2010. The Accident Review Board determined 9 to be non-preventable and 12 to be preventable. Progressive disciplinary action was administered to all employees involved in all preventable accidents. Discipline ranged from oral reprimand to suspension without pay.

## FUTURE ENDEAVORS

In 2011 the Office of Professional Standards continued implementing many of the goals and objectives identified in the previous year's strategic plan which included formalizing an agreement

with the Commission for the Accreditation of Law Enforcement Agencies (CALEA) to obtain accreditation recognizing the Huntington Police Department as a nationally accredited Law Enforcement Agency. This agreement began the three-year process of policy review and implementation, standards of proof and compliance, and an on-site inspection to obtain this coveted and worthy certification. To date the department is well over halfway through the policy review and has implemented many new and revised policies that reflect the requirements to achieve this certification.

In addition to, and as a result of the CALEA accreditation process, the department implemented several new software programs to help facilitate this transition. The first program implemented was LaPro which is designed to streamline the reporting process for incidents specific to Professional Standards review, such as internal and external complaints, use of force reports, vehicle accidents, and discharging firearms reports. This will allow for the department to better track and provide statistical data as well as identify problem areas that may warrant further inquiry. This program also incorporates an "early warning" detection mode that identifies specific officers that may need additional training or intervention in these various areas, therefore allowing the department to intervene before a problem becomes an issue. Beginning in February 2012, the Office of Professional Standards will be upgrading this system to incorporate "Blue Team" into the LaPro reporting process, further streamlining and improving this reporting process.

In August 2011 the Office of Professional Standards installed Power DMS onto their network. Power DMS is a web-based application which will provide access to our policy and procedures manual to all Huntington Police Department employees, both sworn and civilian, virtually eliminating the need for hard bound versions of the manual. It is designed to improve work flow when it comes to revising or updating policies as well as reducing printing costs. More importantly it improves communication throughout the department, thus increasing efficiency and productivity.

HUNT_00286611

P-41342 _ 00027



An armed robbery which occurred October 13, 2011, at Little Caesar's restaurant on First Street was quickly solved as a result of placing the video surveillance footage of the suspect on the new Huntington Police Department website.

HUNT_00286612
P-41342 _ 00028

# Administrative Bureau



Captain Hank Dial

The Administrative Bureau is commanded by Captain Hank Dial. Captain Dial is a 20-year veteran of the HPD. In 2011 the bureau focused on building upon the previous year's successes by implementing new best practices and improving upon the systems and processes that are essential to the functions of the department. Each aspect of the bureau has undergone an extensive transformation to become a modernized, efficient unit.

The area of the Administrative Bureau that took the greatest step forward this year was that of Statistics Analysis. Statistics Analyst, Scott Lemley, has proven to be an outstanding asset to the department. Lemley works diligently to provide all members of the department with up-to-date information to aid in their ability to do their jobs. He has set up multi-layered crime-mapping software that denotes where and when crimes have occurred, and their specific geographic locations. Officers are provided weekly crime data analysis. Additionally, the software allows for detailed reports of crime occurring in neighborhoods, to be prepared and disseminated. Quarterly, City Council members are provided analysis of crime trends in their respective districts.

In the quest for greater transparency to citizens, officers, and the media, the bureau undertook several initiatives. The bureau implemented an Anonymous Drug and Crime Tipline, which received 751 crime tips. An HPD Facebook page and new user-friendly, interactive department website was launched. The website provides detailed information about the department, an up-to-date most wanted list, a link to the Tipline, crime data, and employment

## Summary of Grants Administered in 2011

| | | |
|---|---|---|
| Edward Byrne Memorial Justice Assistance Grants | | |
| | ARRA FY11 | $562,398.00 |
| | FY10 | $132,928.00 |
| State Level JAG Grants | | $151,826.00 |
| Coverdell 2011 | | $113,987.00 |
| Project Safe Neighborhoods | | $20,000.00 |
| COPS Recovery Grant | | $713,260.00 |
| COPS Technology | | $665,000.00 |
| Homeland Security | | $37,000.00 |
| HIDTA | | $26,449.00 |
| Juvenile Justice | | $7,700.00 |
| DEA Task Force Officer | | $24,800.00 |
| FBI Task Force Officer | | $68,808.90 |
| ATF Task Force Officer | | $13,985.43 |
| Weed And Seed Third Year | | $157,000.00 |
| Community Participation Grants | | $2,500.00 |
| Walmart | | $1,000.00 |
| School Resource Officer | | $49,761.00 |
| Highway Safety Grants (Larry Kendall administers) | | $108,074.89 |
| VOWA | | $6,000.00 |
| Safety Town | | $22,500.00 |
| **TOTAL** | | **$2,884,978.22** |



HUNT_00286613
P-41342 _ 00029



*Andre Jackson swears in as a probationary police officer.*

opportunities. As a result of this website, three of the criminals listed on the Most Wanted List have been captured, and the robbery of the Little Caesars Pizza on First Street has been solved. In 2012 the department will add access to Victim Services Information and an up-to-date media information section.

