CONFIDENTIAL



**Huntington Police Department**

**Threat Assessment and Strategy Summary**

**July 9, 2012**

PLAINTIFFS TRIAL
EXHIBIT
**P-41374_00001**

**Chief W. H. "Skip" Holbrook**



**Office of the Chief of Police**

Phone: (304) 696-5510
Fax:   (304) 696-4434
holbrooks@huntingtonwvpolice.com

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

## Threat Assessment and Strategy Summary

According to the Office of National Drug Control Policy (ONDCP), prescription drug abuse is the Nation's fastest growing drug problem.  Analysis by the Center for Disease Control showed more than 40 people die every day from overdoses involving narcotic pain relievers such as Vicodin, Methadone, Oxycontin, and Opana.  The CDC calls prescription painkiller overdoses a "silent epidemic" killing more Americans than heroin and cocaine combined.

The Appalachia region is considered the epicenter of prescription drug abuse.  In 2008 West Virginia had the highest rate of prescription overdose deaths in the United States, surpassing both motor vehicle crashes and falls as the leading cause of accidental death. A comparison by Forbes magazine of filled schedule II and III narcotics to state finds West Virginia is 2nd among the most medicated states in the country. The diversion and abuse of prescription drugs in our region is an epidemic and exacts tragic costs from our communities; over burdening law enforcement, adding to prison population, overwhelming treatment facilities, undermining the employability of the workforce and most important, devastating families.  The U.S. Attorney for the Southern District of West Virginia has recognized prescription drug abuse as the biggest crime problem facing the Southern District, thus making aggressive prosecution of pill dealers a priority of his office.

CONFIDENTIAL

HUNT_00538231

P-41374 _ 00002

In 2011, scores of residents in and around Huntington travelled out of the area, mainly to south Florida, to obtain thousands of dosage units of strong narcotic and other prescription drugs and transported them back to Huntington for use and distribution. In confronting the prescription drug epidemic in 2011, the HPD and Federal Drug Task Force initiatives removed over 8000 dosage units of oxycodone/oxymorphone, 3000 dosage units of Opana and 1100 dosage units of ecstasy. Oxycodone seizures alone increased 1,773% from 2010 totals, signaling an alarming trend.

Cocaine and crack cocaine continues to pose a significant threat to our community. Detroit, Michigan and Columbus, Ohio still serve as the primary distribution point for cocaine en route to Huntington and the surrounding area. Groups responsible for the distribution of crack cocaine are also the same groups responsible for much of the street level drug related violence in our community.

Heroin has also become an emerging threat to our community due to the availability and affordability of the drug. Many people who have developed opiate addictions due to abuse of prescription medication turn to heroin due to the lower price: $30-80 for a prescription pill compared to $20-25 for a dosage unit of heroin.

The vast majority of property crime offenses investigated by the HPD are directly related to drug trade. Most theft is perpetrated by individuals addicted to drugs and in need of a means to support their habit. Therefore any successes we experience in drug enforcement and treatment initiatives will positively affect property crime trends.

Recognizing how important it is to maximize operational effectiveness and to insure our citizens get the greatest return for their tax dollars, the HPD establishes a sound strategic plan based on current trends and threat assessments. In doing so, we first examine the "Return on Investment" (ROI) as it relates to drug enforcement.

CONFIDENTIAL

HUNT_00538232
P-41374 _ 00003

# Narcotic Investigations – Return on Investment (ROI) – 2011

### City Expenditures – Officer Salaries (6)

| | |
|---|---|
| Base Pay | $260,373.00 |
| FICA | $3,775.00 |
| Payroll Accrual | $1001.00 |
| **TOTAL** | **$265,149.00** |

### Outside Funding for Drug Investigations

| | |
|---|---|
| Overtime Reimbursement | $99,113.00 |
| Five (5) U/C Vehicles | $50,000.00 |
| Insur. /Fuel/Misc. Equipment | $50,000.00 |
| Buy Money | $14,979.00 |
| AHIDTA/OT/Equipment | $28,938.00 |
| **TOTAL** | **$243,030.00** |

### Currency/Property Seizures

| | |
|---|---|
| Firearms | 41 |
| Property | *1 (house) |
| Currency (Federal) | $143,927.24 |
| **TOTAL** | **$143,927.24** |
| **(Transferred to HPD)** | |

### Drugs Seized – Huntington (Off Our Streets)

| Drugs | Amt. | | Street Value |
|---|---|---|---|
| Marijuana | 693 lbs. | ($1500.00) | $1,039,500.00 |
| Cocaine/Base | 1422 gm | ($80.00) | $113,760.00 |
| Heroin | 684 gm | ($200.00) | $136,800.00 |
| Oxycodone/Morphone | 8000 du | ($30.00) | $240,000.00 |
| Opana | 3000 du | ($65.00) | $195,000.00 |
| Ecstasy | 1100 du | ($9.00) | $9,900.00 |
| Methamphetamine | 130 gm | (100.00) | $13,000.00 |
| **TOTAL** | | | **$1,747,960.00** |

**\* denotes pending forfeiture/ auction**
**- For every $1 spent for salaries of (6) drug officers, the city received $1.45 in outside non general fund monies.**
**- For every $1 spent for salaries of (6) drug officers, the city confiscated $6.59 worth of drugs.**
**- For every $1 spent for salaries of (6) drug officers, the city received a total return of $8.04.**

CONFIDENTIAL

HUNT_00538233
P-41374 _ 00004

The HPD drug reduction strategy starts with embracing the philosophy of "There is no limit to what we can accomplish if we don't worry who gets the credit." All our drug reduction efforts must include collaboration with other law enforcement agencies, as well as those agencies focused on addiction, treatment and education. The combined summary of drug trend and immerging threats, provides the focus of our strategy;

- Coordinate law enforcement strategies, initiative development and implementation with the United States Attorney's Office, Cabell County Prosecutors Office, AHIDTA and task forces.
- Expansion of cooperative, multi-jurisdictional law enforcement efforts and task force operations.
- Continue focused deterrence of indentified crime hot spots through directed patrol (foot and bike).
- Continued SEU focused enforcement on street drug activities and prostitution.
- Continue the identification of drug trafficking organizations (DTO) operating in Huntington.
- Increase disruption and dismantlement of DTO's operating in Huntington.
- Increase seizure of illicit drugs, posing most significant threat (prescription pain pills, crack cocaine, heroin).
- Identify and seize illegal profits and/or assets from drug trafficking organizations and individuals.
- Increase intelligence sharing with other law enforcement.
- Continue to promote drug tip line usage among our citizens.
- Collaborate with other agencies involved in drug treatment and education.
- Identify other funding sources for innovative drug and crime reduction initiatives.
- Incorporate technology advancements into crime reduction and investigation strategies.
- Seek additional staffing.

CONFIDENTIAL

HUNT_00538234
P-41374 _ 00005

Addressing the drug problem in Huntington will require a multi-faceted approach which addresses drug trafficking, distribution, demand and treatment.   Success will be achieved by sticking to our mission statement: "To provide the highest level of professional police service while preventing crime through problem solving partnerships."

5 | Page

CONFIDENTIAL

HUNT_00538235
P-41374 _ 00006