

**OFFICE OF THE FIRE CHIEF**
839 SEVENTH AVENUE
HUNTINGTON, WV 25701
PHONE (304)696-5950
FAX: (304)696-5515

City of Huntington Fire Department

| YEAR | TOTAL | RESCUE (OD) | FIRES (BUILDING) | FALSE |
|---|---|---|---|---|
| 2010 | 3684 | 1238 | 343 | 905 |
| 2011 | 3527 | 1305 | 289 | 902 |
| 2012 | 3731 | 1206 | 440 | 975 |
| 2013 | 3392 | 1235 | 284 | 915 |
| 2014 | 3452 | 1235 | 321 | 892 |
| 2015 | 3716 | 1448 | 319 (85) | 986 |
| 2016 | 4509 | 2155 | 325 (89) | 1108 |
| 2017 | 5036 | 2590 (1241) | 315 (86) | 1053 |
| 2018 | 3883 | 1598 (488) | 298 (84) | 1039 |
| 2019 | 3590 | 1291 (211) | 346 (89) | 974 |

- 7.6% drop in total number of calls
- 19% drop in number of medical calls
- 57% drop in number of overdose calls for HFD (not a reflection of CCEMS)
- Slight drop in number of false calls

PLAINTIFFS TRIAL EXHIBIT
P-41398_00001

HUNT_01520393
P-41398 _ 00001