**Chief W. H. "Skip" Holbrook**    **Office of the Chief of Police**

Phone: (304) 696-5510
Fax:     (304) 696-4434
holbrooks@hpdwv.com

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

Mayor Steve Williams and members of City Council,

I respectfully submit to you the Huntington Police Department Threat Assessment and Strategy for 2014. This report is the most important document I have ever prepared for your review. The report outlines in detail the greatest threat to ever face our community – **a pervasive drug culture and its associated crime**. This threat is of epidemic proportion that no longer is limited to geographic boundaries, race, education or class. It affects everyone from all walks of life.

In this report you will find why our community is vulnerable to the scourge of drug addiction, drug trafficking and related crime. You will also learn how the drug culture creates the perception that our city is unsafe and an undesirable place to live. The most important take away from this report is that our situation is not hopeless. We are making progress.

Last week I spent time with the Highlawn Neighborhood Association. In that meeting our department made a presentation on the status of crime in their neighborhood. The residents have been concerned with increases in theft and drug related crimes. As a result, these residents have a perception that crime is rampant in their neighborhood. During our discussion we had open dialogue about the driving factors for increased crime, in particular substance abuse and its impact on crime in our community. At the close of the meeting it was encouraging to hear residents cite how effective it has been to work with the Police Department through the usage of the tip line and the sharing of information with officers that are in the community. The residents realized that they have a role, a critical role and are our partners in eradicating crime.

This meeting reinforced to me the importance of citizen engagement and the role of community policing. Increased contact between officers and citizens can establish strong relations and mutual accountability, thereby reducing crime, social disorder and raising the perception of safety. With a sound law enforcement strategy, as well as support from our elected officials, regional social service agencies and our citizens; further progress is a certainty. Together we will find lasting solutions, as we endeavor to be an exceptional city.

Respectfully,

*WH Holbrook*

William H. Holbrook
Chief of Police

"Preventing Crime is Everyone's Responsibility"

PLAINTIFFS TRIAL EXHIBIT
P-41527_00001

HUNT_00332481
P-41527_00001

# Huntington Police Department Drug Enforcement Threat Assessment & Strategy

# 2014



## Prepared by: Chief W.H. Holbrook

This document was specifically prepared for the City of Huntington – Office of the Mayor and Huntington City Council.

Law Enforcement Sensitive

# Table of Contents

| | | |
|---|---|---|
| I. | Executive Summary | Page 1 |
| II. | Introduction | Page 2 |
| III. | Description of the Threat(s) in the City of Huntington | Page 4 |
| IV. | Drug Consumption | Page 7 |
| V. | Outlook | Page 8 |

<u>HPD Drug Enforcement Strategy</u>

| | | |
|---|---|---|
| I. | Introduction | Page 10 |
| II. | Summary of the Calendar Year 2014 Threat Assessment | Page 10 |
| III. | Vision and Mission Statements | Page 11 |
| IV. | Concept & Goals of the Strategy | Page 12 |

| | |
|---|---|
| <u>Conclusion</u> | Page 15 |

<u>References</u>

| | | |
|---|---|---|
| I. | List of Charts | Page 16 |
| II. | Additional Materials | Page 16 |

<u>Appendix I.</u>   Return on Investment (ROI) 2013

<u>Appendix II.</u>   Community Policing Deployment Areas

**Chief W. H. "Skip" Holbrook**

Phone: (304) 696-5510
Fax: (304) 696-4434
holbrooks@hpdwv.com

**Office of the Chief of Police**

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

## I. Executive Summary

The City of Huntington is located along the banks of the Ohio River and is the largest city in the Tri-State. The city spans approximately 18 square miles and has a population of 49,160, (2012 Census estimate) culturally and economically diverse residents. The median household income for residents is $29,149. Approximately 51% of residents are earning below the national poverty level and unemployment rates for citizens 16 and older is 9.8%. Home to Marshall University, Huntington is a thriving metropolitan area within easy driving distance of many other small towns and rural communities. Its size and location within the Tri-State make it the industrial and economic center of Southern West Virginia and a medical, commercial, educational and cultural hub.

The City of Huntington operates under a strong mayor form of government, with a city council serving as the legislative body. The Chief of Police reports to the Mayor in determining plans and policies to be observed in police operations. The Police Department has an authorized complement of 111 sworn officers, 15 non-sworn staff, and an annual budget of approximately $12.5 million. In 2013, the Huntington Police Department responded to 43,978 calls for service.

