Message
---

| | |
|---|---|
| **From**: | Scott lemley [slemley@hpdwv.com] |
| **Sent**: | 10/22/2014 9:57:40 AM |
| **To**: | jrader@cityofhuntington.com; Hank Dial [hdial@hpdwv.com]; Jim Johnson [johnsonj@cityofhuntington.com]; swilliams@cityofhuntington.com |
| **Subject**: | Mayor's Office of Drug Control Policy |

The attached file contains the background, mission statement, structure, and goals/objectives of the new office of drug control policy.

Scott Lemley
Criminal Intelligence Analyst
slemley@hpdwv.com
Work: (304) 696-5560 Ext 1020
Cell: (304) 544-6333



PLAINTIFFS TRIAL EXHIBIT
P-41532_00001

HUNT_00044585
P-41532 _ 00001

# Mayor's Office of Drug Control Policy (MODCP)

The drug issue Huntington area faces is a multifaceted problem. Not only do we face an outside threat of drug trafficking organizations from large Midwest cities selling drugs in our city, but we face a large a large portion of our populations that is addicted to these drugs. Just as the problem is multifaceted the solution must be multifaceted as well.

It has been more than a decade since resources were cut and our area became an easy mark for individuals distributing drugs. Within a few short years Huntington was a regional distribution hub for various illegal drugs. Individuals from Michigan, Ohio, Georgia, and Florida have infected our area in the early and mid-2000s selling various drugs.

This new city wide strategy has been born out of the recognition that drug use is not only a criminal justice problem, but a public health and economic problem. This makes it the next logical step with the River to Jail program. This strategy will have an emphasis on community-led prevention/intervention programs, aligning criminal justice policies and public health systems to divert non-violent drug users into treatment instead of jail, expanding access to substance abuse treatment. The reason for this is because a carefully coordinated mix of strategies, rather than any single service or approach, has the greatest chance of leading to effective drug prevention.

## Mission

The mission of the Office of Drug Control Policy is to serve as a leader for improving the health and safety of individuals by promoting strategic approaches and collaboration to reduce drug trafficking and related crime while promoting prevention and treatment options for addicts.

## Structure

The Office of Drug Control Policy will be headed by Director of Drug Strategy, who would have the authority of the mayor to make decision related to drug issues. One representative from the Huntington Fire Department and Huntington Police Department will work with the office to accomplish the goals and objectives outlined in this report. This office will report directly to the Mayor of Huntington.

**Goals and Objectives**

1. Treatment and Recovery
    a. Promote the development/expansion of services
    b. Establish a referral system for individuals seeking help
    c. Promote treatment and recovery success stories in our area
    d. Improve financial accessibility to services
2. Prevention and Intervention
    a. Expand community prevention/intervention efforts
    b. Reduce underage drinking and drug use
    c. Reduce babies born into an environment of addiction
3. Enforcement
    a. Act as an additional conduit for information that can help law enforcement efforts
    b. Ensure drug dealers are prosecuted through the justice system
    c. Ensure users are provided resources for treatment
    d. Crime prevention through environmental design
    e. Strengthen ties with U.S. Attorney's Office, Prosecutor's Office, and Federal Law Enforcement Agencies
4. Coordinate/Integration Services
    a. Promote collaborative partnerships between stakeholders throughout the region
    b. Liaison with all local/regional medical facilities
    c. Build and sustain comprehensive networks with faith-based and community organizations
    d. Promote career opportunities for people recovering
5. Research
    a. Centralize funding opportunities to support community revitalization, economic growth, and drug reduction efforts
    b. Research best practices from across the country
    c. Early problem detection/emerging threats
    d. Target resources and funding using cost benefit analysis
    e. Conduct surveys to assess the wants/needs of a community
6. Education
    a. Educate the public on the drug abuse/addiction/issues (children/teens/future mothers)
    b. Increase public support for various drug efforts and inform them of our successes (local forums/social media/print media, etc.)
    c. Create various substance abuse reports, policy briefs, and fact sheets
7. Advocacy
    a. Act as a regional advocate for policy change by lobbying local, state, and federal lawmakers for resources and legislation
    b. Promote and share ideas regionally and nationally

HUNT_00044587
P-41532 _ 00003