# Anti-Diversion Customer Profile

**REVIEWED**
By Christopher J. Forst at 11:05 am, Feb 24, 2010

**CENTRAL**

**AF1585922   FRUTH PHARMACY OF MILTON INC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AF1585922 |
| Business Activity Code: | A   0   RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20110930 |

## CUSTOMER INFORMATION

FRUTH PHARMACY OF MILTON INC
#16 PERRY MORRIS SQUARE

| | | | | |
|---|---|---|---|---|
| MILTON | WV | 25541 | 0 | 0 |

| | |
|---|---|
| Dominant Accounting Class: | |
| First Cardinal Account Created: | |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 32 | Hydrocodone | 21,195 |
| Total Rx Sales ($): | $291,439.72 | Oxycodone | 14,300 |
| Control Substance (CS) Sales ($): | $39,870.09 | Alprazolam | 15,000 |
| Rx Dosage Units Sold | 334,325 | Phentermine | 500 |
| CS Dosage Units Sold | 74,452 | Carisoprodol | 1000 |
| % CS Purchases | 22.00% | Tramadol | 5120 |
| % AHOP CS Purchases | 68.00% | | |
| Total # of SOM Events: | 2 | | |
| Most Recent SOM: | 1/4/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | |
|---|---|
| Drug Family: | 1205   LISDEXAMFETAMINE MESYLATE |
| # of Events: | 1 |
| Overage date: | 2/23/2010 |
| Total Accrual: | 1,000 |
| Monthly Limit: | 800 |
| Order#: | 6258524 |
| Item#: | 4056842 |

Not unreasonable, new chain customer, order released, threshold adjusted based on # of different strengths of product.

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Feb 09 | 0 | Aug 09 | 0 |
| Mar 09 | 0 | Sep 09 | 0 |
| Apr 09 | 0 | Oct 09 | 0 |
| May 09 | 0 | Nov 09 | 0 |
| Jun 09 | 0 | Dec 09 | 0 |
| Jul 09 | 0 | Jan 10 | 100 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | 103183 |
| 8 | AF1585922 | 1205 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic | |
|---|---|---|---|
| County / Population: | | CABELL | 93,824 |
| Population of Zip | Income / Household | Median Age | |
| 8,051 | $32,233.00 | 38.50 | |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits ✓
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit



---

**Company Confidential - Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

**CardinalHealth**

2/24/2010 8:39:40 AM

PLAINTIFFS TRIAL EXHIBIT
P-42100_00001

CAH_FEDWV_00000001
P-42100_00001

# Anti-Diversion Customer Profile



**REVIEWED**
By Christopher J. Forst at 11:05 am, Feb 24, 2010

CENTRAL

**AF1585922    FRUTH PHARMACY OF MILTON INC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AF1585922 |
| Business Activity Code: | A   0        RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20110930 |

## CUSTOMER INFORMATION

FRUTH PHARMACY OF MILTON INC
#16 PERRY MORRIS SQUARE

| MILTON | WV | 25541 | 0 | 0 |
|---|---|---|---|---|

| | |
|---|---|
| Dominant Accounting Class: | |
| First Cardinal Account Created: | |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| # of Drug Families Purchased: | 32 | Hydrocodone | 21,195 |
|---|---|---|---|
| Total Rx Sales ($): | $291,439.72 | Oxycodone | 14,300 |
| Control Substance (CS) Sales ($): | $39,870.09 | Alprazolam | 15,000 |
| Rx Dosage Units Sold | 334,325 | Phentermine | 500 |
| CS Dosage Units Sold | 74,452 | Carisoprodol | 1000 |
| % CS Purchases | 22.00% | Tramadol | 5120 |
| % AHOP CS Purchases | 68.00% | | |
| Total # of SOM Events: | 2 | | |
| Most Recent SOM: | 1/4/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 1205 | LISDEXAMFETAMINE MESYLATE |
| # of Events: | 1 | |
| Overage date: | 2/23/2010 | Not unreasonable, new chain customer, order released, threshold adjusted based on # of different strengths of product. |
| Total Accrual: | 1,000 | |
| Monthly Limit: | 800 | |
| Order#: | 6258524 | |
| Item#: | 4056842 | |

## HISTORICAL PURCHASE DATA

| Feb 09 | 0 | Aug 09 | 0 |
|---|---|---|---|
| Mar 09 | 0 | Sep 09 | 0 |
| Apr 09 | 0 | Oct 09 | 0 |
| May 09 | 0 | Nov 09 | 0 |
| Jun 09 | 0 | Dec 09 | 0 |
| Jul 09 | 0 | Jan 10 | 100 |

## DISTRACK INFORMATION

| Dublin 6 | | WH | 103183 |
|---|---|---|---|
| 8 | AF1585922 | 1205 | |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic | |
|---|---|---|---|
| County / Population: | | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 8,051 | $32,233.00 | 38.50 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits ✓
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

