**Anti-Diversion New Customer Set-Up Checklist**

| Customer name: | Cabell Huntington Surgery Center - Ricardo Lorenzo Ramos | | |
|---|---|---|---|
| DEA number: | AR2778845 | | |
| Address: | 1201 Hal Greer Blvd, Huntington WV | | |
| | | | |
| Account type: | Managed Care | Division: | 8-Wheeling |
| Today's date: | 5/3/2010 | Region: | Central (Kim H.) |

| Checklist (check box) 1st Verification | Added | Checklist (check box) 2nd Verification | Reviewed |
|---|---|---|---|
| Compliance Statement | ☑ | Compliance Statement | ☑ |
| KYC Document | ☑ | KYC Document | ☑ |
| Website Research | ☑ | Website Research | ☑ |
| DEA License | ☑ | DEA License | ☑ |
| Pharmacist(s) License | ☑ | Pharmacist(s) License | ☑ |
| Technician(s) License | ☐ | Technician(s) License | ☐ |
| Dr. License (where applicable) | ☑ | Dr. License (where applicable) | ☑ |
| RN License (where applicable) | ☑ | RN License (where applicable) | ☑ |
| Google Map Location | ☑ | Google Map Location | ☑ |
| Photos (retail accounts only) | ☐ | Photos (retail accounts only) | ☐ |
| Ryan Haight Act Question | ☐ | Ryan Haight Act Question | ☐ |
| Contract Pricing Declaration/On-Site Verification Form | ☐ | Contract Pricing Declaration/On-Site Verification Form | ☐ |

**Comments:**

EDUARDO ALFREDO RIVAS-PARDO - No discipline but he does have some malpractice suites (6)
RICARDO LORENZO RAMOS, M.D. - No discipline but he does have some malpractice suites (1)

New DEA number due to phycisian is retiring sometime in the future. Please mirror account# 102522 with the exception of the DEA license.

**REVIEWED**
*By Tawney Hammond at 3:29 pm, May 03, 2010*

PLAINTIFFS TRIAL EXHIBIT
P-42101_00001

HIGHLY CONFIDENTIAL

**Red-Flag Checklist (check one box for each flag)**

| Retail Independent Questionnaires | Yes/No? |
|---|---|
| The pharmacy, owner, and/or Pharmacist-In-Charge (PIC) had a DEA registration or state pharmacy license suspended, revoked, or disciplined | Yes/No? |
| The pharmacy fills prescriptions for out-of-state patients | Yes/No? |
| The pharmacy fills prescriptions written by prescribers in other states | Yes/No? |
| The pharmacy is affiliated with other pharmacies or Internet web sites | Yes/No? |
| The pharmacy received more than 20% of their prescriptions via fax or internet | Yes/No? |
| The pharmacy received over 15% cash payments for prescriptions | Yes/No? |
| The pharmacy indicated that they do not have a front-end section | Yes/No? |

| Managed Care Questionnaires | Yes/No? |
|---|---|
| Pharmacies or warehouses operated by the LTC/IS facility has had a DEA registration, state permit (pharmacy), or state controlled substance permit suspended, revoked or disciplined | |
| The Pharmacist-In-Charge (PIC) working at the pharmacy has ever had his/her license(s) suspended, revoked, or disciplined | Yes/No? |
| The organization fills new prescriptions and/or sells pharmaceuticals via the internet | Yes/No? |
| Internet prescriptions account for more than 30% of the total prescriptions | Yes/No? |
| If the % of non-injectable purchases are greater than the % of injectable purchases | Yes/No? |
| Phentermine is one of the top five most utilized controlled substances | Yes/No? |

| Hospital/Surgery Center Questionnaires | Yes/No? |
|---|---|
| There is only one individual responsible for ordering, monitoring, and invoicing of products | No |
| Any of the DEA registrants (pharmacies, physicans, dentists, etc.) associated with the Hospital/Surgery Centers and acquiring drugs based on their DEA license has had a DEA registration, state permit (pharmacy), or state controlled substance permit suspended, revoked or disciplined | No |
| The Pharmacist-In-Charge (PIC) working in the Hospital pharmacy has ever had his/her license(s) suspended, revoked, or disciplined | No |
| The organization fills new prescriptions and/or sells pharmaceuticals via the internet | No |
| Cash transactions conducted outside of the patient bill | No |
| If the % of non-injectable purchases are greater than the % of injectable purchases | No |
| Phentermine is one of top five most utilized controlled substances | No |
| The % of Hydrocodone and Oxycodone purchases account for 76% to 100% of all controlled substance purchases | No |
| Hospital/Surgery Center provides specialty services to a pain management clinic and/or weight loss clinic | No |
| There is no explanation for how often controlled substance usage analysis is conducted | No |
| | |
| Are any of the stated utilization quantities greater than small baseline thresholds for their particular business segment? | No |
| Comments: 75% injectables 25% non-injectables & only Hydro & Oxy | |
| Has this customer been reviewed with a Pharmacist? | No |
| Comments: | |

**Additional Comments / Oberservations:**

They are a multi-specialty surgery center
do not dispense only give ordered medications while the patient is here in our facility.

Approved by:                                                    Date:

**APPROVED**
**By kim.howenstein at 3:35 pm, May 03, 2010**

HIGHLY CONFIDENTIAL

Case 3:17-cv-01362   Document 1516-3   Filed 01/13/22   Page 3 of 59 PageID #: 77383



## Identification Information [back]

| Name | Dr. RICARDO LORENZO RAMOS<br>Birth Date: 8/1949   Birth Place: HAVANA<br>Birth Country: |
|---|---|
| Practice | 1340 Hal Greer Blvd<br>Huntington, OH 25701 |
| Residence | HUNTINGTON, WV 25701<br>County: Out of State |
| Professional Education | School:   649050-Faculty Of Medicine, University Of Guadalajara<br>Graduated: 01/21/80 |

## License and Registration Information

| Credential | License Type | Initial Licensure Date | Expiration Date | Status |
|---|---|---|---|---|
| 35.064580 | Doctor of Medicine | 01/14/1993 | 04/01/2012 | ACTIVE |

### Specialties

ANESTHESIOLOGY

Specialty listings are voluntarily provided by the physician. They are not verified by the State Medical Board and do not confirm that the physician is Board certified by a professional specialty organization. To find out if a physician is certified by a specialty board, you should contact that board. Information and links to specialty boards can be found by clicking this green box.

## Formal Action Information

No formal action exists.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000030
P-42101_00003

The above is an accurate representation of information currently maintained by the State Medical Board of Ohio as of 5/3/2010. The JCAHO and the NCQA have informed the Board that they consider this on-line license status information as fulfilling the primary source requirement for verification of licensure in compliance with their respective credentialing standards. This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

The State Medical Board utilizes the Federation Credentials Verification Service (FCVS) as an agent and partner in licensing physicians in Ohio. Physicians initially licensed in Ohio after February 1st, 1997 have had their medical education, post-graduate training and examination history primary source verified by FCVS. Therefore, the use of this website for documentation of primary source verification (PSV) of education and training meets current NCQA guidelines for those licensed after February 1, 1997. This statement, affirming that primary source verification of medical education and post-graduate training has been performed as part of the licensure process, should be printed out and retained in your files. Prior to February 1, 1997, the State Medical Board prime source verified the post-graduate training and examination history.

Case 3:17-cv-01362   Document 1516-3   Filed 01/13/22   Page 5 of 59 PageID #: 77385



## Georgia Composite
## Medical Board



FAQ | Sitemap | Jobs | Online Services | Contact Us

Monday, May 03, 2010

**Look Up a Licensed Provider**

georgia.gov > Agencies > Composite State Board of Medical Examiners

 **Search Results**

**NOTE:** Licenses renewed online within the past three business days may not be reflected here. Physician Profiles are available for physicians only.

**Public Board Orders Disclaimer:** Public Board order means that there is a public document concerning the License. The existence of a Board order does not necessarily mean the License was sanctioned by the Medical Board or that the License, if sanctioned, is currently under any type of disciplinary action.

Results 1 – 15 of 19 for "ramos,  Physician".

