| | |
|---|---|
| Store Nbr: | 3480 |
| Date: | 10/14/2012 |
| Time: | 9:47 AM |
| Store DEA: | AR6055025 |
| Address: | 5179 Us Route 60 East Huntington WV 25705 |
| 24-hr pharmacy: | N |
| Investigated Medication: | DIPHENOXYLATE HYDROCHLORIDE |
| Draw Area: | GENERAL PRACTITIONERS |
| Top MDs: | Multiple MD's |
| Alert: | 85%-95% |

| DATE | TOTAL RX | RX/DAY | %C2-C5 Cash | % Non-controlled | % C2-C5 |
|---|---|---|---|---|---|
| 201203 | 9466 | 270.5 | 7.9% | 87.3% | 12.7% |
| 201204 | 7497 | 267.8 | 9.2% | 87.2% | 12.8% |
| 201205 | 8914 | 318.4 | 10.1% | 86.0% | 14.0% |
| 201206 | 12508 | 357.2 | 7.7% | 85.0% | 15.0% |

PLAINTIFFS TRIAL EXHIBIT
P-42102_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000087
P-42102_00001



**Surveillance Site Visit Report**
**Pharmaceutical Distribution**

### 1  Pharmacy Information

| | | |
|---|---|---|
| a | Pharmacy name | West Virginia CVS Pharmacy, L.L.C DBA: CVS/Pharmacy #03480 |
| b | Address | 5179 US Route 60 East Huntington WV 25705 |
| c | Pharmacy DEA # | AR6055025 |
| d | DEA Lic. Exp. Date | 12/31/2016 |
| e | Date of Visit | 1/29/2016 |
| f | Pharmacy License | MP0550582 |
| g | Phcy Lic. Exp. Date | 6/30/2016 |
| h | Investigator Name | Cindy Mulanax |
| i | Other Participants | |
| j | Reason for Report | Routine QRA Surveillance |

Research pharmacy background

| | | |
|---|---|---|
| k | Is Internet and public media research acceptable? | YES |
| l | Is the Pharmacy License in Line 1(f) above clear of probation or restrictions related to controlled substances for the past 10 years? | YES |
| m | Is DEA registrant's number(s) active? | YES |
| n | If the answer is NO to any of the above questions 1(k) - 1(m), explain why. | |

### 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions such that this was indicative of drug diversion? | NO |
| c | Was there any evidence of an Internet pharmacy? | NO |
| d | Was there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| e | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| f | If the answer is YES to any of the above questions 2(a) – 2(e), explain providing details of your observation(s). | |

### 3  Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)

| | | |
|---|---|---|
| a | Does this pharmacy require immediate action? | NO |
| b | What is the decision and why? Based upon the information contained herein there does not appear to be evidence of diversion. | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000088
P-42102_00002


PDQRA-CAD-C008/Form1

DCN: 3354
Effective Date: 07 May 2013

Page 2 of 2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000089
P-42102_00003