# Anti-Diversion Early Dialogue Profile

| REVIEWED |
| --- |
| By Doug Emma at 1:21 pm, Aug 11, 2010 |

CENTRAL

**AS7523118    S & F PHARMACY, INC**

## DEA LICENSE INFORMATION

| | |
| --- | --- |
| DEA Number: | AS7523118 |
| Business Activity Code: | A    0            RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120229 |

## CUSTOMER INFORMATION

S & F PHARMACY, INC

| DBA FRUTH PHARMACY #2 | 125 SEVENTH AVENUE | | |
| --- | --- | --- | --- |
| HUNTINGTON | WV | 25701 | 3046972151 | 3046972151 |

| | |
| --- | --- |
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| # of Drug Families Purchased: | 41 | Hydrocodone | 152,060 |
| --- | --- | --- | --- |
| Total Rx Sales ($): | $1,602,471.41 | Oxycodone | 53,200 |
| Control Substance (CS) Sales ($): | $234,362.43 | Alprazolam | 71,340 |
| Rx Dosage Units Sold | 1,724,642 | Phentermine | 1,500 |
| CS Dosage Units Sold | 424,573 | Carisoprodol | 3000 |
| % CS Purchases | 24.62% | Tramadol | 16600 |
| % AHOP CS Purchases | 65.50% | | |
| # of SOM Events (Family) | | | |
| Recent SOM Event (Family) | | | |

## EARLY DIALOGUE INFORMATION

| | | |
| --- | --- | --- |
| Drug Family: | 1205 | LISDEXAMFETAMINE MESYLATE |
| Allocated Accrual: | 600 | Threshold limit increase based growth pattern and inventory build back to school |
| Threshold Limit: | 800 | |
| % of Limit: | 75 | |
| Previous Month Max: | | |
| % Variance (Max): | | |

## HISTORICAL PURCHASE DATA

| Jul 09 | 0 | Jan 10 | 100 |
| --- | --- | --- | --- |
| Aug 09 | 0 | Feb 10 | 400 |
| Sep 09 | 0 | Mar 10 | 200 |
| Oct 09 | 0 | Apr 10 | 400 |
| Nov 09 | 0 | May 10 | 300 |
| Dec 09 | 0 | Jun 10 | 200 |

## DISTRACK INFORMATION

| Dublin 6 | WH | |
| --- | --- | --- |
| 8 | AS7523118 | 1205 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic |
| --- | --- | --- |
| County / Population: | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
| --- | --- | --- |
| 24,762 | $25,504.00 | 37.60 |

## REVIEW CHECKLIST

Customer Profile

Held Order

AR Limit

Shipped Report

Ordered Report

Release/Cancel Report

Validate Order Limits

Customer Inquiry

SCI Repository Review

Contact Customer

## QRA DECISION

Increase SOM Limits

Decrease SOM Limits

QRA Site Visit

Sales Site Visit

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc, or one of its subsidiaries.  All rights reserved.

**CardinalHealth**

8/11/2010 8:30:17 AM

| PLAINTIFFS TRIAL EXHIBIT |
| --- |
| P-42103_00001 |

# Anti-Diversion Early Dialogue Profile

**REVIEWED**
By Christopher J. Forst at 10:36 am, Jul 15, 2010

**CENTRAL**

**AS7523118    S & F PHARMACY, INC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AS7523118 |
| Business Activity Code: | A   0    RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120229 |

## CUSTOMER INFORMATION

S & F PHARMACY, INC

| | | | | |
|---|---|---|---|---|
| DBA FRUTH PHARMACY #2 | 125 SEVENTH AVENUE | | | |
| HUNTINGTON | WV | 25701 | 3046972151 | 3046972151 |

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 41 | Hydrocodone | 152,060 |
| Total Rx Sales ($): | $1,602,471.41 | Oxycodone | 53,200 |
| Control Substance (CS) Sales ($): | $234,362.43 | Alprazolam | 71,340 |
| Rx Dosage Units Sold | 1,724,642 | Phentermine | 1,500 |
| CS Dosage Units Sold | 424,573 | Carisoprodol | 3000 |
| % CS Purchases | 24.62% | Tramadol | 16600 |
| % AHOP CS Purchases | 65.50% | | |
| # of SOM Events (Family) | | | |
| Recent SOM Event (Family) | | | |

