**Nelson, Deidre**

| | |
|---|---|
| **From:** | Morse, Sherry |
| **Sent:** | Monday, October 27, 2008 8:36 AM |
| **To:** | GMB-QRA-ComplianceAgreement |
| **Subject:** | Response for Compliance Agreement |

```
E-mail notification for survey response
Survey Title: Compliance Agreement
Respondent Unique Key: INQ-20081027073503-1231175006 Response Date: Mon, Oct 27, 2008
07:36:27


Page 1

    (Customer Name)
    {Enter text answer}
    [ Cornerstone Hospital of Huntington ]

    [*]
    By checking this box, I am certifying that the above is agreed to by a duly
    authorized officer, partner, or principal of Customer.
    {Choose if appropriate}

    DEA Number of Customer:
    {Enter text answer}
    [ BC9465990 ]

    Full Name of Person Completing Form:
    {Enter text answer}
    [ Michael Jay Starcher ]

    Title of Person Completing Form:
    {Enter text answer}
    [ Pharmacist In-Charge ]
```



PLAINTIFFS TRIAL EXHIBIT
P-42104_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000111
P-42104_00001

**Howenstein, Kim**

| | |
|---|---|
| **From:** | Morse, Sherry |
| **Sent:** | Monday, October 27, 2008 8:35 AM |
| **To:** | GMB-QRA-AD-Hospitals |
| **Subject:** | Response for SCS-P Hospitals & Surgery Centers |

```
E-mail notification for survey response
Survey Title: SCS-P Hospitals & Surgery Centers Respondent Unique Key:
INQ-20081027070509-1050631761 Response Date: Mon, Oct 27, 2008 07:35:03


Page 1

    1. Are you a current or new customer?
    {Choose one}
    (*) Current
    ( ) New

    2. Your Name:
    {Enter text answer}
    [ Michael Starcher ]

    3. Your Title:
    {Enter text answer}
    [ Pharmacist In-Charge ]

    4. Hospital/Surgery Center's Name:
    {Enter text answer}
    [ Cornerstone Hospital of Huntington ]

    Address:
    {Enter text answer}
    [ 2900 1st Ave 2 East ]

    Phone number(s):
    {Enter text answer}
    [ 304-399-2632 ]

    Website:
    {Enter text answer}
    [ CHGhospitals.com ]

    Fax:
    {Enter text answer}
    [ 304-399-2698 ]

    5. Primary DEA #:
    {Enter text answer}
    [ BC9465990 ]

    6. Is the facility name different than the corporate name?
    {Choose one}
    ( ) Yes
    (*) No

    7. Has the pharmacy ever operated under a different name?
    {Choose one}
    ( ) Yes
    (*) No

    8. Is your hospital a member of a national account or hospital system?
    {Choose one}
    (*) Yes
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000112
P-42104_00002

```
( ) No

Name of account/system:
{Enter text answer}
[ Cornerstone Healthcare Group ]
```

Page 2

```
9. Ownership type:
{Choose one}
( ) Sole proprietor
( ) Non-Profit corporation
(*) For-Profit corporation
( ) Partnership
( ) Other [ ]

Please indicate state of incorporation:
{Enter text answer}
[ Texas ]

Name 1:
{Enter text answer}
[ Mike Brohm ]

Title 1:
{Enter text answer}
[ President ]

Name 2:
{Enter text answer}
[ Ken McGee ]

Title 2:
{Enter text answer}
[ Vice President ]

Title 3:
{Enter text answer}
[ CFO ]

Name 3:
{Enter text answer}
[ Wells Shane ]

Title 4:
{Enter text answer}
[ CEO ]

Name 4:
{Enter text answer}
[ Dan Dunmyer ]

11. List all names, addresses, and DEA Numbers for those pharmacies (that
receive controlled substances) operated by the Hospital/Surgery Centers. If
you prefer to send this information via an electronic document, please send
an email with this information to QRAHospitals@cardinalhealth.com. Please
clearly specify the DEA Number in the Subject line so that QRA can
associate the document with your organization.
{Enter answer in paragraph form}
[ Cornerstone Hospital of Huntington - 2900 1st Ave 2 East, Huntington, WV
25702 BC9465990 ]
```

Page 3

```
1. Have any of the pharmacies operated by the Hospitals/Surgery-Centers
ever had a DEA registration, or state board of pharmacy permit, or state
controlled substance permit suspended, revoked or disciplined?
```

2

