**Livingston, Suzanne**

| | |
|---|---|
| **From:** | GMB-DUB-Survey@cardinalhealth.com <cardinalhealth@insights.cardinalhealth.com> |
| **Sent:** | Monday, August 03, 2015 2:32 PM |
| **To:** | GMB-National Account KYC's |
| **Subject:** | QRA National Account/Chain KYC Survey Response |

---

**Recipient Data:**
**Time Finished:** 2015-08-03 12:31:51
**IP:** 199.230.203.254
**ResponseID:** R_3W8SZppbyIJr6UR
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_0VuyJmHoHaGP7E1&R=R_3W8SZppbyIJr6UR

---

**Response Summary:**

NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS
   Pharmacy name:   Drug Emporium #1
   DBA (if any):   Drug Emporium #1
   National Account/Chain Pharmacy Headquarters address:   1601 Kanawha Blvd. W. Suite 200, Charleston WV, 25387
   National Account/Chain Pharmacy Headquarters phone number:   304-345-4836
   Name of Principle owner(s) or Corporate Entity:   Jerry Leonard

Ownership type:
   Corporation

 Owner/contact person information:
   Owner's name or contact person for the Organization and title:   Jerry H. Leonard R. Ph.
   Owner's or contact person's business address:   1601 Kanawha Blvd. W. Charleston, WV 25387
   Owner or contact person's phone number:   1601 Kanawha Blvd. W. Charleston, WV 25387

Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than the question above):
   Name:   Jerry H. Leonard R. Ph.
   Title:   V. P. Pharmacy
   Phone number:   304-345-4836 Ext. 220
   Email address:   jerryl@drugempwv.com

Are any of the Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked?
   No

Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to

1

HIGHLY CONFIDENTIAL



CAH_FEDWV_00000128
P-42106_00001

distribution of prescription drugs, or listed chemicals?
    No

DEA registration number:
    BD0427927

Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
    Yes

Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
    Yes

Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, or by the key contact person or his/her designee at the National Account/Chain Pharmacy.
    Yes


    State registration number:   MP0550012

Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy.
    Yes

Is the DEA registration(s) of any of the National Account/Chain Pharmacy's entity suspended or revoked?
    No

Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion?
    No

Has a Google Web Search been performed on behalf of this DEA Registrant?
    Yes

Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees?
    No

SOM AND ANTI-DIVERSION PROGRAM   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007?
    Yes

Has the National Account been offered copies of Cardinal Health educational material concerning a

HIGHLY CONFIDENTIAL

pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility?
    Yes


Completed by:  (Name/Title)
    Suzanne Livingston Sr. Specialist

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000130
P-42106_00003



**DEA Registration Validation Result:**

**DEA Number:** BD0427927

This DEA Number is ACTIVE

**Name (Last, First):** DRUG EMPORIUM ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 3 MALL RD

**Business Address 2:**

**Business Address 3:**

**City:** BARBOURSVILLE

**State:** WV

**Zip:** 25504

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 06-30-2018

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated (Required** - Not Case Sensitive)



Home     About Us     Contact Us     Helpful Links     Visit WV.gov

Immunizations     Agenda/Meetings     Applications/Forms     Law and Rules     Licensee Search/Verification     Newsletter     Licensure

CS Monitoring Program

Pharm Recovery Network

Inspections

Complaints

FAQs

Education Info

Other Information

## Licensee Search/Verification



Latest News

Pharmacists have a Corresponding Responsibility to Prevent Drug Diversion

"The New Herion Epidemic", a feature article in The Atlantic

Red Flags Training Video for Pharmacists at AWARxE

DEA files Controlled Substances Disposal Regs

FDA: USE MEDICINES WISELY CAMPAIGN

search...

## Business Details

| License Number | MP0550012 |
|---|---|
| Business Type | Multi-Site Community Pharmacy |
| Business Name | Drug Emporium #1 |
| Address1 | 3 Mall Road |
| Address2 | |
| City | Barboursville |
| State | WV |
| Zip Code | 25504 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Richard B. Fillmore |
| Date Issued | |
| Expiration Date | 06/30/2016 |

Copyright © 2010 West Virginia Board of Pharmacy
All Rights Reserved.

