# Anti-Diversion Early Dialogue Profile

**REVIEWED**
By Roger McArtor at 10:12 am, Oct 12, 2010

**CENTRAL**

BF1434555    FRUTH PHARMACY

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BF1434555 |
| Business Activity Code: | A  0    RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120930 |

## CUSTOMER INFORMATION

FRUTH PHARMACY
STORE #11                               425 CAMDEN RD
HUNTINGTON              WV      25704       3044295544       3044295544

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 42 | Hydrocodone | 140,765 |
| Total Rx Sales ($): | $1,520,499.08 | Oxyocodone | 36,460 |
| Control Substance (CS) Sales ($): | $149,484.73 | Alprazolam | 62,100 |
| Rx Dosage Units Sold | 1,915,771 | Phentermine | 1,300 |
| CS Dosage Units Sold: | 369,199 | Carisoprodol | 1500 |
| % CS Purchases | 19.27% | Tramadol | 26500 |
| % AHOP CS Purchases | 65.17% | | |
| # of SOM Events (Family) | | | |
| Recent SOM Event (Family) | | | |

## EARLY DIALOGUE INFORMATION

| | |
|---|---|
| Drug Family: | 1640    PHENTERMINE HYDROCHLORIDE |
| Allocated Accrual: | 1,000 |
| Threshold Limit: | 1,200 |
| % of Limit: | 83 |
| Previous Month Max: | |
| % Variance (Max): | |

reviewed, no change. one order of 1 x 1000

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Sep 09 | 0 | Mar 10 | 0 |
| Oct 09 | 0 | Apr 10 | 1,000 |
| Nov 09 | 0 | May 10 | 0 |
| Dec 09 | 100 | Jun 10 | 0 |
| Jan 10 | 100 | Jul 10 | 100 |
| Feb 10 | 0 | Aug 10 | 0 |

## DISTRACK INFORMATION

Dublin 6      WH
8       BF1434555      1640

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | WAYNE | 45,824 |
| Population of Zip | Income / Household | Median Age |
| 17,019 | $27,335.00 | 38.60 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Increase SOM Limits
- Decrease SOM Limits
- QRA Site Visit
- Sales Site Visit

---

CardinalHealth

Company Confidential - Internal Use Only
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

10/12/2010 8:59:25 AM

HIGHLY CONFIDENTIAL

PLAINTIFFS TRIAL EXHIBIT
P-42107_00001

CAH_FEDWV_00000150
P-42107_00001

# Anti-Diversion Early Dialogue Profile

**REVIEWED**
By Doug Emma at 7:59 pm, Oct 18, 2010

CENTRAL

**BF1434555    FRUTH PHARMACY**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BF1434555 |
| Business Activity Code: | A  0    RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120930 |

## CUSTOMER INFORMATION

FRUTH PHARMACY
STORE #11                    425 CAMDEN RD
HUNTINGTON        WV    25704    3044295544    3044295544

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | 1/1/1988 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 42 | Hydrocodone | 140,765 |
| Total Rx Sales ($): | $1,520,499.08 | Oxyocodone | 36,460 |
| Control Substance (CS) Sales ($): | $149,484.73 | Alprazolam | 62,100 |
| Rx Dosage Units Sold | 1,915,771 | Phentermine | 1,300 |
| CS Dosage Units Sold: | 369,199 | Carisoprodol | 1500 |
| % CS Purchases | 19.27% | Tramadol | 26500 |
| % AHOP CS Purchases | 65.17% | | |
| # of SOM Events (Family) | | | |
| Recent SOM Event (Family) | | | |

## EARLY DIALOGUE INFORMATION

| | |
|---|---|
| Drug Family: | 1640    PHENTERMINE HYDROCHLORIDE |
| Allocated Accrual: | 1,100 |
| Threshold Limit: | 1,200 |
| % of Limit: | 92 |
| Previous Month Max: | |
| % Variance (Max): | |

Threshold level increase to permit pkg size quantity and ordering.

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Oct 09 | 0 | Apr 10 | 0 |
| Nov 09 | 0 | May 10 | 1,000 |
| Dec 09 | 0 | Jun 10 | 0 |
| Jan 10 | 100 | Jul 10 | 0 |
| Feb 10 | 100 | Aug 10 | 100 |
| Mar 10 | 0 | Sep 10 | 0 |

## DISTRACK INFORMATION

Dublin 6    WH
8    BF1434555    1640

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | WAYNE | 45,824 |

| Population of Zip | Income / Household | Median Age |
|---|---|---|
| 17,019 | $27,335.00 | 38.60 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Increase SOM Limits
- Decrease SOM Limits
- QRA Site Visit
- Sales Site Visit

Company Confidential - Internal Use Only
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth

