# Anti-Diversion Customer Profile

**REVIEWED**
*By Doug Emma at 3:06 pm, Jun 25, 2010*

CENTRAL

**BG6892625    G AND R LLC**

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BG6892625 |
| Business Activity Code: | A   0   RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20120930 |

## CUSTOMER INFORMATION

G AND R LLC

DBA BUDGET DISCOUNT PHARMACY    361 NORWAY AVENUE

HUNTINGTON          WV    25705    0    0

| | |
|---|---|
| Dominant Accounting Class: | |
| First Cardinal Account Created: | 11/14/2002 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 16 | Hydrocodone | |
| Total Rx Sales ($): | | Oxycodone | |
| Control Substance (CS) Sales ($): | | Alprazolam | |
| Rx Dosage Units Sold | | Phentermine | |
| CS Dosage Units Sold | | Carisoprodol | |
| % CS Purchases | | Tramadol | |
| % AHOP CS Purchases | | | |
| Total # of SOM Events: | 1 | | |
| Most Recent SOM: | | | |

## SOM EVENT SPECIFIC INFORMATION

| | |
|---|---|
| Drug Family: | 2765         DIAZEPAM |
| # of Events: | 1 |
| Overage date: | 6/24/2010 |
| Total Accrual: | 4,100 |
| Monthly Limit: | 2,400 |
| Order#: | 7067956 |
| Item#: | 3260676 |

One order released - one order cut.
No threshold adjustment

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Jun 09 | 0 | Dec 09 | 0 |
| Jul 09 | 0 | Jan 10 | 0 |
| Aug 09 | 0 | Feb 10 | 0 |
| Sep 09 | 0 | Mar 10 | 0 |
| Oct 09 | 0 | Apr 10 | 0 |
| Nov 09 | 0 | May 09 | 1,100 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | 103341 |
| 8 | BG6892625 | 2765 |

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | CABELL | 93,824 |
| Population of Zip | Income / Household | Median Age |
| 21,704 | $34,655.00 | 39.30 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

CardinalHealth

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

6/25/2010 8:44:53 AM

PLAINTIFFS TRIAL EXHIBIT
**P-42108_00001**

## Hammond, Tawney

| | |
|---|---|
| **From:** | Kave, Jesse |
| **Sent:** | Monday, April 19, 2010 11:14 AM |
| **To:** | Fortier, Brett; Morse, Steve; Howenstein, Kim |
| **Cc:** | GMB-QRA-Anti-Diversion |
| **Subject:** | RE: New Pharmacy Utilization |

Brett,
  I will send the overnight!

*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*

**From:** Fortier, Brett
**Sent:** Monday, April 19, 2010 11:12 AM
**To:** Kave, Jesse; Morse, Steve; Howenstein, Kim
**Cc:** GMB-QRA-Anti-Diversion
**Subject:** Re: New Pharmacy Utilization

Mail just takes a bit longer. Make sure DEA is on the data somewhere even if you just write on 1st page.

Send to:

Cardinal Health
Attn: Kim Howenstein
7000 cardinal place
Dublin, OH 43017

**From:** Kave, Jesse
**To:** Fortier, Brett; Morse, Steve; Howenstein, Kim
**Cc:** GMB-QRA-Anti-Diversion
**Sent:** Mon Apr 19 11:09:09 2010
**Subject:** RE: New Pharmacy Utilization

Brett,
  I have about 35 pages that's why I thought you might want them mailed but I can fax them if you want me to and what fax do you want me to use?

*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*

**From:** Fortier, Brett
**Sent:** Monday, April 19, 2010 11:04 AM
**To:** Kave, Jesse; Morse, Steve; Howenstein, Kim
**Cc:** GMB-QRA-Anti-Diversion
**Subject:** Re: New Pharmacy Utilization

4/19/2010

HIGHLY CONFIDENTIAL

Can you not fax it? How many pages?

---

**From**: Kave, Jesse
**To**: Morse, Steve; Fortier, Brett
**Sent**: Mon Apr 19 11:01:32 2010
**Subject**: New Pharmacy Utilization

Steve,
  I have a new pharmacy coming on (Budget Pharmacy Huntington, WV) and I need a street address for mailing in their utilizations.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*

## Howenstein, Kim

| | |
|---|---|
| **From:** | Emma, Douglas |
| **Sent:** | Friday, June 25, 2010 12:21 PM |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: Budget Pharmacy |

**Kim,**

**Please set at 4302**

**Thank you**

**Doug Emma, RPh**
Manager Supply Chain Integrity
Quality & Regulatory Affairs
7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122  fax: 614-652-4253

**From:** Howenstein, Kim
**Sent:** Friday, June 25, 2010 11:17 AM
**To:** Emma, Douglas
**Subject:** FW: Budget Pharmacy

2765 –  2,935 unites per month     TH set at  2400

**From:** Howenstein, Kim
**Sent:** Monday, June 07, 2010 12:29 PM
**To:** Emma, Douglas
**Subject:** Budget Pharmacy

Budget Pharmacy
361 Norway Ave
Huntington, WV

BG6892625
12 months worth of dispense data
0 SOM Events

9193 –         14,000 TH set at 16,000
2882 –          6,500  TH set at 7,000
9143 - 6,000   TH set at 12,000

This usage report was sent in as a hard copy through the mail. I will scan the document and place it in the repository. The report is a combination of controls and non-controls. If there are other families you would like me to analyze please let me know.

Thanks,

Kim

Kim Howenstein

HIGHLY CONFIDENTIAL                                             CAH_FEDWV_00000168

Sr Coord, Quality Assurance|QRA
7000 Cardinal Place
Dublin, OH 43017
Phone: (614) 757-5524

**Howenstein, Kim**

---

**From:** Howenstein, Kim
**Sent:** Monday, June 07, 2010 12:29 PM
**To:** Emma, Douglas
**Subject:** Budget Pharmacy

Budget Pharmacy
361 Norway Ave
Huntington, WV

BG6892625
12 months worth of dispense data
0 SOM Events

9193 –        14,000 TH set at 16,000
2882 –         6,500  TH set at 7,000
9143 - 6,000  TH set at 12,000

This usage report was sent in as a hard copy through the mail. I will scan the document and place it in the repository. The report is a combination of controls and non-controls. If there are other families you would like me to analyze please let me know.

Thanks,

Kim

Kim Howenstein
Sr Coord, Quality Assurance|QRA
7000 Cardinal Place
Dublin, OH 43017
Phone: (614) 757-5524

