# Howenstein, Kim

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Wednesday, October 12, 2011 3:01 PM |
| **To:** | GMB-QRA-AD-Managed Care |
| **Subject:** | Response for Closed Door Identification |

```
E-mail notification for survey response
Survey Title: Closed Door Identification Respondent Unique Key: INQ-20111012111352-228356338
Response Date: Wed, Oct 12, 2011 14:00:45


Page 1

    Name of Sales Representative completing this form:
    {Enter text answer}
    [ Jesse Kave ]

    How many Closed Door accounts are you responsible for?
    {Choose one}
    ( ) 1
    ( ) 2
    ( ) 3
    ( ) 4
    ( ) 5
    ( ) 6
    ( ) 7
    ( ) 8
    (*) 9

    Acct Name 1:
    {Enter text answer}
    [ Cabell Huntington Surery Ctr ]

    DEA # 1:
    {Enter text answer}
    [ AR2278845 ]

    Distribution Ctr 1:
    {Enter text answer}
    [ WHEEELING 08 ]

    1. Is your customer limited by contract or otherwise from reselling, in the
    retail market, prescription pharmaceuticals, OR do they purchase
    pharmaceuticals in order to service non-retail customers such as nursing
    homes, hospitals, home care, or long-term care facilities?
    {Choose one}
    (*) Yes
    ( ) No

    2. Is your customer one of the following entities that solely dispenses
    pharmaceuticals directly to a patient? Please select:
    {Choose one}
    ( ) Hospitals
    ( ) Clinics (including 340B and PHS)
    ( ) Cardiac Catheterization Labs
```

1

**PLAINTIFFS TRIAL EXHIBIT**
**P-42109_00001**

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000356
P-42109_00001

```
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
(*) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
( ) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
(*) Other

Please specify:
{Enter text answer}
[ Surgery Center ]

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No


[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 2

```
Acct Name 2:
{Enter text answer}
[ Access Health Mabscott ]

DEA # 2:
{Enter text answer}
[ FA1638343 ]

Distribution Ctr 2:
{Enter text answer}
[ WHEELING 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
```

2

```
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 3:
{Enter text answer}
[ Access Health Fayette ]

DEA # 3:
{Enter text answer}
[ FA0726868 ]

Distribution Ctr 3:
{Enter text answer}
[ WHEELING 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000358
P-42109_00003

```
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 3

```
Acct Name 4:
{Enter text answer}
[ Access Health Pediatrics ]

DEA # 4:
{Enter text answer}
[ FA1415694 ]

Distribution Ctr 4:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
```

4

HIGHLY CONFIDENTIAL

```
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 5:
{Enter text answer}
[ Access Health Glen Daniel ]

DEA # 5:
{Enter text answer}
[ FA0485373 ]

Distribution Ctr 5:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
```

5

```
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 4

```
Acct Name 6:
{Enter text answer}
[ Cabin Creek Health ]

DEA # 6:
{Enter text answer}
[ BW3469156 ]

Distribution Ctr 6:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
```

6

```
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 7:
{Enter text answer}
[ Comm Health ]

DEA # 7:
{Enter text answer}
[ AM8335300 ]

Distribution Ctr 7:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
```

7

```
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 5

```
Acct Name 8:
{Enter text answer}
[ Comm Health ]

DEA # 8:
{Enter text answer}
[ FA0132023 ]

Distribution Ctr 8:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
```

8

```
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 9:
{Enter text answer}
[ HealthSouth Rehab Hosp ]

DEA # 9:
{Enter text answer}
[ BH3777046 ]

Distribution Ctr 9:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
(*) Hospitals
( ) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
```

9

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000364
P-42109_00009

```
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
( ) 340-B / PHS
( ) Prisons
(*) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

10

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000365

P-42109_00010

| | |
|---|---|
| **From:** | WinWatcher |
| **To:** | GMB-QRA-CustomerVisit |
| **Subject:** | WinWatcher: Proactive QRA Survey completed for DEA#BH3777046 - HEALTHSOUTH REHAB HOSPITAL |
| **Date:** | Wednesday, September 26, 2012 2:37:43 PM |

## Attention QRA Team & Survey Delegator
## An assigned user has COMPLETED the QRA survey. Please review below

Link: Go to survey detail in WinWatcher

| | | | |
|---|---|---|---|
| Survey ID: | 2176 | Threshold Event: | N |
| DEA #: | BH3777046 | Account Number: | 8-80843 |
| Name: | HEALTHSOUTH REHAB HOSPITAL | | |
| Address: | 6900 WEST COUNTRY CLUB DR<br>HUNTINGTON , WV 25705 | | |
| Contact: | JASON STROW | Telephone: | 3047331060 |
| ACC: | 43 | | |

## Survey Status/Investigator

| | | | |
|---|---|---|---|
| Survey Status: | 100-Survey Completed | | |
| Investigator: | Copeland, Alyson | Contact: | Work:(304) 417-4728<br>Cell: |
| Investigator Assignment: | Copeland, Alyson | Contact: | Work:(304) 417-4728<br>Cell: |

Link: Go to survey detail in WinWatcher

## Survey Question(s)

| Question | Answer |
|---|---|
| Were there long lines waiting at the pharmacy? | No |
| Were the patients and customers at the pharmacy NOT congruent with the demographics and economics of the area? | No |
| Were there a significant number of out-of-state and out-of-area vehicles parked outside the pharmacy? | No |
| Was there any evidence of illicit drug use around the pharmacy (used syringes, empty prescription containers, etc) or suspected illegal drug transactions? | No |
| Were there any mailing materials or any other evidence of an internet pharmacy? | No |
| Was the investigator able to determine any other obvious signs of diversion at the pharmacy during the site visit? | No |
| If any question was answered as yes, explain providing details of your observations. | |
| Please indicate the amount of time (in hours) that were spent performing this survey (drive time, investigation, etc) | .25 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000366
P-42109_00011