

## Notification of Corporate QRA Decision on New Account

TO: CCDB Team & Sales

FROM: Cardinal Health Corporate QRA Team

Date:
3/17/2009

Facility Name
HHC River Park, Inc

DBA (if applicable)
River Park Hospital

Street Address
1230 Sixth Avenue

City: Huntington    State: WV    Zip: 25701

DEA
BH9558771

Person: Scott Lively    Department: Sales

Customer Segment
Hospital

Sub Segment

Group

[X] After review of the New Account Questionnaire, the Verification form and documents developed, no infor discovered that would at this time disqualify the applicant to be able to open an account to purchase from (

[ ] This applicant may not be opened as a New Account with Cardinal or any affiliated entity.

Notes

PLAINTIFFS TRIAL EXHIBIT
P-42110_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000367
P-42110_00001

mation was provided or
Cardinal Health.

HIGHLY CONFIDENTIAL



# RIVER PARK HOSPITAL - HUNTINGTON, WV



Back to Hospital Data.

**Healthcare Job Listings**
Get Your Next Job With Monster - Access 1000s of Healthcare Careers
www.Monster.com

Institution representatives - add corrected or new information about RIVER PARK HOSPITAL »

RIVER PARK HOSPITAL
1230 SIXTH AVENUE
HUNTINGTON, WV 25701

**Hospital Jobs**
Apply now. Positions available immediately.
www.hotcareermatch.org/JobSear



**Drug Rehab Facility**
Highest Cure Rate in the Country Private, Inpatient Treatment Center
PassagesMalibu.com

**Hospital**
Find local doctors & care centers. Search your listings at Local.com
Health.Local.com

PSYCHIATRIC HOSPITALS

**Remote Order Entry**
Tele-Pharmacy -Hospital Night Svs. 24 hour hospital pharmacy coverage
epharmpro-inc.com

Services provided by RIVER PARK HOSPITAL:

Beds - Total *(Total number of beds in a facility, including those in non-Participating or non-licensed areas)*
**165**

Beds - Total certified *(Number of beds in Medicare and/or Medicaid certified areas within a facility)*: **16**

Change of ownership counter *(The number of times a change of ownership (chow) has taken place for particular provider)*: **1**

HIGHLY CONFIDENTIAL                                                          CAH_FEDWV_00000369
                                                                             P-42110_00003

Change of ownership date *(Effective date of a change of ownership)*: **Oct 2000**

Accreditation effective date *(The effective date of the current period of accreditation by the joint commission on accreditation of health care organizations (jcaho) or the american osteopathic association (ao)*: **Oct 1999**

Accreditation expiration date *(The expiration date of the current period of accreditation by the joint committee on accreditation of health care organizations (jcaho) or the american osteopathic association (aoa)*: **Oct 2002**

Accreditation indicator *(Indicates the organization that is responsible for the accreditation of the provide)*: **JCAHO**

Current survey ever accredited *(Indicates if this provider was an accredited hospital anytime during t current survey)*: **Yes**

Current survey ever non-Accred *(Indicates if this provider was a non-Accredited hospital anytine dur the current survey)*: **No**

Current survey ever swingbed *(Indicates if this provider was a swingbed hospital anytime during the current survey)*: **No**

Dieticians *(Number of full-time equivalent dieticians employed by a facility)*: **2**

Licensed pract/vocat nurses *(Number of full-time equivalent licensed practical or vocational nurses employed by a facility)*: **15**

Medical school affiliation *(The type of affiliation that a hospital may have with a medical school)*: **NO AFFILIATION**

Participating code (y,n) *(This code indicates whether a provider is participating in the Medicaid or Medicare program)*: **Yes**

Program participation *(Indicates if the provider participates in Medicare, Medicaid, or both programs)*: **MEDICARE AND MEDICAID**

Regional override #2 (staffing) *(This field is set to "y" when the regional office has to ok a pending record in the special fields screen. this field only applies to categories in the odie data entry system)*: **Yes**

Registered nurses *(The number of full-time equivalent registered professional nurses employed by a provider)*: **49**

Registered pharmacists *(The number of full-time equivalent registered pharmacists employed by a provider)*: **1**

Resident program approved by ada *(Indicates if the resident program at a hospital is approved by t american dental association)*: **No**

Resident program approved by ama *(Indicates if the resident program at a hospital is approved by american medical association)*: **No**

Resident program approved by aoa *(Indicates if the resident program at a hospital is approved by t american osteopathic association)*: **No**

Resident program approved by other *(Indicates if the resident program at a hospital is approved by other professional organizations)*: **No**

