**Howenstein, Kim**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Wednesday, October 12, 2011 3:22 PM |
| **To:** | GMB-QRA-AD-Managed Care |
| **Subject:** | Response for Closed Door Identification |

```
E-mail notification for survey response
Survey Title: Closed Door Identification Respondent Unique Key: INQ-20111012140109-616418587
Response Date: Wed, Oct 12, 2011 14:21:34


Page 1

   Name of Sales Representative completing this form:
   {Enter text answer}
   [ Jesse Kave ]

   How many Closed Door accounts are you responsible for?
   {Choose one}
   ( ) 1
   ( ) 2
   ( ) 3
   ( ) 4
   ( ) 5
   ( ) 6
   ( ) 7
   ( ) 8
   (*) 9

   Acct Name 1:
   {Enter text answer}
   [ Lincoln Primary Care ]

   DEA # 1:
   {Enter text answer}
   [ BR9566639 ]

   Distribution Ctr 1:
   {Enter text answer}
   [ Wheeling 08 ]

   1. Is your customer limited by contract or otherwise from reselling, in the
   retail market, prescription pharmaceuticals, OR do they purchase
   pharmaceuticals in order to service non-retail customers such as nursing
   homes, hospitals, home care, or long-term care facilities?
   {Choose one}
   (*) Yes
   ( ) No

   2. Is your customer one of the following entities that solely dispenses
   pharmaceuticals directly to a patient? Please select:
   {Choose one}
   ( ) Hospitals
   (*) Clinics (including 340B and PHS)
   ( ) Cardiac Catheterization Labs
```

1

PLAINTIFFS TRIAL EXHIBIT
P-42111_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000382
P-42111_00001

```
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 2

```
Acct Name 2:
{Enter text answer}
[ Mildred Mitchell-Bateman Hosp ]

DEA # 2:
{Enter text answer}
[ BM7449235 ]

Distribution Ctr 2:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
(*) Hospitals
( ) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
```

2

```
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
( ) 340-B / PHS
( ) Prisons
(*) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 3:
{Enter text answer}
[ New River Family Hlth Ctr ]

DEA # 3:
{Enter text answer}
[ AN2412649 ]

Distribution Ctr 3:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
```

3

```
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 3

```
    Acct Name 4:
    {Enter text answer}
    [ New River Family Hlth Gulf ]

    DEA # 4:
    {Enter text answer}
    [ FG2009973 ]

    Distribution Ctr 4:
    {Enter text answer}
    [ Wheeling 08 ]

    1. Is your customer limited by contract or otherwise from reselling, in the
    retail market, prescription pharmaceuticals, OR do they purchase
    pharmaceuticals in order to service non-retail customers such as nursing
    homes, hospitals, home care, or long-term care facilities?
    {Choose one}
    (*) Yes
    ( ) No

    2. Is your customer one of the following entities that solely dispenses
    pharmaceuticals directly to a patient? Please select:
    {Choose one}
    ( ) Hospitals
    (*) Clinics (including 340B and PHS)
    ( ) Cardiac Catheterization Labs
    ( ) Physicians' Offices
    ( ) Dentists
```

4

```
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 5:
{Enter text answer}
[ R-Excellence Prog Man ]

DEA # 5:
{Enter text answer}
[ FR2293936 ]

Distribution Ctr 5:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
```

5

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000386
P-42111_00005

```
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 4

```
Acct Name 6:
{Enter text answer}
[ Union Pharmacy 340B ]

DEA # 6:
{Enter text answer}
[ BU3824427 ]

Distribution Ctr 6:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
```

6

```
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
(*) Yes
( ) No


[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 7:
{Enter text answer}
[ Welch Comm Hospital ]

DEA # 7:
{Enter text answer}
[ AW5878321 ]

Distribution Ctr 7:
{Enter text answer}
[ Wheeling 08 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
(*) Hospitals
( ) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
```

7

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000388
P-42111_00007

```
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
( ) 340-B / PHS
( ) Prisons
(*) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}
```

Page 5

```
Acct Name 8:
{Enter text answer}
[ Big Sandy Healthcare ]

DEA # 8:
{Enter text answer}
[ AB8252239 ]

Distribution Ctr 8:
{Enter text answer}
[ Knoxville 09 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000389
P-42111_00008

```
( ) Infusion Centers
( ) Hospice
( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

Acct Name 9:
{Enter text answer}
[ Shelby Valley Clinic ]

DEA # 9:
{Enter text answer}
[ BS8907973 ]

Distribution Ctr 9:
{Enter text answer}
[ Knoxville 09 ]

1. Is your customer limited by contract or otherwise from reselling, in the
retail market, prescription pharmaceuticals, OR do they purchase
pharmaceuticals in order to service non-retail customers such as nursing
homes, hospitals, home care, or long-term care facilities?
{Choose one}
(*) Yes
( ) No

2. Is your customer one of the following entities that solely dispenses
pharmaceuticals directly to a patient? Please select:
{Choose one}
( ) Hospitals
(*) Clinics (including 340B and PHS)
( ) Cardiac Catheterization Labs
( ) Physicians' Offices
( ) Dentists
( ) Blood Centers
( ) Dialysis Clinics
( ) Surgery Centers
( ) Home Health Care Agencies
( ) Infusion Centers
( ) Hospice
```

9

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000390
P-42111_00009

( ) None of the above

3. Please indicate the facility's Primary Custome Base:
{Choose one}
( ) Long Term Care / Nursing Homes
( ) Home Infusion
(*) 340-B / PHS
( ) Prisons
( ) Hospitals
( ) Clinics
( ) Other

4. Does this facility service Walk-in patients off the street?
{Choose one}
( ) Yes
(*) No

[*]
I understand the information I have provided to be true and accurate.
{Choose if appropriate}

10

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000391
P-42111_00010