| | |
|---|---|
| Store Nbr: | 3417 |
| Date: | 2/13/2013 |
| Time: | 12:55 PM |
| Store DEA: | BR4321787 |
| Address: | 447 W Washington Ave Huntington WV 25701 |

| | |
|---|---|
| 24-hr pharmacy: | N |
| Investigated Medication: | ALPRAZOLAM |
| Draw Area: | PRIMARY CARE PHYSICIANS |

Top MDs:

Alert:  95%-100%

| DATE | TOTAL RX | RX/DAY | %C2-C5 Cash | % Non-controlled | % C2-C5 |
|---|---|---|---|---|---|
| 201206 | 11396 | 326.0 | 0.2% | 84.1% | 15.9% |
| 201207 | 8841 | 316.0 | 0.2% | 84.3% | 15.7% |
| 201208 | 9003 | 322.0 | 0.1% | 83.6% | 16.4% |
| 201209 | 11751 | 336.0 | 0.2% | 84.8% | 15.2% |

PLAINTIFFS TRIAL EXHIBIT
P-42113_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000473
P-42113_00001

Store Nbr: 4427
Date: 3/11/2013
Time: 3:54 PM
Store DEA: BR4321787

Address: 447 W Washington Ave Huntington WV 25701
24-hr pharmacy: N
Investigated Medication: HYDROCODONE BITARTRATE
Draw Area: GENERAL PRACTITIONERS

Top MDs:

Alert: 75%-85%

| DATE | TOTAL RX | RX/DAY | %C2-C5 Cash | % Non-controlled | % C2-C5 |
|---|---|---|---|---|---|
| 201206 | 11396 | 326.0 | 0.2% | 84.1% | 15.9% |
| 201207 | 8841 | 316.0 | 0.2% | 84.3% | 15.7% |
| 201208 | 9003 | 322.0 | 0.1% | 83.6% | 16.4% |
| 201209 | 11751 | 336.0 | 0.2% | 84.8% | 15.2% |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000474
P-42113_00002

**Surveillance Site Visit Report**
**Pharmaceutical Distribution**



### 1  Pharmacy Information

| | | |
|---|---|---|
| a | Pharmacy name | West Virginia CVS Pharmacy, L.L.C. DBA: CVS/Pharmacy #04425 |
| b | Address | 447 W Washington Ave Huntington WV 25701 |
| c | Pharmacy DEA # | BR4321787 |
| d | DEA Lic. Exp. Date | 12/31/2016 |
| e | Date of Visit | 1/29/2016 |
| f | Pharmacy License | MP0551207 |
| g | Phcy Lic. Exp. Date | 6/30/2016 |
| h | Investigator Name | Cindy Mulanax |
| i | Other Participants | |
| j | Reason for Report | Routine QRA Surveillance |

Research pharmacy background

| | | |
|---|---|---|
| k | Is Internet and public media research acceptable? | YES |
| l | Is the Pharmacy License in Line 1(f) above clear of probation or restrictions related to controlled substances for the past 10 years? | YES |
| m | Is DEA registrant's number(s) active? | YES |
| n | If the answer is NO to any of the above questions 1(k) - 1(m), explain why. | |

### 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions such that this was indicative of drug diversion? | NO |
| c | Was there any evidence of an Internet pharmacy? | NO |
| d | Was there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| e | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| f | If the answer is YES to any of the above questions 2(a) – 2(e), explain providing details of your observation(s). | |

### 3  Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)

| | | |
|---|---|---|
| a | Does this pharmacy require immediate action? | NO |
| b | What is the decision and why? Based upon the information contained herein, there does not appear to be evidence of diversion. | |