

**Surveillance Site Visit Report**
**Pharmaceutical Distribution**

### 1  Pharmacy Information

| | | |
|---|---|---|
| a | Pharmacy name | West Virginia CVS Pharmacy, L.L.C. |
| b | Address | 2901 Fifth Ave Huntington WV 25702 |
| c | Pharmacy DEA # | BR4365486 |
| d | DEA Lic. Exp. Date | 12/31/2016 |
| e | Date of Visit | 1/29/2016 |
| f | Pharmacy License | MP0551210 |
| g | Phcy Lic. Exp. Date | 6/30/2016 |
| h | Investigator Name | Cindy Mulanax |
| i | Other Participants | |
| j | Reason for Report | Routine QRA Surveillance |

Research pharmacy background

| | | |
|---|---|---|
| k | Is Internet and public media research acceptable? | YES |
| l | Is the Pharmacy License in Line 1(f) above clear of probation or restrictions related to controlled substances for the past 10 years? | YES |
| m | Is DEA registrant's number(s) active? | YES |
| n | If the answer is NO to any of the above questions 1(k) - 1(m), explain why. | |

### 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions such that this was indicative of drug diversion? | NO |
| c | Was there any evidence of an Internet pharmacy? | NO |
| d | Was there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| e | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| f | If the answer is YES to any of the above questions 2(a) – 2(e), explain providing details of your observation(s). | |

### 3  Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)

| | | |
|---|---|---|
| a | Does this pharmacy require immediate action? | NO |
| b | What is the decision and why? Based upon the information contained herein, there does not appear to be evidence of diversion. | |