# Anti-Diversion Customer Profile

REVIEWED
By Doug Emma at 11:21 am, Apr 28, 2010

CENTRAL

BS1588168    S & F PHARMACY, INC

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BS1588168 |
| Business Activity Code: | A  0   RETAIL PHARMACY |
| DEA Schedules: | 2 2N 3 3N 4 5 |
| License Expiration Date: | 20120229 |

## CUSTOMER INFORMATION

S & F PHARMACY, INC
DBA FRUTH PHCY STORE #12    1419-US RT 60 EAST
HUNTINGTON          WV    25705    3045250507    3045250507

| | |
|---|---|
| Dominant Accounting Class: | CHAIN PHARMACY |
| First Cardinal Account Created: | |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 37 | Hydrocodone | 122,945 |
| Total Rx Sales ($): | $826,027.60 | Oxyocodone | 24,700 |
| Control Substance (CS) Sales ($): | $101,976.32 | Alprazolam | 54,720 |
| Rx Dosage Units Sold | 1,041,299 | Phentermine | 200 |
| CS Dosage Units Sold: | 283,089 | Carisoprodol | 2000 |
| % CS Purchases | 27.00% | Tramadol | 18590 |
| % AHOP CS Purchases | 19.00% | | |
| Total # of SOM Events: | 3 | | |
| Most Recent SOM: | 1/5/2010 | | |

## SOM EVENT SPECIFIC INFORMATION

| | |
|---|---|
| Drug Family: | 1640   PHENTERMINE HYDROCHLORIDE |
| # of Events: | 1 |
| Overage date: | 4/27/2010 |
| Total Accrual: | 1,300 |
| Monthly Limit: | 1,200 |
| Order#: | 6597593 |
| Item#: | 3545563 |

Order for 1000 ct bottle cut, customer did place an order for 3x100 that was shipped. No threshold adjustment

## HISTORICAL PURCHASE DATA

| | | | | |
|---|---|---|---|---|
| Apr 09 | 0 | Oct 09 | 0 | |
| May 09 | 0 | Nov 09 | 0 | |
| Jun 09 | 0 | Dec 09 | 0 | |
| Jul 09 | 0 | Jan 10 | 200 | |
| Aug 09 | 0 | Feb 10 | 0 | |
| Sep 09 | 0 | Mar 10 | 0 | |

## DISTRACK INFORMATION

Dublin 6    WH    103123
8    BS1588168    1640

## REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South    South Atlantic | |
| County / Population: | CABELL | 93,824 |
| Population of Zip | Income / Household | Median Age |
| 21,704 | $34,655.00 | 39.30 |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order
- ✓ Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

CardinalHealth

Company Confidential - Internal Use Only
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

4/28/2010 8:47:39 AM

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000477
P-42115_00001

PLAINTIFFS TRIAL EXHIBIT
P-42115_00001

# Howenstein, Kim

| | |
|---|---|
| **From:** | Livingston, Suzanne |
| **Sent:** | Monday, February 07, 2011 2:47 PM |
| **To:** | Howenstein, Kim |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: Fruth on hands/Fruth Rx |

103113RX
103194 CSOS

103123RX
103198 CSOS

103134RX
103209CSOS

I do not have any demand at all; Chad is at NACDS with the customer and he said it will be a 20% increase in usage.

_____

Suzanne Livingston | Account Management
National Accounts, Retail
Cardinal Health | 7000 Cardinal Place | Dublin, OH 43017 Tel. 614.757.6157| fax 614.652.8315 Cell 614.657.3429


-----Original Message-----
From: Howenstein, Kim
Sent: Monday, February 07, 2011 2:31 PM
To: Livingston, Suzanne
Cc: Emma, Douglas
Subject: FW: Fruth on hands/Fruth Rx


Hi Suzanne,

Do you have DEA or account numbers for the stores that will be showing an increase in demand?

Also we may need usage that validates their increased utilization as we will want to do what we can to mitigate the risk of threshold events.


Doug,

Please see below and let me or Suzanne know what you may need.

Thanks,

Kim


-----Original Message-----
From: Livingston, Suzanne
Sent: Monday, February 07, 2011 1:55 PM
To: Diamond, Gregory
Cc: Baranski, Craig; Schwinn, Chad; Howenstein, Kim

1

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000478

P-42115_00002

Subject: FW: Fruth on hands/Fruth Rx

Hi Greg,

Fruth stores 2, 12, and 23 will have increased usage due to purchasing of Independent script files and also a new assisted living contract.