A critical role in the Administrative Bureau is that of grants administration. PFC Rodney Pell serves as the grants administrator for the Huntington Police Department. In addition to administering our extensive grant funding from previous years, the department was able to procure additional 2011 funding to provide video surveillance in high crime areas; purchase an AFIX Tracker System, purchase a Crossmatch Live Scan digital fingerprint system, develop a victim services brochure, hire a statistics analyst, hire an IT coordinator, hire a part-time Weed and Seed coordinator, provide facility improvements for Safety Town, develop a modern juvenile detainment facility, purchase a Crime Scene Total Station, purchase an evidence bar-code system, and purchase collapsible ballistic shields and nine vehicles.

Assistant Bureau Commander, Lt. Dan Underwood, who has a range of responsibilities, has overseen vast improvements to our facilities. He has overseen the remodel of our patrol roll call room to include new tables, chairs, multi media lecturn, computer monitor and utility cabinets. Lt. Underwood was also tasked with the creation of a state-mandated juvenile holding

facility. He accomplished this by using only outside funding sources. Lt. Underwood has greatly improved our purchasing procedures and budgeting process.

## NEIGHBORHOOD INSTITUTE

An important element of our approach to policing is the relationship with the Neighborhood Institute. We work closely with all neighborhood organizations to identify and solve problems. This has allowed the department to develop an open and consistent line of communication between the department and the citizens we serve. The relationships developed through these interactions affect every aspect of the department, from helping recruit and select police applicants to providing invaluable information in the detection and elimination of crime.

## RECRUITING

Recruiting, selecting, hiring and training new police officers remains one of the highest priorities of the bureau. In 2011 we saw the results of the department's revised recruitment practices with an 81% increase in applications received for review. The Huntington Police Department is budgeted at 106 officers. Last year HPD hired and trained five new police officers. These officers have graduated from the State Police Academy and have passed their 10 week Field Training Program. At the Academy, Officer Kyle Quinn received the honor of being selected as class speaker by his peers during the class graduation.



*Captain Hank Dial discusses community safety with the South Side Neighborhood Organization.*

28

HUNT_00286614
P-41342 _ 00030

## TRAINING

HPD has continued its efforts to provide the most progressive training available to officers. In response to the increasing number of armed assaults on officers nationally, the Training Unit developed and implemented improved firearms training. The unit also continued the education of officers in the new action/response force continuum. Advanced training in Tactical Lifesaving has also been provided department-wide thanks to the development of this program by Sgt. Jason Ashworth and Dr. Steve Wilson.

The department has successfully updated its training facility, providing our officers and others from surrounding agencies with a modern classroom facility featuring SMART Board technology. Corporal Richard Knight has been valuable in the development of the training advances that have been made thus far, and continues to ensure that the Huntington Police Department is the leader in law enforcement training for the area. He assists with new training policy development in accordance with CALEA standards, and provides instruction and advice on curriculum development at the West Virginia State Police Academy.





In response to the increasing number of armed assaults on officers nationally, the Training Unit has developed and implemented improved firearms training.

29

## Huntington Police Department
## Training Attended in 2011

*Officers received training in the following courses:*

| HOURS | COURSE |
|---|---|
| 80 | Vehicle Dynamics Level III and IV |
| 40 | Essential Ridgeology Concepts |
| 24 | American Polygraph Assoc. Recert. |
| 40 | Undercover Drug Operations |
| 40 | NIJ Crime Mapping Conference |
| 24 | WV Interoperable Radio Conference |
| 8 | M.U.S.T. Shield Training |
| 32 | Field Sobriety Trainer |
| 8 | DE Mystifying Digital Technology |
| 40 | FBI Leadership Training Seminar |
| 24 | Drug Interdiction Training |
| 24 | K-9 Trailing and Tracking Seminar |
| 400 | FBI Academy |
| 40 | Statement Analysis |
| 40 | Instructor Development |
| 40 | SWGTREAD |
| 8 | Rape Investigation |
| 24 | Fast Cyber Forensics |
| 8 | Advanced SART Workshop |
| 24 | Window Forensics |
| 40 | Advanced Digital Forensics |
| 40 | IAIEC |
| 40 | Enhanced Scent Behavior |
| 40 | Crime Scene Processing |
| 24 | Financial Management |
| 32 | FBINAA+ |
| 80 | Tactical Driving Instructor |
| 24 | CALEA |
| 8 | Defense Tactics Update |
| 8 | RADAR/LIDAR |
| 16 | WV Disasters Response |
| 16 | Conducting Background Investigations |
| 32 | Law Enforcement Conference |
| 40 | ILEETA Conference |
| 16 | AIDE Seminar |
| 32 | Int. Conf. Police Chaplains |
| 32 | Amber Child Abduction Response |
| 16 | Crime Scene Investigation |
| 16 | Moving Up to Supervision |
| 16 | Action/Response in Service |
| 8 | K-9 Concepts for Patrol |
| 80 | International School of Tactical Medicine |
| 40 | IAIAE Conference |
| 32 | Child Forensics Interview |
| 8 | Managing Multiple Projects |
| 16 | Tactical Medic Training |