1 | Page

Law Enforcement Sensitive

The Huntington Police Department's Special Investigations Bureau (SIB) has fostered cooperative and effective working relationships among numerous federal, state and local agencies to achieve the common goals of identifying, disrupting and dismantling drug trafficking organizations and reducing the demand for drugs. SIB also relies on collaborative relationships with our citizens and neighborhood groups to identify drug activity in our city.

> A long standing organization the Neighborhood Institute is comprised of 12 neighborhood organizations that work with the Huntington Police Department to identify and solve problems.

The anonymous drug crime tip line yielded more than 1,670 phone tips in 2013. Those tips were one of the reasons why SIB achieved record setting narcotics seizures in 2013. For example, SIB seized:

- 85 firearms
- 428 gm crack cocaine
- 694 gm powder cocaine
- 5500 gm heroin
- 17,343 dosage units of prescription drugs
- 2,622 gm synthetic drugs

Future collaboration with all our stakeholders builds our capacity for success.

## II. Introduction

The 2014 Huntington Police Department Threat Assessment is a comprehensive assessment of the threats posed to the City of Huntington by the trafficking, distribution and abuse of

illicit drugs. The threats have been identified through analysis of information collected from the HPD and other federal, state and local law enforcement agencies, as well as health treatment providers in the area. Additionally, information was obtained through the review of seizures, arrests and investigative reports by law enforcement personnel.

The Huntington area is faced with serious threats from the trafficking and abuse of prescription drugs, heroin, cocaine, crack cocaine, marijuana and drug-related violence. Illicit drugs are transported to the Huntington area from areas such as Detroit, Columbus, Ohio, Atlanta and Mexico via commercial and private vehicle, as well as parcel service companies and the United States Postal Service.

The 2014 HPD Special Investigations Bureau (SIB) strategy serves to document and discuss the department's plan to achieve SIB goals relating to the drug threat facing our community, as well as to set quantifiable performance targets.

---

**HPD Drug Enforcement Goals**

**Goal 1:** Disrupt/Dismantle Drug Trafficking Organizations (DTOs) operating in Huntington.

**Goal 2:** Increase efficiency and effectiveness of drug enforcement efforts through relationships, partnerships and collaboration with other law enforcement agencies and our citizens.

---

The HPD drug enforcement goals represent definitive, realistic marks to reach for the SIB. They also provide the foundation upon which performance planning and outcome measurements are based. The SIB commander is required to: articulate how drug

enforcement funding will directly address the threat; set realistic performance measures; and periodically provide specific information as to how funding facilitated the SIB in meeting desired outcomes. The SIB Commander oversees all aspects of the department's drug enforcement strategy. He also reviews the performance of the individual officers assigned to drug enforcement to ensure success.

### III. Description of the Threat(s) in the City of Huntington

The City of Huntington is faced with significant threats from trafficking and abuse of prescription drugs, heroin, cocaine and drug-related violence and property crime. Huntington has seen significant increases in seizures of pharmaceutical drugs and heroin, while witnessing noticeable decreases with regard to cocaine. Chart I illustrates drug- and gun-related seizures for the Huntington Police Department Special Investigations Bureau, calendar year 2012 as compared to calendar year 2013.

Chart I



**HPD Drug & Gun Seizures**

| Category | 2012 | 2013 |
|---|---|---|
| Guns | 80 | 85 |
| Crack (grams) | 2218 | 428 |
| Cocaine (grams) | 257 | 694 |
| Heroin (grams) | 2739 | 5500 |
| Pills (dosage units) | 10066 | 17343 |

\* Marijuana seizures for calendar year 2013 total 136.1 lbs., compared to calendar year 2012 84.8 lbs.
\* One indoor marijuana grow investigation led to the seizure of 60 lbs.

4 | Page

Law Enforcement Sensitive

While diversion and abuse of prescription drugs has arguably been one of the largest threats to the city, heroin has emerged and is making a significant impact as a burdensome threat to the citizens of Huntington.  As the cost associated with supply and demand for prescription drugs has increased during the past few years, the opportunity for a cheaper alternative has made heroin a serious threat.  The lower cost of heroin compared to the price of pharmaceutical drugs is creating a significant problem for drug enforcement officers. Regionally diverted prescription prices range from $30-$80 per pill, while heroin can be purchased for as little as $10 per dose. Compounding the problem, heroin purity levels vary, posing high risk of overdose.  Calendar year 2013 seizures indicate more than a 100% increase from that of calendar year 2012.  There is a strong correlation between heroin seizures and property crime rates, as reflected in Chart II.  As calendar year 2014 progresses, and opiate addiction remains high, a continuing trend is expected.