---

**Company Confidential - Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth

2/24/2010 8:39:40 AM

# Anti-Diversion Customer Profile

**REVIEWED**
By Christopher J. Forst at 11:05 am, Feb 24, 2010

CENTRAL

**AF1585922    FRUTH PHARMACY OF MILTON INC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AF1585922 |
| Business Activity Code: | A   0          RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20110930 |

## CUSTOMER INFORMATION

FRUTH PHARMACY OF MILTON INC

#16 PERRY MORRIS SQUARE

| MILTON | WV | 25541 | 0 | 0 |
|---|---|---|---|---|

| | |
|---|---|
| Dominant Accounting Class: | |
| First Cardinal Account Created: | |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 32 | Hydrocodone | 21,195 |
| Total Rx Sales ($): | $291,439.72 | Oxycodone | 14,300 |
| Control Substance (CS) Sales ($): | $39,870.09 | Alprazolam | 15,000 |
| Rx Dosage Units Sold | 334,325 | Phentermine | 500 |
| CS Dosage Units Sold | 74,452 | Carisoprodol | 1000 |
| % CS Purchases | 22.00% | Tramadol | 5120 |
| % AHOP CS Purchases | 68.00% | | |
| Total # of SOM Events: | 2 | | |
| Most Recent SOM: | 1/4/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | |
|---|---|
| Drug Family: | 1205          LISDEXAMFETAMINE MESYLATE |
| # of Events: | 1 |
| Overage date: | 2/23/2010 |
| Total Accrual: | 1,000 |
| Monthly Limit: | 800 |
| Order#: | 6258524 |
| Item#: | 4056842 |

Not unreasonable, new chain customer, order released, threshold adjusted based on # of different strengths of product.

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Feb 09 | 0 | Aug 09 | 0 |
| Mar 09 | 0 | Sep 09 | 0 |
| Apr 09 | 0 | Oct 09 | 0 |
| May 09 | 0 | Nov 09 | 0 |
| Jun 09 | 0 | Dec 09 | 0 |
| Jul 09 | 0 | Jan 10 | 100 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | 103183 |
| 8 | AF1585922 | 1205 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic |
|---|---|---|
| County / Population: | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 8,051 | $32,233.00 | 38.50 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits ✓
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit



---

**Company Confidential - Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

CardinalHealth

2/24/2010 8:39:40 AM

# Anti-Diversion Customer Profile

**CENTRAL**

**AF1585922    FRUTH PHARMACY OF MILTON INC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AF1585922 |
| Business Activity Code: | A   0        RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20110930 |

## CUSTOMER INFORMATION

FRUTH PHARMACY OF MILTON INC

#16 PERRY MORRIS SQUARE

MILTON                         WV      25541        0            0

| | |
|---|---|
| Dominant Accounting Class: | |
| First Cardinal Account Created: | |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | | Hydrocodone | |
| Total Rx Sales ($): | | Oxycodone | |
| Control Substance (CS) Sales ($): | | Alprazolam | |
| Rx Dosage Units Sold | | Phentermine | |
| CS Dosage Units Sold | | Carisoprodol | |
| % CS Purchases | | Tramadol | |
| % AHOP CS Purchases | | | |
| Total # of SOM Events: | 1 | | |
| Most Recent SOM: | 1/4/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9193 | HYDROCODONE BITARTRATE |
| # of Events: | 1 | |
| Overage date: | 1/4/2010 | |
| Total Accrual: | 19,100 | |
| Monthly Limit: | 10,000 | |
| Order#: | 5992635 | |
| Item#: | 3320686 | |

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Dec 08 | | Jun 09 | |
| Jan 09 | | Jul 09 | |
| Feb 09 | | Aug 09 | |
| Mar 09 | | Sep 09 | |
| Apr 09 | | Oct 09 | |
| May 09 | | Nov 09 | |

## DISTRACK INFORMATION

| | | | |
|---|---|---|---|
| | Dublin 6 | WH | 103116 |
| 8 | AF1585922 | 9193 | |

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 8,051 | $32,233.00 | 38.50 |

## REVIEW CHECKLIST

Customer Profile

Held Order

AR Limit

Shipped Report

Ordered Report

Release/Cancel Report

Validate Order Limits

Customer Inquiry

SCI Repository Review

Contact Customer

## QRA DECISION

Release Order

Cut Order

Increase SOM Limits

Report Order to DEA

QRA Site Visit

Sales Site Visit

**Company Confidential - Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

CardinalHealth

1/5/2010 8:41:28 AM

**Cardinal**Health

**Surveillance Site Visit Report**
Pharmaceutical Distribution

## 1  Customer Information

| | | |
|---|---|---|
| a | Customer name | Other, Fruth Pharmacy of Milton, Inc |
| b | Address | #16 Perry Morris Square, Milton, WV 25541 |
| c | Customer DEA # | AF1585922 |
| d | DEA Lic. Exp. Date | 9/30/2014 |
| e | Date of Visit | 11/20/2013 |
| f | Pharmacy License | MP0550834 |
| g | Expiration Date | 6/30/2014 |
| h | Name of PIC | |
| i | PIC License # | |
| j | PIC Lic. Exp. Date | |
| k | Investigator Name | Cynthia Mulanax |
| l | Participants | |
| m | Reason for Report: | |