Results Page: **1** 2 Next Last | View All

| License Status | Name Address Issue / Expiration Dates | Specialty | Public Board Orders | Physician Profile |
|---|---|---|---|---|
| 026920 Inactive | RAMOS, ANDRES A P. O. BOX 270606 \| NASHVILLE , TN 372270606 Issue Date: 10/03/1984 Expiration Date: 12/31/1997 | Non-Specified | None | None |
| 037893 Inactive | RAMOS, EMMANUEL DUCUSIN 8 TAMMY CT \| PISCATAWAY , NJ 08854 Issue Date: 12/02/1993 Expiration Date: 12/31/2003 | Preventive Medicine | None | None |
| 014019 Lapsed | RAMOS, FERNANDO QUITUA VETERANS ADMIN. MED. CTR. \| P. O. BOX 17 MARION , IN 46952 Issue Date: 10/14/1971 Expiration Date: 12/31/1987 | Surgery General | None | None |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000032

P-42101_00005

| | | | | |
|---|---|---|---|---|
| 007267<br>Active | RAMOS, HAROLD SMITH<br>550 PEACHTREE STREET | SUITE<br>05.4404<br>ATLANTA , GA 30308<br>Issue Date: 07/23/1954<br>Expiration Date: 07/31/2011 | Internal Medicine | None | View |
| 053934<br>Lapsed | RAMOS, JULIE J<br>1639 PIERCE DRIVE | STE. 319 WMB<br>ATLANTA , GA 30322<br>Issue Date: 11/07/2003<br>Expiration Date: 09/30/2009 | Cardiovascular Disease/Cardiology | None | View |
| 011449<br>Lapsed | RAMOS, MARIO SERGIO<br>3666 S W 4TH STREET |<br>MIAMI , FL 33135<br>Issue Date: 07/27/1966<br>Expiration Date: 12/31/1991 | Pathology | None | None |
| 024861<br>Lapsed | RAMOS, MIGUEL A<br>P O BOX 1109 |<br>BAYAMON , -- 009601109<br>Issue Date: 04/06/1983<br>Expiration Date: 12/31/2001 | Non-Specified | None | None |
| 019183<br>Lapsed | RAMOS, NESTOR WALDO<br>2- G COND. MAR ISLA VERDE |<br>SANTURCE , -- 00926<br>Issue Date: 02/08/1978<br>Expiration Date: 12/31/1979 | Non-Specified | None | None |
| 060858<br>Active | RAMOS, PETER<br>LABCOR 840 RESEARCH PARKWAY |<br>OKLAHOMA CITY , OK 73104<br>Issue Date: 04/03/2008<br>Expiration Date: 08/31/2011 | Pathology | None | View |
| 036854<br>Inactive | RAMOS, RALPH SAMUEL<br>910 MERRY STREET |<br>DUNN , NC 28334<br>Issue Date: 04/08/1993<br>Expiration Date: 12/31/1999 | Anesthesiology | None | None |
| 033683<br>Active | RAMOS, RAMON<br>313 EISENHOWER DRIVE |<br>SAVANNAH , GA 31406<br>Issue Date: 10/11/1990<br>Expiration Date: 02/28/2011 | Pediatrics | None | View |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000033

P-42101_00006

| 025514 Inactive | RAMOS, RICARDO LORENZO 178 TOWNSHIP ROAD1252 \| PROCTORVILLE , OH 45669 Issue Date: 09/08/1983 Expiration Date: 12/31/1995 | Anesthesiology | None | None |
|---|---|---|---|---|
| 022266 Inactive | RAMOS, RUFINO RECARDO 5838 OVERLOOK DRIVE NE \| TACOMA , WA 98422 Issue Date: 02/11/1981 Expiration Date: 12/31/1987 | Psychiatry | None | None |
| 012954 Lapsed | RAMOS, SIDONIO VA CENTER \| LEAVENWORTH , KS 66048 Issue Date: 06/09/1970 Expiration Date: 12/31/1991 | Ophthalmology | None | None |
| 055567 Active | RAMOS-CASANOVA, SANDRA EUNICE 3636 HABERSHAM RD NW \| SUITE 1206 ATLANTA , GA 30305 Issue Date: 11/12/2004 Expiration Date: 07/31/2011 | Diagnostic Radiology | None | View |

**Results 1 - 15 of 19 for "ramos,  Physician".**                                     Results Page: **1** 2 Next Last | View All

Back to Top

**NEW SEARCH**

georgia.gov | Agencies | Privacy/Security | Notices | Accessibility | Contact georgia.gov

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000034

P-42101_00007



Return to Search

## Physician

Disclaimer

**For more complete information about Physicians visit the NJ HealthCare Profile**

**This data is current as of April 1, 2010.**
**Please use our License Verification Line at(973) 273-8090 for the most recent status of Licensee.**

Your search for **Physician** with the name **ricardo ramos** generated 1 match.

| | |
|---|---|
| **Name:** | RAMOS, RICARDO L |
| **Address:** | PROCTORVILLE, OH |
| **License Number:** | 25MA04424700 |
| **License Status:** | Inactive |
| **Expiration Date:** | 30-JUN-93 |
| **Board Action** | None    * See bottom of page |

* A "YES" in the "Board Action" field indicates that the licensee has a public record of some form of action on file with the Board/Committee. Board actions may come in the form of a Consent Order, Cease and Desist Order, Interim Order, Reprimand, a finalized Uniform Penalty Letter, agreed upon Settlement Letter or Final Order. In some instances, "Yes" will represent that a public record of a pending matter such as an Administrative Complaint or a Provisional Order of Discipline may have been filed with the Board/Committee. Such documents represent the filing of allegations by the Attorney General, and do not represent a finding of misconduct until the matter is adjudicated by the Board. Contact the Board/Committee directly to obtain a copy of such documents.
For additional information, please contact the State Board of Medical Examiners at P.O. Box 183, Trenton, New Jersey 08625-0183.

contact us | privacy notice | legal statement 

division: consumer protection | complaint forms | licensing boards | adoptions | proposals | minutes | consumer briefs

departmental: lps home | contact us | news | about us | faqs | library | employment | programs and units | services a-z

statewide: njhome | my new jersey | people | business | government | departments | search

HIGHLY CONFIDENTIAL                                         CAH_FEDWV_00000036
P-42101_00009



**PENNSYLVANIA**
**Department of State**

For questions about this website, please **Click Here to send an E-Mail** , or to contact your Board directly, **Click Here.**

Click the X at the upper right corner to close this window and return to the list of licensees.

### Person Information

| | |
|---|---|
| **Name:** | RICARDO LORENZO RAMOS |

### Address Information

| | |
|---|---|
| **Address(city state zipcode):** | PROCTORVILLE OH 45669 |

### License Information

| | | | |
|---|---|---|---|
| **Type:** Medical Physician and Surgeon | **Secondary Type:** | **Number:** | MD030489E |
| **Profession:** Medicine | **Status:** | Inactive | |
| **Issue Date:** 12/23/1983 | **Expires:** | 12/31/1994 **Last Renewed:** 11/24/1992 | |

### Discipline Action History

No disciplinary actions were found for this license.

The Information above is considered primary source for verification of license credentials.

Cabell Huntington Hospital - News - What's New - Center for Surgical Weight Control Receives Bariatric Surgery Center of E...    Page 1 of 3

Case 3:17-cv-01362    Document 1516-3    Filed 01/13/22    Page 11 of 59 PageID #: 77391



Your Partners for Life

**Cabell** Huntington Hospital

About Us | Customer Service | Contact Us | Site Map

Quick links: Select... [Go]    Search our site: [_____] [Search]

You are here: Home » News & Events » What's New » **View article**    Monday, May 03, 2010

Services

News & Events

Patients & Visitors

For Physicians

Employment

Special Features

Facilities & Projects

## Center for Surgical Weight Control Receives Bariatric Surgery Center of Excellence Designation

Last updated: 07/28/2006    Printer friendly



**Cabell Huntington Hospital's Center for Surgical Weight Control has been named an American Society of Bariatric Surgery (ASBS) Center of Excellence. The ASBS Center of Excellence designation recognizes bariatric surgical programs that have demonstrated a commitment to providing ongoing excellence in patient care by continuously working to improve patient outcomes in bariatric surgery.**

**Recent News Articles**

▶ Edwards Comprehensive Cancer Center Offers Free Skin Cancer Screening on May 8

▶ Epilepsy Conference April 30 and Walk/Run May 1

▶ CHH's President and CEO named AHA Grassroots Champion

▶ CHH Offers New Procedure for Lesions Deep in the Lung

According to a study released in July 2005 by the Agency for Healthcare Research and Quality, the number of bariatric surgeries in the United States more than quadrupled between 1998 and 2002 ? from 13,386 to 71,733. Faced with clinical evidence that the most experienced and best-run bariatric surgery programs have, by far, the lowest rates of complications, the ASBS Centers of Excellence program was created to improve the quality and safety of care provided.