## EARLY DIALOGUE INFORMATION

| | |
|---|---|
| Drug Family: | 1640    PHENTERMINE HYDROCHLORIDE |
| Allocated Accrual: | 1,200 |
| Threshold Limit: | 1,200 |
| % of Limit: | 100 |
| Previous Month Max: | |
| % Variance (Max): | |

Reviewed, no change.

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Jul 09 | 0 | Jan 10 | 200 |
| Aug 09 | 0 | Feb 10 | 300 |
| Sep 09 | 0 | Mar 10 | 300 |
| Oct 09 | 0 | Apr 10 | 400 |
| Nov 09 | 0 | May 10 | 200 |
| Dec 09 | 0 | Jun 10 | 100 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | |
| 8 | AS7523118 | 1640 |

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 24,762 | $25,504.00 | 37.60 |

## REVIEW CHECKLIST

Customer Profile

Held Order

AR Limit

Shipped Report

Ordered Report

Release/Cancel Report

Validate Order Limits

Customer Inquiry

SCI Repository Review

Contact Customer

## QRA DECISION

Increase SOM Limits

Decrease SOM Limits

QRA Site Visit

Sales Site Visit

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**CardinalHealth**

7/15/2010 8:31:56 AM

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000091
P-42103_00002

# Anti-Diversion Customer Profile

**REVIEWED**
*By Doug Emma at 8:13 am, Jul 26, 2010*

CENTRAL

**AS7523118    S & F PHARMACY, INC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AS7523118 |
| Business Activity Code: | A   0                              RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120229 |

## CUSTOMER INFORMATION

S & F PHARMACY, INC

DBA FRUTH PHARMACY #2              125 SEVENTH AVENUE

HUNTINGTON                    WV        25701        3046972151        3046972151

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| # of Drug Families Purchased: | 41 | Hydrocodone | 152,060 |
|---|---|---|---|
| Total Rx Sales ($): | $1,602,471.41 | Oxyocodone | 53,200 |
| Control Substance (CS) Sales ($): | $234,362.43 | Alprazolam | 71,340 |
| Rx Dosage Units Sold | 1,724,642 | Phentermine | 1,500 |
| CS Dosage Units Sold | 424,573 | Carisoprodol | 3000 |
| % CS Purchases | 24.62% | Tramadol | 16600 |
| % AHOP CS Purchases | 65.50% | | |
| Total # of SOM Events: | 1 | | |
| Most Recent SOM: | | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 1640 | PHENTERMINE HYDROCHLORIDE |
| # of Events: | 1 | |
| Overage date: | 7/25/2010 | |
| Total Accrual: | 1,300 | Order not unreasonable, no threshold adjustment |
| Monthly Limit: | 1,200 | |
| Order#: | 7312206 | |
| Item#: | 3545571 | |

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Jul 09 | 0 | Jan 10 | 200 |
| Aug 09 | 0 | Feb 10 | 300 |
| Sep 09 | 0 | Mar 10 | 300 |
| Oct 09 | 0 | Apr 10 | 400 |
| Nov 09 | 0 | May 10 | 200 |
| Dec 09 | 0 | Jun 10 | 100 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | 103113 |
| 8 | AS7523118 | 1640 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic |
|---|---|---|
| County / Population: | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 24,762 | $25,504.00 | 37.60 |

## REVIEW CHECKLIST

Customer Profile

Held Order

AR Limit

Shipped Report

Ordered Report

Release/Cancel Report

Validate Order Limits

Customer Inquiry

SCI Repository Review

Contact Customer

## QRA DECISION

Release Order

Cut Order

Increase SOM Limits

Report Order to DEA

QRA Site Visit

Sales Site Visit



---

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

CardinalHealth

7/26/2010 8:39:04 AM

# Anti-Diversion Customer Profile

**REVIEWED**
By Christopher J. Forst at 1:33 pm, Aug 30, 2010

**CENTRAL**

AS7523118   S & F PHARMACY, INC

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AS7523118 |
| Business Activity Code: | A   0   RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120229 |