```
{Choose one}
( ) Yes
(*) No

2. Have any of the Pharmacists-in-Charge (PIC's) that have worked in your
pharmacies ever had their state license(s) suspended, revoked or
disciplined?
{Choose one}
( ) Yes
(*) No

Primary Distributor:
{Enter text answer}
[ Cardinal Health ]

Secondary Distributor(s) (if any):
{Enter text answer}
[ none ]

Direct from Manufacturer (if any):
{Enter text answer}
[ novartis - flu shot ]

% from Cardinal Health:
{Enter text answer}
[ 99 ]
```

Page 4

```
2. Does your organization fill new prescriptions or sell pharmaceuticals
via the internet?
{Choose one}
( ) Yes
(*) No

3. Does the pharmacy utilize the services of a 3rd party provider or
Management Group?
{Choose one}
( ) Yes
(*) No

Written Prescriber Order
{Enter text answer}
[ 100 ]

Electronic Prescriber Order
{Enter text answer}
[ 0 ]

Fax
{Enter text answer}
[ 0 ]

Phone
{Enter text answer}
[ 0 ]

Other
{Enter text answer}
[ 0 ]

5. Do you do any transactions outside of the patient bill?
{Choose one}
( ) Yes
(*) No
```

Page 5

3

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000114
P-42104_00004

```
1. What products do the pharmacies in the Hospitals/Surgery-Centers expect
to purchase from Cardinal Health? Please indicate what percentages of these
products are injectable controlled substances orders. (check all that
apply)?
{Choose all that apply}
(*) OTC
(*) Prescription
(*) Controlled Substances
( ) Listed Chemicals
( ) Other [ ]

% (of scrip) injectables
{Enter text answer}
[ 17 ]

% of non-injectables
{Enter text answer}
[ 83 ]

1.
{Enter text answer}
[ oxazepam 10mg caps ]

2.
{Enter text answer}
[ hydrocodone/apap 2.5-167mg/5ml ]

3.
{Enter text answer}
[ Zaleplon 5mg caps ]

4.
{Enter text answer}
[ clonazepam 0.5mg tabs ]

5.
{Enter text answer}
[ lorazepam 1mg tabs ]

3. Please check which of these products you order and indicate the number
of dosage units per facility per month.
{Choose all that apply}
(*) Hydrocodone
(*) Alprazolam
(*) Oxycodone

dosing units/Facility/month
{Enter text answer}
[ 300 ]

dosing units/Facility/month
{Enter text answer}
[ 210 ]

dosing units/Facility/month
{Enter text answer}
[ 270 ]

Daily
{Enter text answer}
[ 26 ]

or Monthly
{Enter text answer}
[ 780 ]
```

4

```
    Controlled Substances
    {Enter text answer}
    [ 13 ]

Page 6

    5. What is your average daily census (ADC)?
    {Enter text answer}
    [ 24 ]

    What is your average surgery cases/month?
    {Enter text answer}
    [ 0 ]

    6. Do you provide specialty services/scope of care for any of the
    following?
    {Choose all that apply}
    ( ) Oncology
    ( ) Hospice
    ( ) Pain Management Clinic
    (*) Other (please specify): [ LTAC ]

    7. Do you anticipate an increase or decrease in utilization or change in
    specialized services offered?
    {Choose one}
    ( ) Yes
    (*) No

    8. What is the usual procurement pattern for controlled substances?
    {Choose one}
    (*) Daily as needed
    ( ) Weekly as needed
    ( ) Monthly as needed

Page 7

    2. Statistical Analysis--Please describe any on-going analysis/comparison
    of usage, orders and inventory flow.
    {Enter answer in paragraph form}
    [ We track our usage on a monthly basis ]

    3. Systems--Please describe systems that support order management,
    inventory control, and any other system that controls/monitors/tracks usage
    and supply chain.
    {Enter answer in paragraph form}
    [ We utilize Omni-Cell dispensing cabinets and HMS to track our usage of
    controlled substances and review their usage daily ]

    4. Organization--Provide names of key personnel for Cardinal Health contact
    about Anti-Diversion activities.
    {Enter answer in paragraph form}
    [ Mike Starcher - Pharmacist In-Charge ]

    5. Which method of communication is preferred?
    {Choose one}
    ( ) Fax #:
    ( ) Email:
    (*) Phone #:

    Fax #:
    {Enter text answer}
    [ 304-399-2698 ]

    Email:
    {Enter text answer}
    [ mjstarcher@chghospitals.com ]
```

5

```
Phone #:
{Enter text answer}
[ 304-399-2632 ]
```

6

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000117
P-42104_00007