Designed by Netranom Communications

HIGHLY CONFIDENTIAL                                                                    CAH_FEDWV_00000132

P-42106_00005

Google+  **Search**  Images  Maps  Play  YouTube  News  Gmail  More ▾                                          Sign in

Drug Emporium 3 Mall Road, Barboursville, WV

**Web**    Images    Videos    News    Shopping    Maps    Books

About 1,150 results

| | |
|---|---|
| Any time | |
| Past hour | |
| Past 24 hours | |
| Past week | |
| Past month | |
| Past year | |
| | |
| All results | |
| Verbatim | |

Map for **Drug Emporium 3 Mall Road, Barboursville, WV**



**Drug Emporium |**
drugemp.com/ ▾
**Drug Emporium** is a locally owned and operated establishment that has been ... stores in **Barboursville**, Charleston and Kanawha City, **WV** for over 20 years.

 3 Mall Rd, Barboursville, WV 25504          No reviews
(304) 736-0874

**Drug Emporium Barboursville, WV, 25504 - YP.com**
www.yellowpages.com/**barboursville-wv**/.../**drug-emporium**-6786322 ▾
Get reviews, hours, directions, coupons and more for **Drug Emporium** at 3 Mall Rd, **Barboursville, WV**. Search for other Pharmacies in Barboursville on YP.com.

**Store Locations, Hours & Contact Information | Drug Emporium**
drugemp.com/stores/ ▾
Barboursville. **3 Mall Road** Barboursville, WV 25504. Map It! ... **Pharmacy**: (304) 736-2451. Healthy ... Charleston, WV 25387. Map It! ... Charleston, WV 25304.

**Store Locations, Hours & Contact Information - Healthy Life Market**
www.healthylifemarket.com/.../store-locations-hours-contact-information/ ▾
**3 Mall Road** Barboursville, WV 25504. Map It! ... Market: (304) 736-9435. Main Store Phone: (304) 736-0874. Fax: (304) 736-2261. **Pharmacy**: (304) 736-2451 ...

**Drug Emporium - Barboursville | Barboursville, West Virginia**
www.ratebeer.com/p/**drug-emporium--barboursville**/19979/ ▾
**Drug Emporium** - Barboursville. Currently with 3 ratings. Type: Beer Store **3 Mall Road Barboursville, West Virginia** United States 25504 [ print map ] 304 736 ...

**Drug Emporium - Drugstores - Barboursville, WV - Yelp**
www.yelp.com/biz/**drug-emporium-barboursville** ▾
**Drug Emporium Barboursville** reviews by real people. ... recommend and talk about what's great and not so great in **Barboursville** and beyond. ... 3 Mall Road

**Drug Emporium in Barboursville | Drug Emporium 3 Mall Rd ...**
https://local.yahoo.com/info-12962834-**drug-emporium-barboursville** ▾
           Rating: 5 - 1 review
Find **Drug Emporium** in Barboursville with Address, Phone number from Yahoo US ... **3 Mall Rd, Barboursville, WV** 25504Cross Streets: Between 20 and Melody ...

**DRUG EMPORIUM BARBOURSVILLE, West Virginia-3 MALL ROAD ...**
reviewrx.com/**drug-emporium-barboursville-WV-3-mall-road**/ ▾
**DRUG EMPORIUM BARBOURSVILLE, West Virginia 3 MALL ROAD** PO BOX 751. Get **DRUG EMPORIUM** locations, reviews, directions, a free DRUG ...

**3 Mall Rd Barboursville WV | Drug Emporium, Department Stores ...**
www.mapquest.com/.../**west-virginia**/...**barboursville**/**drug-emporium**- 3038725
Operational for over 20 years, **Drug Emporium** has been operating as one of the Summersville's largest neighborhood pharmacies. Based in **Barboursville** ...

**Drug Emporium | Barboursville, WV | Ratings | BeerAdvocate**
www.beeradvocate.com/beer/profile/26971/?view=ratings ▾
Oct 20, 2011 ... **Drug Emporium** in Barboursville, **WV** - out of 100 with 3 ratings, reviews and opinions. ... [ Store ] **3 Mall Rd Barboursville, West Virginia**, 25504- ...