10/18/2010 8:39:05 AM

**CardinalHealth**

## 1  Customer Information

| | | |
|---|---|---|
| a | Customer name | Other, Fruth Pharmacy |
| b | Address | 425 Camden Road, Huntington, WV 25704 |
| c | Customer DEA # | BF1434555 |
| d | DEA Lic. Exp. Date | 9/30/2015 |
| e | Date of Visit | 11/16/2013 |
| f | Pharmacy License | MP0550116 |
| g | Expiration Date | 6/30/2014 |
| h | Name of PIC | |
| i | PIC License # | |
| j | PIC Lic. Exp. Date | |
| k | Investigator Name | Travis Mulanax |
| l | Participants | |
| m | Reason for Report: | |

Research pharmacy background

| | | |
|---|---|---|
| n | Is Internet and public media research acceptable? | YES |
| o | Is Pharmacy license clear of restrictions and probations in the last 10 years? | YES |
| p | Is DEA registrant's number(s) active? | YES |
| q | If the answer is NO to any of the above questions, explain why? | |
| r | Is there information obtained in pre-investigational preparation or received from other sources for this pharmacy that requires the investigator to follow-up? | NO |
| s | If yes, explain what the information is and the details of the follow-up | |

## 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions? | NO |
| c | Was there any evidence of an internet pharmacy? | NO |
| d | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| e | Were there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| f | If any of the above from 2(a) to 2(e) are answered as yes, explain providing details of your observations | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000152
P-42107_00003

**Surveillance Site Visit Report**
**Pharmaceutical Distribution**

**CardinalHealth**

Site visit 11/16/13 @ 10:15 am

### 3  Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)

a  Does this pharmacy require immediate action?   **NO**

b  What is the decision and why?
Based upon the information contained herein there does not appear to be evidence of diversion.

PDQRA-CAD-C008/Form1

DCN: 3354
Effective Date: 07 May 2013

Page 2 of 2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000153
P-42107_00004

**CardinalHealth**

NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

### I. NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS

| | |
|---|---|
| 1. Pharmacy Name | FRUTH PHCY,INC #0011-RX |
| 2. DBA (if any) | |
| 3. National Account/Chain Pharmacy Headquarters Address | *Fruth Pharmacy Inc.*<br>*4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |
| 4. National Account/Chain Pharmacy Headquarters Phone | 304-675-1612 |
| 5. Name of Principle owner(s) or Corporate Entity | Fruth Pharmacy Inc. |
| 6. Ownership type (check one) | ☐ Sole proprietor    XX Corporation<br><br>☐ Other |
| 7. Owner(s) name or contact person for the Organization and their title ("Contact Person") | **Timothy Weber**<br>Vice President |
| 8. Owner's or Contact Person's Business Address | *4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |

Rev. 1/15

Page 1 of 5



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 9. Owner or Contact Person's Phone | 304-675-1612x117 |
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Name: __Timothy Weber__<br><br>Title: Vice President<br><br>Phone: 304-675-1612x117<br><br>Email: tweber@fruthpharmacy.com |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records) | |

Rev. 1/15

Page 2 of 5

**CardinalHealth**

NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

## II. NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | __BF1434555__ |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, www.deanumber.com, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES ☐ NO |
| 17. State Registration Number: | __MP0550116__. |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES ☐ NO |



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

### III. PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES          X NO<br><br>If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21. Has a Google Web Search been performed on behalf of this DEA Registrant? | X YES          ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES          X NO |

### IV. SOM AND ANTI-DIVERSION PROGRAM

| | |
|---|---|
| 22. Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December | X YES          ☐ NO |

Rev. 1/15

Page 4 of 5

HIGHLY CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 27, 2007? | |
| 23  Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility? | X YES          ☐ NO |

## V.     ADDITIONAL COMMENTS

| |
|---|
|   |

COMPLETED BY: _____George Speidel, Sr. Acct Specialist-National Accounts_____
                                          *(Name /Title)*

Rev. 1/15

Page 5 of 5

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000158
P-42107_00009

**U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION**
**OFFICE OF DIVERSION CONTROL**

**DEA Registration Validation Result:**

**DEA Number:** BF1434555

This DEA Number is ACTIVE

**Name (Last, First):** FRUTH PHARMACY ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 425 CAMDEN ROAD

**Business Address 2:**

**Business Address 3:** FRUTH PHARMACY #11

**City:** HUNTINGTON

**State:** WV

**Zip:** 25704

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 09-30-2018

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated** (**Required** - Not Case Sensitive)



Google | Fruth 425 CAMDEN ROAD HUNTINGTON | George

Web  Maps  Shopping  News  Images  More ▾  Search tools          SafeSearch on

About 2,720 results (0.63 seconds)

**Fruth Pharmacy Inc**
www.**fruth**pharmacy.com/storelocations.html
    425 Camden Rd, Huntington, WV 25704
    (304) 429-5544

**FRUTH Pharmacy in Huntington, WV | 425 Camden Rd ...**
www.superpages.com/.../**Huntington**.../**FRUTH**-Pharmacy-L0111372378... ▾
FRUTH Pharmacy. 0 Ratings | 0 Reviews. 425 Camden Rd Huntington, WV 25704.
304-429-5544. Add a Photo. View All Photos |. Add Photo ...