6/7/2010
HIGHLY CONFIDENTIAL

**Nelson, Deidre**

---

**From:**          "Inquisite Server" [administrator@myserver.com]
**Sent:**          Thursday, April 15, 2010 8:30 AM
**To:**            GMB-QRA-ComplianceAgreement
**Subject:**       Response for Compliance Agreement

```
E-mail notification for survey response
Survey Title: Compliance Agreement
Respondent Unique Key: INQ-20100415072935-1376921799 Response Date: Thu, Apr 15, 2010
07:30:10


Page 1

    (Customer Name)
    {Enter text answer}
    [ budget discount pharmacy ]

    [*]
    By submitting this form with this box checked, I am certifying that the
    above is agreed to by a duly authorized officer, partner, or principal of
    Customer.
    {Choose if appropriate}

    DEA Number of Customer:
    {Enter text answer}
    [ bg6892625 ]

    Full Name of Person Completing Form:
    {Enter text answer}
    [ richard finley ]

    Title of Person Completing Form:
    {Enter text answer}
    [ owner/ rph ]
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000171
P-42108_00007

## Hammond, Tawney

| | |
|---|---|
| **From:** | Kave, Jesse |
| **Sent:** | Monday, April 19, 2010 1:04 PM |
| **To:** | GMB-QRA-Anti-Diversion |
| **Subject:** | Budget Pharmacy DEA#BG6892625 (New customer) QRA site visit pictures |

Site visit pictures also the 7 page questionnaire was done.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*



HIGHLY CONFIDENTIAL





4/19/2010
HIGHLY CONFIDENTIAL









4/19/2010
HIGHLY CONFIDENTIAL





4/19/2010
HIGHLY CONFIDENTIAL





4/19/2010
HIGHLY CONFIDENTIAL









4/19/2010
HIGHLY CONFIDENTIAL



**How to save a picture**
Simply right-click on it, then "Save Image As...".   (Mac users: drag the picture to your desktop.)

# Free Software!

Organize, print, and share your
digital photos using FREE Kodak
EasyShare software. <u>Download
the software</u>





# Get 20 Free Prints

<u>Get started for
free</u> at
kodakgallery.com
and we'll give you
20 free prints
(new members
only). Plus,
create photo
mugs, books,
cards, and more!

**Anti-Diversion New Customer Set-Up Checklist**

| Customer name: | budget discount pharmacy | | |
|---|---|---|---|
| DEA number: | bg6892625 | | |
| Address: | 361 norway ave  Huntington WV  25705 | | |
| | | | |
| Account type: | Retail Independent | Division: | 8-Wheeling |
| Today's date: | 04/19/10 | Region: | Central (Kim H.) |

| Checklist (check box) 1st Verification | Added | Checklist (check box) 2nd Verification | Reviewed |
|---|---|---|---|
| Compliance Statement | ☑ | Compliance Statement | ☑ |
| KYC Document | ☑ | KYC Document | ☑ |
| Website Research | ☑ | Website Research | ☑ |
| DEA License | ☑ | DEA License | ☑ |
| Pharmacist(s) License | ☑ | Pharmacist(s) License | ☑ |
| Technician(s) License | ☑ | Technician(s) License | ☑ |
| Dr. License (where applicable) | ☑ | Dr. License (where applicable) | ☑ |
| RN License (where applicable) | ☐ | RN License (where applicable) | ☐ |
| Google Map Location | ☑ | Google Map Location | ☑ |
| Photos (retail accounts only) | ☑ | Photos (retail accounts only) | ☑ |
| Ryan Haight Act Question | ☐ | Ryan Haight Act Question | ☐ |
| Contract Pricing Declaration/On-Site Verification Form | ☐ | Contract Pricing Declaration/On-Site Verification Form | ☐ |

**Comments:**

Richard Finley RPH (pharmacist in charge)has discipline and answered no on the questionnaire. WV requires $10 fee to be mailed to W.V BOP 232 Capitol St Charleston WV 25301 in order to obtain info on the discipline. Faxed orders are at 30% they fill out of state prescriptions,verified with goolge maps that KY border is about 20 minutes and Ohio is about 7 minutes. Dr Davis Caraway had a malpractice case that was dismissed. Loss date 8/1997 action date 9/2001. The BOM site does state no disciplinary cases on file. The center for pain relief does not appear to have a valid license. Terminated license in packet, I also put the state corporation report in packet. It appeared to be terminated as well. Dr Ahmet Ozturk has malpractice cases that resulted in no discipline, added to packet does not indicate what the malpractice is. CHH Pain management does not come up in BOM database Amhet Ozturk is the medical director there.Included web page in packet.
Discipline for Richard Finley has to do with a pharmacy tech taking new prescriptions over the phone prior to Richard purchasing the pharmacy from a family member, the practice as since been corrected.

**REVIEWED**
**By Tawney Hammond at 3:23 pm, Apr 19, 2010**

HIGHLY CONFIDENTIAL

**Red-Flag Checklist (check one box for each flag)**

| Retail Independent Questionnaires | Yes/No? |
|---|---|
| The pharmacy, owner, and/or Pharmacist-In-Charge (PIC) had a DEA registration or state pharmacy license suspended, revoked, or disciplined | Yes |
| The pharmacy fills prescriptions for out-of-state patients | Yes |
| The pharmacy fills prescriptions written by prescribers in others states | No |
| The pharmacy is affiliated with other pharmacies or Internet web sites | No |
| The pharmacy received more than 20% of their prescriptions via fax or internet | Yes |
| The pharmacy received over 15% cash payments for prescriptions | No |
| The pharmacy indicated that they do not have a front-end section | No |

| Managed Care Questionnaires | Yes/No? |
|---|---|
| Pharmacies or warehouses operated by the LTC/IS facility has had a DEA registration, state permit (pharmacy), or state controlled substance permit suspended, revoked or disciplined | |
| The Pharmacist-In-Charge (PIC) working at the pharmacy has ever had his/her license(s) suspended, revoked, or disciplined | Yes/No? |
| The organization fills new prescriptions and/or sells pharmaceuticals via the internet | Yes/No? |
| Internet prescriptions account for more than 30% of the total prescriptions | Yes/No? |
| If the % of non-injectable purchases are greater than the % of injectable purchases | Yes/No? |
| Phentermine is one of the top five most utilized controlled substances | Yes/No? |

| Hospital/Surgery Center Questionnaires | Yes/No? |
|---|---|
| There is only one individual responsible for ordering, monitoring, and invoicing of products | Yes/No? |
| Any of the DEA registrants (pharmacies, physicans, dentists, etc.) associated with the Hospital/Surgery Centers and acquiring drugs based on their DEA license has had a DEA registration, state permit (pharmacy), or state controlled substance permit suspended, revoked or disciplined | Yes/No? |
| The Pharmacist-In-Charge (PIC) working in the Hospital pharmacy has ever had his/her license(s) suspended, revoked or disciplined | Yes/No? |
| The organization fills new prescriptions and/or sells pharmaceuticals via the internet | Yes/No? |
| Cash transactions conducted outside of the patient bill | Yes/No? |
| If the % of non-injectable purchases are greater than the % of injectable purchases | Yes/No? |
| Phentermine is one of top five most utilized controlled substances | Yes/No? |
| The % of Hydrocodone and Oxycodone purchases account for 76% to 100% of all controlled substance purchases | Yes/No? |
| Hospital/Surgery Center provides specialty services to a pain management clinic and/or weight loss clinic | Yes/No? |
| There is no explanation for how often controlled substance usage analysis is conducted | Yes/No? |

| | |
|---|---|
| Are any of the stated utilization quantities greater than small baseline thresholds for their particular business segment? | No |
| Comments: Ok | |
| Has this customer been reviewed with a Pharmacist? | Yes |
| Comments: Michael Mone, Chris Forst & Doug Emma reviwed and gave their OK | |

**Additional Comments / Oberservations:**

The owner and pharmacist Richard Finley has been disciplined
The pharmacy fills scripts for patients that reside out of the state in OH & KY
The service 2 pain mgmt clinics
Service Hospice

*Approved by:*                                        Date:

APPROVED
By kim.howenstein at 11:32 am, May 03, 2010

**Howenstein, Kim**

| | |
|---|---|
| **From:** | Emma, Douglas |
| **Sent:** | Monday, May 03, 2010 11:55 AM |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: Red Flag Question |

Kim,
The rest is okay

De

---

**From:** Howenstein, Kim
**Sent:** Monday, May 03, 2010 8:28 AM
**To:** Emma, Douglas
**Subject:** FW: Red Flag Question

Jesse Kave the sales rep called Richard Finley at Budget Pharmacy to find out what the discipline was.

Richard Finley bought the store from a family member 8 years ago. At the time, there was a tech taking new prescriptions over the phone. Richard was disciplined for that practice that was taking place prior to him buying the business. He has since changed that practice.

I spoke to Michael Mone about this and he gave his OK!

Kim

Is the rest ok?

Richard Finley RPH & Owner has discipline and answered no on the questionnaire. WV requires $10 fee be mailed to W.V BOP 232 Capitol St Charleston WV 25301 in order to obtain info on the discipline. **Faxed orders are at 30% they fill out of state prescriptions in OH & KY verified with Google maps that KY border is about 20 minutes and Ohio is about 7 minutes.**

**The service 2 pain mgmt clinics**
**Dr. Ahmet Ozturk has no discipline but had 2 malpractice cases in 1995 and 1997 & David Caraway has no discipline but had a malpractice case in 2001 which was dismissed.**
**Service Hospice**

---

**From:** Emma, Douglas
**Sent:** Friday, April 30, 2010 12:52 PM
**To:** Howenstein, Kim
**Subject:** RE: Red Flag Question

Kim,
I think we need to know what disciplinary action was taken on his license and that he was not truthful on the questionnaire needs to be scrutinized closely.
DE

---

5/3/2010
HIGHLY CONFIDENTIAL

**From:** Howenstein, Kim
**Sent:** Friday, April 30, 2010 11:39 AM
**To:** Emma, Douglas
**Subject:** Red Flag Question

I have a pharmacy in West Virginia called Budget Discount Pharmacy

Richard Finley RPH & Owner has discipline and answered no on the questionnaire. WV requires $10 fee be mailed to W.V BOP 232 Capitol St Charleston WV 25301 in order to obtain info on the discipline. Faxed orders are at 30% they fill out of state prescriptions in OH & KY verified with Google maps that KY border is about 20 minutes and Ohio is about 7 minutes.


The service 2 pain mgmt clinics
Dr. Ahmet Ozturk has no discipline but had 2 malpractice cases in 1995 and 1997 & David Caraway has no discipline but had a malpractice case in 2001 which was dismissed.
Service Hospice


Reasonable?

Thanks,

Kim

Kim Howenstein
Sr Coord, Quality Assurance|QRA
7000 Cardinal Place
Dublin, OH 43017
Phone: (614) 757-5524

HIGHLY CONFIDENTIAL

**Howenstein, Kim**

**From:** Howenstein, Kim
**Sent:** Monday, May 03, 2010 9:27 AM
**To:**   Howenstein, Kim

Jesse Kave the sales rep called Richard Finley at Budget Pharmacy to find out what the discipline was.

Richard Finley bought the store from a family member 8 years ago. At the time, there was a tech taking new prescriptions over the phone. Richard was disciplined for that practice that was taking place prior to him buying the business. He has since changed that practice.

I spoke to Michael Mone about this and he gave his OK!

Kim

Kim Howenstein
Sr Coord, Quality Assurance|QRA
7000 Cardinal Place
Dublin, OH 43017
Phone: (614) 757-5524

**Howenstein, Kim**

| | |
|---|---|
| **From:** | Forst, Christopher |
| **Sent:** | Monday, May 03, 2010 11:29 AM |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: Red Flag Question |

Yes, this is fine.

Chris

Christopher J. Forst, BSPha, MPA, FAPhA
Director, Anti-Diversion and Supply Chain Integrity

**From:** Howenstein, Kim
**Sent:** Monday, May 03, 2010 11:20 AM
**To:** Forst, Christopher
**Subject:** Red Flag Question

Chris,

I talked to Michael about this one this morning. Are you ok with the below highlight as we figured out what the discipline was.

Jesse Kave the sales rep called Richard Finley at Budget Pharmacy to find out what the discipline was.

Richard Finley bought the store from a family member 8 years ago. At the time, there was a tech taking new prescriptions over the phone. Richard was disciplined for that practice that was taking place prior to him buying the business. He has since changed that practice.

I spoke to Michael Mone about this and he gave his OK!

Kim

Is the rest ok?

Richard Finley RPH & Owner has discipline and answered no on the questionnaire. WV requires $10 fee be mailed to W.V BOP 232 Capitol St Charleston WV 25301 in order to obtain info on the discipline. **Faxed orders are at 30% they fill out of state prescriptions in OH & KY verified with Google maps that KY border is about 20 minutes and Ohio is about 7 minutes.**

**The service 2 pain mgmt clinics**
**Dr. Ahmet Ozturk has no discipline but had 2 malpractice cases in 1995 and 1997 & David Caraway has no discipline but had a malpractice case in 2001 which was dismissed.**
**Service Hospice**

**From:** Emma, Douglas
**Sent:** Friday, April 30, 2010 12:52 PM
**To:** Howenstein, Kim

5/3/2010

HIGHLY CONFIDENTIAL

**Subject:** RE: Red Flag Question

Kim,
I think we need to know what disciplinary action was taken on his license and that he was not truthful on the questionnaire needs to be scrutinized closely.
DE

---

**From:** Howenstein, Kim
**Sent:** Friday, April 30, 2010 11:39 AM
**To:** Emma, Douglas
**Subject:** Red Flag Question

I have a pharmacy in West Virginia called Budget Discount Pharmacy

Richard Finley RPH & Owner has discipline and answered no on the questionnaire. WV requires $10 fee be mailed to W.V BOP 232 Capitol St Charleston WV 25301 in order to obtain info on the discipline. Faxed orders are at 30% they fill out of state prescriptions in OH & KY verified with Google maps that KY border is about 20 minutes and Ohio is about 7 minutes.

The service 2 pain mgmt clinics
Dr. Ahmet Ozturk has no discipline but had 2 malpractice cases in 1995 and 1997 & David Caraway has no discipline but had a malpractice case in 2001 which was dismissed.
Service Hospice

Reasonable?

Thanks,

Kim

Kim Howenstein
Sr Coord, Quality Assurance|QRA
7000 Cardinal Place
Dublin, OH 43017
Phone: (614) 757-5524

## Howenstein, Kim

**From:** Howenstein, Kim
**Sent:** Monday, May 03, 2010 9:27 AM
**To:** Howenstein, Kim

Jesse Kave the sales rep called Richard Finley at Budget Pharmacy to find out what the discipline was.

Richard Finley bought the store from a family member 8 years ago. At the time, there was a tech taking new prescriptions over the phone. Richard was disciplined for that practice that was taking place prior to him buying the business. He has since changed that practice.

I spoke to Michael Mone about this and he gave his OK!

Kim

Kim Howenstein
Sr Coord, Quality Assurance|QRA
7000 Cardinal Place
Dublin, OH 43017
Phone: (614) 757-5524

5/3/2010
HIGHLY CONFIDENTIAL



# Business Details

| License Number | MP0552325 |
|---|---|
| Business Type | Multi-Site Community Pharmacy |
| Business Name | G & R LLC DBA: Budget Discount Pharmacy |
| Address1 | 361 Norway Avenue |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25705 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Richard K. Finley |
| Date Issued | 07/19/2000 |
| Expiration Date | 06/30/2010 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 26, 2010.

HIGHLY CONFIDENTIAL                                                                                          CAH_FEDWV_00000189
P-42108_00025



WV.GOV – WVBOM

West Virginia
Board of Medicine

| Board Information |
|---|
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2009 |

# West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results: | **Licensee Detailed Information** |
|---|---|
| Full Name: | **LINDA MILLER SAVORY, M.D.** |
| Born: | 1947 |
| Preferred Mailing Address: | 9604 CO RD 107<br>36 ROMAN HARBOR<br>PROCTORVILLE, OH 45669 |
| Primary Work Location: | 1115 20TH STREET<br>HUNTINGTON, WV 25703 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 11513  ACTIVE |
| Originally Granted: | 5/1/1978 |
| Next Expires: | 6/30/2011 |
| Also Licensed Or Has Been Licensed In: | **MICHIGAN    WEST VIRGINIA** |
| Medical School: | UNIVERSITY OF MICHIGAN MEDICAL SCHOOL, MI (06/03/1977) |
| Post-Graduate Training: | ST JOE'S MRCY HOSPITAL, ANN ARBOR, MI (07/01/1978) |
| Primary Specialty | FAMILY PRACTICE |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000190

P-42108_00026

| Newsletter |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| Related Links |

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

(Self-Designated):

Secondary Specialty NO SECONDARY SPECIALTY ON FILE
(Self-Designated):

PAs Currently Supervised: NO CURRENT SUPERVISION

Discipline: NO DISCIPLINE CASES ON RECORD

Malpractice: NO MALPRACTICE CASES ON RECORD

**3** Results Found
Last Name Like: **"savory"**   First Name Like: **""**   Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| SAVORY, JAMES EUGENE | MD | |
| SAVORY, LINDA MILLER | MD | PROCTORVILLE, OH |
| SAVORY, THOMAS KEYES | MD | HUNTINGTON, WV |

[ New Search ]

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web
Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000191
P-42108_00027

 

**Current Date:** 4/30/2010          **Data File Release Date:** 04/07/2010

## Drug Enforcement Administration (DEA) Datafiles -Both

### Registrant Profile

*for*

### CARAWAY, DAVID L MD

|  |  |
|---|---|
| Address: | THE CENTER FOR PAIN RELIEF TRI STATE, PL |
|  | 2900 FIRST AVEUNE |
|  | 1ST FLOOR |
|  | HUNTINGTON |
| State and Zip: | WV 25702 |
| DEA Number: | BC7126142 |
| Business Activity Code: | C |
| Business Activity Sub Code: | 0 |
| Drug Schedule: | 22N 33N 4 5 |
| Drug Codes: |  |
| Expiration Date: | 8/31/2012 |
| Payment Indicator: | P |



HIGHLY CONFIDENTIAL                                                        CAH_FEDWV_00000192

P-42108_00028



# Budget Discount Pharmacy

Huntington, WV 25705

Pharmacy Jobs in Huntingto

**Other Local Pharmacies:**

CVS Pharmacy, Huntington, WV
Wal-Mart Pharmacy, Huntington, WV
Rite Aid Pharmacy, Huntington, WV
Kroger Pharmacy, Huntington, WV
CVS Pharmacy, Huntington, WV

## Pharmacy Technician
Your Guide To Health Education And Careers. Find The Right School Now!
www.AllAlliedHealthSchools.com

Sponsorec

© 2010 UCompareHealthCare, LLC | Privacy Policy | Contact Us | About Us | Advertise | Sitemap

We comply with the HONcode standard for
health trustworthy information: verify here.



HIGHLY CONFIDENTIAL

A. **Budget Discount Pharmacy**
361 Norway Avenue, Huntington, WV -
(304) 697-5090

Report a problem

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000196

P-42108_00032

Web  Images  Videos  **Maps**  News  Shopping  Gmail  more ▾                    Help | Sign in

budget discount pharmacy, wv          Search Maps  Show search options

Find businesses, addresses and places of interest.

Get Directions   My Maps                    Edit this place - Business owner?                    Print    Email    Link

# Budget Discount Pharmacy

361 Norway Avenue, Huntington, WV 25705-1320

(304) 697-5090

Directions  Search nearby  more▾

**Category:** Pharmacy

**Details**



**Brand**: Custom Birth, Esther Price Candy, Little Giraffe, Sale & Rentals of Hollister Breast **Products And Services**: Announcements & Invitations, By Pharmacists You Know & Who Know You, Compounding, ...

**Additional Information**: Drive Thru Compounding, Since 1975, Sale & Rentals of Hollister Breast Pumps &... **In Business Since**: 1975

More details »

SuperPages.com



**Reviews**                                                                  Write a review

Be the first to write a review

**More about this place**

Huntington Doctors, Dentists, Hospitals, other Healthcare providers

... **Budget Discount Pharmacy** 304-697-5090, **Pharmacy** ( **Pharmacist** ), 361 Norway Ave, Huntington, **WV** - 25705 ...

**wv**-huntington.doctors.at/doctor/180

St. Mary's Hospital - HUNTINGTON, **WV** - Nursing Home Abuse and Neglect Report

... St. Mary's Hospital - HUNTINGTON, **WV** - Nursing Home Abuse and Neglect Report ...

www.nursing-homes-ratings.com/**WV**/.../ST_MARY_S_HOSP...

Sponsored Links

CVS/pharmacy
Easily view, refill and transfer your prescriptions at CVS.com!
www.CVS.com

Compounding Pharmacy
We make medication work for you!
Call the pharmacy today and Save
www.ppcpharmacy.com

HIGHLY CONFIDENTIAL                                                        CAH_FEDWV_00000197

P-42108_00033

Case 3:17-cv-01362   Document 1516-10   Filed 01/13/22   Page 34 of 132 PageID #: 77551

Area drug stores - The Herald Dispatch
**...** **Budget Discount Pharmacy**, 361 Norway Ave., Huntington, 9 a.m. to 6 p.m. Monday through Friday, 9 a.m. to 1 p.m. Saturday **...**
www.herald-dispatch.com/specialsections/.../Area-drug-stores

Additional Information: Drive Thru Compounding, Since 1975, Sale & Rentals of Hollister Breast **...**
**...** Products And Services: Announcements & Invitations, By **Pharmacists** You Know & Who Know You, Compounding, Custom Birth Announcements & Invitations, Delivery, Delivery Services, Drive Thru **...**
www.superpages.com/...**WV**/**Budget**-**Discount**-**Pharmacy**-L20...

**Budget Discount Pharmacy** - Huntington **West Virginia (WV)**
**...** 361 Norway Ave Huntington, **WV** 25705 304) 697-5090. Map of **Budget Discount Pharmacy**. CVS **Pharmacy**, Huntington, **WV** Wal-Mart **Pharmacy**, Huntington, **WV** Rite Aid **Pharmacy**, Huntington, **WV** Kroger **...**
www.ucomparehealthcare.com/**pharmacy**/.../**budget_discount**_...

Stairlifts by Home Access
Local West Virginia Company
Contact us today!
www.myhomeaccess.com

Phentremine Diet Pills
Lose Weight Today. 90 Day Free Ship
Low Prices. No Prescription-No Fees
www.eDietPillShop.com

---

| budget discount pharmacy, wv | Search Maps |

Report a problem - Edit this place - Terms of Use - Help

---

Google Home - Advertising Programs - Privacy - About Google

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000198
P-42108_00034

 

**Current Date:** 4/30/2010                    **Data File Release Date:** 04/07/2010

## Drug Enforcement Administration (DEA) Datafiles -Both

### Registrant Profile

*for*

### OZTURK, AHMET H MD

|                          |                              |
|--------------------------|------------------------------|
| Address:                 | CABELL HUNTINGTON HOSPITAL   |
|                          | REGIONAL PAIN MANAGEMENT CTR |
|                          | 1623 THIRTEENTH AVENUE       |
|                          | HUNTINGTON                   |
| State and Zip:           | WV 25701                     |
| DEA Number:              | BO1101512                    |
| Business Activity Code:  | C                            |
| Business Activity Sub Code: | 0                         |
| Drug Schedule:           | 22N 33N 4 5                  |
| Drug Codes:              |                              |
| Expiration Date:         | 12/31/2011                   |
| Payment Indicator:       | P                            |

HIGHLY CONFIDENTIAL                    CAH_FEDWV_00000199

P-42108_00035



# Pharmacies Directory, Pharmacist and Pharmacy Technician Jobs
### Over 50,000 Pharmacies U.S. Nationwide

**FIND THE PERFECT JOB!**

*keywords*

*location*

within 25 miles    GO!

**CVS/pharmacy**
Find a local CVS, shop our weekly circular, manage your prescriptions
www.CVS.com

**Pharmacy Technician Jobs**
Pharmacy Technician Jobs posted, search nationwide and apply online.
www.iHirePharmacy.com

**Pharmacy Schools Online**
Pharmacy School Info Request Info Quick & Easy!
FindEducationOptions.com

Ads by Google

Go Mobile with GoGettem.Mobi      NPI Database Search - FAST SEARCH of 2.5 Million Medical Providers!      Jobs by SimplyHired

Ads by Google

**Wheeling Island Casino**
World Class Casino in West Virginia Free Slot Play+Buffet. Visit Us Now
www.WheelingIsland.com

**Pharmacy Degree Jobs**
Looking for Pharmacy Schools? Compare Info of Dozens of Schools!
FindEducationOptions.com

**CVS/pharmacy**
Find a local CVS, shop our weekly circular, manage your prescriptions
www.CVS.com

**Pharmacy Technician**
Your Guide To Health Education And Careers. Find The Right School Now!
www.AllAlliedHealthSchools.co

**Online Pharmacy Degrees**
Research Online Pharmacy Degrees. Fast, Affordable and Effective.
WorldWideLearn.com/Pharma

## West Virginia Pharmacies

## G and R Llc

**135 Norway Ave**
**Huntington, WV 25705**
**(304)697-5090**



G and R Llc
135 Norway Ave
Huntington, WV 25705
(304)697-5090

Ads by Google

**Pharmacy Tech Schools**
Request Info from Pharmacy Technician Schools in Your Area!
www.collegebound.net

**Pharmacy Technician Position**
Search multiple engines for pharmacy technician position
www.webcrawler.com

**Online Pharmacy Tech**
Join a Flexible Course w/ Superior Course Material & Live Support!
www.PharmacyTrainingOnline

**Work in a Pharmacy**
Become a Pharmacy Tech With an Online Certificate. Request Info!
www.eLearners.com/Pharmac

**Compounding Hormone MDs**
Most Highly Trained Physicians in Bioidentical Compounding Hormones.

Copyright © pharmacy-directory.info

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000200

P-42108_00036

WV.GOV - WVBOM



West Virginia
**Board of Medicine**

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2009 |
| Newsletter |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| Related Links |

**WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084**

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

| Search Type | Search by - Company Name |
| --- | --- |
| ● Name | Company Name |
| ○ Company Name | |
| ○ License Number | |
| ○ License Type | Company Type |
| ○ Specialty | Any |
| ○ Work Location | License Status |
| | Any |

**1 Results Found**
Company Name Like: **"cabel"**    Company Type: **All**    **Status: All**

| Company Name ▲ | City, State |
| --- | --- |
| CABELL EMERGENCY PHYSICIAN SERVICES, INC. | ONA, WV |

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

http://www.wvbom.wv.gov/licenseSearch.asp?QueueNumber=1&Radio=2[4/19/2010 3:16:07 PM]

HIGHLY CONFIDENTIAL

WV.GOV – WVBOM



West Virginia
**Board of Medicine**

**Board Information**
WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements
**Laws and Rules**
Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain
**Licensure**
Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment
**Miscellaneous**
Licensee Search
Directory
Annual Report 2009
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084**

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

| Search Results: | Company Detailed Information |
|---|---|

Company Name: **THE CENTER FOR PAIN RELIEF AT ST. MARY'S , P.C.**

Company Type: MEDICAL CORPORATION

Registration # & Status: # 01294 -- TERMINATED

Organized at Sec. of State: NO DATE ON FILE -- CHECK ONLINE

Authorized by WVBOM: 10/1/1997

Registration Terminated: 10/1/2003

Preferred Mailing Address: 2900 1ST AVENUE, 6TH FLOOR
HUNTINGTON, WV 25702

Current Member(s): NO RECORDS FOUND

Past Member(s): RICHARD GRAHAM BOWMAN, II, MD   (ENDED: 10/01/2003)
DAVID LEE CARAWAY, MD   (ENDED: 10/01/2003)
FELIX R. MUNIZ, MD   (ENDED: 10/01/2003)

**2 Results Found**
Company Name Like: **"center for pain relief"**   Company Type: **All**
Status: **All**

| Company Name ▲ | City, State |
|---|---|
| THE CENTER FOR PAIN RELIEF AT ST. MARY'S , P.C. | HUNTINGTON, WV |
| THE CENTER FOR PAIN RELIEF, INC. | CHARLESTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.



## West Virginia Secretary of State
# Business Organization Information System

Home                On-Line Reference

Please click on the organization you wish to view or Click Here
to return to the search form

Organizations    DBA Names    Name Changes    Registrations/Reservations

| Organization Name | Org Type | Effective Date | Termination Date | Termination Reason | Charter | Class |
|---|---|---|---|---|---|---|
| CENTER FOR PAIN RELIEF AT ST. MARY'S P.C. | C | 10/1/1997 | 5/21/2003 | R | D | P |
| CENTER FOR PAIN RELIEF SYSTEMS,LLC | LLC | 1/27/1999 | 4/14/2008 | T | D | P |
| CENTER FOR PAIN RELIEF TRI STATE, PLLC | PLC | 12/8/2005 | | | D | P |
| CENTER FOR PAIN RELIEF, INC. | C | 10/1/1997 | | | D | P |

Top of Page

| DBA Name | DBA Type | Effective Date |
|---|---|---|

Top of Page

| Old Organization Name | Change Type | Change Date |
|---|---|---|

Top of Page

| Registration/Reservation Name | Type | Effective Date |
|---|---|---|

Top of Page

Records Found: 4

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000203
P-42108_00039



WV.GOV - WVBOM

## West Virginia Board of Medicine

**West Virginia Board of Medicine Licensee Detail**

Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2009 |
| Newsletter |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| Related Links |

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

### Search Results: Licensee Detailed Information

| | |
| --- | --- |
| Full Name: | **AHMET HUSAMETTIN OZTURK, M.D.** |
| Born: | 1953 |
| Preferred Mailing Address: | PAIN CARE, PLLC<br>P. O. BOX 8166<br>HUNTINGTON, WV 25705 |
| Primary Work Location: | CHH REGIONAL PAIN MANAGEMENT CENTER.<br>1623 THIRTEENTH AVE.<br>HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 15431  ACTIVE |
| Originally Granted: | 3/14/1988 |
| Next Expires: | 6/30/2011 |
| Drug Dispensing Certificate: | # 00378  ACTIVE |
| Originally Granted: | 7/1/1991 |
| Next Expires: | 6/30/2011 |
| Also Licensed Or Has Been Licensed In: | FLORIDA   NEW JERSEY   NEW YORK   OHIO |
| Medical School: | MEDICAL FACULTY, ANKARA UNIVERSITY (TURKEY)<br>(08/17/1977) |
| Post-Graduate Training: | METHODIST HOSPITAL, BROOKLYN, NY (06/30/1987) |
| Primary Specialty (Self-Designated): | PAIN MEDICINE |
| Secondary Specialty (Self-Designated): | ANESTHESIOLOGY |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |

### Disciplinary Records for AHMET HUSAMETTIN OZTURK

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for AHMET HUSAMETTIN OZTURK

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000204
P-42108_00040

inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

## Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Judgment In Legal Action |
| Loss Date: | NO LOSS DATE IS AVAILABLE |
| Action Date: | 6/28/1995 |
| Amount: | $2,705,000 |
| Insurance Company: | PIE MUTUAL |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED--1995 |

## Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 7/7/1997 |
| Action Date: | 8/14/2000 |
| Amount: | $0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | 103363 |
| Adjucating Body: | CABELL CTY CIRCUIT COURT |
| Case Number of Adjucating Body: | CA 99-C-0522 |
| Notes: | DISMISSED BY PLAINTIFF |

New Search

HIGHLY CONFIDENTIAL

WVBOM - Search



WV.GOV - WVBOM

## West Virginia Board of Medicine

### West Virginia Board of Medicine Licensee Search

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Report 2009
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

### Search Results: Licensee Detailed Information

| | |
|---|---|
| Full Name: | **DAVID LEE CARAWAY, M.D.** |
| Born: | 1956 |
| Preferred Mailing Address: | P.O. BOX 11531 CHARLESTON, WV 25339-1531 |
| Primary Work Location: | 2900 1ST AVE. HUNTINGTON, WV 25702 (KANAWHA CO.) |
| Permanent License: | PERMANENT MEDICAL  # 18714  ACTIVE |
| Originally Granted: | 9/9/1996 |
| Next Expires: | 6/30/2010 |
| Temporary License: | # A0722  EXPIRED |
| Issued: | 7/24/1996 |
| Expired: | 9/9/1996 |
| Drug Dispensing Certificate: | # 02431  ACTIVE |
| Originally Granted: | 5/5/2000 |
| Next Expires: | 6/30/2011 |
| Also Licensed Or Has Been Licensed In: | VIRGINIA |
| Medical School: | UNIVERSITY OF VIRGINIA SCHOOL OF MEDICINE, VA (05/17/1992) |
| Post-Graduate Training: | UNIVERSITY VA HS CTR, CHARLOTTESVILLE, VA (06/30/1996) |
| Primary Specialty (Self-Designated): | ANESTHESIOLOGY |
| Secondary Specialty (Self-Designated): | PAIN MEDICINE |
| PAs Currently Supervised: | MARCELLA SUZANN RAMSEY, PA JESSICA ERIN RULEN-RIDDLE, PA |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | 1 CASE -- MORE INFORMATION |

**1** Results Found
Last Name Like: **"caraway"**   First Name Like: **""**   Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| CARAWAY, DAVID LEE | MD | CHARLESTON, WV |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000206
P-42108_00042

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web
Administrator.

HIGHLY CONFIDENTIAL                                                            CAH_FEDWV_00000207
                                                                                           P-42108_00043



WV.GOV - WVBOM

# West Virginia Board of Medicine

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| Board Public Hearings |
| Position Statements |

| Laws and Rules |
| --- |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |

| Licensure |
| --- |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |

| Miscellaneous |
| --- |
| Licensee Search |
| Directory |
| Annual Report 2009 |
| Newsletter |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| Related Links |

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

## West Virginia Board of Medicine Licensee Detail

Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

### Search Results: Licensee Detailed Information

| | |
| --- | --- |
| Full Name: | **DAVID LEE CARAWAY, M.D.** |
| Born: | 1956 |
| Preferred Mailing Address: | P.O. BOX 11531 CHARLESTON, WV 25339-1531 |
| Primary Work Location: | 2900 1ST AVE. HUNTINGTON, WV 25702 (KANAWHA CO.) |
| Permanent License: | PERMANENT MEDICAL  # 18714  ACTIVE |
| Originally Granted: | 9/9/1996 |
| Next Expires: | 6/30/2010 |
| Temporary License: # | A0722  EXPIRED |
| Issued: | 7/24/1996 |
| Expired: | 9/9/1996 |
| Drug Dispensing Certificate: # | 02431  ACTIVE |
| Originally Granted: | 5/5/2000 |
| Next Expires: | 6/30/2011 |
| Also Licensed Or Has Been Licensed In: | VIRGINIA |
| Medical School: | UNIVERSITY OF VIRGINIA SCHOOL OF MEDICINE, VA (05/17/1992) |
| Post-Graduate Training: | UNIVERSITY VA HS CTR, CHARLOTTESVILLE, VA (06/30/1996) |
| Primary Specialty (Self-Designated): | ANESTHESIOLOGY |
| Secondary Specialty (Self-Designated): | PAIN MEDICINE |
| PAs Currently Supervised: | MARCELLA SUZANN RAMSEY, PA JESSICA ERIN RULEN-RIDDLE, PA |

### Disciplinary Records for DAVID LEE CARAWAY

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for DAVID LEE CARAWAY

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000208

P-42108_00044

- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

| Malpractice Record: Case Detail | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 8/7/1997 |
| Action Date: | 9/11/2001 |
| Amount: | 0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | 102206 |
| Adjucating Body: | KANAWHA CTY CIRCUIT COURT |
| Case Number of Adjucating Body: | CA 99-C-1535 |
| Notes: | DISMISSED BY PLAINTIFF |

[ New Search ]

HIGHLY CONFIDENTIAL

WVBOM - Search

WV.GOV - WVBOM



## West Virginia
## Board of Medicine

**Board Information**
WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements
**Laws and Rules**
Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain
**Licensure**
Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment
**Miscellaneous**
Licensee Search
Directory
Annual Report 2009
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

**Search Results: Licensee Detailed Information**

| | |
|---|---|
| Full Name: | **AHMET HUSAMETTIN OZTURK, M.D.** |
| Born: | 1953 |
| Preferred Mailing Address: | PAIN CARE, PLLC<br>P. O. BOX 8166<br>HUNTINGTON, WV 25705 |
| Primary Work Location: | CHH REGIONAL PAIN MANAGEMENT CENTER.<br>1623 THIRTEENTH AVE.<br>HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 15431 ACTIVE |
| Originally Granted: | 3/14/1988 |
| Next Expires: | 6/30/2011 |
| Drug Dispensing Certificate: | # 00378 ACTIVE |
| Originally Granted: | 7/1/1991 |
| Next Expires: | 6/30/2011 |
| Also Licensed Or Has Been Licensed In: | FLORIDA   NEW JERSEY   NEW YORK   OHIO |
| Medical School: | MEDICAL FACULTY, ANKARA UNIVERSITY (TURKEY) (08/17/1977) |
| Post-Graduate Training: | METHODIST HOSPITAL, BROOKLYN, NY (06/30/1987) |
| Primary Specialty (Self-Designated): | PAIN MEDICINE |
| Secondary Specialty (Self-Designated): | ANESTHESIOLOGY |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | 2 CASES -- MORE INFORMATION |

**1** Results Found
Last Name Like: **"ozturk"**    First Name Like: **""**    Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| OZTURK, AHMET HUSAMETTIN | MD | HUNTINGTON, WV |

New Search

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000210
P-42108_00046

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000211
P-42108_00047



# Individual Details

| License Number | RP0004822 |
|---|---|
| License Type | Registered Pharmacist |
| Name | Finley, Richard K. |
| State of Current Residence | WV |
| Date Issued | |
| Expiration Date | 06/30/2010 |
| License Status | Active |
| Disciplinary Action | Yes-Please Call (304)-558-0558 |

[Another Query]

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 13, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000212
P-42108_00048



# Individual Details

| | |
|---|---|
| License Number | RP0002503 |
| License Type | Registered Pharmacist |
| Name | D'Egidio, Francis H. |
| State of Current Residence | WV |
| Date Issued | |
| Expiration Date | 06/30/2011 |
| License Status | Active |
| Disciplinary Action | No |

[Another Query]

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 13, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000213
P-42108_00049



# Individual Details

| License Number | RP0005364 |
|---|---|
| License Type | Registered Pharmacist |
| Name | Finley, Gina C. |
| State of Current Residence | WV |
| Date Issued | |
| Expiration Date | 06/30/2010 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 13, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000214
P-42108_00050



# Business Details

| License Number | SP0552322 |
|---|---|
| Business Type | Single-Site Community Pharmacy |
| Business Name | Budget Disc Phcy |
| Address1 | 361 Norway Avenue |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25705 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Richard K. Finley |
| Date Issued | |
| Expiration Date | 06/30/2001 |
| Status | Closed |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 13, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000215

P-42108_00051



## Community Profile

**Community Profile**:  Demographics and Labor Force | Business and Industry | Community Data | New Investments | Higher Education | Healthcare | Top Employers | Area Maps

### *Healthcare*

With eight hospitals, a medical school, the largest private physician practice in West Virginia, and an array of highly specialized services, Tri-State residents enjoy an unparalleled level of quality healthcare in a rural environment.

**Cabell Huntington Hospital**
(http://cabellhuntington.org) is a regional, 303-bed referral center in Huntington, WV. Opened in 1956, it is also a teaching hospital and is affiliated with Marshall University Schools of Medicine and Nursing. Thanks to its quality medical facilities, advanced equipment, and a highly skilled interdisciplinary team, Cabell Huntington is a leader in many special care services.



The Neonatal Intensive Care Unit is one of only three Level III units in the state of West Virginia. Recently increased to 36 beds and one isolation area, the NICU encompasses emergency, critical, diagnostic and therapeutic care for premature and critically ill newborns.

The Burn Intensive Care Unit is the only unit of its kind in West Virginia, with the closest similar units in Pittsburgh, Cincinnati and Columbus, Ohio.

The Pediatric Intensive Care Unit, one of only three in West Virginia, is a ten-bed unit designed to meet the critical care special needs of seriously ill children from infancy to age 16. It has four beds with step-down capabilities and a new state-of-the-art computer monitoring system.

Cabell Huntington Hospital offered the first specialized pediatric transport services in West Virginia, and transports an average of 370 critically ill or injured infants and children each year.

Cabell Huntington has become a leader in emergency treatment with the country's first Level II joint trauma center. Located just minutes away from I-64, it is easily reached by ambulance and helicopter transport services. The recently renovated emergency department includes 30 exam and five trauma rooms.

The **Edwards Comprehensive Cancer Center**
(http://edwardsccc.org) was established through a strong partnership with the Marshall University Joan C. Edwards School of Medicine. It offers patients access to experienced and respected physicians, radiologists and surgeons, a skilled and caring nursing staff and the most current protocols for cancer diagnosis, treatment and care. Patients have access to a full range of diagnosis and treatment services, including

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000216

P-42108_00052



surgery, radiation, chemotherapy, laboratory testing, clinical
trials and support services.

Marshall University's **Joan C. Edwards School of Medicine**
([http://musom.marshall.edu](http://musom.marshall.edu)) is a state-supported, community-based medical school
established in 1977. It is committed to providing high quality medical education and
residency training in rural health primary care specialties, with research also focused
on rural health issues, and has consistently been honored through the Family Practice
Percentage Awards program of the American Academy of Family Physicians.

**St. Mary's Medical Center**

([http://www.st-marys.org](http://www.st-marys.org)) is the largest
medical facility in the Tri-State region of
WV, OH and KY, and is the area's
recognized leader in comprehensive
cardiac care. Board-certified cardiologists
specialize in both invasive and non-
invasive procedures, and board-certified
cardiothoracic surgeons perform more
than 500 open heart surgeries annually.
St. Mary's Regional Heart Institute offers
open heart surgery, with three open
heart surgical suites, and a specialized open heart recovery unit.

For over 40 years, St. Mary's Regional Cancer Center has been on the front lines of
the battle with cancer. St. Mary's provides a full range of radiation, medical and
surgical oncology services, and is designated as a Comprehensive Community Cancer
Center by the American College of Surgeons. It is the only cancer center in
Huntington that qualifies to be a member of the Association of Community Cancer
Centers. St. Mary's Radiation Oncology Department is accredited by the American
College of Radiation Oncology (ACRO). ACRO strives to ensure the highest quality
care for radiation therapy patients and promote success in the practice of radiation
oncology through education, responsible socio-economic advocacy, and integration of
science and technology into clinical practice.

The majority of neurosurgical procedures in Huntington are performed at St. Mary's
Medical Center. A specialized neuroscience unit has been designated for adult
neurology and neurosurgery patients, including stroke patients. The Neuroscience
Specialty Unit (NSU) is a four-bed intermediate care unit. Patients in this unit include
those with acute neurological or neurosurgical problems requiring frequent
monitoring. Some common diagnoses include post-operative neurosurgery, strokes,
intra-cerebral hemorrhages, cerebral aneurysms and seizures.

St. Mary's CyberKnife® Center offers new hope, with fewer treatments, to patients
with lesions diagnosed as inoperable and untreatable. The CyberKnife® Center gives
patients the benefit of no incision, blood, pain or anesthesia.

Other area healthcare facilities include, but are not limited to:

**Marshall University Physicians & Surgeons**
([http://musom.marshall.edu/medctr/](http://musom.marshall.edu/medctr/)) is the faculty practice business corporation of
Marshall University's Joan C. Edwards School of Medicine. The 170 physicians provide
primary, secondary, and tertiary care services in the community, including Psychiatry
& Behavioral Medicine, Internal Medicine, Geriatrics, Family Medicine, Surgery, Oral &
Maxillofacial Surgery, Pediatrics, Obstetrics & Gynecology, and operate eight satellite
offices in Cabell & Wayne Counties. MUP&S has been ranked as one of West

HIGHLY CONFIDENTIAL

Virginia's top 100 private employers since 2002, and provides more than 50 percent of the medical school's $100 million annual operating budget.

**Huntington Ear, Nose, Throat Specialists** (http://www.entdocsonline.com/) provides comprehensive specialized care in general ear, nose and throat, deafness, balance disorders, sinus diseases, allergy, snoring, head and neck surgery, audiology, and hearing aid services. Office locations include Huntington and Hurricane, WV and Ashland, KY.

**Valley Health Systems, Inc.** (http://www.valleyhealth.org/) is an integrated network of primary healthcare centers and public health programs that provide comprehensive medical services in West Virginia and southern Ohio. Started in 1975, Valley Health medical experts now offer services such as family practice, internal medicine, pediatrics and adolescent care, OB/GYN, dentistry, laboratory, pharmacy, x-ray, and ultrasound through 28 health centers and public specialty programs.

**Huntington Internal Medicine Group** is the largest multi-specialty group practice in West Virginia with over 60 physicians, physician assistants and nurse practitioners in primary care, medical sub-specialties, and general surgery.

**Veteran's Administration Medical Center** (http://www.huntington.va.gov) in Huntington serves veterans from the Tri-State area of WV, OH, and KY. Health services include same-day surgery, spinal cord injury, women's health, mental health clinic, pharmacy, returning veteran's transition, and comprehensive social work resources.

**River Park Hospital** offers a wide range of mental health services for children, adolescent, adult, and geriatric populations in inpatient, outpatient, and residential settings. Intensive programs use a variety of integrated treatment options to address behavioral, emotional and addictive disorders.

**Mildred Mitchell-Bateman Hospital** is a 110-bed state supported psychiatric hospital. It is a training hospital for future health care professionals from the Tri-State area of WV, OH, and KY, providing on-site learning experiences for educating physicians, nurses, psychologists, counselors, health care administrators, technicians and support staff.

**HealthSouth Rehabilitation Hospital of Huntington** is a 52-bed acute care inpatient rehabilitation hospital serving the Tri-state area for over 15 years. Programs include Amputee, Arthritis, Brain Injury, Burns, General Rehabilitation, Hip Fracture, Joint Replacement, Multiple Trauma, Neuro-rehabilitation, Orthopedics, Spinal Cord Injury, and Stroke.

**King's Daughters Medical Center (KDMC)** is a 385-bed regional referral center, covering a 150-mile radius of the Tri-State region of KY, OH, and WV. KDMC offers comprehensive cardiac, medical, surgical, pediatric, rehabilitative, psychiatric, cancer, neurological, pain care, wound care and home care services in one convenient location. KDMC is honored to be named one of the nation's 100 Top Hospitals by Solucient®, the leading source of healthcare information products, for three consecutive years.

**Our Lady of Bellefonte Hospital**, serving the Tri-State region of KY, OH, and WV, is a 214-bed acute care hospital affiliated with the Catholic-based Bon Secours Health System Inc. Primary care and specialty services are also provided at five clinic locations.

Assisted living, long term care, hospice and in-home services are also available throughout Cabell and Wayne Counties, WV, and the Tri-State region. More information on these can be found at http://www.wvcaregivers.org/map/cabell.html.



© Copyright 2010 HADCO - Huntington Area Development Council. All Rights Reserved. hadco@hadco.org

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000218
P-42108_00054

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000219
P-42108_00055



Your Partners for Life

**Cabell Huntington Hospital**

About Us | Customer Service | Contact Us | Site Map

Quick links: Select... [Go] Search our site: [Search]

You are here: Home » Services » Pain Management » **Radiofrequency Nerve Lesioning**                    Monday, April 19, 2010



Services ▶
News & Events ▶
Patients & Visitors ▶
For Physicians ▶
Employment ▶
Special Features ▶
Facilities & Projects ▶

**Related Newsbreaks**

▶ Precision System for Chronic Pain

View newsbreak archive

**Related News Articles**

▶ Specialist in Pain Management joins Cabell Huntington Hospital Medical Staff.

# Principles and Uses of Radiofrequency Nerve Lesioning in Chronic Pain Control

Last updated: 09/29/2008                                   Printer friendly

**Author: Ahmet H. Ozturk, MD**
**Medical Director, CHH Pain Management Clinic**

In the management of chronic pain, the value of permanent nerve blocks has long been recognized. To this end, several surgical and nonsurgical methods have been devised. Surgical techniques are usually more involved and serve as a last resort. Surgical transection of peripheral nerves may cause neuroma formation and deafferentation pain. After surgical lesioning of sympathetic nerves, symptoms may recur and surgical re-exploration may be difficult or impossible. Such considerations lead to a search for nonsurgical nerve destruction techniques. Three methods of nerve destruction are generally accepted:

- Injection of neurolytic substances, such as absolute alcohol, phenol or glycerin, are done under X-ray and are suitable for the destruction of larger units like celiac plexus. The size of the lesion is difficult to predict, and the spread of neurolytic substance may cause unwanted side effects that will also be permanent.
- Cryoanalgesia (freezing of a peripheral nerve) is more accurate but has the disadvantage of being short term, usually three to six months.
- Radiofrequency (RF) lesioning is a more refined technique based on the thermocoagulation of selected nerves using an electrode capable of accurate temperature generation.

## The advantages of radio frequency lesioning

- Lesion size can be accurately controlled, allowing lesioning of small nerves without damaging nearby motor and other sensory nerves.
- Recovery is rapid and usually uneventful, allowing the patient to return to work or normal daily activity more quickly.
- The nerve lesion is usually long-lasting. An accurately done lesion may give pain relief for years.
- Nerve lesion heals without neuroma formation.
- The rate of side effects and complications is low.
- When pain recurs, nerve lesion can be repeated as necessary.

## Contraindications and limitations

- Pain control with nerve lesioning is a palliative measure and, therefore, should not

HIGHLY CONFIDENTIAL

be considered in place of corrective surgical treatment.

- Patients with significant psychological problems, such as those with secondary pain and drug dependency, are not suitable candidates for any type of intervention, especially neurodestructive pain control procedures. Such patients are likely to continue with pain behavior and complaints of pain even if the procedure was successful.
- Before the procedure, the patient must have realistic expectations and must understand that the aim is to reduce the pain, not stop it completely.
- Before neurodestructive procedures, diagnostic blocks should give good pain relief. The same diagnostic block should be repeated at least once more, even if the pain relief from the first block was excellent, to decrease the chance of placebo effect. If the result is not clear, differential blocks should be used.
- Patients with pain complaints at multiple locations or with wide distribution of pain usually respond poorly to RF procedures.
- The patient must realize that single target lesioning may not be sufficient, necessitating complementary blocks for better pain relief.
- Lesioning of mixed nerves is avoided because it may cause deafferentation of the skin and muscular weakness.
- Deafferentation pain may be aggravated by further destruction of the affected nerve. When pain is of central origin (spinal or higher), destruction of the peripheral nerve may cause increased pain perception by eliminating incoming stimuli. A better alternative in such cases is neuroaugmentation with TENS or a spinal cord stimulator.

## Patient selection

- All etiologic treatments, including surgery, have been tried and have failed.
- All palliative nondestructive conservative treatment, including temporary nerve blocks, steroids and physical therapy, have been tried and have failed.
- Patient factors are important; the patient should be free of significant psychological problems and drug dependency, be motivated and have realistic expectations.
- The patient should respond favorably to repeated diagnostic trial blocks.

## Indications

**Facet joint pain:**

Pain originating from facet joints is a common component of low back and neck pain. This mechanical aspect of back pain is usually not amenable to surgical intervention and is difficult to manage conservatively. Epidural cortisone injections may be used, but provide limited pain relief and are of short duration. RF lesioning of the medial branch of posterior primary ramus effectively denervates the facet joint and provides long-term, good-quality pain relief in selected patients. Facet rhizotomy has a success rate of 60-70 percent. Considering that little can be done for patients with chronic low back and/or neck pain other than medications and physical therapy, this success rate is quite acceptable. A successful RF facet rhizotomy usually gives pain relief for more than a year.

**Discogenic pain:**

Pain originating from intervertebral discs is another common source of 10w back and neck pain. Surgery is rarely indicated if the disc is not herniated and impinging on the nerve root. A disc appearing normal or only bulging in radiological studies may be a significant source of pain due to internal derangement. Annulus fibrosis is densely innervated by the sinuvertebral nerve and by the gray rami communicans. After identifying the painful disc with provocative discogram and pain suppression tests, RF lesioning may be used to

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000221

P-42108_00057

partially denervate the disc either by lesioning of the rami communicans or by intradiscal denervation techniques. RF disc denervation is contraindicated if there is disc herniation with nerve impingement, multiple level disc disease, advanced degenerative disc disease and negative provocative discogram.

**Coccygodynia and rectalgia:**

Pain at the tailbone due to organic causes may be alleviated by RF lesioning of the coccygeal nerve and/or ganglion impar. Trial blocks are always done at least twice to confirm that the condition is organic in etiology.

**Sympathetically mediated pain:**

Pain that is transmitted via sympathetic nerves may be interrupted by lesioning of the sympathetic chain at the spinal level or at the stellate ganglion. Sympathetic denervation is also valuable for control of ischemic pain due to peripheral vascular insufficiency, both by decreasing pain and increasing blood flow.

**Ganglionotomy:**

Partial rhizotomy of dorsal root ganglion may provide pain relief for nociceptive radicular pain, as an alternative to spinal cord stimulation when surgery is not indicated or feasible.

Other uses of RF lesioning include treatment of trigeminal neuralgia by thermocoagulation of Gasserian ganglion, lesioning sphenopalatine ganglion and stereotactic cordotomy in cancer patients.

©2010 Cabell Huntington Hospital - All rights reserved | Privacy Policy | Disclaimer | Accessibility | Media Inquiries
Cabell Huntington Hospital - 1340 Hal Greer Boulevard - Huntington, West Virginia, 25701 - (304) 526-2000

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000222
P-42108_00058



# Individual Details

| License Number | PT0004724 |
|---|---|
| License Type | Pharmacy Technician |
| Name | Edwards, Renee R. |
| State of Current Residence | OH |
| Date Issued | 02/04/2003 |
| Expiration Date | 06/30/2011 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 13, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000223

P-42108_00059



# Individual Details

| License Number | PT0004726 |
| --- | --- |
| License Type | Pharmacy Technician |
| Name | Hale, Karen Y. |
| State of Current Residence | WV |
| Date Issued | 02/04/2003 |
| Expiration Date | 06/30/2011 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 13, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000224
P-42108_00060



# Individual Details

| | |
|---|---|
| License Number | PT0001644 |
| License Type | Pharmacy Technician |
| Name | Murdock, Judy |
| State of Current Residence | WV |
| Date Issued | |
| Expiration Date | 06/30/2010 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of April 13, 2010.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000225
P-42108_00061

# BUDGET PHARMACY
## 361 NORWAY AVENUE
## HUNTINGTON, WEST VIRGINIA 25705

### PHONE 304-697-5090            FAX 304-697-5091

**Attention:** _Brad_

**Fax Number:** _614-652-7347_

**From:** _Rich_

**Number of pages including cover:** _____

**Notes:** _Let me know if you need anything else._

The information in this facsimile may be priviledged and confidential and protected from disclosure. If the sender of the facsimile is not the intended ...nt, you are herby notified that any reading, discrimination, distribution, copying other use of the facsimile is strictly prohibited. If you have recieved ...simile in error, please notify the sender immediately by telephone at 304-697-5290 and destroy the facsimile. THANK YOU.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000226

P-42108_00062

## VENDOR AGREEMENT

This Vendor Agreement (the "Agreement") is made by and between **Cardinal Health 411, Inc. and Cardinal Health 110, Inc. ("Cardinal Health")** and __Budget Pharmacy._____ ("Buyer"), who hereby agree as follows:

## SECTION I – General Purchase Information

1. Buyer's Monthly Volume: _____ $150,000 -$250,000

2. Buyer's Generic Sales per Month: ____Approx. $26,000 or 13% of Total Rx purchases

3. Buyer's Rx Cost of Goods: _____ -2.70% Wkly  -2.50% Semi-monthly ✓

4. Description of Initial payment terms: __Wkly-7-5-DSO; Semi-17-50-DSO.__

5. Additional Information: ____180 Day Returns Policy (See exhibit A).

## SECTION II – Generics

1. **In General.** Each of Buyer's pharmacy locations shall purchase its generic pharmaceutical product requirements through the Cardinal Health Generic Source generic pharmaceutical product program (the "**Generic Source Program**"), and Buyer hereby acknowledges and agrees that Cardinal Health shall implement an automatic substitution program for all applicable Generic Source Program products.

2. **Monthly Generic Rebate.** Subject to the limitations set forth below, Cardinal Health shall pay Buyer a monthly rebate (the "**Monthly Generic Rebate**") based on Buyer's Net Purchases of generic Rx Products through the Generic Source Program during the applicable calendar month. The Monthly Generic Rebate shall be calculated by Cardinal Health for each full calendar month this Agreement is in effect and shall be provided by Cardinal Health to Buyer, if applicable, within thirty (30) days after the end of the applicable month in the form of a credit memorandum to be used by Buyer towards future purchases of Merchandise under this Agreement. The amount of a given Monthly Generic Rebate shall be determined in accordance with the following table:

| Monthly Net Purchase Through the Generic Source Program | | | Monthly Generic Rebate (as a % of Buyer's Monthly Net Purchases through the Generic Source Program) |
|---|---|---|---|
| $0 | - | $4,999 | 7.00% |
| $5,000 | - | $9,999 | 8.00% |
| $10,000 | - | $14,999 | 10.00% |
| $15,000 | - | $24,999 | 12.00% |
| $25,000 | - | $34,999 | 16.00% |
| $35,000 | - | $49,999 | 18.00% |
| $50,000 | - | $74,999 | 20.00% |
| $75,000 | - | $99,999 | 21.00% |
| $100,000 | - | $149,999 | 22.00% |
| $150,000 | - | Above | 23.00% |

In calculating a given Monthly Generic Rebate, the percentages set forth in the rebate tiers above shall be cumulative. For example, the portion of a Monthly Generic Rebate for the first $4,999 purchased through the Generic Source Program during the applicable month shall equal 7.00% (or $350), and the portion of a Monthly Generic Rebate for those purchases through the Generic Source Program from $5,000 through $9,999 shall equal 8.00% (or $400). Therefore, if the Buyer's Monthly Net Purchases through the Generic Source Program equaled $9,999 during a given month, the Monthly Generic Rebate would equal $750.

3. **Limitations.** Notwithstanding the foregoing, Buyer shall be entitled to a Monthly Generic Rebate only if (i) no amounts (which are not legitimately disputed) remain unpaid to Cardinal Health and Buyer is otherwise current in its payment terms hereunder, and (ii) Buyer has otherwise been in full compliance with the terms of this Agreement, including, without limitation, its payment terms, at all times during the relevant month (not taking into account Buyer's cure of any noncompliance).

1

HIGHLY CONFIDENTIAL

4.      Disclosure.  The Monthly Generic Rebate constitutes a "discount or other reduction in price," as such terms are defined under the Medicare/Medicaid Anti-Kickback Statute, on the products purchased by Buyer under this Agreement.  Cardinal Health and Buyer agree to use their best commercially reasonable efforts to comply with any and all requirements imposed on sellers and buyers, respectively, under 42 U.S.C. § 1320a-7b(b)(3)(A) and the "safe harbor" regulations regarding discounts or other reductions in price set forth in 42 C.F.R. § 1001.952(h).  In this regard, Buyer may have an obligation to accurately report, under any state or federal program which provides cost or charge based reimbursement for the products or services covered by this Agreement, or as otherwise requested or required by any governmental agency, the net cost actually paid by Buyer.

## SECTION III – Terms, Conditions and Disclosures

1.      The initial term of this Agreement shall commence on __May 18th__, 2010_, (the "**Effective Date**") and shall continue in effect thereafter through _____May 18th____, 2013_.

2.      Either party may effect an early termination of this Agreement upon the occurrence of a material breach by the other party.  The non-breaching party must give written notice to the breaching party of the nature and occurrence of such breach. If the breach is not cured by the expiration of sixty (60) days from the date of such notice, or if the breaching party has not made reasonable efforts to effect the cure if the breach cannot reasonably be cured within such sixty (60) day period, then the non-breaching party may provide written notice to the breaching party that this Agreement will be terminated in thirty (30) days following the expiration of such sixty (60) day period.

3.      Buyer will designate Cardinal Health as your primary wholesale pharmaceutical supplier to all the pharmacy locations owned, managed or operated by Buyer during the term of this Agreement (collectively, the "**Pharmacies**" and individually, a "**Pharmacy**"), and Buyer will purchase from Cardinal Health all of the pharmaceuticals (the "**Rx Products**") required for each Pharmacy (the "**Primary Requirements**") if they are carried by Cardinal Health.  In addition, Buyer may, at its option, purchase certain other inventory carried by Cardinal Health (the "**Non-Rx Products**") (Rx Products and Non-Rx Products are collectively referred to as the "**Merchandise**"). Notwithstanding any other provision in this Agreement, Cardinal Health reserves the absolute right to determine what Merchandise it will carry.  Buyer ~~must provide accurate six (6) months' usage figures (including NDC numbers) for all items for each~~ Pharmacy in compatible electronic (disk) format at least forty-five (45) days prior to participation under this Agreement by that Pharmacy.  In addition, Buyer will provide usage information related to new and/or replacement items on an ongoing basis, as necessary.  As used in this Agreement, the term "Net Purchases" will mean all purchases made and paid for by Buyer and/or the Pharmacies under the terms of this Agreement, net of all returns, credits, late charges, or other similar items, on an annual, quarterly, or monthly basis, as applicable.



4.      Buyer will pay a service charge calculated at the rate of 1.5% per month (or the maximum rate allowed by law, if such rate is less than 1.5% per month) on any amount not paid by Buyer to Cardinal Health when due under the terms of this ~~Agreement from the first day of delinquency until such amount is paid in full~~ along with reasonable attorney fees associated with any such delinquency. Failure or delay by Cardinal Health to bill Buyer for any such service charge will not waive Cardinal Health's right to receive the same. Cardinal Health retains the right to adjust Buyer's payment terms, place Buyer on C.O.D. status, modify Buyer's cost of goods, limit or terminate the extension of credit and/or refuse orders from Buyer if Cardinal Health has not received payment when due for Merchandise delivered to Buyer under this Agreement or services provided to Buyer under this Agreement, or based upon credit considerations deemed relevant by Cardinal Health.  Until Merchandise is paid for in full, Cardinal Health retains, and the Buyer hereby grants Cardinal Health, a security interest in the Merchandise. ~~In the event of default in payments on any invoices, Cardinal Health shall have the right to declare all invoices immediately due and payable.~~ _define as default_

5.      Notwithstanding any other provision in this Agreement, the purchase price for certain Merchandise, including, but not limited to, the following items, will not be based upon Cardinal Health's Cost-plus pricing described above: multisource pharmaceuticals, private label products, medical/surgical supplies, home health care/durable medical equipment, Schedule II controlled substances, drop-shipped Merchandise, Merchandise acquired from vendors not offering customary cash discount or other terms, other slow moving or specially-handled Merchandise, and non-pharmaceutical Merchandise. Except as otherwise set forth in this Agreement, Buyer may, but will have no obligation to, purchase any specified volume or percentage of its requirements of these items.

6.      Cardinal Health will recognize and administer mutually agreed upon manufacturer pricing contracts between Buyer and any manufacturer (collectively, "**Manufacturer Contracts**"): (i) subject to their continued validity in accordance with applicable laws, (ii) provided such manufacturer is a vendor in good standing with Cardinal Health and (iii) subject to such credit considerations concerning the applicable manufacturers as Cardinal Health may consider appropriate.  However, if manufacturers' chargebacks for contract items submitted by Cardinal Health are disallowed, uncollectable, or unreconcilable, then the applicable charge will be billed back to Buyer Buyer will notify Cardinal Health of all applicable pricing information included in the Manufacturer Contracts, including renewals, replacements or terminations of Manufacturer Contracts not less than forty-five (45) days prior to the effective date of such Manufacturer Contract, renewal, replacement or termination.

7.      All Merchandise shall be shipped FOB destination; provided, however, Cardinal Health reserves the right to assess service charges on deliveries. Buyer's obligation to pay for Product begins on the date of shipment. No Schedule II orders will be delivered other than in compliance with DEA regulations.  Notwithstanding any other provision in this Agreement, Buyer shall pay a fuel surcharge, on a per stop basis, for each delivery made to Buyer or by Cardinal Health under this Agreement (the "~~Fuel Surcharge~~"). Each Fuel Surcharge shall be set forth on the invoice from Cardinal Health, and the amount of a given Fuel Surcharge shall be calculated in accordance with the following table:

2

CAH_FEDWV_00000228

P-42108_00064

| Regular Unleaded Fuel Price is: | | Additional Surcharge Amount |
| at Least | But Less Than | |
|---|---|---|
| $4.76 | $5.00 | $3.25 per stop |
| $4.51 | $4.75 | $3.00 per stop |
| $4.26 | $4.50 | $2.75 per stop |
| $4.01 | $4.25 | $2.50 per stop |

The fuel prices set forth in the table above represent the national average retail cost per gallon for regular grade gasoline as published by the U.S. Department of Energy (the "Average Price Per Gallon"). The current index may be obtained on the Energy Information Administration's website at the following address:

http://www.eia.doe.gov/oil_gas/petroleum/data_publications/wrgp/mogas_home_page.html

In the event that the Average Price Per Gallon exceeds Five Dollars ($5.00), the Fuel Surcharge shall increase in Twenty Five Cent ($0.25) increments for each Twenty Five Cent ($0.25) increase in the Average Price Per Gallon.

8.  In general, Cardinal Health will accept Merchandise for return from Buyer in accordance with the Standard Cardinal Health Returned Goods Policy as is in effect from time to time. Buyer must notify Cardinal Health within 48 hours of receipt of any discrepancies or shortages on the order. If Buyer does not notify Cardinal Health in a timely manner, Buyer may not receive credit for any such discrepancies or shortages. Finally, as set forth in the Standard Cardinal Health Returned Goods Policy, returns made greater than thirteen (13) months from the invoice date will not be accepted, no credit will be issued for such returns, and the product will be returned to customer.

9.  All purchases under this Agreement will be for Buyer's "own use" as that term is defined in judicial or legislative interpretation and not for resale to anyone other than the end user. Cardinal Health may terminate this Agreement immediately in the event it reasonably determines that Buyer is in breach of this paragraph.

10.  Buyer represents, warrants and certifies to Cardinal Health that it and each of Buyer's pharmacy locations has all required governmental licenses, permits and approvals required to purchase, use and/or store the Rx Products purchased from Cardinal Health under this Agreement. Prior to purchasing Rx Products from Cardinal Health hereunder, and at all times during the term of this Agreement, Buyer will provide Cardinal Health with copies of all such licenses and any renewals, revocations, changes or notices related thereto.

11.  All Applicable taxes, including Federal Excise Tax, will be collected as part of the sale.

12.  Without limiting Cardinal Health's rights under law or in equity, Cardinal Health and its affiliates, parent or related entities, collectively or individually, may exercise a right of set-off against any and all amounts due Buyer. For purposes of this Section, Cardinal Health, its affiliates, parent or related entities shall be deemed to be a single creditor.

13.  THERE ARE NO EXPRESSED OR IMPLIED WARRANTIES, INCLUDING ANY WARRANTY OF MERCHANTABILITY, NON-INFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE. CARDINAL HEALTH SHALL NOT BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES.

14.  If and to the extent any discount, credit, rebate or other purchase incentive is paid or applied by Cardinal Health with respect to the Merchandise purchased under this Agreement, such discount, credit, rebate or other purchase incentive shall constitute a "discount or other reduction in price," as such terms are defined under the Medicare/Medicaid Anti-Kickback Statute (42 U.S.C. § 1320a-7b(b)(3)(A) and the "safe harbor" regulations regarding discounts or other reductions in price set forth in 42 C.F.R. § 1001.952(h)), on the Merchandise purchased by Buyer under the terms of this Agreement. Buyer may have an obligation to accurately report, under any state or federal program which provides cost or charge based reimbursement for the products or services covered by this Agreement, or as otherwise requested or required by any governmental agency, the net cost actually paid by Buyer.

15.  Buyer, intending to be legally bound, agrees to all the terms and conditions of this Agreement. This Agreement, together with all invoices, purchase orders, and the exhibits and addenda thereto constitute the entire agreement and understanding of the parties with respect to the subject matter hereof and supersede all prior written and oral agreements, proposals, bids/bid responses, and understandings between the parties relative to the subject matter hereof. No changes to this Agreement or any purchase orders will be made or be binding upon either party unless made in writing and signed by each party. By signing this Agreement, Cardinal Health and Buyer each represent that it has the authority to bind its respective party to this Agreement.

3

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000229
P-42108_00065

## SECTION IV- Additional Discounts and Rebates

*1.*      *One-Time Discount.*  Upon full execution of this Agreement, you will be eligible to receive a one-time discount on your purchases from us in an amount equal to Twenty-Five Thousand Dollars ($25,000) (the "One-Time Discount"). The One-Time Discount will be paid in the form of a credit memo within sixty (60) days after full execution of this Agreement.  If this Agreement is terminated prior to the end of the term, you must repay to us, within sixty (60) days of the date of termination, a pro rata portion (based on the number of months remaining in the term of the Agreement) of the One-Time Discount paid to you hereunder.  The parties agree, and you acknowledge, that such payment by you has been negotiated in good faith and is not intended as a penalty.

**Budget Pharmacy**
361 Norway Ave.
Huntington, WV 25705

Telecopy: _____

By _Sina C. Finley_

Title _Owner / Member_

Date _4-14-10_

**Cardinal Health 110, Inc.**
7000 Cardinal Place
Dublin, Ohio 43017
Telecopy: (614) 757-6000

By _____

Title _____

Date _____

**Cardinal Health 411, Inc.**
7000 Cardinal Place
Dublin, Ohio 43017
Telecopy: (614) 757-6000

By _____

Title _____

Date _____

4

HIGHLY CONFIDENTIAL

## Cardinal Health Returned Goods Authorization
### Ongoing Assurance

The undersigned customer ("**Customer**") of one or more of the Cardinal Health companies identified below ("**Wholesaler**," whether one or more) hereby agrees that this document is being delivered to confirm Customer's compliance with applicable federal, state, and local laws / guidelines concerning returned goods and shall apply to all returns by Customer to Wholesaler from time to time and shall supersede any inconsistent provisions which may be contained in any credit request, purchase order, or other documents pertaining to the supply relationship between Customer and Wholesaler.

1.    Customer represents, warrants, and guarantees to Wholesaler that:
   a.   Each such return shall be made only to the specific Wholesaler from which the item was originally purchased;
   b.   Each such return shall be accompanied by Wholesaler's credit request form (the "**Return Form**"), which shall specify both Customer's and Wholesaler's name and address, the date of the return, the quantity and description of the product returned, and such other information as may reasonably be requested on Wholesaler's Return Form;
   c.   Customer shall retain a copy of each Return Form and related credit memo and make such documentation available to the manufacturer and to authorized federal, state, and local law enforcement officers upon request;
   d.   The credit claimed or accepted by Customer for any such return shall not exceed the original purchase price paid to Wholesaler; and
   e.   All merchandise returned to Wholesaler has been stored and handled by Customer in accordance with all applicable federal, state, and local laws, manufacturer guidelines when disclosed to customer by the manufacturer or wholesaler, and good trade practices, and such merchandise has not been adulterated or misbranded by customer within the meaning of the Federal Food, Drug, and Cosmetic Act and meets all FDA, state, and other applicable requirements and guidelines.

2.    Customer shall indemnify and defend Wholesaler against and from any expense, claim, liability, or penalty (including reasonable legal fees) arising from any failure of Customer to properly comply with   the provisions specified in this document.

3.    *The term "Cardinal Health" means the following pharmaceutical distribution companies: Cardinal Health 106, Inc. (formerly known as James W. Daly, Inc.), a Massachusetts corporation (Peabody, Massachusetts); Cardinal Health 103, Inc. (formerly known as Cardinal Southeast, Inc.), a Mississippi corporation (Madison, Mississippi); Cardinal Health 110, Inc. (formerly known as Whitmire Distribution Corporation), a Delaware corporation (Folsom, California) and any other subsidiary of Cardinal Health, Inc., an Ohio corporation ("CHI"), as may be designated by CHI.

_____          _____
Account Name (Print)                      Account Number

_____          _4-13-10_
By Authorized Signature / Title           Dated

## Cardinal Health Pharmaceutical Distribution
## Returned Goods Policy

Products in "merchantable condition" (as defined below) and originally purchased from Cardinal Health may generally be returned to the customer's servicing Cardinal Health distribution center in accordance with, and subject to, the terms and conditions of this policy.

| Return Made Within: | Normal Credit Amount: |
|---|---|
| 1 - 180 Days from Invoice Date | 100% of original invoice amount paid by customer. This policy covers all order shortages, filling errors and damage if reported within two (2) business days and such products are returned within ten (10) business days of the date of the applicable invoice. |
| 180 Days – 13 Months from Invoice Date | 90% of original invoice amount paid by customer. Provided, however, if applicable mark-up is greater than 0%, credit will be based on customer's contract cost or Cardinal Health's then-current base cost, as applicable. |

Returns made greater than 13 months from the invoice date will not be accepted. No credit will be issued, and the product will be returned to customer.

*"Merchantable condition"* will be determined by Cardinal Health based upon its ability to return the product to its inventory for resale in the normal course of its business, without special preparation, testing, handling, or expense and will **exclude** the following:

A.  Any product purchased from any supplier other than Cardinal Health.
B.  Any product which has been used or opened; is a partial dispensing unit or unit of sale; is without all original packaging, labeling, inserts, or operating manuals; or that is stickered, marked, damaged, defaced, or otherwise cannot readily be resold by Cardinal Health for any reason.
C.  Short-dated (less than seven (7) months expiration dating), outdated, or seasonal products and products purchased on a "special order" basis, including non-stock and drop-shipped products.
D.  Any product not intended for return to a wholesaler in accordance with the return policies of the applicable manufacturer.
E.  Any product listed by any state or federal regulatory agency as a high-risk pedigree item that is returned without a valid invoice number that cannot otherwise be verified by Cardinal Health.

### Unmerchantable Products

Any product not eligible for return in accordance with this policy (i.e., the product is not in "merchantable condition" as set forth above) will require return directly to the manufacturer. If any such products are returned to Cardinal Health, they will be returned to customer and no credit will be issued. Stickered products will be handled as follows: Cardinal Health will remove the sticker, retain the product and credit the customer (as applicable pursuant to this policy). If the product is damaged during the removal of the sticker, no credit will be issued to customer and the product will be returned to customer.

Notwithstanding the foregoing, in any case where Cardinal Health accepts the return of such products and agrees to return such products to the applicable manufacturer on behalf of customer (provided the manufacturer allows the return of such products), any credit issued to customer will be determined by Cardinal Health.

### Required Return Documentation

Prior to returning any product to Cardinal Health, customer must execute and deliver to Cardinal Health a **Cardinal Health Returned Goods Authorization Ongoing Assurance** verifying that all returned products have been kept under proper conditions for storage, handling, and shipping.

5

CAH_FEDWV_00000232
P-42108_00068

All requests for credit must be submitted via EOE, Cardinal.com, CardinalCHOICE®, or approved EDI interface.

A fully completed and signed **Merchandise Return Authorization Form** (the "MRA Form") must accompany all products to be returned. **Note**: An MRA Form cannot be fully completed without a valid invoice number. The request for an MRA Form will be rejected if a valid invoice number is not provided.

**Third Party Return Processors**

At the request of customer, Cardinal Health will work with third party return processors for returns of unmerchantable products. Such arrangement will be subject to mutually agreed upon terms and conditions, to include administrative fees payable to Cardinal Health.

**Controlled Substances**

Credit for the return of controlled substances requires a separate MRA Form and such returns must comply with all applicable laws, rules and regulations in addition to the terms and conditions of this policy.

**Refrigerated, Chemotherapy and Hazardous Products**

Refrigerated, chemotherapy and hazardous products w must be returned in packaging that complies with applicable regulatory requirements. All such products that are not returned in packaging that complies with applicable regulatory requirements will be considered damaged and unsaleable. This product will be destroyed and no credit will be issued to customer.

**Shorts and Damaged Products**

Claims of order shortages (e.g., products invoiced but not received), filling errors and damage must be reported within two (2) business days from the applicable invoice date, or no credit will be issued. Returns of damaged products or products shipped in error must be received by the Cardinal Health servicing distribution center within ten (10) business days from the applicable invoice date, or no credit will be issued. Controlled substance shortage claims must be reported immediately per DEA requirements. In all instances, credit will not be issued until verification of the claim by Cardinal Health.

No deductions may be taken by customer until a valid credit memo is issued by Cardinal Health.

**Shipping of Return Products**

Products to be returned must be placed in a proper shipping container and signed for by the driver when picked up.

Signed MRA Forms shall be included in totes with the returned products. Only one (1) MRA Form shall be included in each tote.

- If the MRA Form is not signed, no credit will be issued, and the products will be returned to the customer.
- If the MRA Form is not inside the tote with the returned products, Cardinal Health will attempt to identify the customer that returned the products. The tote will then be returned to the customer with a request for a completed MRA Form(s).
- No credit will be issued for products returned but not listed on the accompanying MRA Form. Such products will be returned to the customer.

All MRA Forms will be reviewed by Cardinal Health for compliance with this policy. The acceptability and valuation of any return is at the sole discretion of Cardinal Health.

Products must be returned to the customer's servicing Cardinal Health distribution center within thirty (30) days from the date of customer's request for an MRA Form, or no credit will be issued.

In addition to the requirements set forth in this policy, Customer shall comply with all return procedures required by the Cardinal Health servicing distribution center.

**Other Restrictions**

Excessive returns may result in higher restocking fees as deemed necessary by Cardinal Health.

6

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000233
P-42108_00069

This policy is subject to change without notice by Cardinal Health.   This policy is further subject to modification as may be deemed necessary or appropriate by Cardinal Health to comply with applicable federal and/or state regulations, FDA guidelines, state law, and other restrictions applicable to returned products.

7

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000234

P-42108_00070

# 2009

## WEST VIRGINIA
## STATE TAX DEPARTMENT

# 2011

# BUSINESS REGISTRATION
# CERTIFICATE

### ISSUED TO:
### G & R LLC
### 361 NORWAY AVE
### HUNTINGTON, WV 25705-1320

BUSINESS REGISTRATION ACCOUNT NUMBER: **1046-6294**

This certificate is issued for the registration period beginning: **July 1, 2009**

This certificate is valid until: **June 30, 2011**

This business registration certificate is issued by
the West Virginia State Tax Commissioner
in accordance with Chapter 11, Article 12 of the West Virginia Code.

The person or organization identified on this certificate is registered
to conduct business in the State of West Virginia at the location above.

**This certificate is not transferrable and must be displayed at the location for which issued.**
ENGAGING IN BUSINESS WITHOUT CONSPICUOUSLY POSTING A WEST VIRGINIA BUSINESS
REGISTRATION CERTIFICATE IN THE PLACE OF BUSINESS IS A CRIME AND MAY SUBJECT YOU
TO FINES PER W. VA. CODE § 11-9.

TRAVELING/STREET VENDORS: Must carry a copy of this certificate in every vehicle operated by them.
CONTRACTORS, DRILLING OPERATORS, TIMBER/LOGGING OPERATIONS: Must have a copy of
this certificate displayed at every job site within West Virginia.

atL007 v.59
L0545067264

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000235
P-42108_00071

04/14/2010  11:27   13046975091                    BUDGETPHARMACY                           PAGE  11/12

DEA Certificate

Page 1 of 1

---

DEA REGISTRATION NUMBER: BG6892625
THIS REGISTRATION EXPIRES: 09-30-2012
FEE PAID: Paid

SCHEDULES: 2,2N,3 3N,4,5
BUSINESS ACTIVITY: RETAIL PHARMACY
DATE ISSUED: 08-13-2009

G AND R LLC,
DBA BUDGET DISCOUNT PHARMACY
361 NORWAY AVENUE
HUNTINGTON, WV 25705

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

DEA REGISTRATION NUMBER: BG6892625
THIS REGISTRATION EXPIRES: 09-30-2012
FEE PAID: Paid

SCHEDULES: 2,2N,3 3N,4,5
BUSINESS ACTIVITY: RETAIL PHARMACY
DATE ISSUED: 08-13-2009

G AND R LLC,
DBA BUDGET DISCOUNT PHARMACY
361 NORWAY AVENUE
HUNTINGTON, WV 25705

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

Form DEA-223 (05/04)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

---

HIGHLY CONFIDENTIAL                                              CAH_FEDWV_00000236
P-42108_00072



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2009 – June 30, 2010 – Date Issued: March 31, 2009

**G & R LLC DBA: Budget Discount Pharmacy**
Registered Pharmacy

361 Norway Avenue
Huntington, WV 25705

LICENSE # MP0552325

DEA # BG6892625

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Richard K.Finley – RP0004822**

Registered Pharmacist in Charge

HIGHLY CONFIDENTIAL





**HOME | SEARCH THE DATABASE | PRODUCTS & SERVICES | ABOUT US | HELP | TOOLS | LOG OUT**

## TOOLS

F.A.Q.

My Account

My Physicians List

Privacy and Security Statement

My Profile

My Newsletter Preferences

Contact the Help Desk

**NPI Search**

You are logged in as chtkoh

*Tools*

**Current Date:** 4/19/2010          **Data File Release Date:** 04/07/2010

**Drug Enforcement Administration (DEA) Datafiles**

Registrant Profile

*for*

| G AND R LLC | |
|---|---|
| Address: | DBA BUDGET DISCOUNT PHARMACY 361 NORWAY AVENUE HUNTINGTON |
| State / Zip: | WV 25705 |
| DEA Number: | BG6892625 |
| Business Activity Code: | A |
| Business Activity Sub Code: | 0 |
| Drug Schedule: | 22N 33N 4 5 |
| Drug Codes: | |
| Expiration Date: | 9/30/2012 |
| Payment Indicator: | P |

Print          Back

For technical support, questions about using your account, and help using the website, please consult the FAQ section, e-mail dea@gim.net, or call 800.538.3539. Click here to read the terms and conditions of use for the website.

For subscription information and billing questions, call NTIS Subscriptions at 800.363.2068. For information about NTIS and NTIS products, visit the NTIS website. To place an order by mail or fax, you can download an order form.

For information about DEA policy, to correct or renew an existing license, or to apply for a DEA license, visit the DEA website at www.deadiversion.usdoj.gov or call 800.882.9539. Please do

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000238

P-42108_00074

DEA Verification System - www.deanumber.com - Tools

not contact GIM or NTIS for issues pertaining to an individual license.

Powered By InfoServeCM

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000239

P-42108_00075

## Hammond, Tawney

**From:** Kave, Jesse
**Sent:** Monday, April 19, 2010 1:04 PM
**To:** GMB-QRA-Anti-Diversion
**Subject:** Budget Pharmacy DEA#BG6892625 (New customer) QRA site visit pictures

Site visit pictures also the 7 page questionnaire was done.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*



HIGHLY CONFIDENTIAL

CAH_FEDWV_00000240
P-42108_00076





4/19/2010
HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL









4/19/2010
HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL

Case 3:17-cv-01362   Document 1516-10   Filed 01/13/22   Page 82 of 132 PageID #: 77599





4/19/2010
HIGHLY CONFIDENTIAL





4/19/2010
HIGHLY CONFIDENTIAL



**How to save a picture**
Simply right-click on it, then "Save Image As...".   (Mac users: drag the picture to your desktop.)

# Free Software!

Organize, print, and share your
digital photos using FREE Kodak
EasyShare software. Download
the software





# Get 20 Free
Prints

Get started for
free at
kodakgallery.com
and we'll give you
20 free prints
(new members
only). Plus,
create photo
mugs, books,
cards, and more!

**Nelson, Deidre**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Thursday, April 15, 2010 8:30 AM |
| **To:** | GMB-QRA-ComplianceAgreement |
| **Subject:** | Response for Compliance Agreement |