HIGHLY CONFIDENTIAL
CAH_FEDWV_00000370
P-42110_00004

Srv: alcohol and/or drug *(Indicates how alcohol and/or drug services are provided by a hospital)*: **PROVIDED BY STAFF**

Srv: anesthesia *(Indicates how anesthesia services are provided by a hospital)*: **PROVIDED UNDE ARRANGEMENT**

Srv: dietary *(Indicates how dietary services are provided)*: **PROVIDED BY STAFF**

Srv: laboratory (clinical) *(Indicates how clinical laboratory services are provided in a hospital)*: **PROVIDED UNDER ARRANGEMENT**

Srv: pharmacy *(Indicates how pharmacy services are provided)*: **PROVIDED BY STAFF**

Srv: physical therapy *(Indicates how physical therapy services are provided)*: **PROVIDED UNDER ARRANGEMENT**

Srv: psychiatric *(Indicates how psychiatric services are provided by a hospital)*: **PROVIDED BY STAFF**

Srv: radiology (diagnostic) *(Indicates how diagnostic radiology services are provided by a hospital)*: **PROVIDED UNDER ARRANGEMENT**

Srv: social *(Indicates how social services are provided)*: **PROVIDED BY STAFF**

Srv: speech pathology *(Indicates how speech pathology services are provided)*: **PROVIDED UNDER ARRANGEMENT**

Swing bed indicator *(Indicates if a hospital provides swing bed services - Beds can be used for either hospital or long term care services)*: **No**

Type of facility *(Indicates the category which represents the type of facility)*: **PSYCHIATRIC**

Medical social workers *(Number of full-time equivalent medical social workers employed by a hospital hospice)*: **4**

Compliance: status *(Indicates if a provider or supplier is in compliance with program requirements)*: **IN COMPLIANCE**

Eligibility code *(Indicates if a facility is eligible to participate in the Medicare and/or Medicaid programs)*: **ELIGIBLE TO PARTICIPATE**

Participation date *(The date a facility is first approved to provide Medicare and/or Medicaid services)*: **F( 1990**

Back to the top

Hospital-data.com does not guarantee the accuracy or timeliness of any information on this site. Use at your own risk. This data has been compiled from multiple government and commercial sources. Additional information about prescription drugs is coming up.
This web site and associated pages are not associated with, endorsed by, or sponsored by RIVER PARK HOSPITAL and has no official or unofficial affiliation with RIVER PARK HOSPITAL.

HIGHLY CONFIDENTIAL
CAH_FEDWV_00000371
P-42110_00005

**Howenstein, Kim**

---

**From:** Morse, Sherry
**Sent:** Friday, March 13, 2009 11:31 AM
**To:** GMB-QRA-AD-Hospitals
**Subject:** Response for SCS-P Hospitals & Surgery Centers

```
E-mail notification for survey response
Survey Title: SCS-P Hospitals & Surgery Centers Respondent Unique Key:
INQ-20090313094542-1640871067 Response Date: Fri, Mar 13, 2009 10:30:47


Page 1

    1. Are you a current or new customer?
    {Choose one}
    ( ) Current
    (*) New

    Sales Consultant visiting new customer:
    {Enter text answer}
    [ Scott Lively ]

    Visit date:
    {Enter text answer}
    [ 3/13/09 ]

    Name:
    {Enter text answer}
    [ Regina Evans ]

    Title:
    {Enter text answer}
    [ Director of Pharmacy ]

    3. Hospital/Surgery Center's Name:
    {Enter text answer}
    [ HHC River Park , INC DBA River Park Hospital ]

    Address:
    {Enter text answer}
    [ 1230 Sixth Avenue, Huntington, WV 25701 ]

    Phone number(s):
    {Enter text answer}
    [ 304-526-9160 ]

    Website:
    {Enter text answer}
    [ www.riverparkhospital.net ]

    Fax:
    {Enter text answer}
    [ 304-526-9168 ]

    4. Primary DEA #:
    {Enter text answer}
    [ BH9558771 ]

    5. Is the facility name different than the corporate name?
    {Choose one}
    (*) Yes
    ( ) No
```