Please let me know if you need anything.

Suzanne

---

Suzanne Livingston | AccountManagement
National Accounts, Retail
Cardinal Health | 7000 Cardinal Place | Dublin, OH 43017
Tel. 614.757.6157| fax 614.652.8315
Cell 614.657.3429


-----Original Message-----
From: Schwinn, Chad
Sent: Monday, February 07, 2011 1:37 PM
To: Livingston, Suzanne
Cc: Cohen, Jay (VP Retail National Accts)
Subject: Fruth on hands

Sue,

Please prepare inventory for an increase in usage at stores 12, 2, 23 due to purchasing of Independent script files and a new assisted living contract.

Thanks,

Chad

2



**Surveillance Site Visit Report**
**Pharmaceutical Distribution**

## 1 Customer Information

| | | |
|---|---|---|
| a | Customer name | S&F Pharmacy  DBA Fruth Pharmacy Inc. |
| b | Address | 1419 U.S Route 60 East, Huntington WV 25705 |
| c | Customer DEA # | BS1588168 |
| d | DEA Lic. Exp. Date | 2/28/2015 |
| e | Date of Visit | 7/11/2013 |
| f | Pharmacy License | |
| g | Expiration Date | |
| h | Name of PIC | n/a |
| i | PIC License # | |
| j | PIC Lic. Exp. Date | |
| k | Investigator Name | Melissa Schrebe |
| l | Participants | |
| m | Reason for Report: | Surveillance |

Research pharmacy background

| | | |
|---|---|---|
| n | Is Internet and public media research acceptable? | YES |
| o | Is Pharmacy license clear of restrictions and probations in the last 10 years? | YES |
| p | Is DEA registrant's number(s) active? | YES |
| q | If the answer is NO to any of the above questions, explain why? | |
| r | Is there information obtained in pre-investigational preparation or received from other sources for this pharmacy that requires the investigator to follow-up? | NO |
| s | If yes, explain what the information is and the details of the follow-up | |

## 2 Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions? | NO |
| c | Was there any evidence of an internet pharmacy? | NO |
| d | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| e | Were there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| f | If any of the above from 2(a) to 2(e) are answered as yes, explain providing details of your observations | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000480
P-42115_00004

**Surveillance Site Visit Report**
**Pharmaceutical Distribution**

**CardinalHealth**

| 3 | Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator) | |
|---|---|---|
| a | Does this pharmacy require immediate action? | **NO** |
| b | What is the decision and why? | |
| | Based on the information contained herein, there does not appear to be any evidence of diversion. | |

PDQRA-CAD-C008/Form1

DCN: 3354
Effective Date: 07 May 2013

Page 2 of 2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000481
P-42115_00005

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

**CardinalHealth**

I. **NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS**

| | | |
|---|---|---|
| 1. | Pharmacy Name | FRUTH PHCY,INC #0012-RX |
| 2. | DBA (if any) | |
| 3. | National Account/Chain Pharmacy Headquarters Address | *Fruth Pharmacy Inc.*<br>*4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |
| 4. | National Account/Chain Pharmacy Headquarters Phone | 304-675-1612 |
| 5. | Name of Principle owner(s) or Corporate Entity | Fruth Pharmacy Inc. |
| 6. | Ownership type (check one) | ☐ Sole proprietor   XX Corporation<br>☐ Other |
| 7. | Owner(s) name or contact person for the Organization and their title ("Contact Person") | **Timothy Weber**<br>Vice President |
| 8. | Owner's or Contact Person's Business Address | *4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |

Rev. 1/15

Page 1 of 5



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

| | |
|---|---|
| 9. Owner or Contact Person's Phone | 304-675-1612x117 |
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Name: __Timothy Weber__<br><br>Title: Vice President<br><br>Phone: 304-675-1612x117<br><br>Email: tweber@fruthpharmacy.com |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records) | |

Rev. 1/15

Page 2 of 5

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000483
P-42115_00007



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

II.   NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | _____BS1588168_____ |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES        ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES        ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, www.deanumber.com, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES        ☐ NO |
| 17. State Registration Number: | _____MP0550133_____. |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES        ☐ NO |