HUNT_00286616

P-41342 _ 00032

# Systems Management



Captain Mike Albers

The Office of Systems Management is commanded by Captain Michael Albers. Captain Albers is a 21-year veteran of the HPD. This office was created in 2011 to manage the ever-increasing technological demands on policing.

In 2011 Captain Albers directed the transition of the department's radio system from analog system to an interoperable digital communication system. This was a major undertaking that required the exchange, programming, installation and equipment fitting of all departmental radios.

Systems management personnel have also supervised the installation of video cameras in high crime areas in the city. To date six cameras have been installed using a combination of Project Safe Neighborhood and Appalachia HIDTA funding. The system now accommodates 26 cameras located at various spots in our city.

Motor fleet, evidence, property and records management all fall under this command. In 2011 the Property Unit processed 1,492 cases containing 4,477 items of property. Evidence from over 1,000 drug cases were disposed, and as a result of the Rx Take Back program, 180 pounds of prescription pills were incinerated.

Over the last year the Huntington Police Department has invested heavily in law enforcement technological advancements in order to operate in a more efficient manner. In the early stages of implementation are: an evidence management system that will allow for the bar-coding of all seized property and evidence, Live Scan Fingerprint System that scans arrestee fingerprints and compares them to thousands of other prints on file, an in-car video system that will record all officer/citizen contacts during traffic stops and when the vehicle is operating in emergency mode, a GPS system in the cruisers which tracks vehicle movement, a new mobile computer-aided dispatch system that provides dispatch information to in-car computers, and a new report management system which will enable all personnel to complete initial and supplemental reporting to one central system, ensuring comprehensive data collection and retrieval capabilities in an efficient and streamlined manner.

HPD is in various stages of the implementation process on these projects. The completion and maintenance of each project is essential to the success of the Huntington Police Department. Kohson Perkins, technology coordinator for the department, is tasked with this responsibility. His knowledge, skill and abilities have authenticated him as a valuable asset to the Department.



*PFC Josh Coffey enters accident report data into his mobile computer.*

HUNT_00286617

P-41342 _ 00033



Vince McCormick and fellow Explorers tour the Cabell County E911 Emergency Response Center.

32

HUNT_00286618
P-41342 _ 00034

# Programs & Partnerships



*Members of Mission Tri-State meet monthly to provide encouragement and prayer for our city and our city's leaders.*

## MISSION TRI-STATE

Mission Tri-State is an organization comprised of area ministers who are dedicated to offering friendship, spiritual counseling and prayer to many of our city's public and elected officials. The ministers meet privately each month with Chief Holbrook, providing prayer and encouragement.

Aside from individual meetings with leaders, the organization coordinates a monthly prayer breakfast for all who participate in the private meetings. This breakfast, attended by Chief Holbrook and others from within the department, is an opportunity to hear the encouraging testimonies of the power of prayer at work in all aspects of public and civic life in our region. Each attendee walks away encouraged about the future of our city. Mission Tri-State is an invaluable partner to the police department and our region as a whole.

## S.T.O.P. CRIME IN OUR COMMUNITY

Support Technology for Our Police (S.T.O.P.) is a charitable fund administered by the City of Huntington Foundation, to which businesses, groups, or individuals can make tax-deductible donations to the Huntington Police Department. These monies are then used to purchase crime-fighting tools and equipment that will enhance our ability to provide police services to the community. Additionally these donations can be used as "seed money" to leverage other monies available through federal,

state, and private grants. S.T.O.P. funding to date has accounted for over $272,258.28 being used to support HPD advancements.

## HUNTINGTON POLICE EXPLORERS

Law Enforcement Exploring is a national organization, sanctioned by the Boy Scouts of America, and sponsored by police departments throughout the country. The program consists of young men and women between 15 and 21 years of age, who are exposed to all facets of the law enforcement profession. The training is conducted by the officers of the Huntington Police Department in an atmosphere which provides the Explorers with a wholesome, educational experience. Explorers are required to complete a minimum of 80 hours of police training, remain in school, carry at least a 2.0 average and attend weekly meetings.