Chart II



**Property Crime Compared to Heroin Seized 2010 - 2013**

Law Enforcement Sensitive

Although there has been an emergence of cheaper alternatives such as heroin, diversion and abuse of prescription drugs continues to pose a threat to our city. The most commonly diverted pharmaceuticals in our area continues to be narcotic analgesics, such as oxycodone, hydrocodone and methadone. Chart III shows pharmaceutical drug seizures during the past two years. In calendar year 2013, prescription drug seizures topped 17,000 dosage units, more than a 72% increase from that of calendar year 2012.

Chart III



*Totals indicate single dosage unit.

Historically, we saw substantial traffic and travel to areas of South Florida to obtain and transport back to Huntington large amounts of prescription drugs. Due to efforts of federal, state and local law enforcement, as well as policies and legislation enacted by Florida, the flow of drugs from Florida has been significantly reduced. However, more regional destinations such as Atlanta, Columbus, Ohio, and Detroit, have emerged as sources for diverted pharmaceuticals.

Law Enforcement Sensitive

Currently, cocaine and crack cocaine pose a lower threat to the city. The Detroit and Columbus, Ohio, areas remain the primary distribution points for cocaine en route to Huntington. The decrease in the availability and demand for cocaine and crack cocaine and the reduction of open-air drug markets have resulted in lowering rates of violent crime during the past several years.

Chart IV



*Violent Crime Footnote: The rate of violent crime has reduced 31% from its highest point in 2006.

## IV. Drug Consumption

According to the Centers for Disease Control (CDC), West Virginia has continued to stay atop the national rankings with respect to the highest rate of prescription drug overdose deaths. Previously ranked first in the nation, most recent data places West Virginia third, behind Nevada and New Mexico. In calendar year 2013, 256 overdose calls for service were recorded in Huntington, compared to calendar year 2012 of 146. This is a 75.3% increase.

A recent "Forbes" magazine comparison of state populations to filled schedule II and III prescription narcotics ranks West Virginia second among the most medicated states in the country. Misuse of prescription drugs is second only to marijuana as the nation's most prevalent illicit drug problem and is a major public health concern for our community.

## V. Outlook

Based on analysis of past and current threats, changes in trends and adaptability of drug traffickers, the outlook for 2014 has been assessed as follows:

- *Heroin* - The abuse and availability of heroin will continue because of higher levels of prescription drug abuse. The availability, preference and demand for prescription drugs, primarily opioids, has laid the foundation for a developing heroin market. The most significant factor in this market change lies within the sustainability of heroin as a much cheaper alternative to opioid pain relievers. Huntington drug prices indicate a single dosage unit of oxycodone typically sells for $80-$100, while a bindle of heroin generally sells for $25, ranging on amount and/or quality.

- *Prescription Drugs* - The diversion and abuse of controlled pharmaceutical drugs, particularly opioid base pain relievers, will continue to be one of the most serious threats to Huntington. DTOs that are typically trafficked in other substances, such as crack cocaine, have added pharmaceuticals to their list of products available and are gaining largely due to demand and profit margin.

Law Enforcement Sensitive

HUNT_00332491
P-41527_00011

- *Cocaine/Crack Cocaine* - Cocaine/crack cocaine base distribution will continue at diminished levels. While open-air drug markets are reduced and/or eliminated, as experienced in Fairfield West, violent crime reductions will be sustained or reduced throughout the city.

- *Property Crime* - The rise in property crime is directly related to the number of drug-addicted individuals needing to fuel their drug habit. Persons addicted to drugs resort to residential burglary, car breaking and enterings and merchandise theft to pay for the cost associated with obtaining illicit drugs. The correlation between property crime rates and addiction will remain.

- *Prostitution* - Prostitution will remain a public health and safety issue. In 2013, the Special Emphasis Unit arrested 44 people for prostitution. In every solicitation-related arrest, the suspect was found to be addicted to drugs and engaging in prostitution activities to sustain a drug habit. Of those arrested, seven were first-time offenders and nine were third-offense felonies. In most cases, the suspects were not originally from Huntington. The correlation between prostitution offenses and addiction will remain.