Research pharmacy background

| | | |
|---|---|---|
| n | Is Internet and public media research acceptable? | YES |
| o | Is Pharmacy license clear of restrictions and probations in the last 10 years? | YES |
| p | Is DEA registrant's number(s) active? | YES |
| q | If the answer is NO to any of the above questions, explain why? | |

| | | |
|---|---|---|
| r | Is there information obtained in pre-investigational preparation or received from other sources for this pharmacy that requires the investigator to follow-up? | NO |
| s | If yes, explain what the information is and the details of the follow-up | |

## 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions? | NO |
| c | Was there any evidence of an internet pharmacy? | NO |
| d | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| e | Were there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| f | If any of the above from 2(a) to 2(e) are answered as yes, explain providing details of your observations | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000005
P-42100_00005

**Surveillance Site Visit Report**
Pharmaceutical Distribution

**Cardinal**Health

Site visit 11/20/13 @ 6:00 pm

| 3 | Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator) |
|---|---|

a  Does this pharmacy require immediate action?                                           **NO**

b  What is the decision and why?

Based upon the information contained herein there does not appear to be evidence of diversion.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000006

P-42100_00006

Cardinal Health Confidential



## CARDINAL HEALTH INC.
## INVESTIGATOR SITE VISIT REPORT

| 1 | Customer Information |
|---|---|

| | | |
|---|---|---|
| a | Customer name | FRUTH PHARMACY OF MILTON INC |
| b | Address | #16 PERRY MORRIS SQUARE |
| c | Address 2 | |
| d | City | MILTON |
| e | State | West Virginia |
| f | Zip Code | 25541 |
| g | Customer DEA # | AF1585922 |
| h | DEA Lic. Exp. Date | 09/30/2014 |
| i | Date of Visit | 07/29/2014 |
| j | Pharmacy License | MP0550834 |
| k | Expiration Date | 06/30/2015 |
| l | Name of PIC | William D. Wright |
| m | PIC License # | RP0006638 |
| n | PIC Lic. Exp. Date | 06/30/2015 |
| o | Investigator Name | Harvey Florian |
| p | Participants | William D. Wright, R.Ph, PIC, was off, but contacted telephonically to participate and answer a limited number of questions; Jeanette Bates, R.Ph., Staff Pharmacist; Dawn Grinstead, Inventory Manager; and, Dan Lineberry, II, R.Ph., Manager of Pharmacy Operations |
| q | Reason for Report | Top 10 Customer Site Visit Request; DF9193 |

| | Research pharmacy background | |
|---|---|---|
| r | Is Internet and public media research acceptable? | Yes |
| s | Is Pharmacy license clear of restrictions and probations in the last 10 years? | Yes |
| t | Is DEA registrant's number(s) active? | Yes |
| u | If the answer is NO to any of the above questions, explain why? | |

Printed On 08/27/2014 14:34:47

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000007
P-42100_00007

Cardinal Health Confidential

| | | |
|---|---|---|
| v | Is there information obtained in pre-investigational preparation or received from other sources for this pharmacy that requires the investigator to follow up? | Yes |
| w | If yes, explain what the information is and the details of the follow-up | |

The PIC stated that the spikes in hydrocodone purchases were attributed to his basic and normal ordering pattern. He explained that he allows the inventory to significantly diminish before fully re-ordering again, thus causing a noticeable spike every other month.

## 2   Dispensing Information

The following information should be compiled from the dispensing data provided by the customer over the previous full 3 months. If the actual numbers are unavailable due to an IT problem at the time of the investigation, then the investigator should request the pharmacist to provide an estimate and note that in section1(s) above.

| | | | | |
|---|---|---|---|---|
| a | Average total number of ALL prescriptions dispensed per day (including both non-controlled & controlled substances) | a | 198 | 100% |
| b | Average number of controlled substance (C2-C5) prescriptions dispensed per day | b | 28 | 14% |
| c | Average number of non-controlled substance prescriptions dispensed per day [CALCULATED CELL: 2(a) - 2(b) ] | c | 170 | 86% |
| d | Average number of ALL prescriptions paid for in cash per day | d | 7 | 4% |
| e | Average number of controlled substance (C2-C5) prescriptions paid for in cash per day | e | 2 | 7% |
| f | Average number of non-controlled substance prescriptions paid for cash per day [CALCULATED CELL: 2(d) - 2(e) ] | f | 5 | 3% |
| g | On average, how many days per month is the pharmacy open for business: | | | 30 |
| h | On average, how many hours per business day is the pharmacy open: | | | 11 |