To earn a Center of Excellence designation, Cabell Huntington Hospital's Center for Surgical Weight Control underwent an in-depth application process and site inspection during which all aspects of the program's surgical processes were closely examined. Cabell Huntington and other centers receiving the Bariatric Surgery Center of Excellence designation agree to



http://maps.google.com/maps?hl=en&q=garnett%20county%20ks%20united%20states%20district%20court&um=1&ie=UTF-8&sa=N&tab=wl[5/3/2010 3:27:37 PM]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000039

P-42101_00012



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CAH_FEDWV_00000041

P-42101_00014

Cabell Huntington Hospital - News - What's New - Center for Surgical Weight Control Receives Bariatric Surgery Center of E...    Page 2 of 3

Case 3:17-cv-01362   Document 1516-3   Filed 01/13/22   Page 15 of 59 PageID #: 77395

▶ CHH Names Director of
Quality & Performance
Improvement

continue to share information on clinical pathways, patient care protocols and outcomes data so that excellence can be maintained on a national basis.

The Surgical Review Corporation (SRC), an organization dedicated to pursuing surgical excellence, formulates and establishes the rigorous standards with which all Centers of Excellence must comply, thoroughly inspects and evaluates each candidate for designation, and upon review recommends approval of designation for those physicians and facilities whose practices and outcomes meet the stringent demands set forth by SRC for ASBS.

"Bariatric surgery is a complex and challenging undertaking," said D. Blaine Nease, MD, Medical Director of Center for Surgical Weight Control. "People who have experienced the health issues associated with morbid obesity who are considering gastric bypass surgery should have their surgery at a designated ASBS Center of Excellence. Bariatric Centers of Excellence have opened themselves up to intense scrutiny and must meet, or exceed, national standards of care on an ongoing basis. In fact, many insurance companies across the nation, including Medicare, are covering the surgery only if it is performed by a designated center of excellence."

Obesity has become a significant national health issue, with the Centers for Disease Control and Prevention reporting that 64 percent of all U.S. adults are overweight or obese. Morbid obesity is closely correlated with a number of serious conditions that severely undermine the health of overweight patients, including heart disease, high blood pressure and diabetes.

Bariatric surgery, when performed correctly, can help obese patients manage these conditions. By definition, surgeons with ASBS Center of Excellence designations practice only top-quality care, ensuring efficacy of the procedure with each patient to the best of their abilities. At Cabell Huntington Hospital, Nease and his staff demonstrate their willingness to take the extra step by providing patients with someone who can walk them through each step of the bariatric surgery process. From the initial call for information, the staff's main focus is to meet the individual needs of every patient and to assist them in obtaining the information they need to determine if bariatric surgery is the right choice for their current health status and future weight loss needs.

The Center for Surgical Weight Control at Cabell Huntington Hospital opened in 2002. Patients interested in more information about the program may call **(304) 526-6097** locally, or toll-

HIGHLY CONFIDENTIAL                                                      CAH_FEDWV_00000042

P-42101_00015

free at **1-877-WLS-CENTER**, or visit the Surgical Weight Control section of this website.

For a complete listing of ASBS Centers of Excellence, visit the Surgical Review Corporation website.

©2010 Cabell Huntington Hospital - All rights reserved | Privacy Policy | Disclaimer | Accessibility | Media Inquiries
Cabell Huntington Hospital - 1340 Hal Greer Boulevard - Huntington, West Virginia, 25701 - (304) 526-2000

HIGHLY CONFIDENTIAL                                                                          CAH_FEDWV_00000043

                                                                                            P-42101_00016

Case 3:17-cv-01362   Document 1516-3   Filed 01/13/22   Page 17 of 59 PageID #: 77397



# West Virginia Board of Examiners
## for
## Registered Professional Nurses

### DELORES BLATT

| | |
|---|---|
| Address: | KENOVA, WV |
| License Number: | 32701 |
| Primary Status: | Active |
| Secondary Status: | None |
| License First Issued: | 7/14/1982 |
| License Expiration Date: | 10/31/2010 |
| License Renewal: | None |
| Disciplinary Information: | No disciplinary information in file |

Permanent license.

Search Again

Page Generated: 5/3/2010 at 3:17:27 PM



About Us | Customer Service | Contact Us | Site Map

Quick links: Select... [Go]   Search our site: [        ] [Search]

You are here: Home » Contact Us

Monday, May 03, 2010

Services

News & Events

Patients & Visitors

For Physicians

Employment

Special Features

Facilities & Projects

## Communicate with CHH

Last updated: 06/27/2007                                    Printer friendly

**If you are experiencing a medical emergency, please call 911 or the nearest medical facility.**

You may call Cabell Huntington Hospital at **(304) 526-2000** or write us at:

Cabell Huntington Hospital
1340 Hal Greer Boulevard
Huntington, West Virginia
25701

### Also in this section...

▶ Joint Commission on Accreditation of Healthcare Organizations

▶ Patient Information and Media Procedures

### E-mail Form

E-mail is checked only during normal business hours Monday through Friday.

In order to contact us via e-mail, please complete the form below. Alternatively, you may send e-mail to chhinfo@cabellhuntington.org. * Denotes a required field.

**Although Cabell Huntington Hospital takes steps to secure its e-mail systems, we cannot exclude the possibility that someone may be able to obtain unauthorized access. To help protect your information from unauthorized use or disclosure, please do not**





**Advanced Robotic Surgery**
CHH was the first hospital in the
Huntington area to acquire the da
Vinci Surgical System, a state-of-
the-art robotic platform designed to
enable complex minimally invasive
surgery with greater precision.
<u>Learn more</u>

**include confidential or sensitive information, such as information about your medical condition, in e-mails sent through this website.**

First name:*

Last name:*

E-mail address:*

Phone:

Your inquiry:*

[ Send inquiry ]

©2010 Cabell Huntington Hospital - All rights reserved | <u>Privacy Policy</u> | <u>Disclaimer</u> | <u>Accessibility</u> | <u>Media Inquiries</u>
Cabell Huntington Hospital - 1340 Hal Greer Boulevard - Huntington, West Virginia, 25701 - (304) 526-2000



Quick links: Select... [Go]   Search our site: [          ] [Search]

You are here: Home » **About Us**                                              Monday, May 03, 2010

## About Us

Last updated: 07/10/2009                                                    Printer friendly

Services

News & Events

Patients & Visitors

For Physicians

Employment

Special Features

Facilities & Projects

**Related News Articles**

▶ CHH's President and CEO named AHA Grassroots Champion

▶ CHH Names Director of Quality & Performance Improvement

▶ New Director of Health Information Management

▶ CHH's Chris Carter certified as nurse executive

▶ Cabell Huntington Hospital

Cabell Huntington Hospital is a not-for-profit, regional referral center. Located in Huntington, West Virginia, Cabell Huntington cares for patients from more than 29 counties throughout West Virginia, eastern Kentucky and southern Ohio. Opened in 1956, it is also a teaching hospital and is affiliated with Marshall University Schools of Medicine and Nursing.

All of us at Cabell Huntington Hospital share a common value - providing excellent care that promotes life - long good health. Your medical care includes very personal attention to the details that help make all patients and their families feel at home.

**Also in this section...**

▶ Corporate Compliance

▶ Corporate Mission, Vision & Values

▶ Directions

▶ Notice of Privacy Practices

▶ Our History

Hospital Services | Leadership - Administration | Leadership - Board of Directors | Teaching & Training | Marshall University Medical Center

## Hospital Services

At Cabell Huntington Hospital, you will find quality medical facilities and services to get you well

welcomes general surgeon to Medical Staff

▣ CHH announces donation to expand healthy food program to all 28 Cabell County public schools

▣ CHH announces sponsorship to continue work of Jamie's Kitchen in downtown Huntington

▣ CHH Home Health Department named a Top 500 agency for 2009

▣ CHH welcomes Physician Services Administrator

▣ Former YWCA donates $130,000 to Cabell Huntington Hospital Children's Hospital project

▣ CHH honored for supporting organ donation

▣ Cabell Huntington Hospital Sponsors New Mall Playground

▣ New Vice President and Chief Information Officer joins Cabell Huntington Hospital

▣ Cabell Huntington adds fellowship-trained rheumatologist to Medical Staff

▣ CHH welcomes new Director of Clinical Resource Management

**Related Newsbreaks**

▣ Back & Spine Center

▣ 2009 HealthGrades Awards

▣ First North Patient Tower Patient

▣ ER Electronic Medical Records

▣ New Emergency Department

and patient education resources to keep you well. We are not only concerned with your physical health needs; we are also sensitive to your social, spiritual, emotional and educational needs. At Cabell Huntington Hospital, the road to recovery is made easier by physicians, therapists, nurses, social workers, technicians, clergy and counselors who are every bit as caring and compassionate as they are highly skilled.