## CUSTOMER INFORMATION

S & F PHARMACY, INC

DBA FRUTH PHARMACY #2        125 SEVENTH AVENUE

HUNTINGTON           WV     25701     3046972151     3046972151

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| # of Drug Families Purchased: | 42 | Hydrocodone | 170,846 |
|---|---|---|---|
| Total Rx Sales ($): | $1,877,861.64 | Oxycodone | 59,000 |
| Control Substance (CS) Sales ($): | $277,092.15 | Alprazolam | 82,840 |
| Rx Dosage Units Sold | 2,019,583 | Phentermine | 3,000 |
| CS Dosage Units Sold | 488,009 | Carisoprodol | 3000 |
| % CS Purchases | 24.16% | Tramadol | 18600 |
| % AHOP CS Purchases | 64.69% | | |
| Total # of SOM Events: | 2 | | |
| Most Recent SOM: | 8/27/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 1205 | LISDEXAMFETAMINE MESYLATE |
| # of Events: | 1 | |
| Overage date: | 8/27/2010 | Not unreasonable, order released, no threshold change. |
| Total Accrual: | 1,100 | |
| Monthly Limit: | 1,001 | |
| Order#: | 7596576 | |
| Item#: | 3978269 | |

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Aug 09 | 0 | Feb 10 | 400 |
| Sep 09 | 0 | Mar 10 | 200 |
| Oct 09 | 0 | Apr 10 | 400 |
| Nov 09 | 0 | May 10 | 300 |
| Dec 09 | 0 | Jun 10 | 200 |
| Jan 10 | 100 | Jul 10 | 200 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | 103113 |
| 8 | AS7523118 | 1205 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic |
|---|---|---|
| County / Population: | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 24,762 | $25,504.00 | 37.60 |

## REVIEW CHECKLIST



- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

CardinalHealth

8/30/2010 8:49:11 AM

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000093

P-42103_00004

# Anti-Diversion Early Dialogue Profile

**REVIEWED**
By Christopher J. Forst at 3:54 pm, Aug 25, 2010

**CENTRAL**

**AS7523118    S & F PHARMACY, INC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AS7523118 |
| Business Activity Code: | A    0      RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120229 |

## CUSTOMER INFORMATION

S & F PHARMACY, INC

DBA FRUTH PHARMACY #2          125 SEVENTH AVENUE

HUNTINGTON          WV      25701      3046972151      3046972151

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 42 | Hydrocodone | 170,846 |
| Total Rx Sales ($): | $1,877,861.64 | Oxyocodone | 59,000 |
| Control Substance (CS) Sales ($): | $277,092.15 | Alprazolam | 82,840 |
| Rx Dosage Units Sold | 2,019,583 | Phentermine | 3,000 |
| CS Dosage Units Sold: | 488,009 | Carisoprodol | 3000 |
| % CS Purchases | 24.16% | Tramadol | 18600 |
| % AHOP CS Purchases | 64.69% | | |
| # of SOM Events (Family) | | | |
| Recent SOM Event (Family) | | | |

## EARLY DIALOGUE INFORMATION

| | |
|---|---|
| Drug Family: | 1205      LISDEXAMFETAMINE MESYLATE |
| Allocated Accrual: | 1,000 |
| Threshold Limit: | 1,001 |
| % of Limit: | 100 |
| Previous Month Max: | 80 |
| % Variance (Max): | 19.98 |

Reviewed, no change.