HIGHLY CONFIDENTIAL

https://www.google.com/search?q=Drug+Emporium+3+Mall+Road%2C+Barboursville%2...    8/3/2015

HIGHLY CONFIDENTIAL                                      CAH_FEDWV_00000134
P-42106_00007

Google+   **Search**   Images   Maps   Play   YouTube   News   Gmail   More ▾                                        Sign in

Drug Emporium 3 Mall Road, Barboursville, WV

**Web**   Images   Videos   News   Shopping   Maps   Books

About 1,150 results

Map for **Drug Emporium 3 Mall Road, Barboursville, WV**



**Drug Emporium |**
drugemp.com/ ▾
**Drug Emporium** is a locally owned and operated establishment that has been ... stores in
**Barboursville**, Charleston and Kanawha City, **WV** for over 20 years.

 3 Mall Rd, Barboursville, WV 25504                    No reviews
(304) 736-0874

**Drug Emporium Barboursville, WV, 25504 - YP.com**
www.yellowpages.com/**barboursville**-**wv**/.../**drug**-**emporium**-6786322 ▾
Get reviews, hours, directions, coupons and more for **Drug Emporium** at 3 Mall Rd,
**Barboursville, WV**. Search for other Pharmacies in Barboursville on YP.com.

**Store Locations, Hours & Contact Information | Drug Emporium**
drugemp.com/stores/ ▾
Barboursville, **3 Mall Road** Barboursville, WV 25504. Map It! ... Pharmacy: (304) 736-2451.
Healthy ... Charleston, WV 25387. Map It! ... Charleston, WV 25304.

**Store Locations, Hours & Contact Information - Healthy Life Market**
www.healthylifemarket.com/.../store-locations-hours-contact-information/ ▾
**3 Mall Road** Barboursville, WV 25504. Map It! ... Market: (304) 736-9435. Main Store Phone:
(304) 736-0874. Fax: (304) 736-2261. **Pharmacy**: (304) 736-2451 ...

**Drug Emporium - Barboursville | Barboursville, West Virginia**
www.ratebeer.com/p/**drug**-**emporium**-**barboursville**/19979/ ▾
**Drug Emporium** - Barboursville. Currently with 3 ratings. Type: Beer Store **3 Mall Road**
**Barboursville, West Virginia** United States 25504 [ print map ] 304 736 ...

**Drug Emporium - Drugstores - Barboursville, WV - Yelp**
www.yelp.com/biz/**drug**-**emporium**-**barboursville** ▾
**Drug Emporium Barboursville** reviews by real people. ... recommend and talk about what's
great and not so great in **Barboursville** and beyond. ... **3 Mall Road**

**Drug Emporium in Barboursville | Drug Emporium 3 Mall Rd ...**
https://local.yahoo.com/info-12962834-**drug**-**emporium**-**barboursville** ▾
          Rating: 5 - 1 review
Find **Drug Emporium** in Barboursville with Address, Phone number from Yahoo US ... **3 Mall
Rd, Barboursville**, WV 25504Cross Streets: Between 20 and Melody ...

**DRUG EMPORIUM BARBOURSVILLE, West Virginia-3 MALL ROAD ...**
reviewrx.com/**drug**-**emporium**-**barboursville**-**WV**-**3**-**mall**-**road**/ ▾
**DRUG EMPORIUM BARBOURSVILLE, West Virginia 3 MALL ROAD** PO BOX 751. Get
**DRUG EMPORIUM** locations, reviews, directions, a free DRUG ...

**3 Mall Rd Barboursville WV | Drug Emporium, Department Stores ...**
www.mapquest.com/.../**west**-**virginia**/...**barboursville**/**drug**-**emporium**- 3038725
Operational for over 20 years, **Drug Emporium** has been operating as one of the
Summersville's largest neighborhood pharmacies. Based in **Barboursville** ...

**Drug Emporium | Barboursville, WV | Ratings | BeerAdvocate**
www.beeradvocate.com/beer/profile/26971/?view=ratings ▾
Oct 20, 2011 ... **Drug Emporium** in Barboursville, **WV** - out of 100 with 3 ratings, reviews and
opinions. ... [ Store ] **3 Mall Rd** Barboursville, West Virginia, 25504- ...

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000135

P-42106_00008

**1** 2 3 4 5 6 7 8 9 10     <u>Next</u>

Advanced search     Search Help     Send feedback

Google Home     Advertising Programs     Business Solutions     Privacy     Terms
About Google

HIGHLY CONFIDENTIAL                                    CAH_FEDWV_00000136

P-42106_00009

Google+  **Search**  Images  Maps  Play  YouTube  News  Gmail  More ▾                                      Sign in

Drug Emporium 3 Mall Road, Barboursville, WV diversion

Web      Images      Videos      News      Shopping      Maps      Books

About 1,020 results

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

**Store Locations, Hours & Contact Information | Drug Emporium**
drugemp.com/stores/ ▾
Barboursville. **3 Mall Road** Barboursville, **WV** 25504. Map It! ... 1603 Kanawha Blvd W
Charleston, WV 25387. Map It! ... Charleston, WV 25304. Map It!