**425 Camden Rd Huntington WV | Fruth Pharmacy Inc ...**
www.mapquest.com/...**huntington**/**fruth**-pharmacy-inc-414917... ▾  MapQuest ▾
Hours. Mon: 9am-9pm; Tue: 9am-9pm; Wed: 9am-9pm. Thu: 9am-9pm; Fri: 9am-9pm;
Sat: 9am-9pm. Sun: 11am-7pm. Find Related Places. Pharmacies. Verified ...

**Fruth Pharmacy | 425 Camden Rd, Huntington, WV - Vitals**
www.vitals.com/.../**fruth**-pharmacy-**425**-**camden**-**rd**-**huntington**-**wv** ▾
Fruth Pharmacy phone number, hours, directions, services, ratings and reviews.
Located at 425 Camden Rd in Huntington, WV.

**Fruth Pharmacy in Huntington, West Virginia with Reviews ...**
www.yellowpages.com › Huntington, WV ▾  Yellowpages.com ▾
Find 17 listings related to Fruth Pharmacy in Huntington on YP.com. ... 1419 US
Route 60Huntington, WV 25705 ... 425 Camden RdHuntington, WV 25704.

**425 Camden Rd Huntington, WV 25704-2764 - Western Union**
locations.westernunion.com › WV › Huntington ▾  Western Union ▾
Western Union Agent Location - FRUTH PHARMACY #11 ... Print; Share. FRUTH
PHARMACY #11 425 Camden Rd Huntington, WV 25704-2764 304-429-5544 ...

**Fruth Pharmacy - Drugstores - 425 Camden Rd - Huntington ...**
www.yelp.com › Shopping › Drugstores ▾  Yelp ▾
Have you been to Fruth Pharmacy in Huntington? Be the first to write a review on Yelp
and share your experience!

**425 Camden Rd, Huntington, WV 25704 - Fruth Pharmacy Inc**
www.wellness.com › ... › WV › Huntington › Fruth Pharmacy Inc ▾
Directions to 425 Camden Rd, Huntington, WV 25704 - Fruth Pharmacy Inc.

**FRUTH PHARMACY HUNTINGTON, West Virginia-425 ...**
reviewrx.com/**fruth**-pharmacy-**huntington**-WV-**425**-**camden**-**rd**/ ▾
FRUTH PHARMACY HUNTINGTON, West Virginia 425 CAMDEN RD PO BOX 751. Get
FRUTH PHARMACY locations, reviews, directions, a free FRUTH ...

**Fruth Pharmacy Inc. Store Locations**
www.livingnaturally.com/ret_store_locator.asp?storeID... ▾
... East, Charleston, WV. Fruth Pharmacy Inc. 4016 Ohio River Road, Point Pleasant,
WV ... Huntington #11, 425 Camden Road, Huntington, WV. Huntington #12 ...

**Fruth Pharmacy Incorporated in Huntington | Fruth ...**
https://local.yahoo.com/info-29436185-**fruth**-pharmacy-incorporated-hu... ▾
Includes Fruth Pharmacy Incorporated Reviews, maps & directions to Fruth ... 425
Camden Rd, Huntington, WV 25704Cross Streets: Near the intersection of ...

**Fruth Pharmacy Inc**  Direct
Pharmacy
**Address:** 425 Camden Rd, Huntington, WV 25704
**Phone:** (304) 429-5544
**Hours:** Open today · 9:00 am – 9:00 pm ▾

**Popular times**  Thursda

6a  9a  12p  3p  6p  9p

**Reviews**  Write a re
1 Google review

**People also search for**  View 15+

Walmart Supercenter | Valley Health Pharmacy | Valley Health Systems Inc: Hood Ellie E MD | The Medicine Shoppe® Pharmacy | Kroger

Are you the business owner?  Fe

1 2 3 4 5 6 7 8 9 10    Next

◯ Dublin, OH - From your Internet address - Use precise location - Learn more

Help  Send feedback  Privacy  Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000160
P-42107_00011

Google | Fruth 425 CAMDEN ROAD HUNTINGTON Diversion | George

Web  Maps  Shopping  News  Images  More ▾  Search tools    SafeSearch on

9 results (0.42 seconds)