```
E-mail notification for survey response
Survey Title: Compliance Agreement
Respondent Unique Key: INQ-20100415072935-1376921799 Response Date: Thu, Apr 15, 2010
07:30:10


Page 1

    (Customer Name)
    {Enter text answer}
    [ budget discount pharmacy ]

    [*]
    By submitting this form with this box checked, I am certifying that the
    above is agreed to by a duly authorized officer, partner, or principal of
    Customer.
    {Choose if appropriate}

    DEA Number of Customer:
    {Enter text answer}
    [ bg6892625 ]

    Full Name of Person Completing Form:
    {Enter text answer}
    [ richard finley ]

    Title of Person Completing Form:
    {Enter text answer}
    [ owner/ rph ]
```

1

HIGHLY CONFIDENTIAL

**Hammond, Tawney**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Thursday, April 15, 2010 8:30 AM |
| **To:** | GMB-QRA-Anti-Diversion |
| **Subject:** | Response for SCS-P Retail Independent Pharmacy Questionnaire |

```
E-mail notification for survey response
Survey Title: SCS-P Retail Independent Pharmacy Questionnaire Respondent Unique Key:
INQ-20100415065611-1801456001 Response Date: Thu, Apr 15, 2010 07:29:30


Page 1

    1. Are you a current or new customer?
    {Choose one}
    ( ) Current
    (*) New

    2. Visited by:
    {Enter text answer}
    [ Jesse Kave ]

    Date visited:
    {Enter text answer}
    [ 4/15/2010 ]

    Name/Title of person providing information:
    {Enter text answer}
    [ owner/rph ]

    3. Pharmacy Legal Business Name:
    {Enter text answer}
    [ g and r llc ]

    4. DEA Registration # of pharmacy:
    {Enter text answer}
    [ bg6892625 ]

    5. DBA (if any):
    {Enter text answer}
    [ budget discount pharmacy ]

    Address:
    {Enter text answer}
    [ 361 norway ave ]

    City:
    {Enter text answer}
    [ huntington ]

    State:
    {Choose one}
    ( ) AK
    ( ) AL
    ( ) AR
    ( ) AZ
    ( ) CA
    ( ) CO
    ( ) CT
    ( ) DC
    ( ) DE
    ( ) FL
    ( ) GA
```

1

```
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
(*) WV
( ) WY
```

Zip:
{Enter text answer}
[ 25705 ]

Phone number(s):
{Enter text answer}
[ 3046975090 ]

Email:
{Enter text answer}
[ budgetpharmacy@yahoo.com ]

6. Has the pharmacy ever operated under a different name?
{Choose one}
( ) Yes
(*) No

Page 2

7. Board of Pharmacy License #:
{Enter text answer}
[ mp0552325 ]

Expiration date:
{Enter text answer}
[ 06/30/2010 ]

2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000251

P-42108_00087

```
8. State Controlled Substance License #:
{Enter text answer}
[ na ]

Expiration date:
{Enter text answer}
[ na ]

10. Name of Pharmacist in charge:
{Enter text answer}
[ richard finley ]

State License #:
{Enter text answer}
[ 4822 ]

11. How many other pharmacist(s) are currently practicing at this pharmacy?
{Choose one}
( ) None
(*) 1-2
( ) 3-4
( ) 5-6

1:
{Enter text answer}
[ gina finley ]

L#1:
{Enter text answer}
[ 5364 ]

F/P1:
{Choose one}
( ) Full-time
(*) Part-time

2:
{Enter text answer}
[ fran degidio ]

L#2:
{Enter text answer}
[ 2503 ]

F/P2:
{Choose one}
( ) Full-time
(*) Part-time

9. Is your pharmacy located within 25 miles of a border state?
{Choose one}
( ) Yes
(*) No

Page 3

12. How many licensed or registered pharmacy staff members practice at this
pharmacy?
{Choose one}
( ) None
( ) 1-2
(*) 3-4
( ) 5-6

1:
{Enter text answer}
```

3

```
[ judy murdock ]

L#1:
{Enter text answer}
[ 1644 ]

F/P1:
{Choose one}
( ) Full-time
(*) Part-time

2:
{Enter text answer}
[ karen hale ]

L#2:
{Enter text answer}
[ 4726 ]

F/P2:
{Choose one}
( ) Full-time
(*) Part-time

3:
{Enter text answer}
[ renee edwards ]

L#3:
{Enter text answer}
[ 4724 ]

F/P3:
{Choose one}
(*) Full-time
( ) Part-time

4:
{Enter text answer}
[ na ]

L#4:
{Enter text answer}
[ na ]

F/P4:
{Choose one}
( ) Full-time
(*) Part-time
```

Page 4

```
    1. Ownership type:
    {Choose one}
    ( ) Sole proprietor
    (*) Corporation
    ( ) Partnership
    ( ) Other [ ]

    Please indicate state of incorporation:
    {Enter text answer}
    [ wv ]

    2. Owner(s) Name(s):
    {Enter text answer}
    [ richard and gina finley ]
```

4

```
3. DBA (if any):
{Enter text answer}
[ budget pharmacy pharmacy ]

Owner Business Address:
{Enter text answer}
[ 361 norway ave ]

Owner Phone:
{Enter text answer}
[ 304-697-5090 ]

City:
{Enter text answer}
[ huntington ]

State:
{Choose one}
( ) AK
( ) AL
( ) AR
( ) AZ
( ) CA
( ) CO
( ) CT
( ) DC
( ) DE
( ) FL
( ) GA
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
```

5

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000254

P-42108_00090

```
( ) WV
(*) WY

Zip:
{Enter text answer}
[ 25705 ]

4. Number of years owner has operated pharmacy:
{Enter text answer}
[ 10 ]

5. Is owner a licensed pharmacist?
{Choose one}
(*) Yes
( ) No

List State(s) and coordinating license number(s):
{Enter text answer}
[ wv 4822 ]

6. Does owner operate/own any other pharmacies?
{Choose one}
( ) Yes
(*) No
```

Page 5

```
1. Has the pharmacy ever had a DEA registration suspended or revoked?
{Choose one}
( ) Yes
(*) No

2. Has the owner ever had a DEA registration suspended or revoked?
{Choose one}
( ) Yes
(*) No

Are there currently any suits, liens or judgments filed against owner(s) of
pharmacy?
{Choose one}
( ) Yes
(*) No

3. Has the pharmacy ever had a past and/or current state license(s)
suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

4. Has the pharmacy ever had a past and/or current state controlled
substance license suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

5. Has the Pharmacist-in-Charge ever had their state license(s) suspended,
revoked or disciplined?
{Choose one}
( ) Yes
(*) No
```

Page 6

```
6. Has the Pharmacist/owner (if applicable) had their state license(s)
suspended, revoked or disciplined?
{Choose one}
( ) Yes
```

6

HIGHLY CONFIDENTIAL

```
(*) No

7. Please provide a list of names of all pharmaceutical distributors this
pharmacy used within the last 24 months:
{Enter answer in paragraph form}
[ amerisource bergen, anda ]

8. Please provide a list of names of all pharmaceutical distributors this
pharmacy intends to continue to use:
{Enter answer in paragraph form}
[ cardinal, anda ]

9. Is pharmacy or owner a member of any professional associations (NCPA,
APhA, etc.)?
{Choose one}
(*) Yes
( ) No

Please provide names:
{Enter text answer}
[ apha ]

10. Does the pharmacy have any certifications (JCAHO, VIPPS, etc.)?
{Choose one}
( ) Yes
(*) No
```

Page 7

```
1. How does the pharmacy receive prescriptions? (check all that apply)
{Choose all that apply}
( ) Internet (new prescriptions)
( ) Internet (refills only)
( ) Electronic prescribing
(*) Fax
( ) Mail Order
(*) Phone
(*) Walk in

Internet (new prescriptions)
{Enter text answer}
[ 0 ]

Internet (refills only)
{Enter text answer}
[ 0 ]

Electronic prescribing
{Enter text answer}
[ 0 ]

Fax
{Enter text answer}
[ 30 ]

Mail Order
{Enter text answer}
[ 0 ]

Phone
{Enter text answer}
[ 40 ]

Walk in
{Enter text answer}
[ 30 ]
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000256

P-42108_00092

```
3. Is pharmacy licensed by states into which it dispenses?
{Choose one}
(*) Yes
( ) No

A. State:
{Choose one}
( ) AK
( ) AL
( ) AR
( ) AZ
( ) CA
( ) CO
( ) CT
( ) DC
( ) DE
( ) FL
( ) GA
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
(*) WV
( ) WY

Pharmacy License #:
{Enter text answer}
[ mp0552325 ]

B. State:
{Choose one}
( ) AK
( ) AL
```

8

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000257

P-42108_00093

```
( )  AR
( )  AZ
( )  CA
( )  CO
( )  CT
( )  DC
( )  DE
( )  FL
( )  GA
( )  HI
( )  IA
( )  ID
( )  IL
( )  IN
( )  KS
( )  KY
( )  LA
( )  MA
( )  MD
( )  ME
( )  MI
( )  MN
( )  MO
( )  MS
( )  MT
( )  NC
( )  ND
( )  NE
( )  NH
( )  NJ
( )  NM
( )  NV
( )  NY
( )  OH
( )  OK
( )  OR
( )  PA
( )  RI
( )  SC
( )  SD
( )  TN
( )  TX
( )  UT
( )  VA
( )  VT
( )  WA
( )  WI
( )  WV
( )  WY

Pharmacy License #:
{Enter text answer}
[ ]

C. State:
{Choose one}
( )  AK
( )  AL
( )  AR
( )  AZ
( )  CA
( )  CO
( )  CT
( )  DC
( )  DE
( )  FL
( )  GA
```

9

CAH_FEDWV_00000258
P-42108_00094

```
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
( ) WV
( ) WY
```

Pharmacy License #:
{Enter text answer}
[ ]

Page 8

4. Does pharmacy fill controlled substance prescriptions for patients that
reside out of state?
{Choose one}
(*) Yes
( ) No

Please provide reason:
{Enter answer in paragraph form}
[ bordering states ky, oh ]

5. Does pharmacy routinely fill controlled substance prescriptions written
by prescribers in other states?
{Choose one}
( ) Yes
(*) No

6. Hours of operation of the pharmacy:
{Enter text answer}
[ mon-fri 9-6, sat 9-1, closed sun. ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000259
P-42108_00095

7. Is the pharmacy affiliated with any internet websites?
{Choose one}
( ) Yes
(*) No

1

    Name
    {Enter text answer}
    [ ]


    Address or URL Address
    {Enter text answer}
    [ ]

2

    Name
    {Enter text answer}
    [ ]


    Address or URL Address
    {Enter text answer}
    [ ]

3

    Name
    {Enter text answer}
    [ ]


    Address or URL Address
    {Enter text answer}
    [ ]

Page 9

8. Does your organization receive prescriptions from a website not owned by your organization?
{Choose one}
( ) Yes
(*) No

9. Does your organization fill new prescriptions or sell pharmaceuticals via the internet?
{Choose one}
( ) Yes
(*) No

10. Does your pharmacy fill prescriptions for controlled substances for customers of websites that sell or offer to sell controlled substances or prescriptions for controlled substances? The prescription might be delivered to you either by referral from an Internet website; or at the request of the owner, operator or employee of such a website; or by referral from a practitioner affiliated with such a website.
{Choose one}
( ) Yes
(*) No

Page 10

11. Do you, or does your pharmacy, advertise on the Internet or send unsolicited email(s) with offer(s) to sell a controlled substance or a prescription for a controlled substance?

11

HIGHLY CONFIDENTIAL

{Choose one}
( ) Yes
(*) No

12. Do you, or does your pharmacy, advertise on the Internet or send
unsolicited email(s) that direct persons to a website through which a
controlled substance or a prescription for a controlled substance may be
purchased?
{Choose one}
( ) Yes
(*) No

13. How does pharmacy receive payment for prescriptions and in what
approximate percentage?
{Choose all that apply}
(*) Private Insurance
(*) 3rd Party (Medicare/Medicaid)
(*) Worker's Compensation
(*) Cash
( ) Other [ ]

PI % of Revenue
{Enter text answer}
[ 20 ]

3P % of Revenue
{Enter text answer}
[ 70 ]

WC % of Revenue
{Enter text answer}
[ 1 ]

Csh % of Revenue
{Enter text answer}
[ 9 ]

Othr % of Revenue
{Enter text answer}
[ 0 ]

Page 11

14. Does the pharmacy service any of the following? (check all that apply)
{Choose all that apply}
(*) Hospice
( ) Long Term Care facilities
( ) Nursing Home
( ) None of the above

15. Do you service pain managment clinics?
{Choose one}
(*) Yes
( ) No

1

    Name of Clinic
    {Enter text answer}
    [ center for pain relief ]


    Address of Clinic
    {Enter text answer}
    [ 2900 1 st ave, huntington wv ]

12

HIGHLY CONFIDENTIAL

```
Prescriber's Name
{Enter text answer}
[ david caraway ]


Prescriber's DEA #
{Enter text answer}
[ bc1726142 ]
```

2

```
Name of Clinic
{Enter text answer}
[ chh pain management center ]


Address of Clinic
{Enter text answer}
[ 1623 13th ave ]


Prescriber's Name
{Enter text answer}
[ ahmet ozturk ]


Prescriber's DEA #
{Enter text answer}
[ bo1101512 ]
```

3

```
Name of Clinic
{Enter text answer}
[ ]


Address of Clinic
{Enter text answer}
[ ]


Prescriber's Name
{Enter text answer}
[ ]


Prescriber's DEA #
{Enter text answer}
[ ]
```

4

```
Name of Clinic
{Enter text answer}
[ ]


Address of Clinic
{Enter text answer}
[ ]


Prescriber's Name
{Enter text answer}
[ ]
```

13

HIGHLY CONFIDENTIAL

```
        Prescriber's DEA #
        {Enter text answer}
        [ ]

    16. Please describe front-end merchandise at your pharmacy (e.g., durable
    medical equipment, home healthcare aids, vitamins, cosmetics, etc.):
    {Enter answer in paragraph form}
    [ vitamins, hba, gift shop ]

Page 12

    1. What products does the pharmacy expect to purchase from Cardinal Health
    and in what percent of total order? (check all that apply)
    {Choose all that apply}
    (*) OTC
    (*) Prescription
    (*) Controlled Substances
    ( ) Listed Chemicals
    ( ) Other [ ]

    OTC % of total purchases
    {Enter text answer}
    [ 5 ]

    Pscrp % of total purchases
    {Enter text answer}
    [ 80 ]

    CS % of total purchases
    {Enter text answer}
    [ 15 ]

    LC % of total purchases
    {Enter text answer}
    [ 0 ]

    Othr % of total purchases
    {Enter text answer}
    [ 0 ]

    2. What products does the pharmacy expect to purchase from other
    distributors and in what percent of total order? (check all that apply)
    {Choose all that apply}
    ( ) OTC
    (*) Prescription
    (*) Controlled Substances
    ( ) Listed Chemicals
    ( ) Other [ ]

    OTC % of total purchases
    {Enter text answer}
    [ 0 ]

    Pscrp % of total purchases
    {Enter text answer}
    [ 80 ]

    CS % of total purchases
    {Enter text answer}
    [ 20 ]

    LC % of total purchases
    {Enter text answer}
    [ 0 ]

    Othr % of total purchases
```

14

HIGHLY CONFIDENTIAL

```
{Enter text answer}
[ 0 ]

Phentermine
{Enter text answer}
[ 1000 ]

Hydrocodone
{Enter text answer}
[ 5000 ]

Alprazolam
{Enter text answer}
[ 3000 ]

Oxycodone
{Enter text answer}
[ 3000 ]

Provide sales for last 12 months:
{Enter text answer}
[ $2,500,00.00 ]
```

Page 13

```
1. Is the pharmacy located within a medical center?
{Choose one}
( ) Yes
(*) No

2. Are there hospitals, doctors' offices or medical clinics in the vicinity
(5 miles) of the pharmacy?
{Choose one}
(*) Yes
( ) No

Please identify name, address, city, state, zip and proximity to pharmacy:
{Enter answer in paragraph form}
[ linda savory 1115 20th st huntington wv ]

Any additional comments? (If a threshold event has not occurred please
enter N/A)
{Enter answer in paragraph form}
[ na ]

Name:
{Enter text answer}
[ richard finley ]

Company:
{Enter text answer}
[ budget discount pharmacy ]

Title:
{Enter text answer}
[ owner/rph ]

Are you filling this questionnaire out as a result of a regulatory hold on
order?
{Choose one}
( ) Yes
(*) No
```

15

HIGHLY CONFIDENTIAL

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                                        iGoogle | Help | Sign in

# Google maps

| 361 norway ave Huntington WV 25705 | | Search Maps |   Show search options

Find businesses, addresses and places of interest.

Get Directions    My Maps                                    «                              🖶 Print   ✉ Send   🔗 Link

**361 Norway Ave**
Huntington, WV 25705

Directions   Search nearby   Save to ...   more ▼

At this address:
Budget Discount Pharmacy

Sponsored Links

**Femara® Side Effects**
See if Femara® (letrozole) tablets
are right for you. Visit today.
www.Femara.com



HIGHLY CONFIDENTIAL

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼          iGoogle | Help | Sign in

## Google maps

361 norway ave Huntington WV 25705        [Search Maps]      Show search options
Find businesses, addresses and places of interest.

Get Directions     My Maps                              «              Print   Send   Link

**361 Norway Ave**
Huntington, WV 25705

Directions   Search nearby   Save to ...   more ▼

At this address:
Budget Discount Pharmacy

Sponsored Links
**Femara® Side Effects**
See if Femara® (letrozole) tablets
are right for you. Visit today.
www.Femara.com



HIGHLY CONFIDENTIAL

CAH_FEDWV_00000266

P-42108_00102

361 norway ave Huntington WV 25705 - Google Maps

 Google maps

361 norway ave Huntington WV 25705

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾

iGoogle | Help | Sign in

Search Maps    Show search options

Find businesses, addresses and places of interest.