1

```
    6. Has the pharmacy ever operated under a different name?
    {Choose one}
    ( ) Yes
    (*) No

Page 2

    8. Ownership type:
    {Choose one}
    ( ) Sole proprietor
    ( ) Non-Profit corporation
    (*) For-Profit corporation
    ( ) Partnership
    ( ) Other [ ]

    Please indicate state of incorporation:
    {Enter text answer}
    [ WV ]

    Name 1:
    {Enter text answer}
    [ Pat Burrows ]

    Title 1:
    {Enter text answer}
    [ CEO ]

    Name 2:
    {Enter text answer}
    [ Steve Kuhn ]

    Title 2:
    {Enter text answer}
    [ CFO ]

    Title 3:
    {Enter text answer}
    [ Administrative Secretary ]

    Name 3:
    {Enter text answer}
    [ Missy Browning ]

    Title 4:
    {Enter text answer}
    [ DOP ]

    Name 4:
    {Enter text answer}
    [ Regina Evans ]

    10. List (or provide an electronic file to QRAHospitals@cardinalhealth.com)
    of all names, addresses, and DEA numbers for those pharmacies/entities
    (that receive drugs) operated by the Hospital/Surgery Centers.
    {Enter answer in paragraph form}
    [ BH9558771 ]

    7. Is your hospital a member of a GPO?
    {Choose one}
    (*) Yes
    ( ) No

    Name of group/organization:
    {Enter text answer}
    [ HPG ]

Page 3
```

2

```
1. Have any of the DEA registrants (pharmacies, physicians, dentists, etc.)
associated with the Hospitals/Surgery Centers and acquiring drugs based on
their DEA license ever had a DEA registration, state permit (pharmacy), or
state controlled substance permit suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

2. Have any of the Pharmacists-in-Charge (PIC) working in your pharmacies
ever had his/her license(s) suspended, revoked or disciplined?
{Choose one}
( ) Yes
(*) No

Cardinal Health
{Choose one}
(*) Primary
( ) Secondary
( ) Tertiary

Other:
{Choose one}
( ) Primary
( ) Secondary
( ) Tertiary

Other 1
{Enter text answer}
[ ]

Other:
{Choose one}
( ) Primary
( ) Secondary
( ) Tertiary

Other 2
{Enter text answer}
[ ]

2. Does your organization purchase any controlled substances directly from
manufacturers?
{Choose one}
(*) Yes
( ) No

3. Approximately what percent of controlled substances are purchased from
Cardinal Health?
{Enter text answer}
[ 100% ]

Page 4

4. Does your organization fill new prescriptions or sell pharmaceuticals
via the internet?
{Choose one}
( ) Yes
(*) No

5. Is the pharmacy department managed by an outside organization? (i.e.,
Cardinal, McKesson, or other provider)
{Choose one}
(*) Yes
( ) No

Management group name:
```

3

```
{Enter text answer}
[ PharmaSource ]

Role of provider:
{Choose one}
(*) Management only
( ) Management & Staff
( ) Staff only

Inpatient patient orders
{Enter text answer}
[ 100 ]

Outpatient patient orders (not employee)
{Enter text answer}
[ 0 ]

Employee prescriptions
{Enter text answer}
[ 0 ]

Other:
{Enter text answer}
[ 0 ]

7. Do you do any cash transactions outside of the patient bill?
{Choose one}
( ) Yes
(*) No

% Other
{Enter text answer}
[ n/a ]
```

Page 5

```
1. What products do the pharmacies in the Hospitals/Surgery-Centers expect
to purchase from Cardinal Health? Please indicate what percentages of these
products are injectable controlled substances orders. (check all that
apply)?
{Choose all that apply}
(*) OTC
(*) Prescription
(*) Controlled Substances
(*) List 1 Chemicals (i.e., PSE)
( ) Other [ ]

% injectables
{Enter text answer}
[ 10 ]

% of non-injectables
{Enter text answer}
[ 90 ]

1.
{Enter text answer}
[ Lorazepam ]

2.
{Enter text answer}
[ Concerta ]

3.
{Enter text answer}
[ Darvon ]
```