Rev. 1/15

Page 3 of 5

HIGHLY CONFIDENTIAL



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

### III. PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES     X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES     X NO <br><br> If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES     X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21. Has a Google Web Search been performed on behalf of this DEA Registrant? | X YES     ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES     X NO |

### IV. SOM AND ANTI-DIVERSION PROGRAM

| | |
|---|---|
| 22. Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December | X YES     ☐ NO |

Rev. 1/15

Page 4 of 5

HIGHLY CONFIDENTIAL



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

| | |
|---|---|
| 27, 2007? | |
| 23 Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility? | X YES ☐ NO |

V.    ADDITIONAL COMMENTS

|  |
|---|
|  |

COMPLETED BY: _____George Speidel, Sr  Acct Specialist-National Accounts_____
                               *(Name /Title)*

Rev. 1/15

Page 5 of 5

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000486
P-42115_00010





| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| BS1588168 | 02-28-2018 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | RETAIL PHARMACY | 01-22-2015 |

S & F PHARMACY
FRUTH PHARMACY # 12
DBA FRUTH PHCY STORE #12
1419-US RT 60 EAST
HUNTINGTON, WV 25705

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.**

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| BS1588168 | 02-28-2018 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | RETAIL PHARMACY | 01-22-2015 |

S & F PHARMACY
FRUTH PHARMACY # 12
DBA FRUTH PHCY STORE #12
1419-US RT 60 EAST
HUNTINGTON, WV 25705

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture , distribute, dispense, import or export a controlled substance.

Form DEA-223 (05/04)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

**Google**  Fruth 1419 US ROUTE 60 EAST HUNTINGTON                    George

Web  Maps  News  Shopping  Images  More ▾  Search tools                SafeSearch on

About 590 results (1.38 seconds)

**Fruth Pharmacy**
www.**fruth**pharmacy.com/
    1419 US-60, Huntington, WV 25705
    (304) 525-0507

**Fruth Pharmacy in Huntington, West Virginia with Reviews ...**
www.yellowpages.com › Huntington, WV ▾  Yellowpages.com ▾
Find 17 listings related to **Fruth** Pharmacy in **Huntington** on YP.com. See reviews, photos ... 125 7th Ave**Huntington**, WV 25701. (304) 697- .... **1419 US Route 60 Huntington**, WV 25705. (304) 525- .... 6210 E Pea Ridge Rd**Huntington**, WV 25705.

**Fruth Pharmacy in Huntington, WV | 1419 Us Route 60 ...**
www.superpages.com/.../**Huntington**.../**Fruth**-Pharmacy-L0141317518.ht... ▾
**Fruth** Pharmacy. 0 Ratings | 0 Reviews. **1419 Us Route 60**. **Huntington**, WV 25705. 304-525-0507. Add a Photo. View All Photos |. Add Photo ...

**Fruth Pharmacy Inc. Store Locations**
www.livingnaturally.com/ret_store_locator.asp?storeID... ▾
**Fruth** Pharmacy Inc. 4016 Ohio River Road, Point Pleasant, WV. Gallipolis #21, 204 ... **Huntington** #12, **1419** U.S. **Route 60** East, **Huntington**, WV. **Huntington** # ...

**Fruth Pharmacy Incorporated in Huntington | Fruth ...**
https://local.yahoo.com/info-32747658-**fruth**-pharmacy-incorporated-**hu**... ▾
Includes **Fruth** Pharmacy Incorporated Reviews, maps & directions to **Fruth** Pharmacy ... **1419 Us Route 60, Huntington**, WV 25705Cross Streets: Near the ...

**Fruth Pharmacy | 1419 US Route 60, Huntington, WV - Vitals**
www.vitals.com/.../**fruth**-pharmacy-**1419-us-route-60-huntington**-wv ▾
Accepts e-Prescriptions; Durable Medical Equipment; Drive-up Window; Handicap Accessible; Delivery Service; Compounding Service; Retail Pharmacy ...

[PDF] **Pictures with Santa! - Fruth Pharmacy**
www.**fruth**pharmacy.com/santatimes.pdf ▾
**Huntington**, WV 25704. Friday, Dec. 7th - 4:00 p.m. – 6:00 p.m.. Saturday, Dec. 15th - 12:00 p.m. – 2:00 p.m.. 12. **1419 US Route 60 East**, **Huntington**, WV 25705.