The purpose of the Huntington Police Explorers is to provide young adults who may be interested in a career in law enforcement with a comprehensive program of training, competition, service and practical experiences. Character development, physical fitness, good citizenship and patriotism are integral components of the overall program. Through their involvement in the program, Explorers develop an awareness of the purpose, mission and objectives



*Sergeant Ernie Blackburn with the 2011 Huntington Police Explorers. Explorers are available to provide service to the community and are a source of future recruitment of police applicants.*

HUNT_00286619

P-41342 _ 00035



*Every year members of the Beverly Hills Garden Club generously donate their time as well as flowers to the beautification of the Memorial Garden in front of the HPD.*

of law enforcement agencies. The support of the chief executive officer of the agency, along with a dedicated cadre of law enforcement professionals and adult volunteers who provide leadership, are essential to the success of any post.

On May 24, 2011, the Huntington Police Department graduated its second class of Explorers since 2001. Eleven youth, representing five area schools, completed the program. In addition to learning new skills, the Explorers provide service to the community and are a source of future police applicants.

Through an exemplary representation of the police department, Explorers are able to show people in the community that today's youth are recognized for effective leadership and commitment to the people in our community.

## HUNTINGTON POLICE/MARSHALL UNIVERSITY FORENSIC SCIENCE PARTNERSHIP

The Huntington Police Department/Digital Forensics Investigations Unit began 2011 with three officers working part-time on an extra assignment basis. The unit began by training and early on established partnerships with Marshall University's Forensics Science Center and the Southern Office of the West Virginia State Police Computer Crimes Lab. Following initial training, the HPD/DFI Unit began processing devices (primarily cell phones) resulting

in the successful investigation and prosecution of a variety of cases. During its first year, the HPD/DFI Unit processed 69 cell phone devices, 3 computers and assisted 1 outside agency. The crimes involved in these various cases include homicide, robbery, breaking and entering, sexual assault, child pornography, kidnapping, malicious wounding and a wide variety of drug or domestic violence related cases. The evidence recovered from these digital investigations was instrumental in making arrests and/or prosecution.

The HPD/Digital Forensics Investigations Unit represents a new and exciting field of law enforcement. The HPD/DFI Unit has established partnerships with the FBI through the creation of the Southern WV Cyber Crimes Task Force, and the Department of Justice's Internet Crimes Against Children (ICAC) Task Force. Partnering with the ICAC Task Force will enable the Huntington Police Department to add a new level of protection in battling child pornography and other internet-based crimes that threaten our children. The scope and number of cases to be investigated by the HPD/DFI Unit is projected to increase dramatically as training, manpower, and resources are directed toward that purpose. Although an initial investment by the department was required, the activities of the HPD/DFI Unit will pay huge dividends and is expected to result in the seizure of a large volume of equipment and assets which can then be used to further increase successful prosecutions.

### CRIME STOPPERS
Crime Stoppers is a partnership between the community, the media and law enforcement.

> *Community* - Citizens can receive warnings, tips, and requests for information from law enforcement officials.

> *Media* - Crime Stoppers is publicized on a regular basis by WDGG 93.7-"The Dawg." Special attention is given to unsolved "Crimes of the Week" cold cases, narcotics activity, wanted fugitives and suspected terrorist and gang activity.

HUNT_00286620
P-41342 _ 00036



Dr. Stephen L. Wilson instructs officers on life saving techniques.

*Law Enforcement* - Local law enforcement agencies receive and process the anonymous tips received through Crime Stoppers, and solve the crimes. If the information leads to an arrest, the caller will be paid up to $1,000 for their information.

## CABELL/WAYNE HOMELAND SECURITY GROUP

This group is comprised of local law enforcement, emergency services and private partners within the State of West Virginia's Homeland Security Region Six. They meet monthly to address concerns, share intelligence and assess response capabilities through an all-hazards approach to homeland security.

## TACTICAL MEDICAL TRAINING

In 2011 the Huntington Police Department continued its commitment to providing advanced education-based training to our officers by becoming the sponsoring agency for the Marshall University Division of Tactical Medicine. Through this partnership with the university, HPD has become one of only a handful of agencies throughout the country to be affiliated with the American College of Tactical Medicine (ACTM) and their recognized academic institutions.

In February 2011, Dr. Stephen L. Wilson, a trauma surgeon with the Marshall University Department of Surgery and a Reserve Officer with the Department, along with Sergeant Jason Ashworth, attended the International School of Tactical Medicine, completing over 80 hours of specialized instruction on increasing officer survivability. The culmination of this training resulted in the department providing rapid deployment bags, complete with officer trauma packs, in 50 of our police vehicles. In addition to the trauma packs, every officer on the department was required to attend an eight-hour Tactical Lifesaver class which gave them the tools and resources to prolong officer survivability in traumatic situations.

Continuing this trend into 2012, the department has applied for a grant that will enable us to sponsor this much needed instruction to approximately 500 officers from the 7 counties in West Virginia's Homeland Security Region Six. In addition to sponsoring this regional training, Sergeant Ashworth serves on the Tactical Emergency Medical Support (TEMS) National Standardization Committee which is tasked with providing the standard curriculum for law enforcement nationwide in tactical medicine.