# HPD Drug Enforcement Strategy

## I. Introduction

The Huntington Police Department provides necessary support to members of the Special Investigation Bureau, Drug/Gun Task Forces and the Special Emphasis Unit, who are involved in drug enforcement initiatives in Huntington. In all, the HPD has fostered cooperative and effective working relationships with the United States Attorney, Southern District of WV, Cabell County Prosecutor's Office, six federal law enforcement agencies, three state police agencies, seven local law enforcement agencies and Appalachia HIDTA, to achieve the common goals of disrupting and dismantling drug trafficking organizations and effectively reducing the demand for drugs in our area. These working relationships are embodied in all HPD drug enforcement initiatives. An initiative is a set of planning activities and resources. Task forces and the Special Emphasis Unit consist of a group of people working together to accomplish a set of specific and measureable goals.

## II. Summary of Threat Assessment for 2014

Huntington is faced with serious threats from the trafficking and abuse of prescription drugs, heroin, cocaine, marijuana trafficking and drug-related offenses and violence. The diversion and abuse of prescription drugs is arguably one of the greatest and most significant threats to the citizens of Huntington and the surrounding area. The most commonly diverted and illicitly obtained pharmaceuticals are narcotic analgesics in the opioid family. During the

past two years, the market for these drugs has created an epidemic in the city and region that has not easily been combatted by law enforcement efforts alone. As supply and demand has risen, the need for a cheaper alternative has created an open door to the heroin market, which is now impacting the City of Huntington and has emerged as a significant threat in and of itself.

Heroin distribution and abuse in Huntington grew significantly in 2013. This is a direct result of the predominant prescription drug threat in the Appalachia region. West Virginia, specifically Huntington, is at the center of this particular threat. Specific details of source cities of supply and distribution of drugs in and throughout Huntington were discussed previously in the threat assessment portion of this document.

### III. HPD Vision and Mission Statement

**Vision Statement**

The members of the Huntington Police Department embrace quality policing and are committed to the development of a comprehensive strategy to prevent crime, resolve public safety issues, provide service to the community and enhance the quality of life within our city.

**Mission Statement**

The mission of the Huntington Police Department is to provide the highest level of professional police service while preventing crime through problem-solving partnerships.

Maintaining an atmosphere where results are more paramount than who gets the credit has resulted in a willingness to share information, cooperation in joint investigations, and positive relationships among other federal, state and local law enforcement agencies.

In 2013, SIB officers arrested 314 people, executed 56 search warrants, seized 85 firearms, 428 grams crack cocaine, 694 grams of cocaine, 136 pounds of marijuana, 5,500 grams of heroin, 2,622 grams of synthetic drugs, and 17,343 dosage units of prescription medication. This is irrevocable proof that SIB is supporting the HPD drug enforcement program goals. The SIB will continue to build upon these achievements for future success.

\* Synthetic drugs such as bath salts are synthetic chemical/products sold under a variety of marketable names such as Spice & K2. These products are marked "not for human consumption" in order to evade regulations. These drugs cause paranoia, hallucinations, seizures, increased heart rate and chest pain.

## IV. Concept and Goals of the Strategy

Huntington enforcement initiatives will aggressively tackle the continued invasion of diverted pharmaceutical drugs through targeting and investigating Huntington-based, drug-trafficking organizations selling these drugs, which are obtained by others from pain clinics and physicians within and outside the Huntington area. Enforcement initiatives will also take measures to combat the growing influx of heroin to Huntington through investigative techniques focused on drug-trafficking operations pushing heroin into Huntington.

Additionally, the Huntington Police Department will continue to participate in national drug take-back events, as well as promote our local prescription drug take-back program. Locally, the program netted 200 pounds of prescription medications in 2013. Intelligence

led and data-driven investigations and the sharing of information are also essential components of our strategy.

The multiple drug threats in Huntington require a multi-faceted response that targets trafficking, distribution, drug-related violence and demand. Central to this mission is the expansion of cooperative, multi-jurisdictional law enforcement efforts by balancing aggressive enforcement of the law with a focus on prevention/education, treatment and re-entry, all with a common goal of reducing crime and recidivism.

## Special Investigation Bureau Goals

SIB goals establish performance targets or expected outcomes, identifying what SIB expects to accomplish with successful implementation of its initiatives. The performance targets address SIB efforts to identify, target and disrupt drug-trafficking operations, seize drugs and assets.

**Goal 1:** Disrupt/dismantle drug trafficking organizations operating in Huntington

*Performance Targets*

- Number of drug-trafficking operations expected to be disrupted/dismantled.
- Return on investment expected for drugs removed/seized.
- Return on investment cash seizures.
- Total return on investment.