Definition: Cash: Cash paid = prescriptions filled that are NOT paid for in whole or in part by (or adjudicated against) a third-party plan such as Medicaid, Medicare, private insurance, etc. Specifically, the patient pays for the full amount of prescription on their own using cash, debit card, credit card or check.

| | | |
|---|---|---|
| i | Is the difference between 2e (Average number of controlled substances (C2-C5) prescriptions paid for in cash per day) and 2f (Average number of non-controlled substance prescriptions paid for in cash per day) greater than 10%? | NO |
| j | If yes, please provide the Pharmacists' explanation as to what he or she believes is the reason for the difference: | |

Printed On 08/27/2014 14:34:47

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000008
P-42100_00008

Cardinal Health Confidential

| | | |
|---|---|---|
| k | Is the percentage of controlled substance prescriptions dispensed high? | NO |
| l | If yes, please provide the Pharmacists' explanation as to why he or she believes this is the case. | |

The following information and analysis is based on the most recent 3 full months of Cardinal Health sales data

| | | |
|---|---|---|
| m | Please indicate if this is a new, existing, or reinstatement customer. | Existing Customer |

For the following controlled substances shipped by Cardinal Health, please provide the following:

| | | |
|---|---|---|
| n | What is the average number of Oxycodone dosage units distributed by Cardinal Health to this pharmacy per month? | 10,133 |
| o | Of the number of Oxycodone dosage units distributed to this customer, how many are for Oxycodone 15mg & 30mg IR combined? | 3133 |
| p | Percentage of Oxycodone distributed in 15 mg & 30 mg IR Combined. | 31% |
| q | What is the average number of Hydrocodone dosage units distributed by Cardinal Health to this pharmacy per month? | 19,339 |
| r | Of the number of Hydrocodone dosage units distributed to this customer, how many are for Hydrocodone 10mg? | 8512 |
| s | Percentage of Hydrocodone distributed in 10mg. | 44% |
| t | What is the average number of Alprazolam dosage units distributed by Cardinal Health to this pharmacy per month? | 8,107 |
| u | Of the number of Alprazolam dosage units distributed to this customer, how many are for Alprazolam 2mg? | 333 |
| v | Percentage of Alprazolam distributed in 2mg. | 4% |

### 3   Dispensing or Sales Analysis

For the following controlled substance families, use the dispensing data over the previous full 3 months to calculate the average monthly dosage units if the dispensing data is available. Use Cardinal Health sales data over the previous full 3 months if the dispensing data is unavailable or unobtainable.

| | The data source used for the following calculation is: | Dispensing Data | Collect Data? | Average Dosage Units Dispensed Per Month |
|---|---|---|---|---|
| a | Oxycodone | | Yes | 9,290 |
| a1 | Of Oxycodone dispensed, number of combined dosage units of Oxycodone 15mg & 30mg IR dispensed | | Yes | 2,823 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000009
P-42100_00009

Cardinal Health Confidential

| | | | |
|---|---|---|---|
| a2 | Of the number of Oxycodone tablets dispensed by this customer, what percentage was for Oxycodone 15mg & 30mg IR combined? | | 30% |
| b | Hydrocodone | Yes | 20,220 |
| b1 | Of Hydrocodone dispensed, number of combined dosage units of Hydrocodone combination products containing 10mg of hydrocodone dispensed | Yes | 9,801 |
| b2 | Of the number of Hydrocodone tablets dispensed by this customer, what percentage was for Hydrocodone 10mg? | | 48% |
| c | Alprazolam | Yes | 8,888 |
| c1 | Of Alprazolam dispensed, number of Alprazolam 2mg dispensed | Yes | 568 |
| c2 | Of the number of Alprazolam tablets dispensed by this customer, what percentage was for Alprazolam 2mg? | | 6% |
| d | Oxymorphone | | |
| e | Hydromorphone | | |
| f | Carisoprodol | | |
| g | Methadone | | |
| h | Fentanyl | | |
| i | Morphine Sulfate | | |
| j | Zolpidem | | |
| k | Clonazepam | | |
| l | Methylphenidate | | |
| m | Amphetamine Salts | | |
| n | | | |
| o | | | |
| P | Provide the Pharmacists' explanation on the difference between the purchased and dispensed total of the top three drugs. | | |

Based on Cardinal Health sales data did any of the drug families of interest experience unusual and unexpected growth in the past 12 months?

| | | |
|---|---|---|
| q | Oxycodone | No |
| r | Hydrocodone | No |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000010