The hospital is proud of specialized care centers such as the Neonatal Intensive Care Unit, the Burn Intensive Care Unit and the Pediatric Intensive Care Unit. These units offer the latest in medical technology and individual treatment for critically ill newborns, children and adults. Specially equipped air and ground transport services are always ready for patients requiring immediate attention.

As part of the hospital's concern for total patient care, Cabell Huntington has become a leader in emergency treatment, mother and baby health care and surgical, diagnostic and therapeutic services.

With a highly skilled staff and the most advanced equipment, Cabell Huntington is a leader in many special services.

## Leadership

**Administration**

▶ Byrd Clinical Center

▶ WV's Top Emergency
Physician
▶ Teaching Hospital Care
▶ Teaching Hospital Significance
▶ Teaching Hospital Benefits
▶ Pediatric Intensive Care

View newsbreak archive



Visit the ECCC website

Pictured left to right: **Paul English Smith**, Vice President & General Counsel; **Rosemary "Bunny" Smith**, Vice President & Chief Nursing Officer; **Mark Twilla**, Vice President of Ancillary and Support Services; **Glen Washington**, Vice President of Operations; **D. Monte Ward**, Senior Vice President & Chief Financial Officer; **Brent A. Marsteller**, President & Chief Executive Officer; **Barry Tourigny**, Vice President of Human Resources; **David Graley**, Vice President & COO of the Cabell Huntington Hospital Foundation; **Hoyt Burdick, MD**, Vice President of Medical Affairs

**Cabell Huntington's leadership team was a 2007 HealthLeaders Community Hospital winner. Learn more.**

### Board of Directors

The Board of Directors is a governing body which is responsible for oversight of the operations of Cabell Huntington Hospital. The Board of Directors consists of 17 members who are broadly representative of the community. Members of the Board of Directors are normally appointed for three-year terms, and a member may be appointed to no more than three consecutive three-year terms.

Case 3:17-cv-01362   Document 1516-3   Filed 01/13/22   Page 23 of 59 PageID #: 77403

A separate board of directors, which governs the Cabell Huntington Hospital Foundation, Inc., is responsible for fundraising activities related to the hospital.

**2009 Board of Directors**

- David L. Porter, MD (Chair)
- Carolyn Bagby (Vice-Chair)
- David Fox III (Secretary)
- Floyd Harlow (Treasurer)
- Marian Cox
- Peter Chirico, MD
- Tim Kinsey
- Tim Milne
- Charles McKown, MD
- Boyd Meadows
- Rev. Samuel R. Moore

©2010 Cabell Huntington Hospital - All rights reserved | Privacy Policy | Disclaimer | Accessibility | Media Inquiries
Cabell Huntington Hospital - 1340 Hal Greer Boulevard - Huntington, West Virginia, 25701 - (304) 526-2000

- Ross Patton, MD
- Eduardo Pino, MD
- Jim Schneider
- Vicki Smith

## Teaching & Training

Cabell Huntington is leading the way in community health care, and with that comes the responsibility of training others to continue the tradition of excellence. The hospital works with the teaching and research programs at Marshall University School of Medicine and other medical and technical schools. Through these partnerships, the hospital staff works with some of the most highly qualified medical specialists in the area, sharing insight into the latest concepts in medical education and patient care.

Marshall University Medical Center

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000050
P-42101_00023

## Marshall University Medical Center

In June, 1998, the Marshall University Medical Center opened, bringing all its physicians, medical students and other staff members from facilities located across the region together under one roof. The Medical Center adjoins Cabell Huntington Hospital's campus through a four-story atrium. Patients have access to Marshall University's wealth of qualified medical specialists and students, as well as all the services CHH has to offer, all conveniently located in one facility.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000051

P-42101_00024

**Howenstein, Kim**

---

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Monday, May 03, 2010 8:47 AM |
| **To:** | GMB-QRA-ComplianceAgreement |
| **Subject:** | Response for Compliance Agreement |

```
E-mail notification for survey response
Survey Title: Compliance Agreement
Respondent Unique Key: INQ-20100503070752-1022518919 Response Date: Mon, May 03, 2010
07:46:56


Page 1

    (Customer Name)
    {Enter text answer}
    [ Cabell Huntington Surgery Center ]

    [*]
    By submitting this form with this box checked, I am certifying that the
    above is agreed to by a duly authorized officer, partner, or principal of
    Customer.
    {Choose if appropriate}

    DEA Number of Customer:
    {Enter text answer}
    [ AR2778845 ]

    Full Name of Person Completing Form:
    {Enter text answer}
    [ Delores Blatt ]

    Title of Person Completing Form:
    {Enter text answer}
    [ RN Pre Op/PACU Manager ]
```

1

CAH_FEDWV_00000052
P-42101_00025

**Howenstein, Kim**

---

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Monday, May 03, 2010 8:46 AM |
| **To:** | GMB-QRA-AD-Hospitals |
| **Subject:** | Response for SCS-P Hospitals & Surgery Centers |

```
E-mail notification for survey response
Survey Title: SCS-P Hospitals & Surgery Centers Respondent Unique Key:
INQ-20100430082749-2107373682 Response Date: Mon, May 03, 2010 07:45:43


Page 1

    1. Are you a current or new customer?
    {Choose one}
    (*) Current
    ( ) New

    Name:
    {Enter text answer}
    [ Delores Blatt ]

    Title:
    {Enter text answer}
    [ RN Pre Op/PACU Manager ]

    3. Hospital/Surgery Center's Name:
    {Enter text answer}
    [ Cabell Huntington Surgery Center ]

    Address:
    {Enter text answer}
    [ 1201 Hal Greer Blvd. Huntington, WV 25701 ]

    Phone number(s):
    {Enter text answer}
    [ 304-523-1885 ]

    Website:
    {Enter text answer}
    [ cabellhuntingtonsurgerycenter.com ]

    Fax:
    {Enter text answer}
    [ 304-522-3726 ]

    4. Primary DEA #:
    {Enter text answer}
    [ AR2778845 ]

    5. Is the facility name different than the corporate name?
    {Choose one}
    (*) Yes
    ( ) No

    6. Has the pharmacy ever operated under a different name?
    {Choose one}
    ( ) Yes
    (*) No

Page 2

    8. Ownership type:
```

1

HIGHLY CONFIDENTIAL

```
{Choose one}
( ) Sole proprietor
( ) Non-Profit corporation
( ) For-Profit corporation
(*) Partnership
( ) Other [ ]

Name 1:
{Enter text answer}
[ Brent Marstellar ]

Title 1:
{Enter text answer}
[ Pres CEO ]

Name 2:
{Enter text answer}
[ Glen Washington ]

Title 2:
{Enter text answer}
[ SVP COO ]

Title 3:
{Enter text answer}
[ SVP General Council ]

Name 3:
{Enter text answer}
[ Paul Smith ]

Title 4:
{Enter text answer}
[ SVP CFO ]

Name 4:
{Enter text answer}
[ David Ward ]

10. List (or provide an electronic file to QRAHospitals@cardinalhealth.com)
of all names, addresses, and DEA numbers for those pharmacies/entities
(that receive drugs) operated by the Hospital/Surgery Centers.
{Enter answer in paragraph form}
[ Cabell Huntington Surgery Center 1201 Hal Greer Blvd Huntington, WV 25701
DEA # AR2778845 Ramos,Ricardo Lorenzo MD (Jesse Kave has a copy of all this
information) ]

7. Is your hospital a member of a GPO?
{Choose one}
(*) Yes
( ) No

Name of group/organization:
{Enter text answer}
[ Premier ]
```

Page 3

```
1. Have any of the DEA registrants (pharmacies, physicians, dentists, etc.)
associated with the Hospitals/Surgery Centers and acquiring drugs based on
their DEA license ever had a DEA registration, state permit (pharmacy), or
state controlled substance permit suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

2. Have any of the Pharmacists-in-Charge (PIC) working in your pharmacies
```

2

CAH_FEDWV_00000054

P-42101_00027

ever had his/her license(s) suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