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Aug 09 | 0 | Feb 10 | 400 |
| Sep 09 | 0 | Mar 10 | 200 |
| Oct 09 | 0 | Apr 10 | 400 |
| Nov 09 | 0 | May 10 | 300 |
| Dec 09 | 0 | Jun 10 | 200 |
| Jan 10 | 100 | Jul 10 | 200 |

## DISTRACK INFORMATION

Dublin 6      WH

8      AS7523118      1205

## REGIONAL DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Region: | South | South Atlantic | |
| County / Population: | | CABELL | 93,824 |
| Population of Zip | Income / Household | Median Age | |
| 24,762 | $25,504.00 | 37.60 | |

## REVIEW CHECKLIST

Customer Profile

Held Order

AR Limit

Shipped Report

Ordered Report

Release/Cancel Report

Validate Order Limits

Customer Inquiry

SCI Repository Review

Contact Customer

## QRA DECISION

Increase SOM Limits

Decrease SOM Limits

QRA Site Visit

Sales Site Visit

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**CardinalHealth**

8/25/2010 8:24:00 AM

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000094
P-42103_00005

# Anti-Diversion Customer Profile

**REVIEWED**
*By Doug Emma at 3:05 pm, Sep 17, 2010*

**CENTRAL**

AS7523118    S & F PHARMACY, INC

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | AS7523118 |
| Business Activity Code: | A   0 | RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120229 |

## CUSTOMER INFORMATION

S & F PHARMACY, INC

DBA FRUTH PHARMACY #2          125 SEVENTH AVENUE

HUNTINGTON          WV     25701     3046972151     3046972151

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*



| # of Drug Families Purchased: | 42 | Hydrocodone | 170,846 |
|---|---|---|---|
| Total Rx Sales ($): | $1,877,861.64 | Oxycodone | 59,000 |
| Control Substance (CS) Sales ($): | $277,092.15 | Alprazolam | 82,840 |
| Rx Dosage Units Sold | 2,019,583 | Phentermine | 3,000 |
| CS Dosage Units Sold | 488,009 | Carisoprodol | 3000 |
| % CS Purchases | 24.16% | Tramadol | 18600 |
| % AHOP CS Purchases | 64.69% | | |
| Total # of SOM Events: | 3 | | |
| Most Recent SOM: | 8/27/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 1205 | LISDEXAMFETAMINE MESYLATE |
| # of Events: | 2 | |
| Overage date: | 9/16/2010 | Order not unreasonable based on increased growth and back to school |
| Total Accrual: | 1,300 | |
| Monthly Limit: | 1,001 | |
| Order#: | 7773909 | |
| Item#: | 3978251 | |

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Aug 09 | 0 | Feb 10 | 400 |
| Sep 09 | 0 | Mar 10 | 200 |
| Oct 09 | 0 | Apr 10 | 400 |
| Nov 09 | 0 | May 10 | 300 |
| Dec 09 | 0 | Jun 10 | 200 |
| Jan 10 | 100 | Jul 10 | 200 |

## DISTRACK INFORMATION

| Dublin 6 | WH | 103113 |
|---|---|---|
| 8 | AS7523118 | 1205 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic |
|---|---|---|
| County / Population: | CABELL | 93,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 24,762 | $25,504.00 | 37.60 |

## REVIEW CHECKLIST



- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

CardinalHealth

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

9/17/2010 8:30:44 AM

CAH_FEDWV_00000095

P-42103_00006

**Howenstein, Kim**

___

| | |
|---|---|
| **From:** | Livingston, Suzanne |
| **Sent:** | Monday, February 07, 2011 2:47 PM |
| **To:** | Howenstein, Kim |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: Fruth on hands/Fruth Rx |

```
103113RX
103194 CSOS

103123RX
103198 CSOS

103134RX
103209CSOS
```

I do not have any demand at all; Chad is at NACDS with the customer and he said it will be a 20% increase in usage.

___

```
Suzanne Livingston | Account Management
National Accounts, Retail
Cardinal Health | 7000 Cardinal Place | Dublin, OH 43017 Tel. 614.757.6157| fax
614.652.8315 Cell 614.657.3429
```

-----Original Message-----
From: Howenstein, Kim
Sent: Monday, February 07, 2011 2:31 PM
To: Livingston, Suzanne
Cc: Emma, Douglas
Subject: FW: Fruth on hands/Fruth Rx

Hi Suzanne,

Do you have DEA or account numbers for the stores that will be showing an increase in demand?