**Drug Emporium |**
drugemp.com ▾
**Drug Emporium** is a locally owned and operated establishment that has been ... stores in
Barboursville, Charleston and Kanawha City, **WV** for over 20 years.

**Drug Emporium Barboursville, WV, 25504 - YP.com**
www.yellowpages.com/barboursville-wv/.../drug-emporium-6786322 ▾
Get reviews, hours, directions, coupons and more for **Drug Emporium** at 3 Mall Rd,
Barboursville, **WV**. Search for other Pharmacies in Barboursville on YP.com.

**Drug Emporium - Barboursville | Barboursville, West Virginia**
www.ratebeer.com/d/**drug-emporium**--barboursville/19979/ ▾
**Drug Emporium** - Barboursville. Currently with **3** ratings. Type: Beer Store **3 Mall Road**
Barboursville, **West Virginia** United States 25504 [ print map ] 304 736 ...

**Store Locations, Hours & Contact Information - Healthy Life Market**
www.healthylifemarket.com/.../store-locations-hours-contact-information/ ▾
Barboursville. **3 Mall Road** Barboursville, **WV** 25504. Map It! Healthy Life Market: (304) 736-
9435. Main Store Phone: (304) 736-0874. Fax: (304) 736-2261.

**Jerry Leonard | Drug Emporium | ZoomInfo.com**
www.zoominfo.com/p/Jerry-Leonard/369995831 ▾
Local Address: Charleston, **West Virginia**, United States. **Drug Emporium 3 Mall Road** ... At
**Drug Emporium's** Barboursville location, people often visit doctors and ... Leonard called the
system a "tremendous tool" for thwarting drug **diversion**.

**Barboursville, West Virginia** Geography - Citywideinformation.com
www.citywideinformation.com/?cityname=Mabie,_West%20Virginia
**Barboursville, West Virginia** Entertainment and leisure directory. Find the best ... (304) 733-
6176 2 **Mall Rd** Barboursville, **WV** 25504. Read Reviews, Map it!

**West Virginia** Yellow Pages C-2 - American Yellow Pages
www.yellowpagesintheusa.com/**West_Virginia**/C-2.html ▾
930 Chestnut Ridge Rd Morgantown, WV 26505 ... Liberty Square **Mall** Charleston, WV ....
Police Department, **Drug** Enforcement Charleston, WV ..... Barboursville, **WV** 25504 ...
Chestnut **Emporium** .... Chs Truancy **Diversion** ...... 3 Hospital Plz

**Page-2 - West Virginia** - AskLocalPages.com
wv.asklocalpages.com/C-2.php ▾
Yellow Pages provides business listings for West Virginia (WV). Company ... page-1 | page-2 |
page-3 | page-4 | page-5 | page-6 | page-7 | page-8 | page-9 | ... 694 Bedington Rd ... Liberty
Square Mall ...... Police Department, **Drug** Enforcement ... Barboursville, **WV** 25504 ...
Chestnut Emporium .... Chs Truancy **Diversion**

[PDF] developers diversified realty corp - Leverage Actionable Intelligence
files.shareholder.com/downloads/ABEA-2D9PYU/...07-1346/.../filing.pdf
Feb 21, 2007 ... The registrant incorporates by reference in Part III hereof portions of its
definitive .... The **diversion** of management's attention to the integration of the operations .....
**Drug** (Not Owned) ... Phoenix Spectrum Mall. 1641 West Bethany Home. **Road**. 85015 SC. GL
(3 ) ...... Barboursville, WV Barboursville Center.

Ads

**Medicine Diversion Box**
www.mcshanemetalproducts.com/ ▾
Prevent medicine **diversion** in your
home and community, lock up meds.

**Pain Management Today**
www.painmatters.com/management ▾
The Impact of Chronic Pain
and the Search for Solutions

**Hospital Refractometer**
www.rudolphresearch.com/ ▾
**Drug Diversion** Testing, TPN Control
Ideal For Hospital Pharmacies

**Route Map - Barboursville**
www.gosur.com/**Barboursville** ▾
Find **Roads**, Avenues and Highways
In Our Interactive Maps. Enter Now!