### FRUTH Pharmacy in Huntington, WV | 425 Camden Rd ...
www.superpages.com/.../Huntington.../FRUTH-Pharmacy-L0111372378... ▾
FRUTH Pharmacy. 0 Ratings | 0 Reviews. **425 Camden Rd Huntington**, WV 25704.
304-429-5544. Add a Photo. View All Photos |. Add Photo ...
Missing: diversion

### 425 Camden Rd Huntington, WV 25704-2764 - Western Union
locations.westernunion.com › WV › Huntington ▾ Western Union ▾
Western Union Agent Location - FRUTH PHARMACY #11. Visit the Western Union®
agent location at **425 Camden Rd Huntington**, WV 25704-2764.
Missing: diversion

### [PDF] Pictures with Santa! - Fruth Pharmacy
www.**fruth**pharmacy.com/santatimes.pdf ▾
8th – 1:00 p.m. – 6:00 p.m.. 11. **425 Camden Road**. **Huntington**, WV 25704. Friday,
Dec. 7th - 4:00 p.m. – 6:00 p.m.. Saturday, Dec. 15th - 12:00 p.m. – 2:00 p.m..
Missing: diversion

### [PDF] Layout 1
www.**fruth**pharmacy.com/SpiritDayCelebrationSchedule.pdf ▾
**HUNTINGTON**, WV. **425 Camden Road** ... **Huntington** High Spirit Day. SEPTEMBER
4" ... **Fruth** Pharmacy will be celebrating Spirit Day! Come out and show ...
Missing: diversion

### [PDF] Get Personal, Know Your Pharmacist. - Fruth Pharmacy
www.**fruth**pharmacy.com/images/pdf/**fruth**pharmacists.pdf ▾
Point Pleasant. WV. **Huntington**, WV- GalliDOliS. OH- Wellston ... United Lane 3109
Teays Valley Rd. **425 Camden Rd**. 1419 U5. Rt. 60 E. Roby Rd. Athens, OH.
Missing: diversion

### West Virginia Executive - Winter 2013 - publishing
issuu.com/www.wvexecutive.com/docs/winter2013 ▾
Feb 28, 2013 - Developing effective presentations Tracy Toler, **Fruth** Pharmacy, Brian
... where I paid more attention to the history of the **town** while finding myself in awe ...
Allen Butcher, CFO **Camden**-Clark Memorial Hospital CPAs and Advisors ... states,
tried more than 70 cases to verdict, litigated more than **425** cases, ...

### New York Insurance Agents and Brokers - Get Local Insurance
getlocalinsurance.org/local-insurance-agents-in-new-york.html ▾
**425** New Karner Rd Albany, NY ...... The **Huntington** Agency 6 Southgate ...... **Fruth**-
simmer Insurance Agency ...... 525 **Camden Rd** ...... 200 **Diversion** St Ste 190

### Arcades - 1990 - Video Paradise
www.videoparadise-sanjose.com/1990arcades.htm ▾
**CAMDEN** NJ 08105-1817 TERMINAL AMUSEMENT TERMINAL VENDING –301 ......
W. CHARLES **TOWN** WV 25414-1529 GOLD MINE **HUNTINGTON** MALL ...... 65 S. P
O BOX **425** BURNSVILLE MS 38833- GRAHAM AMUSEMENTS ..... E. ASHLAND OH
44805-2549 SENECA COIN c/o **FRUTH** -1610 COUNTYLINE ST.

### Full text of "Alumnae Recorder" - Internet Archive
archive.org/stream/.../alumnaerec19601963chat_djvu.txt ▾ Internet Archive ▾
Although there are many stores in town where groceries can be pur- chased, ...... Totty
Hoyt Faison from Houston sends her regards; Says a **diversion** from ...... Avenue, New
York 28, N. Y. Beverly Fleishman, **425** E. 63rd. ...... 301, Silver Spring, ^Md. Barbara
Gralflin Cooper (Mrs, J. K.) 219 **Camden Road**, N. E., Atlanta 9, Ga.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000161
P-42107_00012

○ Dublin, OH - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000162

P-42107_00013



# Welcome To Fruth Pharmacy
## Your Hometown, Family Pharmacy

ENTER FRUTH PHARMACY >

REFILL A PRESCRIPTION >

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000163
P-42107_00014



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

July 1, 2015 - June 30, 2016 - Date Issued: April 01, 2015

**Fruth Pharmacy #11**
Registered Pharmacy

425 Camden Road
Huntington, WV 25704

LICENSE # MP0550116

DEA # BF1434555

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Roger B. Napier - RP0007362**

Registered Pharmacist in Charge