Get Directions   My Maps   «

Print | Send | Link

**361 Norway Ave**
Huntington, WV 25705

Directions   Search nearby   Save to...   more ▾

At this address:
Budget Discount Pharmacy

Sponsored Links

**Femara® Side Effects**
See if Femara® (letrozole) tablets
are right for you. Visit today.
www.Femara.com



Traffic   More...   Map   **Satellite**   Terrain

200 ft
100 m   ©2010 Google - Imagery ©2010 DigitalGlobe, USDA Farm Service Agency, GeoEye, Map data ©2010 Google - Terms of Use   Report a problem

http://maps.google.com/maps?hl=en&tab=wl[4/19/2010 3:01:31 PM]

HIGHLY CONFIDENTIAL

**Hammond, Tawney**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Thursday, April 15, 2010 8:30 AM |
| **To:** | GMB-QRA-Anti-Diversion |
| **Subject:** | Response for SCS-P Retail Independent Pharmacy Questionnaire |

```
E-mail notification for survey response
Survey Title: SCS-P Retail Independent Pharmacy Questionnaire Respondent Unique Key:
INQ-20100415065611-1801456001 Response Date: Thu, Apr 15, 2010 07:29:30


Page 1

    1. Are you a current or new customer?
    {Choose one}
    ( ) Current
    (*) New

    2. Visited by:
    {Enter text answer}
    [ Jesse Kave ]

    Date visited:
    {Enter text answer}
    [ 4/15/2010 ]

    Name/Title of person providing information:
    {Enter text answer}
    [ owner/rph ]

    3. Pharmacy Legal Business Name:
    {Enter text answer}
    [ g and r llc ]

    4. DEA Registration # of pharmacy:
    {Enter text answer}
    [ bg6892625 ]

    5. DBA (if any):
    {Enter text answer}
    [ budget discount pharmacy ]

    Address:
    {Enter text answer}
    [ 361 norway ave ]

    City:
    {Enter text answer}
    [ huntington ]

    State:
    {Choose one}
    ( ) AK
    ( ) AL
    ( ) AR
    ( ) AZ
    ( ) CA
    ( ) CO
    ( ) CT
    ( ) DC
    ( ) DE
    ( ) FL
    ( ) GA
```

1

HIGHLY CONFIDENTIAL

```
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
(*) WV
( ) WY
```

Zip:
{Enter text answer}
[ 25705 ]

Phone number(s):
{Enter text answer}
[ 3046975090 ]

Email:
{Enter text answer}
[ budgetpharmacy@yahoo.com ]

6. Has the pharmacy ever operated under a different name?
{Choose one}
( ) Yes
(*) No

Page 2

7. Board of Pharmacy License #:
{Enter text answer}
[ mp0552325 ]

Expiration date:
{Enter text answer}
[ 06/30/2010 ]

2

HIGHLY CONFIDENTIAL

```
8. State Controlled Substance License #:
{Enter text answer}
[ na ]

Expiration date:
{Enter text answer}
[ na ]

10. Name of Pharmacist in charge:
{Enter text answer}
[ richard finley ]

State License #:
{Enter text answer}
[ 4822 ]

11. How many other pharmacist(s) are currently practicing at this pharmacy?
{Choose one}
( ) None
(*) 1-2
( ) 3-4
( ) 5-6

1:
{Enter text answer}
[ gina finley ]

L#1:
{Enter text answer}
[ 5364 ]

F/P1:
{Choose one}
( ) Full-time
(*) Part-time

2:
{Enter text answer}
[ fran degidio ]

L#2:
{Enter text answer}
[ 2503 ]

F/P2:
{Choose one}
( ) Full-time
(*) Part-time

9. Is your pharmacy located within 25 miles of a border state?
{Choose one}
( ) Yes
(*) No
```

Page 3

```
12. How many licensed or registered pharmacy staff members practice at this
pharmacy?
{Choose one}
( ) None
( ) 1-2
(*) 3-4
( ) 5-6

1:
{Enter text answer}
```

3

CAH_FEDWV_00000270

P-42108_00106

```
[ judy murdock ]

L#1:
{Enter text answer}
[ 1644 ]

F/P1:
{Choose one}
( ) Full-time
(*) Part-time

2:
{Enter text answer}
[ karen hale ]

L#2:
{Enter text answer}
[ 4726 ]

F/P2:
{Choose one}
( ) Full-time
(*) Part-time

3:
{Enter text answer}
[ renee edwards ]

L#3:
{Enter text answer}
[ 4724 ]

F/P3:
{Choose one}
(*) Full-time
( ) Part-time

4:
{Enter text answer}
[ na ]

L#4:
{Enter text answer}
[ na ]

F/P4:
{Choose one}
( ) Full-time
(*) Part-time
```

Page 4

```
1. Ownership type:
{Choose one}
( ) Sole proprietor
(*) Corporation
( ) Partnership
( ) Other [ ]

Please indicate state of incorporation:
{Enter text answer}
[ wv ]

2. Owner(s) Name(s):
{Enter text answer}
[ richard and gina finley ]
```

4

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000271

P-42108_00107

```
3. DBA (if any):
{Enter text answer}
[ budget pharmacy pharmacy ]

Owner Business Address:
{Enter text answer}
[ 361 norway ave ]

Owner Phone:
{Enter text answer}
[ 304-697-5090 ]

City:
{Enter text answer}
[ huntington ]

State:
{Choose one}
( ) AK
( ) AL
( ) AR
( ) AZ
( ) CA
( ) CO
( ) CT
( ) DC
( ) DE
( ) FL
( ) GA
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000272
P-42108_00108

```
( ) WV
(*) WY

Zip:
{Enter text answer}
[ 25705 ]

4. Number of years owner has operated pharmacy:
{Enter text answer}
[ 10 ]

5. Is owner a licensed pharmacist?
{Choose one}
(*) Yes
( ) No

List State(s) and coordinating license number(s):
{Enter text answer}
[ wv 4822 ]

6. Does owner operate/own any other pharmacies?
{Choose one}
( ) Yes
(*) No
```

Page 5

```
1. Has the pharmacy ever had a DEA registration suspended or revoked?
{Choose one}
( ) Yes
(*) No

2. Has the owner ever had a DEA registration suspended or revoked?
{Choose one}
( ) Yes
(*) No

Are there currently any suits, liens or judgments filed against owner(s) of
pharmacy?
{Choose one}
( ) Yes
(*) No

3. Has the pharmacy ever had a past and/or current state license(s)
suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

4. Has the pharmacy ever had a past and/or current state controlled
substance license suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

5. Has the Pharmacist-in-Charge ever had their state license(s) suspended,
revoked or disciplined?
{Choose one}
( ) Yes
(*) No
```

Page 6

```
6. Has the Pharmacist/owner (if applicable) had their state license(s)
suspended, revoked or disciplined?
{Choose one}
( ) Yes
```

6

```
(*) No

7. Please provide a list of names of all pharmaceutical distributors this
pharmacy used within the last 24 months:
{Enter answer in paragraph form}
[ amerisource bergen, anda ]

8. Please provide a list of names of all pharmaceutical distributors this
pharmacy intends to continue to use:
{Enter answer in paragraph form}
[ cardinal, anda ]

9. Is pharmacy or owner a member of any professional associations (NCPA,
APhA, etc.)?
{Choose one}
(*) Yes
( ) No

Please provide names:
{Enter text answer}
[ apha ]

10. Does the pharmacy have any certifications (JCAHO, VIPPS, etc.)?
{Choose one}
( ) Yes
(*) No
```

Page 7

```
1. How does the pharmacy receive prescriptions? (check all that apply)
{Choose all that apply}
( ) Internet (new prescriptions)
( ) Internet (refills only)
( ) Electronic prescribing
(*) Fax
( ) Mail Order
(*) Phone
(*) Walk in

Internet (new prescriptions)
{Enter text answer}
[ 0 ]

Internet (refills only)
{Enter text answer}
[ 0 ]

Electronic prescribing
{Enter text answer}
[ 0 ]

Fax
{Enter text answer}
[ 30 ]

Mail Order
{Enter text answer}
[ 0 ]

Phone
{Enter text answer}
[ 40 ]

Walk in
{Enter text answer}
[ 30 ]
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000274
P-42108_00110

```
3. Is pharmacy licensed by states into which it dispenses?
{Choose one}
(*) Yes
( ) No

A. State:
{Choose one}
( ) AK
( ) AL
( ) AR
( ) AZ
( ) CA
( ) CO
( ) CT
( ) DC
( ) DE
( ) FL
( ) GA
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
(*) WV
( ) WY

Pharmacy License #:
{Enter text answer}
[ mp0552325 ]

B. State:
{Choose one}
( ) AK
( ) AL
```

8

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000275
P-42108_00111

```
( )  AR
( )  AZ
( )  CA
( )  CO
( )  CT
( )  DC
( )  DE
( )  FL
( )  GA
( )  HI
( )  IA
( )  ID
( )  IL
( )  IN
( )  KS
( )  KY
( )  LA
( )  MA
( )  MD
( )  ME
( )  MI
( )  MN
( )  MO
( )  MS
( )  MT
( )  NC
( )  ND
( )  NE
( )  NH
( )  NJ
( )  NM
( )  NV
( )  NY
( )  OH
( )  OK
( )  OR
( )  PA
( )  RI
( )  SC
( )  SD
( )  TN
( )  TX
( )  UT
( )  VA
( )  VT
( )  WA
( )  WI
( )  WV
( )  WY

Pharmacy License #:
{Enter text answer}
[ ]

C. State:
{Choose one}
( )  AK
( )  AL
( )  AR
( )  AZ
( )  CA
( )  CO
( )  CT
( )  DC
( )  DE
( )  FL
( )  GA
```

9

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000276
P-42108_00112

```
( ) HI
( ) IA
( ) ID
( ) IL
( ) IN
( ) KS
( ) KY
( ) LA
( ) MA
( ) MD
( ) ME
( ) MI
( ) MN
( ) MO
( ) MS
( ) MT
( ) NC
( ) ND
( ) NE
( ) NH
( ) NJ
( ) NM
( ) NV
( ) NY
( ) OH
( ) OK
( ) OR
( ) PA
( ) RI
( ) SC
( ) SD
( ) TN
( ) TX
( ) UT
( ) VA
( ) VT
( ) WA
( ) WI
( ) WV
( ) WY
```

Pharmacy License #:
{Enter text answer}
[ ]

Page 8

4. Does pharmacy fill controlled substance prescriptions for patients that reside out of state?
{Choose one}
(*) Yes
( ) No

Please provide reason:
{Enter answer in paragraph form}
[ bordering states ky, oh ]

5. Does pharmacy routinely fill controlled substance prescriptions written by prescribers in other states?
{Choose one}
( ) Yes
(*) No

6. Hours of operation of the pharmacy:
{Enter text answer}
[ mon-fri 9-6, sat 9-1, closed sun. ]

10

HIGHLY CONFIDENTIAL

7. Is the pharmacy affiliated with any internet websites?
{Choose one}
( ) Yes
(*) No

1

    Name
    {Enter text answer}
    [ ]


    Address or URL Address
    {Enter text answer}
    [ ]

2

    Name
    {Enter text answer}
    [ ]


    Address or URL Address
    {Enter text answer}
    [ ]

3

    Name
    {Enter text answer}
    [ ]


    Address or URL Address
    {Enter text answer}
    [ ]

Page 9

8. Does your organization receive prescriptions from a website not owned by your organization?
{Choose one}
( ) Yes
(*) No

9. Does your organization fill new prescriptions or sell pharmaceuticals via the internet?
{Choose one}
( ) Yes
(*) No

10. Does your pharmacy fill prescriptions for controlled substances for customers of websites that sell or offer to sell controlled substances or prescriptions for controlled substances? The prescription might be delivered to you either by referral from an Internet website; or at the request of the owner, operator or employee of such a website; or by referral from a practitioner affiliated with such a website.
{Choose one}
( ) Yes
(*) No

Page 10

11. Do you, or does your pharmacy, advertise on the Internet or send unsolicited email(s) with offer(s) to sell a controlled substance or a prescription for a controlled substance?

11

HIGHLY CONFIDENTIAL

```
{Choose one}
( ) Yes
(*) No

12. Do you, or does your pharmacy, advertise on the Internet or send
unsolicited email(s) that direct persons to a website through which a
controlled substance or a prescription for a controlled substance may be
purchased?
{Choose one}
( ) Yes
(*) No

13. How does pharmacy receive payment for prescriptions and in what
approximate percentage?
{Choose all that apply}
(*) Private Insurance
(*) 3rd Party (Medicare/Medicaid)
(*) Worker's Compensation
(*) Cash
( ) Other [ ]

PI % of Revenue
{Enter text answer}
[ 20 ]

3P % of Revenue
{Enter text answer}
[ 70 ]

WC % of Revenue
{Enter text answer}
[ 1 ]

Csh % of Revenue
{Enter text answer}
[ 9 ]

Othr % of Revenue
{Enter text answer}
[ 0 ]
```

Page 11

```
14. Does the pharmacy service any of the following? (check all that apply)
{Choose all that apply}
(*) Hospice
( ) Long Term Care facilities
( ) Nursing Home
( ) None of the above

15. Do you service pain managment clinics?
{Choose one}
(*) Yes
( ) No

1

    Name of Clinic
    {Enter text answer}
    [ center for pain relief ]


    Address of Clinic
    {Enter text answer}
    [ 2900 1 st ave, huntington wv ]
```

12

CAH_FEDWV_00000279
P-42108_00115

```
Prescriber's Name
{Enter text answer}
[ david caraway ]


Prescriber's DEA #
{Enter text answer}
[ bc1726142 ]
```

2

```
Name of Clinic
{Enter text answer}
[ chh pain management center ]


Address of Clinic
{Enter text answer}
[ 1623 13th ave ]


Prescriber's Name
{Enter text answer}
[ ahmet ozturk ]


Prescriber's DEA #
{Enter text answer}
[ bo1101512 ]
```

3

```
Name of Clinic
{Enter text answer}
[ ]


Address of Clinic
{Enter text answer}
[ ]


Prescriber's Name
{Enter text answer}
[ ]


Prescriber's DEA #
{Enter text answer}
[ ]
```

4

```
Name of Clinic
{Enter text answer}
[ ]


Address of Clinic
{Enter text answer}
[ ]


Prescriber's Name
{Enter text answer}
[ ]
```

13

HIGHLY CONFIDENTIAL

```
    Prescriber's DEA #
    {Enter text answer}
    [ ]

16. Please describe front-end merchandise at your pharmacy (e.g., durable
medical equipment, home healthcare aids, vitamins, cosmetics, etc.):
{Enter answer in paragraph form}
[ vitamins, hba, gift shop ]
```

Page 12

```
1. What products does the pharmacy expect to purchase from Cardinal Health
and in what percent of total order? (check all that apply)
{Choose all that apply}
(*) OTC
(*) Prescription
(*) Controlled Substances
( ) Listed Chemicals
( ) Other [ ]

OTC % of total purchases
{Enter text answer}
[ 5 ]

Pscrp % of total purchases
{Enter text answer}
[ 80 ]

CS % of total purchases
{Enter text answer}
[ 15 ]

LC % of total purchases
{Enter text answer}
[ 0 ]

Othr % of total purchases
{Enter text answer}
[ 0 ]

2. What products does the pharmacy expect to purchase from other
distributors and in what percent of total order? (check all that apply)
{Choose all that apply}
( ) OTC
(*) Prescription
(*) Controlled Substances
( ) Listed Chemicals
( ) Other [ ]

OTC % of total purchases
{Enter text answer}
[ 0 ]

Pscrp % of total purchases
{Enter text answer}
[ 80 ]

CS % of total purchases
{Enter text answer}
[ 20 ]

LC % of total purchases
{Enter text answer}
[ 0 ]

Othr % of total purchases
```

14

CAH_FEDWV_00000281
P-42108_00117

```
{Enter text answer}
[ 0 ]

Phentermine
{Enter text answer}
[ 1000 ]

Hydrocodone
{Enter text answer}
[ 5000 ]

Alprazolam
{Enter text answer}
[ 3000 ]

Oxycodone
{Enter text answer}
[ 3000 ]

Provide sales for last 12 months:
{Enter text answer}
[ $2,500,00.00 ]
```

Page 13

```
1. Is the pharmacy located within a medical center?
{Choose one}
( ) Yes
(*) No

2. Are there hospitals, doctors' offices or medical clinics in the vicinity
(5 miles) of the pharmacy?
{Choose one}
(*) Yes
( ) No

Please identify name, address, city, state, zip and proximity to pharmacy:
{Enter answer in paragraph form}
[ linda savory 1115 20th st huntington wv ]

Any additional comments? (If a threshold event has not occurred please
enter N/A)
{Enter answer in paragraph form}
[ na ]

Name:
{Enter text answer}
[ richard finley ]

Company:
{Enter text answer}
[ budget discount pharmacy ]

Title:
{Enter text answer}
[ owner/rph ]

Are you filling this questionnaire out as a result of a regulatory hold on
order?
{Choose one}
( ) Yes
(*) No
```

15

CAH_FEDWV_00000282
P-42108_00118

```
Top Drugs Ranked by Total Rx Dispense Qty          for: BUDGET DISCOUNT PHARMACY   All Rx's from 4/18/09 to 9/15/10  Page  1
```

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Total Price | AWP Cost | Profit | Qty | Average Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PEG-3350 ELECT(COLYTE)#40 | 62175-0446-01 | BLOCK | 0.31 | 24 | 96000 | 317.45 | 297.60 | 19.85 | 4000 | 13.22 | 0.82 | 3% |
| 2 | TRILYTE SOLUTION W/FLAV P | 68220-0131-04 | KREMERS URBA | 0.70 | 20 | 80000 | 484.85 | 560.00 | 75.15 | 4000 | 24.24 | 3.75 |
| 3 | HYDROCD/APAP 7 5/500 (LO | 00591-0385-05 | WATSON | 51.49 | 721 | 60223 | 11168.38 | 30756.58 | -19588.20 | 84 | 15.49-27.16 |
| 4 | GLYCOLAX 3350 NF POWDER 5 | 00574 0412-05 | PADDOCK LABS | 7.41 | 68 | 36890 | 1879.39 | 2717.74 | -838.35 | 543 | 27.63 12.32 |
| 5 | ALPRAZOLAM TABS 1MG (XANA | 00781-1079-05 | SANDOZ | 112.67 | 389 | 35085 | 5849.42 | 39092.25 | 33242.83 | 90 | 15.03-85.45 |
| 6 | HYDROCODON/ACETAM * 5/500 | 00406-0357-05 | MALLINCKRODT | 46.48 | 661 | 33621 | 5261.86 | 15512.17 | 10250.31 | 51 | 7.96-15.50 |
| 7 | CHLORHEXIDINE ORAL (PERID | 00116-2001-16 | BARRE DRUG C | 2.21 | 68 | 33043 | 536.13 | 724.28 | -188.15 | 486 | 7.88 -2.76 |
| 8 | HYDROCD/APAP 10/500(LORT | 00591-0540-05 | WATSON | 50.60 | 368 | 31948 | 9590.58 | 16083.49 | -6492.91 | 87 | 26.06-17.64 |
| 9 | OMEPRAZOLE 20MG CAP | 62175-0118-43 | KREMERS URBA | 415.14 | 726 | 30811 | 17592.92 | 126087.84 | -108494.92 | 42 | 24.23149.44 | 15% |
| 10 | ALPRAZOLAM TABS 0 5MG | 00781-1077-05 | SANDOZ | 84.44 | 449 | 29784 | 4810.94 | 25085.32 | -20274.38 | 66 | 10.71 45.15 |
| 11 | TRAMADOL 50MG TAB | 65162-0627-11 | AKYMA | 83.29 | 295 | 27743 | 4182.11 | 22754.36 | -18572.25 | 94 | 14.17-62.95 |
| 12 | PROPOXYPHENE NAP/ACET(DAR | 00603-5468-32 | QUALITEST | 55.48 | 342 | 25624 | 4844.11 | 14177.29 | -9333.18 | 75 | 14.16 27.29 |
| 13 | DIAZEPAM 10MG (VALIUM) | 00591-5620-10 | WATSON | 24.73 | 236 | 22476 | 3092.03 | 5559.01 | -2466.98 | 95 | 13.10 10.45 |
| 14 | HYDROCODONE 10MG/325MG (M | 00603 3887-32 | QUALITEST | 67.45 | 193 | 21548 | 6185.23 | 14341.69 | -8156.46 | 112 | 32.04 42.26 | 20% |
| 15 | METOPROLOL*50MG (LOPRESSO | 00781-1223-10 | SANDOZ | 54.43 | 321 | 21438 | 1948.76 | 11454.99 | -9506.23 | 67 | 6.07 29.61 |
| 16 | PLAVIX 75MG TABS | 63653-1171-06 | | 621.53 | 638 | 20899 | 105624.97 | 123974.11 | -18349.14 | 33 | 165.55 28.76 |
| 17 | GABAPENTIN 300MG CAP | 53746 0102-05 | AMNEAL | 134.18 | 223 | 20788 | 4434.90 | 27756.26 | -23321.36 | 93 | 19.88104.58 |
| 18 | HYDROCHLOROTHIAZIDE*25MG | 00172-2083-80 | TEVA | 7.94 | 535 | 20317 | 2364.05 | 1608.22 | 755.83 | 38 | 4.41 1.41 |
| 19 | METFORMIN 500MG | 57664-0397 58 | CARACO | 70.37 | 212 | 18985 | 3001.08 | 13261.81 | -10260.73 | 90 | 14.15 48.39 |
| 20 | POTASSIUM*CHL 10% ORANGE | 00603-1532-58 | QUALITEST | 1.36 | 19 | 18040 | 185.81 | 203.64 | -17.83 | 949 | 9.77 -0.93 |
| 21 | OXYCODO-APAP 10 325 TAB | 00406-0523-01 | MALLINCKRODT | 177.93 | 169 | 17871 | 12951.48 | 31547.63 | -18596.15 | 106 | 76.63110.03 |
| 22 | SIMVASTATIN 20MG TAB | 68382-0067-16 | ZYGENERICS | 492.00 | 508 | 17692 | 6322.32 | 86680.50 | -80358.18 | 35 | 12.44158.18 | 25% |
| 23 | FUROSEMIDE 40MG* | 00781 1966-10 | SANDOZ | 14.03 | 407 | 17439 | 2379.21 | 2445.49 | 66.28 | 43 | 5.84 0.16 |
| 24 | IBUPROFEN 800MG TABS (MOT | 53111 0684-05 | DRREDDYS | 30.47 | 211 | 16195 | 1633.44 | 4934.17 | -3300.73 | 77 | 7.74 15.64 |
| 25 | NULYTELY SOLN W/FLAV PKS | 52268-0400-01 | | 0.76 | 4 | 16000 | 125.56 | 114.40 | 11.16 | 4000 | 31.39 2.79 |
| 26 | METFORMIN ER 500MG TAB | 62756-0142-02 | SUN | 74.58 | 166 | 14980 | 2590.57 | 11118.21 | -8527.64 | 90 | 15.60-51.37 |
| 27 | SINGULAIR 10MG | 00006-0117-31 | | 467.66 | 455 | 14660 | 56145.74 | 65828.46 | -9682.72 | 32 | 123.39-21.28 |
| 28 | METFORMIN 1000MG (GLUCOPH | 57664-0474-58 | CARACO | 144.24 | 208 | 14385 | 2763.88 | 20597.01 | -17833.13 | 69 | 13.28-85.73 |
| 29 | SIMVASTATIN 40MG TAB | 68382-0068-16 | ZYGENERICS | 492.00 | 376 | 14264 | 5263.75 | 70022.82 | -64759.07 | 38 | 13.99172.23 |
| 30 | AMLODIPINE 5MG* | 59762 1530-02 | GREENSTONE | 172.98 | 378 | 14006 | 5228.02 | 24214.27 | -18986.25 | 37 | 13.83 50.22 |
| 31 | NEXIUM 40MG DELAYED-RELEA | 00186-5040-31 | | 650.20 | 407 | 13752 | 74654.27 | 88221.87 | -13567.60 | 34 | 183.42 33.33 | 30% |
| 32 | ALBUTEROL INH SOL 83MG/ML | 16252-0097-22 | ALPHARMA | 40.33 | 83 | 13125 | 1504.43 | 5190.72 | -3686.29 | 158 | 18.12-44.41 |
| 33 | LACTULOSE*946ML | 00472-1360-16 | BARRE DRUG C | 7.68 | 18 | 12639 | 287.77 | 970.64 | 682.87 | 702 | 15.98 37.93 |
| 34 | SERTRALINE 100MG | 59762-4910-01 | GREENSTONE | 271.23 | 325 | 12555 | 4253.37 | 33453.55 | -29200.18 | 39 | 13.08-89.84 |
| 35 | LISINOPRIL 20MG(ZESTRIL/P | 00185-0112-10 | SANDOZ | 107.51 | 288 | 12367 | 3008.14 | 13020.36 | -10012.22 | 43 | 10.44 34.76 |
| 36 | GEMFIBROZIL 600MG (LOPID) | 00093-0670-05 | TEVA | 118.73 | 179 | 12330 | 3040.76 | 14586.69 | -11545.93 | 69 | 16.98-64.50 |
| 37 | LORAZEPAM*TABS 1MG (ATIVA | 00591-0241-10 | WATSON | 84.32 | 188 | 12252 | 2539.62 | 10316.59 | -7776.97 | 65 | 13.50-41.36 |
| 38 | LIPITOR 10MG | 00071-0155-23 | | 343.60 | 361 | 11966 | 34643.96 | 40234.69 | -5590.73 | 33 | 95.96 15.48 |
| 39 | LORAZEPAM 5MG TABS (ATIV | 00781-1403-05 | SANDOZ | 62.51 | 201 | 11948 | 2299.86 | 7397.66 | -5097.80 | 59 | 11.44 25.36 |
| 40 | MAGNESIUM OXIDE 400MG | 37864-0002-90 | | 2.57 | 125 | 11460 | 1570.04 | 363.46 | 1206.58 | 92 | 12.56 9.65 |
| 41 | CLONAZEPAM 0 5MG*(KLONOPI | 00185-0063 10 | SANDOZ | 74.80 | 172 | 11160 | 1405.41 | 8316.36 | -6910.95 | 65 | 8.17-40.17 |
| 42 | LISINOPRIL 10MG | 00185-0101-10 | SANDOZ | 100.42 | 281 | 11108 | 2426.75 | 11047.38 | -8620.63 | 40 | 8.63 30.67 |
| 43 | OXYCODONE 30MG TAB | 52152-0215-02 | ACTAVIS | 245.25 | 99 | 10964 | 7461.37 | 16860.56 | -9399.19 | 111 | 75.36-94.94 | 35% |
| 44 | POTASSIUM*CHL 10MEQ TABLE | 00781-1526 10 | GENEVA GENER | 40.00 | 268 | 10867 | 2237.53 | 3281.88 | -1044.35 | 41 | 8.34 -3.89 |
| 45 | METOPROLOL ER 50MG | 49884-0405-01 | PAR PHARMACE | 108.38 | 303 | 10723 | 9832.38 | 11274.63 | -1442.25 | 35 | 32.45 4.75 |
| 46 | ASCENSIA CONTOUR TEST 50 | 00193-7080-50 | | 119.16 | 107 | 10700 | 9576.21 | 12532.11 | -2955.90 | 100 | 89.49-27.62 |
| 47 | OXYCODONE 15MG TAB | 00603-4991-21 | QUALITEST | 73.75 | 79 | 10556 | 4602.00 | 7785.08 | -3183.08 | 134 | 58.25-40.29 |
| 48 | CITALOPRAM 20MG*TAB | 13107-0006-01 | AUROBINDO | 269.08 | 279 | 10123 | 2823.83 | 25984.61 | -23160.78 | 36 | 10.12-83.01 |
| 49 | LOVAZA 1GM CAP | 00173-0783-01 | | 151.75 | 90 | 10110 | 12771.10 | 15342.02 | -2570.92 | 112 | 141.90 28.56 |
| 50 | LEVOTHYROXIN*50MCG TAB | 00378-1803-01 | MYLAN PHARM | 33.57 | 295 | 10080 | 2655.75 | 3373.54 | -717.79 | 34 | 9.00 -2.43 |
| 51 | ONE TOUCH ULTRA STRIPS 50 | 53885-0244-50 | | 117.12 | 142 | 10000 | 8388.20 | 11708.16 | -3319.96 | 70 | 59.07 23.38 |
| 52 | FUROSEMIDE 20MG (LASIX) | 00781-1818-10 | SANDOZ | 12.27 | 261 | 9712 | 1455.00 | 1188.16 | 266.84 | 37 | 5.57 1.02 |
| 53 | OXYCODONE/APAP*5/325 TAB | 00406-0512-05 | MALLINCKRODT | 46.19 | 186 | 9680 | 2251.89 | 3983.61 | -1974.39 | 52 | 10.80-10.61 |
| 54 | METOPROLOL 25MG ER TAB | 49884-0404-01 | PAR PHARMACE | 105.38 | 280 | 9549 | 8716.44 | 10053.71 | -1337.27 | 34 | 31.13 4.77 |
| 55 | AMLODIPINE 10MG TAB | 59762-1540-01 | GREENSTONE | 237.38 | 239 | 9539 | 4251.29 | 22596.13 | 18344.84 | 40 | 17.78-76.75 |
| 56 | RANITIDINE 150MG TABS (ZA | 68462-0248-01 | GLENMARK | 156.00 | 180 | 9534 | 1559.63 | 14636.61 | 13076.98 | 53 | 8.66-72.64 |

HIGHLY CONFIDENTIAL

Top Drugs Ranked by Total Rx Dispense Qty  for BUDGET DISCOUNT PHARMACY  All Rx's from  4/18/09 to 4/15/10   Page 2

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Total Rx's | Total Qty | Total Price | Total AWP Cost | Total Profit | Avg Qty | Avg Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | LISINOPRIL 40MG(ZESTRIL/P | 00185-0104-10 | SANDOZ | 157.21 | 232 | 9450 | 2632.86 | 14693.03 | -12060.17 | 41 | 11.34 | -51.98 39% |
| 58 | ATENOLOL 50MG*(TENORMIN) | | | 79.24 | 183 | 9384 | 1342.00 | 7407.89 | 6065.89 | 51 | 7.33 | 33.14 40% |
| 59 | ZOLPIDEM*10MG TAB | 00093-0074-01 | TEVA | 462.49 | 336 | 9284 | 3748.58 | 42070.06 | 38321.48 | 28 | 11.15 | 114.05 |
| 60 | HYDROCODONE & ACET*ELIX(L | 00121-0655-16 | PHARMACEUTIC | 13.07 | 29 | 9115 | 419.08 | 1191.36 | -772.28 | 314 | 14.45 | 26.63 |
| 61 | GABAPENTIN 100MG CAP | 53746-0101-05 | AMNEAL | 53.69 | 94 | 9090 | 1459.85 | 4880.35 | 3420.50 | 97 | 15.53 | 36.38 |
| 62 | CYCLOBENZAPRINE 10MG(FLEX | 59746-0177-10 | CADISTA | 110.00 | 117 | 8642 | 1494.86 | 9498.45 | -8003.59 | 74 | 12.77 | -68.40 |
| 63 | GABAPENTIN 600MG TAB | 68462-0126-05 | GLENMARK | 252.90 | 125 | 8313 | 3970.63 | 20886.14 | 16915.51 | 67 | 31.76 | 135.32 |
| 64 | METHADONE 10MG TABS | 00406 5771-01 | MALLINCKRODT | 14.74 | 46 | 8313 | 1356.44 | 1215.95 | 140.49 | 181 | 29.48 | 3.05 |
| 65 | LISINOPRIL 5MG (ZESTRIL/P | 00185-5400-10 | SANDOZ | 97.25 | 211 | 8276 | 1605.11 | 7993.34 | -6388.23 | 39 | 7.60 | 30.27 |
| 66 | LEVOTHYROXIN*100MCG TAB | 00378-1809-01 | MYLAN PHARM | 38.02 | 193 | 8214 | 2127.95 | 3123.67 | -995.72 | 43 | 11.02 | -5.15 |
| 67 | POTASSIUM-20 (SUB FOR K-D | 00781-5720-10 | SANDOZ | 51.61 | 185 | 8144 | 2258.19 | 4201.50 | -1943.31 | 44 | 12.20 | -10.50 |
| 68 | FEXOFENADINE 180MG TAB | 66993-0109-04 | PRASCO | 242.63 | 250 | 8137 | 9810.88 | 19507.95 | 9697.07 | 33 | 39.24 | 38.78 |
| 69 | FLOMAX  4MG CAPS | 00597-0058-01 | | 468.70 | 197 | 7917 | 28941.26 | 34074.65 | 5133.39 | 40 | 146.90 | 26.05 |
| 70 | CELEBREX 200MG | 00025-1525-31 | | 421.98 | 169 | 7900 | 29080.35 | 32960.80 | -3880.45 | 47 | 172.07 | -22.96 |
| 71 | METOPROLOL 100MG ER TAB | 49884-0406-01 | PAR PHARMACE | 158.35 | 191 | 7860 | 10496.81 | 12400.10 | 1903.29 | 41 | 54.95 | 9.96 |
| 72 | DIAZEPAM 5MG (VALIUM) | 00781-5629-10 | WATSON | 16.77 | 121 | 7829 | 1252.02 | 1312.70 | 60.68 | 65 | 10.34 | 0.50 |
| 73 | ALBUTEROL/ IPRATROP SOLUT | 00487-0201-03 | NEPHRON CORP | 72.90 | 38 | 7740 | 2177.17 | 5642.46 | 3465.29 | 204 | 57.29 | -91.19 |
| 74 | CLONIDINE  1MG | 00228-2127-10 | PUREPAC PHAR | 25.90 | 122 | 7740 | 927.89 | 1970.29 | -1042.40 | 63 | 7.60 | -8.54 |
| 75 | SERTRALINE 50MG | 59762-4900-01 | GREENSTONE | 271.23 | 241 | 7680 | 2767.59 | 20806.64 | 18039.05 | 32 | 11.48 | -74.85 45% |
| 76 | DIPHENOXYLATE (LOMOTIL) | 00378-0415 10 | MYLAN PHARM | 44.50 | 86 | 7412 | 1449.01 | 3298.37 | -1849.36 | 86 | 16.84 | 21.50 |
| 77 | PHENTERMINE 37 5MG(ADIPEX | 53489-0406-10 | MUTUAL | 152.25 | 180 | 7284 | 7024.63 | 11090.09 | -4065.46 | 40 | 39.02 | 22.58 |
| 78 | CRESTOR 10MG TAB | 00310-0751-90 | | 466.88 | 237 | 7278 | 27797.21 | 32501.92 | -4704.71 | 31 | 117.28 | -19.85 |
| 79 | PROMETHAZINE W/COD (PHENE | 50383 0804 16 | HITECH | 6.92 | 48 | 7270 | 475.88 | 507.59 | -31.71 | 151 | 9.91 | -0.66 |
| 80 | TRAZODONE 50MG (DESYREL) | 50111-0433-03 | PLIVA | 41.38 | 115 | 7248 | 1096.89 | 2998.96 | -1902.07 | 47 | 7.07 | -12.27 |
| 81 | ALPRAZOLAM  25 TABS (XANA | 00781-1061 05 | SANDOZ | 67.78 | 133 | 7232 | 1153.32 | 4878.09 | -3724.77 | 54 | 8.67 | 28.00 |
| 82 | A&D OINT FOIL 5GM PK (720 | 00168 0035 45 | FOUGERA E AN | 3.66 | 5 | 7200 | 140.00 | 257.55 | -117.55 | 1440 | 28.00 | -23.51 |
| 83 | CYMBALTA 60MG CAP | 00002-3270-30 | | 517.66 | 216 | 7133 | 30905.75 | 36063.64 | -5157.89 | 33 | 143.08 | 23.87 |
| 84 | OXYCODONE/APAP*10/650MG | 00591-0825-01 | WATSON | 145.65 | 74 | 7127 | 5715.30 | 10300.17 | 4584.87 | 96 | 77.23 | -61.95 |
| 85 | METOPROLOL 25MG TAB | 57664 0506-58 | CARACO | 27.00 | 121 | 7055 | 715.36 | 1727.11 | 1011.75 | 58 | 5.91 | -8.36 |
| 86 | ALLOPURINOL 100MG | 00591-5543 10 | WATSON | 24.99 | 137 | 7054 | 1014.26 | 1758.48 | -744.22 | 51 | 7.40 | -5.43 |
| 87 | AMOXICILLIN*500MG CAP | 67253-0161 50 | DAVA | 39.36 | 346 | 6879 | 2355.27 | 2699.07 | -343.80 | 20 | 6.80 | 0.99 |
| 88 | LANCETS*STERILE 100'S | 56151-0142-60 | | 6.50 | 70 | 6800 | 539.61 | 442.00 | 97.61 | 97 | 7.70 | 1.39 |
| 89 | LEVOTHYROXIN*75MCG TAB | 00378-1805-01 | MYLAN PHARM | 37.08 | 204 | 6750 | 1633.11 | 2474.64 | -841.53 | 33 | 8.00 | -4.12 |
| 90 | OXYCODONE/APAP 7 5/500 | 00406-0582-01 | MALLINCKRODT | 145.30 | 73 | 6684 | 4036.26 | 9512.98 | -5476.72 | 92 | 55.29 | -75.02 |
| 91 | ADVAIR 250/50 DISK 60'S | 00173-0696-00 | | 399.80 | 113 | 6660 | 22550.68 | 26465.19 | -3914.51 | 59 | 199.56 | -34.64 |
| 92 | PROMETHAZINE25MG(PHENERGA | 68382-0041 01 | ZYGENERICS | 50.64 | 173 | 6650 | 2629.80 | 3354.99 | -725.19 | 38 | 15.20 | 4.19 |
| 93 | CARISOPRODOL 350MG*(SOMA) | 00603-2582-32 | QUALITEST | 56.63 | 70 | 6600 | 1374.41 | 3737.80 | -2363.39 | 94 | 19.63 | -33.76 |
| 94 | LISINO-HCTZ 20-12 5(ZSTR/ | 68180-0519-01 | LUPIN | 121.28 | 171 | 6564 | 1995.12 | 7928.63 | -5933.51 | 38 | 11.66 | -34.69 |
| 95 | EVISTA 60MG | 00002-4165-02 | | 433.80 | 183 | 6525 | 22784.22 | 27108.92 | -4324.70 | 36 | 124.50 | -23.63 50% |
| 96 | HYDROCHLOROT 12 5MG CAP | 59746-0382-06 | CADISTA | 42.45 | 157 | 6462 | 1784.07 | 2737.41 | -953.34 | 41 | 11.36 | -6.07 |
| 97 | CHERATUSSIN AC* | 00603-1075-54 | PHARMACEUTIC | 4.43 | 36 | 6415 | 266.17 | 258.51 | 7.66 | 178 | 7.39 | 0.21 |
| 98 | GLYBURIDE 5MG (DIA5 MIC5) | 00781-1191-10 | SANDOZ | 73.81 | 59 | 6405 | 1179.96 | 4616.69 | -3436.73 | 109 | 19.99 | -58.24 |
| 99 | ASACOL 400MG TABLETS | 00149-0752-15 | | 193.96 | 39 | 6274 | 9669.77 | 11284.19 | -1614.42 | 161 | 247.94 | -41.39 |
| 100 | FERROUS*SULFATE 325MG | 00677-0071-01 | UNITED RESEA | 2.80 | 100 | 6210 | 541.24 | 173.88 | 367.36 | 62 | 5.41 | 3.67 |
| 101 | BUDEPRION SR 150MG TAB | 67607-0133 25 | ACTAVIS | 290.75 | 114 | 6120 | 5175.54 | 16625.74 | -11450.20 | 54 | 45.39 | 100.44 |
| 102 | HYDROXYZINE 50MG CAP(VIST | 00185-0615-01 | EON | 31.22 | 90 | 6090 | 958.40 | 1901.40 | -943.00 | 68 | 10.64 | -10.47 |
| 103 | CLONAZEPAM 1MG TAB | 00185-0064-10 | SANDOZ | 85.40 | 82 | 6055 | 957.09 | 5137.71 | -4180.62 | 74 | 11.67 | -50.98 |
| 104 | CARBI/LEVO 25/100 (SINEME | 00228-2539-50 | ACTAVIS | 84.59 | 42 | 6045 | 1931.39 | 5113.45 | -3182.06 | 144 | 45.98 | -75.76 |
| 105 | ULTRASE MT18 CAP | 58914-0018-10 | | 264.58 | 8 | 6000 | 12752.05 | 15269.40 | -2517.35 | 750 | 1594.00 | 314.66 |
| 106 | ALPRAZOLAM TABS 2MG (XANA | 00781-1089-01 | SANDOZ | 196.47 | 59 | 5880 | 1333.59 | 11387.67 | -10054.08 | 100 | 22.60 | 170.40 |
| 107 | FLUOXETINE 20MG CAP (PRO | 50111-0648-44 | BARR LABS IN | 261.47 | 140 | 5808 | 1485.04 | 14935.64 | -13450.60 | 41 | 10.60 | -96.07 |
| 108 | TRAZODONE TABS 150MG (DES | 50111-0441-02 | PLIVA | 132.23 | 127 | 5745 | 1641.32 | 7560.21 | -5918.89 | 45 | 12.92 | -46.60 |
| 109 | NAPROXEN 500MG TABS (NAPR | 68462-0190-05 | GLENMARK | 119.25 | 109 | 5723 | 990.64 | 6749.96 | -5759.32 | 53 | 9.08 | -52.83 |
| 110 | WARFARIN*5MG (COUMADIN) | 68382-0056-10 | ZYGENERICS | 64.05 | 137 | 5599 | 1909.49 | 3586.42 | -1676.93 | 41 | 13.93 | -12.24 |
| 111 | METHOCARBAMOL 750 (ROBAXI | 00143-1292-05 | WEST WARD IN | 47.05 | 76 | 5586 | 1060.16 | 2628.35 | -1568.19 | 74 | 13.94 | -20.63 |
| 112 | OXYCODONE*5MG TAB | 57664-0223-88 | SUN PHARM | 47.94 | 34 | 5504 | 1290.66 | 2638.64 | -1347.98 | 162 | 37.96 | -39.64 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000284