4

```
    4.
    {Enter text answer}
    [ Alprazolam ]

    5.
    {Enter text answer}
    [ Methylphenidate ]

    3. Do you order any of these products? (Check all that apply)
    {Choose all that apply}
    (*) Hydrocodone
    (*) Alprazolam
    (*) Oxycodone
    ( ) None of these

    If so, what is the approximate combined percentage of these products
    compared to your total controlled drug usage/month?
    {Choose one}
    (*) 0-25% of total
    ( ) 26-50% of total
    ( ) 51-75% of total
    ( ) 76-100% of total

    Hydrocodone units
    {Enter text answer}
    [ 700 ]

    Alprazolam units
    {Enter text answer}
    [ 600 ]

    Oxycodone units
    {Enter text answer}
    [ 700 ]

Page 6

    Average daily census (ADC)
    {Enter text answer}
    [ 90 ]

    Average surgery case load/month
    {Enter text answer}
    [ n/a ]

    6. Do you provide any of these specialty services?
    {Choose all that apply}
    ( ) Oncology
    ( ) Hospice
    ( ) Pain Management Clinic
    (*) Other (please specify): [ No other services provided ]

    7. Do you anticipate an increase or decrease in utilization or change in
    specialized services offered?
    {Choose one}
    (*) Yes
    ( ) No

    Type of service added/changed:
    {Enter text answer}
    [ Additional Patient Load with increase to ADC of 20 patients ]

    Approximate date of change:
    {Enter text answer}
    [ August 2009 ]

    8. What is the usual procurement pattern for controlled substances?
                                    5
```

```
    {Choose one}
    (*) Daily as needed
    ( ) Weekly as needed
    ( ) Monthly as needed

Page 7

    2. Controlled Substance Usage Analysis - How often does your facility
    review controlled drug usage reports?
    {Choose one}
    (*) Daily
    ( ) Weekly
    ( ) Monthly
    ( ) Other [ ]

    3. Systems--Please describe systems that support order management,
    inventory control, and any other system that controls/monitors/tracks usage
    and supply chain.
    {Choose one}
    ( ) Controlled Inventory Management system (Pyxis CII Safe or other
    management system)
    ( ) Manual system with routine audits
    (*) Other (please describe): [ Med-Dispence ]

    5. Additional organizational contact inforamtion if different from above
    (please indicate preferred type of communicaiton)
    {Choose one}
    ( ) Fax #:
    ( ) Email:
    (*) Phone #:

    Fax #:
    {Enter text answer}
    [ 304-526-9168 ]

    Email:
    {Enter text answer}
    [ regina.evans@rx.omnicare.com ]

    Phone #:
    {Enter text answer}
    [ 304-526-9160 ]

    1. Please fax or email a copy of your controlled substance management
    policies to: 614-553-5667 or toll free fax: 866-344-8878 or email:
    QRAHospitals@cardinalhealth.com. Or describe in detail below:
    {Enter answer in paragraph form}
    [ N/A ]

    Contact's Name:
    {Enter text answer}
    [ Regina Evans ]

    Contact's Phone:
    {Enter text answer}
    [ 304-526-9160 ]

    Contact's Title:
    {Enter text answer}
    [ Director of Pharmacy ]

    Contact's Email:
    {Enter text answer}
    [ regina.evans@rx.omnicare.com ]
```

6

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000377
P-42110_00011

**Nelson, Deidre**

---

**From:** Morse, Sherry
**Sent:** Friday, March 13, 2009 11:36 AM
**To:** GMB-QRA-ComplianceAgreement
**Subject:** Response for Compliance Agreement

```
E-mail notification for survey response
Survey Title: Compliance Agreement
Respondent Unique Key: INQ-20090313103047-186737524 Response Date: Fri, Mar 13, 2009
10:36:15


Page 1

    (Customer Name)
    {Enter text answer}
    [ River Park Hospital ]

    [*]
    By submitting this form with this box checked, I am certifying that the
    above is agreed to by a duly authorized officer, partner, or principal of
    Customer.
    {Choose if appropriate}

    DEA Number of Customer:
    {Enter text answer}
    [ BH9558771 ]

    Full Name of Person Completing Form:
    {Enter text answer}
    [ Regina Evans ]

    Title of Person Completing Form:
    {Enter text answer}
    [ Director of Pharmacy ]
```

1

 

**Current Date:** 3/13/2009     **Data File Release Date:** 03/02/2009

## Drug Enforcement Administration (DEA) Datafiles -Both

### Registrant Profile

*for*

### HHC RIVER PARK, INC, DBA RIVER PARK HOSP

| | |
|---:|:---|
| Address: | |
| | 1230 SIXTH AVENUE |
| | HUNTINGTON |
| State / Zip: | WV 25701 |
| DEA Number: | BH9558771 |
| Business Activity Code: | B |
| Business Activity Sub Code: | 0 |
| Drug Schedule: | 22N 33N 4 5 |
| Expiration Date: | 10/31/2011 |
| Payment Indicator: | P |

HIGHLY CONFIDENTIAL
CAH_FEDWV_00000379
P-42110_00013



# Business Details

| | |
|---|---|
| License Number | IP0553063 |
| Business Type | In-Patient Hospital Pharmacy |
| Business Name | HHC River Park, Inc. |
| Address1 | d/b/a River Park Hospital |
| Address2 | 1230 Sixth Avenue |
| City | Huntington |
| State | WV |
| Zip Code | 25719 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Regina F. Evans |
| Date Issued | |
| Expiration Date | 06/30/2009 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of March 04, 2009.

HIGHLY CONFIDENTIAL                                                              CAH_FEDWV_00000380
                                                                                         P-42110_00014



# Individual Details

| License Number | RP0006829 |
| --- | --- |
| License Type | Registered Pharmacist |
| Name | Evans, Regina F. |
| State of Current Residence | KY |
| Date Issued | 10/11/2005 |
| Expiration Date | 06/30/2009 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of March 04, 2009.