**Western Union Agent - 1419 Us Route 60 (FRUTH ...**
www.mystore411.com › ... › Western Union in Huntington ▾
Western Union Agent - **1419 Us Route 60** (FRUTH PHARMACY #12) in **Huntington** in Huntington, West Virginia 25705-1654: store location & hours, services, ...

**Fruth pharmacy huntington wv - Alternative Local Pharmacy**
alternativelocalpharmacy.com/**fruth**-pharmacy-huntington-wv/ ▾
Mar 17, 2015 - FRUTH Pharmacy in Huntington, WV | 425 Camden Rd, Huntington ... FRUTH ... Huntington #12, **1419** U.S. **Route 60** East, **Huntington**, WV

**Pharmacies in Huntington West Virginia – Find local ... - RxList**
www.rxlist.com › home › local us city pharmacies ▾  RxList ▾
Find a local **Huntington** pharmacy location, including 24 hr pharmacies, to help with your medications ... Fruth Pharmacy #2 ... **1419 US Route 60** ... 708 4th St E

**Agent Locator | 1419 Us Route 60 Huntington, WV 25705 ...**
locations.westernunion.com › WV › Huntington ▾  Western Union ▾
Western Union Agent Location - FRUTH PHARMACY #12 ... FRUTH PHARMACY #12 **1419 Us Route 60** Huntington, WV 25705-1654 304-525-0507 ...


See outside

**Fruth Pharmacy**                    Direc
Pharmacy
**Address:** 1419 US-60, Huntington, WV 25705
**Phone:** (304) 525-0507
**Hours:** Open today · 9:00 am – 9:00 pm ▾

Popular times                         Thursda

6a    9a    12p    3p    6p    9p

Reviews                               Write a re
1 Google review

People also search for           View 15+

Walmart    Kmart     CVS       Big Lots   Valley
Pharmacy   Pharmacy  Pharmacy -           Health
(inside               Photo                Pharm
Walmart)

Are you the business owner?              Fe

      1  2  3  4  5  6  7  8  9  10    Next

○ Dublin, OH - From your internet address - Use precise location - Learn more

Help  Send feedback  Privacy  Terms

HIGHLY CONFIDENTIAL                                      CAH_FEDWV_00000488
                                                         P-42115_00012

Google | Fruth 1419 US ROUTE 60 EAST HUNTINGTON Diversion | George

Web    Maps    News    Shopping    Images    More ▼    Search tools     SafeSearch on

8 results (0.56 seconds)

### Fruth Pharmacy in Huntington, WV | 1419 Us Route 60 ...
www.superpages.com/.../Huntington.../Fruth-Pharmacy-L0141317518.ht... ▼
Fruth Pharmacy. 0 Ratings | 0 Reviews. **1419 Us Route 60**. **Huntington**, WV 25705. 304-525-0507. Add a Photo. View All Photos |. Add Photo ...
Missing: east diversion

### Fruth Pharmacy | 1419 US Route 60, Huntington, WV - Vitals
www.vitals.com/.../**fruth**-pharmacy-**1419**-**us**-**route**-**60**-**huntington**-wv ▼
Accepts e-Prescriptions; Durable Medical Equipment; Drive-up Window; Handicap Accessible; Delivery Service; Compounding Service; Retail Pharmacy ...
Missing: diversion

### Fruth Pharmacy Inc. Store Locations
www.livingnaturally.com/ret_store_locator.asp?storeID... ▼
**Fruth** Pharmacy Inc. 4016 Ohio River Road, Point Pleasant, WV. Gallipolis #21, 204 ... **Huntington** #12, **1419** **U.S.** **Route** **60** **East**, **Huntington**, WV. Huntington # ...
Missing: diversion

### Fruth Pharmacy in Huntington, West Virginia with Reviews ...
www.yellowpages.com › Huntington, WV ▼ Yellowpages.com ▼
Find 17 listings related to **Fruth** Pharmacy in **Huntington** on YP.com. See reviews, photos ... 125 7th AveHuntington, WV 25701. (304) 697- ... **1419 US Route 60** **Huntington**, WV 25705. (304) 525- .... 6210 E Pea Ridge RdHuntington, WV 25705.
Missing: diversion