HUNT_00286621

P-41342 _ 00037



# Initiatives

## WEED AND SEED

The Weed and Seed program has had tremendous success over the last three years. Although federal funding for the program has ended, the City of Huntington and the Huntington Police Department have committed to sustaining the Weed and Seed program. The Huntington Police Department embraces the lessons learned from this initiative and committed to continuing these best practices.

From 2005 to 2011, there has been a 28% decrease in violent crime and a 35% decrease in drug offenses in the Weed and Seed area. The Weed and Seed residents' perception and trust of the Huntington Police Department has improved over this time as well, with a 92.8% increase in residents who rated the police as good or excellent in preventing crime. Resident are also feeling safer in their community. Another big success of the program has been

vandalism replacing murder/shootings as one of the top three crime problems as perceived by residents in the Weed and Seed area. The physical condition of the Weed and Seed area has seen marked improvement as well. There has been a 197% increase in property values on Artisan Avenue with 29 structures demolished and 14 new houses and duplexes built.

## A BRIGHT NEW DAY

On June 13, 2011, a special event took place at the Barnett Center to celebrate the success of crime reduction and community revitalization in the Fairfield neighborhood of Huntington. Citizens, community groups and churches formed a partnership with law enforcement and developed programs like Weed and Seed, Drug Market Intervention Initiative and Project Safe Neighborhoods to reduce crime and improve the physical condition of the area. In recognition of

HUNT_00286622
P-41342 _ 00038

these partnerships, U.S. Attorney Booth Goodwin II addressed the crowd and delivered statistics on the crime reductions and spoke of successes in the neighborhood. The Huntington Police Department presented Partnership Awards to members of the community and key personnel in partnering agencies. Home Depot representatives were also in attendance to donate energy-efficient light bulbs for every resident in the Fairfield neighborhood. The light bulbs were used by residents to put in porch lights to symbolize "A Bright New Day" in Fairfield.

**DRUG MARKET INTERVENTION INITIATIVE (DMI)**

DMI is a strategic problem-solving initiative aimed at permanently closing down open-air drug markets. The strategy targets individual geographic drug markets using focused deterrence with transformational elements. The most violent offenders are targeted and prosecuted as examples. The strategy then targets low-level offenders and stages an intervention with families and community leaders. Law enforcement mobilizes community residents, leaders, and family members of low-level drug dealers to voice their intolerance for this criminal behavior and to create opportunity and support for the offenders. Offenders are given the option to straighten up or face lengthy prison sentences and are provided assistance in locating employment, housing, transportation, health care, and access to other social services.

As a drug and violent crime prevention strategy, DMI has been extremely successful in the City of Huntington. In 2011 the HPD celebrated the one-year anniversary of DMI. During this year DMI Call-In drug offenses have been reduced by 40%, and violent offenses have been decreased by over 62% in the DMI target area. Drug crimes in the DMI target area now represent less than 10% of all drug crimes in the City of Huntington. This is considered a key success by other cities that have implemented the DMI strategy. Crime overall has decreased in the target area by around 40% showing a quality of life improvement for the residents living in Fairfield West. All four Call-In candidates that accepted the initial conditions have had varying degrees of success with finding employment and education opportunities. None of the individuals have re-offended.

## In 2011

**WEED AND SEED**
- 28% decrease in violent crime
- 35% decrease on drug offenses
- 197% increase in property values on Artisan Avenue

**DRUG MARKET INTERVENTION INITIATIVE (DMI)**
- 40% decrease in drug offenses
- 62% decrease in violent crime
- None of the DMI Call-In individuals have reoffended at the one year mark



HUNT_00286623

P-41342 _ 00039

# Fraternal Order of Police



## Fraternal Order of Police
# The 9th Annual
# "Ride With Cops"

"Ride with Cops" is a charity event that was established in October of 2000 to help support the Fraternal Order of Police Gold Star Lodge #65 Children's Christmas party. The ride was originally organized by Cpl. Vern Casey, Cpl. Gary Queen, PFC Mike Hudson and former Huntington Police Officer, Matt Martin.

In 2011 the event included 217 motorcycles and over 300 participants including 21 Huntington police officers and law enforcement from Ohio and Kentucky. The ride is a 110-mile loop beginning at Buddy's Barbeque in Huntington and traveling through West Virginia, Ohio and Kentucky.

Over $10,000 was raised which funded the FOP Children's Christmas Party and provided $1,500 to agencies in Ohio and Kentucky to put toward their Christmas charities for children.

A large amount of volunteered time and work goes into this event, which is organized by the Huntington Police Patrol Unit in conjunction with retired officers.

A special thank you goes to Redmen Bingo for being the main sponsor since 2007. Thanks and appreciation also goes to Ron Smith, Buddy Legg, Bobby Booten, and Larry Bias for their invaluable contributions to this event.