*CY 2013 ROI was $7.72
For every $1 spent by the City of Huntington on HPD drug enforcement officers, the city receives $7.72 in return.

13 | Page
Law Enforcement Sensitive

**Goal 2:**	Embrace comprehensive taskforce participation:

*Performance Targets*
- DEA Tactical Diversion Task Force.
- ATF Gun Task Force.
- FBI Drug and Violent Crime Task Force.
- DEA Drug Task Force.
- Appalachia HIDTA.

**Goal 3:**	Increase efficiency and effectiveness of drug enforcement officers

*Performance Targets*
- De-conflictions.
- Referrals.
- Training.
- Number of analytical support requests.

**Goal 4:**	Utilization of Special Emphasis Unit for strategic policing

*Performance Targets*
- Offender call in/diversion.
- Expected prostitution third-offense charges.
- Increase the number of treatment diversions for those arrested for prostitution offenses.
- Increase number of tip line responses.
- Crime hot spot mitigation.

**Goal 5:**	Search warrant initiative

*Performance Targets*
- Increase number of search warrants executed.
- Increase number of nuisance letters.
- Increase number of nuisance abatements through police/code enforcement.

# Conclusion

The common theme throughout the Threat Assessment and Strategy document is collaboration, strategic policing and evidence-based initiatives. This approach has led to a nearly 25% reduction in crime during the past six years. However, with all our successes, awards and accolades, two issues remain – A pervasive drug culture with respect to supply and demand; and a continued perception that our city is disproportionally unsafe.

In order to reverse the negative impact of both these issues, we must remain committed to our drug enforcement strategy outlined in this document. Additionally, we must employ a robust community policing model which requires two complimentary core components – community partnerships and problem solving.

Community partnership involves integrating police into the community culture so that officers and community members can work together to control and prevent crime. Problem solving is a strategy for trying to determine the underlying causes of crime so that lasting solutions may be found. We achieve success and lasting solutions by embracing the shift to the long term assignment of officers to specific neighborhoods or areas. A good example of this successful strategy can be found with our officer who is assigned to the central business district of downtown Huntington. This officer has become as much a part of the business district as are the shop owners, employees and patrons. He works closely with the many stakeholders of downtown Huntington to identify and prevent crime. Together they have found lasting solutions to many historically chronic problems.

HPD strongly recommends increasing sworn staffing levels by five (5) positions. The positions would be designated as community police officers. Each officer would be assigned to one of five geographic deployment areas as depicted in Map 1. Geographic deployment plans, along with exclusive long-term officer assignment, can enhance customer service and facilitate more contact between police and citizens. It also can establish strong relations and mutual accountability, thereby reducing crime, social disorder and raising the perception of safety.

# Huntington Police Department
## Drug Enforcement Return on Investment (ROI)

| Drugs Seized | Amount | Approx. Street Value |
|---|---|---|
| Marijuana | 136 lbs. | $176,800 |
| Cocaine | 694 gm | $69,400 |
| Cocaine Base | 428 gm | $64,200 |
| Heroin | 5500 gm | $962,500 |
| Diverted Rx Pills | 17,343 du | $780,435 |
| Synthetic | 2622 gm | $37,450 |
| **Total** | | **$2,090,785** |

| Miscellaneous Seizures | |
|---|---|
| Firearm Seized | 85 |
| Vehicles Seized | 9 |
| Forfeited Assets | 138,863 |

| City Expenditures – Officer's Salaries (8 Officers) | |
|---|---|
| Base Pay | $282,433 |
| FICA | $21,606 |
| Payroll Accrual | $1,283 |
| **Total** | **$333,694** |

| Support Provided to the City by Federal Agencies | |
|---|---|
| Overtime Reimbursed per Year | $119,000 |
| Six (7) Vehicles | $70,000 |
| Vehicle Fuel/Maint | $42,000 |
| AHIDTA Equip/Buy money/OT | $90,474 |
| AHIDTA T3 OT | $25,000 |
| **Total** | **$346,474** |

- For every $1 spent by the city, we received $1.45 back in financial support and returns.
- For every $1 spent by the city, $6.26 worth of drugs were taken off of the streets in Huntington or headed to Huntington
- For every $1 spent by the city, the city received a total return of $7.72

Appendix I.

**Community Policing Deployment Area**

Map 1

Appendix II.

HUNT_00332500
P-41527_00020