P-42100_00010

Cardinal Health Confidential

| | | | |
|---|---|---|---|
| s | Alprazolam | | No |
| t | Oxymorphone | | |
| u | Hydromorphone | | |
| v | Carisoprodol | | |
| w | Methadone | | |
| x | Fentanyl | | |
| y | Morphine Sulfate | | |
| z | Zolpidem | | |
| aa | Clonazepam | | |
| ab | Methylphenidate | | |
| ac | Amphetamine Salts | | |
| ad | | | |
| ae | | | |
| af | Provide the Pharmacists' explanation as to why he or she believes that these drugs of interest have grown: |

**4   Supplier Information**

| | | | |
|---|---|---|---|
| a | Over the past 12 months purchase mix: | | |
| | For all prescription products (non-controlled and controlled substances) purchased by this pharmacy, list wholesalers. | | |
| b | Primary | CAH | Yes |
| c | Secondary | Anda | Yes |
| d | Wholesaler #3 | | No |
| e | Wholesaler #4 | | No |
| f | Wholesaler #5 | | No |

Printed On 08/27/2014 14:34:47

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000011

P-42100_00011

Cardinal Health Confidential

| 5 | Due Diligence |
|---|---|

If an interview is conducted with the pharmacist-in-charge, based on the interview findings:

| | | |
|---|---|---|
| a | Did the investigator share with the customer a copy of the handout, Preventing Prescription Drug Abuse that contains a copy of 21 CFR § 1306.04, the "Top 10 Questions Pharmacists Should Ask When Filling Prescriptions for Controlled Substances" and "Red Flags identified by the DEA" and explain its significance to the Pharmacist? | Yes |
| b | If the Pharmacist has a concern, he/she checks to see if the prescriber's office or facility out of which he/she practices (e.g., hospital, clinic, etc.) is located a reasonable distance to the Pharmacy? | Yes |
| c | If the Pharmacist has a concern, he/she checks to see if the person filling the prescription is the actual person for whom the prescription is written for or is a family member/guardian? | Yes |
| d | If the Pharmacist suspects that the prescription is a forgery or believes that medication will be abused or illegally sold by the patient, the Pharmacist contacts the prescriber and/or takes other actions (e.g., looks for alterations to the prescription; looks for forged signatures; verifies DEA#; uses state PMP, if available, etc.)? | Yes |
| e | Does the Pharmacist agree he or she will not knowingly fill a prescription that he or she believes is illegitimate, not legally valid, or is likely to be diverted or abused? | Yes |
| f | If the Pharmacist has a concern, he/she checks to see if the patient's residence or work is located a reasonable distance to the Pharmacy? | Yes |
| g | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | No |
| h | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions? | No |
| i | Was there any evidence of an internet pharmacy? | No |
| j | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | No |
| k | Were there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | No |
| l | Has the pharmacy been visited by DEA or other regulatory agencies for investigation into the dispensing of controlled substances by that pharmacy? | Yes |
| m | If any of the above from 5(h) to 5(m) are answered as yes, explain providing details of your observations | |

The Manager of Pharmacy Operations stated that earlier this year an inventory of CS products disclosed a shortage of a total of about 1,000 d.u. of oxycodone 15 mg and 30 mg product. He said that a subsequent required drug screening of all the pharmacy staff disclosed that a CPhT tested positive for oxycodone. This CPhT subsequently quit. A DEA Form 106 was filed and the State Board of Pharmacy was notified. A local police warrant has been issued for the CPhT. The local DEA office sent a representative to interview the PIC concerning the matter. No further contact by either the DEA or Board of Pharmacy has occurred to date.

| 6 | Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator) |
|---|---|

Printed On 08/27/2014 14:34:47

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000012

P-42100_00012

Cardinal Health Confidential

| | | |
|---|---|---|
| a | Does this pharmacy require immediate action? | No |
| b | What is the decision and why? | |

Based on the information contained herein, there does not appear to be any evidence of diversion.

Printed On 08/27/2014 14:34:47

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000013

P-42100_00013

# Memo



Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017

Date:      09/23/2014

To:      File

From:      Kim Howenstein

Subject:      FRUTH PHARMACY OF MILTON INC.,
           FRUTH PHARMACY #5 - AF1585922
           #16 PERRY MORRIS SQUARE
           MILTON, WV 25541

---

During the QRA site visit that occurred 07/29/2014, PIC disclosed that during a routine inventory of CS this year, a shortage of approximately 1000 DU of DF9143 was discovered (*see* AF1585922-110-D-072914). PIC stated that as part of the investigation into the shortage, a subsequent employee drug screening revealed that a CPhT tested positive for narcotics. The employee resigned. PIC further stated that the proper theft and loss notification was made to state and federal regulatory agencies. PIC also stated that an arrest warrant for the technician was issued. On September 16, 2014 Fruth Corporation Loss Prevention advised CAH that camera angles in the pharmacy were adjusted. In addition, regular c/s inventories per Fruth policy will continue. The customer may continue to purchase controlled substances.