Cardinal Health
{Choose one}
(*) Primary
( ) Secondary
( ) Tertiary

Other:
{Choose one}
( ) Primary
( ) Secondary
( ) Tertiary

Other 1
{Enter text answer}
[ ]

Other:
{Choose one}
( ) Primary
( ) Secondary
( ) Tertiary

Other 2
{Enter text answer}
[ ]

2. Does your organization purchase any controlled substances directly from
manufacturers?
{Choose one}
( ) Yes
(*) No

3. Approximately what percent of controlled substances are purchased from
Cardinal Health?
{Enter text answer}
[ 100 ]

Page 4

4. Does your organization fill new prescriptions or sell pharmaceuticals
via the internet?
{Choose one}
( ) Yes
(*) No

5. Is the pharmacy department managed by an outside organization? (i.e.,
Cardinal, McKesson, or other provider)
{Choose one}
( ) Yes
(*) No

Role of provider:
{Choose one}
( ) Management only
( ) Management & Staff
( ) Staff only

Inpatient patient orders
{Enter text answer}
[ 0 ]

Outpatient patient orders (not employee)

3

HIGHLY CONFIDENTIAL

```
{Enter text answer}
[ 0 ]

Employee prescriptions
{Enter text answer}
[ 0 ]

Other:
{Enter text answer}
[ 100 ]

7. Do you do any cash transactions outside of the patient bill?
{Choose one}
( ) Yes
(*) No

% Other
{Enter text answer}
[ do not dispense only give ordered medications while the patient is here
in our facility. ]
```

Page 5

```
1. What products do the pharmacies in the Hospitals/Surgery-Centers expect
to purchase from Cardinal Health? Please indicate what percentages of these
products are injectable controlled substances orders. (check all that
apply)?
{Choose all that apply}
(*) OTC
(*) Prescription
(*) Controlled Substances
( ) List 1 Chemicals (i.e., PSE)
( ) Other [ ]

% injectables
{Enter text answer}
[ 75 ]

% of non-injectables
{Enter text answer}
[ 25 ]

1.
{Enter text answer}
[ Dilaudid 1mg/ml amp ]

2.
{Enter text answer}
[ Fentanyl 100mcg/2ml ]

3.
{Enter text answer}
[ Percocet 5 ]

4.
{Enter text answer}
[ Versed 1mg/ml ]

5.
{Enter text answer}
[ Sevo ]

3. Do you order any of these products? (Check all that apply)
{Choose all that apply}
(*) Hydrocodone
( ) Alprazolam
(*) Oxycodone
```

4

( ) None of these

If so, what is the approximate combined percentage of these products
compared to your total controlled drug usage/month?
{Choose one}
(*) 0-25% of total
( ) 26-50% of total
( ) 51-75% of total
( ) 76-100% of total

Hydrocodone units
{Enter text answer}
[ <10 ]

Alprazolam units
{Enter text answer}
[ ]

Oxycodone units
{Enter text answer}
[ 50 + ]

Page 6

Average daily census (ADC)
{Enter text answer}
[ 20 ]

Average surgery case load/month
{Enter text answer}
[ 325 + ]

6. Do you provide any of these specialty services?
{Choose all that apply}
( ) Oncology
( ) Hospice
( ) Pain Management Clinic
(*) Other (please specify): [ multi-specialty surgery center ]

7. Do you anticipate an increase or decrease in utilization or change in
specialized services offered?
{Choose one}
( ) Yes
(*) No

8. What is the usual procurement pattern for controlled substances?
{Choose one}
( ) Daily as needed
(*) Weekly as needed
( ) Monthly as needed

Page 7

2. Controlled Substance Usage Analysis - How often does your facility
review controlled drug usage reports?
{Choose one}
( ) Daily
(*) Weekly
( ) Monthly
( ) Other [ ]

3. Systems--Please describe systems that support order management,
inventory control, and any other system that controls/monitors/tracks usage
and supply chain.
{Choose one}
( ) Controlled Inventory Management system (Pyxis CII Safe or other
management system)

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000057

P-42101_00030

```
(*) Manual system with routine audits
( ) Other (please describe): [ ]

5. Additional organizational contact inforamtion if different from above
(please indicate preferred type of communicaiton)
{Choose one}
( ) Fax #:
(*) Email:
( ) Phone #:

Fax #:
{Enter text answer}
[ 304-522-3726 ]

Email:
{Enter text answer}
[ delores.blatt@chhi.org ]

Phone #:
{Enter text answer}
[ 304-523-1885 ]

1. Please fax or email a copy of your controlled substance management
policies to: 614-553-5667 or toll free fax: 866-344-8878 or email:
QRAHospitals@cardinalhealth.com. Or describe in detail below:
{Enter answer in paragraph form}
[ ]

Contact's Name:
{Enter text answer}
[ Delores Blatt ]

Contact's Phone:
{Enter text answer}
[ 304-523-1885 x37 ]

Contact's Title:
{Enter text answer}
[ RN-Pre/Post Op Manager ]

Contact's Email:
{Enter text answer}
[ delores.blatt@chhi.org ]
```

6

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000058

P-42101_00031



**WV.GOV - WVBOM**

West Virginia
Board of Medicine

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2009 |

## West Virginia Board of Medicine Licensee Detail

Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

Search Results: **Licensee Detailed Information**

Full Name: **EDUARDO ALFREDO RIVAS-PARDO, M.D.**

Born: 1941

Preferred Mailing Address: 446 13TH AVENUE
HUNTINGTON, WV 25701

Primary Work Location: 1201 HAL GREER BLVD
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 12809  ACTIVE

Originally Granted: 8/17/1981

Next Expires: 6/30/2011

Drug Dispensing Certificate: # 00428  EXPIRED

Originally Granted: 7/1/1989

Last Expired: 6/30/2007

Also Licensed Or Has Been Licensed In: **WEST VIRGINIA**

Medical School: FACULTY OF HEALTH SCIENCES, MAYOR DE SAN SIMON UNIVERSITY (BOLIVIA) (07/01/1968)

Post-Graduate Training: MEMORIAL HOSPITAL, MIAMI, FL (10/31/1971)

Primary Specialty (Self-Designated): ANESTHESIOLOGY

Secondary Specialty (Self-Designated): NO SECONDARY SPECIALTY ON FILE

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000059

P-42101_00032

| Newsletter |
| --- |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| Related Links |
| **WV Board of Medicine**<br>**101 Dee Dr., Suite 103**<br>**Charleston, WV 25311**<br>**Phone: (304) 558-2921**<br>**Fax: (304) 558-2084** |

PAs Currently Supervised: NO CURRENT SUPERVISION

**Disciplinary Records for EDUARDO ALFREDO RIVAS-PARDO**

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

**Malpractice Records for EDUARDO ALFREDO RIVAS-PARDO**

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

| Malpractice Record: **Case Detail** |
| --- |
| Action Type: Settlement |
| Loss Date: 11/8/1990 |
| Action Date: 1/30/1991 |
| Amount: $2,135 |
| Insurance Company: PIE MUTUAL |
| File Number: 66185 |
| Notes: NONE |
| Malpractice Record: **Case Detail** |
| Action Type: Settlement |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000060

P-42101_00033

| | |
|---|---|
| Loss Date: | 10/4/1982 |
| Action Date: | 9/29/1986 |
| Amount: | $12,500 |
| Insurance Company: | CNA |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED |

### Malpractice Record: **Case Detail**

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | 1/18/1992 |
| Action Date: | 11/16/1999 |
| Amount: | $5,000 |
| Insurance Company: | WV INSURANCE GUARANTY ASSOC. |
| File Number: | 74556 |
| Notes: | NONE |

### Malpractice Record: **Case Detail**

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | 3/30/1995 |
| Action Date: | 11/9/2000 |
| Amount: | $300,000 |
| Insurance Company: | PIE MUTUAL INSURANCE CO |
| File Number: | NO FILE NUMBER LISTED |
| Adjicating Body: | PUTNAM CTY CIRCUIT COURT |
| Case Number of Adjicating Body: | 97-C-90 |
| Notes: | NONE |

### Malpractice Record: **Case Detail**

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 1/28/2003 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000061