Also we may need usage that validates their increased utilization as we will want to do what we can to mitigate the risk of threshold events.

Doug,

Please see below and let me or Suzanne know what you may need.

Thanks,

Kim

-----Original Message-----
From: Livingston, Suzanne
Sent: Monday, February 07, 2011 1:55 PM
To: Diamond, Gregory
Cc: Baranski, Craig; Schwinn, Chad; Howenstein, Kim

1

HIGHLY CONFIDENTIAL

Subject: FW: Fruth on hands/Fruth Rx

Hi Greg,

Fruth stores 2, 12, and 23 will have increased usage due to purchasing of Independent
script files and also a new assisted living contract.

Please let me know if you need anything.

Suzanne

_____

Suzanne Livingston | AccountManagement
National Accounts, Retail
Cardinal Health | 7000 Cardinal Place | Dublin, OH 43017
Tel. 614.757.6157| fax 614.652.8315
Cell 614.657.3429


-----Original Message-----
From: Schwinn, Chad
Sent: Monday, February 07, 2011 1:37 PM
To: Livingston, Suzanne
Cc: Cohen, Jay (VP Retail National Accts)
Subject: Fruth on hands

Sue,

Please prepare inventory for an increase in usage at stores 12, 2, 23 due to purchasing of
Independent script files and a new assisted living contract.

Thanks,

Chad

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000097
P-42103_00008

**Surveillance Site Visit Report**
Pharmaceutical Distribution

**CardinalHealth**

## 1  Customer Information

| | | |
|---|---|---|
| a | Customer name | Other, S & F Pharmacy, Inc |
| b | Address | DBA Fruth Pharmacy #2, 125 Seventh Avenue, Huntington, WV 25701 |
| c | Customer DEA # | AS7523118 |
| d | DEA Lic. Exp. Date | 2/28/2015 |
| e | Date of Visit | 11/16/2013 |
| f | Pharmacy License | MP0552249 |
| g | Expiration Date | 6/30/2014 |
| | | |
| h | Name of PIC | |
| i | PIC License # | |
| j | PIC Lic. Exp. Date | |
| k | Investigator Name | Cindy Mulanax |
| l | Participants | |
| | | |
| m | Reason for Report: | |

Research pharmacy background

| | | |
|---|---|---|
| n | Is Internet and public media research acceptable? | YES |
| o | Is Pharmacy license clear of restrictions and probations in the last 10 years? | YES |
| p | Is DEA registrant's number(s) active? | YES |
| q | If the answer is NO to any of the above questions, explain why? | |

| | | |
|---|---|---|
| r | Is there information obtained in pre-investigational preparation or received from other sources for this pharmacy that requires the investigator to follow-up? | NO |
| s | If yes, explain what the information is and the details of the follow-up | |

## 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions? | NO |
| c | Was there any evidence of an internet pharmacy? | NO |
| d | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| e | Were there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| f | If any of the above from 2(a) to 2(e) are answered as yes, explain providing details of your observations | |

DCN: 3354
Effective Date: 07 May 2013

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000098
P-42103_00009

**CardinalHealth**

Site visit 11/16/13 @ 10:00 am

| 3 | Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator) |

a | Does this pharmacy require immediate action? | **NO**

b | What is the decision and why?

Based upon the information contained herein there does not appear to be evidence of diversion.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000099

P-42103_00010

**CardinalHealth**

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## I.   NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS

| | |
|---|---|
| 1.   Pharmacy Name | FRUTH PRM, INC #0001-RX |
| 2.   DBA (if any) | |
| 3.   National Account/Chain Pharmacy Headquarters Address | *Fruth Pharmacy Inc.*<br>*4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |
| 4.   National Account/Chain Pharmacy Headquarters Phone | 304-675-1612 |
| 5.   Name of Principle owner(s) or Corporate Entity | Fruth Pharmacy Inc. |
| 6.   Ownership type (check one) | ☐Sole proprietor    XX Corporation<br><br>☐ Other |
| 7.   Owner(s) name or contact person for the Organization and their title ("Contact Person") | **Timothy Weber**<br>Vice President |
| 8.   Owner's or Contact Person's Business Address | *4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |

Page 1 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 9.  Owner or Contact Person's Phone | 304-675-1612x117 |
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Name: __**Timothy Weber**__<br><br>Title: <u>Vice President</u><br><br>Phone: <u>304-675-1612x117</u><br><br>Email: <u>tweber@fruthpharmacy.com</u> |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES          X NO |
| a.  If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES          X NO |
| a.  If yes, provide details (attach documentation including public records) | |

Page 2 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## II.   NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | AF6754748 |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES   ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES   ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can  be confirmed at www.deadiversion.usdoj.gov/webforms/validateLogin.jsp,  www.dea number.com,  or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES   ☐ NO |
| 17. State Registration Number: | MP0552297 |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES   ☐ NO |

Rev. 1/15

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000102
P-42103_00013

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution



## III.  PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES            X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES            X NO<br><br>If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES            X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21.    Has a Google Web Search been performed on  behalf of this DEA Registrant? | X YES           ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES            X NO |

## IV.  SOM AND ANTI-DIVERSION PROGRAM

| | |
|---|---|
| 22.    Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December | X YES           ☐ NO |

Rev. 1/15

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000103
P-42103_00014



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 27, 2007? | |
| 23  Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at <ins>http://cardinalhealth.com/us/en/Medic ationSafety/RedFlags</ins> to help educate their pharmacists on their corresponding responsibility? | X YES        ☐ NO |

**V.     ADDITIONAL COMMENTS**

| |
|---|
| |

COMPLETED BY: _____George Speidel, Sr  Acct Specialist-National Accounts_____
*(Name /Title)*

Page 5 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL



**U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION**
# OFFICE OF DIVERSION CONTROL

**DEA Registration Validation Result:**

**DEA Number:** AF6754748

This DEA Number is ACTIVE

**Name (Last, First):** FRUTH PHARMACY INC ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 2501 JACKSON AVE

**Business Address 2:**

**Business Address 3:** FRUTH PHARMACY #1

**City:** POINT PLEASANT

**State:** WV

**Zip:** 25550

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 09-30-2017

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated (Required - Not Case Sensitive)**

[          ]

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL                                                              CAH_FEDWV_00000105
                                                                                P-42103_00016



# Board of Pharmacy

### REGISTERED PHARMACY PERMIT

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 – Date Issued: June 23, 2015**

**Fruth Pharmacy #1**
Registered Pharmacy

2501 Jackson Avenue
Pt Pleasant, WV 25550

LICENSE # MP0552297

DEA # AF6754748

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Ryan Young - RP0007955**

Registered Pharmacist in Charge

HIGHLY CONFIDENTIAL

Fruth Pharmacy | Your Hometown, Family Pharmacy



# Welcome To Fruth Pharmacy

## Your Hometown, Family Pharmacy

ENTER FRUTH PHARMACY >

REFILL A PRESCRIPTION >

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000107
P-42103_00018



Google    Fruth POINT PLEASANT    George

Web    Maps    News    Shopping    Images    More ▾    Search tools    SafeSearch on

About 10,400 results (0.51 seconds)

### Fruth Pharmacy, Inc. - Your Hometown, Family Pharmacy ...
www.**fruth**pharmacy.com/ ▾
employmentrx@fruthpharmacy.com, fax: 304-675-7338, or mail to. Fruth Pharmacy, Inc. 4016 Ohio River Road **Point Pleasant**, WV 25550. Attn: Dan Linseberry.

2501 Jackson Ave, Point Pleasant, WV 25550
(304) 675-2303
You've visited this page many times. Last visit: 10/15/15

### Fruth Pharmacy Point Pleasant, WV, 25550 - YP.com
www.yellowpages.com/**point-pleasant**.../**fruth**-pharmac... ▾ Yellowpages.com ▾
Get reviews, hours, directions, coupons and more for **Fruth** Pharmacy at 2501 Jackson Ave, **Point Pleasant**, WV. Search for other Pharmacies in **Point Pleasant** ...
You've visited this page 2 times. Last visit: 4/15/15

### Fruth Pharmacy Inc Point Pleasant, WV, 25550 - YP.com
www.yellowpages.com/**point-pleasant**.../**fruth**-pharmac... ▾ Yellowpages.com ▾
Get reviews, hours, directions, coupons and more for **Fruth** Pharmacy Inc at 4016 Ohio River Rd, **Point Pleasant**, WV. Search for other Pharmacies in Point ...