**Barboursville WV** up to 70% off
www.sale-fire.com/**Barboursville**+**WV** ▾
Save on **Barboursville WV**.
Find Hot-Deals & Compare Prices!

**Mall Barboursville WV**
www.wow.com/**Mall**+**Barboursville**+**WV** ▾
Search for **Mall Barboursville WV**
Look Up Quick Results Now!

**Barboursville** Virginia West
when.com/**Barboursville**+Virginia+West ▾
Explore **Barboursville** Virginia West
Discover More on When.com!

**Barboursville Wv** 70% OFF
barboursville.stuccu.com/ ▾
Lowest Price On **Barboursville Wv**
Free shipping, in stock. Buy now!

1  2      Next

Advanced search     Search Help     Send feedback

Google Home     Advertising Programs     Business Solutions     Privacy     Terms
About Google

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution



## I.   NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS

| | |
|---|---|
| 1.  Pharmacy Name | DRUG EMPORIUM #1 - RX |
| 2.  DBA (if any) | |
| 3.  National Account/Chain Pharmacy Headquarters Address | Drug Emporium<br>1601 Kanawha Blvd. West – Suite 200<br>Charleston, WV 25387<br>Ph: 304.345.4836 |
| 4.  National Account/Chain Pharmacy Headquarters Phone | 304.345.4836 |
| 5.  Name of Principle owner(s) or Corporate Entity | Drug Emporium |
| 6.  Ownership type (check one) | ☐ Sole proprietor    XX Corporation<br><br>☐ Other |
| 7.  Owner(s) name or contact person for the Organization and their title ("Contact Person") | Bob Petryszak; CEO<br>1601 Kanawha Blvd. West – Suite 200<br>Charleston, WV 25387<br>Ph: 304.345.4836 |
| 8.  Owner's or Contact Person's Business Address | Bob Petryszak; CEO<br>1601 Kanawha Blvd. West – Suite 200<br>Charleston, WV 25387<br>Ph: 304.345.4836 |

Rev. 1/15

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000138
P-42106_00011

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution



| | |
|---|---|
| 9.  Owner or Contact Person's Phone | Ph: 304.345.4836 |
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Jerry H. Leonard R. Ph. V. P. Pharmacy Discount Emporium, Inc. Drug Emporium WV 1601 Kanawha Blvd. W. Charleston, WV  25387 (P) 304-345-4836 Ext. 220 (F) 304-345-4972 (M) 304-543-5144 |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES          X NO |
|     a.   If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES          X NO |
|     a.   If yes, provide details (attach documentation including public records) | |

Rev. 1/15

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000139
P-42106_00012



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## II.   NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | BD0427927 |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES        ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES        ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can  be confirmed at www.deadiversion.usdoj.gov/webforms/validateLogin.jsp,  www.deanumber.com,  or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES        ☐ NO |
| 17. State Registration Number: | MP0550012 |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES        ☐ NO |

Page 3 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## III.  PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES          X NO<br><br>If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21.   Has a Google Web Search been performed on  behalf of this DEA Registrant? | X YES          ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES          X NO |

## IV. SOM AND ANTI-DIVERSION PROGRAM

| | |
|---|---|
| 22.   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December | X YES          ☐ NO |

Page 4 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 27, 2007? | |
| 23 Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility? | X YES    ☐ NO |

**V.    ADDITIONAL COMMENTS**

| |
|---|
| |

COMPLETED BY:   Suzanne Livingston, Sr  Acct Specialist-National Accounts
*(Name /Title)*

Page 5 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000142
P-42106_00015



**DEA Registration Validation Result:**

**DEA Number:** BD0427927

This DEA Number is ACTIVE

**Name (Last, First):** DRUG EMPORIUM ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 3 MALL RD

**Business Address 2:**

**Business Address 3:**

**City:** BARBOURSVILLE

**State:** WV

**Zip:** 25504

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 06-30-2018

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated (Required** - Not Case Sensitive)



Google+ **Search** Images Maps Play YouTube News Gmail More ▾                                          Sign in

DRUG EMPORIUM #1 - RX      3 MALL ROAD             BARBOURSVILL

**Web**    Images    Videos    News    Shopping    Maps    Books

About 72 results

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

**Drug Emporium**
www.drugemp.com/ ▾
**Drug Emporium** .... Coke 6pk 1/2 Liter Bottles ... providing quality service at three stores in
**Barboursville**, Charleston and Kanawha City, **WV** for over 20 years.