P-42108_00120

```
Top Drugs Ranked by Total Rx Dispense Qty  for  BUDGET DISCOUNT PHARMACY  All Rx's from  1/18/05 to 7/15/05   Page  3
```

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Total Price | AWP Cost | Profit | Avg Qty | Avg Price | Avg Fee | % |
|------|-----------|-----------|--------------|-----------|------|-----|-------------|----------|--------|---------|-----------|---------|---|
| 113 | NYSTATIN ORAL SUSP 480ML | 00603-1481 58 | QUALITEST | 24.53 | 33 | 5415 | 896.80 | 1328.33 | 431.53 | 164 | 27.17 | -13.07 | 53% |
| 114 | ASCENSIA BREEZE 2 50`S | 09193 1465-50 | | 116.52 | 60 | 5350 | 4935.26 | 6164.91 | -1229.65 | 89 | 82.25 | -20.49 | |
| 115 | PROMETHAZINE*DM (PHENERGA | 60432-0604-16 | MGP | 3.02 | 33 | 5350 | 290.95 | 161.85 | 129.10 | 162 | 8.81 | 3.91 | |
| 116 | PREVACID 30MG CAPSULES | 64764-0046 13 | | 656.04 | 150 | 5340 | 29469.35 | 34769.84 | -5300.49 | 36 | 196.46 | 35.33 | |
| 117 | PHENYTOIN EXT 100MG(DILAN | 62756-0402-03 | SUN | 32.29 | 61 | 5320 | 1413.38 | 1717.80 | 304.42 | 87 | 23.17 | 4.99 | |
| 118 | ISOPROPYL RUBBING ALCOHOL | 24385-0249-16 | | 0.42 | 5 | 5280 | 16.49 | 17.95 | 1.46 | 1056 | 3.29 | 0.29 | |
| 119 | TIZANIDINE 4MG (ZANAFLEX) | 00185-4400-51 | SANDOZ | 146.52 | 71 | 5168 | 1540.27 | 7572.22 | -6031.95 | 73 | 21.69 | -84.95 | |
| 120 | FLUTICASONE 50MCG SPRAY 1 | 00054 3270-99 | ROXANE LABS | 532.87 | 303 | 5121 | 5030.97 | 25035.28 | 20004.31 | 17 | 16.60 | -66.02 | |
| 121 | LIPITOR 40MG | 00071 0157-23 | | 490.12 | 181 | 5110 | 21173.61 | 24532.97 | -3359.36 | 28 | 116.98 | 18.56 | 55% |
| 122 | TRIAMTERENE/HCTZ (DYAZIDE | 00781-2074-10 | GENEVA GENER | 36.06 | 143 | 5070 | 1377.45 | 1828.45 | 451.00 | 35 | 9.63 | -3.15 | |
| 123 | CARVEDILOL 25MG TAB | 68382-0095-05 | ZYGENERICS | 213.69 | 84 | 5040 | 1171.23 | 10769.76 | -9598.53 | 60 | 13.94 | 114.26 | |
| 124 | EFFEXOR XR 75MG CAPS | 00008-0833-22 | | 518.40 | 115 | 5022 | 21120.72 | 24843.80 | -3723.08 | 44 | 183.65 | 32.37 | |
| 125 | RESTASIS 0 05% 30`S | 00023 9163-30 | ALLERGAN PHA | 448.93 | 84 | 5010 | 18600.57 | 21710.19 | -3109.62 | 60 | 221.43 | 37.01 | |
| 126 | ENALAPRIL 10MG (VASOTEC) | 64679-0925-03 | WOCKHARDT | 107.21 | 84 | 5010 | 982.16 | 5304.75 | -4322.59 | 60 | 11.69 | -51.45 | |
| 127 | METOPROLOL 100MG (LOPRESS | 00781-1228-10 | SANDOZ | 76.13 | 69 | 4995 | 688.76 | 3781.89 | 3093.13 | 72 | 9.98 | -44.82 | |
| 128 | TRAMADOL/APAP 37 5/325MG | 00172-6359-70 | IVAX | 102.43 | 52 | 4963 | 2625.15 | 5065.80 | -2440.65 | 95 | 50.48 | -46.93 | |
| 129 | LYRICA 150MG CAP | 00071-1016-68 | | 269.87 | 75 | 4928 | 11342.42 | 13137.18 | -1794.76 | 66 | 151.23 | -23.93 | |
| 130 | PREDNISONE 10MG | 00143-1473-10 | WEST WARD IN | 6.30 | 167 | 4925 | 722.13 | 310.07 | 412.06 | 29 | 4.32 | 2.46 | |
| 131 | AMOXICILLIN 400/5ML 100ML | 00093-4161-73 | LEMMON CO | 9.81 | 34 | 4900 | 427.40 | 480.69 | 53.29 | 144 | 12.57 | 1.56 | |
| 132 | TRAZODONE 100MG (DESYREL) | 50111-0434-03 | PLIVA | 57.69 | 123 | 4891 | 823.38 | 2821.75 | -1998.37 | 40 | 6.69 | -16.24 | |
| 133 | SPIRIVA HANDIHLR CAP 30`S | 00597-0075-41 | | 726.36 | 158 | 4860 | 28684.63 | 33195.88 | -4511.25 | 31 | 181.54 | -28.55 | |
| 134 | AMPHETAMINE 10MG (ADDERAL | 00185-0111 01 | SANDOZ | 137.16 | 65 | 4855 | 2659.46 | 6659.21 | -3999.75 | 75 | 40.91 | -61.53 | |
| 135 | ACTOS 30MG TABS | 64764-0301 14 | | 840.76 | 158 | 4825 | 33194.95 | 38894.74 | -5699.79 | 31 | 210.09 | -36.07 | |
| 136 | ATENOLOL 25MG TABS(TENORM | 63304-0621 10 | RANBAXY | 77.67 | 115 | 4800 | 562.01 | 3728.04 | 3166.03 | 42 | 4.88 | -27.53 | |
| 137 | LIPITOR 20MG TABS | 00071 0156-23 | | 490.12 | 140 | 4770 | 19372.27 | 22888.02 | -3515.75 | 34 | 138.37 | 25.11 | |
| 138 | GLIMEPIRIDE 4MG TAB | 45802-0947 78 | PERRIGO | 122.83 | 103 | 4680 | 1189.23 | 5748.54 | -4559.31 | 45 | 11.54 | -44.26 | |
| 139 | NAMENDA 10MG TAB | 00456-3210-60 | | 331.80 | 71 | 4651 | 13119.50 | 15290.79 | -2171.29 | 66 | 184.78 | -30.58 | |
| 140 | VALPROIC ACID SYRUP 250MG | 60432-0621 16 | COPLEY PHARM | 15.38 | 8 | 4650 | 202.12 | 715.17 | 513.05 | 581 | 25.26 | -64.13 | |
| 141 | LYRICA 100MG CAP | 00071-1015-68 | | 269.87 | 59 | 4638 | 10984.09 | 12398.55 | -1414.46 | 79 | 186.17 | -23.97 | |
| 142 | ADVAIR 100/50 DISK 60`S | 00173-0695-00 | | 321.78 | 77 | 4620 | 12591.83 | 14754.67 | -2162.84 | 60 | 163.53 | -28.08 | |
| 143 | CETIRIZINE 10MG TAB | 65505-2633 01 | | 249.72 | 148 | 4530 | 1965.84 | 11312.90 | -9347.06 | 31 | 13.28 | -63.15 | |
| 144 | SIMVASTATIN 80MG TAB | 68382-0069-16 | ZYGENERICS | 492.00 | 117 | 4500 | 1789.16 | 22140.00 | -20350.84 | 38 | 15.29 | 173.93 | |
| 145 | DIAZEPAM ORAL SOL 5MG/5ML | 00054-3188 63 | ROXANE LABS | 10.19 | 5 | 4500 | 347.50 | 458.55 | 111.05 | 900 | 69.50 | -22.21 | |
| 146 | COZAAR 100MG | 00006-0960-54 | | 342.42 | 136 | 4454 | 12864.06 | 14904.37 | 2040.31 | 33 | 94.58 | -15.00 | |
| 147 | GABAPENTIN 800MG TAB | 68462-0127 05 | GLENMARK | 303.44 | 53 | 4452 | 2854.20 | 13006.11 | 10151.91 | 84 | 53.85 | 191.54 | |
| 148 | EFFEXOR XR 150MG CAPS | 00008-0836-22 | | 564.66 | 127 | 4440 | 20528.74 | 23959.88 | -3431.14 | 35 | 161.64 | -27.01 | |
| 149 | FUROSEMIDE 80MG (LASIX) | 00603-3741-32 | QUALITEST | 41.92 | 69 | 4410 | 660.91 | 1848.66 | -1187.75 | 64 | 9.57 | -17.21 | |
| 150 | HYDROCODON/ACET 10/650(LO | 00591-0503-05 | WATSON | 90.91 | 33 | 4398 | 887.21 | 3986.23 | 3099.02 | 133 | 26.88 | 93.90 | |
| 151 | ZETIA 10MG TAB | 66582-0414-31 | | 408.46 | 118 | 4365 | 14894.00 | 17443.88 | -2549.88 | 37 | 126.22 | -21.60 | 60% |
| 152 | METHYLPREDNISG DOS PAK 21 | 00555-0301-38 | BARR LABS IN | 67.85 | 192 | 4362 | 1516.80 | 2945.98 | -1429.18 | 23 | 7.90 | 7.44 | |
| 153 | DOCUSATE SOD 100MG (COLA | 57896-0401-10 | UNITED RESEA | 1.69 | 76 | 4340 | 474.74 | 70.21 | 404.53 | 57 | 6.24 | 5.32 | |
| 154 | SPIRONOLACTONE 50MG(ALDAC | 53489-0328-01 | MUTUAL | 81.45 | 54 | 4335 | 1962.09 | 3530.92 | -1568.83 | 80 | 36.33 | -29.05 | |
| 155 | FOLIC ACID 1MG TABS | 00143-1248-10 | WEST WARD IN | 7.80 | 109 | 4327 | 703.65 | 337.51 | 366.14 | 40 | 6.45 | 3.35 | |
| 156 | HYDROXYZINE 25MG CAP(VIST | 00185-0613-05 | SANDOZ | 29.04 | 58 | 4300 | 597.95 | 1248.78 | -650.83 | 74 | 10.30 | -11.22 | |
| 157 | SIMVASTATIN 10MG TAB | 68382-0066-16 | ZYGENERICS | 282.00 | 115 | 4275 | 1503.38 | 11978.10 | 10474.72 | 37 | 13.07 | 91.08 | |
| 158 | LEXAPRO 10MG TAB | 00456-2010-01 | | 348.16 | 125 | 4262 | 12318.69 | 14495.11 | -2176.42 | 34 | 98.54 | -17.41 | |
| 159 | OXYBUTYNIN 5 MG (DITROPAN | 00603-4975-21 | SIDMAK | 56.32 | 52 | 4229 | 515.25 | 2360.20 | -1844.95 | 81 | 9.90 | -35.47 | |
| 160 | LEXAPRO 20MG TAB | 00456-2020-01 | | 363.30 | 122 | 4222 | 12754.31 | 14942.89 | -2188.58 | 35 | 104.54 | -17.93 | |
| 161 | BAC TABLETS (BUT/ACET/CAF | 00143-1787-05 | WEST WARD IN | 61.01 | 42 | 4208 | 906.66 | 2567.25 | -1660.59 | 100 | 21.58 | -39.53 | |
| 162 | CARVEDILOL 6 25MG TAB | 68382-0093-01 | | 213.69 | 58 | 4170 | 1298.51 | 8910.66 | -7612.15 | 72 | 22.38 | 131.24 | |
| 163 | ENALAPRIL*20 MG (VASOTEC) | 64679-0926-03 | WOCKHARDT | 152.53 | 65 | 4080 | 1044.45 | 6092.92 | -5048.47 | 63 | 16.06 | -77.66 | |
| 164 | TRICOR 145MG TAB | 00074-6123-90 | | 459.55 | 121 | 4080 | 15898.17 | 18545.84 | -2647.67 | 34 | 131.38 | -21.88 | |
| 165 | AMITRIPTYLINE 50MG | 00781-1488-10 | SANDOZ | 60.20 | 68 | 4050 | 562.15 | 2438.10 | -1875.95 | 60 | 8.26 | -27.58 | |
| 166 | OMEPRAZOLE 40MG CR CAP | 00378-5222-93 | MYLAN PHARM | 739.60 | 130 | 4042 | 4873.41 | 29284.66 | -24411.25 | 31 | 37.48 | 187.77 | |
| 167 | GOLYTLEY 4000ML | 52268-0100-01 | | 0.55 | 2 | 4000 | 19.54 | 22.00 | -2.46 | 2000 | 9.77 | 1.23 | |
| 168 | AMOXICILLIN 400/5ML SUSP | 63304-0970-03 | | 9.80 | 28 | 4000 | 368.09 | 396.60 | 28.51 | 143 | 13.14 | 1.01 | |

HIGHLY CONFIDENTIAL

```
Top Drugs Ranked by Total Rx Dispense Qty    for: BUDGET DISCOUNT PHARMACY    All Rx's from  4/19/09 to 4/19/12   Page  4
```

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Total Rx's | Qty | Price | AWP Cost | Profit | Average Qty | Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | VOLTAREN 1% GEL* | 63481-0684-03 | | 31.52 | 28 | 4000 | 1066.15 | 1162.38 | -96.23 | 143 | 38.07 | -3.43 62% |
| 170 | CITALOPRAM 40MG* | 65862-0007-01 | AUROBINDO | 277.97 | 119 | 3973 | 1105.69 | 10008.12 | -8902.43 | 33 | 9.29 | -74.81 |
| 171 | SULFM/TRIMETH*200MG/40MG | 50383-0823-16 | HI-TECH | 12.28 | 16 | 3945 | 314.60 | 484.45 | -169.85 | 247 | 19.66 | -10.61 |
| 172 | POTASSIUM CHL 10 MEQ ER | 00781-5710-01 | SANDOZ | 29.05 | 92 | 3910 | 890.26 | 1136.19 | -245.93 | 43 | 9.67 | -2.67 |
| 173 | RAMIPRIL 10MG CAP | 16252-0573-01 | | 210.49 | 95 | 3870 | 2001.79 | 8146.06 | -6144.27 | 41 | 21.07 | -64.67 |
| 174 | LYRICA 75MG CAP | 00071-1014-68 | | 269.87 | 45 | 3852 | 8819.13 | 10328.93 | -1509.80 | 86 | 195.98 | -33.55 |
| 175 | TRMTH/SULF*DS (BACTRIM/SU | 53746-0272 05 | AMNEAL | 90.92 | 181 | 3845 | 1521.01 | 3410.11 | 1889.10 | 21 | 8.40 | -10.43 |
| 176 | HYDROXYCHLOROQUINE (PLAQ | 63304-0296-05 | RANBAXY | 123.20 | 65 | 3810 | 1357.02 | 4648.56 | -3291.54 | 59 | 20.87 | -50.63 |
| 177 | LISINOPRIL 2 5MG TAB | 00185-0025-01 | SANDOZ | 64.85 | 115 | 3790 | 789.12 | 2428.95 | -1639.83 | 33 | 6.86 | -14.25 |
| 178 | DETROL LA 4MG | 00009-5191-02 | | 481.64 | 78 | 3783 | 15134.74 | 18009.38 | -2874.64 | 49 | 194.03 | -36.85 |
| 179 | CHOLESTYRAMINE PWD 378GM | 49884-0465-66 | PAR PHARMACE | 23.29 | 10 | 3780 | 435.39 | 880.40 | -445.01 | 378 | 43.53 | -44.50 |
| 180 | AMPHETAMINE 30MG TAB | 00185-0404-01 | SANDOZ | 137.16 | 49 | 3702 | 1763.11 | 5077.70 | -3314.59 | 76 | 35.98 | -67.64 |
| 181 | NOVOFINE 30 GAUGE X 1/3" | 00169-1852-50 | | 35.63 | 37 | 3700 | 1134.67 | 1315.19 | -180.52 | 100 | 30.66 | -4.87 |
| 182 | IBUPROFEN 600MG TAB(MOTRI | 55111-0683-05 | DRREDDYS | 24.03 | 54 | 3665 | 384.15 | 880.80 | -496.65 | 68 | 7.11 | -9.19 |
| 183 | PAROXETINE 20MG TAB | 68382-0098-06 | ZYGENERICS | 273.30 | 94 | 3660 | 1740.70 | 10002.78 | -8262.08 | 39 | 18.51 | -87.89 |
| 184 | BUSPIRONE 10MG (BUSPAR) | 00591-0658 05 | WATSON | 130.46 | 47 | 3630 | 484.59 | 4735.75 | -4251.16 | 77 | 10.31 | -90.45 |
| 185 | DIGOXIN 0 125MG TAB | 00143-1240-10 | WEST WARD IN | 21.70 | 122 | 3600 | 828.14 | 778.54 | 49.60 | 30 | 6.78 | 0.40 |
| 186 | MIX ZINC/TALC/GLYCERIN-24 | 00395-2901-11 | HUMCO LAB | 3.66 | 15 | 3600 | 409.74 | 131.70 | 278.04 | 240 | 27.31 | 18.53 |
| 187 | ANDROGEL 1% GEL 150GM | 00051-8450 30 | | 199.29 | 24 | 3600 | 5961.00 | 6961.73 | -1000.73 | 150 | 248.37 | -41.69 65% |
| 188 | PREDNISONE 5MG TABS* | 00143 1475-10 | WEST WARD IN | 3.82 | 88 | 3546 | 478.75 | 135.63 | 343.12 | 40 | 5.44 | 3.89 |
| 189 | GLIPIZIDE 5MG TABS(GLUCOT | 00591-0460-01 | WATSON | 37.70 | 47 | 3540 | 398.17 | 1334.58 | -936.41 | 75 | 8.47 | -19.92 |
| 190 | CYMBALTA 30MG CAP | 00002-3240 30 | | 517.66 | 83 | 3520 | 15184.23 | 17835.91 | -2651.68 | 42 | 182.94 | -31.94 |
| 191 | GLIPIZIDE 5MG ER TAB | 00228-2899-50 | ACTAVIS | 40.70 | 66 | 3508 | 1101.07 | 1427.76 | -326.69 | 53 | 16.68 | -4.94 |
| 192 | PREDNISOLONE 15MG/5ML (OR | 65162-0667 88 | AMNEAL | 51.45 | 69 | 3508 | 952.16 | 1768.12 | -815.96 | 51 | 13.79 | -11.82 |
| 193 | MEGESTROL SUSP 40MG/ML(ME | 49884-0907 38 | PAR PHARMACE | 59.97 | 9 | 3490 | 1217.31 | 2092.96 | -875.65 | 388 | 135.25 | -97.29 |
| 194 | TEMAZEPAM 30 MG (RESTORIL | 00378-5050-05 | MYLAN PHARM | 88.45 | 96 | 3480 | 1159.77 | 3078.44 | -1918.67 | 36 | 12.08 | -19.98 |
| 195 | CLONIDINE 2MG(CATAPRES) | 00228-2128 10 | PUREPAC PHAR | 37.55 | 53 | 3480 | 842.71 | 1306.84 | -464.13 | 66 | 15.90 | -8.75 |
| 196 | STARLIX 120MG | 00078 0352-05 | SANDOZ PHARM | 202.46 | 37 | 3420 | 5671.68 | 6643.54 | -971.86 | 92 | 153.28 | -26.26 |
| 197 | GLIPIZIDE 10MG ER TAB | 00228-2900-50 | ACTAVIS | 80.53 | 59 | 3390 | 1428.55 | 2730.07 | -1301.52 | 57 | 24.21 | -22.05 |
| 198 | WELCHOL 625MG | 65597-0701-18 | | 136.80 | 22 | 3390 | 3881.14 | 4618.88 | -737.74 | 154 | 176.41 | -33.53 |
| 199 | TEGRETOL 200MG TAB | 00078-0509-05 | SANDOZ PHARM | 187.07 | 16 | 3380 | 2971.76 | 3496.29 | -524.53 | 211 | 185.73 | -32.78 |
| 200 | CLINDAMYCIN 150MG (CLEOCI | 00781-2112-01 | SANDOZ | 119.22 | 82 | 3376 | 1093.29 | 3871.55 | -2778.26 | 41 | 13.33 | -33.88 |
| 201 | TRIAMTERENE/HTZ*37 5MG/25 | 00781-1123-05 | SANDOZ | 32.25 | 74 | 3375 | 637.02 | 1088.44 | -451.42 | 46 | 8.60 | -6.10 |
| 202 | SEROQUEL 50MG TAB | 00310-0278-10 | | 539.50 | 53 | 3330 | 14415.29 | 16820.68 | 2405.39 | 63 | 271.98 | -45.38 |
| 203 | METFORMIN 850MG (GLUCOPHA | 68382-0029-01 | ZYGENERICS | 119.69 | 39 | 3330 | 661.66 | 3985.56 | -3323.90 | 85 | 16.96 | -85.22 |
| 204 | CIPROFLOXACIN 500MG (CIPR | 55111-0127 01 | DRREDDY | 537.15 | 201 | 3322 | 1473.65 | 17098.51 | -15624.86 | 17 | 7.33 | -77.73 |
| 205 | CRESTOR 20MG TAB | 00310-0752-90 | | 466.88 | 96 | 3305 | 12475.54 | 14721.75 | 2246.21 | 34 | 129.95 | -23.39 |
| 206 | ULTRA-FINE III SHORT PEN | 08290-3201-09 | | 32.56 | 33 | 3300 | 980.16 | 1074.48 | -94.32 | 100 | 29.70 | -2.85 |
| 207 | CARBAMAZEPINE*200MG (TEGR | 51672-4005-03 | LEMMON CO | 28.73 | 22 | 3300 | 360.09 | 948.16 | -588.07 | 150 | 16.36 | -26.73 |
| 208 | BUSPIRONE 15MG (BUSPAR) | 00172-5665-70 | IVAX | 208.46 | 39 | 3300 | 654.68 | 6879.19 | -6224.51 | 85 | 16.78 | 159.60 |
| 209 | SYNTHROID 075 TABS | 00074-5182-13 | | 60.08 | 94 | 3280 | 1935.33 | 1948.95 | -13.62 | 35 | 20.58 | -0.14 |
| 210 | MECLIZINE 25MG TABS (ANTI | 49884-0035-01 | PAR PHARMACE | 40.14 | 56 | 3272 | 1096.24 | 1313.36 | -217.07 | 58 | 19.57 | -3.87 |
| 211 | PANTOPRAZOLE 40MG TAB | 00008-0607-01 | ESI LEDERLB | 409.13 | 105 | 3255 | 9757.98 | 13287.59 | -3529.61 | 31 | 92.93 | -33.61 |
| 212 | CEPHALEXIN*CAPS 500MG(KEF | 65862-0019-05 | AUROBINDO | 137.60 | 115 | 3190 | 1180.87 | 4372.39 | -3191.52 | 28 | 10.26 | -27.75 |
| 213 | SODIUM POLYSTYRENE | 00574-2004-16 | PADDOCK LABS | 37.54 | 7 | 3178 | 907.57 | 1120.07 | 212.50 | 454 | 129.65 | -30.35 |
| 214 | MORPHINE*ER 15MG (MS CONT | 00406-8315-01 | MALLINCKRODT | 89.37 | 26 | 3080 | 998.39 | 2752.60 | -1754.21 | 118 | 38.39 | -67.46 |
| 215 | BACLOFEN 20MG | 00832-1025-50 | UPSHER-SMITH | 104.13 | 25 | 3075 | 407.60 | 3202.07 | -2794.47 | 123 | 16.30 | 111.77 |
| 216 | ACETAMINOPHEN #4 (TYLENOL | 00406-0485-05 | MALLINCKRODT | 93.67 | 38 | 3060 | 893.27 | 1621.27 | -728.00 | 81 | 23.50 | -19.15 |
| 217 | LEVOTHYROXIN*150MCG TAB | 00378-1815-01 | MYLAN PHARM | 45.86 | 82 | 3060 | 900.75 | 1403.42 | -502.67 | 37 | 10.98 | -6.13 |
| 218 | PRAVASTATIN 40MG TAB | 68180-0487-09 | LUPIN | 479.44 | 82 | 3060 | 1653.76 | 14533.31 | -12879.55 | 37 | 20.16 | 157.06 |
| 219 | DOXYCYCLINE*100MG | 00143-2112-05 | WEST WARD IN | 31.90 | 128 | 3020 | 775.44 | 3379.58 | -2604.14 | 24 | 6.05 | -20.34 |
| 220 | AMLODIPINE/BENAZEPRIL 5/2 | 68180-0757-01 | LUPIN | 285.87 | 90 | 3011 | 6372.75 | 8533.71 | -2160.96 | 33 | 70.80 | -24.01 |
| 221 | LITHIUM CARB*300MG CAPS | 00054-2527-25 | ROXANE LABS | 17.40 | 36 | 3000 | 394.36 | 522.00 | -127.64 | 83 | 10.95 | -3.54 |
| 222 | AMBIEN CR 12 5MG TAB | 00024-5521-31 | | 619.06 | 117 | 2994 | 16001.23 | 18094.93 | -2093.70 | 26 | 136.76 | -17.89 |
| 223 | NASONEX NASAL SPRAY 50MCG | 00085-1288-01 | | 664.05 | 175 | 2992 | 16599.26 | 19511.06 | -2911.80 | 17 | 94.85 | -16.63 |
| 224 | THEOPHYLLINE 200MG TAB | 50111-0482-01 | BARR | 39.31 | 52 | 2990 | 708.50 | 1167.66 | -459.16 | 58 | 13.62 | -8.83 |

```
Top Drugs Ranked by Total Rx Dispense Qty    for: BUDGET DISCOUNT PHARMACY  All Rx's from  4/15/03 to  9/15/10 Page  5
```

| | | | | Unit | | | +------------- Total -------------+ | +---- Average ----+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Drug Name | Ndc Number | Manufacturer | Cost | Rx's | Qty | Price | AWP Cost | Profit | Qty | Price | Fee |
| 225 | DICLOFENAC 75MG TABS (VOL | 00591-0339-01 | WATSON | 114.47 | 48 | 2990 | 1329.07 | 3389.93 | -2060.86 | 62 | 27.68-42.93 | 69% |
| 226 | ENALAPRIL 5MG (VASOTEC) | 00378-1052-10 | MYLAN PHARM | 124.61 | 68 | 2970 | 697.79 | 3041.50 | -2343.71 | 44 | 10.26-34.46 | |
| 227 | PRAVASTATIN 20MG TAB | 68180-0486-09 | LUPIN | 326.71 | 73 | 2970 | 1219.56 | 9618.53 | -8398.97 | 41 | 16.70115.05 | |
| 228 | AVAPRO 300MG TABS | 00087-2773-32 | | 324.60 | 68 | 2940 | 7676.56 | 9108.60 | -1432.04 | 43 | 112.89-21.05 | |
| 229 | BENICAR 40MG TAB | 65597-0104-30 | | 340.80 | 95 | 2940 | 7352.59 | 8432.27 | -1079.68 | 31 | 77.39-11.36 | |
| 230 | SYNTHROID  05MG TABS | 00074 4552-13 | | 54.40 | 63 | 2920 | 1457.10 | 1568.61 | -111.51 | 46 | 23.12 -1.77 | |
| 231 | AMOXICILLIN*250MG/5ML 100 | 00143-9889-01 | WEST WARD IN | 6.13 | 20 | 2900 | 166.51 | 177.77 | -11.26 | 145 | 8.32 -0.56 | |
| 232 | LEVOTHYROXIN*25MCG TAB | 00378-1800-01 | MYLAN PHARM | 29.57 | 95 | 2884 | 637.56 | 852.70 | -215.14 | 30 | 6.71 -2.26 | 70% |
| 233 | CLONAZEPAM 2MG*TAB (KLONO | 00185-0065-10 | EON | 101.53 | 34 | 2883 | 374.76 | 2927.20 | -2552.44 | 85 | 11.02-75.07 | |
| 234 | EPIVIR 10MG/ML SOLUTION | 00173-0471-00 | GLAXO INC | 50.89 | 4 | 2880 | 1200.74 | 1400.68 | -199.94 | 720 | 300.18-49.98 | |
| 235 | AVAPRO 150MG | 00087-2772-32 | | 270.06 | 58 | 2880 | 6328.11 | 7410.51 | -1082.40 | 50 | 109.10-18.66 | |
| 236 | DIVALPROEX 250MG TAB | 00245-0181-11 | UPSHER SMITH | 176.23 | 36 | 2880 | 974.76 | 4809.57 | -3834.81 | 80 | 27.07106.52 | |
| 237 | JANUVIA 100MG TAB | 00006-0277 31 | | 733.36 | 96 | 2850 | 17288.05 | 20416.77 | -3128.72 | 30 | 180.08-32.59 | |
| 238 | BENICAR 20MG TAB | 65597-0103-30 | | 254.40 | 92 | 2839 | 5860.88 | 6813.84 | -952.96 | 31 | 63.70-10.35 | |
| 239 | HYZAAR 100-25 | 00006-0747-54 | | 378.64 | 87 | 2805 | 8843.29 | 10335.05 | -1491.76 | 32 | 101.64-17.14 | |
| 240 | SPIRONOLACTONE 25MG(ALDAC | 00603-5763-32 | QUALITEST | 43.64 | 90 | 2790 | 845.64 | 1217.38 | -371.74 | 31 | 9.39 -4.13 | |
| 241 | POTASSIUM CHLORIDE*10MEQ | 62037-0560-01 | WATSON | 79.46 | 43 | 2714 | 1691.82 | 2156.60 | -464.78 | 63 | 39.34-10.80 | |
| 242 | MELOXICAM 7 5MG TAB | 68382 0050-01 | ZYGENERICS | 316.87 | 82 | 2691 | 622.47 | 8030.34 | -7407.87 | 33 | 7.59-90.33 | |
| 243 | ARICEPT 10MG TABS | 62856-0246-30 | | 802.73 | 76 | 2640 | 17366.89 | 20328.41 | -2961.52 | 35 | 228.51-38.96 | |
| 244 | SYNTHROID 0 1MG TAB | 00074-6624-13 | | 61.56 | 84 | 2600 | 1558.16 | 1582.62 | -24.46 | 31 | 18.54 -0.29 | |
| 245 | GABAPENTIN 400MG CAP | 53746-0103-05 | AMNEAL | 159.71 | 24 | 2585 | 872.46 | 4128.51 | 3256.05 | 108 | 36.35135.66 | |
| 246 | LEVOTHYROXIN*125MCG TAB | 00378-1813-01 | MYLAN PHARM | 44.55 | 65 | 2580 | 687.27 | 1149.71 | -462.44 | 40 | 10.57 -7.11 | |
| 247 | YAZ 3-0 02MG TAB | 50419-0405-03 | | 292.71 | 90 | 2576 | 6292.31 | 7152.65 | -860.34 | 29 | 69.91 -9.55 | |
| 248 | LORATADINE*10MG TAB | 24385-0471-78 | GNP | 39.96 | 86 | 2550 | 606.26 | 1019.15 | 412.89 | 30 | 7.04 -4.80 | |
| 249 | GLYCOLAX 3350 NF POWDER 2 | 00574-0412-02 | PADDOCK LABS | 7.66 | 10 | 2550 | 137.42 | 195.30 | -57.88 | 255 | 13.74 -5.78 | |
| 250 | METHYLPHENIDATE 10MG | 00406 1122-01 | MALLICKRODT | 47.72 | 23 | 2546 | 678.11 | 1214.95 | -536.84 | 111 | 29.48-23.34 | |
| 251 | HYDROXYZINE HCL 25MG (ATA | 50111 0308-01 | BARR | 91.46 | 39 | 2537 | 1154.64 | 2320.37 | -1165.73 | 65 | 29.60-29.89 | |
| 252 | ZOLPIDEM 5MG TAB | 13668-0007-01 | TORRENT | 462.54 | 84 | 2504 | 989.07 | 11579.92 | -10590.85 | 30 | 11.77126.08 | |
| 253 | MORPHINE 15MG IR TABS | 00054-0235-24 | ROXANE LABS | 32.28 | 11 | 2490 | 690.36 | 782.31 | -91.95 | 226 | 62.76 -8.35 | |
| 254 | ATENOLOL 100MG (TENORMIN) | 00781-1507-01 | SANDOZ | 125.15 | 64 | 2475 | 453.69 | 3097.77 | -2644.08 | 39 | 7.08 41.31 | |
| 255 | LIPITOR 80MG TABS | 00071 0158-23 | | 490.12 | 77 | 2475 | 10165.32 | 11853.14 | -1687.82 | 32 | 132.01-21.91 | |
| 256 | MELOXICAM 15MG TAB | 68382-0051-01 | ZYGENERICS | 484.50 | 74 | 2473 | 1073.05 | 11671.73 | -10598.68 | 33 | 14.50143.22 | |
| 257 | BUDEPRION XL 300MG TAB | 00591-3332-30 | WATSON | 476.80 | 80 | 2460 | 4233.03 | 11580.57 | -7347.54 | 31 | 52.91-91.84 | |
| 258 | SINGULAIR 5MG | 00006-0275-31 | | 467.66 | 82 | 2460 | 9426.09 | 11019.57 | -1593.48 | 30 | 114.95-19.43 | |
| 259 | CRESTOR 5MG TAB | 00310-0755-90 | | 466.88 | 68 | 2460 | 9297.17 | 10997.93 | -1700.76 | 36 | 136.72-25.01 | |
| 260 | SKELAXIN 800MG TAB | 60793 0136-01 | | 415.34 | 45 | 2452 | 8316.07 | 9858.46 | -1542.39 | 54 | 184.80-34.27 | |
| 261 | AMOXICILLIN*250MG SUSP 15 | 00093 4155-80 | TEVA | 4.74 | 16 | 2450 | 140.24 | 116.13 | 24.11 | 153 | 8.76 1.50 | |
| 262 | TRIAMTER75 /HCTZ 50MG(MAX | 00781-1008-05 | SANDOZ | 86.04 | 79 | 2430 | 384.43 | 2079.73 | -1695.30 | 31 | 4.86-21.45 | |
| 263 | LANTUS 100UNITS/ML U-100 | 00088-2220-33 | | 1114.20 | 147 | 2410 | 22422.40 | 26019.43 | -3597.03 | 16 | 152.53-24.46 | |
| 264 | DILTIAZEM 180MG (CARDIZEM | 62584-0975-01 | AHP | 144.57 | 74 | 2400 | 2244.89 | 3469.60 | -1224.71 | 32 | 30.33-16.55 | |
| 265 | DICYCLOMINE 10MG CAP(BENT | 24.68 | 34 | 2394 | 200.01 | 590.86 | -390.85 | 70 | 5.88 11.49 | | | |
| 266 | SEROQUEL 100MG TABS | 00310-0271-10 | | 524.00 | 55 | 2370 | 10604.45 | 11678.62 | -1074.17 | 43 | 192.80-19.53 | |
| 267 | QUINAPRIL 20MG TAB | 68180-0558-09 | LUPIN | 157.07 | 67 | 2355 | 1308.61 | 3698.92 | -2390.31 | 35 | 19.53-35.67 | |
| 268 | FEXOFENADINE 60MG TAB | 66993-0107-02 | | 139.87 | 43 | 2345 | 1982.65 | 3279.88 | -1297.23 | 55 | 46.10-30.16 | |
| 269 | DIOVAN 80MG TABS | 00078-0358 34 | | 274.48 | 58 | 2340 | 5347.92 | 6223.90 | -875.98 | 40 | 92.20-15.10 | |
| 270 | NIASPAN ER 1000MG ONCE-A- | 00074-3080-90 | ROSS LABS | 448.74 | 53 | 2331 | 8876.35 | 10364.12 | -1487.77 | 44 | 167.47-28.07 | |
| 271 | HYDROCODON* & HOMATR *(HY | 50383-0043-16 | HI-TECH | 18.48 | 11 | 2320 | 333.34 | 428.73 | -95.39 | 211 | 30.30 -8.67 | |
| 272 | XOPENEX INH SOL1 25MG/3ML | 63402-0513-24 | | 156.00 | 13 | 2304 | 3048.32 | 3524.35 | -476.03 | 177 | 234.48-36.61 | |
| 273 | AZITHROMYCIN 250MG TAB | 00781-1496-68 | SANDOZ | 778.33 | 387 | 2299 | 5723.04 | 17672.99 | -11949.95 | 6 | 14.78-30.87 | |
| 274 | RANITIDINE SYRUP 15MG/ML | 65162-0664-90 | BARRE DRUG C | 74.02 | 23 | 2274 | 720.76 | 1683.23 | -962.47 | 99 | 31.33-41.84 | |
| 275 | TRIAMCINOLONE ACET CR 1% | 00472-0301-16 | ACTAVIS | 5.10 | 5 | 2269 | 78.09 | 115.73 | -37.64 | 454 | 15.61 -7.52 | |
| 276 | PROAIR HFA MDI 8 5 | 59310-0579-20 | | 509.76 | 258 | 2269 | 10091.79 | 11370.08 | -1278.29 | 9 | 39.11 -4.95 | |
| 277 | ACTOS 45MG | 64764-0451-25 | | 912.02 | 71 | 2250 | 16854.92 | 19593.60 | -2738.68 | 32 | 237.39-38.57 | |
| 278 | ERGOCALCIFEROL 1 25*(VIT | 50111-0990-01 | BRECKENRIDGE | 197.19 | 430 | 2228 | 4524.88 | 3950.61 | 574.27 | 5 | 10.52 1.33 | |
| 279 | AMOX/K CLV 600/5ML 125ML | 00093-8675-75 | LEMMON CO | 49.16 | 17 | 2225 | 533.35 | 1093.81 | -560.46 | 131 | 31.37-32.96 | |
| 280 | PERICOLACE GEN | 24385-0495-78 | GERI-CARE | 6.99 | 38 | 2224 | 188.11 | 141.12 | 46.99 | 59 | 4.95 1.23 | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000287