### [PDF] Pictures with Santa! - Fruth Pharmacy
www.**fruth**pharmacy.com/santatimes.pdf ▼
**Huntington**, WV 25704. Friday, Dec. 7th – 4:00 p.m. – 6:00 p.m.. Saturday, Dec. 15th - 12:00 p.m. – 2:00 p.m.. 12. **1419 US Route 60 East**. **Huntington**, WV 25705.
Missing: diversion

### [XLS] Sheet1
insidepenton.com/WE09_Total_Buyers_List.xls ▼
52, Adrian, Levy, Safety Manager, Republic Services, 770 E Sahara Ave, Las ..... 274, Anh Viet, Nguyen, **US** Comm Svd Ho Chi Minh City, 9th Floor Saigon ...... Rainbow Disposal Inc, 17121 Nichols St, PO Box 1026, **Huntington** Beach, CA, 92647 ...... VP Development, Canadian Energy Inc, 315 Ellis Dr, 53016 **Highway 60** ...

### sinadminapp.sql - sin finder
sinfinderapp.com/_db_backups/sinadminapp.sql ▼
... Jim\'s Beverages','9286 **Us Highway** 11 N','Attalla','AL','35954-8654' ..... Bam','14792 E Black Oak Rd','Fayetteville','AR','72701-0465','4795878130',",'N'," ...

### Website Cardpostage - ForumLandia [www.forumlandia.com]
www.forumlandia.com/out/2691378/Website-Cardpostage.html
5712 State **Route** 23 THESAURUS FREDE KINKY Darin K. Schroeder KALMAN C.da ...... TRIMBOLI **1419** HEADLIGHTS GADOURY Palazzo Sardelli CANZIO PILLER ROBBEN HEALS ...... SIGNINGS All inclusive Marebello di Rimini OBSERVANCES 118 **East Huntington** Drive ...... 19-6 15,60€ 7914 **US Highway** 158 v.

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000489

P-42115_00013

○ Dublin, OH - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000490

P-42115_00014



# Welcome To Fruth Pharmacy
## Your Hometown, Family Pharmacy

ENTER FRUTH PHARMACY >

REFILL A PRESCRIPTION >

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000491
P-42115_00015



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT
## CONTROLLED SUBSTANCE PERMIT

July 1, 2015 - June 30, 2016 - Date Issued: April 01, 2015

Fruth Pharmacy #12
Registered Pharmacy

1419 US Route 60 East
Huntington, WV 25705

LICENSE # MP0550133

DEA # BS1588168

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

Adam M. Ferguson - RP0008575

Registered Pharmacist in Charge

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000492
P-42115_00016



**Surveillance Site Visit Report**
Pharmaceutical Distribution

### 1  Pharmacy Information

| | | |
|---|---|---|
| a | Pharmacy name | S & F Pharmacy |
| b | Address | 1419 US Route 60 East Huntington WV 25705 |
| c | Pharmacy DEA # | BS1588168 |
| d | DEA Lic. Exp. Date | 2/28/2018 |
| e | Date of Visit | 1/29/2016 |
| f | Pharmacy License | MP0550133 |
| g | Phcy Lic. Exp. Date | 6/30/2016 |
| h | Investigator Name | Cindy Mulanax |
| i | Other Participants | |
| j | Reason for Report | Routine QRA Surveillance |

Research pharmacy background

| | | |
|---|---|---|
| k | Is Internet and public media research acceptable? | YES |
| l | Is the Pharmacy License in Line 1(f) above clear of probation or restrictions related to controlled substances for the past 10 years? | YES |
| m | Is DEA registrant's number(s) active? | YES |
| n | If the answer is NO to any of the above questions 1(k) - 1(m), explain why. | |

### 2  Due Diligence

Based on your observations during the site visit:

| | | |
|---|---|---|
| a | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | NO |
| b | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions such that this was indicative of drug diversion? | NO |
| c | Was there any evidence of an Internet pharmacy? | NO |
| d | Was there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | NO |
| e | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | NO |
| f | If the answer is YES to any of the above questions 2(a) – 2(e), explain providing details of your observation(s). | |

### 3  Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)

| | | |
|---|---|---|
| a | Does this pharmacy require immediate action? | NO |
| b | What is the decision and why? Based upon the information contained herein, there does not appear to be evidence of diversion. | |

HIGHLY CONFIDENTIAL    CAH_FEDWV_00000493
P-42115_00017