38

HUNT_00286624
P-41342 _ 00040

# Fraternal Order of Police
## Children's Christmas Party



The annual FOP Children's Christmas Party, organized and funded by Fraternal Order of Police Goldstar Lodge 65, has a history that goes back more than 40 years. What started as an effort to reach out to children and families in need during the holidays has grown tremendously.

Children from elementary schools located within the City of Huntington, (primarily first, second, and third graders) are chosen by the teachers at the schools. Children are transported by bus to a central location, where they receive lunch and interact with the attending police officers. All children have an individual photo taken with Santa Claus, which is later delivered to them at school. They each visit Santa as they leave and receive gifts to take home to open with their families.



In 2011 nine elementary schools were represented with 225 children in attendance. Assisting and volunteering their time at the event were 25 Huntington Police Officers and their family members, retired officers and their family members, 17 high school students from the Huntington Police Explorers program, and other employees from the department.

The FOP Children's Christmas Party's expenses average $10,000 annually for gifts, wrapping, food and entertainment, and are paid exclusively by FOP Goldstar Lodge 65 through fund raising and charitable donations.



Lt. Ray Cornwell coordinates the event along with his wife, Emily. Lt. Cornwell, donates countless hours to ensuring this is a successful event each year. Current and retired officers also help plan, organize, and raise funds for this event.

Special thanks goes to the Improved Order of Redmen – Mohawk Tribe #11, Lt. Ray Cornwell, Emily Cornwell, Becki Carpenter and McDonald's, Tri-State Transit Authority, Teresa Ferguson and Macy's, Mr. Ken McLain, Walmart #5296, Eagle Distributing, Cabell County Schools Transportation, and all volunteers who helped to make this year's party a success.



HUNT_00286625

P-41342 _ 00041

# 2011 AWARDS

## UNITED STATES DEPARTMENT OF JUSTICE U.S. ATTORNEY AWARDS FOR PUBLIC SERVICE

### *Law Enforcement Agency of the Year*
Huntington Police Department



### *Outstanding OCDETF Investigation*
**"Up in Smoke"**

Dennis Bolum, DEA; Dan Wildauer, Indiana State Police; Tom Bevins, DEA; Aaron Brown, Kentucky State Police; Brian Hofmann, DEA; Aaron Bollinger, Lawrence Co. (OH) SO; Leann Baker, DEA; Matt Wilhite, Muskingam Co. Drug Task Force; K. O'Brien, DEA; Curt Nethercutt, HPD; Amy Thompson, Muskingam Co. Drug Task Force; J.T. Combs, HPD; Chris Powell, CPD; Kenny Burner, AHIDTA; Donnie Herdman, PCSD; Kari Sams, AHIDTA; Jack Luikart, PCSD; Bryan Hall, PCSD



### *Outstanding Gun and Violent Crime Investigation*
Todd Willard, ATF; J.T. Combs, HPD; Ryan McComas, ATF; Curt Nethercutt, HPD; Rom Crawford, ATF; John Franklin, HPD; Ron Sabotchick, ATF; Craig Preece, HPD; Jason Lawler, ATF; Eric Corder, HPD; Jeffrey Baker, ATF; Tom Blevins, DEA; Scott Kirchner, ATF



### *Outstanding Implementation of District Initiative Drug Market Intervention Initiative (DMI) Huntington*
Chief W.H. "Skip" Holbrook, HPD; Erick Corder, HPD; Hank Dial, HPD; John Franklin, HPD; Ray Cornwell, HPD; Craig Preece, HPD; Dan Underwood, HPD; Scott Lemley, HPD; Darrell Booth, HPD; Chris Dean, Western; Paul Hunter, HPD; Regional Day Report Center; Shane Bills, HPD; Chris Chiles, Prosecuting Attorney Cabell County; Sid Hinchman, HPD

40

HUNT_00286626
P-41342 _ 00042

# 2011 AWARDS

## 2011 WV GOVERNOR'S HIGHWAY SAFETY PROGRAM LAW ENFORCEMENT AWARDS

### OFFICER HANS NAUMMAN – *Outstanding Officer (All Around Contribution)*

Officer Naumman has consistently enforced traffic laws on both highway safety overtime and regular duty. During 350 highway safety hours and his regular tour hours, he made 53 DUI arrests, issued 23 speeding citations, 28 red light citations and 94 moving citations for a total of 144 citations. He also made 3 felony arrests, 8 misdemeanor arrests, issued 12 underage alcohol consumption citations, and made 2 drug arrests.

### OFFICER TRAVIS HAGAN – *Looking Beyond the Ticket*

Officer Hagan consistently produces excellent numbers and arrests when working highway safety events. During this period, he made 16 DUI arrests, issued 114 various citations, made 12 felony arrests and 18 misdemeanor arrests, issued 23 underage alcohol consumption citations, made 10 drug arrests, seized 2 weapons, recovered $10,621 worth of stolen property and $2,623 in confiscated drugs.