1

HIGHLY CONFIDENTIAL

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

**CardinalHealth**

## I.   NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS

| | |
|---|---|
| 1.   Pharmacy Name | FRUTH PHCY MILTON-#0005-RX |
| 2.   DBA (if any) | |
| 3.   National Account/Chain Pharmacy Headquarters Address | *Fruth Pharmacy Inc.*<br>*4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |
| 4.   National Account/Chain Pharmacy Headquarters Phone | 304-675-1612 |
| 5.   Name of Principle owner(s) or Corporate Entity | Fruth Pharmacy Inc. |
| 6.   Ownership type (check one) | ☐ Sole proprietor      XX Corporation<br><br>☐ Other |
| 7.   Owner(s) name or contact person for the Organization and their title ("Contact Person") | **Timothy Weber**<br>Vice President |
| 8.   Owner's or Contact Person's Business Address | *4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |

Page 1 of 5

Rev. 1/15

CAH_FEDWV_00000015
P-42100_00015



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| 9. Owner or Contact Person's Phone | 304-675-1612x117 |
|---|---|
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Name: __**Timothy Weber**__<br><br>Title: _Vice President_<br><br>Phone: _304-675-1612x117_<br><br>Email: _tweber@fruthpharmacy.com_ |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES          X NO |
|    a. If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES          X NO |
|    a. If yes, provide details (attach documentation including public records) | |

Rev. 1/15

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000016
P-42100_00016

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution



## II.   NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | AF1585922 |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES      ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES      ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can  be confirmed at www.deadiversion.usdoj.gov/webforms/validateLogin.jsp,  www.deanumber.com,  or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES      ☐ NO |
| 17. State Registration Number: | MP0550834 |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES      ☐ NO |

Page 3 of 5

Rev. 1/15



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## III.  PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES          X NO<br><br>If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21.   Has a Google Web Search been performed on  behalf of this DEA Registrant? | X YES          ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES          X NO |

## IV.  SOM AND ANTI-DIVERSION PROGRAM

| | |
|---|---|
| 22.   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December | X YES          ☐ NO |

Rev. 1/15

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000018

P-42100_00018



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 27, 2007? | |
| 23 Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility? | X YES          ☐ NO |

**V.     ADDITIONAL COMMENTS**

| |
|---|
| |

COMPLETED BY: _____ George Speidel, Sr_ Acct Specialist-National Accounts_____
*(Name /Title)*

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000019
P-42100_00019



**DEA Registration Validation Result:**

**DEA Number:** AF1585922

This DEA Number is ACTIVE

**Name (Last, First):** FRUTH PHARMACY OF MILTON INC ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** #16 PERRY MORRIS SQUARE

**Business Address 2:**

**Business Address 3:** FRUTH PHARMACY #5

**City:** MILTON

**State:** WV

**Zip:** 25541

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 09-30-2017

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated (Required - Not Case Sensitive)**



HIGHLY CONFIDENTIAL

CAH_FEDWV_00000020

P-42100_00020

Google

Fruth MILTON

George

Web    Maps    News    Shopping    Images    More ▾    Search tools

SafeSearch on

About 54,900 results (0.55 seconds)

**Fruth Pharmacy, Inc. - Your Hometown, Family Pharmacy ...**
www.fruthpharmacy.com/ ▾
Some participants in the Aetna Medicare Part D Plan received a letter in error, stating
that they needed to move their prescriptions from **Fruth** Pharmacy.

16 Perry Ln, Milton, WV 25541
(304) 743-4880
Scholarship - Drug Information - Terms of Use
You've visited this page many times. Last visit: 10/15/15

**Fruth Pharmacy Inc Milton, WV, 25541 - YP.com**
www.yellowpages.com/milton.../fruth-pharmacy-inc-2... ▾ Yellowpages.com ▾
Get reviews, hours, directions, coupons and more for **Fruth** Pharmacy Inc at 16 Perry
Morris Sq, **Milton**, WV. Search for other Pharmacies in **Milton** on YP.com.

**Milton Fruth Pharmacy Inc - Yellow Pages**
www.yellowpages.com › Milton, WV ▾ Yellowpages.com ▾
Results 1 - 21 of 21 - Find 21 listings related to **Fruth** Pharmacy Inc in **Milton** on
YP.com. See reviews, photos, directions, phone numbers and more for **Fruth** ...

**Fruth Pharmacy 5 in Milton, West Virginia with Reviews ...**
www.yellowpages.com › Milton, WV ▾ Yellowpages.com ▾
Results 1 - 21 of 21 - Find 21 listings related to **Fruth** Pharmacy 5 in **Milton** on
YP.com. See reviews, photos, directions, phone numbers and more for **Fruth** ...