P-42101_00034

| | |
|---|---|
| Action Date: | 11/29/2005 |
| Amount: | 0 |
| Insurance Company: | WVPMIC |
| File Number: | 3010054-01 |
| Adjicating Body: | KANAWHA CTY CIRCUIT COURT |
| Case Number of Adjicating Body: | 04-C-3410 |
| Notes: | APPEALED TO SUPREME CT NO. 050877- REFUSED ORDER ON FILE |
| Malpractice Record: | **Case Detail** |
| Action Type: | Settlement |
| Loss Date: | 3/30/1995 |
| Action Date: | 10/11/2006 |
| Amount: | $492,847 |
| Insurance Company: | OHIO INSURANCE LIQUIDATOR (PIE) |
| File Number: | 105493 |
| Notes: | 12/2/2009 FINAL PAYMENT IS 282,847.20. WV INSURANCE GUARANTY ASSOC. MADE PRIOR PAYMENT OF $300,000; MEDICAL MALPRACTICE PAYMENT RPT FILED 10/24/06. INTERIM PAYMENT FOR $210,000 MADE ON 10/11/06. THIS PAYMENT IS FINAL PRO RATA SHARE OF CLASS 2 CLAIM AGAINST ESTATE. TOTAL PAYMENT FOR THIS PHYSICIAN IS $492,847.20 |

New Search

HIGHLY CONFIDENTIAL



**WV.GOV - WVBOM**

West Virginia
Board of Medicine

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2009 |

# West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results: **Licensee Detailed Information** |
| --- |
| Full Name: **EDUARDO ALFREDO RIVAS-PARDO, M.D.** |
| Born: 1941 |
| Preferred Mailing Address: 446 13TH AVENUE HUNTINGTON, WV 25701 |
| Primary Work Location: 1201 HAL GREER BLVD HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: PERMANENT MEDICAL  # 12809  ACTIVE |
| Originally Granted: 8/17/1981 |
| Next Expires: 6/30/2011 |
| Drug Dispensing Certificate: # 00428  EXPIRED |
| Originally Granted: 7/1/1989 |
| Last Expired: 6/30/2007 |
| Also Licensed Or Has Been Licensed In: WEST VIRGINIA |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000063

P-42101_00036

| Newsletter |
| --- |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| Related Links |
| **WV Board of Medicine**<br>**101 Dee Dr., Suite 103**<br>**Charleston, WV 25311**<br>**Phone: (304) 558-2921**<br>**Fax: (304) 558-2084** |

Medical School: FACULTY OF HEALTH SCIENCES, MAYOR DE SAN SIMON
UNIVERSITY (BOLIVIA) (07/01/1968)

Post-Graduate Training: MEMORIAL HOSPITAL, MIAMI, FL (10/31/1971)

Primary Specialty ANESTHESIOLOGY
(Self-Designated):

Secondary Specialty NO SECONDARY SPECIALTY ON FILE
(Self-Designated):

PAs Currently Supervised: NO CURRENT SUPERVISION

Discipline: NO DISCIPLINE CASES ON RECORD

Malpractice: 6 CASES -- MORE INFORMATION

**1** Results Found

Last Name Like: **"PARDO"**    First Name Like: **""**    Profession: **Any**

| Name ▲ | Profession | City, State |
| --- | --- | --- |
| RIVAS-PARDO, EDUARDO ALFREDO | MD | HUNTINGTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web
Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000064

P-42101_00037



WV.GOV - WVBOM

West Virginia
Board of Medicine

| Board Information |
|---|
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2009 |

# West Virginia Board of Medicine Licensee Detail

Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

Search Results: **Licensee Detailed Information**

Full Name: **RICARDO LORENZO RAMOS, M.D.**

Born: 1949

Preferred Mailing Address: 1636 MCCOY ROAD
HUNTINGTON, WV 25701

Primary Work Location: CABELL HUNTINGTON HOSPITAL
1340 HAL GREER BLVD
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 17169  ACTIVE

Originally Granted: 1/11/1993

Next Expires: 6/30/2011

Drug Dispensing Certificate: # 01239  ACTIVE

Originally Granted: 1/19/1993

Next Expires: 6/30/2011

Also Licensed Or Has Been Licensed In: GEORGIA   NEW JERSEY   OHIO   PENNSYLVANIA

Medical School: FACULTY OF MEDICINE, AUTONOMOUS UNIVERSITY OF GUADALAJARA (MEXICO) (06/04/1977)

Post-Graduate Training: ST LUKES HOSPITAL, BETHLEHEM, PA (06/30/1984)
ALBERT EINSTEIN MEDICAL CENTER, PHILADELPHIA, PA (12/31/1986)

Primary Specialty (Self-Designated): ANESTHESIOLOGY

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000065
P-42101_00038

| | |
|---|---|
| Newsletter | |
| Disciplinary Action | |
| WVBOM FAQ's | |
| Renewal FAQ's | |
| Contact Info | |
| Related Links | |

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

Secondary Specialty NO SECONDARY SPECIALTY ON FILE
(Self-Designated):

PAs Currently Supervised: NO CURRENT SUPERVISION

### Disciplinary Records for RICARDO LORENZO RAMOS

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below.
Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for RICARDO LORENZO RAMOS

Consumers should take the following factors into consideration when evaluating a physician's
competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care
  among physicians. There is no conclusive evidence that malpractice data correlates with
  professional competence.
- There are a variety of factors unrelated to professional competence or conduct which
  affect the likelihood that a physician will be the subject of a malpractice claim, such as,
  the physician's time in practice, the nature of the specialty, the types of patients
  treated, geographic location, etc. For example, certain medical specialties have a higher
  rate of malpractice claims because of a higher risk inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as
  business decisions. In the case of some minor claims, it is less expensive for the
  insurance company to make a monetary settlement than it is for them to take the case
  to court. Many times such cases are settled without a finding of fault or admission of
  guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be
  construed as creating a presumption that medical malpractice has occurred.

| Malpractice Record: **Case Detail** |
|---|
| Action Type: Dismissal |
| Loss Date: 12/19/2001 |
| Action Date: 5/12/2006 |
| Amount: 0 |
| Insurance Company: WOODBROOK CASUALTY |
| File Number: 123245 |
| Adjucating Body: CABELL CTY CIRCUIT COURT |

HIGHLY CONFIDENTIAL    CAH_FEDWV_00000066
P-42101_00039

Case Number of Adjucating 03-C-0544
Body:

Notes: NONE

New Search

HIGHLY CONFIDENTIAL          CAH_FEDWV_00000067

P-42101_00040



**WV.GOV - WVBOM**

West Virginia
Board of Medicine

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2009 |

# West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results: **Licensee Detailed Information** |
| --- |
| Full Name: **RICARDO LORENZO RAMOS, M.D.** |
| Born: 1949 |
| Preferred Mailing Address: 1636 MCCOY ROAD HUNTINGTON, WV 25701 |
| Primary Work Location: CABELL HUNTINGTON HOSPITAL 1340 HAL GREER BLVD HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: PERMANENT MEDICAL  # 17169  ACTIVE |
| Originally Granted: 1/11/1993 |
| Next Expires: 6/30/2011 |
| Drug Dispensing Certificate: # 01239  ACTIVE |
| Originally Granted: 1/19/1993 |
| Next Expires: 6/30/2011 |
| Also Licensed Or Has Been GEORGIA   NEW JERSEY   OHIO   PENNSYLVANIA |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000068

P-42101_00041

| | |
|---|---|
| Newsletter | |
| Disciplinary Action | |
| WVBOM FAQ's | |
| Renewal FAQ's | |
| Contact Info | |
| Related Links | |

**WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084**

| | |
|---|---|
| Licensed In: | |
| Medical School: | FACULTY OF MEDICINE, AUTONOMOUS UNIVERSITY OF GUADALAJARA (MEXICO) (06/04/1977) |
| Post-Graduate Training: | ST LUKES HOSPITAL, BETHLEHEM, PA (06/30/1984) ALBERT EINSTEIN MEDICAL CENTER, PHILADELPHIA, PA (12/31/1986) |
| Primary Specialty (Self-Designated): | ANESTHESIOLOGY |
| Secondary Specialty (Self-Designated): | NO SECONDARY SPECIALTY ON FILE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | 1 CASE -- MORE INFORMATION |

**11 Results Found**
Last Name Like: **"RAMOS"**   First Name Like: **""**   Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| DERAMOS, RAFAEL KALAW | MD | BLUEFIELD, WV |
| GONZALEZ-RAMOS, FERNANDO LUIS | MD | LOGAN, WV |
| RAMOS, FERDINAND MARZAN | MD | |
| RAMOS, IVAN A. | MD | |
| RAMOS, LUIS RAFAEL | MD | NEW BRAUNFELS, TX |
| RAMOS, PEDRO ALFREDO | MD | |
| RAMOS, RICARDO LORENZO | MD | HUNTINGTON, WV |
| RAMOS, SCOTT B. | PA | WHEELING, WV |
| RAMOS-CAYCEDO, ANDRES AVELLINO | MD | |
| RAMOS-PEREA, CARLOS DARIO | MD | |
| SANCHEZ-RAMOS, LUIS | MD | JACKSONVILLE, FL |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web
Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000069

P-42101_00042



# Individual Details

| License Number | RP0005352 |
|---|---|
| License Type | Registered Pharmacist |
| Name | Holbert, Marlene |
| State of Current Residence | WV |
| Date Issued | |
| Expiration Date | 06/30/2010 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 26, 2010.