### Fruth Pharmacy - Drugstores - 2501 Jackson Ave - Point ...
www.yelp.com › Shopping › Drugstores ▾ Yelp ▾
**Fruth** Pharmacy **Point Pleasant** reviews by real people. Yelp is a fun and easy way to find, recommend and talk about what's great and not so great in Point ...

### FRUTH PHARMACY INC Pharmacy in POINT PLEASANT ...
www.wellness.com › ... › Providers › Pharmacy › WV › Point Pleasant ▾
Oct 12, 2014 - Services FRUTH PHARMACY INC is a pharmacy located in POINT **PLEASANT**, WV. A Pharmacy is responsible for ensuring the safe and ...

### Fruth Pharmacy Inc. Store Locations
www.livingnaturally.com/ret_store_locator.asp?storeID... ▾
... 501 Roosevelt Blvd, Eleanor, WV. **Fruth** Express #25, 701 Lee Street East, Charleston, WV. **Fruth** Pharmacy Inc. 4016 Ohio River Road, **Point Pleasant**, WV.

### Fruth Pharmacy Inc in Point Pleasant, WV - 304-675-1612
www.whitepages.com/.../**fruth**-pharmacy-**point-pleasant**-wv-... ▾ Whitepages ▾
Find **Fruth** Pharmacy Inc at 4016 Ohio River Rd, **Point Pleasant** WV 25550-3257. Call them at (304) 675-1612.

### Fruth Pharmacy - Facebook
https://www.facebook.com/**Fruth**Pharmacy ▾
**Fruth** Pharmacy, **Point Pleasant**, WV. 2065 likes · 69 talking about this · 76 were here. Official page for **Fruth** Pharmacy corporate offices and 27 store...

### Fruth Pharmacy Warehouse Point Pleasant WV, 25550 ...
www.manta.com › ... › General Warehousing and Storage › Warehouses ▾
Get information, directions, products, services, phone numbers, and reviews on **Fruth** Pharmacy Warehouse in **Point Pleasant**, WV. Discover more General ...

### Fruth Pharmacy Point Pleasant WV, 25550 – Manta.com
www.manta.com › ... › Drug Stores and Proprietary Stores › Pharmacies ▾
Get information, directions, products, services, phone numbers, and reviews on **Fruth** Pharmacy in **Point Pleasant**, WV. Discover more Drug Stores and ...

1    2    3    4    5    6    7    8    9    10    Next

## Fruth Pharmacy Inc    Direct
Pharmacy

**Address:** 2501 Jackson Ave, Point Pleasant, WV 25550
**Phone:** (304) 675-2303
**Hours:** Open today · 9:00 am – 9:00 pm ▾

### Reviews    Write a re
Be the first to review

### People also search for    View 15+






Basket Delights Florist & Gifts    Thomas Do it center    CVS Pharmacy - Photo    Family Dollar

Are you the business owner?    Fee

○ Dublin, OH - From your Internet address - **Use precise location** - Learn more

Help    Send feedback    Privacy    Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000108
P-42103_00019

Google | Fruth POINT PLEASANT Diversion                                                    George

Web    Maps    News    Images    Shopping    More ▼    Search tools              SafeSearch on

About 2,150 results (0.68 seconds)

**Fruth Pharmacy, Inc. - Your Hometown, Family Pharmacy ...**
www.**fruth**pharmacy.com/ ▼
**Fruth** Pharmacy can still accept Aetna Medicare Part D Plan with the same ... **Fruth**
Pharmacy is a Preferred Provider for Aetna. ... **Point Pleasant**, WV 25550
Missing: diversion
You've visited this page many times. Last visit: 10/15/15

**Fruth decides to only carry diversion-resistant PSE product ...**
www.drugstorenews.com/.../**fruth**-decides-only-carry-**diversion**-resistant-... ▼
May 31, 2013 - **POINT PLEASANT**, W.Va. — **Fruth** Pharmacy on Friday announced
their commitment to replace medications containing pseudoephedrine, ...