**Drug Emporium Barboursville, WV, 25504 - YP.com**
www.yellowpages.com/barboursville-wv/.../drug-emporium-6786322 ▾
... coupons and more for **Drug Emporium** at 3 Mall Rd, **Barboursville, WV**. Search for other
Pharmacies in Barboursville on YP.com. ... **Drug Emporium #1.**

**St. Jude Dream Home - WCHS - WCHS-TV8 - ABC - Charleston ...**
www.wchstv.com/community/features/st-jude-dream-home/ ▾
Sep 4, 2015 ... **Drug Emporium #1** 3 Mall Rd, **Barboursville** WV 25504 304-736-2452 ...
1603 Kanawha Blvd W, Charleston WV 25312 304-345- ... **Rx** By Tel

**Pharmacies in Huntington West Virginia – Find local including 24 ...**
www.rxlist.com/pharmacy/huntington-wv_pharmacies.htm ▾
Find a local Huntington pharmacy location, including 24 hr pharmacies, ... **Drug Emporium**
Pharmacy #1 3 Mall Rd Barboursville, WV, 25504 (304)736-2452.

**Drug Emporium #1 in Barboursville, WV | Citysearch**
www.citysearch.com/.../barboursville_wv/drug_emporium_1.html ▾
Get info on **Drug Emporium #1**. View ratings, photos, and more. Pharmacies - **Barboursville**,
**WV**. ... 3 Mall Road, **Barboursville, WV**, 25504. Facebook · Directions ...

**healthy-life**
www.healthylifemarket.com/ ▾
... and operated health food store that has been providing quality service at three locations in
**Barboursville**, Charleston and Kanawha City, **WV** for over 10 years.

[PDF] **West Virginia Medicaid Managed Care Participating Pharmacy ...**
chcmedicaid-westvirginia.coventryhealthcare.com/.../westvirginia/.../c083844.
pdf ▾
CoventryCares will manage your drug benefit starting April 1, 2013. This is a list ... (304) 522-
1035. **Drug Emporium #1**. 3 Mall Rd. **Barboursville, WV**. 25504.

[PDF] **Retail Pharmacies**
https://pv1.healthplan.org/PS/pdf/THP_WV.pdf ▾
This pharmacy does not offer extended supplies of maintenance medications. WV.
BARBOUR ... **DRUG EMPORIUM #1** 3 MALL RD. **BARBOURSVILLE, WV** 25504. (304) 736-
2451 ... NEW CUMBERLAND **RX** CENTER. 107 LINCOLN ST.

[PDF] **Pharmacy Directory**
https://www.mybenefitshome.com/.../HHIC_Pharmacy_Directory.pdf ▾
pharmacy to fill your prescription; you can go to any of our network pharmacies. We will fill
prescriptions ..... Barboursville. **Drug Emporium #1**. 3 Mall Rd. **Barboursville, WV** 25504.
(304) 736-2451 ... New Cumberland **Rx** Center. 900 Ridge Ave.

**health food stores in Surrounding Huntington, WV | Reviews ...**
www.yellowbook.com/s/health-food.../surrounding-huntington-wv/ ▾
Find health food stores in Surrounding Huntington, WV on Yellowbook. Get reviews ... **Drug
Emporium #1**. 3 Mall Road. **Barboursville, WV** 25504Map. (304) 736- ...

**Barboursville WV** up to 70% off
Ad www.sale-fire.com/**Barboursville**+**WV** ▾
Save on **Barboursville WV**. Find Hot-Deals & Compare Prices!