P-42108_00123

Top Drugs Ranked by Total Rx Dispense Qty    for BUDGET DISCOUNT PHARMACY   All Rx's from 1/19/05 to 7/15/10   Page 6

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Price | AWP Cost | Profit | Avg Qty | Avg Price | Fee | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 281 | FLUVOXAMINE 50MG (LUVOX) | 00093-0056-01 | TEVA | 257.35 | 14 | 2205 | 1424.79 | 5674.57 | -4249.78 | 158 | 101.77 | 303.55 | 74% |
| 282 | MIX NYS,BEN100/TCN2 5/DC2 | 06432-0537-16 | | 24.53 | 8 | 2200 | 280.00 | 539.68 | -259.68 | 275 | 35.00 | 32.46 | |
| 283 | LORAZEPAM TABS 2MG (ATIVA | 00781 1405-05 | SANDOZ | 118.82 | 38 | 2190 | 482.90 | 2593.40 | -2110.50 | 58 | 12.70 | -55.53 | |
| 284 | MIRAPEX 0 5MG TABLETS | 00597-0185 90 | | 341.40 | 31 | 2170 | 5933.14 | 7056.62 | 1123.48 | 70 | 191.39 | -36.24 | |
| 285 | METHOTREXATE*2.5 MG ..... | 00555-0572-02 | BARR LABS IN | 356.40 | 72 | 2164 | 1240.45 | 7712.48 | -6472.03 | 30 | 17.22 | -89.88 | |
| 286 | CLOMIPRAMINE 50MG | 51672-4012 01 | TARO | 112.72 | 24 | 2160 | 571.98 | 2434.80 | -1862.82 | 90 | 23.83 | -77.61 | |
| 287 | COZAAR 50MG | 00006-0952 54 | | 251.38 | 63 | 2160 | 4595.72 | 5290.73 | -695.01 | 34 | 72.94 | -11.03 | |
| 288 | LEVETIRACETA 500MG TAB | 13668-0015-12 | TORRENT | 351.42 | 12 | 2160 | 1176.49 | 7319.79 | -6143.06 | 180 | 98.06 | 511.92 | |
| 289 | HYDROCODONE*7 5/650(LORCT | 00591-0502-01 | WATSON | 69.50 | 26 | 2154 | 524.91 | 1498.27 | -973.36 | 83 | 20.18 | -37.43 | |
| 290 | METHOCARBAMOL 500MG (ROBA | 00143-1290-01 | WEST WARD IN | 36.85 | 34 | 2143 | 377.45 | 789.78 | -412.33 | 63 | 11.10 | -12.12 | |
| 291 | FLUOXETINE 10MG CAP (PROZ | 00093 1042-01 | TEVA | 259.83 | 39 | 2130 | 587.70 | 5534.44 | -4946.74 | 55 | 15.06 | 126.83 | 75% |
| 292 | AVODART 0 5MG CAP | 00173 0712-04 | | 406.47 | 45 | 2130 | 7174.80 | 8605.80 | 1431.00 | 47 | 159.44 | 31.80 | |
| 293 | METOCLOPRAMIDE HCL 10 (RE | 00591 2229-10 | WATSON | 21.50 | 41 | 2128 | 280.78 | 457.56 | -176.78 | 52 | 6.84 | -4.31 | |
| 294 | COLOCORT 100MG | 00574 2020-07 | PADDOCK LABS | 20.20 | 5 | 2100 | 270.45 | 392.95 | -122.50 | 420 | 54.09 | -24.50 | |
| 295 | DOXAZOSIN 2MG (CARDURA) | 00378-4022-01 | MYLAN PHARM | 94.90 | 22 | 2100 | 424.42 | 1992.90 | -1568.48 | 95 | 19.29 | -71.29 | |
| 296 | INSULIN*SYR 1ML 30G 5/16" | 86227-0701 05 | ALLISON MED | 2.23 | 21 | 2100 | 540.85 | 463.89 | 76.96 | 100 | 25.75 | 3.66 | |
| 297 | AMOX TR-K CL 875 125 TAB | 66685-1001-01 | LEK | 505.15 | 105 | 2099 | 3092.05 | 10265.41 | -7173.36 | 20 | 29.44 | -68.31 | |
| 298 | CONCERTA 36MG | 00458-0586-01 | | 562.86 | 55 | 2070 | 9222.85 | 10708.15 | -1485.30 | 38 | 167.68 | 27.00 | |
| 299 | PREMARIN  625MG TAB | 00046 1102-81 | | 194.02 | 61 | 2070 | 3386.87 | 3896.06 | -509.19 | 34 | 55.52 | 8.34 | |
| 300 | CALCIUM ACETATE CAPS 667M | 00054 0088-26 | ROXANE LABS | 78.96 | 9 | 2040 | 1324.98 | 1610.77 | -285.79 | 227 | 147.22 | 31.75 | |
| 301 | SUCRALFATE 1GM (CARAFATE) | 00591-0780-01 | WATSON | 70.92 | 31 | 2020 | 526.66 | 1432.60 | -907.94 | 65 | 16.92 | 29.28 | |
| 302 | SYNTHROID  125MG TABS | 00074 7068 13 | | 72.10 | 42 | 2014 | 1425.30 | 1440.23 | 14.93 | 48 | 33.93 | -0.35 | |
| 303 | ALENDRONATE 70MG TAB | 16252-0601-44 | COBALT | 2048.75 | 370 | 2012 | 6823.34 | 40868.82 | -34045.48 | 5 | 18.44 | 92.01 | |
| 304 | MORPHINE SUL IR 30MG TABS | 00054-0236-25 | ROXANE LABS | 31.22 | 14 | 2010 | 348.43 | 627.52 | -279.09 | 144 | 24.88 | 19.93 | |
| 305 | ONE TOUCH ULTRA LANCETS 1 | 53885-0393-10 | | 10.32 | 20 | 2000 | 241.34 | 205.21 | 36.13 | 100 | 12.06 | 1.80 | |
| 306 | ULTICARE 1/2CC 29G | 08222-0925-95 | | 24.00 | 20 | 2000 | 336.04 | 438.60 | -102.56 | 100 | 16.80 | -5.12 | |
| 307 | MIX GENT80MG/NORM SALINE | 24208-0580-64 | | 71.86 | 5 | 2000 | 120.00 | 1437.20 | -1317.20 | 400 | 24.00 | 263.44 | |
| 308 | PHENOBARBITAL 30MG* ..... | 00603-5166-32 | QUALITEST | 2.25 | 30 | 1995 | 271.42 | 44.94 | 226.48 | 67 | 9.04 | 7.54 | |
| 309 | OXYCODONE*IR 5MG CAP (OXY | 68462-0204-01 | GLENMARK | 35.30 | 15 | 1990 | 421.88 | 702.45 | -280.57 | 133 | 28.12 | 18.70 | |
| 310 | FINASTERIDE 5MG TAB | 52152 0500-02 | ACTAVIS | 313.06 | 57 | 1980 | 2151.94 | 6169.53 | -4017.59 | 35 | 37.75 | 70.48 | |
| 311 | WARFARIN 2 5 (COUMADIN 2 | 00555-0832-02 | BARR LABS IN | 62.84 | 57 | 1957 | 673.54 | 1229.72 | -556.18 | 34 | 11.81 | -9.75 | |
| 312 | GLIPIZIDE ER 2 5MG TAB | 00228-2898-03 | ACTAVIS | 40.66 | 43 | 1950 | 778.59 | 792.95 | -14.36 | 45 | 18.10 | 0.33 | |
| 313 | XYLO/EPI 1% INJECTABLE 50 | 63323 0482-50 | ASTRA PHARMA | 12.98 | 5 | 1950 | 314.24 | 253.11 | 61.13 | 390 | 62.84 | 12.22 | |
| 314 | LANOXIN 0 25 MG TABLETS | 00173-0249-75 | GLAXO INC | 23.96 | 54 | 1950 | 416.89 | 467.33 | -50.44 | 36 | 7.72 | -0.93 | |
| 315 | LORATADINE 5MG/5ML SYRUP | 00904 5727-20 | | 13.31 | 13 | 1950 | 167.52 | 229.91 | -62.39 | 150 | 12.88 | -4.79 | |
| 316 | ESTRADIOL 1MG (ESTRACE) | 00591 0487-05 | WATSON | 34.00 | 69 | 1935 | 510.32 | 615.14 | -104.82 | 28 | 7.39 | -1.51 | |
| 317 | ALLOPURINOL 300MG (ZYLOPR | 00591-5544 05 | WATSON | 66.18 | 51 | 1920 | 402.72 | 1255.65 | -852.93 | 38 | 7.89 | -16.72 | |
| 318 | ASPIRIN*325MG EC GNP * | 24385-0429-90 | GNP | 3.30 | 55 | 1911 | 276.87 | 63.06 | 213.81 | 35 | 5.03 | 3.88 | |
| 319 | FAMOTIDINE 20 MG (PEPCID) | 00172-5728-60 | TEVA | 173.99 | 44 | 1910 | 432.93 | 3267.98 | -2835.05 | 43 | 9.83 | -64.43 | |
| 320 | NITROFURANTN*100MG (MACRO | 00185-0122-01 | SANDOZ | 203.70 | 95 | 1901 | 1577.86 | 3846.93 | -2269.07 | 20 | 16.60 | -23.88 | |
| 321 | PREMARIN  3MG TAB | 00046-1100-81 | | 194.02 | 40 | 1896 | 3044.91 | 3617.04 | -572.13 | 47 | 76.12 | -14.30 | |
| 322 | SYNTHROID  088MG | 00074-6594-13 | | 61.14 | 47 | 1874 | 1174.59 | 1134.32 | 40.27 | 40 | 24.99 | 0.85 | |
| 323 | PROMETHAZINE 12 5MG TAB | 68382-0040-01 | ZYGENERICS | 49.00 | 36 | 1874 | 743.20 | 917.98 | -174.78 | 52 | 20.64 | -4.85 | |
| 324 | FERREX *150 (NIFEREX 150) | 51991-0203-11 | BRECKENRIDGE | 27.50 | 46 | 1870 | 846.52 | 514.25 | 332.27 | 41 | 18.40 | 7.22 | |
| 325 | BENICAR HCT 40-12 5 TAB | 65597-0106-30 | | 344.40 | 48 | 1868 | 5008.80 | 5863.43 | -854.63 | 39 | 104.35 | 17.80 | |
| 326 | CARBATROL 300MG CAPSULES | 54092-0173-12 | | 184.09 | 13 | 1860 | 2710.42 | 3250.79 | -540.37 | 143 | 208.49 | -41.56 | |
| 327 | DEXTROAMPHETAMINE 10MG TA | 00555-0953-02 | BARR LABS IN | 70.59 | 18 | 1860 | 557.58 | 1204.37 | -646.79 | 103 | 30.97 | -35.93 | |
| 328 | DIVALPROEX ER 500MG TAB | 10370-0511-10 | ANCHEN | 295.35 | 29 | 1850 | 2596.85 | 5419.83 | -2822.98 | 64 | 89.54 | -97.34 | |
| 329 | LOVASTATIN 40MG (MEVACOR) | 00555-0074-01 | SANDOZ | 427.14 | 62 | 1840 | 1012.46 | 7859.25 | -6846.79 | 30 | 16.33 | 110.43 | |
| 330 | NIFEDIPINE XL 60MG(PROCAR | 00378-3482-01 | MYLAN PHARM | 236.17 | 47 | 1830 | 2486.23 | 4288.28 | -1802.05 | 39 | 52.89 | -38.34 | |
| 331 | TRIAMCINOLONE CREAM 0 1% | 45802-0064-36 | SUPPOSITORIA | 8.18 | 18 | 1814 | 145.80 | 148.32 | -2.52 | 101 | 8.10 | -0.14 | |
| 332 | MIRTAZAPINE 15MG TAB | 65862-0031-30 | AUROBINDO | 270.00 | 60 | 1800 | 864.58 | 4860.00 | -3995.42 | 30 | 14.40 | -66.59 | |
| 333 | AMOX/K CLAV 600/5ML SUSPE | 00093-8675-74 | LEMMON CO | 48.26 | 9 | 1800 | 387.19 | 868.68 | -481.49 | 200 | 43.02 | -53.49 | |
| 334 | LABETALOL 100MG (NORMODYN | 00185-0010-01 | SANDOZ | 53.39 | 22 | 1800 | 312.00 | 960.94 | -648.94 | 82 | 14.18 | -29.49 | |
| 335 | NOVOFINE 32GX6MM | 00169-1851-89 | | 42.30 | 18 | 1800 | 632.13 | 758.92 | -126.79 | 100 | 35.11 | -7.04 | |
| 336 | FELODIPINE 5MG ER TAB | 00378-5012 01 | MYLAN PHARM | 158.01 | 54 | 1800 | 1830.30 | 2777.77 | -947.47 | 33 | 33.89 | -17.54 | |

HIGHLY CONFIDENTIAL

Top Drugs Ranked by Total Rx Dispense Qty   for: BUDGET DISCOUNT PHARMACY   All Rx's from  4/19/05 to 4/15/10   Page  7

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Total Price | AWP Cost | Profit | Average Qty | Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 337 | OXYCODONE/ACETAM 7 5/325 | 00591-0933-01 | WATSON | 136.07 | 30 | 1797 | 1155.04 | 2444.87 | -1289.83 | 60 | 38.50-42.99 | 78% |
| 338 | VERAPAMIL 240MG SR TAB | 00172-4280-70 | ZENITH LABS | 154.00 | 60 | 1784 | 676.75 | 2711.24 | 2034.49 | 30 | 11.27-33.90 | |
| 339 | METOCLOPRAMIDE 5MG (REGLA | 00603-4614-28 | DANBURY PHAR | 27.60 | 16 | 1770 | 170.76 | 488.52 | -317.76 | 111 | 10.67-19.86 | |
| 340 | DILT-CD *240MG CAP | 60505-0009-08 | APOTEX | 205.11 | 26 | 1764 | 2235.06 | 3618.16 | 1383.10 | 68 | 85.96-53.19 | |
| 341 | VYTORIN 10-40MG TAB | 66582 0313-31 | | 413.86 | 51 | 1764 | 6077.72 | 7140.61 | -1062.89 | 35 | 119.17-20.84 | |
| 342 | GLIPIZIDE 10MG TAB(GLUCOT | 00591-0461-01 | WATSON | 59.75 | 22 | 1755 | 282.92 | 1048.62 | -765.70 | 80 | 12.86-34.80 | |
| 343 | FREESTYLE TEST STRIPS 50' | 99073-0120-50 | | 127.78 | 27 | 1750 | 1652.84 | 2224.90 | -572.06 | 80 | 75.12-26.00 | |
| 344 | ACTOS 15MG TABS | 64764-0151-04 | | 550.16 | 48 | 1740 | 7858.96 | 9177.85 | -1318.89 | 36 | 163.72-27.47 | |
| 345 | CEFDINIR 250/5ML 60ML SUS | 68180-0723-20 | LUPIN | 165.80 | 30 | 1740 | 1624.94 | 2884.92 | -1259.98 | 58 | 54.16-41.99 | |
| 346 | WARFARIN 2MG TAB (COUMADI | 00555-0869-02 | BARR LABS IN | 60.89 | 30 | 1730 | 552.18 | 1053.45 | -501.27 | 58 | 18.40-16.70 | |
| 347 | RANITIDINE 300MG (ZANTAC) | 68462 0249-30 | GLENMARK | 293.00 | 31 | 1730 | 458.40 | 5068.90 | -4610.50 | 56 | 14.78148.72 | |
| 348 | DOXAZOSIN 1MG (CARDURA) | 00378 4021-01 | MYLAN PHARM | 94.90 | 28 | 1710 | 229.31 | 1600.32 | -1371.01 | 61 | 8.18-48.96 | |
| 349 | ISOSORBIDE 10MG ORAL (ISO | 00143 1771-10 | WEST WARD IN | 16.29 | 10 | 1710 | 73.19 | 278.54 | -205.35 | 171 | 7.31-20.53 | |
| 350 | AZATHIOPRINE 50MG (IMURAN | 00054 4084-25 | ROXANE LABS | 131.08 | 22 | 1710 | 656.73 | 2241.48 | -1584.75 | 78 | 29.85-72.03 | |
| 351 | DILTIAZEM ER 120MG(CARDIZ | 00228-2588-09 | PUREPAC PHAR | 119.81 | 44 | 1695 | 1415.37 | 2019.72 | -604.35 | 39 | 32.16-13.73 | |
| 352 | NAPROXEN TABS 375MG (NAPR | 68462 0189-01 | GLENMARK | 106.00 | 29 | 1695 | 274.38 | 1796.70 | -1522.32 | 58 | 9.46-52.49 | |
| 353 | PROPRANOLOL 40MG (INDERAL | 23155-0112 10 | HERITAGE | 50.87 | 25 | 1690 | 148.51 | 859.65 | -711.14 | 68 | 5.94 28.44 | |
| 354 | AMITRIPTYLINE 10MG (ELAVI | 00781 1486-01 | GENEVA GENER | 18.08 | 35 | 1687 | 201.64 | 305.00 | -103.36 | 48 | 5.76 -2.95 | |
| 355 | CYCLOBENZAPR 5MG TAB | 59746 0211 06 | CADISTA | 172.89 | 40 | 1684 | 484.42 | 2818.04 | -2333.62 | 42 | 12.11-58.34 | |
| 356 | PREMARIN  45MG | | | 194.02 | 32 | 1680 | 2645.23 | 3194.31 | -549.08 | 53 | 82.66-17.15 | |
| 357 | VYTORIN 10-80MG TAB | 66582-0315-31 | | 413.86 | 54 | 1680 | 5831.95 | 6844.05 | 1012.10 | 31 | 107.99 18.74 | |
| 358 | DESONIDE  05% CREAM 60GM | 45802-0422 37 | CLAY PARK | 66.91 | 28 | 1680 | 473.56 | 1124.20 | -650.64 | 60 | 16.91-23.23 | |
| 359 | TACROLIMUS 1MG CAP | 00781-2103-01 | GENEVA GENER | 445.95 | 7 | 1680 | 6441.40 | 7491.96 | -1050.56 | 240 | 920.20150.08 | |
| 360 | AMLODIPINE 2 5MG TAB | 59762 1520-01 | GREENSTONE | 172.98 | 42 | 1680 | 575.39 | 2905.91 | -2330.52 | 40 | 13.69-55.48 | |
| 361 | ACETAMINOPHEN #3 (TYLENOL | 00406-0484-01 | MALLINCKRODT | 61.40 | 42 | 1668 | 549.65 | 502.77 | 46.88 | 40 | 13.08  1.11 | |
| 362 | HYDROCO/APAP 7 5-325 TAB | 00591 3203 01 | WATSON | 61.87 | 19 | 1660 | 717.69 | 1026.99 | -309.30 | 87 | 37.77 16.27 | |
| 363 | RISPERIDONE 0 5MG | 00093-0225-06 | TEVA | 428.15 | 36 | 1640 | 1429.62 | 7021.74 | -5592.12 | 46 | 39.71155.33 | |
| 364 | IPRATROPIUM IN SOL 62 5ML | 16252-0098-22 | COBALT | 70.56 | 10 | 1625 | 192.16 | 1146.60 | -954.44 | 163 | 19.21 95.44 | |
| 365 | DIPYRIDAMOLE 50MG (PERSAN | 00115 1071-01 | GLOBAL | 94.10 | 14 | 1620 | 649.72 | 1524.42 | -874.70 | 116 | 46.40-62.47 | |
| 366 | LEVETIRACETAM 750MG TAB | 13668-0016-12 | TORRENT | 476.09 | 12 | 1620 | 6016.25 | 7603.37 | -1587.12 | 135 | 501.35132.26 | |
| 367 | ADVAIR 500/50 DISK 60'S | 00173 0697-00 | | 525.86 | 21 | 1620 | 7142.30 | 8461.28 | -1318.98 | 77 | 340.10-62.80 | |
| 368 | DIOVAN 160MG TABS | 00078-0359-34 | | 295.15 | 46 | 1620 | 3941.22 | 4610.21 | -668.99 | 35 | 85.67-14.54 | |
| 369 | LEVOTHYROXIN*88MCG TAB | 00378-1807-01 | MYLAN PHARM | 37.72 | 48 | 1620 | 483.30 | 611.25 | -127.95 | 34 | 10.06 -2.66 | 80% |
| 370 | CARVEDILOL 3 125MG TAB | 68382-0092-01 | | 213.69 | 17 | 1620 | 430.09 | 3461.77 | -3031.68 | 95 | 25.29178.33 | |
| 371 | GLIMEPIRIDE 1MG TAB | 45802-0770-78 | PERRIGO | 40.18 | 23 | 1620 | 204.81 | 630.55 | -425.74 | 70 | 8.90 18.51 | |
| 372 | MICROLET LANCETS 100'S | 00193 6546-21 | | 10.80 | 16 | 1600 | 184.30 | 172.80 | 11.50 | 100 | 11.51  0.71 | |
| 373 | OXYCONTIN 20MG | 59011-0103-10 | | 411.10 | 19 | 1590 | 5377.58 | 6279.70 | -902.12 | 84 | 283.03-47.48 | |
| 374 | SEROQUEL 25MG TABLETS | 00310-0275-10 | | 328.32 | 39 | 1590 | 4131.77 | 4837.77 | -706.00 | 41 | 105.94-18.10 | |
| 375 | AMANTADINE*100MG (SYMMETR | 00781-2048-01 | SANDOZ | 74.63 | 24 | 1580 | 722.39 | 1179.21 | -456.82 | 66 | 30.09-19.03 | |
| 376 | WARFARIN 1MG TAB | 51672-4027-01 | TARO | 60.81 | 23 | 1575 | 396.60 | 951.08 | -554.48 | 68 | 17.24-24.10 | |
| 377 | HYDROCHLOROTHIAZIDE 50MG | 64125-0130-10 | EXCELLIUM | 13.30 | 35 | 1575 | 198.44 | 209.48 | -11.04 | 45 | 5.66 -0.31 | |
| 378 | DOXEPIN 25MG (SINEQUAN 25 | 00378 3125-01 | MYLAN PHARM | 46.95 | 20 | 1560 | 148.48 | 732.49 | -584.01 | 78 | 7.42-29.20 | |
| 379 | PROPOXYPHNNE 65MG CAPS (P | 00093-0741-01 | TEVA | 37.30 | 15 | 1560 | 400.64 | 562.68 | -162.04 | 104 | 26.70-10.80 | |
| 380 | ANASPAZ TABS* | 00225-0295-20 | ASCHER B F A | 24.96 | 17 | 1550 | 438.72 | 386.85 | 51.87 | 91 | 25.80  3.05 | |
| 381 | PROPRANOLOL 10MG (INDERAL | 23155 0110-10 | HERITAGE | 41.44 | 20 | 1545 | 139.39 | 574.47 | -435.08 | 77 | 6.96 21.75 | |
| 382 | NIFEDIPINE XL 30MG (PROCA | 62175 0260-37 | KREMERS URBA | 132.45 | 50 | 1537 | 1285.49 | 2036.00 | -750.51 | 31 | 25.70-15.01 | |
| 383 | STRATTERA 40MG TAB | 00002 3239-30 | | 630.60 | 43 | 1531 | 7835.34 | 9142.37 | -1307.03 | 36 | 182.21-30.39 | |
| 384 | PROPYLTHIOURACIL*50MG TAB | 00143-1480-01 | WEST WARD IN | 15.75 | 15 | 1530 | 274.68 | 241.02 | 33.66 | 102 | 18.31  2.24 | |
| 385 | PROPRANOLOL 20MG (INDERAL | 23155-0111-10 | HERITAGE | 47.94 | 21 | 1530 | 187.37 | 592.11 | -404.74 | 73 | 8.92-19.27 | |
| 386 | MIX(NYST,BEN.TCN.DEC,LIDO | 60432 0537-16 | | 24.53 | 5 | 1530 | 124.47 | 375.30 | -250.83 | 306 | 24.89-50.16 | |
| 387 | GEODON 60MG CAP | 00049-3980-60 | | 968.83 | 26 | 1530 | 12103.53 | 14180.06 | -2076.53 | 59 | 465.52-79.86 | |
| 388 | SEROQUEL 300MG TAB | 00310-0274-60 | | 1393.60 | 28 | 1530 | 16894.36 | 19928.56 | -3034.20 | 55 | 603.37108.36 | |
| 389 | HYDROCO/APAP 5-325MG TAB | 00406-0365-01 | MALLINCKRODT | 54.22 | 23 | 1517 | 514.89 | 822.54 | -307.65 | 66 | 22.38-13.37 | |
| 390 | GLYB/METFORM 5/500MG TAB | 00228-2753-50 | ACTAVIS | 100.40 | 19 | 1506 | 401.21 | 1512.02 | -1110.81 | 79 | 21.11-58.46 | |
| 391 | ACETIC ACID (GLACIAL) MIX | 00000-0000-00 | | 0.00 | 3 | 1500 | 149.07 | 0.00 | 149.07 | 500 | 49.69 49.69 | |
| 392 | SOD CHLORIDE 0 9% | 59930 1609-02 | | 4.86 | 1 | 1500 | 12.75 | 72.90 | -60.15 | 1500 | 12.75-60.15 | |

CAH_FEDWV_00000289

P-42108_00125

Top Drugs Ranked by Total Rx Dispense Qty    for  BUDGET DISCOUNT PHARMACY    all Rx's from   4/19/05  to  4/19/10    Page   8

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Total Rx's | Qty | Price | AWP Cost | Profit | Average Qty | Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 393 | FLUOXETINE 40MG (PROZAC) | 00093-7198-01 | TEVA | 533.50 | 48 | 1500 | 1266.63 | 8002.50 | -6735.87 | 31 | 26.38 | 140.33 81% |
| 394 | CITALOPRAM 10MG TAB | 65862-0005-01 | AUROBINDO | 245.61 | 42 | 1500 | 372.54 | 3684.04 | -3311.50 | 36 | 8.87 | 78.84 |
| 395 | METHYLIN 20MG*(RITALIN) | 00591-5884-01 | WATSON | 71.43 | 19 | 1500 | 562.57 | 1067.12 | 504.70 | 79 | 29.60 | -26.56 |
| 396 | HYDROXYZINE SYRUP (ATARAX | 10702-0052-16 | KVK TECH | 8.44 | 10 | 1495 | 137.48 | 126.18 | 11.30 | 150 | 13.74 | 1.13 |
| 397 | BENZONATATE 100MG (TESSAL | 68382-0247-01 | ZYGENERICS | 101.33 | 37 | 1474 | 536.24 | 1493.65 | -957.41 | 40 | 14.49 | -25.87 |
| 398 | BUMETANIDE 1MG TABS (BUME | 00093-4233-01 | TEVA | 79.89 | 23 | 1470 | 398.99 | 1174.32 | -775.33 | 64 | 17.34 | -33.71 |
| 399 | NEURONTIN 400MG | 00071-0806-24 | PARKE DAVIS | 244.07 | 10 | 1470 | 3002.93 | 3543.53 | -540.60 | 147 | 300.29 | -54.06 |
| 400 | SYNTHROID  150MG TABS | 00074-7069-13 | | 74.24 | 31 | 1470 | 955.43 | 1056.37 | -100.94 | 47 | 30.82 | 3.25 |
| 401 | OXYCONTIN 40MG | 59011-0105-10 | | 729.42 | 26 | 1469 | 9013.62 | 10266.64 | -1253.02 | 57 | 346.67 | -48.19 |
| 402 | ESTRACE VAG CREAM 42 5GM | 00430-3754-14 | | 314.02 | 34 | 1444 | 3634.81 | 4276.38 | -641.57 | 42 | 106.90 | -18.86 |
| 403 | ISOSORBIDE MONO 60MG(IMDU | 62175-0119-37 | KREMERS URBA | 70.31 | 41 | 1441 | 599.68 | 1013.10 | -413.42 | 35 | 14.62 | 10.08 |
| 404 | METOPROLOL 200MG ER TAB | 49884-0407-01 | PAR PHARMACE | 251.95 | 32 | 1440 | 2932.16 | 3628.24 | -696.08 | 45 | 91.63 | 21.75 |
| 405 | MIX DEXAM,NYSTAT,BEN EQUA | 60432 0537-60 | | 28.23 | 4 | 1440 | 251.06 | 406.52 | -155.46 | 360 | 62.76 | -38.86 |
| 406 | KETOCONAZOLE 2% SHAMPOO | 00432-0465-64 | | 23.12 | 12 | 1440 | 250.40 | 332.89 | 82.49 | 120 | 20.86 | -6.87 |
| 407 | MILK OF MAGNESIA CHERRY G | 24385-0332-40 | | 1.01 | 4 | 1440 | 13.92 | 13.84 | 0.08 | 360 | 3.48 | 0.02 |
| 408 | QUINAPRIL 40MG TAB | 68180-0559-09 | GREENSTONE | 122.30 | 43 | 1440 | 588.36 | 1761.12 | -1172.76 | 33 | 13.68 | -27.27 |
| 409 | CAPTOPRIL 12 5MG TAB (CAP | 00143 1171 01 | WEST WARD IN | 63.00 | 19 | 1440 | 119.92 | 907.20 | -787.28 | 76 | 6.31 | -41.43 |
| 410 | COUMADIN 5MG TABS | 00056 0172-70 | | 134.80 | 37 | 1425 | 1642.20 | 1838.15 | -195.95 | 39 | 44.38 | -5.29 |
| 411 | MIX @LIDOC/BENADR/MYLANTA | 60432-0464-00 | | 14.20 | 6 | 1420 | 81.38 | 201.64 | -120.26 | 237 | 13.56 | -20.04 |
| 412 | OXYCONTIN 10MG | 59011-0100-10 | PURDUE PHARM | 214.84 | 21 | 1416 | 2490.41 | 2910.75 | -420.34 | 67 | 118.59 | -20.01 |
| 413 | ARIMIDEX 1MG TAB BOTTLE | 00310-0201-30 | | 1499.53 | 42 | 1415 | 16178.68 | 19170.37 | -2991.69 | 34 | 385.20 | 71.23 |
| 414 | DIOVAN HCT 160-25MG TAB | 00078-0383-34 | | 364.28 | 26 | 1410 | 4220.75 | 4904.14 | -683.39 | 54 | 162.33 | -26.28 |
| 415 | DIVALPROEX 500MG TAB | 00245-0182-11 | UPSHER SMITH | 324.97 | 14 | 1410 | 809.09 | 4582.06 | -3772.97 | 101 | 57.79 | 269.49 |
| 416 | RISPERIDONE 1MG TAB | 00093-7240-06 | TEVA | 455.18 | 33 | 1410 | 1263.62 | 6417.93 | -5154.31 | 43 | 38.29 | 156.19 |
| 417 | BD ULTRA-FINE SHORT 1CC S | 08290 3284-18 | | 27.30 | 14 | 1400 | 342.11 | 382.20 | 40.09 | 100 | 24.43 | -2.86 |
| 418 | BD ULTRA-FINE ORG PEN NEE | 08290-3282-03 | | 32.56 | 14 | 1400 | 412.01 | 455.84 | 43.83 | 100 | 29.42 | -3.13 |
| 419 | K-PHOS TAB | 00486-1111-01 | BEACH PHARMA | 15.25 | 7 | 1400 | 240.65 | 213.50 | 27.15 | 200 | 34.37 | 3.87 |
| 420 | TRINESSA 28´S | 52544 0248-28 | WATSON | 140.44 | 42 | 1400 | 1084.60 | 1955.21 | -870.61 | 33 | 25.82 | -20.72 |
| 421 | ASCENSIA CONTOUR TEST 100 | 00193 7090-21 | | 110.40 | 14 | 1400 | 1307.02 | 1518.05 | -211.03 | 100 | 93.35 | 15.07 |
| 422 | AMITRIPTYLINE*25MG (ELAVI | 00781-1487-10 | GENEVA GENER | 33.87 | 34 | 1395 | 221.76 | 472.44 | -250.68 | 41 | 6.52 | 7.37 |
| 423 | HYDROXYZINE 10MG (ATARAX) | 50111-0307-01 | PLIVA | 62.36 | 25 | 1380 | 497.02 | 843.92 | -346.90 | 55 | 19.88 | 13.87 |
| 424 | ATACAND HCT 32-12 5 TAB | 00186-0322-54 | ASTRA PHARMA | 336.24 | 46 | 1380 | 3923.20 | 4565.12 | -641.92 | 30 | 85.28 | 13.95 |
| 425 | UROXATRAL 4200-10 | 00404 4200-10 | | 394.64 | 28 | 1380 | 4498.25 | 5304.38 | -806.13 | 49 | 160.65 | 28.79 |
| 426 | TOPIRAMATE 25MG | 68462-0108-60 | | 221.65 | 19 | 1380 | 639.76 | 3058.77 | -2419.01 | 73 | 33.67 | 127.31 |
| 427 | THEOPHYLLINE 300MG (THEO- | 50111-0459-01 | BARR | 46.68 | 27 | 1380 | 283.04 | 600.59 | -317.55 | 51 | 10.48 | 11.76 |
| 428 | NITROGLYCERIN* 4MG 25´S | 68462 0146 25 | GLENMARK | 34.00 | 54 | 1375 | 482.96 | 467.50 | 15.46 | 25 | 8.94 | 0.28 |
| 429 | MIX NYST,BEN100;TCN2 5;DE | 60432-0537 60 | | 28.23 | 6 | 1375 | 164.41 | 346.37 | -181.96 | 229 | 27.40 | 30.32 |
| 430 | XOPENEX  63MG/ML INH SOL | 63402-0512-24 | | 156.00 | 14 | 1368 | 1736.42 | 1990.77 | -254.35 | 98 | 124.03 | 18.16 |
| 431 | ISOSORB MON  30MG (IMDUR) | 62175-0128-37 | KREMER URBAN | 113.75 | 44 | 1356 | 571.40 | 1515.55 | -944.15 | 31 | 12.98 | 21.45 |
| 432 | CITALOPRAM 10MG/5ML | 65862-0074 24 | | 48.95 | 3 | 1350 | 381.45 | 660.84 | -279.39 | 450 | 127.15 | 93.13 |
| 433 | GLIMEPIRIDE 2MG TAB | 45802-0822-78 | PERRIGO | 65.12 | 36 | 1350 | 275.11 | 879.21 | -604.10 | 38 | 7.64 | 16.78 |
| 434 | NATEGLINIDE 120MG TAB | 49884-0985-01 | PAR PHARMACE | 172.70 | 16 | 1350 | 1865.36 | 2331.45 | -466.09 | 84 | 116.58 | 29.13 |
| 435 | LITHIUM CARB 300MG CR TAB | 00054-0021-25 | ROXANE LABS | 46.52 | 10 | 1350 | 349.12 | 628.04 | -278.92 | 135 | 34.91 | 27.89 |
| 436 | MINOCYCLINE 100MG* | 00591-5695-50 | WATSON | 339.74 | 43 | 1342 | 837.99 | 4489.19 | -3651.20 | 31 | 19.48 | -84.91 |
| 437 | WARFARIN SOD 3MG TAB | 51672-4030-01 | TARO | 63.07 | 29 | 1339 | 433.55 | 844.48 | -410.93 | 46 | 14.95 | 14.17 |
| 438 | PAROXETINE 10MG TAB | 68382-0097-06 | ZYGENERICS | 261.96 | 50 | 1335 | 505.27 | 3412.73 | -2907.46 | 27 | 10.10 | -58.14 |
| 439 | LAMOTRIGINE 25MG TAB | 68382-0006-01 | | 454.71 | 22 | 1335 | 831.92 | 6070.43 | -5238.51 | 61 | 37.81 | 238.11 |
| 440 | SYNTHROID 0 112 MG | 00074 9296-13 | | 71.11 | 41 | 1322 | 834.41 | 928.53 | -94.12 | 32 | 20.35 | -2.29 |
| 441 | KLOR CON 8 MEQ* | 00245-0040-15 | UPSHER SMITH | 22.45 | 33 | 1320 | 191.00 | 270.72 | 79.72 | 40 | 5.78 | -2.41 |
| 442 | METHYLIN 5MG CHEWABLE | 59630-0761-10 | SCIELE | 256.70 | 11 | 1320 | 2692.31 | 3135.10 | -442.79 | 120 | 244.75 | -40.25 |
| 443 | DERMA-SMOOTHE FS SCALP 12 | 28105-0149-04 | HILL DERMACE | 34.35 | 6 | 1318 | 404.11 | 452.73 | -48.62 | 220 | 67.35 | -8.10 |
| 444 | ACIPHEX 20MG TABS | 62856-0243-30 | | 718.73 | 25 | 1304 | 7514.35 | 8861.50 | -1347.15 | 52 | 300.57 | -53.88 |
| 445 | TAMIFLU SUSP 15MG/ML COMP | 00004-0800-85 | ROCHE LABS | 1017.00 | 47 | 1303 | 3355.88 | 12012.44 | -8656.56 | 28 | 71.40 | 184.18 |
| 446 | MICROLET LANCETS ASCENSIA | 00193-6546-21 | | 10.80 | 13 | 1300 | 147.21 | 140.40 | 6.81 | 100 | 11.32 | 0.52 |
| 447 | BD ULTRA-FINE PEN #320109 | 08290-3201-09 | | 32.56 | 13 | 1300 | 367.60 | 423.28 | -55.68 | 100 | 28.27 | -4.28 |
| 448 | SOTALOL 80MG (BETAPACE) | 00185-0171-01 | SANDOZ | 300.00 | 22 | 1290 | 472.54 | 3384.56 | -2912.02 | 59 | 21.47 | 132.36 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000290
P-42108_00126

```
Top Drugs Ranked by Total Rx Dispense Qty  for: BUDGET DISCOUNT PHARMACY  All Rx's from  4/19/03 to  4/13/10  Page   9
```