### OFFICER DANA COWELL – *Outstanding Occupant Protection Officer*

With 19 citations, Officer Cowell led the Huntington Police Department for the most seat belt citations. In a county with a 90%+ seat belt use, this is quite an accomplishment. He also issued another 65 total citations on regular shift. Very little highway safety overtime was used for his enforcement efforts.

### CORPORAL GARY QUEEN – *Greatest Contribution to Highway Safety*

Corporal Queen has a total of 28 years in the law enforcement profession but continues to be eager to learn and teach. He is respected by his peers for his casual but effective teaching style and this has made him an excellent instructor. He has completed law enforcement driving school, taught an 80-hour Police Motorcycle Operators School, taught Radar/Lidar to 50 colleagues just this year (and hopes to do many more) and instructs all newly hired officers in the proper use of stop sticks and remedial training with officers involved in vehicular crashes.

### LT. JOE COMBS – *Outstanding or Innovative Highway Safety Project*

For the past ten year, Lt. Combs has assigned each officer a school zone to work during the morning hours. This practice had been lost throughout the years and was revived by Lt. Combs. It was a priority with him and was quickly embraced by the officers on the day shift. Even though Lt. Combs was recently transferred to another shift, the day shift officers continue the practice and Lt. Combs himself still works the Kellogg school zone on his own time.

### OFFICER JOSEPH KOHER – *DUI Officer of the Year*

When it comes to DUI arrests, Officer Koher is the second most productive officer in the State of West Virginia. According the West Virginia records, he has made 167 DUI arrests since January 1, 2011. During his many hours of highway safety patrols, he has also issued 165 various traffic citations, made 2 felony arrests, 29 misdemeanor arrests, issued 12 citations for underage alcohol consumption, made 40 drug-related arrests and seized one weapon, confiscated $1,617 in drugs and recovered $17,211 worth of stolen property.

HUNT_00286627
P-41342 _ 00043

# 2011 AWARDS

## 2011 OFFICERS OF THE MONTH

JANUARY - **Officers Lance Roberts and Officer Jason Davis**
For the apprehension of a burglary suspect and recovery of numerous pieces of stolen property and important physical evidence.

FEBRUARY – **Officer Kyle Patton**
For his initiation of a K-9 track with K-9 Nero and the subsequent apprehension of a strong-armed robbery suspect who had fled on foot.

MARCH – **Lt. J.T. Combs, Sgt. Eric Corder, Cpl. John Franklin, Det. Curt Nethercutt, Officer Craig Preece**
For the successful completion of a year-long investigation named Operation "Smokin' Aces" that led to over 100 defendants being charged with weapons and narcotics violations in state and federal court, and the seizure of over 100 firearms and narcotics with a street value of over $500,000.

APRIL – **Officer James Leist**
For the location of an armed robbery suspect's vehicle and subsequent apprehension of the suspect without further incident.

MAY – **Cpl. Chris Merritt**
For his diligence and attention to duty on May 31, 2011. After an armed robbery was committed and the description of the suspects and vehicle were radioed, he remembered seeing the vehicle and occupants earlier in the evening at the Speedway in the West End of town. He reviewed the surveillance video from Speedway and recognized one of the suspects that lived on Magazine Avenue, which led to the location of the suspect vehicle, eventual apprehension of all three suspects and recovery of stolen money and a .40 caliber pistol used in the robbery.

JUNE – **Traffic Unit: Lt. B.J. Wamsley, Cpl. Eddie Bradshaw, Cpl. Gary Queen, Cpl. Vern Casey, Officer Mike Hudson, Officer Scott Hudson**
For the Traffic Unit's coordination and facilitation of road races, such as 5Ks, marathons, and run/walks, and their performance during such events that ensures the safety of participants, as well as minimizing unnecessary inconvenience to citizens traveling in town.

JULY – **Cpl. Mike Sperry**
For the quick response and follow-up investigation of the vandalism of multiple vehicles, and the location of a suspect. Officer Sperry found the suspect who was in possession of a large concealed lock-blade knife and obtained an admission from the suspect for being responsible for damaging the vehicles.

AUGUST – **Officer Kerrie Cathcart**
For her efforts in the exploration, submission, and subsequent approval of a grant application awarding the HPD the 2011 National Institute of Justice, Paul Coverdell Forensic Science Improvement Grant in the amount of $113,987.

42



**2011 AWARDS**

SEPTEMBER – **Officer Kyle Patton**
For his courageous, calm, professional demeanor in de-escalating a dangerous and intense situation involving an unstable, despondent individual who intended to harm himself or others.