**Fruth Pharmacy - Drugstores - 16 Perry Morris Sq - Milton ...**
www.yelp.com › Shopping › Drugstores ▾ Yelp ▾
Read reviews, see photos, and learn about **Fruth** Pharmacy in **Milton** on Yelp: we
know just the place.

**Fruth Pharmacy Inc. Store Locations**
www.livingnaturally.com/ret_store_locator.asp?storeID... ▾
... East, Charleston, WV. **Fruth** Pharmacy Inc, 4016 Ohio River Road, Point Pleasant,
WV ... Road, Hurricane, WV. **Milton** #5, 16 Perry Morris Square, **Milton**, WV.

**FRUTH PHARMACY INC Medical Supplies in MILTON, WV**
www.wellness.com › ... › Retail Store › Medical Supplies › WV › Milton ▾
Services FRUTH PHARMACY INC is a medical supply company in **Milton**, WV. Call
FRUTH PHARMACY INC at (304) 743-4880 for a detailed description of ...

**Fruth Pharmacy Milton WV, 25541 – Manta.com**
www.manta.com › ... › Drug Stores and Proprietary Stores › Pharmacies ▾
Get information, directions, products, services, phone numbers, and reviews on **Fruth**
Pharmacy in **Milton**, WV. Discover more Drug Stores and Proprietary Stores ...

**Fruth Pharmacy - Facebook**
https://www.facebook.com/**Fruth**Pharmacy ▾
**Milton Fruth** Customers! Lisa Withers of the **Milton** Police Department & other
community members will be helping with our Countdown! Join us on Perry Morris ...

**Fruth Pharmacy in Milton, WV - (304) 743-4... - Local.com**
www.local.com › WV › Milton › Grocery Stores And Supermarkets ▾
**Fruth** Pharmacy's products, services, reviews, address, phone number, driving
directions, hours of operation and more. Located in **Milton**, WV.

### Fruth Pharmacy Inc

Pharmacy

**Address:** 16 Perry Ln, Milton, WV 25541
**Phone:** (304) 743-4880
**Hours:** Open today · 9:00 am – 9:00 pm ▾

**Reviews**
Be the first to review

Write a re

**People also search for**    View 5+

Walmart Pharmacy (inside Walmart)    CVS Pharmacy - Photo    Valley Health    Custom Script Pharmacy    Drug Empori

Are you the business owner?    Fee

1  2  3  4  5  6  7  8  9  10    Next

◯ Dublin, OH - From your Internet address - **Use precise location** - Learn more

Help    Send feedback    Privacy    Terms

https://www.google.com/search?safe=active&q=Fruth+MILTON+&oq=Fruth+MILTON+&gs_l=serp.12...0j22l30.27592.27592.0.29535.1.1.0.0.0.0.98.98.1.1.0....0....    1/1

CAH_FEDWV_00000021
P-42100_00021

Google    Fruth MILTON Diversion                     George

Web    Maps    News    Shopping    Images    More ▼    Search tools            SafeSearch on

About 6,870 results (0.55 seconds)

### Fruth Pharmacy, Inc. - Your Hometown, Family Pharmacy ...
www.**fruth**pharmacy.com/ ▼
Some participants in the Aetna Medicare Part D Plan received a letter in error, stating
that they needed to move their prescriptions from **Fruth** Pharmacy.
**Missing:** diversion
You've visited this page many times. Last visit: 10/15/15

### [PDF] Pictures with Santa! - Fruth Pharmacy
www.**fruth**pharmacy.com/santatimes.pdf ▼
**Milton**, WV 25541. Saturday, Dec. 8th – 11:00 a.m. – 2:00 p.m.. Sunday, Dec. 9th –
11:00 a.m. – 2:00 p.m.. 6. 706 West Main St. Pomeroy, OH 45769. Saturday ...
**Missing:** diversion

### Fruth Pharmacy Inc Milton, WV, 25541 - YP.com
www.yellowpages.com/**milton**.../**fruth**-pharmacy-inc-2... ▼ Yellowpages.com ▼
Get reviews, hours, directions, coupons and more for **Fruth** Pharmacy Inc at 16 Perry
Morris Sq, **Milton**, WV. Search for other Pharmacies in **Milton** on YP.com.
**Missing:** diversion

### Freedom News .
news.google.com/newspapers?nid=1996&dat...id... ▼ Google News ▼
Mrs. Albert **Fruth**, presi dent, conducted the business ses sion, which was followed by
a so cial hour, when Mrs. **Fruth**, Mrs., **Milton** Crider, Miss Gertrude Franz and ...
Dancing was the **diversion** and when the hostess, assisted by her mother.

### Pharmacy manager Jobs in Huntington, WV | Glassdoor
www.glassdoor.com › Jobs › pharmacy manager ▼ Glassdoor ▼
... Registered Pharmacy Technician OH – Qualified Pharmacy Technician. **Fruth**
Pharmacy. 3.1 5 Reviews **Fruth** Pharmacy. **Milton**, WV. Ad. Job; Company; More ...