HIGHLY CONFIDENTIAL                                                                                    CAH_FEDWV_00000070
P-42101_00043



# Business Details

| License Number | CC0553380 |
|---|---|
| Business Type | Clinic |
| Business Name | Cabell Huntington Surgery Center |
| Address1 | 1201 Hal Greer Blvd. |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Marlene Holbert |
| Date Issued | |
| Expiration Date | 06/30/2009 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 26, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000071
P-42101_00044



---

**DEA Registration Validation Result:**

**DEA Number:** AR2778845

**Name (Last, First):** RAMOS , RICARDO LORENZO MD

**Business Activity:** PRACTITIONER

**Business Address 1:** 1201 HAL GREER BLVD

**Business Address 2:**

**Business Address 3:** CABELL HUNTINGTON SURGERY CENTER

**City:** HUNTINGTON

**State:** WV

**Zip:** 257014820

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 04-30-2011

---

**DEA Registration Validation:**

**DEA Number to be validated (Required** - Not Case Sensitive)

[                    ]

---

Case 3:17-cv-01362   Document 1516-3   Filed 01/13/22   Page 46 of 59 PageID #: 77426



HIGHLY CONFIDENTIAL

4/29/2010

CAH_FEDWV_00000073

P-42101_00046

Case 3:17-cv-01362   Document 1516-3   Filed 01/13/22   Page 47 of 59 PageID #: 77427

 

**Current Date:** 4/29/2010        **Data File Release Date:** 04/07/2010

## Drug Enforcement Administration (DEA) Datafiles -Both

### Registrant Profile

*for*

## RIVAS-PARDO, EDUARDO A MD

|  |  |
|---|---|
| Address: | CABELL HUNTINGON SURGERY CENTER |
|  | 1201 HAL GREER BLVD |
|  | HUNTINGTON |
| State and Zip: | WV 25701 |
| DEA Number: | BR1794026 |
| Business Activity Code: | C |
| Business Activity Sub Code: | 0 |
| Drug Schedule: | 22N 33N 4 5 |
| Drug Codes: | |
| Expiration Date: | 4/30/2010 |
| Payment Indicator: | P |

Refine

HIGHLY CONFIDENTIAL                                                                 CAH_FEDWV_00000074

P-42101_00047

HIGHLY CONFIDENTIAL

CAH_FEDWV_0000075
P-42101_00048

RAMOS, RICARDO LORENZO MD
CABELL HUNTINGTON SURGERY CENTER
1201 HAL GREER BLVD
HUNTINGTON, WV  25701-4820-000

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
| --- | --- | --- |
| AR2778845 | 04-30-2011 | FEE PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
| --- | --- | --- |
| 2,2N, 3,3N,4,5, | PRACTITIONER | 04-09-2008 |

RAMOS, RICARDO LORENZO MD
CABELL HUNTINGTON SURGERY CENTER
1201 HAL GREER BLVD
HUNTINGTON, WV  25701-4820

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
| --- | --- | --- |
| AR2778845 | 04-30-2011 | FEE PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
| --- | --- | --- |
| 2,2N, 3,3N,4,5, | PRACTITIONER | 04-09-2008 |

RAMOS, RICARDO LORENZO MD
CABELL HUNTINGTON SURGERY CENTER
1201 HAL GREER BLVD
HUNTINGTON, WV  25701-4820

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

Form DEA-223 (4/07)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000076

P-42101_00049



# State of West Virginia

## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2009 – June 30, 2010 – Date Issued: March 31, 2009**

Cabell Huntington Surgery Center

1201 Hal Greer Blvd.
Huntington, WV 25701

LICENSE # CC0553380

DEA # BR1794026

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Marlene Holbert – RP0005352**

Consultant Pharmacist

**Hammond, Tawney**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Friday, April 30, 2010 9:53 AM |
| **To:** | GMB-QRA-ComplianceAgreement |
| **Subject:** | Response for Compliance Agreement |

```
E-mail notification for survey response
Survey Title: Compliance Agreement
Respondent Unique Key: INQ-20100430084937-1432485419 Response Date: Fri, Apr 30, 2010
08:52:33


Page 1

    (Customer Name)
    {Enter text answer}
    [ Cabell Huntington Surgery Center ]

    [*]
    By submitting this form with this box checked, I am certifying that the
    above is agreed to by a duly authorized officer, partner, or principal of
    Customer.
    {Choose if appropriate}

    DEA Number of Customer:
    {Enter text answer}
    [ AR2778845 ]

    Full Name of Person Completing Form:
    {Enter text answer}
    [ Delores Blatt ]

    Title of Person Completing Form:
    {Enter text answer}
    [ RN Pre Op/PACU Manager ]
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000077
P-42101_00050

**Nelson, Deidre**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Monday, May 03, 2010 8:47 AM |
| **To:** | GMB-QRA-ComplianceAgreement |
| **Subject:** | Response for Compliance Agreement |

```
E-mail notification for survey response
Survey Title: Compliance Agreement
Respondent Unique Key: INQ-20100503070752-1022518919 Response Date: Mon, May 03, 2010
07:46:56


Page 1

    (Customer Name)
    {Enter text answer}
    [ Cabell Huntington Surgery Center ]

    [*]
    By submitting this form with this box checked, I am certifying that the
    above is agreed to by a duly authorized officer, partner, or principal of
    Customer.
    {Choose if appropriate}

    DEA Number of Customer:
    {Enter text answer}
    [ AR2778845 ]

    Full Name of Person Completing Form:
    {Enter text answer}
    [ Delores Blatt ]

    Title of Person Completing Form:
    {Enter text answer}
    [ RN Pre Op/PACU Manager ]
```

1

HIGHLY CONFIDENTIAL

**Nelson, Deidre**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Monday, May 03, 2010 8:46 AM |
| **To:** | GMB-QRA-AD-Hospitals |
| **Subject:** | Response for SCS-P Hospitals & Surgery Centers |

```
E-mail notification for survey response
Survey Title: SCS-P Hospitals & Surgery Centers Respondent Unique Key:
INQ-20100430082749-2107373682 Response Date: Mon, May 03, 2010 07:45:43


Page 1

    1. Are you a current or new customer?
    {Choose one}
    (*) Current
    ( ) New

    Name:
    {Enter text answer}
    [ Delores Blatt ]

    Title:
    {Enter text answer}
    [ RN Pre Op/PACU Manager ]

    3. Hospital/Surgery Center's Name:
    {Enter text answer}
    [ Cabell Huntington Surgery Center ]

    Address:
    {Enter text answer}
    [ 1201 Hal Greer Blvd. Huntington, WV 25701 ]

    Phone number(s):
    {Enter text answer}
    [ 304-523-1885 ]

    Website:
    {Enter text answer}
    [ cabellhuntingtonsurgerycenter.com ]

    Fax:
    {Enter text answer}
    [ 304-522-3726 ]

    4. Primary DEA #:
    {Enter text answer}
    [ AR2778845 ]

    5. Is the facility name different than the corporate name?
    {Choose one}
    (*) Yes
    ( ) No

    6. Has the pharmacy ever operated under a different name?
    {Choose one}
    ( ) Yes
    (*) No

Page 2

    8. Ownership type:
```

1

```
{Choose one}
( ) Sole proprietor
( ) Non-Profit corporation
( ) For-Profit corporation
(*) Partnership
( ) Other [ ]

Name 1:
{Enter text answer}
[ Brent Marstellar ]

Title 1:
{Enter text answer}
[ Pres CEO ]

Name 2:
{Enter text answer}
[ Glen Washington ]

Title 2:
{Enter text answer}
[ SVP COO ]

Title 3:
{Enter text answer}
[ SVP General Council ]

Name 3:
{Enter text answer}
[ Paul Smith ]

Title 4:
{Enter text answer}
[ SVP CFO ]

Name 4:
{Enter text answer}
[ David Ward ]