**Fruth Pharmacy Point Pleasant, WV, 25550 - YP.com**
www.yellowpages.com/**point-pleasant**.../**fruth**-pharmac... ▼  Yellowpages.com ▼
Get reviews, hours, directions, coupons and more for **Fruth** Pharmacy at 2501 Jackson
Ave, **Point Pleasant**, WV. Search for other Pharmacies in **Point Pleasant** ...
Missing: diversion
You've visited this page 2 times. Last visit: 4/15/15

**Charleston - Jobs - Monster.com**
jobs.monster.com › ... › Hospital Pharmacist › West Virginia    Monster.com ▼
Jack **Fruth** dreamed of serving the local community with a small family pharmacy, and
he chose **Point Pleasant** as the location for the original **Fruth** Pharmacy. ... and
identify drug **diversion** and ensures that standard reporting processes for co.

**Hospital Pharmacist Jobs in West Virginia - Monster.com**
jobs.monster.com › Healthcare › Hospital Pharmacist    Monster.com ▼
Company Description: **Fruth** Pharmacy first opened for business in 1952. ... and he
chose **Point Pleasant** as the location for the original **Fruth** Pharmacy. In the ... and
identify drug **diversion** and ensures that standard reporting processes for co.

**Hospital pharmacy Jobs in West Virginia | Glassdoor**
www.glassdoor.com › Jobs › hospital pharmacy    Glassdoor ▼
Company Description:**Fruth** Pharmacy first opened for business in 1952. Jack **Fruth**
dreamed of ... **Fruth** Pharmacy 5 Reviews – **Point Pleasant**, WV. Company ...

**Online database targets meth makers - NFVZone**
www.nfvzone.com/news/2013/01/31/6893599.htm
Jan 31, 2013 - MASON COUNTY, Jan 31, 2013 (**Point Pleasant** Register ... Craig
Kimble, director of pharmacy and clinical services for **Fruth** Pharmacy said. ... The
National Association of Drug **Diversion** Investigators (NADDI) provides ...

**Main Street Point Pleasant, WV**
www.**ptpleasant**wv.org/Main.../Special_Council_Minutes_20101021.htm... ▼
Oct 21, 2010 - The Common Council of the City of **Point Pleasant**, a municipal
corporation ... to a two person advisory council of Charles Lanham and Lynn **Fruth**. ...
Truckers will also **divert** from traveling the toll road, so at some point, those ...

**mandatory buyer - Climber.com**
jobs.climber.com/jobs/search/Mandatory-Buyer/USA?page=6 ▼
Company: **Fruth** Pharmacy - **Point Pleasant**, WV. Company Description**Fruth**
Pharmacy ... Find Recruiters for U.S. Bank · Pharmacy Technician I \\ **Diversion** Tech.

**Venomous African snake that molted in Mount Pleasant still ...**
www.postandcourier.com/article/.../140429863 ▼  The Post and Courier ▼
Apr 21, 2014 - Lawsuit alleges Charleston County restaurant owner **divert**ed at least
$3.8M ... MOUNT **PLEASANT** - For a snake that's four feet long with lethal fangs ...
**Fruth** is no stranger to snakes, having hobby-hunted them for 21 ... He knows they curl

https://www.google.com/search?safe=active&q=Fruth+POINT+PLEASANT+Diversion&oq=Fruth+POINT+PLEASANT+Diversion&gs_l=serp.3...29961.36269...    1/2

HIGHLY CONFIDENTIAL

up in snug, reclusive spots and are camouflaged almost to the **point** ...

1 2 3 4 5 6 7 8 9 10          Next

○ Dublin, OH - From your Internet address - **Use precise location** - Learn more

Help        Send feedback        Privacy        Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000110
P-42103_00021