**Route Map - Barboursville**
Ad www.gosur.com/**Barboursville** ▾
Find **Roads**, Avenues and Highways In Our Interactive Maps. Enter Now!
616 followers on Google+

**Barboursville Wv** 70% Off
Ad www.stuccu.com/**Barboursville** ▾
Lowest Price On **Barboursville Wv** Free shipping, in stock. Buy now!
In stock · Exclusive deals · Best offers



**Drug Emporium**
Pharmacy

Directions | Website

3 Mall Rd, Barboursville, WV 25504
(304) 736-0874

**People also search for**

Healthy Life Market          Fruth Pharmacy          Walmart Pharmacy (inside Walmart)

Rite Aid Pharmacy          Half Way Market

**HIGHLY CONFIDENTIAL**                                                          CAH_FEDWV_00000144

P-42106_00017

**1** 2 3   <u>Next</u>

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy    Terms
About Google

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000145

P-42106_00018

Google+  **Search**  Images  Maps  Play  YouTube  News  Gmail  More ▾                                                                        Sign in

| DRUG EMPORIUM  3 MALL ROAD BARBOURSVILLE, WV DIVERSION |  |

**Web**  Images  Videos  News  Shopping  Maps  Books

About 1,220 results

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

**Drug Emporium Barboursville, WV, 25504 - YP.com**
www.yellowpages.com/barboursville-wv/.../drug-emporium-6786322 ▾
Get reviews, hours, directions, coupons and more for **Drug Emporium** at **3 Mall Rd,
Barboursville, WV**. Search for other Pharmacies in Barboursville on YP.com.

**Drug Emporium**
www.**drugemp**.com ▾
**Drug Emporium** ... establishment that has been providing quality service at three stores in
**Barboursville**, Charleston and Kanawha City, **WV** for over 20 years.

**Drug Emporium - Barboursville | Barboursville, West Virginia**
www.ratebeer.com/.../**drug-emporium--barboursville-barboursville**/19979/ ▾
**Drug Emporium** - Barboursville. Currently with **3** ratings. Type: Beer Store **3 Mall Road**
**Barboursville**, **WV** United States 25504 [ print map ] 304 736 ...

**Jerry Leonard | Drug Emporium | ZoomInfo.com**
www.zoominfo.com/p/Jerry-Leonard/369995831
Local Address: Charleston, **West Virginia**, United States. **Drug Emporium 3 Mall Road** ... At
**Drug Emporium's Barboursville** location, people often visit doctors and ... Leonard called the
system a "tremendous tool" for thwarting **drug diversion**.

**Fabulous Barboursville, West Virginia**
www.citywideinformation.com/?cityname=Hartford... ▾
**Barboursville, West Virginia** Entertainment and leisure directory. Find the best ... (304) 733-
6176 **2 Mall Rd Barboursville, WV** 25504. Read Reviews, Map it!

**Barboursville, West Virginia** Geography - Citywideinformation.com
www.citywideinformation.com/?cityname=Frenchton... ▾
**Barboursville, West Virginia** Entertainment and leisure directory. Find the best ... (304) 733-
6176 **2 Mall Rd Barboursville, WV** 25504. Read Reviews, Map it!

**West Virginia** Yellow Pages C-2 - American Yellow Pages
www.yellowpagesintheusa.com/**West_Virginia**/C-2.html ▾
New Martinsville, WV 26155 ... 930 Chestnut Ridge **Rd** ... Liberty Square Mall ... Charleston
Area Medical Center - Memorial Division, Nuclear **Medicine** ... **Barboursville, WV** 25504 ...
Chestnut **Emporium** ... Chs Truancy **Diversion** ...... Cinema 3. New Martinsville Plz New
Martinsville, WV 26155. Phone : (304) 455-5866 ...

**East lynn › West-Virginia › 25512 Reviews - SiteBook.org**
sitebook.org/city-25512-east+lynn ▾
Listings for East Lynn with the Zip Code 25512 in **West-Virginia** .... Th May Johnny Hurt Tutte
**Rd** Fings Wot St Resolution Bring Cameron ... wholesale distributor of us **pharmaceutical**
products to europe, cis and parts of ...... National League Division 2, East of Scotland League
Division 3, and East ...... **Barboursville**, 25504.

**East ridge › Tennessee › 37412 Reviews - SiteBook.org**
sitebook.org/city-37412-east+ridge ▾
Expanded support includes South East Kentucky, South **West Virginia**, ... us based distributor
of a wide range of **pharmaceutical** and health care products, ...... East Lyme, executive layout,
18 holes, can be played in 2 1/2 to 3 hours. ... Ridge region, producing under the Heathfield
Ridge, Jennifer, and Caves **Road** labels.