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Total Price | AWP Cost | Profit | Average Qty | Price | Fee |
|------|-----------|------------|--------------|-----------|------|-----|-------------|----------|--------|-------------|-------|-----|
| 449 | SODIUM BICAR*650MG TAB | 00536 4544-10 | RUGGY LABS I | 1.36 | 18 | 1290 | 203.90 | 17.56 | 186.34 | 72 | 11.32 10.35 | 83% |
| 450 | PHENOBARBITAL 60MG | 00603-5167-32 | QUALITEST | 3.07 | 22 | 1290 | 117.90 | 39.56 | 78.34 | 59 | 5.35 | 3.56 |
| 451 | HYZAAR 50-12 5 MG | 00006-0717-54 | | 277.97 | 43 | 1290 | 3033.45 | 3505.54 | -472.09 | 30 | 70.54 10.97 | |
| 452 | FLECTOR 1 3% | 63857-0111-33 | | 613.13 | 14 | 1290 | 6683.58 | 7909.42 | 1225.84 | 92 | 477.39-87.56 | |
| 453 | LISINOP-HCTZ 20-25 | 68180-0520-01 | LUPIN | 122.75 | 37 | 1288 | 446.86 | 1541.19 | -1094.33 | 35 | 12.07 29.57 | |
| 454 | CIPROFLOXACI 250MG TAB | 55111-0126-01 | DRREDDY | 453.57 | 82 | 1270 | 501.12 | 5529.15 | 5028.03 | 15 | 6.11-61.31 | |
| 455 | PULMICORT RESP 0 5MG/2ML | 00186-1989-04 | ASTRA PHARMA | 444.41 | 21 | 1260 | 4462.02 | 5273.01 | -810.99 | 60 | 212.47 38.61 | |
| 456 | CLARINEX 5MG TAB | 00085 1264-01 | SCHERING COR | 448.15 | 42 | 1260 | 4785.15 | 5571.76 | 786.61 | 30 | 113.93 18.72 | |
| 457 | LIDOC/PRILOC*2.5-2.5% CRE | 00168-0357-30 | FOUGERA E AN | 152.73 | 13 | 1260 | 466.18 | 1924.41 | -1458.23 | 97 | 35.86112.17 | |
| 458 | PENTOXIFYLLINE 400MG(TREN | 00378-0357-01 | MYLAN PHARM | 64.05 | 14 | 1260 | 281.50 | 749.70 | 468.20 | 90 | 20.10-33.44 | |
| 459 | NYSTATIN CREAM 30 GM | 00168 0054-30 | FOUGERA E AN | 23.66 | 39 | 1260 | 201.98 | 273.00 | -71.02 | 32 | 5.17 | 1.82 |
| 460 | MUPIROCIN*2% OINTMENT | 45802-0112-22 | CLAYPARK | 203.86 | 55 | 1254 | 1072.21 | 2453.19 | 1380.98 | 23 | 19.49 25.10 | |
| 461 | SOD BICARB 8 4% INJ 25X50 | 00409-6625-02 | ROSS LABS | 2.06 | 1 | 1250 | 25.48 | 25.75 | -0.27 | 1250 | 25.48 | 0.27 |
| 462 | VALTREX 500MG | 00173-0933-08 | | 837.03 | 40 | 1236 | 8624.70 | 10271.20 | 1646.50 | 31 | 215.61-41.16 | |
| 463 | 3ML LL SYRNG 25GX1" | 08290-3095-81 | | 13.15 | 18 | 1232 | 172.36 | 162.01 | 10.35 | 68 | 9.57 | 0.57 |
| 464 | PREDNISONE 20MG | 00143-1477-10 | WEST WARD IN | 10.12 | 83 | 1231 | 348.54 | 124.56 | 223.98 | 15 | 4.19 | 2.69 |
| 465 | ADDERALL XR 20MG | 54092-0387-01 | | 749.40 | 34 | 1230 | 7462.88 | 8951.92 | -1489.04 | 36 | 219.49-43.79 | |
| 466 | LYRICA 25MG CAP | 00071-1012-68 | PARKE DAVIS | 269.87 | 22 | 1222 | 2796.27 | 3277.46 | 481.19 | 56 | 127.10-21.87 | |
| 467 | VERAPAMIL ER TAB*120(CALA | 00172-4285-60 | ZENITH LABS | 107.29 | 17 | 1210 | 709.55 | 1298.17 | 588.62 | 71 | 41.73-34.62 | |
| 468 | MORPHINE SO4 20MG ER TAB | 60951-0659-70 | ENDO | 898.53 | 10 | 1200 | 3432.09 | 10777.60 | -7345.51 | 120 | 343.20734.55 | |
| 469 | SENEXON LIQUID | 00536-1275-59 | RUGGY LABS I | 7.39 | 6 | 1200 | 63.86 | 82.26 | 18.40 | 200 | 10.64 | 3.06 |
| 470 | ACCUSURE 1CC 31G SHORT | 06003-7002-21 | | 23.95 | 11 | 1200 | 260.62 | 287.40 | 26.78 | 109 | 23.69 | -2.43 |
| 471 | CEFDINIR 250MG/5ML 100ML | 68180-0723-10 | LUPIN | 157.54 | 13 | 1200 | 1069.54 | 1890.48 | -820.94 | 92 | 82.27-63.14 | |
| 472 | LAMOTRIGINE 200MG TABLET | 68382-0010-14 | ZYGENERICS | 603.06 | 33 | 1200 | 1018.01 | 7193.40 | -6175.39 | 36 | 30.84187.13 | |
| 473 | MIX GREEN SOAP 3%@LCD SAL | 00395-0617-16 | HUMCO LAB | 4.60 | 5 | 1200 | 93.50 | 55.20 | 38.30 | 240 | 18.70 7.66 | 85% |
| 474 | METFORMIN 750MG ER TAB | 62756-0143-01 | SUN | 372.50 | 22 | 1200 | 360.46 | 2194.80 | 1834.34 | 55 | 16.38-83.37 | |
| 475 | PROGRAF 1MG CAP | 00469-0617 73 | | 495.50 | 5 | 1200 | 4965.38 | 5946.00 | -980.62 | 240 | 993.07196.12 | |
| 476 | TAMOXIFEN 20MG TABLETS | 00093-0782-56 | TEVA | 379.23 | 15 | 1200 | 664.11 | 4545.85 | -3881.74 | 80 | 44.27258.78 | |
| 477 | PREMARIN CREAM W/APPLIC 4 | 00046 0872-93 | | 303.29 | 29 | 1190 | 3055.63 | 3559.15 | -503.52 | 41 | 105.36-17.36 | |
| 478 | SERTRALINE 25MG | 59762-4960-01 | GREENSTONE | 271.23 | 39 | 1187 | 466.49 | 3219.54 | -2753.05 | 30 | 11.96-70.59 | |
| 479 | COMBIVENT INHALER 14 7GM | 00597 0013-14 | | 1067.68 | 79 | 1176 | 9942.06 | 11643.67 | -1701.61 | 15 | 125.84 21.53 | |
| 480 | ISOSORBIDE DINITRATE 40MG | 64980-0144-01 | COREPHARMA | 84.56 | 13 | 1170 | 795.99 | 989.30 | -193.31 | 90 | 61.23-14.87 | |
| 481 | HYDRALAZINE 25MG*(APRESOL | 23155-0002-01 | HERITAGE | 50.84 | 11 | 1170 | 269.06 | 594.82 | -325.76 | 106 | 24.46 29.61 | |
| 482 | CRESTOR 40MG TAB | 00310-0754-30 | | 466.86 | 25 | 1170 | 4358.66 | 5200.53 | -841.87 | 47 | 174.34 33.67 | |
| 483 | NIASPAN 500MG EXTEND TABS | 00074-3074-90 | ABBOTT | 253.72 | 25 | 1170 | 2552.99 | 2948.83 | -395.84 | 47 | 102.11 15.83 | |
| 484 | BENZONATATE*200MG (TESSAL | 67877-0106-01 | ASCEND | 199.75 | 28 | 1161 | 605.50 | 2303.37 | -1697.87 | 41 | 21.62 60.63 | |
| 485 | ETODOLAC 400MG | 51672-4018-01 | TARO | 146.78 | 23 | 1160 | 364.89 | 1702.38 | -1337.49 | 50 | 15.86-58.15 | |
| 486 | LUNESTA 3MG TAB | 63402-0193-10 | | 669.60 | 39 | 1160 | 6146.50 | 7174.36 | -1027.86 | 30 | 157.60-26.35 | |
| 487 | GLYBURIDE 2 5MG (DIABETA) | 64720-0124-10 | COREPHARMA | 50.50 | 22 | 1155 | 194.61 | 532.59 | -337.98 | 53 | 8.84-15.36 | |
| 488 | BENAZEPRIL 40MG TAB | 00093-5127-01 | TEVA | 100.91 | 16 | 1140 | 296.11 | 1150.35 | -854.24 | 71 | 18.50-53.39 | |
| 489 | SEREVENT DISKUS 50MCG 60 | 00173-0521-00 | GLAXO INC | 290.63 | 19 | 1140 | 2835.92 | 3313.22 | -477.30 | 60 | 149.25-25.12 | |
| 490 | HYDROCO 10/APAP660(VICODI | 62037-0567-01 | WATSON | 71.53 | 14 | 1132 | 569.59 | 809.78 | -240.19 | 81 | 40.68-17.15 | |
| 491 | ZALEPLON 10MG CAP | 00054-0085-25 | ROXANE LABS | 378.79 | 37 | 1129 | 1183.49 | 4276.64 | -3093.15 | 31 | 31.98-83.59 | |
| 492 | HYDROCORTISONE*LOT 2 5% 5 | 00168-0288-02 | FOUGERA E AN | 88.18 | 19 | 1122 | 490.51 | 989.62 | -499.11 | 59 | 25.81 26.26 | |
| 493 | CLINDAMYCIN 300MG CAP | 00781 2113-01 | GENEVA GENER | 372.10 | 42 | 1118 | 920.66 | 4160.08 | -3239.42 | 27 | 21.92-77.12 | |
| 494 | DILTIAZEM ER 300MG* | 62584-0977-01 | ACTAVIS | 265.82 | 37 | 1110 | 1593.31 | 2950.75 | -1357.44 | 30 | 43.06-36.68 | |
| 495 | PROVIGIL 200MG | 63459-0201-01 | | 1633.20 | 22 | 1110 | 12747.55 | 15487.16 | -2739.61 | 50 | 579.43124.52 | |
| 496 | PRENATAL PLUS TAB | 65162 0668-10 | | 36.25 | 29 | 1110 | 262.01 | 344.80 | -82.79 | 38 | 9.03 | 2.85 |
| 497 | ACCU-CHECK COMFORT CURVE | 50924-0373-50 | | 126.26 | 11 | 1100 | 853.42 | 1301.26 | -447.84 | 100 | 77.58-40.71 | |
| 498 | FREESTYLE LANCETS | 99073-0130-01 | | 9.35 | 11 | 1100 | 108.33 | 102.85 | 5.48 | 100 | 9.84 | 0.49 |
| 499 | CONCERTA 18MG | 50458-0585-01 | | 532.34 | 36 | 1099 | 4634.28 | 5345.10 | -710.82 | 31 | 128.73 19.74 | |
| 500 | PRAVASTATIN 10MG TAB | 68180-0485-09 | LUPIN | 321.51 | 33 | 1095 | 402.72 | 3520.51 | -3117.79 | 33 | 12.20 94.47 | |
| 501 | PREMARIN 9MG | 00046-1103-81 | | 194.02 | 22 | 1095 | 1775.16 | 2061.61 | -286.45 | 50 | 80.68 13.02 | |
| 502 | INDOMETHACIN 50MG (INDOCI | 00093-4030-01 | TEVA | 63.75 | 12 | 1090 | 297.32 | 694.92 | -397.60 | 91 | 24.77-33.13 | |
| 503 | BUDEPRION XL 150MG | 00591-3331-30 | WATSON | 522.00 | 35 | 1090 | 1455.48 | 5689.80 | -4234.32 | 31 | 41.58120.98 | |
| 504 | TETRACYCLINE HCL 250MG* | 00172-2416-80 | ZENITH LABS | 5.55 | 24 | 1086 | 106.44 | 60.32 | 46.12 | 45 | 4.43 | 1.92 |

HIGHLY CONFIDENTIAL

```
Top Drugs Ranked by Total Rx Dispense Qty     For: BUDGET DISCOUNT PHARMACY     All Rx's from  4/13/09 to  4/13/14     Page  6
```

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Total Price | AWP Cost | Profit | Average Qty | Average Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 505 | AVALIDE 300/12 5 TABLETS | 00087-2776-32 | | 355.85 | 28 | 1080 | 3142.71 | 3674.64 | -531.93 | 39 | 112.23 | -18.99 86% |
| 506 | FORADIL AEROLIZER 60'S | 00085 1401 01 | CIBA PHARMAC | 283.28 | 18 | 1080 | 2555.22 | 3014.98 | -459.76 | 60 | 141.95 | -25.54 |
| 507 | FLUTAMIDE 125MG CAP | 00185 1125 18 | VITARINE CO | 209.22 | 6 | 1080 | 1414.84 | 2259.60 | -844.76 | 180 | 235.80 | 140.79 |
| 508 | CARB50/LEVO200MG CR(SIN50 | 62756-0457-88 | SUN | 180.85 | 12 | 1080 | 1271.28 | 1953.24 | -681.96 | 90 | 105.94 | 56.83 |
| 509 | CARBATROL 200MG | 54092-0172-12 | | 184.09 | 9 | 1080 | 1643.48 | 1898.08 | -254.60 | 120 | 182.60 | 28.28 |
| 510 | RENVELA 800MG TAB | 58468-0130-01 | | 216.88 | 12 | 1080 | 1950.24 | 2305.21 | -354.97 | 90 | 162.52 | -29.58 |
| 511 | CUTIVATE 0 05% LOTION 120 | 00462 0434 04 | PHARADERM | 347.90 | 7 | 1080 | 3084.84 | 3603.44 | -518.60 | 154 | 440.69 | -74.08 |
| 512 | METHYLIN 5MG (RITALIN) | 00591 5882-01 | WATSON | 33.40 | 19 | 1060 | 310.06 | 336.97 | 26.91 | 56 | 16.31 | -1.41 |
| 513 | ALBUTEROL SYR 2MG/5ML | 00472-0825 16 | ACTAVIS | 8.37 | 6 | 1060 | 60.38 | 88.72 | 28.34 | 177 | 10.06 | -4.72 |
| 514 | LOTREL 5-40MG CAP | 00078-0384 05 | | 428.90 | 35 | 1050 | 3686.88 | 4328.99 | -642.11 | 30 | 105.33 | -18.34 |
| 515 | COZAAR 25MG TABLETS | 00006 0951-54 | | 194.73 | 24 | 1050 | 1740.15 | 2044.70 | -304.55 | 44 | 72.50 | -12.68 |
| 516 | BYSTOLIC 10MG TAB | 00456 1410 30 | O'NEAL JONES | 198.43 | 21 | 1050 | 1775.04 | 2069.86 | -294.82 | 50 | 84.52 | -14.03 |
| 517 | CONCERTA 54MG | 50458-0587 01 | | 612.47 | 35 | 1050 | 5091.90 | 5932.00 | -840.10 | 30 | 145.48 | -24.00 |
| 518 | PROTONIX 40MG TABS | 00008-0841-81 | | 522.42 | 28 | 1050 | 4424.18 | 5253.05 | -828.87 | 38 | 158.00 | -29.60 |
| 519 | SULINDAC 200MG TABS (CLIN | 00591 5660-01 | DANBURY PHAR | 120.69 | 8 | 1048 | 359.26 | 1264.81 | 905.55 | 131 | 44.90 | 113.19 |
| 520 | TOPIRAMATE 50MG TABS | 68462-0153-60 | GLENMARK | 504.21 | 22 | 1046 | 550.81 | 5274.06 | -4723.25 | 48 | 25.03 | 214.69 |
| 521 | FLUOROURACIL 5% CREAM | 66530-0249-40 | SPEAR | 643.47 | 27 | 1040 | 5383.96 | 6635.51 | -1251.55 | 39 | 199.40 | -46.35 |
| 522 | MICARDIS 40MG TABS 30 S | 00597-0040 37 | BOEHRINGER I | 328.80 | 25 | 1034 | 2420.64 | 2989.98 | -569.34 | 41 | 96.82 | -22.77 |
| 523 | ARICEPT 5MG TABLETS | 62856-0245-30 | | 802.73 | 35 | 1034 | 6913.58 | 8004.43 | -1090.85 | 30 | 197.53 | -31.16 |
| 524 | ARTHROTEC 50 | 00025 1411-60 | | 284.40 | 17 | 1020 | 3184.58 | 2884.68 | 299.90 | 60 | 187.32 | 17.64 |
| 525 | DIFLORASONE OIN 05%(PSORC | 51672-1295-03 | TARO | 166.93 | 9 | 1020 | 1100.08 | 1702.72 | -602.64 | 113 | 122.23 | -66.96 |
| 526 | PILOCARPINE 5MG TAB | 00527 1313-01 | LANNETT CO I | 152.28 | 9 | 1020 | 1102.20 | 1553.25 | 451.05 | 113 | 122.46 | -50.11 |
| 527 | OCELLA 3-0 03MG TAB | 00555-9131-67 | BARR LABS IN | 252.90 | 33 | 1008 | 1895.18 | 2407.37 | -512.19 | 31 | 57.42 | -15.52 |
| 528 | LOESTRIN 24 FE 28 S | 00430-0530 14 | | 277.74 | 36 | 1008 | 2271.84 | 2566.66 | -294.82 | 28 | 63.10 | -8.18 |
| 529 | SF 1 1% GEL 56GM | 64980-0307 60 | RISING | 14.69 | 19 | 1008 | 151.78 | 148.14 | 3.64 | 53 | 7.98 | 0.19 |
| 530 | PERMETHRIN LOT (NIX) 59% | 00472-5242-67 | BARRE DRUG C | 13.88 | 17 | 1003 | 187.51 | 136.77 | 50.74 | 59 | 11.03 | 2.98 |
| 531 | CARBAMAZEPIN 200MG TAB | 00093-0109-01 | TEVA | 30.17 | 2 | 1000 | 110.40 | 301.70 | -191.30 | 500 | 55.20 | -95.65 |
| 532 | AMPHETAMINE 30MG ER CAP | 00115 1333-01 | GLOBAL | 613.15 | 35 | 998 | 5438.46 | 6119.36 | -680.90 | 29 | 155.38 | -19.45 |
| 533 | ESTRADIOL 0 5 MG | 00591 0528 01 | WATSON | 25.50 | 38 | 997 | 222.85 | 245.35 | 22.50 | 26 | 5.86 | -0.59 |
| 534 | FELODIPINE 10MG ER TAB | 00378-5013 01 | MYLAN PHARM | 283.96 | 27 | 990 | 1772.36 | 2759.02 | -986.66 | 37 | 65.64 | -36.54 |
| 535 | ISOSORBID DIN  30MG (ISOR | 49884 0009-01 | PAR PHARMACE | 53.15 | 11 | 990 | 241.68 | 526.24 | -284.56 | 90 | 21.97 | -35.83 |
| 536 | MIRTAZAPINE 30MG TAB | 65862-0003 30 | AUROBINDO | 276.66 | 33 | 990 | 464.15 | 2739.00 | -2274.85 | 30 | 14.06 | -68.93 |
| 537 | PRANDIN 2MG TABS | 00169-0084-81 | | 232.56 | 11 | 990 | 1811.26 | 2132.69 | -321.43 | 90 | 164.66 | -29.22 |
| 538 | PAROXETINE 30MG TAB | 68382-0099-06 | ZYGENERICS | 281.46 | 32 | 990 | 348.24 | 2786.52 | -2438.28 | 31 | 10.88 | -76.19 |
| 539 | BUPROPION 100MG ER TAB | 00093 5501-01 | TEVA | 168.90 | 17 | 988 | 751.61 | 1668.71 | -917.10 | 58 | 44.21 | -53.94 |
| 540 | CALCIUM 500 D 160'S | 24385-0266-06 | | 6.24 | 8 | 980 | 82.99 | 55.89 | 27.10 | 123 | 10.37 | 3.38 |
| 541 | CEFDINIR 300MG CAP | 65862-0177-60 | AUROBINDO | 511.38 | 50 | 979 | 2444.54 | 5006.50 | -2561.96 | 20 | 48.89 | -51.23 |
| 542 | PENICILLIN*VK 500MG TAB | 67253 0201 50 | STADA | 37.88 | 32 | 972 | 343.71 | 364.41 | 20.70 | 30 | 10.74 | -0.64 |
| 543 | LUNESTA 2MG TAB | 63402-0191 10 | | 669.60 | 35 | 970 | 5162.79 | 6049.62 | -886.83 | 28 | 147.50 | -25.33 |
| 544 | SEROQUEL 200MG | 00310-0272-10 | | 1062.88 | 25 | 960 | 8046.97 | 9483.71 | -1436.74 | 38 | 321.87 | 57.46 |
| 545 | PERMETHRIN CR (ELIMITE) | 45802-0269-37 | CLAY PARK | 48.75 | 17 | 960 | 342.13 | 468.00 | -125.87 | 56 | 20.12 | -7.40 |
| 546 | TAMSULOSIN  4MG CAPSULES | 00115-8211 01 | GLOBAL | 420.89 | 25 | 960 | 3324.94 | 4040.60 | -715.66 | 38 | 132.99 | -28.62 |
| 547 | DIOVAN HCT 320/25MG TAB | 00078-0472-34 | SANDOZ PHARM | 461.71 | 32 | 960 | 3653.88 | 4273.11 | -619.23 | 30 | 114.18 | -19.35 |
| 548 | TORSEMIDE 20MG TAB (DEMAD | 31722-0531 01 | CAMBER | 82.10 | 22 | 960 | 422.39 | 788.12 | -365.73 | 44 | 19.19 | -16.62 |
| 549 | HYDROGEN PEROXIDE 1PT | 24385-0113 16 | PARKE-DAVIS | 0.26 | 1 | 960 | 2.10 | 2.50 | 0.40 | 960 | 2.10 | -0.40 |
| 550 | BISOPROLOL/HCTZ*5MG (ZIAC | 00185-0704-01 | SANDOZ | 114.15 | 32 | 960 | 335.42 | 1096.00 | -760.58 | 30 | 10.48 | 23.76 |
| 551 | TYLENOL EXTRA STRENGTH LI | 50580-0111-08 | MCNEIL PHARM | 2.26 | 4 | 960 | 25.49 | 21.68 | 3.81 | 240 | 6.37 | 0.95 |
| 552 | LORAZEPAM 1MG TAB | 00591 0241-01 | WATSON | 88.00 | 10 | 960 | 174.07 | 844.80 | -670.73 | 96 | 17.40 | -67.07 |
| 553 | SOD FLUORIDE 0 2%MINT SOL | 60258-0158-16 | | 1.94 | 2 | 953 | 19.29 | 18.49 | 0.80 | 477 | 9.64 | 0.40 |
| 554 | FINACEA 15% GEL 50GM | 10922-0825-02 | | 286.30 | 19 | 950 | 2204.67 | 2606.22 | -401.55 | 50 | 116.03 | -21.13 |
| 555 | ONE TOUCH BASIC TEST STRI | 53885-0198-50 | | 121.88 | 14 | 950 | 819.28 | 1157.86 | -338.58 | 68 | 58.52 | -24.18 |
| 556 | DYNA-HEX 4 946ML | 17187 1061-04 | | 4.16 | 1 | 946 | 11.64 | 39.35 | -27.71 | 946 | 11.64 | 27.71 |
| 557 | GLYB/METFORM 2 5/500 TAB | 00228-2752-11 | ACTAVIS | 105.69 | 16 | 932 | 293.84 | 984.99 | -691.15 | 58 | 18.36 | -43.19 |
| 558 | BUPROPION 75MG (WELLBUTRI | 00378-0433-01 | MYLAN PHARM | 72.05 | 30 | 932 | 274.13 | 671.62 | -397.49 | 31 | 9.13 | -13.24 |
| 559 | AMPHETAMINE 20MG ER CAP | 00115-1331-01 | GLOBAL | 613.15 | 25 | 930 | 4490.52 | 5702.39 | -1211.87 | 37 | 179.62 | -48.47 |
| 560 | ALLEGRA-D ER 12 HOUR | 00088-1090-47 | | 259.24 | 19 | 930 | 2003.00 | 2327.42 | -324.42 | 49 | 105.42 | -17.07 |

```
Top Drugs Ranked by Total Rx Dispense Qty    for: BUDGET DISCOUNT PHARMACY    All Rx's from  4/19/05 to 4/19/12    Page  #
```

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Total Price | AWP Cost | Profit | Average Qty | Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 561 | LAMOTRIGINE 100MG TAB | 68382-0008-01 | ZYGENERICS | 519.40 | 24 | 930 | 439.81 | 4744.08 | -4304.27 | 39 | 18.32 | 179.34 88% |
| 562 | DOXYCYCLINE 20MG TAB | 00527-1336-01 | LANNETT CO I | 118.98 | 18 | 930 | 801.19 | 1106.51 | -305.32 | 52 | 44.51 | -16.96 |
| 563 | DOXAZOSIN 8MG (CARDURA) | 00378-4028-01 | MYLAN PHARM | 104.70 | 31 | 920 | 384.18 | 920.74 | -536.56 | 30 | 12.39 | -17.30 |
| 564 | MECLIZINE 12 5 TABS (ANTI | 49884-0034-10 | PAR PHARMACE | 8.58 | 16 | 920 | 244.47 | 299.56 | 55.09 | 58 | 15.27 | -3.44 |
| 565 | CETIRIZINE 1MG/ML SOLN | 45802-0974-26 | OHM | 8.58 | 8 | 915 | 72.11 | 78.52 | 6.41 | 114 | 9.01 | -0.80 |
| 566 | TRIMETHOPRIM 100MG (TRIMP | 00591-5571-01 | WATSON | 68.40 | 27 | 914 | 339.55 | 625.18 | -285.63 | 34 | 12.57 | -10.57 |
| 567 | IBUPROFEN 400MG (MOTRIN) | 55111-0682-01 | DRREDDY | 20.50 | 12 | 910 | 53.87 | 186.55 | -132.68 | 76 | 4.48 | -11.05 |
| 568 | ASTELIN NASAL 30ML | 00037-0241-30 | | 371.20 | 30 | 900 | 2818.54 | 3258.03 | -439.49 | 30 | 93.95 | -14.64 |
| 569 | OXYBUTYNIN 5MG ER TAB | 62175-0270-37 | KREMERS URBA | 328.40 | 30 | 900 | 2091.11 | 2955.60 | -864.49 | 30 | 69.70 | -28.81 |
| 570 | LORCET PLUS | 00785-1122 01 | | 128.20 | 15 | 900 | 1062.18 | 1153.80 | -91.62 | 60 | 70.81 | -6.10 |
| 571 | CLOBETASOL*0 05% CR 60GM | 51672-1258-03 | TARO | 106.95 | 16 | 900 | 274.84 | 962.56 | -687.72 | 56 | 17.17 | -42.98 |
| 572 | PROVENTIL HFA AEROSOL 6 7 | 00085-1132-01 | SCHERING COR | 722.98 | 125 | 886 | 5565.03 | 6300.97 | -735.94 | 7 | 44.52 | -5.88 |
| 573 | ROPINIROLE 0 5MG TAB | 68382-0339-01 | ZYGENERICS | 250.21 | 23 | 882 | 655.78 | 2206.10 | -1550.32 | 38 | 28.51 | -67.40 |
| 574 | NOVOLIN N (HUMAN INSULIN) | 00169-1834-11 | | 591.20 | 42 | 880 | 3981.59 | 4664.11 | -682.52 | 21 | 94.79 | -16.25 |
| 575 | PREDNISONE*1MG ROXANNE | 00054-4741-25 | ROXANE LABS | 19.43 | 5 | 880 | 89.30 | 170.98 | -81.68 | 176 | 17.86 | -16.33 |
| 576 | TAMIFLU 75MG CAPS | 00004-0800-85 | | 1017.00 | 87 | 875 | 7569.58 | 8765.78 | -1196.20 | 10 | 87.00 | -13.74 |
| 577 | VYTORIN 10-20MG TAB | 66582-0312-31 | | 413.86 | 29 | 874 | 3024.80 | 3545.42 | -520.62 | 30 | 104.30 | -17.95 |
| 578 | ASPIRIN* EC 81MG GNP 180 S | 24385-0535-76 | GENERIX DRUG | 4.79 | 30 | 870 | 115.34 | 41.76 | 73.58 | 29 | 3.84 | 2.45 |
| 579 | LEVOTHYROXIN*112MCG TAB | 00378-1811-01 | MYLAN PHARM | 43.96 | 27 | 870 | 225.84 | 382.50 | -156.66 | 32 | 8.36 | -5.80 |
| 580 | OXAZEPAM 10MG (SERAX) | 00228-2067-10 | ACTAVIS | 86.21 | 16 | 870 | 448.72 | 750.04 | -301.32 | 54 | 28.04 | -18.83 |
| 581 | QUINAPRIL 10MG TAB | 68180-0557-09 | LUPIN | 157.07 | 29 | 870 | 234.23 | 1366.48 | -1132.25 | 30 | 8.07 | 39.04 |
| 582 | MORPHINE SULFATE*20MG/ML | 00406-8003-30 | MALLINCKRODT | 62.06 | 24 | 870 | 493.91 | 513.67 | -19.76 | 36 | 20.57 | 0.82 |
| 583 | CARDIZEM LA 360MG TAB | 00074-3064-30 | | 493.60 | 15 | 870 | 3520.19 | 4237.78 | -717.59 | 58 | 234.67 | -47.83 |
| 584 | AMOX TR-K CL 500-125 TAB | 00781 1831-20 | SANDOZ | 378.45 | 38 | 867 | 1033.68 | 3281.21 | -2247.53 | 23 | 27.20 | -59.14 |
| 585 | ACCU-CHEK COMPACT TEST | 50924-0988-50 | | 117.76 | 17 | 867 | 602.58 | 983.58 | 381.00 | 51 | 35.44 | -22.41 |
| 586 | LEVAQUIN 500MG TABLETS | 50458-0925-50 | | 1774.42 | 104 | 864 | 11742.57 | 13535.42 | -1792.85 | 8 | 112.90 | -17.23 |
| 587 | VERAPAMIL 180MG SR (CALAN | 00172-4286-60 | ZENITH LABS | 143.96 | 24 | 855 | 338.13 | 1188.74 | -850.61 | 36 | 14.08 | -35.44 |
| 588 | LAVOCLEN 4% CREAM WASH | 66993-0926-06 | PRASCO | 32.91 | 5 | 852 | 230.67 | 280.50 | -49.83 | 170 | 46.13 | -9.96 |
| 589 | ONDANSETRON 8MG TAB | 00781-1681-31 | SANDOZ | 4126.00 | 47 | 851 | 2071.33 | 34740.92 | -32669.59 | 18 | 44.07 | 695.09 |
| 590 | ACCU-CHEK COMFORT CURVE 5 | 50924-0365-50 | | 126.26 | 17 | 850 | 850.55 | 1007.51 | -156.96 | 50 | 50.03 | -9.23 |
| 591 | MIX DERMAZNC W/CLOBETASOL | 49452-2141 01 | | 48300.00 | 7 | 840 | 270.26 | 405720.00 | 405449.74 | 120 | 38.60 | 921.39 |
| 592 | LABETALOL 300MG (NORMODYN | 00172-4366-60 | TEVA | 105.64 | 14 | 840 | 310.93 | 887.32 | -576.39 | 60 | 22.20 | -41.17 |
| 593 | SELENIUM SULF LOT 120ML (S | 45802-0040-64 | CLAY | 9.50 | 6 | 840 | 61.04 | 108.24 | -47.20 | 140 | 10.17 | -7.86 |
| 594 | SIMVASTATIN 5MG TAB | 68382-0065 16 | ZYGENERICS | 210.42 | 18 | 840 | 225.14 | 1767.59 | -1542.45 | 47 | 12.50 | -85.69 |
| 595 | PAROXETINE 40MG TAB | 60505-0101-01 | APOTEX | 297.36 | 28 | 840 | 400.97 | 2497.88 | -2096.91 | 30 | 14.32 | -74.88 |
| 596 | CHANTIX 1MG CON'T MONTH P | 00069-0469-97 | | 256.30 | 15 | 840 | 1769.73 | 2070.14 | -300.41 | 56 | 117.98 | -20.02 |
| 597 | CYPROHEPTADINE 4MG (PERIA | 64980-0123-01 | RISING | 42.69 | 26 | 840 | 302.57 | 358.66 | -56.09 | 32 | 11.63 | -2.15 |
| 598 | LANTUS SOLOSTAR INJECTABL | 00088-2220-60 | MARION LABS | 1435.20 | 45 | 840 | 9925.26 | 11669.62 | -1744.36 | 19 | 220.56 | -38.76 |
| 599 | MIX 60ML@LIDO.BEN,MAAL 10 | 00603-1393 64 | | 14.20 | 3 | 840 | 46.56 | 119.28 | -72.72 | 280 | 15.52 | -24.24 |
| 600 | POT CITRATE 1080MG TAB | 00245-0071 11 | UPSHER SMITH | 52.35 | 14 | 840 | 371.08 | 439.74 | -68.66 | 60 | 26.50 | -4.90 |
| 601 | DIOVAN 320MG TAB | 0078-0360-34 | | 373.38 | 26 | 840 | 2607.64 | 3026.06 | -418.42 | 32 | 100.29 | -16.09 |
| 602 | MINOXIDIL 10MG TABS (LONI | 00591-5643-01 | WATSON | 168.75 | 9 | 840 | 446.80 | 1277.06 | -830.26 | 93 | 49.64 | -92.25 |
| 603 | AMOXICILLIN 875MG | 59762-1050-05 | GREENSTONE | 87.25 | 39 | 834 | 447.53 | 716.59 | -269.06 | 21 | 11.47 | -6.89 |
| 604 | INDOMETHACIN 25MG (INDOCI | 00093-4029-01 | TEVA | 38.20 | 13 | 831 | 247.86 | 317.44 | -69.58 | 64 | 19.06 | -5.35 |
| 605 | MORPHINE ER TAB 30MG(MS C | 00591-3512-01 | WATSON | 169.84 | 11 | 825 | 771.15 | 1401.17 | -630.02 | 75 | 70.10 | -57.27 |
| 606 | PULMOZYME 1MG/ML SOLUTION | 50242-0100-40 | | 2963.90 | 11 | 825 | 20247.43 | 23981.27 | -3733.84 | 75 | 1840.67 | 339.44 |
| 607 | AMOX/K CLAV 600/5ML SUSP | 00781-6139-57 | GENEVA GENER | 69.10 | 9 | 825 | 206.12 | 479.49 | -273.37 | 92 | 22.90 | -30.37 |
| 608 | VENLAFAXINE 75MG TAB | 68382-0021-01 | ZYGENERICS | 218.49 | 20 | 824 | 982.41 | 1766.45 | -784.04 | 41 | 49.12 | -39.20 |
| 609 | THYROID 1/2GR TABS ARMOUR | 00456-0458-01 | USV LABS DIV | 15.09 | 22 | 820 | 135.83 | 118.57 | 17.26 | 37 | 6.17 | 0.78 |
| 610 | ENALAPRIL 1MG/1ML SUSP | 64679-0925-03 | | 107.21 | 9 | 810 | 599.70 | 868.41 | -268.71 | 90 | 66.63 | -29.85 |
| 611 | THIORIDAZINE 50 MG | 00378-0616-01 | MYLAN | 58.40 | 9 | 810 | 189.57 | 473.04 | -283.47 | 90 | 21.06 | -31.49 |
| 612 | CILOSTAZOL 100MG TAB | 64720-0159-06 | COREPHARMA | 182.45 | 8 | 810 | 234.47 | 1477.85 | -1243.38 | 101 | 29.30 | -155.42 |
| 613 | LIDODERM 5% PATCH 10'93 | 63481-0687-06 | | 771.93 | 26 | 810 | 5303.60 | 6177.69 | -874.09 | 31 | 203.98 | -33.61 |
| 614 | BETHANECHOL (URECHOLINE) | 65162-0573-10 | AMNEAL | 178.41 | 12 | 810 | 920.14 | 1445.16 | -525.02 | 68 | 76.67 | -43.75 |
| 615 | LOVASTATIN 20MG (MEVACOR) | 00185-0072-60 | SANDOZ | 237.28 | 25 | 810 | 351.76 | 1893.68 | -1541.92 | 32 | 14.07 | -61.67 |
| 616 | PAREGORIC | 50383-0855-16 | HI-TECH | 35.92 | 7 | 810 | 165.09 | 244.62 | -79.53 | 116 | 23.58 | -11.36 |