OCTOBER – **Officer Steve Maniskas and Josh Coffey**
For their apprehension of a suspicious individual, who was found inside a vehicle in commission of a larceny in the South Side neighborhood. This arrest resulted in the South Side vehicle larcenies dropping to almost zero in the months following the arrest.

NOVEMBER – **Officer Ryan Bentley and Det. Chris Sperry**
For their quick and decisive work in two armed robberies that led to two arrests made in connection with these cases.

DECEMBER – **Officer Ronnie Lusk and Officer Josh Coffey**
For their apprehension, with the assistance of K-9 Rio, of three breaking and entering suspects and the recovery of numerous stolen items.

---

**AAA 2011 COMMUNITY TRAFFIC SAFETY PLATINUM AWARD**
This award was presented to the Huntington Police Department for outstanding service, dedication, and the significant impact made by improving the quality of life through traffic safety programming.



43



44

# OFFICER OF THE YEAR

# PFC Joshua Coffey

*The Huntington Police Department is very proud to have a peer-driven Officer of the Month Award Program. This program is designed to recognize officers who go above and beyond the call of duty in the performance of their duties at the Huntington Police Department. The recognition can be based on individual or group actions of heroism, exceptional performance, dedication to service, contributions to law enforcement, and all around service to the community. This recognition comes from nominations made by the rank and file of the police department making it especially gratifying to the monthly award recipient. Each month the Chief of Police meets with the command staff to review all monthly award nominations and support documents. After careful review an Officer of the Month Award is presented to the winner. Every monthly award winner demonstrates exceptional performance, representing the Huntington Police Department in the highest of standards.*

In January of this year, the Chief of Police and command staff met to discuss and review all of the 2011 monthly awards in order to select the *2011 Officer of the Year*. The unanimous choice was Officer Josh Coffey.

Officer Coffey is an eight-and-a-half year veteran of the HPD. He is currently assigned to the Patrol Bureau, midnight shift. Officer Coffey was a two-time *Officer of the Month* award winner in 2011. In October Officer Coffey was selected as *Officer of the Month* for the apprehension of a vehicle break-in suspect who had been victimizing the Huntington South Side neighborhood. In December Officer Coffey was again selected as *Officer of the Month* for his action during the apprehension of three suspects responsible for two business break-ins in the West End of town.

Officer Coffey was also the recipient of three other commendations in 2011 for outstanding performance during patrol response and investigation. Additionally, Officer Coffey is a respected field training officer – a critically important assignment related to the development of PPO police officers. However, it is the consistent everyday performance of Officer Coffey that is most recognizable. Officer Coffey embodies the qualities we want to see in a Huntington Police Officer.

I hope you will join me in congratulating Officer Coffey on his outstanding performance throughout the year, and in recognizing him as the 2011 *Officer of the Year*.

Chief William H. Holbrook

HUNT_00286631
P-41342 _ 00047



# 2011 PROMOTIONS



From left to right: **Captain Alan Rohrig**, *23 years of service;* **Lieutenant Dan Underwood**, *17 years of service;*
**Sergeant Ernie Blackburn**, *18 years of service;* **Corporal Paul Hunter**, *15 years of service;* Chief W.H. "Skip" Holbrook

46

HUNT_00286632
P-41342 _ 00048

# *Outstanding Achievement*



## **LIEUTENANT LARRY ZIMMERMAN**

Lieutenant Larry Zimmerman graduated from the FBI National Academy at Quantico, Virginia on December 16, 2011. Lt. Zimmerman is the fifth member of the Huntington Police Department to graduate from the FBI National Academy. Lt. Zimmerman was a member of the 247nd Session of the National Academy. The class consisted of 266 law enforcement professionals from all over the world. The officers represented university, municipal, county, state, and federal law enforcement, as well as international students and members of the United States military.

The FBI National Academy is nationally-known for its academic excellence. The training consists of 10 weeks of advanced training in law, behavioral science, leadership, forensic science, and health and fitness. Officers must have proven records as professionals within their agencies to be selected to attend the National Academy. Officers attending have an average of 19 years of experience and hold executive-level positions within their respective agencies.

Lt. Zimmerman completed courses of instruction in legal issues, leadership, statement analysis, computer environment for law enforcement, public speaking and fitness. He also participated in a series of fitness challenges that culminated with being awarded the coveted "Yellow Brick" signifying completion of the fitness challenges. Lt. Zimmerman received 17 semester hours from the University of Virginia upon completion of his academic work at the Academy.

Organizational success is achieved through outstanding leadership. Lt. Zimmerman has displayed significant sacrifice and commitment in completing the FBI National Academy. His performance exemplifies all that is expected of a leader and law enforcement professional, and he has represented the Huntington Police Department in the highest of standards. I hope you will join me in commending Lt. Zimmerman for his outstanding achievement.

Chief William H. Holbrook
*December 21, 2011*

HUNT_00286633
P-41342 _ 00049



To download a copy of this annual report go to www.hpdwv.com