### [PDF] Winner takes the White House
famm.org/.../FGspring08FINAL.... ▼ Families Against Mandatory Minimums ▼
Supports prevention and **diversion** programs. • Cosponsor of S.1060, the Second
Chance Act, a bill that would fund programs to aid former prisoners coping with ...

### [PDF] SAR 57 Cover and Front Matter.pmd - HUD
www.hud.gov/.../sar... ▼ United States Department of Housing and Urban Dev... ▼
Convictions/Pleas/Pretrial **Diversions** ... pretrial **diversions**. In closing, I want to ......
Blake was sentenced to 12 months confinement and Ginter, **Fruth**, ..... previously
convicted conspirators Chris Thomas and **Milton** Goddard acquired partial.

### [PDF] documents in this packet include - City of Palo Alto
www.cityofpaloalto.org/civicax/filebank/documents/26756 ▼ Palo Alto ▼
Apr 4, 2011 - **diverted** from the Chaucer bridge flows downhill and gathers around the
area .... (kaywilson@stanfordmed.org); Lynnie Melena; M. **Fruth**; Paula Sandas; ... San
Francisco County, April 25, 5:30-8:30 pm at the **Milton** Marks.

### COLUMBIA LAW REVIEW
heinonlinebackup.com/hol-cgi-bin/get_pdf.cgi?handle=hein.journals/...
funds for depreciation which it has **diverted** to dividends. .... '**Fruth** v. Board of Affairs
(1915) 75 W. Va. 456, 85 S. E. 105; see. McBain .... **Milton** (1904) 47 Fla. 172 ...

### diversity succession dynamics - WorldWideScience
worldwidescience.org/topicpages/d/diversity+succession+dynamics.html ▼
Diverse pollinator communities enhance plant reproductive success · OpenAIRE.
Albrecht, Matthias; Schmid, Bernhard; Hautier, Yann; Müller, Christine B.

https://www.google.com/search?safe=active&q=Fruth+MILTON+Diversion&oq=Fruth+MILTON+Diversion&gs_l=serp.12...33325.37952.0.40741.16.16.0.0.0.0....    1/2

HIGHLY CONFIDENTIAL

1  2  3  4  5  6  7  8  9  10          Next

○ Dublin, OH - From your Internet address - **Use precise location** - Learn more

Help          Send feedback          Privacy          Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000023
P-42100_00023



# Welcome To Fruth Pharmacy

## Your Hometown, Family Pharmacy

ENTER FRUTH PHARMACY >

REFILL A PRESCRIPTION >

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000024
P-42100_00024



## Board of Pharmacy

### REGISTERED PHARMACY PERMIT

### CONTROLLED SUBSTANCE PERMIT

July 1, 2015 – June 30, 2016 – Date Issued: May 26, 2015

**Fruth Pharmacy #5**
Registered Pharmacy

16 Perry Morris Square
Milton, WV 25541

LICENSE #  MP0550834

DEA #  AF1585922

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**William D. Wright – RP0006638**

Registered Pharmacist in Charge

HIGHLY CONFIDENTIAL

**Surveillance Site Visit Report**
Pharmaceutical Distribution

**CardinalHealth**

## 1   Pharmacy Information

| | | |
|---|---|---|
| a | Pharmacy name | FRUTH PHARMACY OF MILTON INC |
| b | Address | #16 PERRY MORRIS SQUARE MILTON WV 25541 |
| c | Pharmacy DEA # | AF1585922 |
| d | DEA Lic. Exp. Date | 9/30/2017 |
| e | Date of Visit | 6/3/2016 |
| f | Pharmacy License | MP0550834 |
| g | Phcy Lic. Exp. Date | 6/30/2016 |
| h | Investigator Name | Cindy Mulanax |
| i | Other Participants | |
| j | Reason for Report | Routine QRA Surveillance |

Research pharmacy background

| | | |
|---|---|---|
| k | Is Internet and public media research acceptable? | YES |
| l | Is the Pharmacy License in Line 1(f) above clear of probation or restrictions related to controlled substances for the past 10 years? | YES |
| m | Is DEA registrant's number(s) active? | YES |
| n | If the answer is NO to any of the above questions 1(k) - 1(m), explain why. | |

## 2   Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions such that this was indicative of drug diversion? | NO |
| c | Was there any evidence of an Internet pharmacy? | NO |
| d | Was there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| e | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| f | If the answer is YES to any of the above questions 2(a) – 2(e), explain providing details of your observation(s). | |

## 3   Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)

| | | |
|---|---|---|
| a | Does this pharmacy require immediate action? | NO |
| b | What is the decision and why? | |
| | Based upon the information contained herein there does not appear to be evidence of diversion. | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000026
P-42100_00026



**Surveillance Site Visit Report**
Pharmaceutical Distribution

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000027

P-42100_00027