10. List (or provide an electronic file to QRAHospitals@cardinalhealth.com)
of all names, addresses, and DEA numbers for those pharmacies/entities
(that receive drugs) operated by the Hospital/Surgery Centers.
{Enter answer in paragraph form}
[ Cabell Huntington Surgery Center 1201 Hal Greer Blvd Huntington, WV 25701
DEA # AR2778845 Ramos,Ricardo Lorenzo MD (Jesse Kave has a copy of all this
information) ]

7. Is your hospital a member of a GPO?
{Choose one}
(*) Yes
( ) No

Name of group/organization:
{Enter text answer}
[ Premier ]
```

Page 3

```
1. Have any of the DEA registrants (pharmacies, physicians, dentists, etc.)
associated with the Hospitals/Surgery Centers and acquiring drugs based on
their DEA license ever had a DEA registration, state permit (pharmacy), or
state controlled substance permit suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

2. Have any of the Pharmacists-in-Charge (PIC) working in your pharmacies
```

2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000080

P-42101_00053

ever had his/her license(s) suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

Cardinal Health
{Choose one}
(*) Primary
( ) Secondary
( ) Tertiary

Other:
{Choose one}
( ) Primary
( ) Secondary
( ) Tertiary

Other 1
{Enter text answer}
[ ]

Other:
{Choose one}
( ) Primary
( ) Secondary
( ) Tertiary

Other 2
{Enter text answer}
[ ]

2. Does your organization purchase any controlled substances directly from manufacturers?
{Choose one}
( ) Yes
(*) No

3. Approximately what percent of controlled substances are purchased from Cardinal Health?
{Enter text answer}
[ 100 ]

Page 4

4. Does your organization fill new prescriptions or sell pharmaceuticals via the internet?
{Choose one}
( ) Yes
(*) No

5. Is the pharmacy department managed by an outside organization? (i.e., Cardinal, McKesson, or other provider)
{Choose one}
( ) Yes
(*) No

Role of provider:
{Choose one}
( ) Management only
( ) Management & Staff
( ) Staff only

Inpatient patient orders
{Enter text answer}
[ 0 ]

Outpatient patient orders (not employee)

3

HIGHLY CONFIDENTIAL

```
{Enter text answer}
[ 0 ]

Employee prescriptions
{Enter text answer}
[ 0 ]

Other:
{Enter text answer}
[ 100 ]

7. Do you do any cash transactions outside of the patient bill?
{Choose one}
( ) Yes
(*) No

% Other
{Enter text answer}
[ do not dispense only give ordered medications while the patient is here
in our facility. ]
```

Page 5

```
1. What products do the pharmacies in the Hospitals/Surgery-Centers expect
to purchase from Cardinal Health? Please indicate what percentages of these
products are injectable controlled substances orders. (check all that
apply)?
{Choose all that apply}
(*) OTC
(*) Prescription
(*) Controlled Substances
( ) List 1 Chemicals (i.e., PSE)
( ) Other [ ]

% injectables
{Enter text answer}
[ 75 ]

% of non-injectables
{Enter text answer}
[ 25 ]

1.
{Enter text answer}
[ Dilaudid 1mg/ml amp ]

2.
{Enter text answer}
[ Fentanyl 100mcg/2ml ]

3.
{Enter text answer}
[ Percocet 5 ]

4.
{Enter text answer}
[ Versed 1mg/ml ]

5.
{Enter text answer}
[ Sevo ]

3. Do you order any of these products? (Check all that apply)
{Choose all that apply}
(*) Hydrocodone
( ) Alprazolam
(*) Oxycodone
```

4

HIGHLY CONFIDENTIAL

( ) None of these

If so, what is the approximate combined percentage of these products compared to your total controlled drug usage/month?
{Choose one}
(*) 0-25% of total
( ) 26-50% of total
( ) 51-75% of total
( ) 76-100% of total

Hydrocodone units
{Enter text answer}
[ <10 ]

Alprazolam units
{Enter text answer}
[ ]

Oxycodone units
{Enter text answer}
[ 50 + ]

Page 6

Average daily census (ADC)
{Enter text answer}
[ 20 ]

Average surgery case load/month
{Enter text answer}
[ 325 + ]

6. Do you provide any of these specialty services?
{Choose all that apply}
( ) Oncology
( ) Hospice
( ) Pain Management Clinic
(*) Other (please specify): [ multi-specialty surgery center ]

7. Do you anticipate an increase or decrease in utilization or change in specialized services offered?
{Choose one}
( ) Yes
(*) No

8. What is the usual procurement pattern for controlled substances?
{Choose one}
( ) Daily as needed
(*) Weekly as needed
( ) Monthly as needed

Page 7

2. Controlled Substance Usage Analysis - How often does your facility review controlled drug usage reports?
{Choose one}
( ) Daily
(*) Weekly
( ) Monthly
( ) Other [ ]

3. Systems--Please describe systems that support order management, inventory control, and any other system that controls/monitors/tracks usage and supply chain.
{Choose one}
( ) Controlled Inventory Management system (Pyxis CII Safe or other management system)

5

HIGHLY CONFIDENTIAL

```
(*) Manual system with routine audits
( ) Other (please describe): [ ]

5. Additional organizational contact inforamtion if different from above
(please indicate preferred type of communicaiton)
{Choose one}
( ) Fax #:
(*) Email:
( ) Phone #:

Fax #:
{Enter text answer}
[ 304-522-3726 ]

Email:
{Enter text answer}
[ delores.blatt@chhi.org ]

Phone #:
{Enter text answer}
[ 304-523-1885 ]

1. Please fax or email a copy of your controlled substance management
policies to: 614-553-5667 or toll free fax: 866-344-8878 or email:
QRAHospitals@cardinalhealth.com. Or describe in detail below:
{Enter answer in paragraph form}
[ ]

Contact's Name:
{Enter text answer}
[ Delores Blatt ]

Contact's Phone:
{Enter text answer}
[ 304-523-1885 x37 ]

Contact's Title:
{Enter text answer}
[ RN-Pre/Post Op Manager ]

Contact's Email:
{Enter text answer}
[ delores.blatt@chhi.org ]
```

6

HIGHLY CONFIDENTIAL

## Durra, Rebecca

| | |
|---|---|
| **From:** | WinWatcher <gmb-req-site-visit@cardinalhealth.com> |
| **Sent:** | Tuesday, November 20, 2012 9:04 AM |
| **To:** | GMB-QRA-CustomerVisit |
| **Subject:** | WinWatcher: Proactive QRA Survey completed for DEA#AR2778845 - CABELL HUNTINGTON SURGERY CTR |

## Attention QRA Team & Survey Delegator
## An assigned user has COMPLETED the QRA survey. Please review below

Link:Go to survey detail in WinWatcher



| Survey ID: | 4787 | Threshold Event: | N |
|---|---|---|---|
| DEA #: | AR2778845 | Account Number: | 8-103348 |
| Name: | CABELL HUNTINGTON SURGERY CTR | | |
| Address: | 1201 HAL GREER BOULEVARD | | |
| | HUNTINGTON , WV 25701 | | |
| Contact: | JIM COY | Telephone: | 3045231885 |
| ACC: | 41 | | |

### Survey Status/Investigator



| Survey Status: | 100-Survey Completed | Last Status Date | 11/20/2012 |
|---|---|---|---|
| Investigator: | Kave, Jesse | Contact: | Work:(304) 926-4337 Cell:(304) 926-4337 |
| Investigator Assignment: | Kave, Jesse | Contact: | Work:(304) 926-4337 Cell:(304) 926-4337 |

Link:Go to survey detail in WinWatcher

### Survey Question(s)

| | |
|---|---|
| Were there long lines waiting at the pharmacy? | No |
| Were the patients and customers at the pharmacy NOT congruent with the demographics and economics of the area? | No |
| Were there a significant number of out-of-state and out-of-area vehicles parked outside the pharmacy? | No |
| Was there any evidence of illicit drug use around the pharmacy (used syringes, empty prescription containers, etc) or suspected illegal drug transactions? | No |
| Were there any mailing materials or any other evidence of an internet pharmacy? | No |
| Was the investigator able to determine any other obvious signs of diversion at the pharmacy during the site visit? | No |
| If any question was answered as yes, explain providing details of your observations. If not | na |

1

HIGHLY CONFIDENTIAL

| | |
|---|---|
| answer NA. | |
| Please indicate the amount of time (in hours) that were spent performing this survey (drive time, investigation, etc) | .5 |

2

CAH_FEDWV_00000086
P-42101_00059