**Developers Diversified Realty Corp. 10-K**
www.sec.gov/Archives/edgar/data/894315/.../l24241ae10vk.htm
These properties consist of shopping centers, mini-**malls** and lifestyle centers. ..... The
**diversion** of management's attention to the integration of the operations of IRRETI ...... 4711
East Ray **Road**, 85044, SC, Fee (3, ), 1996/1997/ ... PETsMART (2015), Staples (2010),
Albertson's-Osco **Drug** (Not Owned) ...... **West Virginia**.

Ads

**Drug Diversion** Prevention
www.rudolphresearch.com/ ▾
Track Contents Not Just Vials
Ideal For Hospital Pharmacies

Pain Management Today
www.painmatters.com/management ▾
The Impact of Chronic Pain
and the Search for Solutions

Medicine **Diversion** Box
www.mcshanemetalproducts.com/ ▾
Prevent medicine **diversion** in your
home and community, lock up meds.

**Barboursville WV** up to 70% off
www.sale-fire.com/**Barboursville**+WV ▾
Save on **Barboursville WV**.
Find Hot-Deals & Compare Prices!

**Barboursville** - Map
www.gosur.com/Map ▾
Satellite Map with Street View.
**Barboursville** West Virginia.

**Barboursville Wv** 70% Off
www.stuccu.com/**Barboursville** ▾
Lowest Price On Barboursville Wv
Free shipping, in stock. Buy now!

1  2  3  4    **Next**

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy    Terms
About Google

Home     About Us     Contact Us     Helpful Links     Visit WV.gov

Immunizations     Agenda/Meetings     Applications/Forms     Law and Rules     Licensee Search/Verification     Newsletter     Licensure

CS Monitoring Program

Pharm Recovery Network

Inspections

Complaints

FAQs

Education Info

Other Information

### Licensee Search/Verification



**Latest News**

Pharmacists have a Corresponding Responsibility to Prevent Drug Diversion

"The New Heroin Epidemic", a feature article in The Atlantic

Red Flags Training Video for Pharmacists at AWARxE

DEA files Controlled Substances Disposal Regs

FDA: USE MEDICINES WISELY CAMPAIGN

search...

## Business Details

| License Number | MP0550012 |
|---|---|
| Business Type | Multi-Site Community Pharmacy |
| Business Name | Drug Emporium #1 |
| Address1 | 3 Mall Road |
| Address2 | |
| City | Barboursville |
| State | WV |
| Zip Code | 25504 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Richard B. Fillmore |
| Date Issued | |
| Expiration Date | 06/30/2016 |

Copyright © 2010 West Virginia Board of Pharmacy
All Rights Reserved.

Designed by Netranom Communications.

HIGHLY CONFIDENTIAL                                                    CAH_FEDWV_00000147
                                                                      P-42106_00020


**Cardinal**Health

**Surveillance Site Visit Report**
Pharmaceutical Distribution

## 1  Pharmacy Information

| | | |
|---|---|---|
| a | Pharmacy name | DRUG EMPORIUM #1 |
| b | Address | 3 MALL ROAD BARBOURSVILLE WV 25504 |
| c | Pharmacy DEA # | BD0427927 |
| d | DEA Lic. Exp. Date | 6/30/2018 |
| e | Date of Visit | 1/17/2017 |
| f | Pharmacy License | MP0550012 |
| g | Phcy Lic. Exp. Date | 6/30/2017 |
| h | Investigator Name | Janette Adams |
| i | Other Participants | |
| j | Reason for Report | Routine QRA Surveillance |

Research pharmacy background

| | | |
|---|---|---|
| k | Is Internet and public media research acceptable? | YES |
| l | Is the Pharmacy License in Line 1(f) above clear of probation or restrictions related to controlled substances for the past 10 years? | YES |
| m | Is DEA registrant's number(s) active? | YES |
| n | If the answer is NO to any of the above questions 1(k) - 1(m), explain why. | |

## 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions such that this was indicative of drug diversion? | NO |
| c | Was there any evidence of an Internet pharmacy? | NO |
| d | Was there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| e | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| f | If the answer is YES to any of the above questions 2(a) – 2(e), explain providing details of your observation(s). | |

## 3  Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)

| | | |
|---|---|---|
| a | Does this pharmacy require immediate action? | NO |
| b | What is the decision and why? | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000148

P-42106_00021

**Surveillance Site Visit Report**
Pharmaceutical Distribution

Based upon the information contained herein, there does not appear to be evidence of diversion.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000149

P-42106_00022