CAH_FEDWV_00000293

P-42108_00129

```
Top Drugs Ranked by Total Rx Dispense Qty    for: BUDGET DISCOUNT PHARMACY   All Rx's from  4/19/03 to 0/75/10          page  2
```

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Total Rx's | Qty | Price | AWP Cost | Profit | Average Qty | Price | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 617 | LANSOPRAZOLE 30MG CAP | 00781 2355-01 | SANDOZ | 566.82 | 24 | 810 | 2350.72 | 4591.31 | 2240.59 | 34 | 97.94 | 93.35 89% |
| 618 | ANTIVERT 25MG TABS | 00049-2110-66 | ROERIG J B A | 96.33 | 8 | 800 | 728.72 | 850.40 | 121.68 | 100 | 91.09-15.21 |
| 619 | ACCUSURE 1/2CC 30G SHORT | 00603-6999-21 | | 22.09 | 8 | 800 | 159.96 | 176.72 | -16.76 | 100 | 19.99 -2.09 |
| 620 | MYCOPHENOLAT 250MG CAP | 16729-0094-01 | ACCORD | 396.73 | 4 | 800 | 381.92 | 3173.84 | -2791.92 | 200 | 95.48697.98 |
| 621 | SUBOXONE 8 2MG SUBLINGUAL | 12496-1306-02 | | 724.00 | 15 | 788 | 4599.75 | 5496.28 | -896.53 | 53 | 306.65-59.76 |
| 622 | GEODON 40MG | 00049-3970-60 | | 798.33 | 21 | 780 | 5106.95 | 5920.72 | -813.77 | 37 | 243.18 38.75 90% |
| 623 | ENABLEX 7 5MG TAB | 00078-0419-15 | | 501.96 | 26 | 780 | 3240.89 | 3808.34 | -567.45 | 30 | 124.64 21.82 |
| 624 | KADIAN 100MG CAPSULES | 46987-0324-11 | ZENECA | 1845.28 | 13 | 780 | 11184.70 | 13143.53 | 1958.83 | 60 | 860.36150.67 |
| 625 | BUT ASP CAP*CODEINE (FIO# | 00527-1312-01 | LANNETT CO I | 138.00 | 13 | 780 | 634.14 | 1076.40 | 442.26 | 60 | 48.78 34.02 |
| 626 | NEFAZODONE 200MG TAB | 00093-1025-06 | TEVA | 174.93 | 14 | 780 | 408.81 | 1255.16 | -846.35 | 56 | 29.20-60.45 |
| 627 | DIOVAN 40MG TAB | 00078-0423-15 | | 229.60 | 16 | 780 | 1488.00 | 1707.00 | 219.00 | 49 | 93.00-13.68 |
| 628 | CARVEDILOL 12 5MG TAB | 68382-0094-01 | | 213.69 | 20 | 780 | 170.15 | 1666.80 | 1496.65 | 39 | 8.50 74.83 |
| 629 | TERAZOSIN 10MG (HYTRIN) | 00781-2054-01 | SANDOZ | 160.38 | 22 | 780 | 273.19 | 1250.88 | -977.69 | 35 | 12.41 44.44 |
| 630 | RISPERIDONE 3MG TAB | 00093 7242-06 | TEVA | 285.90 | 21 | 780 | 834.83 | 6969.04 | -6134.21 | 37 | 39.75292.10 |
| 631 | MIRTAZAPINE 45MG TAB | 00378-3545-93 | MYLAN PHARM | 285.10 | 31 | 777 | 836.46 | 2215.21 | 1378.75 | 25 | 26.98-44.47 |
| 632 | GNP NASAL SPRAY 37ML | 18-1 | | 16.18 | 3 | 777 | 85.00 | 62.93 | 22.07 | 259 | 28.33 7.35 |
| 633 | AMLODIPINE/BENAZEPRIL 5/1 | 68180-0756-01 | LUPIN | 270.71 | 27 | 774 | 1633.06 | 2077.76 | -444.70 | 29 | 60.48 16.47 |
| 634 | NITROFURANTOIN 50 (MACROD | 10579-0584-20 | UDL | 126.99 | 17 | 770 | 628.80 | 977.86 | -349.06 | 45 | 36.98-20.53 |
| 635 | LYRICA 50MG CAP | 00071-1013-68 | | 269.87 | 13 | 762 | 1727.59 | 2042.05 | -314.46 | 59 | 132.89-24.18 |
| 636 | OXYCODONE 10MG ER TAB | 63304-0400-01 | RANBAXY | 183.28 | 12 | 761 | 1095.82 | 1383.56 | -287.74 | 63 | 91.31 23.97 |
| 637 | VIOKASE 16 TAB | 58914-0116-10 | | 199.87 | 8 | 760 | 1105.98 | 1290.64 | -184.66 | 95 | 138.24 23.08 |
| 638 | PREMPRO 0 625MG/2 5MG | 00046-0875-11 | AYERST LABS | 245.75 | 19 | 756 | 1524.10 | 1827.34 | -303.24 | 40 | 80.21 15.96 |
| 639 | TRIVORA 28'S*(TRIPHASIL) | 52544-0291-28 | BARR LABS IN | 98.17 | 19 | 756 | 560.86 | 742.07 | -181.21 | 40 | 29.51 9.53 |
| 640 | GEODON 80MG CAP | 00049-3990-60 | | 968.83 | 17 | 750 | 5797.71 | 6824.30 | -1026.59 | 44 | 341.04 60.38 |
| 641 | XYLOCAINE 2% W/ EPINEPHR | 00186-0160-01 | ASTRA PHARMA | 14.78 | 6 | 750 | 126.46 | 110.85 | 15.61 | 125 | 21.07 2.60 |
| 642 | IMIPRAMINE 50MG (TOFRANIL | 49884-0056-01 | PAR PHARMACE | 121.85 | 13 | 750 | 371.14 | 913.88 | -542.74 | 58 | 28.54-41.74 |
| 643 | NABUMETONE 750MG (RELAFEN | 00185-0146-01 | SANDOZ | 162.49 | 13 | 750 | 472.50 | 1185.03 | 712.53 | 58 | 36.34-54.81 |
| 644 | TARKA 4MG/240MG | 00074-3290-13 | KNOLL LABS | 332.87 | 13 | 750 | 2125.63 | 2472.35 | -346.72 | 58 | 163.51-26.67 |
| 645 | LANSOPRAZOLE*30MG CAP | 58378-8030-05 | MYLAN PHARM | 589.77 | 19 | 732 | 2035.43 | 4317.09 | -2281.66 | 39 | 107.12220.08 |
| 646 | CHLOROQUINE PHOSPHATE 250 | 00115-2790-06 | RICHLYN LABS | 248.76 | 62 | 726 | 1520.43 | 1787.32 | -266.89 | 12 | 24.52 -4.30 |
| 647 | DOXYCYCLINE HYCLATE 50MG | 00143-3141-50 | WEST WARD IN | 82.02 | 26 | 724 | 117.74 | 593.84 | -476.10 | 28 | 4.52-18.31 |
| 648 | SYMBYAX 6 25MG CAP | 00002-3231-30 | | 1342.06 | 12 | 720 | 7675.04 | 9110.44 | -1435.40 | 60 | 639.58119.61 |
| 649 | ACETAZOLAMIDE 250MG TAB(D | 51672-4023-01 | SCHEIN HENRY | 54.15 | 5 | 720 | 295.10 | 354.45 | 59.35 | 144 | 59.02-11.87 |
| 650 | METRONIDAZOL 0 75% CREAM | 00168-0323-46 | FOUGERA E AN | 156.37 | 16 | 720 | 623.99 | 1125.92 | -501.93 | 45 | 38.99-31.37 |
| 651 | SPIRONOLACTONE 100MG TAB | 00228-2673-11 | PUREPAC PHAR | 142.43 | 15 | 720 | 575.10 | 1025.52 | -450.42 | 48 | 38.34-30.02 |
| 652 | TICLOPIDINE 250MG (TICLID | 00093-0154-01 | TEVA | 186.00 | 13 | 720 | 347.76 | 1342.40 | -994.64 | 55 | 26.75 76.51 |
| 653 | MAPAP 160/5ML ELIXER | 00904-1985-16 | | 1.16 | 2 | 720 | 16.08 | 8.28 | 7.80 | 360 | 8.04 3.90 |
| 654 | METAGLIP 5 500MG TAB | 00087-6078-31 | MEAD JOHNSON | 137.60 | 12 | 720 | 834.05 | 977.10 | -143.05 | 60 | 69.50-11.92 |
| 655 | CLARAVIS 40MG CAP | 00555-1057-86 | BARR LABS IN | 2259.80 | 20 | 720 | 9407.38 | 14016.78 | -4609.40 | 36 | 470.36230.47 |
| 656 | SOTALOL HCL 160MG TAB | 00185-0177-01 | VITARINE CO | 427.45 | 12 | 720 | 322.48 | 3077.64 | -2755.16 | 60 | 26.87229.59 |
| 657 | FORTAMET 500MG TAB | 59630-0574-60 | | 244.90 | 12 | 720 | 1394.35 | 1651.74 | -257.39 | 60 | 116.19-21.44 |
| 658 | GLUCOTROL XL 10MG | 00049-1560-66 | | 136.81 | 12 | 720 | 820.73 | 952.32 | -131.59 | 60 | 68.39-10.96 |
| 659 | SYNTHROID 0 175 MG | 00074-7090-13 | ROSS LABS | 88.31 | 16 | 720 | 638.93 | 629.91 | 9.02 | 45 | 39.93 0.56 |
| 660 | PHENOBARBITAL 100MG* | 64125-0903-01 | COREPHARMA | 6.95 | 12 | 720 | 98.64 | 50.04 | 48.60 | 60 | 8.22 4.05 |
| 661 | DIOVAN HCT 80/12 5MG | 00078-0314-34 | | 295.24 | 24 | 720 | 1781.10 | 2057.94 | -276.84 | 30 | 74.21-11.53 |
| 662 | CHLORDIAZEPOXIDE 5MG (LIB | 00555-0158-02 | BARR LABS IN | 35.25 | 12 | 720 | 85.71 | 231.04 | -145.33 | 60 | 7.14-12.11 |
| 663 | NITROGLYCERIN TD 2 5MG CA | 00185-5174-60 | EON | 27.66 | 12 | 720 | 165.36 | 199.20 | -33.84 | 60 | 13.78 2.82 |
| 664 | AVAPRO 75MG TABS | 00087-2771-31 | | 238.36 | 20 | 720 | 1508.68 | 1700.02 | -191.34 | 36 | 75.43 9.56 |
| 665 | FLUDROCORT 0 1MG TAB | 00115-7033-01 | RICHLYN LABS | 74.77 | 13 | 720 | 461.43 | 538.32 | -76.89 | 55 | 35.49 -5.91 |
| 666 | TUSSIONEX SUSPENSION | 53014-0548-67 | | 70.27 | 8 | 710 | 502.51 | 467.08 | 35.43 | 89 | 62.81 4.42 |
| 667 | ANTACID SUSPENSION | 24385-0356-40 | | 1.01 | 2 | 710 | 10.52 | 6.74 | 3.78 | 355 | 5.26 1.89 |
| 668 | AMLODIPINE/BENAZEPRIL 10/ | 00093-7373-01 | TEVA | 332.10 | 36 | 706 | 1940.22 | 2337.51 | -397.29 | 20 | 53.89-11.03 |
| 669 | ASCENSIA ELITE 50S | 00193-3918-50 | | 129.30 | 7 | 700 | 770.00 | 905.10 | -135.10 | 100 | 110.00-19.30 |
| 670 | QUINIDINE SULFATE 300MG | 00185-1047-01 | EON | 40.00 | 7 | 700 | 234.50 | 280.00 | -45.50 | 100 | 33.50 -6.50 |
| 671 | INSULIN*SYRG 0 5/30G | 86227-0700-55 | | 32.20 | 8 | 700 | 191.40 | 225.40 | -34.00 | 88 | 23.92 4.25 |
| 672 | ULTRA COMFORT 29G 1/2CC | 38396-0443-64 | | 17.50 | 7 | 700 | 102.27 | 119.11 | -16.84 | 100 | 14.61 2.40 |

CAH_FEDWV_00000294

P-42108_00130

Top Drugs Ranked by Total Rx Dispense Qty      TOP BUDGET DISCOUNT PHARMACY      Rx's From   4/13/05 to  4/91/2002 :4

| Rank | Drug Name | Ndc Number | Manufacturer | Unit Cost | Rx's | Qty | Total Price | AWP Cost | Profit | Qty | Average Price | Fee |
|------|-----------|-----------|-------------|-----------|------|-----|-------------|----------|--------|-----|---------------|-----|
| 673 | DOXEPIN 50MG | 00378-4250-01 | MYLAN PHARM | 66.10 | 24 | 700 | 213.22 | 462.70 | -249.48 | 29 | 8.88-10.39 | 91% |
| 674 | FLECAINIDE 50MG TAB | 00054-0010-25 | ROXANE LABS | 174.10 | 7 | 700 | 182.06 | 1218.70 | -1036.64 | 100 | 26.00 | 148.09 |
| 675 | CLARITHROMYC 250/5ML SUSP | 68774-0303-35 | | 82.91 | 7 | 700 | 431.47 | 580.37 | -148.90 | 100 | 61.63-21.27 | |
| 676 | NOVOLOG 100U/ML INJECTABL | 00169-7501-11 | | 1195.80 | 39 | 690 | 6835.94 | 8023.18 | -1187.24 | 18 | 175.28-30.44 | |
| 677 | FERREX 150 FORTE | 60258-0186-01 | CYPRESS | 29.05 | 19 | 690 | 185.56 | 200.05 | -14.49 | 36 | 9.76 -0.76 | |
| 678 | MIXTURE | 51672-1269-01 | FOUGERA E AN | 33.00 | 2 | 690 | 47.97 | 227.70 | -179.73 | 345 | 23.98-89.86 | |
| 679 | CARDIZEM LA 240MG TAB | 00074-3062-30 | | 352.96 | 23 | 690 | 2063.80 | 2407.87 | -344.07 | 30 | 89.73 14.95 | |
| 680 | TEKTURNA 300MG | 00078-0486-15 | SANDOZ PHARM | 368.53 | 23 | 690 | 2132.54 | 2477.77 | -345.23 | 30 | 92.71-15.01 | |
| 681 | ACETAMINOPHEN W CODEINE 3 | 50383-0079-16 | HI-TECH | 3.96 | 5 | 690 | 41.57 | 27.32 | 14.25 | 138 | 8.31 2.85 | |
| 682 | NITROGLYCERINE SYSTEM  4/ | 00378-9112-93 | MYLAN | 184.66 | 23 | 690 | 647.03 | 1274.20 | -627.17 | 30 | 28.13 27.26 | |
| 683 | KETOCONAZOLE 200MG (NIZOR | 00378-0261-01 | MYLAN PHARM | 315.80 | 13 | 682 | 430.54 | 2153.77 | -1723.23 | 52 | 33.11 132.55 | |
| 684 | DIGOXIN 0 25MG TAB | 00527-1325-01 | LANNETT CO I | 27.75 | 14 | 682 | 117.51 | 189.32 | -71.81 | 49 | 8.39 -5.12 | |
| 685 | ATENOL/CHLOR 100-25MG TAB | 00591-5783-01 | WATSON | 136.55 | 10 | 682 | 163.46 | 931.24 | -767.78 | 68 | 16.34 76.77 | |
| 686 | ECONAZOLE 1 % CREAM 85GM | 00168-0312-85 | FOUGERA E AN | 74.18 | 8 | 680 | 280.02 | 481.14 | -201.12 | 85 | 35.00-25.14 | |
| 687 | PROMETRIUM 100MG CAPS | 00032-1708 01 | | 173.71 | 13 | 676 | 1121.24 | 1174.31 | -53.07 | 52 | 86.24 -4.08 | |
| 688 | THYROID 1 GRAIN | 49483-0022-10 | | 5.39 | 8 | 675 | 32.77 | 36.38 | -3.61 | 84 | 4.09 -0.45 | |
| 689 | DIFFERIN 0 3% GEL | 00299-5918-45 | | 469.33 | 15 | 675 | 2454.75 | 2906.76 | -452.01 | 45 | 163.65-30.13 | |
| 690 | HALOPERIDOL 0 5 TABS (HAL | 00378-0351-01 | MYLAN PHARM | 24.80 | 18 | 665 | 65.55 | 164.92 | -99.37 | 37 | 3.64 -5.52 | |
| 691 | AMITIZA 24MCG CAP | 64764-0240-60 | | 418.91 | 12 | 665 | 2377.37 | 2783.00 | -405.63 | 55 | 198.11 33.80 | |
| 692 | CIMETIDIN 400MG (TAGAMET) | 00172-7171-60 | IVAX | 142.89 | 11 | 660 | 118.47 | 943.03 | -824.56 | 60 | 10.77-74.96 | |
| 693 | DIOVAN HCT 320/12 5MG TAB | 00078-0471-34 | SANDOZ PHARM | 406.97 | 14 | 660 | 2162.85 | 2605.17 | -442.32 | 47 | 154.48-31.59 | |
| 694 | RANEXA 500MG TAB | 61958-1001-01 | | 403.53 | 11 | 660 | 2227.22 | 2587.99 | -360.77 | 60 | 202.47 32.79 | |
| 695 | ZYPREXA 2 5MG TABS | 00002-4112 30 | | 947.40 | 11 | 660 | 5169.28 | 5818.48 | -649.20 | 60 | 469.93-59.01 | |
| 696 | RISPERIDONE 4MG TAB | 00093-7243 06 | TEVA | 1200.05 | 18 | 660 | 1832.24 | 7920.40 | -6088.16 | 37 | 101.79 338.23 | |
| 697 | MORPHINE 100MG*ER TAB(MSC | 00591-3514-01 | WATSON | 490.65 | 11 | 660 | 960.21 | 3236.34 | -2276.13 | 60 | 87.29 206.92 | |
| 698 | LISIN-HCTZ 10-12 5(ZESTR/ | 68180-0518-01 | LUPIN | 112.04 | 15 | 660 | 125.56 | 739.46 | -613.90 | 44 | 8.37-40.92 | |
| 699 | MICARDIS 80MG TABS 30'S | 00597-0041-37 | | 328.80 | 16 | 660 | 1721.62 | 1986.59 | -264.97 | 41 | 107.60-16.56 | |
| 700 | PRIMIDONE 250 (MYSOLINE) | 00591-5321-01 | WATSON | 99.60 | 5 | 660 | 324.81 | 657.36 | -332.55 | 132 | 64.96 66.51 | |
| 701 | DAYTRANA 20MG/9HR 30'S | 54092-0554-30 | | 596.06 | 11 | 660 | 3240.07 | 3832.60 | -592.53 | 60 | 294.55-53.86 | |
| 702 | METRONIDAZOLE 500MG (FLAG | 50111-0334-01 | SCHEIN HENRY | 72.79 | 39 | 651 | 249.90 | 460.55 | -210.65 | 17 | 6.40 5.40 | |
| 703 | CLOBETASOL SOLN(CORMAX)50 | 51672-1293-03 | TARO | 106.20 | 13 | 650 | 298.07 | 690.30 | -392.23 | 50 | 22.92-30.17 | |
| 704 | LODRANE 24 CAP | 00095-1200-06 | | 132.00 | 12 | 650 | 666.92 | 767.98 | -101.06 | 54 | 55.57 -8.42 | |
| 705 | LODRANE 24 D CAP | 00095-1290-06 | POYTHRESS WM | 148.50 | 22 | 650 | 767.91 | 882.24 | -114.33 | 30 | 34.90 -5.19 | |
| 706 | AMPHETAMINE 20MG TAB(ADDE | 00185-0401-01 | SANDOZ | 137.16 | 11 | 645 | 435.29 | 884.71 | -449.42 | 59 | 39.57-40.85 | |
| 707 | NALBUPHINE HCL(NUBAIN)10M | 00409-1463-01 | ROSS LABS | 200.00 | 32 | 640 | 826.81 | 1280.00 | -453.19 | 20 | 25.83-14.16 | |
| 708 | TEMAZEPAM 15MG (RESTORIL | 00378-4010-05 | MYLAN PHARM | 73.45 | 23 | 640 | 118.79 | 470.18 | -351.39 | 28 | 5.16-15.27 | |
| 709 | METHADONE HC ORAL SOL/5MG | 00054-3555-63 | ROXANE LABS | 7.97 | 3 | 640 | 45.54 | 50.22 | -4.68 | 210 | 15.18 -1.56 | |
| 710 | SULFASALAZINE 500MG | 59762-5000-01 | GREENSTONE | 24.25 | 7 | 630 | 67.63 | 152.81 | -85.18 | 90 | 9.66-12.16 | |
| 711 | CADUET 10/10MG TAB | 00069-2160-30 | | 449.46 | 15 | 630 | 2401.43 | 2778.23 | -376.80 | 42 | 160.09-25.12 | |
| 712 | FEXOFENADINE PSE TAB | 00093-1130-01 | LEMMON CO | 223.98 | 12 | 630 | 997.17 | 1411.09 | -413.92 | 53 | 83.09-34.49 | |
| 713 | PROPECIA 1MG TABS | 00006-0071-54 | MERCK SHARP | 245.44 | 21 | 630 | 1494.99 | 1543.79 | -48.80 | 30 | 71.19 -2.32 | |
| 714 | NASACORT AQ 16 5GRAMS | 00075-1506-16 | | 678.84 | 38 | 627 | 3586.48 | 4148.64 | -562.16 | 17 | 94.38-14.79 | |
| 715 | CALCITRIOL 0 25MCG CAP | 00093-0657-01 | TEVA | 120.95 | 26 | 622 | 651.09 | 752.31 | -101.22 | 24 | 25.04 -3.89 | |
| 716 | FLURBIPROFEN 100MG (ANSAI | 00378-0093-01 | MYLAN PHARM | 118.70 | 6 | 622 | 124.61 | 738.31 | -613.70 | 104 | 20.76 102.28 | |
| 717 | ESTRA/NORETH 1-0 5MG TAB | 51991-0474 28 | | 219.67 | 12 | 616 | 1101.30 | 1314.45 | -213.15 | 51 | 91.77-17.76 | |
| 718 | NOVOLOG FLEXPEN INJECTABL | 00169-6339-10 | | 1539.60 | 40 | 615 | 7852.17 | 9185.58 | -1333.41 | 15 | 196.30-33.33 | |
| 719 | DICYCLOMINE 20MG | 00591-0795-01 | DANBURY PHAR | 35.50 | 11 | 613 | 75.43 | 217.62 | -142.19 | 56 | 6.85-12.92 | |
| 720 | TIZANIDINE 2MG TAB | 00185-0034-51 | SANDOZ | 122.16 | 14 | 605 | 187.95 | 739.09 | -551.14 | 43 | 13.42-39.36 | |
| 721 | TRIAZOLAM TABS  25 (HALCI | 59762-3718-04 | GREENSTONE | 72.28 | 16 | 602 | 152.85 | 435.15 | -282.30 | 38 | 9.55-17.64 | |
| 722 | DIOVAN HCT 160MG/12 5MG T | 00078-0315-34 | | 321.22 | 16 | 600 | 1610.35 | 1869.48 | -259.13 | 38 | 100.64 16.19 | |
| 723 | IBUPROFEN CHILD GNP 100MG | 24385-0623-26 | | 4.16 | 3 | 600 | 33.36 | 24.96 | 8.40 | 200 | 11.12 2.80 | |
| 724 | ALLEGRA 30MG/5ML SUSPENSI | 00088-1097-20 | MARION LABS | 23.66 | 2 | 600 | 125.08 | 141.96 | -16.88 | 300 | 62.54 -8.44 | |
| 725 | FREESTYLE TEST STRIPS 100 | 99073-0121-01 | | 114.02 | 6 | 600 | 574.85 | 679.38 | -104.53 | 100 | 95.80-17.42 | |
| 726 | METROGEL 1% GEL 60GM | 00299-3820-60 | | 322.00 | 11 | 600 | 1575.20 | 1802.14 | 226.94 | 55 | 143.20-20.63 | |
| 727 | BD INSULIN SYR LO-DOSE | 08290-3284-65 | | 27.30 | 6 | 600 | 150.00 | 163.80 | -13.80 | 100 | 25.00 -2.30 | |
| 728 | PYRIDOSTIGM 60MG TAB | 00115-3511-01 | GLOBAL | 59.85 | 5 | 600 | 181.83 | 359.10 | -177.27 | 120 | 36.36-35.45 | |

HIGHLY CONFIDENTIAL

```
Top Drugs Ranked by Total Rx Dispense Qty for BUDGET DISCOUNT PHARMACY  All Rx's from  4/10/05 to 4/15/10    Page 14
```

| | | | | Unit | +---------- Total ----------+ | | | | | +--- Average ---+ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Drug Name | Ndc Number | Manufacturer | Cost | Rx's | Qty | Price | AWP Cost | Profit | Qty | Price | Fee |
| 729 | RISPERIDONE 2MG TAB | 00093-7241 06 | TEVA | 760.70 | 11 | 600 | 703.73 | 4564.20 | 3860.47 | 55 | 63.97 | 350.95 92% |
| 730 | SYNTHROID 025MG TABS | 00074 4341 13 | ABBOTT | 47.87 | 16 | 600 | 205.64 | 283.47 | 77.83 | 38 | 12.85 | -4.86 |
| 731 | LOTREL 10-40MG CAP | 00078-0379-05 | | 518.15 | 20 | 600 | 2575.61 | 2995.32 | 419.71 | 30 | 128.78 | -20.98 |
| 732 | TRIAZ 6% FOAMING CLOTHS 6 | 99207-0225-60 | | 486.21 | 10 | 600 | 2304.85 | 2666.15 | 361.30 | 60 | 230.48 | -36.13 |
| 733 | DICLOFENAC POTAS 50MG | 00781-5017 01 | SANDOZ | 155.19 | 8 | 600 | 212.68 | 931.12 | -718.44 | 75 | 26.58 | -89.80 |
| 734 | HALOPERIDOL*ORAL 2MG/ML 1 | 00093-9604 12 | TEVA | 45.26 | 5 | 600 | 90.90 | 271.55 | -180.65 | 120 | 18.18 | -36.13 |
| 735 | SUCRALFATE 1GM/10ML SUSPE | 68094 0171-62 | | 33.02 | 2 | 600 | 143.80 | 166.74 | -22.94 | 300 | 71.90 | -11.47 |
| 736 | ATACAND 16MG TABS | 00186-0016 31 | | 243.53 | 19 | 598 | 1241.44 | 1432.71 | 191.27 | 31 | 65.33 | 10.06 |
| 737 | TERBINAFINE 250MG TAB | 31722-0209-30 | CAMBER | 1307.36 | 16 | 594 | 382.13 | 7765.73 | 7383.60 | 37 | 23.88 | 461.47 |
| 738 | MAG CITRATE LEMON SOLUTIO | 00869-0686-38 | | 0.23 | 2 | 592 | 3.76 | 1.36 | 2.40 | 296 | 1.88 | 1.20 |
| 739 | BD INSULIN SYR LO-DOSE #8 | 08290-3284-65 | BD | 27.30 | 7 | 590 | 151.27 | 158.54 | -7.27 | 84 | 21.61 | -1.03 |
| 740 | DESONIDE 0 05% LOT 59ML | 00168-0310-02 | FOUGERA E AN | 86.33 | 10 | 590 | 283.20 | 477.22 | -194.02 | 59 | 28.32 | 19.40 |
| 741 | PROCHLORPERAZIN 10MG(COMP | 00781-5021-01 | GENEVA GENER | 89.00 | 20 | 590 | 157.00 | 525.10 | -368.10 | 30 | 7.85 | 18.40 |
| 742 | PRIMIDONE 50MG TAB | 00527 1301-01 | LANNETT CO I | 50.25 | 19 | 590 | 198.51 | 290.17 | -91.66 | 31 | 10.44 | -4.82 |
| 743 | YASMIN 28 3-0 03MG TAB | 50419-0402-03 | | 292.71 | 7 | 588 | 1195.74 | 1677.78 | -482.04 | 84 | 170.82 | -68.86 |
| 744 | CHANTIX START MONTH 53'S | 00069-0471-97 | PFIZER LABS | 2781.81 | 11 | 583 | 1340.40 | 1540.61 | -200.21 | 53 | 121.85 | 18.20 |
| 745 | VALTREX 1GRAM CAPLETS | 00173-0565-04 | | 1464.83 | 34 | 581 | 7057.90 | 8294.00 | -1236.10 | 17 | 207.58 | -36.35 |
| 746 | AMPHETAMINE 5MG TAB(ADDER | 00185-0084-01 | EON | 137.16 | 12 | 570 | 219.02 | 781.85 | -562.83 | 48 | 18.25 | -46.90 |
| 747 | STRATTERA 40MG CAP | 00002-3229-30 | | 630.60 | 16 | 570 | 2847.67 | 3316.03 | -468.36 | 36 | 177.97 | -29.27 |
| 748 | MORPHINE ER 60MG (MS CONT | 00591-3513 01 | WATSON | 331.39 | 8 | 570 | 645.86 | 1888.91 | -1243.05 | 71 | 80.73 | 155.38 |
| 749 | HUMALOG PEN DEVICE | 00002-8725-59 | | 1539.60 | 21 | 570 | 7291.03 | 8545.64 | 1254.61 | 27 | 347.19 | -59.74 |
| 750 | BISOPROLOL/HCTZ 2 5MG (ZI | 00185-0701 01 | EON | 114.15 | 19 | 570 | 242.98 | 650.75 | -407.77 | 30 | 12.78 | -21.46 |
| 751 | LANOXIN 125MG TAB | 00173-0242-75 | | 23.36 | 17 | 570 | 158.82 | 136.54 | 22.28 | 34 | 9.34 | 1.31 |
| 752 | KAPIDEX 60MG DR CAP | 64764-0915-30 | | 456.26 | 19 | 570 | 2198.73 | 2600.72 | -401.99 | 30 | 115.72 | -21.15 |
| 753 | DIPHENYDRAMINE 50MG (BENA | 00555-0059-02 | BARR LABS IN | 13.62 | 16 | 564 | 69.77 | 76.84 | 7.07 | 35 | 4.36 | -0.44 |
| 754 | HUMULIN N | 00002-8315-01 | | 531.60 | 35 | 560 | 2468.89 | 2789.67 | -320.78 | 16 | 70.53 | -9.16 |
| 755 | PREMPRO 0 3MG/ 1 5MG 28'S | 00046-1105-11 | AYERST LABS | 245.75 | 20 | 560 | 1151.24 | 1343.95 | -192.71 | 28 | 57.56 | -9.63 |
| 756 | AMOX/K CLAV 400/5ML 100ML | 63304-0979-04 | RANBAXY | 68.93 | 5 | 550 | 196.64 | 379.12 | -182.48 | 110 | 39.32 | -36.49 |
| 757 | B-D ULTRA-FINE 1/2CC #328 | 08290-3284-66 | B-D | 27.30 | 6 | 550 | 135.72 | 150.15 | -14.43 | 92 | 22.62 | -2.40 |
| 758 | ONE TOUCH ULTRA STRIPS 10 | 53885-0245 10 | | 117.72 | 6 | 550 | 529.49 | 643.68 | -114.19 | 92 | 88.24 | -19.03 |
| 759 | AZITHROMYCIN 200MG/5ML 30 | 01111-0792-22 | | 116.26 | 17 | 547 | 477.16 | 636.56 | -159.40 | 32 | 28.06 | -9.37 |
| 760 | SEASONIQUE TAB | 51285-0087-87 | DURAMED PHAR | 240.00 | 7 | 546 | 1075.18 | 1258.10 | -182.92 | 78 | 153.59 | -26.13 |
| 761 | GEODON 20MG | 00049-3960-60 | | 798.33 | 11 | 540 | 3484.19 | 4049.31 | -565.12 | 49 | 316.74 | -51.37 |
| 762 | EEMT HS TAB | 53746-0077-01 | AMNEAL | 177.95 | 18 | 540 | 627.39 | 853.02 | -225.63 | 30 | 34.85 | -12.53 |
| 763 | BENADRYL 1% 30GM | 00071-3200-01 | | 13.32 | 3 | 540 | 103.95 | 71.94 | 32.01 | 180 | 34.65 | 10.67 |
| 764 | CEFDINIR 125/5ML SUSP 60M | 65862-0218-60 | AUROBINDO | 85.00 | 9 | 540 | 290.46 | 431.62 | -141.16 | 60 | 32.27 | 15.68 |
| 765 | CAPTOPRIL 25MG TAB (CAPOT | 00143-1172 10 | WEST WARD IN | 62.55 | 13 | 540 | 79.50 | 337.83 | 258.33 | 42 | 6.11 | -19.87 |
| 766 | COUMADIN 3MG | 00056-0188 70 | | 129.84 | 9 | 540 | 584.00 | 673.17 | -89.17 | 60 | 64.88 | -9.90 |
| 767 | CAPTOPRIL 50MG TABS (CAPO | 00143-1173-01 | WEST WARD IN | 116.50 | 3 | 540 | 94.51 | 629.10 | -534.59 | 180 | 31.50 | 178.19 |
| 768 | COLCHICINE 0 6MG*(1/100GR | 00143-1201-01 | WEST WARD IN | 116.64 | 11 | 540 | 153.25 | 276.16 | -122.91 | 49 | 13.93 | -11.17 |
| 769 | BENZTROPINE 0 5 TABS(COGE | 00832-1080-00 | UPSHER SMITH | 13.84 | 12 | 540 | 75.88 | 102.24 | -26.36 | 45 | 6.32 | -2.19 |
| 770 | XANAX 5 MG TABS | 00009-0055-01 | UPJOHN CO | 180.08 | 7 | 540 | 822.12 | 972.42 | -150.30 | 77 | 117.44 | 21.47 |
| 771 | METHAZOLAMIDE 50MG | 00781-1071-01 | SANDOZ | 86.62 | 6 | 540 | 198.78 | 467.76 | -288.78 | 90 | 29.83 | -48.13 |
| 772 | MIX(CAMPH MENTH EUC OIL)6 | 00395-1619-94 | HUMCO LAB | 50.92 | 6 | 540 | 175.95 | 274.96 | -99.01 | 90 | 29.32 | 16.50 |
| 773 | ZYRTEC-D 12 HOUR | 50580-0728-52 | | 81.25 | 14 | 540 | 553.57 | 438.75 | 114.82 | 39 | 39.54 | 8.20 |
| 774 | LASIX 20MG TAB | 00039-0067 10 | HOECHST ROUS | 35.35 | 7 | 540 | 203.92 | 184.14 | 19.78 | 77 | 29.13 | 2.82 |
| 775 | PRENATE DHA CAP | 59630-0418-30 | | 253.36 | 18 | 540 | 1084.42 | 1238.50 | -154.08 | 30 | 60.24 | -8.56 |
| 776 | EVOXAC 30MG CAP | 63395-0201 13 | | 262.80 | 6 | 540 | 1212.45 | 1417.50 | -205.05 | 90 | 202.07 | -34.17 |
| 777 | HYDRALAZINE 50MG (APRESOL | 50111-0328-01 | PLIVA | 56.33 | 5 | 540 | 137.79 | 304.19 | -166.40 | 108 | 27.55 | -33.28 |
| 778 | ELIDEL 1% CREAM 60GM | 00078-0375-49 | SANDOZ PHARM | 320.60 | 9 | 540 | 1435.46 | 1681.09 | -245.63 | 60 | 159.49 | -27.29 |
| 779 | CARMOL LOTION 180ML | 00026-2650-11 | MILES PHARM | 1.81 | 1 | 540 | 54.00 | 9.77 | 44.23 | 540 | 54.00 | 44.23 |
| 780 | ISOSORBIDE 20MG ORAL(ISOR | 00143-1772-10 | WEST WARD IN | 19.04 | 6 | 540 | 30.00 | 102.84 | -72.84 | 90 | 5.00 | -12.14 |
| 781 | CLOTRIM/BETAM CR 45GM(LOT | 51672-4048 06 | | 109.48 | 12 | 540 | 245.71 | 591.24 | -345.53 | 45 | 20.47 | -28.79 |
| 782 | ATENOLOL/CHLOR 50/25(TENO | 00591-5782-01 | WATSON | 97.21 | 24 | 540 | 134.04 | 524.88 | -390.84 | 23 | 5.58 | -16.28 |
| 783 | TORSEMIDE 10MG TAB (DEMAD | 31722-0530-01 | CAMBER | 70.30 | 19 | 540 | 226.21 | 379.59 | -153.38 | 28 | 11.90 | -8.07 |
| 784 | LOHIST-DM 5-2 10MG SYRUP | 68047-0129 16 | | 13.51 | 4 | 540 | 75.34 | 72.96 | 2.38 | 135 | 18.83 | 0.59 |

HIGHLY CONFIDENTIAL