# Anti-Diversion Customer Profile

**REVIEWED**
By Doug Emma at 7:57 am, Mar 31, 2010

CENTRAL

BT5541760    T AND J ENTERPRISES INC

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BT5541760 |
| Business Activity Code: | A   0        RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20121130 |

## CUSTOMER INFORMATION

T AND J ENTERPRISES INC

DBA THE MEDICINE SHOPPE            2402 ADAMS AVENUE

HUNTINGTON            WV      25704      3044296716      3044296716

| | |
|---|---|
| Dominant Accounting Class: | INDEPENDENT |
| First Cardinal Account Created: | 3/19/1996 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 53 | Hydrocodone | 28,255 |
| Total Rx Sales ($): | $2,655,934.42 | Oxyocodone | 220,170 |
| Control Substance (CS) Sales ($): | $662,900.69 | Alprazolam | 103,120 |
| Rx Dosage Units Sold | 2,955,375 | Phentermine | 4,500 |
| CS Dosage Units Sold | 659,482 | Carisoprodol | 2600 |
| % CS Purchases | 22.00% | Tramadol | 28900 |
| % AHOP CS Purchases | 12.00% | | |
| Total # of SOM Events: | 5 | | |
| Most Recent SOM: | 7/30/2008 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| # of Events: | 2 | |
| Overage date: | 3/29/2010 | |
| Total Accrual: | 24,150 | Order not unreasonable. No threshold adjustments |
| Monthly Limit: | 24,000 | |
| Order#: | 6434597 | |
| Item#: | 3591377 | |

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Mar 09 | 15,800 | Sep 09 | 17,000 |
| Apr 09 | 16,790 | Oct 09 | 17,730 |
| May 09 | 16,900 | Nov 09 | 18,650 |
| Jun 09 | 17,820 | Dec 09 | 23,130 |
| Jul 09 | 15,500 | Jan 10 | 21,360 |
| Aug 09 | 15,900 | Feb 10 | 23,790 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | 103089 |
| 8 | BT5541760 | 9143 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic | |
|---|---|---|---|
| County / Population: | WAYNE | | 45,824 |
| Population of Zip | Income / Household | Median Age | |
| 17,019 | $27,335.00 | 38.60 | |

## REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

## QRA DECISION

- Release Order
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit



**Company Confidential - Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

3/30/2010 8:46:25 AM

PLAINTIFFS TRIAL EXHIBIT
P-42116_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000494
P-42116_00001

# Anti-Diversion Customer Profile

QRA Site Visit ☐        Sales Site Visit ☐

**BT5541760    T AND J ENTERPRISES INC** #0290

| | | | |
|---|---|---|---|
| **DEA Activity Code** | A | 0 | RETAIL PHARMACY |
| **DEA Schedules** | 22N 33N 4 5 | | |
| **Expiration Date** | 2009/11/30 | | |

| **Customer Information** | |
|---|---|
| T AND J ENTERPRISES INC | |
| DBA THE MEDICINE SHOPPE | |
| 2402 ADAMS AVENUE | |
| HUNTINGTON | WV | 25704 | (304) 429-6716 |

| **Segment** | **Customer Group** |
|---|---|
| RETAIL INDEPENDENT | MEDICINE SHOPPE INDEPEND |
| **First Cardinal Account Created** | 3/19/1996 |
| **Customer Visited** | No |
| **Reported # of Monthly Scripts** | 7500 |
| **Reported  Monthly Rx ($)** | $397,500 |
| **Reported  Primary Distributor** | Cardinal Health |
| **CIM Customer** | Yes |
| **Total Rx Sales** | $2,878,877.83 |
| **Control Sales** | $663,176.83 |
| **% Controlled Substance Purchases** | 22.65% |
| **% AHOP Control Purchases** | 53.88% |
| **# of Drug Families Purchased** | 40 |
| **Total # of Events** | 4 |
| **QRA Restriction** | No |

| | | |
|---|---|---|
| **Drug Family** | 9709 | PENTAZOCINE HCL |
| **# Events** | 2 | |
| **Overage Date** | 7/30/2008 | |
| **Total Accrual** | 2,300 | |
| **Monthly Limit** | 2,100 | |
| **Order #** | 3356449 | |
| **Item #** | 3296035 | |

| Month | Value | Month | Value |
|---|---|---|---|
| Jul 07 | 0 | Jan 08 | 0 |
| Aug 07 | 0 | Feb 08 | 200 |
| Sep 07 | 100 | Mar 08 | 0 |
| Oct 07 | 100 | Apr 08 | 0 |
| Nov 07 | 0 | May 08 | -300 |
| Dec 07 | 100 | Jun 08 | 0 |

| | |
|---|---|
| **Average Units Per Month** | 16 |
| **% Order Quantity Above Average** | 14275.00% |

| **Distrack Information** | | |
|---|---|---|
| Dublin 6 | WH | 77068 |
| 8 | BT5541760 | 9709 |

Reviewed By:

Executed By:

| Increase Limits |
|---|
| ✓ Release Order |
| Cut Order |
| Report Order to DEA |

*no Bu*

*out of stock*

Thursday, July 31, 2008

CAH_FEDWV_00000495
P-42116_00002

# Anti-Diversion Customer Profile

QRA Site Visit ☐   Sales Site Visit ☐

## BT5541760      T AND J ENTERPRISES INC

| | | | |
|---|---|---|---|
| **DEA Number** | BT5541760 | **% Controlled Substance Purchases** | 21.61% |
| **Customer Type** | Retail | **4 DEA Drugs - % Controlled Sales** | 50.84% |
| **Accounting Class** | 20 | **Total Rx Sales ($)** | $2,894,447.27 |
| **Designated Size** | Large | **Controlled Substance Sales ($)** | $631,272.43 |
| **Name of Account** | T AND J ENTERPRISES INC | **Account Restricted** | No |
| **Address** | DBA THE MEDICINE SHOPPE | | |
| **City** | HUNTINGTON | **Reason Account Restricted** | Not Restricted |
| **State** | WV | **Date Account Restricted** | Not Restricted |
| **Zip Code** | 257041322 | **Included on DEA Notification** | No |
| **Phone Number** | (304) 429-6716 | | |
| **Customer Visited** | No | | |
| **QRA Decision** | Customer Not Visited | | |
| **Date of Decision** | | | |
| **CIM Customer** | Yes | | |

Thursday, February 28, 2008

Page 1 of 3

HIGHLY CONFIDENTIAL

**BT5541760     T AND J ENTERPRISES INC**



| ■2744 | Feb '07 | Apr '07 | May '07 | Jun '07 | Jul '07 | Aug '07 | Oct '07 | Dec '07 | Jan '08 |
|---|---|---|---|---|---|---|---|---|---|
| | 200 | 100 | 100 | 100 | 100 | 200 | 300 | 100 | 200 |

Thursday, February 28, 2008

Page 2 of 3

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000497
P-42116_00004

## BT5541760    T AND J ENTERPRISES INC

| Item Desc | LIBRIUM CP 10MG 100 | Feb '07 | 200 | Aug '07 | 200 | Distrack Customer Information | | |
|---|---|---|---|---|---|---|---|---|
| Base Code | 2744 | Mar '07 | 0 | Sep '07 | 0 | Dublin 6 | WHG | |
| Overage Date | 2/18/2008 | Apr '07 | 100 | Oct '07 | 300 | 8 | BT5541760 | 2744 |
| Total Accrual | 1,200 | May '07 | 100 | Nov '07 | 0 | | | |
| Monthly Limit | 1,000 | Jun '07 | 100 | Dec '07 | 100 | Increase Limits | ☐ | |
| DC | 8 | Jul '07 | 100 | Jan '08 | 200 | Release Order | ☐ | |
| Order# | 2503465 | Average Units Per Month | 115 | | | Cut Order | ☐ | |

Thursday, February 28, 2008

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000498

P-42116_00005

# Anti-Diversion Customer Profile

QRA Site Visit ▦   Sales Site Visit ▦

BT5541760   T AND J ENTERPRISES INC #0290

| | | |
|---|---|---|
| **DEA Activity Code** | A | 0 | RETAIL PHARMACY |
| **DEA Schedules** | 22N 33N 4 5 | |
| **Expiration Date** | 2009/11/30 | |

| **Drug Family** | 9709 | PENTAZOCINE HCL |
|---|---|---|
| **# Events** | 1 | |
| **Overage Date** | 7/22/2008 | |
| **Total Accrual** | 2,200 | |
| **Monthly Limit** | 2,100 | |
| **Order #** | 3313204 | |
| **Item #** | 3296035 | |

**Customer Information**

T AND J ENTERPRISES INC

DBA THE MEDICINE SHOPPE

2402 ADAMS AVENUE

HUNTINGTON    WV   25704   (304) 429-6716

| **Segment** | **Customer Group** |
|---|---|
| RETAIL INDEPENDENT | MEDICINE SHOPPE INDEPEND |
| **First Cardinal Account Created** | 3/19/1996 |
| **Customer Visited** | No |
| **Reported # of Monthly Scripts** | 7500 |
| **Reported  Monthly Rx ($)** | $397,500 |
| **Reported  Primary Distributor** | Cardinal Health |
| **CIM Customer** | Yes |
| **Total Rx Sales** | $2,878,877.83 |
| **Control Sales** | $663,176.83 |
| **% Controlled Substance Purchases** | 22.65% |
| **% AHOP Control Purchases** | 53.88% |
| **# of Drug Families Purchased** | 40 |
| **Total # of Events** | 2 |
| **QRA Restriction** | No |

| | | | | |
|---|---|---|---|---|
| Jul 07 | 0 | | Jan 08 | 0 |
| Aug 07 | 0 | | Feb 08 | 200 |
| Sep 07 | 100 | | Mar 08 | 0 |
| Oct 07 | 100 | | Apr 08 | 0 |
| Nov 07 | 0 | | May 08 | -300 |
| Dec 07 | 100 | | Jun 08 | 0 |

| **Average Units Per Month** | 16 |
|---|---|
| **% Order Quantity Above Average** | 13650.00% |

**Distrack Information**

Dublin 6   WH   77068

8   BT5541760   9709

Reviewed By:

Executed By:

| | |
|---|---|
| Increase Limits | |
| Reiease Order | ✓ |
| Cut Order | |
| Report Order to DEA | |

*stock issue reduce accrual*

Wednesday, July 23, 2008

HIGHLY CONFIDENTIAL

## VI. ADDITIONAL COMMENTS

Based upon recent purchase history, it appears that your pharmacy may be purchasing greater quantities of prescription drugs containing *refer to your fax cover sheet* than has been historically the case. Please explain what has prompted the need for the increased purchases of these drug(s):

We have 1 patient on Brand Name — Librium 10 mg —
she gets 90 Amonth

## VII. SIGNATURES

Signature of Person Completing this Questionnaire

Printed or Typed Name

2/27/08

Date

( 304 ) 429-6716 - 0240 @

Phone No. & email address medicine shoppe.com

the medicine shoppe # 290

Organization/Title

Please Complete and sign this **Retail Pharmacy Self-Questionnaire** along with **Compliance Representations and Warranties for Pharmacy Customers** (on page 6) and fax to: 614-757-5826.

Please note that if we do not receive from you by fax this <u>completed and signed</u> Self-Questionnaire <u>and</u> Compliance Representation and Warranty form within <u>five (5) business days</u> of receipt, your pharmacy's ability to order any more controlled substances from Cardinal Health will be <u>promptly suspended</u>.

Page 6 of 7

HIGHLY CONFIDENTIAL

*Medicine Shoppe 0290*

## VI.   ADDITIONAL COMMENTS

Based upon recent purchase history, it appears that your pharmacy may be purchasing greater quantities of prescription drugs containing _____ than has been historically the case.  Please explain what has prompted the need for the increased purchases of these drug(s):

Pentazocine 50g mg MFG OUT C.I.M. continues to
REORDER
Oxycodones covered WV MEDICAID Biggest PBM



BT 5541760
See Attached Utilization

## VII.   SIGNATURES

| | |
|---|---|
| *[signature]* | 364-429-6716 |
| Signature of Person Completing this Questionnaire | 0290 @ Medicine.Shoppe.com |
| | Phone No. & email address |
| Joe McGluthlin | R.Ph |
| Printed or Typed Name | Organization/Title |
| 7/31/08 | |
| Date | |

Please Complete and sign this **Retail Pharmacy Self-Questionnaire** along with **Compliance Representations and Warranties for Pharmacy Customers** (on page 6) and fax to: 614-757-5826.

Please note that if we do not receive from you by fax this <u>completed and signed</u> Self-Questionnaire <u>and</u> Compliance Representation and Warranty form within <u>five (5) business days</u> of receipt, your pharmacy's ability to order any more controlled substances from Cardinal Health will be <u>promptly suspended</u>.

HIGHLY CONFIDENTIAL

Karla Murphy
Quality & Regulatory Affairs

Phone: 614-757-7521   Fax: 614-553-5510

BT5541760

| Address | Phone | DEA | Description | Codes | Usage | Current Level | Changes Made | Division |
|---|---|---|---|---|---|---|---|---|
| 2402 Adams Avenue Huntington, WV 25704 | 304-429-6716 | BT5541760 | | | | | | |
| | | | DL-Amphetamine | 1100 | | | | |
| | | | Lisdexamfetamine | 1205 | | | | |
| | | | Phentermine | 1640 | | | | |
| | | | Methylphenidate | 1724 | | | | |
| | | | Phenobarbital | 2285 | | | | |
| | | | Dichloralphenazone | 2467 | | | | |
| | | | Clonazepam | 2737 | | | | |
| | | | Diazepam | 2765 | | | | |
| | | | Zolpidem | 2783 | | | | |
| | | | Meprobamate | 2820 | | | | |
| | | | Alprazolam | 2882 | | | | |
| | | | Lorazepam | 2885 | | | | |
| | | | Temazepam | 2925 | | | | |
| | | | Testosterone | 4187 | | | | |
| | | | Pseudoephedrine | 8112 | | | | |
| | | | Codeine | 9050 | | | | |
| | | | Buprenorphine | 9064 | | | | |
| | | | Dihydrocodeine | 9120 | | | | |
| | | | Oxycodone | 9143 | 16,755 | 20,000 ↑34,000 | | |
| | | | Diphenoxylate | 9170 | | | | |
| | | | Hydrocodone | 9193 | | | | |
| | | | Methadone | 9250 | | | | |
| | | | Dextropropoxyphene | 9273 | | | | |
| | | | Morphine | 9300 | | | | |
| | | | Fentanyl | 9801 | | | | |

Date: 8/1/08          8/1/2008   Adjusted By: 

HIGHLY CONFIDENTIAL

Store #: 0290

FOX MC PHARMACY SYSTEM

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| ROXICODONE 30 MG | TAB XAN | 65100075100340 | 8 | 968 | 1,936.68 | 2092.20 | 155.52 | 7. |
| TOTAL FOR SELECTED DRUGS | | | 8 | 968 | 1,936.68 | 2092.20 | 155.52 | 7. |

SELECTION CRITERIA   Tx Date Range   07/01/2008   07/31/2008   Report Type:
Drug Code        ROXI308      ROXI308      Report Order: 1
GPI                                      Number Drugs: 9999
Drug Schedule                            Summary Only: N
Canada Sched                             List Each Tx: N
Drug Group                               Compnd Ingrd: N
NDC/DIN Code
ASHP Class
Patient Code
Patient Group
Physician Code
Price Code
T/P Carrier
T/P Plan

☑002/025

HIGHLY CONFIDENTIAL

Store #: 0290

07/31/2008

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

FOX THE PDX PHARMACY SYSTEM

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| ENDOCET 10-325MG | TAB END | 65990002200335 | 15 | 1250 | 518.41 | 983.13 | 464.72 | 47. |
| TOTAL FOR SELECTED DRUGS | | | 15 | 1250 | 518.41 | 983.13 | 464.72 | 47. |

SELECTION CRITERIA   Tx Date Range   07/01/2008   07/31/2008   Report Type:
                     Drug Code       ENDO103      ENDO103      Report Order: 1
                     GPI                                       Number Drugs: 9999
                     Drug Schedule                             Summary Only: N
                     Canada Sched                              List Each Tx: N
                     Drug Group                                Compnd Ingrd: N
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

07/31/2008 16:51 FAX 3044296716

⌐003/025

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000504

P-42116_00011

Store #: 0290

PDX Inc - PDX Pharmacy System

MEDICINE SHOPPE #0290

DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| ENDOCET 10-650MG | TAB END | 65990002200340 | 2 | 244 | 101.82 | 299.13 | 197.31 | 65. |
| TOTAL FOR SELECTED DRUGS | | | 2 | 244 | 101.82 | 299.13 | 197.31 | 65. |

| SELECTION CRITERIA | Tx Date Range | 07/01/2008 | 07/31/2008 | Report Type: |
|---|---|---|---|---|
| | Drug Code | ENDO106 | ENDO106 | Report Order: 1 |
| | GPI | | | Number Drugs: 9999 |
| | Drug Schedule | | | Summary Only: N |
| | Canada Sched | | | List Each Tx: N |
| | Drug Group | | | Compnd Ingrd: N |
| | NDC/DIN Code | | | |
| | ASHP Class | | | |
| | Patient Code | | | |
| | Patient Group | | | |
| | Physician Code | | | |
| | Price Code | | | |
| | T/P Carrier | | | |
| | T/P Plan | | | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000505

P-42116_00012

Store #: 0290

07/31/2008

PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|
| OXYCOD-APAP 7.5-325 TAB MAL | 65990002200327 | 2 | 58 | 19.12 | 35.05 | 15.93 | 45. |
| TOTAL FOR SELECTED DRUGS | | 2 | 58 | 19.12 | 35.05 | 15.93 | 45. |

SELECTION CRITERIA   Tx Date Range   07/01/2008      07/31/2008         Report Type:
                     Drug Code       OXYC753         OXYC753            Report Order: 1
                     GPI                                                Number Drugs: 9999
                     Drug Schedule                                      Summary Only: N
                     Canada Sched                                       List Each Tx: N
                     Drug Group                                         Compnd Ingrd: N
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

HIGHLY CONFIDENTIAL

Store #: 0290

07/31/2008

PDX Inc. - PDX PHARMACY Systems
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT   *Huntington, WV*

07/31/2008 16:51 FAX 3044298716

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|-----------|--|----------------|-----|--------|------|--------|------|------|
| OXYCODONE 15 MG | TAB MAL | 65100075100325 | 20 | 2724 | 548.57 | 1264.86 | 716.29 | 56. |
| TOTAL FOR SELECTED DRUGS | | | 20 | 2724 | 548.57 | 1264.86 | 716.29 | 56. |

SELECTION CRITERIA   Tx Date Range   07/01/2008   07/31/2008
                     Drug Code       OXYC15       OXYC15
                     GPI
                     Drug Schedule
                     Canada Sched
                     Drug Group
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

Report Type:
Report Order: 1
Number Drugs: 9999
Summary Only: N
List Each Tx: N
Compnd Ingrd: N

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000507
P-42116_00014

☒006/025

Store #: 0290

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| ROXICODONE 15 MG | TAB XAN | 65100075100325 | 1 | 84 | 87.26 | 94.29 | 7.03 | 7. |
| TOTAL FOR SELECTED DRUGS | | | 1 | 84 | 87.26 | 94.29 | 7.03 | 7. |

SELECTION CRITERIA

Tx Date Range     07/01/2008     07/31/2008     Report Type:
Drug Code         ROXI151        ROXI151        Report Order: 1
GPI                                             Number Drugs: 9999
Drug Schedule                                   Summary Only: N
Canada Sched                                    List Each Tx: N
Drug Group                                      Compnd Ingrd: N
NDC/DIN Code
ASHP Class
Patient Code
Patient Group
Physician Code
Price Code
T/P Carrier
T/P Plan

HIGHLY CONFIDENTIAL

Store #: 0290

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| PERCOCET 5-325 MG | TAB END | 65990002200310 | 1 | 84 | 198.31 | 226.56 | 28.25 | 12. |
| TOTAL FOR SELECTED DRUGS | | | 1 | 84 | 198.31 | 226.56 | 28.25 | 12. |

SELECTION CRITERIA
Tx Date Range    07/01/2008    07/31/2008
Drug Code        PERC532       PERC532
GPI
Drug Schedule
Canada Sched
Drug Group
NDC/DIN Code
ASHP Class
Patient Code
Patient Group
Physician Code
Price Code
T/P Carrier
T/P Plan

Report Type:
Report Order: 1
Number Drugs: 9999
Summary Only: N
List Each Tx: N
Compnd Ingrd: N

HIGHLY CONFIDENTIAL

Case 3:17-cv-01362   Document 1516-19   Filed 01/13/22   Page 17 of 180 PageID #: 77863

Store #: 0290

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| PERCOCET 10-325 M | TAB END | 65990002200335 | 1 | 56 | 186.77 | 213.51 | 26.74 | 12. |
| TOTAL FOR SELECTED DRUGS | | | 1 | 56 | 186.77 | 213.51 | 26.74 | 12. |

SELECTION CRITERIA   Tx Date Range    07/01/2008      07/31/2008       Report Type:
                     Drug Code        PERC103         PERC103          Report Order: 1
                     GPI                                               Number Drugs: 9999
                     Drug Schedule                                     Summary Only: N
                     Canada Sched                                      List Each Tx: N
                     Drug Group                                        Compnd Ingrd: N
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

HIGHLY CONFIDENTIAL

Store #: 0290

PDX Inc.  PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYCONTIN 30 MG | TAB PUR | 65100075107430 | 2 | 112 | 458.12 | 499.61 | 41.49 | 8. |
| TOTAL FOR SELECTED DRUGS | | | 2 | 112 | 458.12 | 499.61 | 41.49 | 8. |

SELECTION CRITERIA   Tx Date Range    07/01/2008      07/31/2008       Report Type:
                     Drug Code        OXYC3026        OXYC3026         Report Order: 1
                     GPI                                               Number Drugs: 9999
                     Drug Schedule                                     Summary Only: N
                     Canada Sched                                      List Each Tx: N
                     Drug Group                                        Compnd Ingrd: N
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000511
P-42116_00018

Store #: 0290

07/31/2008

07/31/2008 16:52 FAX 3044296716

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|-----------|----------------|-----|--------|------|--------|------|------|
| OXYCONTIN 40 MG CR   TAB PUR | 65100075107440 | 19 | 1188 | 6,091.90 | 6697.29 | 605.39 | 9. |
| TOTAL FOR SELECTED DRUGS | | 19 | 1188 | 6,091.90 | 6697.29 | 605.39 | 9. |

SELECTION CRITERIA

| | | | |
|--|--|--|--|
| Tx Date Range | 07/01/2008 | 07/31/2008 | Report Type: |
| Drug Code | OXYC40 | OXYC40 | Report Order: 1 |
| GPI | | | Number Drugs: 9999 |
| Drug Schedule | | | Summary Only: N |
| Canada Sched | | | List Each Tx: N |
| Drug Group | | | Compnd Ingrd: N |
| NDC/DIN Code | | | |
| ASHP Class | | | |
| Patient Code | | | |
| Patient Group | | | |
| Physician Code | | | |
| Price Code | | | |
| T/P Carrier | | | |
| T/P Plan | | | |

HIGHLY CONFIDENTIAL

Store #: 0290

PDX Inc.: PDX Pharmacy Systems
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYCONTIN 60 MG | TAB PUR | 65100075107460 | 2 | 140 | 1,044.72 | 1127.07 | 82.35 | 7. |
| TOTAL FOR SELECTED DRUGS | | | 2 | 140 | 1,044.72 | 1127.07 | 82.35 | 7. |

SELECTION CRITERIA   Tx Date Range   07/01/2008   07/31/2008   Report Type:
                     Drug Code       OXYC601      OXYC601      Report Order: 1
                     GPI                                       Number Drugs: 9999
                     Drug Schedule                             Summary Only: N
                     Canada Sched                              List Each Tx: N
                     Drug Group                                Compnd Ingrd: N
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000513
P-42116_00020

Store #: 0290

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYCONTIN 80 MG CR | TAB PUR | 65100075107480 | 22 | 1964 | 18,939.26 | 20431.07 | 1,491.81 | 7. |
| TOTAL FOR SELECTED DRUGS | | | 22 | 1964 | 18,939.26 | 20431.07 | 1,491.81 | 7. |

| SELECTION CRITERIA | | | | |
|---|---|---|---|---|
| | Tx Date Range | 07/01/2008 | 07/31/2008 | Report Type: |
| | Drug Code | OXYC801 | OXYC801 | Report Order: 1 |
| | GPI | | | Number Drugs: 9999 |
| | Drug Schedule | | | Summary Only: N |
| | Canada Sched | | | List Each Tx: N |
| | Drug Group | | | Compnd Ingrd: N |
| | NDC/DIN Code | | | |
| | ASHP Class | | | |
| | Patient Code | | | |
| | Patient Group | | | |
| | Physician Code | | | |
| | Price Code | | | |
| | T/P Carrier | | | |
| | T/P Plan | | | |

HIGHLY CONFIDENTIAL

Store #: 0290

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYIR 5MG | CAP PUR | 65100075100110 | 1 | 56 | 17.96 | 24.91 | 6.95 | 27. |
| TOTAL FOR SELECTED DRUGS | | | 1 | 56 | 17.96 | 24.91 | 6.95 | 27. |

SELECTION CRITERIA    Tx Date Range    07/01/2008    07/31/2008    Report Type:
                      Drug Code        OXYI5         OXYI5         Report Order: 1
                      GPI                                          Number Drugs: 9999
                      Drug Schedule                                Summary Only: N
                      Canada Sched                                 List Each Tx: N
                      Drug Group                                   Compnd Ingrd: N
                      NDC/DIN Code
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

HIGHLY CONFIDENTIAL

Store #: 0290

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYCODONE 5 MG | TAB MAL | 65100075100310 | 5 | 522 | 39.63 | 121.99 | 82.36 | 67. |
| TOTAL FOR SELECTED DRUGS | | | 5 | 522 | 39.63 | 121.99 | 82.36 | 67. |

| SELECTION CRITERIA | Tx Date Range | 07/01/2008 | 07/31/2008 | Report Type: |
|---|---|---|---|---|
| | Drug Code | OXYC5 | OXYC5 | Report Order: 1 |
| | GPI | | | Number Drugs: 9999 |
| | Drug Schedule | | | Summary Only: N |
| | Canada Sched | | | List Each Tx: N |
| | Drug Group | | | Compnd Ingrd: N |
| | NDC/DIN Code | | | |
| | ASHP Class | | | |
| | Patient Code | | | |
| | Patient Group | | | |
| | Physician Code | | | |
| | Price Code | | | |
| | T/P Carrier | | | |
| | T/P Plan | | | |

HIGHLY CONFIDENTIAL

Store #: 0290

07/31/2008

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYCODONE 5MG IR | CAP ETH | 65100075100110 | 5 | 454 | 80.10 | 120.80 | 40.70 | 33. |
| TOTAL FOR SELECTED DRUGS | | | 5 | 454 | 80.10 | 120.80 | 40.70 | 33. |

SELECTION CRITERIA
Tx Date Range        07/01/2008    07/31/2008        Report Type:
Drug Code            OXYC55        OXYC55            Report Order: 1
GPI                                                  Number Drugs: 9999
Drug Schedule                                        Summary Only: N
Canada Sched                                         List Each Tx: N
Drug Group                                           Compnd Ingrd: N
NDC/DIN Code
ASHP Class
Patient Code
Patient Group
Physician Code
Price Code
T/P Carrier
T/P Plan

HIGHLY CONFIDENTIAL

Store #: 0290

07/31/2008

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|
| OXYCONTIN 10 MG CR  TAB PUR | 65100075107410 | 5 | 258 | 389.67 | 418.38 | 28.71 | 6. |
| TOTAL FOR SELECTED DRUGS | | 5 | 258 | 389.67 | 418.38 | 28.71 | 6. |

SELECTION CRITERIA   Tx Date Range   07/01/2008   07/31/2008
                     Drug Code       OXYC10       OXYC10
                     GPI
                     Drug Schedule
                     Canada Sched
                     Drug Group
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

Report Type:
Report Order: 1
Number Drugs: 9999
Summary Only: N
List Each Tx: N
Compnd Ingrd: N

07/31/2008 16:52 FAX            3044296716

Store #: 0290

PDX Inc.     PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|
| OXYCONTIN 20 MG CR  TAB PUR | 65100075107420 | 11 | 651 | 1,881.39 | 2124.60 | 243.21 | 11. |
|  |  | 11 | 651 | 1,881.39 | 2124.60 | 243.21 | 11. |

TOTAL FOR SELECTED DRUGS

SELECTION CRITERIA   Tx Date Range    07/01/2008    07/31/2008      Report Type:
                     Drug Code        OXYC201       OXYC201         Report Order: 1
                     GPI                                            Number Drugs: 9999
                     Drug Schedule                                  Summary Only: N
                     Canada Sched                                   List Each Tx: N
                     Drug Group                                     Compnd Ingrd: N
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

07/31/2008 16.52 FAX 3044296716

☑ 018/025

HIGHLY CONFIDENTIAL

Store #: 0290

FOX MEDS PHARMACY SYSTEM

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

07/31/2008

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|-----------|----------------|-----|--------|------|--------|------|------|
| OXYCOD/APAP 10-650  TAB WAT | 65990002200340 | 10 | 786 | 315.66 | 540.27 | 224.61 | 41. |
| TOTAL FOR SELECTED DRUGS | | 10 | 786 | 315.66 | 540.27 | 224.61 | 41. |

SELECTION CRITERIA

| | | |
|---|---|---|
| Tx Date Range | 07/01/2008 | 07/31/2008 |
| Drug Code | OXYC1061 | OXYC1061 |
| GPI | | |
| Drug Schedule | | |
| Canada Sched | | |
| Drug Group | | |
| NDC/DIN Code | | |
| ASHP Class | | |
| Patient Code | | |
| Patient Group | | |
| Physician Code | | |
| Price Code | | |
| T/P Carrier | | |
| T/P Plan | | |

Report Type:
Report Order: 1
Number Drugs: 9999
Summary Only: N
List Each Tx: N
Compnd Ingrd: N

HIGHLY CONFIDENTIAL

Ø019/025

Store #: 0290

07/31/2008

FDX THE 4DX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|-----------|----------------|-----|--------|------|--------|------|------|
| OXYCOD/APAP 10-325   TAB MAL | 65990002200335 | 8 | 716 | 284.50 | 747.94 | 463.44 | 61. |
| TOTAL FOR SELECTED DRUGS | | 8 | 716 | 284.50 | 747.94 | 463.44 | 61. |

SELECTION CRITERIA   Tx Date Range    07/01/2008         07/31/2008         Report Type:
                     Drug Code        OXYC103            OXYC103            Report Order: 1
                     GPI                                                    Number Drugs: 9999
                     Drug Schedule                                          Summary Only: N
                     Canada Sched                                           List Each Tx: N
                     Drug Group                                             Compnd Ingrd: N
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000521

P-42116_00028

Store #: 0290

07/31/2008

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYCODONE 20 MG | TAB ETH | 65100075100330 | 1 | 224 | 77.78 | 172.81 | 95.03 | 54. |
| TOTAL FOR SELECTED DRUGS | | | 1 | 224 | 77.78 | 172.81 | 95.03 | 54. |

SELECTION CRITERIA    Tx Date Range    07/01/2008    07/31/2008     Report Type:
                  Drug Code      OXYC20112     OXYC20112     Report Order: 1
                  GPI                                            Number Drugs: 9999
                  Drug Schedule                              Summary Only: N
                  Canada Sched                              List Each Tx: N
                  Drug Group                                Compnd Ingrd: N
                  NDC/DIN Code
                  ASHP Class
                  Patient Code
                  Patient Group
                  Physician Code
                  Price Code
                  T/P Carrier
                  T/P Plan

HIGHLY CONFIDENTIAL

Store #: 0290

07/31/2008

PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|

TOTAL FOR SELECTED DRUGS

SELECTION CRITERIA    Tx Date Range    07/01/2008        07/31/2008          Report Type:
                      Drug Code        OXYC1013          OXYC1013            Report Order: 1
                      GPI                                                    Number Drugs: 9999
                      Drug Schedule                                         Summary Only: N
                      Canada Sched                                          List Each Tx: N
                      Drug Group                                            Compnd Ingrd: N
                      NDC/DIN Code
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

HIGHLY CONFIDENTIAL

@022/025

Store #: 0290

07/31/2008

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|-----------|----------------|-----|--------|------|--------|------|------|
| OXYCOD/APAP 7.5-500 TAB WAT | 65990002200330 | 3 | 140 | 44.64 | 108.25 | 63.61 | 58. |
| TOTAL FOR SELECTED DRUGS | | 3 | 140 | 44.64 | 108.25 | 63.61 | 58. |

SELECTION CRITERIA

| | | | |
|---|---|---|---|
| Tx Date Range | 07/01/2008 | 07/31/2008 | Report Type: |
| Drug Code | OXYC7551 | OXYC7551 | Report Order: 1 |
| GPI | | | Number Drugs: 9999 |
| Drug Schedule | | | Summary Only: N |
| Canada Sched | | | List Each Tx: N |
| Drug Group | | | Compnd Ingrd: N |
| NDC/DIN Code | | | |
| ASHP Class | | | |
| Patient Code | | | |
| Patient Group | | | |
| Physician Code | | | |
| Price Code | | | |
| T/P Carrier | | | |
| T/P Plan | | | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000524

P-42116_00031

Store #: 0290

07/31/2008

| Drug Name | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|
| OXYCOD/APAP 5-500MG CAP BAR | 65990002200120 | 1 | 40 | 3.60 | 12.66 | 9.06 | 71. |
| TOTAL FOR SELECTED DRUGS | | 1 | 40 | 3.60 | 12.66 | 9.06 | 71. |

SELECTION CRITERIA

| | | | |
|---|---|---|---|
| Tx Date Range | 07/01/2008 | 07/31/2008 | Report Type: |
| Drug Code | OXYC5502 | OXYC5502 | Report Order: 1 |
| GPI | | | Number Drugs: 9999 |
| Drug Schedule | | | Summary Only: N |
| Canada Sched | | | List Each Tx: N |
| Drug Group | | | Compnd Ingrd: N |
| NDC/DIN Code | | | |
| ASHP Class | | | |
| Patient Code | | | |
| Patient Group | | | |
| Physician Code | | | |
| Price Code | | | |
| T/P Carrier | | | |
| T/P Plan | | | |

HIGHLY CONFIDENTIAL

Store #: 0290

07/31/2008

PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | | GPI Number/GCN | #Rx | #Units | Cost | Retail | $MRG | %MRG |
|---|---|---|---|---|---|---|---|---|
| OXYCODONE 30 MG | TAB MAL | 65100075100340 | 29 | 4036 | 1,341.63 | 3165.48 | 1,823.85 | 57. |
| TOTAL FOR SELECTED DRUGS | | | 29 | 4036 | 1,341.63 | 3165.48 | 1,823.85 | 57. |

SELECTION CRITERIA   Tx Date Range        07/01/2008          07/31/2008
                     Drug Code            OXYC30              OXYC30
                     GPI
                     Drug Schedule
                     Canada Sched
                     Drug Group
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

Report Type:
Report Order: 1
Number Drugs: 9999
Summary Only: N
List Each Tx: N
Compnd Ingrd: N

HIGHLY CONFIDENTIAL

**Monthly Usage Reporting     MEDICINE SHOPPE #0290**

Karla Murphy
Quality & Regulatory Affairs                    Phone: 614-757-7521   Fax: 614-553-5510

| Address | Phone | DEA | Description | Codes | Usage | Current Level | Changes Made | Division |
|---------|-------|-----|-------------|-------|-------|---------------|--------------|----------|
| 2402 Adams Avenue Huntington, WV 25704 | 304-429-6716 | BT5541760 | | | | | | |
| | | | | | | | | |
| | | | DL-Amphetamine | 1100 | | | | |
| | | | Lisdexamfetamine | 1205 | | | | |
| | | | Phentermine | 1640 | | | | |
| | | | Methylphenidate | 1724 | | | | |
| | | | Phenobarbital | 2285 | | | | |
| | | | Dichloralphenazone | 2467 | | | | |
| | | | Clonazepam | 2737 | | | | |
| | | | Diazepam | 2765 | | | | |
| | | | Zolpidem | 2783 | | | | |
| | | | Meprobamate | 2820 | | | | |
| | | | Alprazolam | 2882 | | | | |
| | | | Lorazepam | 2885 | | | | |
| | | | Temazepam | 2925 | | | | |
| | | | Testosterone | 4187 | | | | |
| | | | Pseudoephedrine | 8112 | | | | |
| | | | Codeine | 9050 | | | | |
| | | | Buprenorphine | 9064 | | | | |
| | | | Dihydrocodeine | 9120 | | | | |
| | | | Oxycodone | 9143 | 16,755 | | | |
| | | | Diphenoxylate | 9170 | | | | |
| | | | Hydrocodone | 9193 | | | | |
| | | | Methadone | 9250 | | | | |
| | | | Dextropropoxyphene | 9273 | | | | |
| | | | Morphine | 9300 | | | | |
| | | | Fentanyl | 9801 | | | | |

Date:                    8/1/2008   Adjusted By:

HIGHLY CONFIDENTIAL

## Howenstein, Kim

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **Sent:** | Wednesday, April 14, 2010 2:47 PM |
| **To:** | Emma, Douglas |
| **Subject:** | FW: Medicine Shoppe #77068 & #103089 DEA#BT5541760 |
| **Attachments:** | Picture 228.jpg; Picture 229.jpg; Picture 230.jpg; Picture 231.jpg; Picture 232.jpg |

This report Doug is specific to Oxy (9143)

3 month period
DC 008

9193- 23,087          Threshold set at 24,000

---

**From:** Hammond, Tawney
**Sent:** Tuesday, April 13, 2010 9:04 AM
**To:** Howenstein, Kim
**Subject:** FW: Medicine Shoppe #77068 & #103089 DEA#BT5541760

*I am adding to repo*

---

**From:** Kave, Jesse
**Sent:** Monday, April 12, 2010 3:32 PM
**To:** GMB-QRA-Anti-Diversion
**Cc:** Forst, Christopher
**Subject:** Medicine Shoppe #77068 & #103089 DEA#BT5541760

Updated utilization for Oxycodone Threshold

*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*

HIGHLY CONFIDENTIAL

# Anti-Diversion Customer Profile

**REVIEWED**
By Christopher J. Forst at 3:02 pm, Mar 01, 2010

CENTRAL

BT5541760    T AND J ENTERPRISES INC

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BT5541760 |
| Business Activity Code: | A   0 |   RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20121130 |

## CUSTOMER INFORMATION

T AND J ENTERPRISES INC
DBA THE MEDICINE SHOPPE       2402 ADAMS AVENUE
HUNTINGTON              WV     25704      3044296716     3044296716

| | |
|---|---|
| Dominant Accounting Class: | RETAIL INDEPENDENT |
| First Cardinal Account Created: | 3/19/1996 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 52 | Hydrocodone | 26,645 |
| Total Rx Sales ($): | $2,635,616.20 | Oxycodone | 211,700 |
| Control Substance (CS) Sales ($): | $641,853.27 | Alprazolam | 103,520 |
| Rx Dosage Units Sold | 2,994,080 | Phentermine | 4,600 |
| CS Dosage Units Sold | 649,480 | Carisoprodol | 2100 |
| % CS Purchases | 21.00% | Tramadol | 27130 |
| % AHOP CS Purchases | 53.00% | | |
| Total # of SOM Events: | 5 | | |
| Most Recent SOM: | 7/30/2008 | | |

## SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| # of Events: | 2 | Not unreasonable end-of-month order. Order released. No threshold change. |
| Overage date: | 2/28/2010 | |
| Total Accrual: | 24,290 | |
| Monthly Limit: | 24,000 | |
| Order#: | 6277749 | |
| Item#: | 3526621 | |

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Feb 09 | 15,320 | Aug 09 | 15,900 |
| Mar 09 | 15,800 | Sep 09 | 17,000 |
| Apr 09 | 16,790 | Oct 09 | 17,730 |
| May 09 | 16,900 | Nov 09 | 18,650 |
| Jun 09 | 17,820 | Dec 09 | 23,130 |
| Jul 09 | 15,500 | Jan 10 | 21,360 |

## DISTRACK INFORMATION

| | | |
|---|---|---|
| Dublin 6 | WH | 103089 |
| 8 | BT5541760 | 9143 |

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic | |
|---|---|---|---|
| County / Population: | | WAYNE | 45,824 |
| Population of Zip | Income / Household | Median Age | |
| 17,019 | $27,335.00 | 38.60 | |

## REVIEW CHECKLIST

Customer Profile
Held Order
AR Limit
Shipped Report
Ordered Report
Release/Cancel Report
Validate Order Limits
Customer Inquiry
SCI Repository Review
Contact Customer

## QRA DECISION

Release Order ✓
Cut Order
Increase SOM Limits
Report Order to DEA
QRA Site Visit
Sales Site Visit

**Company Confidential - Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth

3/1/2010 8:33:14 AM

CAH_FEDWV_00000529

P-42116_00036

## Howenstein, Kim

| | |
|---|---|
| **From:** | Emma, Douglas |
| **Sent:** | Wednesday, April 14, 2010 3:17 PM |
| **To:** | Howenstein, Kim |
| **Subject:** | FW: Medicine Shoppe #77068 & #103089 DEA#BT5541760 |
| **Attachments:** | Picture 228.jpg; Picture 229.jpg; Picture 230.jpg; Picture 231.jpg; Picture 232.jpg |

Kim,
I made a TH adjustment to 26502
DE

---

**From:** Howenstein, Kim
**Sent:** Wednesday, April 14, 2010 1:47 PM
**To:** Emma, Douglas
**Subject:** FW: Medicine Shoppe #77068 & #103089 DEA#BT5541760

This report Doug is specific to Oxy (9143)

3 month period
DC 008

9193- 23,087          Threshold set at 24,000

---

**From:** Hammond, Tawney
**Sent:** Tuesday, April 13, 2010 9:04 AM
**To:** Howenstein, Kim
**Subject:** FW: Medicine Shoppe #77068 & #103089 DEA#BT5541760

*I am adding to repo*

---

**From:** Kave, Jesse
**Sent:** Monday, April 12, 2010 3:32 PM
**To:** GMB-QRA-Anti-Diversion
**Cc:** Forst, Christopher
**Subject:** Medicine Shoppe #77068 & #103089 DEA#BT5541760

Updated utilization for Oxycodone Threshold

*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*

CAH_FEDWV_00000530
P-42116_00037

**Hammond, Tawney**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Thursday, April 01, 2010 2:57 PM |
| **To:** | GMB-QRA-AD-Thresholds |
| **Subject:** | Response for HSCS-P Threshold Event |

```
E-mail notification for survey response
Survey Title: HSCS-P Threshold Event
Respondent Unique Key: INQ-20100401134731-2086775484 Response Date: Thu, Apr 01, 2010
13:56:56


Page 1

    Facility Name:
    {Enter text answer}
    [ The Medicine Shoppe ]

    Facility Address:
    {Enter text answer}
    [ 2402 Adams Avenue Huntington, WV 25704 ]

    Facility Contact:
    {Enter text answer}
    [ Joe McGlothlin ]

    Facility Phone:
    {Enter text answer}
    [ 3044296716 ]

    Facility Fax No.:
    {Enter text answer}
    [ 3044291924 ]

    Please outline the underlying factors that are contributing to your need
    for the increased quantities of the drug family:
    {Enter answer in paragraph form}
    [ We used more Oxycodone in the month of March due to a local pharmacy
    Safe-Script sending patients to us. Physicians writing orders were Dr
    A.Ozturk, R. Memon, and D.H. Webb physicians are located in Huntington, WV.
    A. Ozturk BO1101512 R. Memon FM1057492 D.H. Webb AW4345167 ]

    Name of Drug Family held per Regulatory Review:
    {Enter text answer}
    [ Oxycodone ]

    Facility DEA#:
    {Enter text answer}
    [ BT5541760 ]

    Name of Person Responding:
    {Enter text answer}
    [ Joe McGlothlin ]
```

1

HIGHLY CONFIDENTIAL

```
Store #: 0290                          PDX INC. PDX PHARMACY SYSTEM                        Page: 1
                                       MEDICINE SHOPPE #0290
04/08/2010                                DRUG MOVEMENT REPORT                    01/01/2010-03/31/2010
```

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|--|-----------|-----|--------|------|--------|------|------|-------|
| ROXICET 5-325 MG | TAB ROX | 00054465029 | 59 | 3539 | 222.68 | 620.19 | 397.51 | 64.09 | 6.74 |
| ROXICET 5-325/5 | SOL ROX | 00054368663 | 1 | 480 | 34.07 | 42.95 | 8.88 | 20.68 | 8.88 |
| TOTAL FOR SELECTED DRUGS | | | 60 | 4019 | 256.75 | 663.14 | 406.39 | 61.28 | 6.77 |

```
SELECTION CRITERIA  Tx Date Range   01/01/2010         03/31/2010      Report Type:
                    Drug Code       ROXI532            ROXI550         Report Order: 1
                    GPI                                                Number Drugs: 100
                    Drug Schedule                                      Summary Only: N
                    Canada Sched                                       List Each Tx: N
                    Drug Group                                         Compnd Ingrd: Y
                    NDC/DIN Code
                    ASHP Class
                    Patient Code
                    Patient Group
                    Physician Code
                    Price Code
                    T/P Carrier
                    T/P Plan
```

CAH_FEDWV_00000532
P-42116_00039

HIGHLY CONFIDENTIAL

CAH_FEDWV_0000533
P-42116_00040

HIGHLY CONFIDENTIAL

Store #: 0290

04/08/2010

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
01/01/2010-03/31/2010

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | SMRG | %MRG | AVG $ |
|-----------|-----------|-----|--------|------|--------|------|------|-------|
| PERCOCET 7.5-325M    TAB END | 63481062870 | 4 | 252 | 838.51 | 858.55 | 20.04 | 2.33 | 5.01 |
| TOTAL FOR SELECTED DRUGS | | 4 | 252 | 838.51 | 858.55 | 20.04 | 2.33 | 5.01 |

SELECTION CRITERIA   Tx Date Range    01/01/2010      03/31/2010        Report Type:
                     Drug Code        PERC103          PERC755          Report Order: 1
                     GPI                                                 Number Drugs: 100
                     Drug Schedule                                       Summary Only: N
                     Canada Sched                                        List Each Tx: N
                     Drug Group                                          Compnd Ingrd: Y
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

Store #: 0290

04/08/2010

PDX INC. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
01/01/2010-03/31/2010

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| ROXICODONE 30 MG | TAB XAN | 66479058210 | 9 | 980 | 2,286.92 | 2400.96 | 114.04 | 4.75 | 12.67 |
| TOTAL FOR SELECTED DRUGS | | | 9 | 980 | 2,286.92 | 2400.96 | 114.04 | 4.75 | 12.67 |

SELECTION CRITERIA   Tx Date Range   01/01/2010          03/31/2010          Report Type:
                     Drug Code       ROXI151             ROXI308             Report Order: 1
                     GPI                                                     Number Drugs: 100
                     Drug Schedule                                           Summary Only: N
                     Canada Sched                                            List Each Tx: N
                     Drug Group                                              Compnd Ingrd: Y
                     NDC/DIN Code
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

CAH_FEDWV_00000534
P-42116_00041

HIGHLY CONFIDENTIAL

CAH_FEDWV_0000535
P-42116_00042

HIGHLY CONFIDENTIAL

Store #: 0290

04/08/2010

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
01/01/2010-03/31/2010

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| ENDOCET 10-325MG | TAB END | 60951071270 | 45 | 3540 | 1,476.75 | 2284.71 | 807.96 | 35.36 | 17.95 |
| ENDOCET 7.5-325M | TAB END | 60951070070 | 9 | 652 | 252.44 | 393.51 | 141.07 | 35.85 | 15.67 |
| ENDOCET 10-650MG | TAB END | 60951079770 | 1 | 56 | 23.37 | 29.37 | 6.00 | 20.43 | 6.00 |
| TOTAL FOR SELECTED DRUGS | | | 55 | 4248 | 1,752.56 | 2707.59 | 955.03 | 35.27 | 17.36 |

SELECTION CRITERIA     Tx Date Range   01/01/2010        03/31/2010        Report Type:
                       Drug Code       ENDO103           ENDO755          Report Order: 1
                       GPI                                                 Number Drugs: 100
                       Drug Schedule                                       Summary Only: N
                       Canada Sched                                        List Each Tx: N
                       Drug Group                                          Compnd Ingrd: Y
                       NDC/DIN Code
                       ASHP Class
                       Patient Code
                       Patient Group
                       Physician Code
                       Price Code
                       T/P Carrier
                       T/P Plan

# Anti-Diversion Customer Profile

QRA Site Visit ☐   Sales Site Visit ☐

**BT5541760   T AND J ENTERPRISES INC**

| Drug Family | 9143 | OXYCODONE HYDROCHLORIDE |
|---|---|---|
| # Events | 1 | |
| Overage Date | 7/30/2008 | |
| Total Accrual | 20,060 | |
| Monthly Limit | 20,000 | |
| Order # | 3352444 | |
| Item # | 3591385 | |

| Jul 07 | 17,260 | Jan 08 | 18,790 |
|---|---|---|---|
| Aug 07 | 15,760 | Feb 08 | 15,160 |
| Sep 07 | 17,760 | Mar 08 | 16,460 |
| Oct 07 | 19,080 | Apr 08 | 16,460 |
| Nov 07 | 17,510 | May 08 | 18,950 |
| Dec 07 | 16,800 | Jun 08 | 16,960 |

| Average Units Per Month | 17,241 |
|---|---|
| % Order Quantity Above Average | 16.35% |

**Distrack Information**

| Dublin 6 | WH | 77068 |
|---|---|---|
| 8 | BT5541760 | 9143 |

Reviewed By:

Executed By:

Increase Limits ☐
Release Order ☐
Cut Order ☐
Report Order to DEA ☐

Thursday, July 31, 2008

HIGHLY CONFIDENTIAL

 

**Current Date:** 2/27/2008                    **Data File Release Date:** 02/05/2008

### Drug Enforcement Administration (DEA) Datafiles -Both

### Registrant Profile

*for*

### T AND J ENTERPRISES INC

Address:

DBA THE MEDICINE SHOPPE
2402 ADAMS AVENUE
HUNTINGTON

State / Zip:   WV 25704

DEA Number:   BT5541760

Business Activity Code:   A

Business Activity Sub Code:   0

Drug Schedule:   22N 33N 4 5

Expiration Date:   11/30/2009

HIGHLY CONFIDENTIAL                                        CAH_FEDWV_00000537
                                                              P-42116_00044

       

**Current Date:** 2/27/2008                    **Data File Release Date:** 02/05/2008

## Drug Enforcement Administration (DEA) Datafiles -Both

## Registrant Profile

*for*

### OZTURK, AHMET H MD

Address: CABELL HUNTINGTON HOSPITAL
REGIONAL PAIN MANAGEMENT CTR
1623 THIRTEENTH AVENUE
HUNTINGTON

State / Zip: WV 25701

DEA Number: BO1101512

Business Activity Code: C

Business Activity Sub Code: 0

Drug Schedule: 22N 33N 4 5

Expiration Date: 12/31/2008

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000538
P-42116_00045

   

**Current Date:** 2/27/2008                    **Data File Release Date:** 02/05/2008

## Drug Enforcement Administration (DEA) Datafiles -Both

## Registrant Profile

*for*

### CARAWAY, DAVID L MD

| | |
|---|---|
| Address: | THE CENTER FOR PAIN RELIEF TRI STATE, PL |
| | 2900 FIRST AVEUNE |
| | 1ST FLOOR |
| | HUNTINGTON |
| State / Zip: | WV 25702 |
| DEA Number: | BC7126142 |
| Business Activity Code: | C |
| Business Activity Sub Code: | 0 |
| Drug Schedule: | 22N 33N 4 5 |
| Expiration Date: | 8/31/2009 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000539
P-42116_00046



WV.GOV - WVDHHR.ORG - WVBOM                                    DHHR Site Search - DH

## West Virginia Board of Medicine

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2007 |
| Newsletter |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| **Position Statements** |
| Conflict of Interest |
| Sexual Misconduct |
| Corporate Practice of Medicine |
| Policy for the Use of Controlled Substances for the Treatment of Pain |
| Addressing the Board |
| Pain Management at End of Life |

### West Virginia Board of Medicine Licensee Searcl

Choose a search type, enter search information, select from the results, and v
details.  For help with searching or understanding the information displayed, c
Help.  This link will open a new screen which you may keep available for refe

Terms of Use/Disclaimer

Printer

Search Results: **Licensee Detailed Information**

Full Name: **DAVID LEE CARAWAY, M.D.**

| | |
| --- | --- |
| Born: | 1956 |
| Preferred Mailing Address: | P.O. BOX 11531 CHARLESTON, WV 25339-1531 |
| Primary Work Location: | 2900 1ST AVE. HUNTINGTON, WV 25702 (KANAWHA CO.) |
| Permanent License: | PERMANENT MEDICAL  # 18714  ACTIVE |
| Originally Granted: | 9/9/1996 |
| Next Expires: | 6/30/2008 |
| Temporary License: | # A0722  EXPIRED |
| Issued: | 7/24/1996 |
| Expired: | 9/9/1996 |
| Drug Dispensing Certificate: | # 02431  ACTIVE |
| Originally Granted: | 5/5/2000 |
| Next Expires: | 6/30/2009 |
| Also Licensed Or Has Been Licensed In: | VIRGINIA |
| Medical School: | UNIVERSITY OF VIRGINIA SCHOOL OF MEDICINE, VA (05/17/1992) |
| Post-Graduate Training: | UNIVERSITY VA HS CTR, CHARLOTTESVILLE, VA (06/3( |
| Primary Specialty (Self-Designated): | ANESTHESIOLOGY |
| Secondary Specialty (Self-Designated): | PAIN MEDICINE |
| PAs Currently Supervised: | JESSICA ERIN RULEN-RIDDLE, PA |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | 1 CASE -- MORE INFORMATION |

**1** Results Found
Last Name Like: **"caraway"**   First Name Like: **""**   Profession: **Any**

HIGHLY CONFIDENTIAL                                                    CAH_FEDWV_00000540
                                                                      P-42116_00047

Case 3:17-cv-01362   Document 1516-19   Filed 01/13/22   Page 48 of 180 PageID #: 77894

**WV.GOV - WVDHHR.ORG - WVBOM**          DHHR Site Search - DH



West Virginia
# Board of Medicine

| Board Information |
| --- |
| WVBOM Home Page |
| About the WVBOM |
| Available Services |
| Staff Members |
| Members and Officers |
| Committees |
| Board Meetings |
| Applications |
| Forms |
| **Laws and Rules** |
| Medical Practice Act |
| Rules |
| Continuing Education |
| Management of Intractable Pain |
| **Licensure** |
| Requirements - MD's |
| Requirements - DPM's |
| Requirements - PA's |
| Activity |
| Request for Continuation of License - Military Deployment |
| **Miscellaneous** |
| Licensee Search |
| Directory |
| Annual Report 2007 |
| Newsletter |
| Disciplinary Action |
| WVBOM FAQ's |
| Renewal FAQ's |
| Contact Info |
| **Position Statements** |
| Conflict of Interest |
| Sexual Misconduct |
| Corporate Practice of Medicine |
| Policy for the Use of Controlled Substances for the Treatment of Pain |
| Addressing the Board |
| Pain Management at End of Life |

## West Virginia Board of Medicine Licensee Searc

Choose a search type, enter search information, select from the results, and v
details.  For help with searching or understanding the information displayed, g
Help.  This link will open a new screen which you may keep available for refer

Terms of Use/Disclaimer

Printer

Search Results: **Licensee Detailed Information**

Full Name: **AHMET HUSAMETTIN OZTURK, M.D.**

| | |
| --- | --- |
| Born: | 1953 |
| Preferred Mailing Address: | PAIN CARE, PLLC<br>P. O. BOX 8166<br>HUNTINGTON, WV 25705 |
| Primary Work Location: | PO BOX 8166<br>HUNTINGTON, WV 25705 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 15431  ACTIVE |
| Originally Granted: | 3/14/1988 |
| Next Expires: | 6/30/2009 |
| Drug Dispensing Certificate: | # 00378  ACTIVE |
| Originally Granted: | 7/1/1991 |
| Next Expires: | 6/30/2009 |
| Also Licensed Or Has Been Licensed In: | FLORIDA   NEW JERSEY   NEW YORK   OHIO |
| Medical School: | MEDICAL FACULTY, ANKARA UNIVERSITY (TURKEY) (08/17/1977) |
| Post-Graduate Training: | METHODIST HOSPITAL, BROOKLYN, NY (06/30/1987) |
| Primary Specialty (Self-Designated): | PAIN MEDICINE |
| Secondary Specialty (Self-Designated): | ANESTHESIOLOGY |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | 2 CASES -- MORE INFORMATION |

**55** Results Found
Last Name Like: **"oz"**    First Name Like: **""**    Profession: **Any**

| Name ▲ | Profession | City, |
| --- | --- | --- |
| MUNOZ-POSADA, EMMANUEL | MD | WHEELIN( |
| OZON, ROBERT KENT | MD | PASCAGOUL |
| OZTURK, AHMET HUSAMETTIN | MD | HUNTINGTOI |

HIGHLY CONFIDENTIAL                                    CAH_FEDWV_00000541

P-42116_00048

West Virginia Board of Pharmacy



# Business Details

| License Number | SP0550702 |
|---|---|
| Business Type | Single-Site Community Pharmacy |
| Business Name | Medicine Shoppe (The) |
| Address1 | 2402 Adams Avenue |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25704 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Joseph C. McGlothlin |
| Date Issued | |
| Expiration Date | 06/30/2009 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of September 18, 2008.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000542
P-42116_00049



# Individual Details

| License Number | RP0003911 |
| --- | --- |
| License Type | Registered Pharmacist |
| Name | McGlothlin, Joseph C. |
| State of Current Residence | WV |
| Date Issued | |
| Expiration Date | 06/30/2009 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of January 30, 2008.

http://www.state.wv.us/pharmacy/index.cfm?fuseaction=Individual.fa_GetIndividualDetail...   2/27/2008

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000543
P-42116_00050


CardinalHealth

*T&J Gutapries, Inc* Compliance Representations and Warranties for Pharmacy Customers:

*dot The Medicine Shoppe* ("CUSTOMER") REPRESENTS AND WARRANTS THAT IT

1. **WILL ABIDE BY ALL APPLICABLE LAWS, RULES, REGULATIONS, ORDINANCES AND GUIDANCE OF FEDERAL DRUG ENFORCEMENT ADMINISTRATION ("DEA"), THE STATES INTO WHICH IT DISPENSES CONTROLLED SUBSTANCES AND THE STATES IN WHICH IT IS LICENSED.**

2. **WILL NOT DISPENSE CONTROLLED SUBSTANCES IF IT SUSPECTS THAT A PRESCRIPTION IS NOT ISSUED FOR A LEGITIMATE MEDICAL PURPOSE OR IN THE NORMAL COURSE OF PROFESSIONAL PRACTICE.**

In addition, Customer warrants that it understands that Cardinal Health is required by DEA regulations to report to the local DEA Diversion field office any instances of suspicious orders of controlled substances, and agrees to act in good faith in assisting Cardinal Health to fulfill its obligation. To that end, Customer agrees that it will be alert for red flags of suspicious orders, including but not limited to:

1. Numerous controlled substance prescriptions written for the same drugs, in the same quantities for the same time period by the same or different prescribers or group of prescribers for the same patient;

2. Numerous controlled substance prescriptions written for the same person or several persons by the same prescriber or group of prescribers;

3. Numerous prescriptions written for the same patient by prescribers located in different states than the patient;

Customer agrees that if any of the above-noted or other red flags exist, it is prudent to contact the prescriber to validate the legitimacy of the prescription and/or to discontinue filling prescriptions from the prescriber, group of prescribers, or customer in question. In addition, the pharmacist should contact the State Board of Pharmacy or local DEA Diversion Field Office (see Appendix N, DEA Pharmacist's Manual, April 2004).

Customer acknowledges that Cardinal Health may provide a copy of this agreement to the DEA or any other state or federal regulatory agency or licensing board.

Customer agrees that any failure to comply with this Agreement may result in the immediate termination of the relationship between Cardinal Health and Customer, in whole or in part, notwithstanding any other agreements to the contrary.

Agreed to by a duly authorized officer, partner, or principal of pharmacy Customer.

Signature: _____

Full Name (print): *Joe M'Glothlin*

Title: *R.Ph*

Date: *2/27/08*

Corporate Compliance - Revised 10/18/07

Page 7 of 7

HIGHLY CONFIDENTIAL                                      CAH_FEDWV_00000544

P-42116_00051


CardinalHealth

## RETAIL PHARMACY
## SELF-QUESTIONNAIRE

### I.   GENERAL

| | |
|---|---|
| 1. Form completed By (Name)/Date | Lynette Bunyan        2/01/08 |
| 2. Pharmacy Name | T & J Enterprises, Inc |
| 3. DBA ("doing business as" if name differs from corporate name or name on licenses) | The Medicine Shoppe #290 |
| 4. Has pharmacy ever operated under a different name? | ☐ YES   ☒ NO |
| 5. If yes, what name(s)? | |
| 6. Pharmacy Address | 2402 Adams Ave, Huntingt. WV 25704 |
| 7. Pharmacy Phone | (304) 429-6716 |
| 8. Pharmacy Fax | (304) 429-1924 |
| 9. Name of Pharmacist in charge. (List all licensed staff in Section VI) | Joseph C. McGlothlin, R.Ph. |
| 10. DEA Registration # of pharmacy | BT 5541760 |
| 11. Does your pharmacy sell anything other prescription drugs. (e.g., does the pharmacy have a front end)? If so, please describe what merchandise is sold (e.g., durable medical equipment; home healthcare aids, vitamins, cosmetics, etc.)? | ☒ YES   ☐ NO   If yes, please describe: DME, Home Healthcare Aids, Vitamins, Medicine Shoppe line of OTC |

### II.   OWNERSHIP

| | |
|---|---|
| 12. Ownership type (check one) | ☐ Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other |
| 13. If corporation, indicate state of incorporation | West Virginia |
| 14. Owner(s) name or Corporate Officers if a Corporation | Joseph C McGlothlin, President  Neda McGlothlin, Vice-President |

Rev. 12/27/07

Page 1 of 7

| 15. Owner's Business Address | 2402 Adams Ave, Huntington, WV 25704 |
|---|---|
| 16. Owner's Phone | (304) 429-6716 |
| 17. Owner's Fax | (304) 429-1924 |
| 18. Number of years owner has operated pharmacy | |

| 19. Is owner a licensed pharmacist? If so, please identify which State(s) and license number(s) | ☒ YES        ☐ NO |
|---|---|
| | State(name) _WV_ Pharmacist License # _3911_ |
| | State(name) _____ Pharmacist License # _____ |
| | State(name) _____ Pharmacist License # _____ |

| 20. Does owner operate/own any other pharmacies? | ☐ YES        ☒ NO |
|---|---|
| 21. If yes, provide the following (Attach additional sheets as necessary) | |
| Name | |
| Address | |
| State and Pharmacy License # | |
| 22. Pharmacy owner must sign a compliance agreement requiring the pharmacy to adhere to all rules and regulations regarding diversion (copy attached at end of this form). Will this agreement be signed and provided to Cardinal Health? | ☒ YES        ☐ NO |

## III.  PRIOR HISTORY AND ASSOCIATIONS

| 23. Has your pharmacy ever had a DEA registration suspended or revoked? | ☐ YES        ☒ NO |
|---|---|
| a) If yes, provide details | |
| 24. Has the pharmacy owner ever had a DEA registration suspended or revoked? | ☐ YES        ☒ NO |
| a) If yes, provide details | |

Page 2 of 7

HIGHLY CONFIDENTIAL

## IV.   BUSINESS INFORMATION

| | |
|---|---|
| 25. Please provide a list of names of all pharmaceutical distributors pharmacy has used within the last 24 months | Premed Pharma        Anda Pharma |
| 26. Is the pharmacy affiliated with any other pharmacies or Internet websites? | ☐ YES        ☒ NO |
| a) If yes, provide the following (Attach additional sheets as necessary) | |
| Name | |
| Address or URL Address | |
| Phone | |
| 27. How does pharmacy receive business (check all that apply)? | ☒ Internet  ☒ Fax  ☐ Mail Order  ☒ Phone  ☒ Walk in |
| a) For each type of business, what percentage of total business does that represent? | ___ % Internet    29 % Fax    ___ % Mail Order    30 % Phone    40 % Walk in |
| 28. Which states does pharmacy ship prescriptions into (if any)? | |
| 29. Is pharmacy licensed for sales into states which it dispenses?  a) If so, identify which states and provide the pharmacy license number(s) for those state(s). | ☐ YES        ☐ NO  State(name) _____ Pharmacy License # _____  State(name) _____ Pharmacy License # _____  State(name) _____ Pharmacy License # _____ |
| 30. Does pharmacy fill prescriptions for out-of-state patients? | ☒ YES        ☐ NO |
| 31. Does the pharmacy routinely fill prescriptions written by prescribers in other states?"  a) If yes, what % of prescriptions? | ☒ YES        ☒ NO  a) If yes, the percentage of prescriptions filled by your pharmacy for out-of-state prescribers is : ___% |

Page 3 of 7

HIGHLY CONFIDENTIAL

b) If yes to No. 31(a), please provide the name(s) and address(es) of your most frequent out-of-state prescriber(s):

| Name of Out-of-State Prescriber | Address | Prescriber's Name | Prescriber's DEA # |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | |
|---|---|
| 32. How many prescriptions does your pharmacy fill on average? | Daily _250_     Monthly_____ |
| 33. Hours of operation of pharmacy | _Monday - Friday 9:30-6:00_    _Saturday 9:30-1:00_ |
| 34. Is the pharmacy a closed door pharmacy? | ☐ YES     ☒ NO |

| 35. Does the pharmacy service nursing homes, long term care facilities ("LTFC"), hospice or other inpatient facilities? If so, describe. | Nursing Home ☐ YES    ☐ NO<br>LTCF ☐ YES    ☐ NO<br>Hospice ☒ YES    ☐ NO<br>Other ☐ YES    ☐ NO |
|---|---|
| a) If yes, what percentage of the pharmacy's business is attributable to each of those types of facilities? Request copies of agreements. | Nursing Home _____%<br>LTCF _____%<br>Hospice __1__%<br>Other _____% |
| 36. Does the pharmacy have a Internet web site? | ☒ YES     ☐ NO |
| a) If yes, provide web address | _0290 @ medicineshoppe.com_ |

| 37. How does pharmacy receive payment for products and in what approximate percentage? | Insurance | ☒ YES | ☐ NO | % of Revenue _20%_ |
|---|---|---|---|---|
| | Medicare/Medicaid | ☒ YES | ☐ NO | % of Revenue _75%_ |
| | Cash | ☒ YES | ☐ NO | % of Revenue _5%_ |
| | Other | ☐ YES | ☐ NO | % of Revenue _____ |
| a) If other, provide details | | | | |

Page 4 of 7

HIGHLY CONFIDENTIAL

| 38. What % of pharmacy's prescription sales are controlled substances? | 15% | |
|---|---|---|

| 39. Does the pharmacy service pain management clinics/nursing homes/ long term care facilities (LTCF)/hospice? | Pn. Mgmt. Cl. ☒YES  ☐NO  Nursing Home ☐YES  ☒NO  If yes, how many nursing homes _____  How many beds per nursing home: _____  LTCF ☐YES  ☒NO  If yes, how many LTCF: _____  How many beds per LTCF: _____  Hospice ☒YES  ☐NO |

| a) If yes, list the following for each pain management clinic | Provide copy of contracts (if it exists) for hospice, LTCF and nursing home(s) and contact name at these institutions |

| Name of Clinic | Address of Clinic | Prescriber's Name | Prescriber's DEA # |
|---|---|---|---|
| CHH Regional Pain Management Center | 1623 13th Ave Huntington, WV 25701 | Dr. Ahmet Ozturk | BO1101512 |
| | 2900 1st Ave Huntington WV 25702 | Dr. David Caraway | BC7126142 |
| | | | |

## V.  DESCRIPTION OF NEIGHBORHOOD

| 40. Is the pharmacy located within a medical center? | ☐YES  ☒NO |
|---|---|
| 41. Is the pharmacy located within a strip mall? | ☐YES  ☒NO |
| 42. General description of neighborhood (e.g., urban; rural; low income or upscale area; business district; residential area, etc.) | Residential Area |
| 43. Are there hospitals, doctors' offices or medical clinics located in vicinity of the pharmacy? | Doctor Offices ☒YES  ☐NO  Medical Clinics ☒YES  ☐NO |
| a) If so, identify name, type, address, proximity to the pharmacy | Doctor Offices Dr. Greg Holmes  1/2 m.  Medical Clinics Valley Health Services  1/2 m. |

Page 5 of 7

HIGHLY CONFIDENTIAL

# Anti-Diversion Early Dialogue Profile

**REVIEWED**
*By Doug Emma at 2:20 pm, Sep 09, 2010*

CENTRAL

BT5541760   T AND J ENTERPRISES INC

## DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BT5541760 |
| Business Activity Code: | A   0   RETAIL PHARMACY |
| DEA Schedules: | 22N 33N 4 5 |
| License Expiration Date: | 20121130 |

## CUSTOMER INFORMATION

T AND J ENTERPRISES INC

DBA THE MEDICINE SHOPPE       2402 ADAMS AVENUE

HUNTINGTON       WV   25704   3044296716   3044296716

| | |
|---|---|
| Dominant Accounting Class: | INDEPENDENT       MEDICINE SHOPPE INDE |
| First Cardinal Account Created: | 3/19/1996 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

## PURCHASE PROFILE

*The below metrics are aggregated based on the previous 12 months sales figures*

| # of Drug Families Purchased: | 51 | Hydrocodone | 30,161 |
|---|---|---|---|
| Total Rx Sales ($): | $2,746,254.27 | Oxyocodone | 259,200 |
| Control Substance (CS) Sales ($): | $816,193.93 | Alprazolam | 98,300 |
| Rx Dosage Units Sold: | 2,972,822 | Phentermine | 4,100 |
| CS Dosage Units Sold: | 675,748 | Carisoprodol | 2000 |
| % CS Purchases | 22.73% | Tramadol | 26250 |
| % AHOP CS Purchases | 57.97% | | |
| # of SOM Events (Family) | | | |
| Recent SOM Event (Family) | | | |

## EARLY DIALOGUE INFORMATION

| | |
|---|---|
| Drug Family: | 9273   DEXTROPROPOXYPHENE NAPSYLATE |
| Allocated Accrual: | 8,500 |
| Threshold Limit: | 11,000 |
| % of Limit: | 77 |
| Previous Month Max: | |
| % Variance (Max): | |

No threshold adjustment

## HISTORICAL PURCHASE DATA

| | | | |
|---|---|---|---|
| Aug 09 | 3,100 | Feb 10 | 3,000 |
| Sep 09 | 0 | Mar 10 | -100 |
| Oct 09 | 3,100 | Apr 10 | 3,100 |
| Nov 09 | 3,000 | May 10 | 0 |
| Dec 09 | 3,000 | Jun 10 | 3,100 |
| Jan 10 | 0 | Jul 10 | 2,500 |

## DISTRACK INFORMATION

Dublin 6       WH

8       BT5541760       9273

## REGIONAL DEMOGRAPHICS

| Region: | South | South Atlantic | |
|---|---|---|---|
| County / Population: | WAYNE | | 45,824 |
| Population of Zip | Income / Household | Median Age | |
| 17,019 | $27,335.00 | 38.60 | |

## REVIEW CHECKLIST

Customer Profile

Held Order

AR Limit

Shipped Report

Ordered Report

Release/Cancel Report

Validate Order Limits

Customer Inquiry

SCI Repository Review

Contact Customer

## QRA DECISION

Increase SOM Limits

Decrease SOM Limits

QRA Site Visit

Sales Site Visit

---

**Company Confidential - Internal Use Only**
© 2010 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth

9/9/2010 9:08:39 AM

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000550

P-42116_00057

Normal Levels to Adjust

| DC | DEA Number | Drug Family | Threshold Limit | Avg Qty Dispensed Per Month | New Threshold |
|---:|---|---|---:|---:|---:|
| 29 | AH3258123 | 9143 | 18000 | 14,985 | 19500 |
| 8 | AS2806199 | 9193 | 11000 | 10,195 | 13300 |
| 8 | AT2986288 | 9193 | 38000 | 31,879 | 41400 |
| 6 | BA9778688 | 9143 | 23000 | 23,287 | 30300 |
| 10 | BB3384598 | 9193 | 30000 | 24,742 | 32200 |
| 11 | BB6106149 | 5000 | 5000 | 4,056 | 5300 |
| 11 | BB6106149 | 9143 | 30500 | 26,494 | 34400 |
| 19 | BD5812664 | 5000 | 7000 | 6,593 | 8600 |
| 9 | BD8492326 | 9143 | 12000 | 10,124 | 13200 |
| 11 | BF5223867 | 9143 | 31500 | 24,377 | 31700 |
| 9 | BG2265191 | 1205 | 1000 | 912 | 1190 |
| 11 | BH7580992 | 9250 | 8000 | 7,303 | 9500 |
| 11 | BH9131436 | 2882 | 14000 | 12,491 | 16200 |
| 35 | BJ9958868 | 9143 | 20000 | 18,446 | 24000 |
| 16 | BL4666345 | 9193 | 31500 | 28,522 | 37100 |
| 11 | BM4917285 | 5000 | 5500 | 4,493 | 5800 |
| 8 | BM5437226 | 9143 | 36000 | 28,655 | 37300 |
| 16 | BM6247806 | 9193 | 31500 | 25,301 | 32900 |
| 11 | BN3800035 | 9143 | 25000 | 20,479 | 26600 |
| 43 | BP2120703 | 5000 | 5000 | 3,945 | 5100 |
| 16 | BP5692909 | 9193 | 31500 | 25,910 | 33700 |
| 8 | BT1701146 | 9143 | 25000 | 23,693 | 30800 |
| 28 | BT5461924 | 5000 | 6000 | 4,795 | 6200 |
| 8 | BT5541760 | 9143 | 30500 | 23,535 | 30600 |
| 18 | BT9786041 | 9193 | 21000 | 17,139 | 22300 |
| 19 | FC1303990 | 5000 | 8500 | 6,945 | 9000 |
| 19 | FC1303990 | 9143 | 33000 | 26,692 | 34700 |
| 43 | FJ0635954 | 2882 | 7000 | 5,788 | 7500 |
| 34 | FS0418601 | 9193 | 28000 | 23,912 | 31100 |
| 37 | FS2211237 | 2315 | 100 | 48 | 200 |
| 37 | FS2211237 | 9801 | 600 | 923 | 1200 |
| | | | | | |
| | Cim customer update threshold.  Above is dispensed data….received from CIM. | | | | |

Page 1

HIGHLY CONFIDENTIAL

**Hammond, Tawney**

| | |
|---|---|
| **From:** | "Inquisite Server" [administrator@myserver.com] |
| **Sent:** | Wednesday, November 24, 2010 4:48 PM |
| **To:** | GMB-QRA-AD-Thresholds |
| **Subject:** | Response for HSCS-P Threshold Event |

```
E-mail notification for survey response
Survey Title: HSCS-P Threshold Event
Respondent Unique Key: INQ-20101124153956-674777051 Response Date: Wed, Nov 24, 2010
15:48:10


Page 1

    Facility Name:
    {Enter text answer}
    [ The Medicine Shoppe ]

    Facility Address:
    {Enter text answer}
    [ 2402 Adams Ave Huntington, WV ]

    Facility Contact:
    {Enter text answer}
    [ Joe McGlothlin ]

    Facility Phone:
    {Enter text answer}
    [ 304-429-6716 ]

    Facility Fax No.:
    {Enter text answer}
    [ 304-429-1924 ]

    Please outline the underlying factors that are contributing to your need
    for the increased quantities of the drug family:
    {Enter answer in paragraph form}
    [ Last week we purchased appx 80 bottles of Oxycodone 30mg and 40 bottles
    of Oxycodone 15mg in anticipation of shortage or allocation. Present
    inventory in safe. Oxycodone 30mg Mallinckrodt 7653 tabs Oxycodone 15mg
    Mallinckrodt 5661 tabs We anticipate this lasting us through December 2010.
    Our volume of this drug has not increased. ]

    Name of Drug Family held per Regulatory Review:
    {Enter text answer}
    [ Oxycodone ]

    Facility DEA#:
    {Enter text answer}
    [ BT5541760 ]

    Name of Person Responding:
    {Enter text answer}
    [ Joe McGlothlin ]
```

1

HIGHLY CONFIDENTIAL

## Howenstein, Kim

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **Sent:** | Monday, November 29, 2010 10:04 AM |
| **To:** | Kave, Jesse |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: [SOMStatus] Notification of New Customer File |

Hi Jesse,

I appears everything has been released.

Thanks,

Kim

-----Original Message-----
From: Kave, Jesse
Sent: Wednesday, November 24, 2010 4:43 PM
To: Howenstein, Kim
Subject: FW: [SOMStatus] Notification of New Customer File
Importance: High

Kim,
 Joe @ Med Shoppe called today because evidently he is now blocked. Joe had heard of the
shortage of oxycodone and been ordering some extra but now he needs Oxycontin and it will
not let him order any.

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337

-----Original Message-----
From: Kave, Jesse
Sent: Wednesday, November 24, 2010 4:12 PM
To: MSI 0290
Subject: FW: [SOMStatus] Notification of New Customer File

Joe,
 Please see link below and explain your situation with Oxycontin.

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337


Customer must complete the one-page questionnaire.
Questionnaire is available at: http://www.cardinalhealth.com/thresholdsurvey

Customer Name: MED SHOPPE #0290 HNTNGTN CSOS
DEA#: BT5541760
Segment: RETAIL INDEPENDENT
Group: MEDICINE SHOPPE INDEPENDENT
Address: 2402 ADAMS AVE HUNTINGTON, WV 25704 Phone Number: 3044296716 Overage Date: Nov
22, 2010
Item Description: ROXICET 5-325MG 500          C2
Family Base Code: OXYCODONE HYDROCHLORIDE (9143) Status Justification:
Justification Comments:

1

CAH_FEDWV_00000553
P-42116_00060

Thanks,
SOM Status System

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000554
P-42116_00061

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Kave, Jesse |
| **Subject:** | T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Wednesday, November 30, 2011 12:54:00 PM |

Good Afternoon Jesse,
Hope all is well!


Please work with your customer to obtain dispense data specific to the **Oxymorphone Hydrochloride** family of drugs <u>without patient information</u> and <u>in excel format</u>. The most current 3 months should be sufficient to verify the growth in this drug family. Dispense data is helpful in verifying the growth and adjusting the threshold if appropriate and necessary.

Thank you,
Kim


<u>**Kim Howenstein**</u>
**Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Friday, December 09, 2011 5:32:24 PM |

Kim,

 I spoke with Joe and I can pick up his report Monday. The reason for the shift is the docs are using Oxymorphone instead of Oxycontin so it should be showing a decrease.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Wednesday, November 30, 2011 12:55 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Good Afternoon Jesse,
Hope all is well!


Please work with your customer to obtain dispense data specific to the **Oxymorphone Hydrochloride** family of drugs <u>without patient information</u> and in excel format. The most current 3 months should be sufficient to verify the growth in this drug family. Dispense data is helpful in verifying the growth and adjusting the threshold if appropriate and necessary.

Thank you,
Kim


**Kim Howenstein**
**Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**P**hone: **(614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, December 12, 2011 5:17:31 PM |
| **Attachments:** | BT5541760.xls |

Kim,
 Here is Joe's report which I put into a spread sheet for you since there weren't very many.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Monday, December 12, 2011 9:11 AM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Thank you Jesse.

**From:** Kave, Jesse
**Sent:** Friday, December 09, 2011 5:32 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Kim,

 I spoke with Joe and I can pick up his report Monday. The reason for the shift is the docs are using Oxymorphone instead of Oxycontin so it should be showing a decrease.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Wednesday, November 30, 2011 12:55 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Good Afternoon Jesse,
Hope all is well!


Please work with your customer to obtain dispense data specific to the **Oxymorphone Hydrochloride** family of drugs without patient information and in excel format. The most

CAH_FEDWV_00000557
P-42116_00064

current 3 months should be sufficient to verify the growth in this drug family. Dispense data is helpful in verifying the growth and adjusting the threshold if appropriate and necessary.

Thank you,
Kim


**Kim Howenstein**
**Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

*Medicine Shoppe #0290*
*Huntington WV*
*Acct#77068 & #103089*
*DEA BT5541760*

*9/9/2011 to 12/9/2011*

| Description | NDC | Qty Disp |
|---|---|---|
| Opana 5 | 63481061270 | 90 |
| Opana 101 | 63481067470 | 1280 |
| Opana 15 | 63481055370 | 90 |
| Opana 20 | 63481061770 | 1322 |
| Opana 30 | 63481057170 | 1462 |
| Opana 40 | 63481069370 | 3253 |
| Opana 51 | 63481090770 | 90 |
| Opana 75 | 63481052270 | 90 |
| Oxym 15 | 00228326211 | 150 |
| Oxym 75 | 00228326111 | 614 |
| Oxym 51 | 60951079470 | 180 |
| Oxym 51 | 00054028325 | 210 |
| Opana 10 | 63481061370 | 90 |

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Emma, Douglas |
| **To:** | Howenstein, Kim |
| **Subject:** | FW: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Thursday, December 22, 2011 10:59:39 AM |
| **Attachments:** | BT5541760.xls |
| | TandJ.xlsx |

**Kim,**

**Please make the highlighted change**

**Doug Emma, RPh**
Manager Supply Chain Integrity
Quality & Regulatory Affairs
Cardinal Health | 7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122   fax: 614-652-4253

---

**From:** Howenstein, Kim
**Sent:** Tuesday, December 13, 2011 8:01 AM
**To:** Emma, Douglas
**Subject:** FW: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Doug,

Please see attached data and my analysis.

Thank you,
Kim

---

**From:** Kave, Jesse
**Sent:** Monday, December 12, 2011 5:17 PM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  Here is Joe's report which I put into a spread sheet for you since there weren't very many.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Monday, December 12, 2011 9:11 AM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Thank you Jesse.

---

HIGHLY CONFIDENTIAL

**From:** Kave, Jesse
**Sent:** Friday, December 09, 2011 5:32 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Kim,

 I spoke with Joe and I can pick up his report Monday. The reason for the shift is the docs are using Oxymorphone instead of Oxycontin so it should be showing a decrease.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Wednesday, November 30, 2011 12:55 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Good Afternoon Jesse,
Hope all is well!


Please work with your customer to obtain dispense data specific to the **Oxymorphone Hydrochloride** family of drugs <u>without patient information</u> and <u>in excel format</u>. The most current 3 months should be sufficient to verify the growth in this drug family. Dispense data is helpful in verifying the growth and adjusting the threshold if appropriate and necessary.

Thank you,
Kim


<u>Kim Howenstein</u>
**Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 - DC 8
Date Range - 3 Months - 9/9/2011 to 12/9/2011

| Base | Quantity | Avg | Limit | Limit-Avg/Avg | Changes |
|------|----------|-----|-------|---------------|---------|
| 9652 | 8921 | 2974 | 3300 | 11% | 4002 |

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Kave, Jesse |
| **Subject:** | T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Thursday, February 09, 2012 4:15:00 PM |

Good Afternoon Jesse,

I need to request complete dispense data for all controlled and monitored substances this pharmacy dispenses without patient information and in excel format please. Three months will be sufficient. In addition to complete dispense data for all drug families, I also need to know the names and DEA#s of those prescribing Oxymorphone, Oxycodone and Hydrocodone, along with the draw area and whether the patients are local.

Please know that orders for Oxycodone will remain in hold status until data is received and analyzed.


Thank you,
Kim

**Kim Howenstein**
**Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

CAH_FEDWV_00000563
P-42116_00070

**From:** Kave, Jesse
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760
**Date:** Friday, February 10, 2012 11:23:56 AM

Kim
Can I remove your name and forward to customer?
Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

> Good Afternoon Jesse,
> I need to request complete dispense data for all controlled and monitored substances
> this pharmacy dispenses without patient information and in excel format please.
> Three months will be sufficient. In addition to complete dispense data for all drug
> families, I also need to know the names and DEA#s of those prescribing
> Oxymorphone, Oxycodone and Hydrocodone, along with the draw area and whether
> the patients are local.
> Please know that orders for Oxycodone will remain in hold status until data is
> received and analyzed.
>
> Thank you,
> Kim
>
> **Kim Howenstein**
> **Specialist, Quality Assurance|QRA**
> **7000 Cardinal Place**
> **Dublin, OH 43017**
> **Phone: (614) 757-5524**
> **Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Friday, February 10, 2012 3:56:26 PM |

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.
>
> ---
>
> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760
>
> Kim
> Can I remove your name and forward to customer?
> Jesse
>
> Sent from my iPhone
>
> On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
> <kim.howenstein@cardinalhealth.com> wrote:
>
>> Good Afternoon Jesse,
>> I need to request complete dispense data for all controlled and
>> monitored substances this pharmacy dispenses without patient
>> information and in excel format please. Three months will be sufficient.
>> In addition to complete dispense data for all drug families, I also need to
>> know the names and DEA#s of those prescribing Oxymorphone,
>> Oxycodone and Hydrocodone, along with the draw area and whether the
>> patients are local.
>> Please know that orders for Oxycodone will remain in hold status until
>> data is received and analyzed.
>>
>> Thank you,
>> Kim
>>
>> Kim Howenstein
>> **Specialist, Quality Assurance | QRA**
>> **7000 Cardinal Place**

Dublin, OH 43017
Phone: (614) 757-5524
Fax: (614) 553-6147

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000566
P-42116_00073

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Friday, February 10, 2012 3:53:58 PM |

Kim
Joe said he was trying to get some oxy's do to supply issues so he will have a return of several bottles. He is to let me know how many once he contacts Cust service for a pick up.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
>
> Thank you.
>
> ---
>
> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760
>
> Kim
> Can I remove your name and forward to customer?
> Jesse
>
> Sent from my iPhone
>
> On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:
>
>> Good Afternoon Jesse,
>> I need to request complete dispense data for all controlled and monitored substances this pharmacy dispenses without patient information and in excel format please. Three months will be sufficient. In addition to complete dispense data for all drug families, I also need to know the names and DEA#s of those prescribing Oxymorphone, Oxycodone and Hydrocodone, along with the draw area and whether the patients are local.
>> Please know that orders for Oxycodone will remain in hold status until data is received and analyzed.
>>
>> Thank you,
>> Kim
>>
>> **Kim Howenstein**

HIGHLY CONFIDENTIAL

**Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
Phone: **(614) 757-5524**
Fax: **(614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Emma, Douglas |
| **To:** | Howenstein, Kim |
| **Cc:** | Kave, Jesse |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Tuesday, February 14, 2012 10:14:32 AM |

**No need for data at the present time. As Jesse indicated he will let us know and I will monitor for MRA's if the account experiences a threshold event.**

**Doug Emma, RPh**
Manager Supply Chain Integrity
Quality & Regulatory Affairs
Cardinal Health | 7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122   fax: 614-652-4253

---

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 9:01 AM
**To:** Emma, Douglas
**Subject:** FW: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Doug,

Please see below – Would you like data still?

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,

  As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

HIGHLY CONFIDENTIAL

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.
>
> ---
>
> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760
>
> Kim
> Can I remove your name and forward to customer?
> Jesse
>
> Sent from my iPhone
>
> On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
> <kim.howenstein@cardinalhealth.com> wrote:
>
>> Good Afternoon Jesse,
>> I need to request complete dispense data for all controlled and
>> monitored substances this pharmacy dispenses without patient
>> information and in excel format please. Three months will be sufficient.
>> In addition to complete dispense data for all drug families, I also need to
>> know the names and DEA#s of those prescribing Oxymorphone,
>> Oxycodone and Hydrocodone, along with the draw area and whether the
>> patients are local.
>> Please know that orders for Oxycodone will remain in hold status until
>> data is received and analyzed.
>>
>> Thank you,
>> Kim
>>
>> **Kim Howenstein**
>> **Specialist, Quality Assurance|QRA**
>> **7000 Cardinal Place**
>> **Dublin, OH 43017**
>> **Phone: (614) 757-5524**
>> **Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Thursday, February 16, 2012 11:48:07 AM |

Kim,
 Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.
I appreciate the information.

Kim

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
  As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

HIGHLY CONFIDENTIAL

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.
>
> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760
>
> Kim
> Can I remove your name and forward to customer?
> Jesse
>
> Sent from my iPhone
>
> On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:
>
>> Good Afternoon Jesse,
>> I need to request complete dispense data for all controlled and monitored substances this pharmacy dispenses without patient information and in excel format please. Three months will be sufficient. In addition to complete dispense data for all drug families, I also need to know the names and DEA#s of those prescribing Oxymorphone, Oxycodone and Hydrocodone, along with the draw area and whether the patients are local.
>> Please know that orders for Oxycodone will remain in hold status until data is received and analyzed.
>>
>> Thank you,
>> Kim
>>
>> **Kim Howenstein**
>> **Specialist, Quality Assurance|QRA**
>> **7000 Cardinal Place**

HIGHLY CONFIDENTIAL

Dublin, OH 43017
Phone: (614) 757-5524
Fax: (614) 553-6147

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | Med Shoppe Huntington WV CSOS #103089 |
| **Date:** | Tuesday, February 21, 2012 10:05:10 AM |

Kim,

 The MRA for the 72 Ocycodone should be in the system this morning so would please verify it was done and update his opportunity to purchase these items if possible and let me know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

HIGHLY CONFIDENTIAL

| From: | Emma, Douglas |
|---|---|
| To: | Kave, Jesse |
| Cc: | Howenstein, Kim |
| Subject: | FW: Med Shoppe Huntington WV CSOS #103089 |
| Date: | Tuesday, February 21, 2012 10:14:07 AM |

Jesse

**The MRA does appear in the system. As long as orders placed are reasonable they should not experience service issues.**
**To my knowledge there have been no issues and I will continue to monitor the account throughout the remainder of the month**

Doug Emma, RPh
Manager Supply Chain Integrity
Quality & Regulatory Affairs
Cardinal Health | 7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122  fax: 614-652-4253

**From:** Howenstein, Kim
**Sent:** Tuesday, February 21, 2012 9:09 AM
**To:** Emma, Douglas
**Subject:** FW: Med Shoppe Huntington WV CSOS #103089

**From:** Kave, Jesse
**Sent:** Tuesday, February 21, 2012 10:05 AM
**To:** Howenstein, Kim
**Subject:** Med Shoppe Huntington WV CSOS #103089

Kim,

 The MRA for the 72 Ocycodone should be in the system this morning so would please verify it was done and update his opportunity to purchase these items if possible and let me know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | "Inquisite Server" |
| **To:** | GMB-QRA-AD-Thresholds |
| **Subject:** | Response for Pharmaceutical Threshold Event |
| **Date:** | Tuesday, February 21, 2012 4:45:42 PM |

E-mail notification for survey response
Survey Title: Pharmaceutical Threshold Event
Respondent Unique Key: INQ-20120221152616-968883095
Response Date: Tue, Feb 21, 2012 15:45:25

Page 1

Facility Name:
{Enter text answer}
[ The Medicine Shoppe ]

Facility Address:
{Enter text answer}
[ 2402 Adams Avenue Huntington, WV 25704 ]

Facility Contact:
{Enter text answer}
[ Joe McGlothlin ]

Facility Phone:
{Enter text answer}
[ 3044296716 ]

Facility Fax No.:
{Enter text answer}
[ 3044291924 ]

Please outline the underlying factors that are contributing to your need
for the increased quantities of the drug family:
{Enter answer in paragraph form}
[ A competing pharmacy closed last week that filled a majority of these
prescriptions for a ADHD (Behavioral Medicine Specialist)Physician. We were
already filling prescriptions from this physician but we will be receiving
more prescriptions resulting in increased purchases. ]

Name of Drug Family held per Regulatory Review:
{Enter text answer}
[ Amphetamines and Stimulants for ADHD ]

Facility DEA#:
{Enter text answer}
[ BT5541760 ]

Name of Person Responding:
{Enter text answer}
[ Joe McGlothlin ]

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Emma, Douglas |
| **To:** | Kave, Jesse |
| **Cc:** | Howenstein, Kim |
| **Subject:** | RE: Med Shoppe Huntington WV CSOS #103089 |
| **Date:** | Tuesday, February 21, 2012 5:33:45 PM |

**Thank you sir for your continued help assisting QRA**

**Doug Emma, RPh**
Manager Supply Chain Integrity
Quality & Regulatory Affairs
Cardinal Health | 7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122   fax: 614-652-4253

---

**From:** Kave, Jesse
**Sent:** Tuesday, February 21, 2012 4:32 PM
**To:** Emma, Douglas
**Cc:** Howenstein, Kim
**Subject:** RE: Med Shoppe Huntington WV CSOS #103089

Doug,
  I just had Joe do a Threshold event survey to provide some information on increased usage from an existing doctor in town not related to the current Oxycodone issue so I just wanted you all to know there is one out there to be reviewed.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Emma, Douglas
**Sent:** Tuesday, February 21, 2012 10:14 AM
**To:** Kave, Jesse
**Cc:** Howenstein, Kim
**Subject:** FW: Med Shoppe Huntington WV CSOS #103089

Jesse

**The MRA does appear in the system. As long as orders placed are reasonable they should not experience service issues.**
**To my knowledge there have been no issues and I will continue to monitor the account throughout the remainder of the month**

**Doug Emma, RPh**
Manager Supply Chain Integrity
Quality & Regulatory Affairs
Cardinal Health | 7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122  fax: 614-652-4253

---

**From:** Howenstein, Kim
**Sent:** Tuesday, February 21, 2012 9:09 AM
**To:** Emma, Douglas

HIGHLY CONFIDENTIAL

**Subject:** FW: Med Shoppe Huntington WV CSOS #103089

---

**From:** Kave, Jesse
**Sent:** Tuesday, February 21, 2012 10:05 AM
**To:** Howenstein, Kim
**Subject:** Med Shoppe Huntington WV CSOS #103089

Kim,

The MRA for the 72 Ocycodone should be in the system this morning so would please verify it was done and update his opportunity to purchase these items if possible and let me know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 6:01:26 PM |
| **Attachments:** | Picture 728.jpg |
| | Picture 729.jpg |
| | Picture 730.jpg |
| | Picture 731.jpg |
| | Picture 732.jpg |
| | Picture 733.jpg |
| | Picture 734.jpg |

Kim,
 See attached top doctor's report for Oxycodones.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
 Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.
I appreciate the information.

HIGHLY CONFIDENTIAL

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
   As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

> Kim
> Can I remove your name and forward to customer?

HIGHLY CONFIDENTIAL

Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

> Good Afternoon Jesse,
> I need to request complete dispense data for all controlled and
> monitored substances this pharmacy dispenses without patient
> information and in excel format please. Three months will be sufficient.
> In addition to complete dispense data for all drug families,  I also need to
> know the names and DEA#s of those prescribing Oxymorphone,
> Oxycodone and Hydrocodone, along with the draw area and whether the
> patients are local.
> Please know that orders for Oxycodone will remain in hold status until
> data is received and analyzed.
>
> Thank you,
> Kim
>
> **Kim Howenstein**
> **Specialist, Quality Assurance | QRA**
> **7000 Cardinal Place**
> **Dublin, OH 43017**
> **Phone: (614) 757-5524**
> **Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

```
Store #: 0290                PDX Inc. PDX PHARMACY SYSTEM              Page: 2
                            MEDICINE SHOPPE #0290           11/24/2011-02/24/2012
02/27/2012                     UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | | Cost    Retail | Patient | | Filled |
| JENNINGS, TUCKER | 2 | 2.94 | 10.30 | $7.36 | 71.46 | $3.68 |
| KIM, JEFFERY | 1 | 18.78 | 24.75 | $5.97 | 24.12 | $5.97 |
| KIMMEY, GERRIT A | 6 | 3052.00 | 3218.59 | $166.59 | 5.18 | $27.77 |
| KURUCZ, JANE A | 1 | 11.90 | 12.24 | $0.34 | 2.78 | $0.34 |
| MACFARLAND, DAWN | 9 | 265.21 | 402.54 | $137.33 | 34.12 | $15.26 |
| MAIERS, KANE | 1 | 1.10 | 15.95 | $14.85 | 93.10 | $14.85 |
| MAJESTRO, TONY | 1 | 1.47 | 11.69 | $10.22 | 87.43 | $10.22 |
| FARESI, MARIANO | 2 | 9.78 | 35.12 | $25.34 | 72.15 | $12.67 |
| MEADOWS, CHARLES | 2 | 56.34 | 85.00 | $28.66 | 33.72 | $14.33 |
| MEMON, REHAN | 27 | 2403.01 | 2601.09 | $198.08 | 7.62 | $7.34 |
| MILLER, KIRT | 1 | 1.10 | 15.95 | $14.85 | 93.10 | $14.85 |
| MILLER, S | 1 | 1.47 | 7.93 | $6.46 | 81.46 | $6.46 |
| MILLER, STEPHEN | 2 | 2.39 | 13.55 | $11.16 | 82.36 | $5.58 |
| MITCHELL, SCOTT | 1 | 17.86 | 20.31 | $2.45 | 12.06 | $2.45 |
| MORGAN, CRAIG | 1 | 1.10 | 7.01 | $5.91 | 84.31 | $5.91 |
| NEGINHAL, VIVEK | 1 | 2.21 | 16.61 | $14.40 | 86.69 | $14.40 |
| NUNAN, PATRICK | 9 | 169.64 | 400.78 | $231.14 | 57.67 | $25.68 |
| OZTURK, AHMET | 119 | 19641.52 | 21487.10 | $1,845.58 | 8.59 | $15.51 |
| PARIKH, JEANNINE | 1 | 21.23 | 20.59 | $0.64- | 3.11- | $0.64- |
| PATICK, DAVID L | 2 | 8.84 | 20.00 | $11.16 | 55.80 | $5.58 |
| PINSON, CYNTHIA | 2 | 6.63 | 15.73 | $9.10 | 57.85 | $4.55 |
| SAVORY, LINDA | 5 | 123.72 | 310.58 | $186.86 | 60.16 | $37.37 |
| SAXE, TIMOTHY | 3 | 1714.68 | 1878.34 | $163.66 | 8.71 | $54.55 |
| SEHGAL, RAJESH | 1 | 2.03 | 5.14 | $3.11 | 60.51 | $3.11 |
| SHARMA, SANJEEV | 2 | 56.34 | 130.08 | $73.74 | 56.69 | $36.87 |
| SILBERMINS, DAMIAN | 1 | 1.84 | 7.69 | $5.85 | 76.07 | $5.85 |
| SNYDER, RUSSELL | 3 | 128.23 | 549.85 | $421.62 | 76.68 | $140.54 |
| TACKETT, EVA | 1 | 31.85 | 42.50 | $10.65 | 25.06 | $10.65 |

HIGHLY CONFIDENTIAL

```
Store #: 0290                PDX Inc. PDX PHARMACY SYSTEM              Page: 3
                            MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                   UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| THORARINSSON, BJORN | 1 | 2.21 | 13.50 | $11.29 | 83.63 | $11.29 |
| TOWER, MARK | 1 | 76.06 | 54.45 | $21.61- | 39.69- | $21.61- |
| TSAI, PETER | 1 | 28.85 | 46.42 | $17.57 | 37.85 | $17.57 |
| TURNER, ROBERT E | 1 | 1.10 | 5.63 | $4.53 | 80.46 | $4.53 |
| TWILLIE, TWYLA | 2 | 80.02 | 150.45 | $70.43 | 46.81 | $35.22 |
| WALLACE, JANET | 3 | 104.87 | 150.26 | $45.39 | 30.21 | $15.13 |
| WEBB, DELENO H | 313 | 43178.84 | 51391.71 | $8,212.87 | 15.98 | $26.24 |
| WERTHAMMER, MATTHEW | 1 | 3.31 | 24.49 | $21.18 | 86.48 | $21.18 |
| WHITMORE, DAVID J | 1 | 37.56 | 50.15 | $12.59 | 25.10 | $12.59 |
| TOTAL PRESCRIPTIONS | 582 | 73726.98 | 86483.58 | $12,756.60 | 14.75 | $21.92 |

```
        TOTAL RECORDS LISTED -- 65


SELECTION CRITERIA    Tx Date Range    11/24/2011        02/24/2012
                      Physician Code
                      Physician Group
                      Physician Type
                      T/P Carrier
                      T/P Plan
                      List Each Tx: N    Summary Only: N    New/Refill:

              Starting          Ending                       Starting   Ending
Drug Code    OXYC1             OXYI5            StorageCell
NDC/DIN                                         Pack Size
Drug STD                                        STD Pack
SUBS Code                                       Drug Unit
GPI                                             Schedule
Gen Name                                        Canada Sched
                                                Orig Sched
TallMan Nm                                      DESI
                                                Drug Group
Carrier                                         Sub Group
T/P Plan                                        Category
T/P Group                                       Multi
Drug Lot#                                       TherClass
Manufact.                                       Ther Equiv
Item #

Warehouse          Reportable       Status          UPC
Injectable         Written          StoreGen        Disp Sys
```

Oxycodone ALL strengths

HIGHLY CONFIDENTIAL

```
  Code: WEBBD1                          #Rx: 553          #Rxs: 472355 84
  Name: WEBB, DELENO H
        WEBB                      , DELENO            H
Comment:>20040923 CALL 1-800-599-878*0 FOR PATIENT REFILLS
Address: 10 6TH AVENUE WEST SUITE 300
Address:                                    Group:
City,ST: HUNTINGTON           , WV          Probate:
ZipCode: 25701                              DAW:
Phone #: (304)525-9355,                     Degree:
  Fax #: (304)522-0835,                     Specialty:
  DEA #: AW4345167                          Last: 02/27/2012
DEA Suf:
  NPI #: 1942373923
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code: MEM01
Name: MEMON, REHAN
      MEMON                    , REHAN
Comment: 1053433938=NPI DIRECT LINE *526-2177
Address: 1623 13TH AVE
Address:                                      Group:
City,ST: HUNTINGTON          , WV           Probate:
ZipCode: 25701                                  DAW:
Phone #: (304)526-2243,                      Degree:
  Fax #: (304)526-2174,                    Specialty:
  DEA #: FM1057492                            Last: 02/27/2012
DEA Suf:
  NPI #: 1053433938
ST/PV #: 9111115
  T/P #: FM1057492
 Doctor:
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000585

P-42116_00092

```
  Code: OZTUAH1
  Name: OZTURK, AHMET
        OZTURK                    , AHMET
Comment:>DIRECT LINE 526-2177    * REFILL LINE 781-0204
Address: 1623 13TH AVE
Address:                                    Group:
City,ST: HUNTINGTON            , WV       Probate:
ZipCode: 25701 0000                          DAW:
Phone #:       526-2243,                   Degree:
  Fax #:       526-2174,                 Specialty:
  DEA #: BO1101512                           Last: 02/27/2012
DEA Suf:
  NPI #: 1942206529
ST/PV #: 9111115
  T/P #:
Doctor:
```

HIGHLY CONFIDENTIAL

```
CODE: NUNAPA1                                    #RX: 8        $RX: $366.22
Name: NUNAN, PATRICK          # 4
      NUNAN                          , PATRICK
Comment:
Address: 1102 POPLAR STR
Address:                                    Group:
City,ST: KENOVA              , WV         Probate:
ZipCode: 25530                                DAW:
Phone #: (304)453-5458,                    Degree:
  Fax #: (304)453-5459,                 Specialty:
   DEA #: BN0137768                         Last: 02/22/2012
DEA Suf:
  NPI #: 1780648345
ST/PV #:
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000587
P-42116_00094

```
    Code: MACFDA1
    Name: MACFARLAND, DAWN
          MACFARLAND                    , DAWN
 Comment:
 Address: 2674 5TH AVE, SUITE 2
 Address:                                      Group:
 City,ST: HUNTINGTON           , WV          Probate:
 ZipCode: 25702                                  DAW:
 Phone #: (304)523-5555,                      Degree:
   Fax #:       523-2220,                   Specialty:
   DEA #: BM6315469                             Last: 02/27/2012
 DEA Suf:
   NPI #: 1881623155
 ST/PV #:
   T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 5:52:29 PM |
| **Attachments:** | Picture 722.jpg |
| | Picture 723.jpg |
| | Picture 724.jpg |
| | Picture 725.jpg |
| | Picture 726.jpg |
| | Picture 727.jpg |

Kim,
 See top doctors for Oxymorphone !

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
 Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.
I appreciate the information.

HIGHLY CONFIDENTIAL

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
   As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

> Kim
> Can I remove your name and forward to customer?

HIGHLY CONFIDENTIAL

Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

Good Afternoon Jesse,
I need to request complete dispense data for all controlled and
monitored substances this pharmacy dispenses without patient
information and in excel format please. Three months will be sufficient.
In addition to complete dispense data for all drug families,  I also need to
know the names and DEA#s of those prescribing Oxymorphone,
Oxycodone and Hydrocodone, along with the draw area and whether the
patients are local.
Please know that orders for Oxycodone will remain in hold status until
data is received and analyzed.

Thank you,
Kim

**Kim Howenstein**
**Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

Store #: 0290
02/27/2012

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
UTILIZATION BY PHYSICIAN

Page: 1
11/24/2011-02/24/2012

| Physician Name | | | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|---|---|
| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | | Filled |
| MEADOWS, CHARLES | | | 3 | 2043.53 | 2156.50 | $112.97 | 5.24 | $37.66 |
| MEMON, REHAN | | | 5 | 1143.97 | 1207.43 | $63.46 | 5.26 | $12.69 |
| OZTURK, AHMET | | | 12 | 3012.86 | 3153.02 | $140.16 | 4.45 | $11.68 |
| WEBB, DELENO H | | | 92 | 48971.23 | 52382.50 | $3,411.27 | 6.51 | $37.08 |
| TOTAL PRESCRIPTIONS | | | 112 | 55171.59 | 58899.45 | $3,727.86 | 6.33 | $33.28 |

TOTAL RECORDS LISTED -- 4

SELECTION CRITERIA     Tx Date Range    11/24/2011      02/24/2012
                       Physician Code
                       Physician Group
                       Physician Type
                       T/P Carrier
                       T/P Plan
                       List Each Tx: N    Summary Only: N    New/Refill:

               Starting          Ending                        Starting   Ending
Drug Code      OPAN10            OPAN75             StorageCell
NDC/DIN                                             Pack Size
Drug STD                                            STD Pack
SUBS Code                                           Drug Unit
GPI                                                 Schedule
Gen Name                                            Canada Sched
                                                    Orig Sched
TallMan Nm                                          DESI
                                                    Drug Group
Carrier                                             Sub Group
T/P Plan                                            Category
T/P Group                                           Multi
Drug Lot#                                           TherClass
Manufact.                                           Ther Equiv
Item #

Warehouse          Reportable        Status           UPC
Injectable         Written           StoreGen         Disp Sys


Opana  brand

HIGHLY CONFIDENTIAL

```
Store #: 0290            PDX Inc.  PDX PHARMACY SYSTEM              Page: 1
                         MEDICINE SHOPPE #0290          11/24/2011-02/24/2012
02/27/2012               UTILIZATION BY PHYSICIAN
```

| Physician Name | | | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|---|---|
| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | | Filled |

| | | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF Filled |
|---|---|---|---|---|---|---|---|
| MEMON, REHAN | | 6 | 685.93 | 730.92 | $44.99 | 6.16 | $7.50 |
| OZTURK, AHMET | | 16 | 2645.09 | 2974.95 | $329.86 | 11.09 | $20.62 |
| WEBB, DELENO H | | 1 | 456.30 | 453.23 | $3.07- | 0.68- | $3.07- |
| TOTAL PRESCRIPTIONS | | 23 | 3787.32 | 4159.10 | $371.78 | 8.94 | $16.16 |

```
        TOTAL RECORDS LISTED -- 3


SELECTION CRITERIA    Tx Date Range    11/24/2011     02/24/2012
                      Physician Code
                      Physician Group
                      Physician Type
                      T/P Carrier
                      T/P Plan
                      List Each Tx: N   Summary Only: N   New/Refill:

                  Starting         Ending                  Starting    Ending
Drug Code         OXYM10           OXYM75        StorageCell
NDC/DIN                                          Pack Size
Drug STD                                         STD Pack
SUBS Code                                        Drug Unit
GPI                                              Schedule
Gen Name                                         Canada Sched
                                                 Orig Sched
TallMan Nm                                       DESI
                                                 Drug Group
Carrier                                          Sub Group
T/P Plan                                         Category
T/P Group                                        Multi
Drug Lot#                                        TherClass
Manufact.                                        Ther Equiv
Item #

Warehouse         Reportable       Status        UPC
Injectable        Written          StoreGen      Disp Sys
```

Opana generic

HIGHLY CONFIDENTIAL

```
Code:  OZTYAH
Name:  OZTURK, AHMET
       OZTURK                    , AHMET
Comment:>DIRECT LINE 526-2177      * REFILL LINE 781-0204
Address: 1623 13TH AVE
Address:
City,ST: HUNTINGTON          , WV        Group:
ZipCode: 25701 0000                    Probate:
Phone #:     526-2243,                    DAW:
  Fax #:     526-2174,                 Degree:
  DEA #: BO1101512                  Specialty:
DEA Suf:                                 Last: 02/27/2012
  NPI #: 1942206529
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000594
P-42116_00101

```
Code: MEM01
Name:   MEMON, REHAN
         MEMON                         , REHAN
Comment: 1053433938=NPI DIRECT LINE *526-2177
Address: 1623 13TH AVE
Address:                                          Group:
City,ST: HUNTINGTON          , WV                Probate:
ZipCode: 25701                                      DAW:
Phone #: (304)526-2243,                          Degree:
  Fax #: (304)526-2174,                        Specialty:
  DEA #: FM1057492                                 Last: 02/27/2012
DEA Suf:
  NPI #: 1053433938
ST/PV #: 9111115
  T/P #: FM1057492
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code:   WEBBD1
Name:  WEBB, DELENO H
       WEBB                        , DELENO              H
Comment:>20040923 CALL 1-800-599-878*0 FOR PATIENT REFILLS
Address: 10 6TH AVENUE WEST SUITE 300
Address:                                  Group:
City,ST: HUNTINGTON        , WV          Probate:
ZipCode: 25701                              DAW:
Phone #: (304)525-9355,                   Degree:
  Fax #: (304)522-0835,                 Specialty:
  DEA #: AW4345167                          Last: 02/27/2012
DEA Suf:
  NPI #: 1942373923
ST/PV #: 9111115
  T/P #:
 Doctor:
```

CAH_FEDWV_00000596

P-42116_00103

```
Code:
Name: MEADOWS, CHARLES
          MEADOWS                    , CHARLES
Comment:
Address: 1600 MEDICAL CENTER DRIVE
Address:                                      Group:
City,ST: HUNTINGTON            , WV        Probate:
ZipCode: 25701                               DAW:
Phone #: (304)691-1788, (304)691-1000      Degree:
  Fax #: (304)691-1694,                   Specialty:
  DEA #: BM7311498                            Last: 02/24/2012
DEA Suf:
  NPI #: 1750346318
ST/PV #:
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Farrell, Daniel (PD) |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 6:23:19 PM |
| **Attachments:** | Picture 735.jpg |
| | Picture 736.jpg |
| | Picture 737.jpg |
| | Picture 738.jpg |
| | Picture 739.jpg |
| | Picture 740.jpg |
| | Picture 741.jpg |
| | Picture 742.jpg |
| | Picture 743.jpg |
| | Picture 744.jpg |
| | Picture 745.jpg |
| | Picture 746.jpg |
| | Picture 747.jpg |
| | Picture 748.jpg |
| | Picture 749.jpg |

Kim,
 See attached top doctor report for Hydrocodones.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
 Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse

HIGHLY CONFIDENTIAL

**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.
I appreciate the information.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
   As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

HIGHLY CONFIDENTIAL

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 11:24 AM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim
Can I remove your name and forward to customer?
Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

> Good Afternoon Jesse,
> I need to request complete dispense data for all controlled and
> monitored substances this pharmacy dispenses without patient
> information and in excel format please. Three months will be sufficient.
> In addition to complete dispense data for all drug families,  I also need to
> know the names and DEA#s of those prescribing Oxymorphone,
> Oxycodone and Hydrocodone, along with the draw area and whether the
> patients are local.
> Please know that orders for Oxycodone will remain in hold status until
> data is received and analyzed.
>
> Thank you,
> Kim
>
> Kim Howenstein
> **Specialist, Quality Assurance|QRA**
> **7000 Cardinal Place**
> **Dublin, OH 43017**
> **Phone: (614) 757-5524**
> **Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

```
Code:                                            #Rx:
Name: BROWNFIELD, RON
      BROWNFIELD                    , RON
Comment: 528-4600 EXT 4510   JULIE     *
Address: 5170 US RT 60 EAST
Address:                                   Group:
City,ST: HUNTINGTON          , WV        Probate:
ZipCode: 25705                               DAW:
Phone #: (304)528-4628, (304)528-4600     Degree:
  Fax #:      399-2394,                 Specialty: DO
  DEA #: BB0457639                          Last: 02/27/2012
DEA Suf:
  NPI #: 1730125766
ST/PV #: 9111115
  T/P #:
Doctor:
```

HIGHLY CONFIDENTIAL

```
Code:
Name: OZTURK, AHMET
      OZTURK                    , AHMET
Comment:>DIRECT LINE 526-2177    * REFILL LINE 781-0204
Address: 1623 13TH AVE
Address:                              Group:
City,ST: HUNTINGTON        , WV     Probate:
ZipCode: 25701 0000                    DAW:
Phone #:     526-2243,              Degree:
  Fax #:     526-2174,           Specialty:
  DEA #: BO1101512                  Last: 02/27/2012
DEA Suf:
  NPI #: 1942206529
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code:                         *RX:          *BX*
Name: CARAWAY, DAVID L
      CARAWAY                , DAVID              L
Comment:>KATHY CLAGG # 526-8384    *KATHY CLAGG PAGER 560-1644
Address: 2900 1ST AVE
Address:                                  Group:
City,ST: HUNTINGTON         , WV         Probate:
ZipCode: 25702 0000                          DAW:
Phone #: (304)525-7246,                   Degree:
  Fax #: (304)526-1951,                 Specialty:
  DEA #: BC7126142                          Last: 02/27/2012
DEA Suf:
  NPI #: 1245265206
ST/PV #:
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code: PATICKDA                                    Rx #: 148      SRx: 89497987
Name: PATICK, DAVID L
      PATICK                    , DAVID                L
Comment:
Address: 5170 US ROUTE 60 EAST
Address:                                          Group:
City,ST: HUNTINGTON            , WV               Probate:
ZipCode: 25705                                      DAW:
Phone #: (304)528-4637,                          Degree:
  Fax #: (304)399-2383,                        Specialty:
  DEA #: AP1641085                                 Last: 02/24/2012
DEA Suf:
  NPI #: 1972546273
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code:   TACKCH                                              #Rx: 150          #DR:     85921700
Name:   TACKETT, CHANDOS DEWAYNE
        TACKETT                    , CHANDOS              DEWAYNE
Comment: EXT.4527/SHIRLEY   FAX528-46*73
Address: 5170 US ROUTE 60 EAST
Address:                                            Group:
City,ST: HUNTINGTON              , WV             Probate:
ZipCode: 25705                                       DAW:
Phone #:      528-4663, (304)528-4527             Degree:
  Fax #: (304)528-4624,                         Specialty:
  DEA #: BT3664504                                  Last: 02/27/2012
DEA Suf:
 NPI #: 1912933151
ST/PV #:
 T/P #:
Doctor:
```

HIGHLY CONFIDENTIAL

```
Store #: 0290                  PDX Inc. PDX PHARMACY SYSTEM                    Page: 3
                                MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                     UTILIZATION BY PHYSICIAN
```

| Physician Name | | # Rx | Cost | Retail | $Margin | %Margin AVG PROF |
|---|---|---|---|---|---|---|

| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | Filled |
|---|---|---|---|---|---|---|---|

```
                 Starting          Ending                      Starting    Ending
Drug Code        HYDR105D1         HYDR105D1         StorageCell
NDC/DIN                                             Pack Size
Drug STD                                            STD Pack
SUBS Code                                           Drug Unit
GPI              Hydrocodone 10/500                 Schedule
Gen Name                                            Canada Sched
                                                    Orig Sched
TallMan Nm                                          DESI
                                                    Drug Group
Carrier                                             Sub Group
T/P Plan                                            Category
T/P Group                                           Multi
Drug Lot#                                           TherClass
Manufact.                                           Ther Equiv
Item #

Warehouse        Reportable        Status           UPC
Injectable       Written           StoreGen         Disp Sys

                 Starting   Ending                  Starting    Ending
Shelf Life                              ACQ Pcnt                         UnitofUse
Disp. Life                              STD Pcnt                         UnitDose
Drug Exp.                               REG Pcnt                         AutoFill
DC Date                                 WEL Pcnt                         AWPSrc
Mfr DC                                  INV Cost                         ACQSrc
MAC Date                                Price Cd
AWP Date                                Reorder
Vendor                                 Comp Flag  All Drugs
MTD Usage                             Bubble Fee  ALL
YTD Usage                              Use / Print
Intr                                  CentralFill ANY
Coun                                   Mail Only  ANY
Allergy                             No Mail Order
Default Daw                             Refrigerate
MAC Price                             Signtr Reqd
AWP Price                                 HAZMAT
  On-Hand                             Bay                    Shelf
PrcLst Qty1                           Rack                   Bin
PrcLst Qty2                         AltGrp/Class
```

HIGHLY CONFIDENTIAL

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
UTILIZATION BY PHYSICIAN

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|----------------|------|------|--------|---------|---------|----------|
| Rx Num    QTY    Drug Name | | Cost | Retail | Patient | | Filled |
| ADAMS, JIMMY | 1 | 5.57 | 10.31 | $4.74 | 45.97 | $4.74 |
| AHMAD, IJAZ | 3 | 31.35 | 89.84 | $58.49 | 65.10 | $19.50 |
| ALLAN, BENJAMIN | 6 | 39.18 | 132.15 | $92.97 | 70.35 | $15.50 |
| BARRINGER, ERICA D | 3 | 23.49 | 74.85 | $51.36 | 68.62 | $17.12 |
| BROWNFIELD, RON | 31 | 354.78 | 827.36 | $472.58 | 57.12 | $15.24 |
| CARAWAY, DAVID L | 22 | 150.69 | 287.69 | $137.00 | 47.62 | $6.23 |
| CARICO, GREG | 3 | 37.15 | 52.02 | $14.87 | 28.59 | $4.96 |
| CHANEY, GREGORY D | 3 | 13.05 | 30.50 | $17.45 | 57.21 | $5.82 |
| CHONGSWATDI, NATAVOOT | 3 | 37.15 | 57.30 | $20.15 | 35.17 | $6.72 |
| CLARKE, GREGORY | 1 | 1.74 | 7.60 | $5.86 | 77.11 | $5.86 |
| COFFMAN, SHAWN W | 2 | 10.44 | 34.28 | $23.84 | 69.54 | $11.92 |
| COPLEY, MARY SANDRA | 3 | 15.66 | 36.60 | $20.94 | 57.21 | $6.98 |
| CREMEANS, GARY | 6 | 62.70 | 199.87 | $137.17 | 68.63 | $22.86 |
| GOEBEL, LYNNE | 2 | 20.90 | 35.08 | $14.18 | 40.42 | $7.09 |
| HARPER, GLENN | 3 | 31.35 | 80.95 | $49.60 | 61.27 | $16.53 |
| HARRIS, MATTHEW | 1 | 7.83 | 18.52 | $10.69 | 57.72 | $10.69 |
| HEGG, KYLE | 3 | 13.22 | 28.22 | $15.00 | 53.15 | $5.00 |
| JARRELL, EUGENIA | 5 | 46.13 | 76.23 | $30.10 | 39.49 | $6.02 |
| KLINESTIVER, DON | 4 | 20.88 | 48.80 | $27.92 | 57.21 | $6.98 |
| MACFARLAND, DAWN | 2 | 15.66 | 36.02 | $20.36 | 56.52 | $10.18 |
| MARCUM, PATTI | 9 | 70.50 | 200.55 | $130.05 | 64.85 | $14.45 |
| MEADOWS, CHARLES | 3 | 31.35 | 82.20 | $50.85 | 61.86 | $16.95 |
| MEMON, REHAN | 4 | 25.87 | 46.42 | $20.55 | 44.27 | $5.14 |
| MOSES, MELIN | 2 | 10.44 | 21.51 | $11.07 | 51.46 | $5.54 |
| MOZAFFARI, FARID | 1 | 3.48 | 6.73 | $3.25 | 48.29 | $3.25 |
| NELSON, JOSEPH M | 4 | 6.10 | 24.24 | $18.14 | 74.83 | $4.54 |
| OZTURK, AHMET | 30 | 140.65 | 318.69 | $178.04 | 55.87 | $5.93 |
| PARIKH, JEANNINE | 1 | 15.67 | 35.70 | $20.03 | 56.11 | $20.03 |

CAH_FEDWV_00000607
P-42116_00114

```
Store #: 0290                PDX Inc. PDX PHARMACY SYSTEM                    Page: 2
                             MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                    UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY    Drug Name | | | Cost    Retail | Patient | | Filled |
| PATICK, DAVID L | 14 | 133.56 | 380.27 | $246.71 | 64.88 | $17.62 |
| RELLAN, DEV R | 3 | 15.66 | 33.85 | $18.19 | 53.74 | $6.06 |
| RICHARDSON, BRAD | 6 | 34.22 | 62.42 | $28.20 | 45.18 | $4.70 |
| SABER, KATHY | 3 | 23.49 | 53.58 | $30.09 | 56.16 | $10.03 |
| SAXE, TIMOTHY | 3 | 31.35 | 80.95 | $49.60 | 61.27 | $16.53 |
| SEHGAL, RAJESH | 1 | 2.61 | 8.29 | $5.68 | 68.52 | $5.68 |
| SIEGEL, SCOTT A | 2 | 10.44 | 30.00 | $19.56 | 65.20 | $9.78 |
| SNYDER, RUSSELL | 1 | 5.22 | 50.36 | $45.14 | 89.63 | $45.14 |
| SPURLOCK, ELIZABETH | 7 | 42.34 | 87.10 | $44.76 | 51.39 | $6.39 |
| STULTZ, DEBRA | 4 | 23.78 | 74.55 | $50.77 | 68.10 | $12.69 |
| TACKETT, CHANDOS DEWAYN | 3 | 31.92 | 68.58 | $36.66 | 53.46 | $12.22 |
| TICE, DOUGLAS | 2 | 6.96 | 13.90 | $6.94 | 49.93 | $3.47 |
| TRIPLETT, TERRENCE | 2 | 15.66 | 91.90 | $76.24 | 82.96 | $38.12 |
| TURNER, ROBERT E | 7 | 71.09 | 163.04 | $91.95 | 56.40 | $13.14 |
| VIRGIN, TONY | 2 | 10.44 | 20.00 | $9.56 | 47.80 | $4.78 |
| WALLACE, JANET | 10 | 112.60 | 213.32 | $100.72 | 47.22 | $10.07 |
| WHITMORE, DAVID J | 5 | 45.85 | 88.92 | $43.07 | 48.44 | $8.61 |
| WOODS-684, DANIEL | 1 | 10.45 | 17.84 | $7.39 | 41.42 | $7.39 |
| TOTAL PRESCRIPTIONS | 237 | 1870.62 | 4439.10 | $2,568.48 | 57.86 | $10.84 |

```
        TOTAL RECORDS LISTED -- 46


SELECTION CRITERIA    Tx Date Range    11/24/2011      02/24/2012
                      Physician Code
                      Physician Group
                      Physician Type
                      T/P Carrier
                      T/P Plan
                      List Each Tx: N    Summary Only: N    New/Refill:
```

HIGHLY CONFIDENTIAL

```
Store #: 0290                    PDX Inc.  PDX PHARMACY SYSTEM                    Page:  4
                                 MEDICINE SHOPPE #0290                   11/24/2011-02/24/2012
02/27/2012                       UTILIZATION BY PHYSICIAN
```

| Physician Name | | # Rx | Cost | Retail | $Margin | %Margin AVG PROF |
|---|---|---|---|---|---|---|

| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | Filled |
|---|---|---|---|---|---|---|---|

```
SELECTION CRITERIA      Tx Date Range    11/24/2011      02/24/2012
                        Physician Code
                        Physician Group
                        Physician Type
                        T/P Carrier
                        T/P Plan
                        List Each Tx: N   Summary Only: N   New/Refill:
```

```
                 Starting          Ending                          Starting   Ending
Drug Code        HYDR550D1          HYDR550D1            StorageCell
NDC/DIN                                                  Pack Size
Drug STD                                                 STD Pack
SUBS Code                                                Drug Unit
GPI                                                      Schedule
Gen Name                                                 Canada Sched
                        Hydrocodn 5/500                  Orig Sched
TallMan Nm                                               DESI
                                                         Drug Group
Carrier                                                  Sub Group
T/P Plan                                                 Category
T/P Group                                                Multi
Drug Lot#                                                TherClass
Manufact.                                                Ther Equiv
Item #
```

```
Warehouse              Reportable        Status          UPC
Injectable             Written           StoreGen        Disp Sys
```

```
                 Starting   Ending                   Starting   Ending
Shelf Life                                ACQ Pcnt                        UnitofUse
Disp. Life                                STD Pcnt                        UnitDose
Drug Exp.                                 REG Pcnt                        AutoFill
DC Date                                   WEL Pcnt                        AWPSrc
Mfr DC                                    INV Cost                        ACQSrc
MAC Date                                  Price Cd
AWP Date                                  Reorder
Vendor                                    Comp Flag  All Drugs
MTD Usage                                 Bubble Fee  ALL
YTD Usage                                 Use / Print
Intr                                      CentralFill  ANY
Coun                                        Mail Only  ANY
Allergy                                 No Mail Order
Default Daw                               Refrigerate
MAC Price                                 Signtr Reqd
AWP Price                                     HAZMAT
 On-Hand                                  Bay              Shelf
PrcLst Qty1                               Rack             Bin
PrcLst Qty2                               AltGrp/Class
```

HIGHLY CONFIDENTIAL

```
Store #: 0290                    PDX Inc. PDX PHARMACY SYSTEM              Page: 1
                                 MEDICINE SHOPPE #0290          11/24/2011-02/24/2012
02/27/2012                       UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| ABDELGABER, AHMED | 2 | 11.29 | 29.96 | $18.67 | 62.32 | $9.34 |
| AHMAD, IJAZ | 1 | 1.11 | 5.00 | $3.89 | 77.80 | $3.89 |
| BLACK, MICHAEL | 1 | 2.23 | 8.11 | $5.88 | 72.50 | $5.88 |
| BOLANO, LUIS | 5 | 5.01 | 33.89 | $28.88 | 85.22 | $5.78 |
| BOOTH, RICHARD | 2 | 1.85 | 13.35 | $11.50 | 86.14 | $5.75 |
| BOWEN, CRAIG DDS | 2 | 1.48 | 12.66 | $11.18 | 88.31 | $5.59 |
| BROWN, KEVIN | 1 | 1.86 | 5.97 | $4.11 | 68.84 | $4.11 |
| BROWNFIELD, RON | 11 | 47.92 | 210.63 | $162.71 | 77.25 | $14.79 |
| CARAWAY, DAVID L | 9 | 24.96 | 165.09 | $140.13 | 84.88 | $15.57 |
| CASTLE, JASON | 1 | 2.28 | 5.99 | $3.71 | 61.94 | $3.71 |
| DEL CHECCOLO, RICHARD | 2 | 1.88 | 10.45 | $8.57 | 82.01 | $4.29 |
| CLARKE, GREGORY | 1 | 0.74 | 18.95 | $18.21 | 96.09 | $18.21 |
| CREMEANS, GARY | 2 | 4.46 | 15.00 | $10.54 | 70.27 | $5.27 |
| EAKLE, LINDA | 3 | 6.69 | 23.72 | $17.03 | 71.80 | $5.68 |
| GYAMFI, RICHMOND | 1 | 0.56 | 13.95 | $13.39 | 95.99 | $13.39 |
| HADDOX, JOSHUA | 1 | 0.30 | 10.95 | $10.65 | 97.26 | $10.65 |
| HARPER, GLENN | 6 | 26.76 | 192.48 | $165.72 | 86.10 | $27.62 |
| HARRISON JR., CURTIS | 1 | 2.08 | 40.95 | $38.87 | 94.92 | $38.87 |
| HARRIS, ERIKA | 3 | 11.13 | 69.99 | $58.86 | 84.10 | $19.62 |
| HATTAB, YOUSEF | 2 | 8.92 | 34.92 | $26.00 | 74.46 | $13.00 |
| HEGG, KYLE | 2 | 2.30 | 12.87 | $10.57 | 82.13 | $5.29 |
| HENSON, DOUGLAS | 2 | 4.83 | 54.68 | $49.85 | 91.17 | $24.93 |
| IGNATIADIS, PANOS | 3 | 11.80 | 67.35 | $55.55 | 82.48 | $18.52 |
| JARRELL, EUGENIA | 3 | 8.98 | 24.38 | $15.40 | 63.17 | $5.13 |
| KILKENNY, MICHAEL | 2 | 8.92 | 22.04 | $13.12 | 59.53 | $6.56 |
| KILKENNY, MICHAEL E | 1 | 4.46 | 11.02 | $6.56 | 59.53 | $6.56 |
| KLINESTIVER, DON | 3 | 10.02 | 30.75 | $20.73 | 67.41 | $6.91 |
| LEWIS, MYRON | 8 | 32.54 | 340.48 | $307.94 | 90.44 | $38.49 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000610

P-42116_00117

```
Store #:  0290                  PDX Inc.  PDX PHARMACY SYSTEM            Page:  2
                              MEDICINE SHOPPE #0290            11/24/2011-02/24/2012
02/27/2012                    UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| LOCHOW, STEVEN | 1 | 2.28 | 21.97 | $19.69 | 89.62 | $19.69 |
| MADERO, GUILLERMO | 1 | 4.46 | 17.46 | $13.00 | 74.46 | $13.00 |
| MAYS-197, ADRIENNE | 2 | 8.92 | 34.92 | $26.00 | 74.46 | $13.00 |
| MEMON, REHAN | 2 | 6.24 | 25.52 | $19.28 | 75.55 | $9.64 |
| MOORE O.D., GREG | 1 | 0.37 | 2.17 | $1.80 | 82.95 | $1.80 |
| MORABITO, ROCCO | 2 | 2.04 | 19.07 | $17.03 | 89.30 | $8.52 |
| MORGAN, CRAIG | 2 | 1.85 | 12.01 | $10.16 | 84.60 | $5.08 |
| NELSON, JOSEPH M | 2 | 1.01 | 5.82 | $4.81 | 82.65 | $2.41 |
| NOVOTNY, STEVEN | 1 | 2.28 | 8.87 | $6.59 | 74.30 | $6.59 |
| OPIMO, REGINALD S | 1 | 1.14 | 5.45 | $4.31 | 79.08 | $4.31 |
| OZTURK, AHMET | 18 | 50.59 | 172.27 | $121.68 | 70.63 | $6.76 |
| PATICK, DAVID L | 4 | 14.48 | 73.73 | $59.25 | 80.36 | $14.81 |
| PATTERSON, C. LYNN | 3 | 6.69 | 25.80 | $19.11 | 74.07 | $6.37 |
| PINSON, CYNTHIA | 1 | 1.11 | 5.00 | $3.89 | 77.80 | $3.89 |
| SAVORY, LINDA | 3 | 3.33 | 39.99 | $36.66 | 91.67 | $12.22 |
| TACKETT, CHANDOS DEWAYN | 8 | 28.96 | 134.84 | $105.88 | 78.52 | $13.24 |
| TAO, STANLEY | 1 | 2.23 | 21.45 | $19.22 | 89.60 | $19.22 |
| TICE, DOUGLAS | 1 | 2.52 | 9.04 | $6.52 | 72.12 | $6.52 |
| TURNER, ROBERT E | 8 | 9.48 | 49.56 | $40.08 | 80.87 | $5.01 |
| WERTHAMMER, MATTHEW | 2 | 4.46 | 42.90 | $38.44 | 89.60 | $19.22 |
| WHITMORE, DAVID J | 3 | 6.69 | 25.80 | $19.11 | 74.07 | $6.37 |
| YOUNG, ALLEN | 3 | 7.87 | 18.24 | $10.37 | 56.85 | $3.46 |
| TOTAL PRESCRIPTIONS | 151 | 416.36 | 2257.46 | $1,841.10 | 81.56 | $12.19 |

```
        TOTAL RECORDS LISTED -- 50
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000611

P-42116_00118

```
Store #:  0290                PDX Inc. PDX PHARMACY SYSTEM              Page:  3
                             MEDICINE SHOPPE #0290                11/24/2011-02/24/2012
02/27/2012                    UTILIZATION BY PHYSICIAN

Physician Name              # Rx    Cost      Retail    $Margin    %Margin AVG PROF

Rx Num    QTY  Drug Name                       Cost   Retail  Patient              Filled


SELECTION CRITERIA     Tx Date Range    11/24/2011        02/24/2012
                       Physician Code
                       Physician Group
                       Physician Type
                       T/P Carrier
                       T/P Plan
                       List Each Tx: N    Summary Only: N    New/Refill:

                  Starting          Ending                    Starting    Ending
Drug Code         HYDR755D1         HYDR755D1        StorageCell
NDC/DIN                                             Pack Size
Drug STD                                            STD Pack
SUBS Code                                           Drug Unit
GPI               Hydrocodon 7.5/500               Schedule
Gen Name                                            Canada Sched
                                                    Orig Sched
TallMan Nm                                          DESI
                                                    Drug Group
Carrier                                             Sub Group
T/P Plan                                            Category
T/P Group                                           Multi
Drug Lot#                                           TherClass
Manufact.                                           Ther Equiv
Item #


Warehouse          Reportable        Status        UPC
Injectable         Written           StoreGen      Disp Sys

                  Starting   Ending                Starting   Ending
Shelf Life                               ACQ Pcnt                       UnitofUse
Disp. Life                               STD Pcnt                       UnitDose
Drug Exp.                                REG Pcnt                       AutoFill
DC Date                                  WEL Pcnt                       AWPSrc
Mfr DC                                   INV Cost                       ACQSrc
MAC Date                                 Price Cd
AWP Date                                 Reorder
Vendor                                   Comp Flag  All Drugs
MTD Usage                                Bubble Fee ALL
YTD Usage                                Use / Print
Intr                                     CentralFill ANY
Coun                                     Mail Only   ANY
Allergy                               No Mail Order
Default Daw                              Refrigerate
MAC Price                                Signtr Reqd
AWP Price                                   HAZMAT
   On-Hand                           Bay                      Shelf
PrcLst Qty1                          Rack                     Bin
PrcLst Qty2                          AltGrp/Class
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000612

P-42116_00119

```
Store #: 0290              PDX Inc. - PDX PHARMACY SYSTEM              Page: 1
                            MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                   UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| ABDELGABER, AHMED | 2 | 6.84 | 15.88 | $9.04 | 56.93 | $4.52 |
| ADAMS, JIMMY | 3 | 9.57 | 22.38 | $12.81 | 57.24 | $4.27 |
| ALBERICO, ANTHONY | 1 | 0.46 | 1.89 | $1.43 | 75.66 | $1.43 |
| BARRINGER, ERICA D | 1 | 3.42 | 5.68 | $2.26 | 39.79 | $2.26 |
| BARYUN, ESAM | 2 | 6.84 | 11.36 | $4.52 | 39.79 | $2.26 |
| BELL, NAAMAN | 2 | 1.24 | 8.73 | $7.49 | 85.80 | $3.75 |
| BOROWSKI, GREG | 1 | 0.76 | 11.95 | $11.19 | 93.64 | $11.19 |
| BREINIG, ADAM | 1 | 2.28 | 6.30 | $4.02 | 63.81 | $4.02 |
| BROWNFIELD, RON | 24 | 89.68 | 291.66 | $201.98 | 69.25 | $8.42 |
| CARICO, GREG | 5 | 17.67 | 40.58 | $22.91 | 56.46 | $4.58 |
| CHANEY, GREGORY D | 1 | 3.42 | 8.19 | $4.77 | 58.24 | $4.77 |
| CHAPMAN, BRYAN | 1 | 0.57 | 3.68 | $3.11 | 84.51 | $3.11 |
| CHARLES, MITCH | 2 | 0.92 | 7.23 | $6.31 | 87.28 | $3.16 |
| DEL CHECCOLO, RICHARD | 3 | 6.84 | 12.12 | $5.28 | 43.56 | $1.76 |
| CLARKE, GREGORY | 1 | 0.57 | 10.95 | $10.38 | 94.79 | $10.38 |
| COFFMAN, SHAWN W | 1 | 0.76 | 3.50 | $2.74 | 78.29 | $2.74 |
| COLE, JACQUELINE | 1 | 0.38 | 2.32 | $1.94 | 83.62 | $1.94 |
| CREMEANS, GARY | 4 | 4.76 | 25.92 | $21.16 | 81.64 | $5.29 |
| CROCKETT, G ROLAND | 1 | 0.61 | 3.08 | $2.47 | 80.19 | $2.47 |
| DALY, TIMOTHY | 1 | 0.57 | 3.25 | $2.68 | 82.46 | $2.68 |
| DANNALS, TOM | 7 | 29.87 | 70.62 | $40.75 | 57.70 | $5.82 |
| DARLINGTON, JAMES S | 2 | 1.33 | 7.48 | $6.15 | 82.22 | $3.08 |
| DENNISON, WILLIAM B | 1 | 1.14 | 10.00 | $8.86 | 88.60 | $8.86 |
| DENT, MISHA PA-C | 1 | 0.57 | 2.32 | $1.75 | 75.43 | $1.75 |
| DIAL, LARRY | 9 | 34.20 | 84.14 | $49.94 | 59.35 | $5.55 |
| FRANCKE, DAVID | 2 | 6.84 | 17.90 | $11.06 | 61.79 | $5.53 |
| FULLER, JEREMY | 1 | 0.46 | 5.00 | $4.54 | 90.80 | $4.54 |
| GOEBEL, LYNNE | 1 | 9.12 | 12.56 | $3.44 | 27.39 | $3.44 |

HIGHLY CONFIDENTIAL

Store #: 0290                    PDX Inc. PDX PHARMACY SYSTEM                    Page: 2
                                 MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                       UTILIZATION BY PHYSICIAN

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| GRIMES, MICHAEL | 1 | 0.76 | 5.94 | $5.18 | 87.21 | $5.18 |
| HALE PA-C, KRISTA | 2 | 0.95 | 7.94 | $6.99 | 88.04 | $3.50 |
| HALE, KRISTA | 1 | 0.38 | 2.45 | $2.07 | 84.49 | $2.07 |
| HARPER, GLENN | 3 | 10.85 | 86.85 | $76.00 | 87.51 | $25.33 |
| HEABERLIN, BRIAN | 1 | 1.52 | 4.53 | $3.01 | 66.45 | $3.01 |
| HENGER, LUCAS | 1 | 0.57 | 10.95 | $10.38 | 94.79 | $10.38 |
| HINCHMAN, DAVID | 1 | 0.61 | 2.04 | $1.43 | 70.10 | $1.43 |
| HOLMES, ALLEN | 1 | 1.14 | 15.00 | $13.86 | 92.40 | $13.86 |
| HOLMES, GREG | 7 | 11.23 | 29.69 | $18.46 | 62.18 | $2.64 |
| HOWERTON, STEPHEN | 6 | 3.60 | 44.13 | $40.53 | 91.84 | $6.76 |
| HUTCHISON, LARRY | 1 | 0.57 | 10.95 | $10.38 | 94.79 | $10.38 |
| JOSEPH, PUSHPA NAMBI | 2 | 2.28 | 9.27 | $6.99 | 75.40 | $3.50 |
| KIMMEY, GERRIT A | 3 | 3.62 | 18.78 | $15.16 | 80.72 | $5.05 |
| KOESTER, ALAN | 1 | 0.76 | 2.00 | $1.24 | 62.00 | $1.24 |
| KURUCZ, JANE A | 1 | 3.74 | 5.81 | $2.07 | 35.63 | $2.07 |
| LAVENDER-682, C | 2 | 4.56 | 17.63 | $13.07 | 74.13 | $6.54 |
| LEE, PAUL | 1 | 1.52 | 4.65 | $3.13 | 67.31 | $3.13 |
| LIPSON, WAYNE | 1 | 0.76 | 10.41 | $9.65 | 92.70 | $9.65 |
| MACFARLAND, DAWN | 1 | 3.42 | 8.59 | $5.17 | 60.19 | $5.17 |
| MARCUM, PATTI | 6 | 14.27 | 49.09 | $34.82 | 70.93 | $5.80 |
| MCCANN, KEVIN | 2 | 9.12 | 22.52 | $13.40 | 59.50 | $6.70 |
| MCCORMICK, JEFF | 2 | 3.42 | 7.94 | $4.52 | 56.93 | $2.26 |
| MCKINNEY, SHAWN | 1 | 1.59 | 6.50 | $4.91 | 75.54 | $4.91 |
| MEMON, REHAN | 2 | 3.27 | 11.74 | $8.47 | 72.15 | $4.24 |
| MERKEL, STEVEN | 2 | 4.56 | 12.53 | $7.97 | 63.61 | $3.99 |
| MOZAFFARI, FARID | 1 | 1.52 | 4.65 | $3.13 | 67.31 | $3.13 |
| MURPHY, R SCOTT | 1 | 0.89 | 5.94 | $5.05 | 85.02 | $5.05 |
| NAIR, DILIP | 2 | 1.52 | 7.20 | $5.68 | 78.89 | $2.84 |

HIGHLY CONFIDENTIAL

```
Store #: 0290                    PDX Inc. PDX PHARMACY SYSTEM              Page: 3
                                 MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                       UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| NEGINHAL, VIVEK | 4 | 7.22 | 22.19 | $14.97 | 67.46 | $3.74 |
| NELSON, JOSEPH M | 2 | 1.14 | 21.90 | $20.76 | 94.79 | $10.38 |
| NUNAN, PATRICK | 1 | 2.67 | 6.23 | $3.56 | 57.14 | $3.56 |
| OAKLEY, GERARD | 1 | 1.52 | 4.42 | $2.90 | 65.61 | $2.90 |
| OSBORN, BRETT | 2 | 4.56 | 16.48 | $11.92 | 72.33 | $5.96 |
| OZTURK, AHMET | 15 | 33.51 | 161.27 | $127.76 | 79.22 | $8.52 |
| PATICK, DAVID L | 4 | 27.36 | 70.10 | $42.74 | 60.97 | $10.69 |
| PHAM, PHUONG | 1 | 1.52 | 21.95 | $20.43 | 93.08 | $20.43 |
| RORRER, CLYDE | 1 | 0.57 | 1.99 | $1.42 | 71.36 | $1.42 |
| SABER, KATHY | 2 | 4.56 | 56.95 | $52.39 | 91.99 | $26.20 |
| SAVORY, LINDA | 3 | 10.26 | 65.67 | $55.41 | 84.38 | $18.47 |
| SAXE, TIMOTHY | 1 | 3.42 | 6.10 | $2.68 | 43.93 | $2.68 |
| SEHGAL, RAJESH | 1 | 0.38 | 3.02 | $2.64 | 87.42 | $2.64 |
| SILBERMINS, DAMIAN | 1 | 0.80 | 5.98 | $5.18 | 86.62 | $5.18 |
| SNYDER, RUSSELL | 2 | 4.56 | 11.74 | $7.18 | 61.16 | $3.59 |
| STEEL, JACK | 1 | 1.14 | 2.38 | $1.24 | 52.10 | $1.24 |
| TETTEH, SHIRLEY | 1 | 4.56 | 8.17 | $3.61 | 44.19 | $3.61 |
| TICE, DOUGLAS | 1 | 1.52 | 6.59 | $5.07 | 76.93 | $5.07 |
| TURNER, ROBERT E | 6 | 7.04 | 20.94 | $13.90 | 66.38 | $2.32 |
| TZYSTUCK, FRED | 1 | 0.38 | 8.95 | $8.57 | 95.75 | $8.57 |
| WALLACE, JANET | 5 | 5.13 | 24.56 | $19.43 | 79.11 | $3.89 |
| WERTHAMMER, MATTHEW | 1 | 1.52 | 7.94 | $6.42 | 80.86 | $6.42 |
| TOTAL PRESCRIPTIONS | 195 | 460.03 | 1687.91 | $1,227.88 | 72.75 | $6.30 |

```
          TOTAL RECORDS LISTED -- 78
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000615
P-42116_00122

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Farrell, Daniel (PD) |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 5:45:25 PM |
| **Attachments:** | Picture 711.jpg |
| | Picture 712.jpg |
| | Picture 713.jpg |
| | Picture 714.jpg |
| | Picture 715.jpg |
| | Picture 716.jpg |
| | Picture 717.jpg |
| | Picture 718.jpg |
| | Picture 719.jpg |
| | Picture 720.jpg |
| | Picture 721.jpg |

Kim,
  Please see attached report for T&J for all controls report plus Top doctors report to follow in next email. Excel format not available.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
  Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

HIGHLY CONFIDENTIAL

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.

I appreciate the information.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
  As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim

CAH_FEDWV_00000617
P-42116_00124

**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim
Can I remove your name and forward to customer?
Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

> Good Afternoon Jesse,
> I need to request complete dispense data for all controlled and
> monitored substances this pharmacy dispenses without patient
> information and in excel format please. Three months will be sufficient.
> In addition to complete dispense data for all drug families, I also need to
> know the names and DEA#s of those prescribing Oxymorphone,
> Oxycodone and Hydrocodone, along with the draw area and whether the
> patients are local.
> Please know that orders for Oxycodone will remain in hold status until
> data is received and analyzed.
>
> Thank you,
> Kim
>
> Kim Howenstein
> **Specialist, Quality Assurance|QRA**
> **7000 Cardinal Place**
> **Dublin, OH 43017**
> **Phone: (614) 757-5524**
> **Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

Kim Howenstein,

The Medicine Shoppe is a Tri-State Pharmacy located about 5 minutes from Ohio and 10 minutes from Kentucky. We are licensed in all three states.  Approximately 99 % of all the controlled prescription come from the immediate Huntington area. Most of our patients are located within a 20 mile radius of our store. A small percentage of the prescriptions are filled for patients living outside of a 60 mile radius, that are treated by these local physicians.

We do not fill prescriptions for any new patients without first checking the Board of Pharmacy website to make sure the patient is not doctor shopping.

Sincerely,

Joe McGlothlin R.Ph.

Medicine Shoppe Pharmacy

Huntington, WV

HIGHLY CONFIDENTIAL

Store #: 0290

RPK INSTA-PRX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
02/27/2012

02/27/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|
| TRAMADOL HCL 50 MG    TAB AMN | 65162062711 | 129 | 12123 | 242.40 | 1914.12 | 1,671.72 | 87.34 | 12.96 |
| TRAMADL/APAP 37.5-3 TAB MYL | 00378808805 | 3 | 240 | 51.04 | 105.49 | 54.45 | 51.62 | 18.15 |
| TRAMADL/APAP 37.5-3 TAB MYL | 00378808801 | 4 | 210 | 47.62 | 119.93 | 72.31 | 60.29 | 18.08 |
| TOTAL FOR SELECTED DRUGS | | 136 | 12573 | 341.06 | 2139.54 | 1,798.48 | 84.06 | 13.22 |

SELECTION CRITERIA    Tx Date Range    11/24/2011      02/24/2012      Report Type:
                      Drug Code        TRAM1004         TRAM50X         Report Order: 1
                      GPI                                              Number Drugs: 100
                      Drug Schedule                                    Summary Only: N
                      Canada Sched                                     List Each Tx: N
                      Drug Group                                       Compnd Ingrd: Y
                      NDC/DIN Code                                     Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000620

P-42116_00127

Store #: 0290

02/27/2012

APX, INC. RX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| BUT/APAP/CAF | TAB QUA | 00603254421 | 15 | 560 | 27.69 | 227.69 | 200.00 | 87.84 | 13.33 |
| TOTAL FOR SELECTED DRUGS | | | 15 | 560 | 27.69 | 227.69 | 200.00 | 87.84 | 13.33 |

SELECTION CRITERIA
Tx Date Range   11/24/2011       02/24/2012       Report Type:
Drug Code       BUTA3256         BUTA3256         Report Order: 1
GPI                                               Number Drugs: 100
Drug Schedule                                     Summary Only: N
Canada Sched                                      List Each Tx: N
Drug Group                                        Compnd Ingrd: Y
NDC/DIN Code                                      Zero Price:
ASHP Class
Patient Code
Patient Group
Physician Code
Price Code
T/P Carrier
T/P Plan

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000621

P-42116_00128

Store #: 0290

02/27/2012

THE MEDICINE SHOPPE PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
02/27/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| HYDROCO/APAP 10-500 | TAB WAT | 00591054005 | 237 | 20147 | 1,870.62 | 4439.10 | 2,568.48 | 57.86 | 10.84 |
| OXYCODONE 30MG | TAB ACT | 00228287911 | 130 | 18008 | 5,342.44 | 9013.40 | 3,670.96 | 40.73 | 28.24 |
| HYDROCO/APAP 5-500M | TAB WAT | 00591034905 | 195 | 11979 | 460.03 | 1687.91 | 1,227.88 | 72.75 | 6.30 |
| OXYCODONE 30 MG | TAB MAL | 00406853001 | 76 | 10818 | 3,581.96 | 5452.21 | 1,870.25 | 34.30 | 24.61 |
| HYDROCO/APAP 7.5-50 | TAB WAT | 00591038505 | 151 | 10740 | 416.36 | 2257.46 | 1,841.10 | 81.56 | 12.19 |
| DIAZEPAM 10 MG | TAB WAT | 00591562010 | 113 | 9744 | 181.92 | 1742.61 | 1,560.69 | 89.56 | 13.81 |
| ALPRAZOLAM 1 MG | TAB GRE | 59762372104 | 98 | 8504 | 233.27 | 1292.79 | 1,059.52 | 81.96 | 10.81 |
| OXYCODONE 15MG | TAB ACT | 00228287811 | 75 | 7913 | 1,573.65 | 2575.34 | 1,001.69 | 38.90 | 13.36 |
| ALPRAZOLAM 0.5 MG | TAB GRE | 59762372004 | 86 | 6721 | 172.90 | 1168.85 | 995.95 | 85.21 | 11.58 |
| METHADONE 10 MG | TAB MAL | 00406577101 | 48 | 6211 | 410.49 | 874.04 | 463.55 | 53.04 | 9.66 |
| DIAZEPAM 5 MG | TAB IVA | 00172392670 | 72 | 6038 | 108.91 | 830.06 | 721.15 | 86.88 | 10.02 |
| ALPRAZOLAM 0.25 MG | TAB GRE | 59762371904 | 72 | 4356 | 94.76 | 776.27 | 681.51 | 87.79 | 9.47 |
| OXYCOD/APAP 5-325 M | TAB MAL | 00406051201 | 59 | 4066 | 149.60 | 648.07 | 498.47 | 76.92 | 8.45 |
| HYDROCO/APAP 10-325 | TAB QUA | 00603388728 | 40 | 3819 | 370.77 | 1022.53 | 651.76 | 63.74 | 16.29 |
| OXYCOD/APAP 10-325M | TAB AMN | 53746020401 | 38 | 3194 | 1,050.99 | 1887.60 | 836.61 | 44.32 | 22.02 |
| CLONAZEPAM 1 MG | TAB TEV | 00093083310 | 45 | 3103 | 68.27 | 564.70 | 496.43 | 87.91 | 11.03 |
| OXYCONTIN 80MG CR | TAB PUR | 59011048010 | 29 | 2594 | 30,940.25 | 33058.41 | 2,118.16 | 6.41 | 73.04 |
| METHADONE 10 MG | TAB ROX | 00054457125 | 18 | 2508 | 180.83 | 294.32 | 113.49 | 38.56 | 6.30 |
| OPANA ER 40MG | TAB END | 63481069370 | 33 | 2498 | 28,515.11 | 30443.49 | 1,928.38 | 6.33 | 58.44 |
| LORAZEPAM 0.5 MG | TAB ACT | 00228205750 | 51 | 2407 | 57.22 | 519.92 | 462.70 | 88.99 | 9.07 |
| OXYCODONE 15 MG | TAB MAL | 00406851501 | 20 | 2374 | 531.95 | 833.36 | 301.41 | 36.17 | 15.07 |
| OXYCONTIN 40MG CR | TAB PUR | 59011044010 | 33 | 2358 | 14,967.23 | 16123.44 | 1,156.21 | 7.17 | 35.04 |
| CHERATUSSIN AC | SYP QUA | 00603107558 | 14 | 2225 | 18.42 | 105.52 | 87.10 | 82.54 | 6.22 |
| ALPRAZOLAM 0.5 MG | TAB DAV | 67253090111 | 26 | 1980 | 39.75 | 385.25 | 345.50 | 89.68 | 13.29 |
| ALPRAZOLAM 2 MG | TAB DAV | 67253090350 | 22 | 1980 | 176.74 | 448.48 | 271.74 | 60.59 | 12.35 |
| CLONAZEPAM 0.5MG | TAB SAN | 00185006310 | 26 | 1876 | 28.52 | 382.30 | 353.78 | 92.54 | 13.61 |
| OXYCODONE 5MG IR | TAB QUA | 00603499028 | 28 | 1864 | 377.82 | 470.89 | 93.07 | 19.76 | 3.32 |
| LYRICA 150MG | CAP PFI | 00071101668 | 29 | 1864 | 4,902.00 | 5248.84 | 346.84 | 6.61 | 11.96 |
| ALPRAZOLAM 1MG | TAB DAV | 67253090211 | 20 | 1812 | 57.99 | 342.19 | 284.20 | 83.05 | 14.21 |
| ZOLPIDEM 10MG | TAB MYL | 00378531005 | 69 | 1796 | 35.18 | 544.16 | 508.98 | 93.53 | 7.38 |
| ZOLPIDEM 10MG | TAB QUA | 00603646928 | 61 | 1764 | 35.83 | 572.33 | 536.50 | 93.74 | 8.80 |
| OPANA ER 20 MG | TAB END | 63481061770 | 30 | 1509 | 9,260.21 | 9928.00 | 667.79 | 6.73 | 22.26 |

HIGHLY CONFIDENTIAL

Case 3:17-cv-01362  Document 1275  Filed 01/13/22  Page 130 of 180 PageID #: 42676

APX-FRONT PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page 1    02/27/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| HYDROCO/APAP 7.5-32 | TAB MAL | 00406036601 | 17 | 1504 | 260.46 | 575.09 | 314.63 | 54.71 | 18.51 |
| LORAZEPAM 1 MG | TAB RAN | 63304077310 | 24 | 1470 | 33.93 | 281.58 | 247.65 | 87.95 | 10.32 |
| LYRICA 75MG | CAP PFI | 00071101468 | 25 | 1452 | 3,816.00 | 4127.67 | 311.67 | 7.55 | 12.47 |
| OPANA ER 30 MG | TAB END | 63481057170 | 29 | 1428 | 12,655.06 | 13497.63 | 842.57 | 6.24 | 29.05 |
| OPANA ER 10 MG | TAB END | 63481067470 | 20 | 1368 | 4,741.21 | 5030.33 | 289.12 | 5.75 | 14.46 |
| PROMETH/COD 6.25-10 | SYP QUA | 00603158558 | 10 | 1360 | 14.50 | 77.04 | 62.54 | 81.18 | 6.25 |
| ENDOCET 10-325MG | TAB END | 60951071270 | 13 | 1188 | 599.74 | 674.91 | 75.17 | 11.14 | 5.78 |
| CLONAZEPAM 0.5 MG | TAB TEV | 00093083210 | 14 | 1170 | 15.98 | 173.95 | 157.97 | 90.81 | 11.28 |
| ALPRAZOLAM 2MG | TAB DAV | 67253090310 | 15 | 1155 | 148.60 | 340.53 | 191.93 | 56.36 | 12.80 |
| LORAZEPAM 2 MG | TAB ACT | 00228206350 | 13 | 1081 | 50.15 | 194.51 | 144.36 | 74.22 | 11.10 |
| HYDROCO/APAP 10-325 | TAB QUA | 00603388732 | 10 | 1062 | 91.49 | 209.28 | 117.79 | 56.28 | 11.78 |
| HYDROMORPHON 4MG | TAB ROX | 00054026425 | 10 | 1026 | 104.03 | 245.11 | 141.08 | 57.56 | 14.11 |
| DIAZEPAM 2 MG | TAB IVA | 00172392560 | 14 | 925 | 19.53 | 138.55 | 119.02 | 85.90 | 8.50 |
| HYDROCO/APAP 10-650 | TAB MAL | 00406036101 | 14 | 889 | 50.17 | 140.53 | 90.36 | 64.30 | 6.45 |
| OXYCONTIN 20MG CR | TAB PUR | 59011042010 | 17 | 878 | 3,137.66 | 3394.74 | 257.08 | 7.57 | 15.12 |
| MORPHINE SUL 60MG E | TAB MYL | 00378266001 | 15 | 872 | 399.67 | 569.14 | 169.47 | 29.78 | 11.30 |
| HYDROCO/APAP 7.5-50 | SOL PHA | 00121065516 | 1 | 800 | 13.24 | 35.90 | 22.66 | 63.12 | 22.66 |
| TEMAZEPAM 30 MG | CAP MYL | 00378505005 | 21 | 720 | 65.24 | 249.73 | 184.49 | 73.88 | 8.79 |
| OXYMORPHONE 7.5MG ER | TB ACT | 00228326111 | 13 | 720 | 1,608.33 | 1778.82 | 170.49 | 9.58 | 13.11 |
| OXYCOD/APAP 10-325 | TAB MAL | 00406052301 | 10 | 706 | 226.20 | 538.98 | 312.78 | 58.03 | 31.28 |
| ROXICODONE 30 MG | TAB XAN | 66479058210 | 6 | 672 | 1,630.36 | 1736.79 | 106.43 | 6.13 | 17.74 |
| OXYCONTIN 10MG CR | TAB PUR | 59011041010 | 10 | 650 | 1,219.24 | 1328.28 | 109.04 | 8.21 | 10.90 |
| ALPRAZOLAM 2 MG | TAB GRE | 59762372203 | 7 | 630 | 39.00 | 126.60 | 87.60 | 69.19 | 12.51 |
| OXYCODONE 10MG IR | TAB KVKT | 10702005601 | 12 | 620 | 137.05 | 325.67 | 188.62 | 57.92 | 15.72 |
| OXYCONTIN 60MG CR | TAB PUR | 59011046010 | 8 | 616 | 5,709.08 | 6056.49 | 347.41 | 5.74 | 43.43 |
| APAP/CODEINE 300-30 | TAB MAL | 00406048401 | 21 | 615 | 73.76 | 163.78 | 90.02 | 54.96 | 4.29 |
| HYDROCO/APAP 7.5-32 | TAB WAT | 00591320301 | 6 | 600 | 113.02 | 197.21 | 84.19 | 42.69 | 14.03 |
| PHENTERMINE 37.5MG | TAB MUT | 53489040601 | 15 | 596 | 68.93 | 414.73 | 345.80 | 83.38 | 23.05 |
| ROXICET 5-325 MG | TAB ROX | 00054465029 | 11 | 585 | 35.56 | 160.51 | 124.95 | 77.85 | 11.36 |
| TEMAZEPAM 15 MG | CAP MYL | 00378401005 | 17 | 570 | 32.27 | 164.52 | 132.25 | 80.39 | 7.78 |
| LYRICA 50MG | CAP PFI | 00071101368 | 6 | 544 | 1,422.24 | 1528.68 | 106.44 | 6.96 | 17.74 |
| OXYCONTIN 30MG CR | TAB PUR | 59011043010 | 7 | 532 | 2,696.43 | 2835.87 | 139.44 | 4.92 | 19.92 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000623

P-42116_00130

Store #: 0290
02/27/2012

CPY-LMART PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| PHENOBARB 15 MG | TAB WES | 00143144510 | 4 | 510 | 23.42 | 56.80 | 33.38 | 58.77 | 8.35 |
| CONCERTA 36MG | TAB MCN | 50458058601 | 11 | 510 | 3,005.16 | 3135.83 | 130.67 | 4.17 | 11.88 |
| APAP/CODEINE 300-60 | TAB MAL | 00406048505 | 6 | 510 | 104.04 | 156.78 | 52.74 | 33.64 | 8.79 |
| METHADONE 5 MG | TAB MAL | 00406575501 | 7 | 483 | 21.80 | 64.92 | 43.12 | 66.42 | 6.16 |
| ZOLPIDEM 5 MG | TAB MYL | 00378530501 | 18 | 475 | 13.28 | 98.19 | 84.91 | 86.48 | 4.72 |
| MORPHINE SUL 20 MG | CAP ACT | 00228350211 | 12 | 472 | 1,619.96 | 1885.48 | 265.52 | 14.08 | 22.13 |
| OXYCOD/APAP 7.5-325 | TAB MAL | 00406052201 | 6 | 458 | 146.82 | 198.93 | 52.11 | 26.20 | 8.69 |
| TESTIM 1%(50 MG) PCK | GEL AU | 66887000105 | 3 | 450 | 899.69 | 959.87 | 60.18 | 6.27 | 20.06 |
| ATIVAN 2MG | TAB VAL | 64455006501 | 5 | 450 | 2,423.50 | 2744.33 | 320.83 | 11.69 | 64.17 |
| OXYCODONE 20MG/ML | CON LAN | 00527142636 | 7 | 435 | 1,105.24 | 767.64 | 337.60- | 43.98- | 48.23- |
| MORPHINE SUL 15MG E | TAB WAT | 42858080101 | 9 | 430 | 88.30 | 160.45 | 72.15 | 44.97 | 8.02 |
| LORTAB 10 | TAB UCB | 50474091050 | 4 | 420 | 608.50 | 672.06 | 63.56 | 9.46 | 15.89 |
| ENDOCET 10-650MG | TAB END | 60951079770 | 4 | 404 | 181.14 | 195.75 | 14.61 | 7.46 | 3.65 |
| MORPHINE SUL ER 15 MG | TAB | 00406831501 | 9 | 372 | 149.72 | 132.45 | 17.27- | 13.04- | 1.92- |
| OXYCODONE 5MG | TAB KVK | 10702001801 | 4 | 370 | 41.06 | 99.45 | 58.39 | 58.71 | 14.60 |
| OXYCODONE 30MG | TAB CAR | 57664022488 | 4 | 366 | 157.16 | 180.23 | 23.07 | 12.80 | 5.77 |
| PHENOBARB 30 MG | TAB WES | 00143145010 | 6 | 360 | 20.87 | 28.35 | 7.48 | 26.38 | 1.25 |
| LYRICA 100MG | CAP PFI | 00071101568 | 4 | 360 | 917.58 | 966.95 | 49.37 | 5.11 | 12.34 |
| HYD POLST-CH LOR PO | LIQ PAR | 49884023533 | 2 | 360 | 169.31 | 183.73 | 14.42 | 7.85 | 7.21 |
| DEMEROL 100MG | TAB SAN | 00024033704 | 3 | 360 | 986.76 | 1036.37 | 49.61 | 4.79 | 16.54 |
| HYDROMORPHON 2MG | TAB LAN | 00527135301 | 3 | 344 | 29.34 | 73.73 | 44.39 | 60.21 | 14.80 |
| VYVANSE 60MG | CAP SHI | 59417010610 | 11 | 330 | 1,659.31 | 1777.05 | 117.74 | 6.63 | 10.70 |
| MORPHINE SUL 20 MG/ | SOL LAN | 00527142536 | 14 | 330 | 164.27 | 238.12 | 73.85 | 31.01 | 5.28 |
| METHYLPHENID 20MG ER | TB MAL | 00406147301 | 4 | 330 | 82.42 | 299.91 | 217.49 | 72.52 | 54.37 |
| ZOLPIDEM CR 12.5MG TAB | | 10370011610 | 11 | 324 | 962.73 | 1355.81 | 393.08 | 28.99 | 35.73 |
| OXYMORPHONE 15MG ER | TAB ACT | 00228326211 | 5 | 316 | 1,287.44 | 1350.30 | 62.86 | 4.66 | 12.57 |
| DIPHEN/ATROP 2.5MG | TAB GRE | 59762106101 | 4 | 310 | 39.43 | 96.97 | 57.54 | 59.34 | 14.39 |
| ALPRAZOLAM 0.25 MG | TAB DAV | 67253090011 | 7 | 304 | 5.06 | 90.29 | 85.23 | 94.40 | 12.18 |
| METHYLPHENID 54MG E | TAB WAT | 00591271801 | 10 | 300 | 1,548.60 | 1660.58 | 111.98 | 6.74 | 11.20 |
| CARISOPRODOL 350 MG | TAB QUA | 00603258228 | 5 | 300 | 43.23 | 68.16 | 24.93 | 36.58 | 4.99 |
| ANDROGEL 1%(50MG) | GEL ABB | 00051845030 | 2 | 300 | 626.11 | 663.05 | 36.94 | 5.57 | 18.47 |
| ANDROGEL PUMP 1% | GEL ABB | 00051848888 | 2 | 300 | 624.82 | 666.69 | 41.87 | 6.28 | 20.94 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000624

P-42116_00131

Store #: 0290

02/27/2012

DRX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| NUCYNTA 50MG | TAB JAN | 50458082004 | 6 | 290 | 585.64 | 627.50 | 41.86 | 6.67 | 6.98 |
| MORPHINE SUL 15MG E | TAB MYL | 00378265801 | 5 | 288 | 55.70 | 91.06 | 35.36 | 38.83 | 7.07 |
| AMPHETAMINE 20MG ER | CAP GLO | 00115133101 | 9 | 280 | 1,247.49 | 1347.38 | 99.89 | 7.41 | 11.10 |
| OXYCOD/APAP 10-650M | TAB AMN | 53746020601 | 4 | 272 | 112.13 | 122.60 | 10.47 | 8.54 | 2.62 |
| LYRICA 200MG | CAP PFI | 00071101768 | 5 | 270 | 710.09 | 746.23 | 36.14 | 4.84 | 7.23 |
| CLONAZEPAM 2 MG | TAB ACT | 00228300550 | 5 | 270 | 8.80 | 51.24 | 42.44 | 82.83 | 8.49 |
| AMPHETAMINE 10MG | TAB TEV | 00555097202 | 7 | 270 | 286.44 | 352.93 | 66.49 | 18.84 | 9.50 |
| ALPRAZOLAM 2 MG | TAB GRE | 59762372201 | 2 | 270 | 15.41 | 45.54 | 30.13 | 66.16 | 15.07 |
| CLORAZ DIPOT 3.75 M | TAB MYL | 00378003001 | 4 | 260 | 32.36 | 81.49 | 49.13 | 60.29 | 12.28 |
| HYDROCO/APAP 5-325M | TAB MAL | 00406036501 | 4 | 255 | 36.94 | 69.56 | 32.62 | 46.89 | 8.16 |
| FOCALIN XR 20MG | CAP NOV | 00078043205 | 4 | 240 | 1,309.72 | 1386.12 | 76.40 | 5.51 | 19.10 |
| FENTANYL 25MCG/HR | DIS MYL | 00378912198 | 18 | 235 | 1,412.21 | 1885.07 | 472.86 | 25.08 | 26.27 |
| NUCYNTA ER 100 MG | TAB JAN | 50458086101 | 5 | 234 | 1,021.12 | 1092.24 | 71.12 | 6.51 | 14.22 |
| PENTAZOCINE/ NALOXO | TAB GAV | 43386068001 | 4 | 210 | 206.45 | 262.22 | 55.77 | 21.27 | 13.94 |
| LUNESTA 3MG | TAB SUN | 63402019310 | 9 | 210 | 1,336.89 | 1453.95 | 117.06 | 8.05 | 13.01 |
| BUT/ASA/CAFF | TAB WES | 00143178501 | 3 | 210 | 21.68 | 69.79 | 48.11 | 68.94 | 16.04 |
| AMPHETAMINE 30MG | TAB TEV | 00555097402 | 7 | 210 | 287.07 | 264.15 | 22.92- | 8.68- | 3.27- |
| XANAX 0.5 MG | TAB PFI | 00009005501 | 1 | 200 | 362.09 | 378.68 | 16.59 | 4.38 | 16.59 |
| MORPHINE SUL 30MG ER | TB MAL | 00406833001 | 4 | 198 | 188.20 | 124.40 | 63.80- | 51.29- | 15.95- |
| FENTANYL 50MCG/HR | DIS ACT | 67767012118 | 18 | 185 | 1,372.66 | 2351.88 | 979.22 | 41.64 | 54.40 |
| MORPHINE SUL 100 MG | TAB MYL | 00378266101 | 3 | 182 | 655.97 | 171.23 | 484.74- | 283.09- | 161.58- |
| VYVANSE 70MG | CAP SHI | 59417010710 | 6 | 180 | 906.04 | 960.82 | 54.78 | 5.70 | 9.13 |
| VYVANSE 40MG | CAP SHI | 59417010410 | 6 | 180 | 895.46 | 956.48 | 61.02 | 6.38 | 10.17 |
| PHENOBARB 97.2 MG | TAB QUA | 00603516821 | 3 | 180 | 15.84 | 35.85 | 20.01 | 55.82 | 6.67 |
| OXYMORPHONE HCL 5MG | TAB ROX | 00054028325 | 2 | 180 | 339.40 | 434.68 | 95.28 | 21.92 | 47.64 |
| METHYLPHENID 36MG E | TAB WAT | 00591271701 | 5 | 180 | 888.48 | 874.43 | 14.05- | 1.61- | 2.81- |
| METHYLPHENID 10MG | TAB WAT | 00591588301 | 3 | 180 | 21.38 | 47.93 | 26.55 | 55.39 | 8.85 |
| KADIAN 30MG CR | CAP ACT | 46987032511 | 3 | 180 | 886.67 | 974.28 | 87.61 | 8.99 | 29.20 |
| HYDROCOD/HOM 5-1.5/ | SYP HI- | 50383004316 | 1 | 180 | 15.18 | 25.95 | 10.77 | 41.50 | 10.77 |
| BUT/ASA/CAFF | CAP WAT | 00591321901 | 2 | 180 | 48.00 | 96.47 | 48.47 | 50.24 | 24.24 |
| SUBOXONE 8-2MG | SUB REC | 12496130602 | 3 | 172 | 1,220.00 | 1288.80 | 68.80 | 5.34 | 22.93 |
| OXYCONTIN 15MG CR | TAB PUR | 59011041510 | 3 | 168 | 471.86 | 512.22 | 40.36 | 7.88 | 13.45 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000625

P-42116_00132

Store #: 0290
02/27/2012

Case 3:17-cv-01362   Document 1311-14   Filed 01/13/22   Page 133 of 180 PageID #: 39795

PDX INFO. RX1 PHARMACY SYSTEM
MEDICINE SHOPPE #0290                02/24/2011-02/24/2012
DRUG MOVEMENT REPORT

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| FENTANYL 50MCG/HR | DIS MYL | 00378912298 | 13 | 155 | 1,665.91 | 1944.89 | 278.98 | 14.34 | 21.46 |
| ZALEPLON 10MG | CAP ASC | 67877021101 | 5 | 150 | 37.38 | 125.50 | 88.12 | 70.22 | 17.62 |
| KADIAN 60MG CR | CAP ACT | 46987032611 | 3 | 150 | 1,479.75 | 1618.80 | 139.05 | 8.59 | 46.35 |
| FENTANYL 25 MCG/HR | DIS ACT | 67767012018 | 14 | 150 | 663.90 | 1065.97 | 402.07 | 37.72 | 28.72 |
| CARISOPRODOL 350 MG | TAB SUN | 62756044605 | 2 | 150 | 10.15 | 38.63 | 28.48 | 73.73 | 14.24 |
| AMPHETAMINE 20MG ER | CAP TEV | 00555078802 | 4 | 150 | 732.10 | 707.63 | 24.47- | 3.46- | 6.12- |
| ADDERALL XR 20 MG | CAP SHI | 54092038701 | 3 | 150 | 955.67 | 1007.33 | 51.66 | 5.13 | 17.22 |
| MORPHINE SUL 30 MG | TAB RHO | 42858080201 | 2 | 144 | 126.38 | 137.72 | 11.34 | 8.23 | 5.67 |
| KADIAN 20MG CR | CAP ACT | 46987032211 | 7 | 140 | 648.53 | 710.28 | 61.75 | 8.69 | 8.82 |
| METHADONE 5 MG/5ML | SOL ROX | 00054355563 | 14 | 129 | 8.07 | 65.62 | 57.55 | 87.70 | 4.11 |
| DIPHEN/ATROP 2.5MG | TAB MYL | 00378041510 | 3 | 127 | 13.29 | 35.46 | 22.17 | 62.52 | 7.39 |
| ZOLPIDEM 10 MG | TAB MYL | 00378531001 | 4 | 120 | 2.44 | 18.04 | 15.60 | 86.47 | 3.90 |
| VIMPAT 100 MG | TAB SCH | 00131247835 | 2 | 120 | 857.96 | 915.18 | 57.22 | 6.25 | 28.61 |
| PROMETH VC/ CODEINE | SYP QUA | 00603158858 | 1 | 120 | 10.50 | 11.85 | 1.35 | 11.39 | 1.35 |
| NUCYNTA 100MG | TAB JAN | 50458084004 | 1 | 120 | 376.83 | 400.42 | 23.59 | 5.89 | 23.59 |
| METHYLIN ER 20MG | TAB MAL | 00406145101 | 3 | 120 | 28.25 | 103.55 | 75.30 | 72.72 | 25.10 |
| LYRICA 300MG | CAP PFI | 00071101868 | 2 | 120 | 314.37 | 340.31 | 25.94 | 7.62 | 12.97 |
| LORTAB 10 | TAB UCB | 50474091001 | 2 | 120 | 192.59 | 279.90 | 87.31 | 31.19 | 43.66 |
| HYDROCO/APAP 5-325M | TAB QUA | 00603389028 | 2 | 120 | 21.64 | 50.52 | 28.88 | 57.17 | 14.44 |
| FENTANYL 100MCG/H | DIS ACT | 67767012318 | 12 | 120 | 1,954.07 | 2761.13 | 807.06 | 29.23 | 67.25 |
| DRONABINOL 2.5MG | CAP PAR | 49884086702 | 2 | 120 | 440.62 | 459.96 | 19.34 | 4.20 | 9.67 |
| DEXMETHYLPH 10MG | TAB TEV | 00093527701 | 4 | 120 | 134.40 | 142.91 | 8.51 | 5.95 | 2.13 |
| AMPHETAMINE 20MG | TAB SAN | 00185040101 | 2 | 120 | 129.75 | 172.90 | 43.15 | 24.96 | 21.58 |
| MORPHINE SUL 100 MG | TAB END | 60951065870 | 2 | 114 | 142.60 | 129.07 | 13.53- | 10.48- | 6.77- |
| OXYCODONE 30 MG | TAB ACT | 52152021502 | 1 | 112 | 38.61 | 49.96 | 11.35 | 22.72 | 11.35 |
| NUCYNTA 75MG | TAB JAN | 50458083004 | 2 | 112 | 264.64 | 283.58 | 18.94 | 6.68 | 9.47 |
| HYDROMORPHON 2MG | TAB RHO | 42858030101 | 1 | 112 | 47.28 | 23.97 | 23.31- | 97.25- | 23.31- |
| OXAZEPAM 15 MG | CAP ACT | 00228206910 | 2 | 108 | 103.75 | 62.71 | 41.04- | 65.44- | 20.52- |
| OXYMORPHONE HCL 10M | TAB ROX | 00054028425 | 2 | 100 | 347.75 | 375.44 | 27.69 | 7.38 | 13.85 |
| DIPHEN/ATROP 2.5MG | TAB MYL | 00378041501 | 1 | 100 | 43.01 | 14.21 | 28.80- | 202.67- | 28.80- |
| ADDERALL XR 15 MG | CAP SHI | 54092038501 | 4 | 96 | 612.10 | 649.90 | 37.80 | 5.82 | 9.45 |
| VYVANSE 20MG | CAP SHI | 59417010210 | 3 | 90 | 447.73 | 476.10 | 28.37 | 5.96 | 9.46 |

HIGHLY CONFIDENTIAL

Store #: 0290

02/27/2012

Case 3:17-cv-01362   Document 1521-6   Filed 01/13/22   Page 134 of 180 PageID #: 77980

THE MEDICINE SHOPPE #0290

RX1 PHARMACY SYSTEM

DRUG MOVEMENT REPORT

02/27/2011-02/27/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| OXYMORPHONE HCL 5MG TAB END | | 60951079470 | 1 | 90 | 204.40 | 219.86 | 15.46 | 7.03 | 15.46 |
| OXAZEPAM 15MG | CAP SAN | 00781281001 | 1 | 90 | 34.58 | 41.50 | 6.92 | 16.67 | 6.92 |
| OXAZEPAM 15 MG | CAP IVA | 00172480560 | 1 | 90 | 31.49 | 41.50 | 10.01 | 24.12 | 10.01 |
| MORPHINE SUL 60 MG ER TAB M | | 00406838001 | 2 | 90 | 103.87 | 58.78 | 45.09- | 76.71- | 22.55- |
| METHYLPHENID 18MG E TAB WAT | | 00591271501 | 3 | 90 | 424.62 | 432.24 | 7.62 | 1.76 | 2.54 |
| FOCALIN XR 10MG | CAP NOV | 00078043105 | 3 | 90 | 473.76 | 489.06 | 15.30 | 3.13 | 5.10 |
| ESTAZOLAM 2 MG | TAB TEV | 00093013001 | 3 | 90 | 23.73 | 38.10 | 14.37 | 37.72 | 4.79 |
| DEXMETHYLPH 5 MG | TAB TEV | 00093527601 | 2 | 90 | 68.96 | 70.48 | 1.52 | 2.16 | 0.76 |
| CLONAZEPAM 2 MG | TAB ACT | 00228300511 | 1 | 90 | 3.03 | 15.00 | 11.97 | 79.80 | 11.97 |
| APAP/CODEINE 300-15 TAB QUA | | 00603233721 | 3 | 90 | 10.74 | 25.02 | 14.28 | 57.07 | 4.76 |
| AMBIEN CR 12.5MG | TAB SAN | 00024552131 | 3 | 90 | 550.30 | 576.70 | 26.40 | 4.58 | 8.80 |
| ADDERALL XR 10 MG | CAP SHI | 54092038301 | 3 | 90 | 573.09 | 607.41 | 34.32 | 5.65 | 11.44 |
| HYDROCO/APAP 7.5-75 TAB MAL | | 00406036005 | 4 | 88 | 2.90 | 55.74 | 52.84 | 94.80 | 13.21 |
| MORPHINE SUL 15MG IR TB ROX | | 00054023525 | 2 | 86 | 5.93 | 11.41 | 5.48 | 48.03 | 2.74 |
| KADIAN 10MG CR | CAP ACT | 46987041011 | 6 | 84 | 344.36 | 390.48 | 46.12 | 11.81 | 7.69 |
| LORAZEPAM 2 MG/ML | CON ROX | 00054353244 | 5 | 81 | 80.31 | 107.92 | 27.61 | 25.58 | 5.52 |
| FENTANYL 100MCG/H | DIS MYL | 00378912498 | 8 | 80 | 1,917.52 | 2120.21 | 202.69 | 9.56 | 25.34 |
| PROVIGIL 200 MG | TAB CEP | 63459020101 | 3 | 75 | 1,355.83 | 2071.91 | 716.08 | 34.56 | 238.69 |
| PHENTERMINE 37.5MG | TAB LAN | 00527144501 | 3 | 75 | 11.27 | 92.95 | 81.68 | 87.88 | 27.23 |
| FENTANYL 75MCG/HR | DIS ACT | 67767012218 | 8 | 65 | 860.80 | 1404.20 | 543.40 | 38.70 | 67.93 |
| FENTANYL 75MCG/HR | DIS MYL | 00378912398 | 7 | 65 | 1,175.98 | 1356.62 | 180.64 | 13.32 | 25.81 |
| MORPHINE SUL 100 MG SR TAB | | 00406839001 | 2 | 60 | 41.07 | 98.83 | 57.76 | 58.44 | 28.88 |
| METHYLIN 5MG | TAB MAL | 00406112101 | 1 | 60 | 14.86 | 8.97 | 5.89- | 65.66- | 5.89- |
| METHYLPHENID 5 MG | TAB UCB | 53014053107 | 1 | 60 | 20.50 | 15.98 | 4.52- | 28.29- | 4.52- |
| METHYLPHENID 10 MG | TAB UCB | 53014053007 | 2 | 60 | 30.80 | 34.06 | 3.26 | 9.57 | 1.63 |
| LUNESTA 2MG | TAB SUN | 63402019110 | 2 | 60 | 382.14 | 409.25 | 27.11 | 6.62 | 13.56 |
| KADIAN 100MG CR | CAP ACT | 46987032411 | 1 | 60 | 985.22 | 1079.58 | 94.36 | 8.74 | 94.36 |
| HYDROCO/APAP 7.5-50 TAB MAL | | 00406035805 | 1 | 60 | 2.35 | 10.55 | 8.20 | 77.73 | 8.20 |
| DAYTRANA 30MG/9HR | DIS NOV | 68968555503 | 2 | 60 | 344.88 | 360.93 | 16.05 | 4.45 | 8.03 |
| CONCERTA 54MG | TAB MCN | 50458058701 | 2 | 60 | 385.27 | 412.48 | 27.21 | 6.60 | 13.61 |
| CLORAZ DIPOT 7.5 MG TAB TAR | | 51672404302 | 2 | 60 | 25.14 | 27.90 | 2.76 | 9.89 | 1.38 |
| CLONAZEPAM 0.5MG | TAB QUA | 00603294832 | 1 | 60 | 1.46 | 3.75 | 2.29 | 61.07 | 2.29 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000627

P-42116_00134

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| CDP/AMITRIP 5-12.5M | TAB MYL | 00378021101 | 2 | 60 | 36.82 | 43.50 | 6.68 | 15.36 | 3.34 |
| AMPHETAMINE 5MG ER | CAP GLO | 00115132801 | 2 | 60 | 292.84 | 306.22 | 13.38 | 4.37 | 6.69 |
| AMPHETAMINE 30MG ER | CAP TEV | 00555078902 | 1 | 60 | 292.84 | 304.77 | 11.93 | 3.91 | 11.93 |
| AMPHETAMINE 10MG ER | CAP GLO | 00115132901 | 2 | 60 | 269.71 | 294.01 | 24.30 | 8.27 | 12.15 |
| AMPHETAMINE 15MG | TAB TEV | 00555077702 | 1 | 55 | 55.82 | 74.89 | 19.07 | 25.46 | 19.07 |
| ZALEPLON 5MG | CAP COR | 64720032210 | 2 | 50 | 13.98 | 67.45 | 53.47 | 79.27 | 26.74 |
| ASCOMP/COD 30MG | CAP BRE | 51991007401 | 1 | 50 | 26.71 | 61.95 | 35.24 | 56.88 | 35.24 |
| MORPHINE SUL 20MG/M | SOL ROX | 00054040444 | 2 | 45 | 24.97 | 35.45 | 10.48 | 29.56 | 5.24 |
| PROVIGIL 100 MG | TAB CEP | 63459010101 | 2 | 42 | 534.18 | 742.21 | 208.03 | 28.03 | 104.02 |
| EXALGO 8MG SR | TAB MAL | 23635040801 | 2 | 42 | 367.19 | 415.57 | 48.38 | 11.64 | 24.19 |
| TUSSICAPS 10-8MG | CAP ECR | 23635010820 | 2 | 40 | 160.40 | 179.56 | 19.16 | 10.67 | 9.58 |
| HYDROCO/APAP 7.5-65 | TAB MAL | 00406035901 | 2 | 40 | 1.74 | 14.89 | 13.15 | 88.31 | 6.58 |
| SUBOXONE 8-2MG FILM | MIS REC | 12496120803 | 3 | 35 | 221.67 | 237.11 | 15.44 | 6.51 | 5.15 |
| METHYLPHENID 10MG | TAB MAL | 00406114401 | 1 | 30 | 2.58 | 11.36 | 8.78 | 77.29 | 8.78 |
| METADATE CD 40 MG | CAP UCB | 53014058207 | 1 | 30 | 191.08 | 202.25 | 11.17 | 5.52 | 11.17 |
| METADATE CD 10 MG | CAP UCB | 53014057907 | 1 | 30 | 139.32 | 148.35 | 9.03 | 6.09 | 9.03 |
| FOCALIN XR 5MG | CAP NOV | 00078043005 | 1 | 30 | 160.70 | 170.47 | 9.77 | 5.73 | 9.77 |
| FOCALIN XR 35MG | CAP NOV | 00078060905 | 1 | 30 | 227.30 | 194.64 | 32.66- | 16.78- | 32.66- |
| FENTANYL 12MCG/HR | DIS MYL | 00378911998 | 3 | 30 | 288.56 | 482.61 | 194.05 | 40.21 | 64.68 |
| DEXTROAMPHET 15 MG ER | CP CO | 64720032909 | 1 | 30 | 206.09 | 143.46 | 62.63- | 43.66- | 62.63- |
| *0.5BIEST1.0/PROGEST100/ | | 51927171400 | 1 | 30 | 2.13 | 30.00 | 27.87 | 92.90 | 27.87 |
| CLONAZEP ODT 0.5 MG | TAB NEV | 00555009696 | 1 | 30 | 24.74 | 30.19 | 5.45 | 18.05 | 5.45 |
| CHLORDIAZEP 10MG | CAP TEV | 00555003302 | 1 | 30 | 2.10 | 8.66 | 6.56 | 75.75 | 6.56 |
| AMPHETAMINE 30MG ER | CAP GLO | 00115133301 | 1 | 30 | 140.39 | 175.98 | 35.59 | 20.22 | 35.59 |
| AMPHETAMINE 5MG | TAB SAN | 00185008401 | 1 | 30 | 33.44 | 41.29 | 7.85 | 19.01 | 7.85 |
| AMPHETAMINE 10MG ER | CAP TEV | 00555078702 | 1 | 30 | 153.29 | 193.95 | 40.66 | 20.96 | 40.66 |
| AMPHETAMINE 10MG | TAB SAN | 00185011101 | 1 | 30 | 37.63 | 38.97 | 1.34 | 3.44 | 1.34 |
| ADDERALL XR 30 MG | CAP SHI | 54092039101 | 1 | 30 | 187.78 | 202.47 | 14.69 | 7.26 | 14.69 |
| ADDERALL 15MG | TAB TEV | 00555076602 | 1 | 30 | 112.08 | 120.24 | 8.16 | 6.79 | 8.16 |
| FENTORA 100MCG | TAB CEP | 63459054128 | 1 | 28 | 678.02 | 727.90 | 49.88 | 6.85 | 49.88 |
| DURAGESIC 100MCG/H | DIS JAN | 50458009405 | 2 | 20 | 1,640.57 | 1732.72 | 92.15 | 5.32 | 46.08 |
| DURAGESIC 50MCG/HR | DIS JAN | 50458009205 | 1 | 15 | 576.81 | 615.92 | 39.11 | 6.35 | 39.11 |

HIGHLY CONFIDENTIAL

Store #: 0290

02/27/2012

PDX, Inc. PDX1 PHARMACY SYSTEM

MEDICINE SHOPPE #0290

DRUG MOVEMENT REPORT

11/24/2011-02/24/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|
| DURAGESIC 25MCG/HR  DIS JAN | 50458009105 | 1 | 15 | 348.09 | 371.65 | 23.56 | 6.34 | 23.56 |
| TESTOST CYP 200MG/M INJ WAT | 00591322379 | 1 | 10 | 84.49 | 94.49 | 10.00 | 10.58 | 10.00 |
| OXYCOD/APAP 10-650M TAB MYL | 00378710801 | 1 | 10 | 12.55 | 9.80 | 2.75- | 28.06- | 2.75- |
| AMBIEN CR 6.25MG    TAB SAN | 00024550131 | 1 | 10 | 60.31 | 71.16 | 10.85 | 15.25 | 10.85 |
| DIASTAT ACDL 5-10MG GEL VAL | 00187065820 | 2 | 9 | 2,716.04 | 2844.29 | 128.25 | 4.51 | 64.13 |
| TESTOST CYP 200MG/M INJ PAD | 00574082001 | 3 | 8 | 151.40 | 153.77 | 2.37 | 1.54 | 0.79 |
| DEPO-TESTOST 200MG/ INJ PFI | 00009041701 | 1 | 2 | 44.50 | 49.59 | 5.09 | 10.26 | 5.09 |
| DIASTAT ACDL 12.5-2OMG GEL | 00187065920 | 1 | 1 | 301.78 | 317.98 | 16.20 | 5.09 | 16.20 |
| TOTAL FOR SELECTED DRUGS | | 3116 | 224781 | 218,335.38 | 264325.93 | 45,990.55 | 17.40 | 14.76 |

SELECTION CRITERIA    Tx Date Range    11/24/2011      02/24/2024        Report Type:
                      Drug Code                                         Report Order: 1
                      GPI                                               Number Drugs: 9999
                      Drug Schedule                                     Summary Only: N
                      Canada Sched                                      List Each Tx: N
                      Drug Group                                        Compnd Ingrd: Y
                      NDC/DIN Code                                      Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

Use Select Criteria From This Screen: Y

                 Starting     Ending                  Starting  Ending
Rx Number        2000000      5999999      Refills Auth
Date Written                               Refills Rem
First Filled                               Ordered Qty
Rx Expires                                 Qty Left
Stop Date                                  Days Supply
Follow Up                                  Qty Owed
Merge                                      Deactivate
Rx Group                                   Status
Disease Code                               SUBS Drug
SIG                                        AutoFill Qty
RxQue Number

  Phone:         Compound: N      Allow AutoFill:
  Transfer:      Rx Updated:      AutoFill No Refs:
    RxDAW:

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000629

P-42116_00136

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Kave, Jesse |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: [SOMStatus] Notification of New Customer File |
| **Date:** | Friday, March 09, 2012 9:24:00 AM |
| **Attachments:** | Response for Pharmaceutical Threshold Event.pdf |

Good Morning Jesse,
My earlier e-mail sent this morning -

Could you please provide me with the name of the prescriber of the Lisdexamfetamine Mesylate and the pharmacy that was recently closed?

This is stemming from his TH Event Survey (See attached)

Thank you,
Kim

-----Original Message-----
From: Kave, Jesse
Sent: Thursday, March 08, 2012 10:26 PM
To: Howenstein, Kim
Subject: FW: [SOMStatus] Notification of New Customer File

Kim,
   Please see if this is one of the shifts in drug purchases Joe address in his threshold survey.

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508
-----Original Message-----
From: support@mycardinalsomstatus.com [mailto:support@mycardinalsomstatus.com]
Sent: Thursday, March 08, 2012 11:46 AM
To: Kave, Jesse
Cc: Anderson, Chris J; Farrell, Daniel (PD); Nicolli, Jason; Kramer, Kathy; Seiden, Mark; Schrebe, Melissa; Montgomery, Steven; Folmar, Tom
Subject: [SOMStatus] Notification of New Customer File

A customer that is assigned to you has had an order blocked as a result of a controlled substance order threshold limit.  You will receive additional notifications from this system anytime the status of this file changes.

Customer must complete the one-page questionnaire.
Questionnaire is available at: http://www.cardinalhealth.com/thresholdsurvey

Customer Name: MED SHOPPE #0290 HNTNGTN CSOS
DEA#: BT5541760
Segment: RETAIL INDEPENDENT
Group: MEDICINE SHOPPE INDEPENDENT
Address: 2402 ADAMS AVE HUNTINGTON, WV 25704 Phone Number: 3044296716 Overage Date: Mar 07, 2012
Item Description: VYVANSE 50MG 100          C2
Family Base Code: LISDEXAMFETAMINE MESYLATE (1205) Status Justification:
Justification Comments:

HIGHLY CONFIDENTIAL

Thanks,
SOM Status System

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | "Inquisite Server" |
| **To:** | GMB-QRA-AD-Thresholds |
| **Subject:** | Response for Pharmaceutical Threshold Event |
| **Date:** | Tuesday, February 21, 2012 4:45:42 PM |

E-mail notification for survey response
Survey Title: Pharmaceutical Threshold Event
Respondent Unique Key: INQ-20120221152616-968883095
Response Date: Tue, Feb 21, 2012 15:45:25

Page 1

Facility Name:
{Enter text answer}
[ The Medicine Shoppe ]

Facility Address:
{Enter text answer}
[ 2402 Adams Avenue Huntington, WV 25704 ]

Facility Contact:
{Enter text answer}
[ Joe McGlothlin ]

Facility Phone:
{Enter text answer}
[ 3044296716 ]

Facility Fax No.:
{Enter text answer}
[ 3044291924 ]

Please outline the underlying factors that are contributing to your need
for the increased quantities of the drug family:
{Enter answer in paragraph form}
[ A competing pharmacy closed last week that filled a majority of these
prescriptions for a ADHD (Behavioral Medicine Specialist)Physician. We were
already filling prescriptions from this physician but we will be receiving
more prescriptions resulting in increased purchases. ]

Name of Drug Family held per Regulatory Review:
{Enter text answer}
[ Amphetamines and Stimulants for ADHD ]

Facility DEA#:
{Enter text answer}
[ BT5541760 ]

Name of Person Responding:
{Enter text answer}
[ Joe McGlothlin ]

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Kave, Jesse |
| **Subject:** | T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE,2402 |
| **Date:** | Friday, March 09, 2012 8:29:00 AM |

Good Morning Jesse,

Hope all is well.  Could you please provide me with the name of the prescriber of the Lisdexamfetamine Mesylate and the pharmacy that was recently closed?

Thank you,
Kim

Kim Howenstein
**Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Farrell, Daniel (PD) |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 5:45:25 PM |
| **Attachments:** | Picture 711.jpg |
| | Picture 712.jpg |
| | Picture 713.jpg |
| | Picture 714.jpg |
| | Picture 715.jpg |
| | Picture 716.jpg |
| | Picture 717.jpg |
| | Picture 718.jpg |
| | Picture 719.jpg |
| | Picture 720.jpg |
| | Picture 721.jpg |

Kim,
   Please see attached report for T&J for all controls report plus Top doctors report to follow in next email. Excel format not available.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
   Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

HIGHLY CONFIDENTIAL

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.

I appreciate the information.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
  As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim

HIGHLY CONFIDENTIAL

**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim
Can I remove your name and forward to customer?
Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

>      Good Afternoon Jesse,
>      I need to request complete dispense data for all controlled and
>      monitored substances this pharmacy dispenses without patient
>      information and in excel format please. Three months will be sufficient.
>      In addition to complete dispense data for all drug families,  I also need to
>      know the names and DEA#s of those prescribing Oxymorphone,
>      Oxycodone and Hydrocodone, along with the draw area and whether the
>      patients are local.
>      Please know that orders for Oxycodone will remain in hold status until
>      data is received and analyzed.
>
>      Thank you,
>      Kim
>
>      Kim Howenstein
>      Specialist, Quality Assurance|QRA
>      7000 Cardinal Place
>      Dublin, OH 43017
>      Phone: (614) 757-5524
>      Fax: (614) 553-6147

HIGHLY CONFIDENTIAL

Kim Howenstein,

The Medicine Shoppe is a Tri-State Pharmacy located about 5 minutes from Ohio and 10 minutes from Kentucky. We are licensed in all three states.  Approximately 99 % of all the controlled prescription come from the immediate Huntington area. Most of our patients are located within a 20 mile radius of our store. A small percentage of the prescriptions are filled for patients living outside of a 60 mile radius, that are treated by these local physicians.

We do not fill prescriptions for any new patients without first checking the Board of Pharmacy website to make sure the patient is not doctor shopping.

Sincerely,

Joe McGlothlin R.Ph.

Medicine Shoppe Pharmacy

Huntington, WV

HIGHLY CONFIDENTIAL

Store #: 0290                    RX INSTA PDX PHARMACY SYSTEM
                                 MEDICINE SHOPPE #0290                    02/27/2012
02/27/2012                       DRUG MOVEMENT REPORT

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|
| TRAMADOL HCL 50 MG   TAB AMN | 65162062711 | 129 | 12123 | 242.40 | 1914.12 | 1,671.72 | 87.34 | 12.96 |
| TRAMADL/APAP 37.5-3 TAB MYL | 00378808805 | 3 | 240 | 51.04 | 105.49 | 54.45 | 51.62 | 18.15 |
| TRAMADL/APAP 37.5-3 TAB MYL | 00378808801 | 4 | 210 | 47.62 | 119.93 | 72.31 | 60.29 | 18.08 |
| TOTAL FOR SELECTED DRUGS | | 136 | 12573 | 341.06 | 2139.54 | 1,798.48 | 84.06 | 13.22 |

SELECTION CRITERIA    Tx Date Range    11/24/2011    02/24/2012    Report Type:
                      Drug Code        TRAM1004      TRAM50X       Report Order: 1
                      GPI                                          Number Drugs: 100
                      Drug Schedule                                Summary Only: N
                      Canada Sched                                 List Each Tx: N
                      Drug Group                                   Compnd Ingrd: Y
                      NDC/DIN Code                                 Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000638

P-42116_00145

```
Store #: 0290                        APX, INC. DTX PHARMACY SYSTEM                    01/13/22   02:42012
02/27/2012                           MEDICINE SHOPPE #0290                            Page 146 1
                                     DRUG MOVEMENT REPORT
```

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| BUT/APAP/CAF | TAB QUA | 00603254421 | 15 | 560 | 27.69 | 227.69 | 200.00 | 87.84 | 13.33 |
| TOTAL FOR SELECTED DRUGS | | | 15 | 560 | 27.69 | 227.69 | 200.00 | 87.84 | 13.33 |

```
SELECTION CRITERIA   Tx Date Range   11/24/2011      02/24/2012         Report Type:
                     Drug Code       BUTA3256        BUTA3256           Report Order: 1
                     GPI                                                Number Drugs: 100
                     Drug Schedule                                      Summary Only: N
                     Canada Sched                                       List Each Tx: N
                     Drug Group                                         Compnd Ingrd: Y
                     NDC/DIN Code                                       Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan
```

HIGHLY CONFIDENTIAL

Store #: 0290

02/27/2012

SOY-MART PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
02/27/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| HYDROCO/APAP 10-500 | TAB WAT | 00591054005 | 237 | 20147 | 1,870.62 | 4439.10 | 2,568.48 | 57.86 | 10.84 |
| OXYCODONE 30MG | TAB ACT | 00228287911 | 130 | 18008 | 5,342.44 | 9013.40 | 3,670.96 | 40.73 | 28.24 |
| HYDROCO/APAP 5-500M | TAB WAT | 00591034905 | 195 | 11979 | 460.03 | 1687.91 | 1,227.88 | 72.75 | 6.30 |
| OXYCODONE 30 MG | TAB MAL | 00406853001 | 76 | 10818 | 3,581.96 | 5452.21 | 1,870.25 | 34.30 | 24.61 |
| HYDROCO/APAP 7.5-50 | TAB WAT | 00591038505 | 151 | 10740 | 416.36 | 2257.46 | 1,841.10 | 81.56 | 12.19 |
| DIAZEPAM 10 MG | TAB WAT | 00591562010 | 113 | 9744 | 181.92 | 1742.61 | 1,560.69 | 89.56 | 13.81 |
| ALPRAZOLAM 1 MG | TAB GRE | 59762372104 | 98 | 8504 | 233.27 | 1292.79 | 1,059.52 | 81.96 | 10.81 |
| OXYCODONE 15MG | TAB ACT | 00228287811 | 75 | 7913 | 1,573.65 | 2575.34 | 1,001.69 | 38.90 | 13.36 |
| ALPRAZOLAM 0.5 MG | TAB GRE | 59762372004 | 86 | 6721 | 172.90 | 1168.85 | 995.95 | 85.21 | 11.58 |
| METHADONE 10 MG | TAB MAL | 00406577101 | 48 | 6211 | 410.49 | 874.04 | 463.55 | 53.04 | 9.66 |
| DIAZEPAM 5 MG | TAB IVA | 00172392670 | 72 | 6038 | 108.91 | 830.06 | 721.15 | 86.88 | 10.02 |
| ALPRAZOLAM 0.25 MG | TAB GRE | 59762371904 | 72 | 4356 | 94.76 | 776.27 | 681.51 | 87.79 | 9.47 |
| OXYCOD/APAP 5-325 M | TAB MAL | 00406051201 | 59 | 4066 | 149.60 | 648.07 | 498.47 | 76.92 | 8.45 |
| HYDROCO/APAP 10-325 | TAB QUA | 00603388728 | 40 | 3819 | 370.77 | 1022.53 | 651.76 | 63.74 | 16.29 |
| OXYCOD/APAP 10-325M | TAB AMN | 53746020401 | 38 | 3194 | 1,050.99 | 1887.60 | 836.61 | 44.32 | 22.02 |
| CLONAZEPAM 1 MG | TAB TEV | 00093083310 | 45 | 3103 | 68.27 | 564.70 | 496.43 | 87.91 | 11.03 |
| OXYCONTIN 80MG CR | TAB PUR | 59011048010 | 29 | 2594 | 30,940.25 | 33058.41 | 2,118.16 | 6.41 | 73.04 |
| METHADONE 10 MG | TAB ROX | 00054457125 | 18 | 2508 | 180.83 | 294.32 | 113.49 | 38.56 | 6.30 |
| OPANA ER 40MG | TAB END | 63481069370 | 33 | 2498 | 28,515.11 | 30443.49 | 1,928.38 | 6.33 | 58.44 |
| LORAZEPAM 0.5 MG | TAB ACT | 00228205750 | 51 | 2407 | 57.22 | 519.92 | 462.70 | 88.99 | 9.07 |
| OXYCODONE 15 MG | TAB MAL | 00406851501 | 20 | 2374 | 531.95 | 833.36 | 301.41 | 36.17 | 15.07 |
| OXYCONTIN 40MG CR | TAB PUR | 59011044010 | 33 | 2358 | 14,967.23 | 16123.44 | 1,156.21 | 7.17 | 35.04 |
| CHERATUSSIN AC | SYP QUA | 00603107558 | 14 | 2225 | 18.42 | 105.52 | 87.10 | 82.54 | 6.22 |
| ALPRAZOLAM 0.5 MG | TAB DAV | 67253090111 | 26 | 1980 | 39.75 | 385.25 | 345.50 | 89.68 | 13.29 |
| ALPRAZOLAM 2 MG | TAB DAV | 67253090350 | 22 | 1980 | 176.74 | 448.48 | 271.74 | 60.59 | 12.35 |
| CLONAZEPAM 0.5MG | TAB SAN | 00185006310 | 26 | 1876 | 28.52 | 382.30 | 353.78 | 92.54 | 13.61 |
| OXYCODONE 5MG IR | TAB QUA | 00603499028 | 28 | 1864 | 377.82 | 470.89 | 93.07 | 19.76 | 3.32 |
| LYRICA 150MG | CAP PFI | 00071101668 | 29 | 1864 | 4,902.00 | 5248.84 | 346.84 | 6.61 | 11.96 |
| ALPRAZOLAM 1MG | TAB DAV | 67253090211 | 20 | 1812 | 57.99 | 342.19 | 284.20 | 83.05 | 14.21 |
| ZOLPIDEM 10MG | TAB MYL | 00378531005 | 69 | 1796 | 35.18 | 544.16 | 508.98 | 93.53 | 7.38 |
| ZOLPIDEM 10MG | TAB QUA | 00603646928 | 61 | 1764 | 35.83 | 572.33 | 536.50 | 93.74 | 8.80 |
| OPANA ER 20 MG | TAB END | 63481061770 | 30 | 1509 | 9,260.21 | 9928.00 | 667.79 | 6.73 | 22.26 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000640

P-42116_00147

```
Store #: 0290                                RX PHARMACY SYSTEM
                                          MEDICINE SHOPPE #0290                        APP.DATE:02/27/2012
02/27/2012                                  DRUG MOVEMENT REPORT
```

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| HYDROCO/APAP 7.5-32 | TAB MAL | 00406036601 | 17 | 1504 | 260.46 | 575.09 | 314.63 | 54.71 | 18.51 |
| LORAZEPAM 1 MG | TAB RAN | 63304077310 | 24 | 1470 | 33.93 | 281.58 | 247.65 | 87.95 | 10.32 |
| LYRICA 75MG | CAP PFI | 00071101468 | 25 | 1452 | 3,816.00 | 4127.67 | 311.67 | 7.55 | 12.47 |
| OPANA ER 30 MG | TAB END | 63481057170 | 29 | 1428 | 12,655.06 | 13497.63 | 842.57 | 6.24 | 29.05 |
| OPANA ER 10 MG | TAB END | 63481067470 | 20 | 1368 | 4,741.21 | 5030.33 | 289.12 | 5.75 | 14.46 |
| PROMETH/COD 6.25-10 | SYP QUA | 00603158558 | 10 | 1360 | 14.50 | 77.04 | 62.54 | 81.18 | 6.25 |
| ENDOCET 10-325MG | TAB END | 60951071270 | 13 | 1188 | 599.74 | 674.91 | 75.17 | 11.14 | 5.78 |
| CLONAZEPAM 0.5 MG | TAB TEV | 00093083210 | 14 | 1170 | 15.98 | 173.95 | 157.97 | 90.81 | 11.28 |
| ALPRAZOLAM 2MG | TAB DAV | 67253090310 | 15 | 1155 | 148.60 | 340.53 | 191.93 | 56.36 | 12.80 |
| LORAZEPAM 2 MG | TAB ACT | 00228206350 | 13 | 1081 | 50.15 | 194.51 | 144.36 | 74.22 | 11.10 |
| HYDROCO/APAP 10-325 | TAB QUA | 00603388732 | 10 | 1062 | 91.49 | 209.28 | 117.79 | 56.28 | 11.78 |
| HYDROMORPHON 4MG | TAB ROX | 00054026425 | 10 | 1026 | 104.03 | 245.11 | 141.08 | 57.56 | 14.11 |
| DIAZEPAM 2 MG | TAB IVA | 00172392560 | 14 | 925 | 19.53 | 138.55 | 119.02 | 85.90 | 8.50 |
| HYDROCO/APAP 10-650 | TAB MAL | 00406036101 | 14 | 889 | 50.17 | 140.53 | 90.36 | 64.30 | 6.45 |
| OXYCONTIN 20MG CR | TAB PUR | 59011042010 | 17 | 878 | 3,137.66 | 3394.74 | 257.08 | 7.57 | 15.12 |
| MORPHINE SUL 60MG E | TAB MYL | 00378266001 | 15 | 872 | 399.67 | 569.14 | 169.47 | 29.78 | 11.30 |
| HYDROCO/APAP 7.5-50 | SOL PHA | 00121065516 | 1 | 800 | 13.24 | 35.90 | 22.66 | 63.12 | 22.66 |
| TEMAZEPAM 30 MG | CAP MYL | 00378505005 | 21 | 720 | 65.24 | 249.73 | 184.49 | 73.88 | 8.79 |
| OXYMORPHONE 7.5MG ER | TB ACT | 00228326111 | 13 | 720 | 1,608.33 | 1778.82 | 170.49 | 9.58 | 13.11 |
| OXYCOD/APAP 10-325 | TAB MAL | 00406052301 | 10 | 706 | 226.20 | 538.98 | 312.78 | 58.03 | 31.28 |
| ROXICODONE 30 MG | TAB XAN | 66479058210 | 6 | 672 | 1,630.36 | 1736.79 | 106.43 | 6.13 | 17.74 |
| OXYCONTIN 10MG CR | TAB PUR | 59011041010 | 10 | 650 | 1,219.24 | 1328.28 | 109.04 | 8.21 | 10.90 |
| ALPRAZOLAM 2 MG | TAB GRE | 59762372203 | 7 | 630 | 39.00 | 126.60 | 87.60 | 69.19 | 12.51 |
| OXYCODONE 10MG IR | TAB KVKT | 10702005601 | 12 | 620 | 137.05 | 325.67 | 188.62 | 57.92 | 15.72 |
| OXYCONTIN 60MG CR | TAB PUR | 59011046010 | 8 | 616 | 5,709.08 | 6056.49 | 347.41 | 5.74 | 43.43 |
| APAP/CODEINE 300-30 | TAB MAL | 00406048401 | 21 | 615 | 73.76 | 163.78 | 90.02 | 54.96 | 4.29 |
| HYDROCO/APAP 7.5-32 | TAB WAT | 00591320301 | 6 | 600 | 113.02 | 197.21 | 84.19 | 42.69 | 14.03 |
| PHENTERMINE 37.5MG | TAB MUT | 53489040601 | 15 | 596 | 68.93 | 414.73 | 345.80 | 83.38 | 23.05 |
| ROXICET 5-325 MG | TAB ROX | 00054465029 | 11 | 585 | 35.56 | 160.51 | 124.95 | 77.85 | 11.36 |
| TEMAZEPAM 15 MG | CAP MYL | 00378401005 | 17 | 570 | 32.27 | 164.52 | 132.25 | 80.39 | 7.78 |
| LYRICA 50MG | CAP PFI | 00071101368 | 6 | 544 | 1,422.24 | 1528.68 | 106.44 | 6.96 | 17.74 |
| OXYCONTIN 30MG CR | TAB PUR | 59011043010 | 7 | 532 | 2,696.43 | 2835.87 | 139.44 | 4.92 | 19.92 |

HIGHLY CONFIDENTIAL

Store #: 0290

02/27/2012

Case 3:17-cv-01362   Document 1511-3   Filed 01/13/22   Page 149 of 180 PageID #: 17299
THE MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| PHENOBARB 15 MG | TAB WES | 00143144510 | 4 | 510 | 23.42 | 56.80 | 33.38 | 58.77 | 8.35 |
| CONCERTA 36MG | TAB MCN | 50458058601 | 11 | 510 | 3,005.16 | 3135.83 | 130.67 | 4.17 | 11.88 |
| APAP/CODEINE 300-60 | TAB MAL | 00406048505 | 6 | 510 | 104.04 | 156.78 | 52.74 | 33.64 | 8.79 |
| METHADONE 5 MG | TAB MAL | 00406575501 | 7 | 483 | 21.80 | 64.92 | 43.12 | 66.42 | 6.16 |
| ZOLPIDEM 5 MG | TAB MYL | 00378530501 | 18 | 475 | 13.28 | 98.19 | 84.91 | 86.48 | 4.72 |
| MORPHINE SUL 20 MG | CAP ACT | 00228350211 | 12 | 472 | 1,619.96 | 1885.48 | 265.52 | 14.08 | 22.13 |
| OXYCOD/APAP 7.5-325 | TAB MAL | 00406052201 | 6 | 458 | 146.82 | 198.93 | 52.11 | 26.20 | 8.69 |
| TESTIM 1%(50 MG) PCK | GEL AU | 66887000105 | 3 | 450 | 899.69 | 959.87 | 60.18 | 6.27 | 20.06 |
| ATIVAN 2MG | TAB VAL | 64455006501 | 5 | 450 | 2,423.50 | 2744.33 | 320.83 | 11.69 | 64.17 |
| OXYCODONE 20MG/ML | CON LAN | 00527142636 | 7 | 435 | 1,105.24 | 767.64 | 337.60- | 43.98- | 48.23- |
| MORPHINE SUL 15MG E | TAB WAT | 42858080101 | 9 | 430 | 88.30 | 160.45 | 72.15 | 44.97 | 8.02 |
| LORTAB 10 | TAB UCB | 50474091050 | 4 | 420 | 608.50 | 672.06 | 63.56 | 9.46 | 15.89 |
| ENDOCET 10-650MG | TAB END | 60951079770 | 4 | 404 | 181.14 | 195.75 | 14.61 | 7.46 | 3.65 |
| MORPHINE SUL ER 15 MG | TAB | 00406831501 | 9 | 372 | 149.72 | 132.45 | 17.27- | 13.04- | 1.92- |
| OXYCODONE 5MG | TAB KVK | 10702001801 | 4 | 370 | 41.06 | 99.45 | 58.39 | 58.71 | 14.60 |
| OXYCODONE 30MG | TAB CAR | 57664022488 | 4 | 366 | 157.16 | 180.23 | 23.07 | 12.80 | 5.77 |
| PHENOBARB 30 MG | TAB WES | 00143145010 | 6 | 360 | 20.87 | 28.35 | 7.48 | 26.38 | 1.25 |
| LYRICA 100MG | CAP PFI | 00071101568 | 4 | 360 | 917.58 | 966.95 | 49.37 | 5.11 | 12.34 |
| HYD POLST-CH LOR PO | LIQ PAR | 49884023533 | 2 | 360 | 169.31 | 183.73 | 14.42 | 7.85 | 7.21 |
| DEMEROL 100MG | TAB SAN | 00024033704 | 3 | 360 | 986.76 | 1036.37 | 49.61 | 4.79 | 16.54 |
| HYDROMORPHON 2MG | TAB LAN | 00527135301 | 3 | 344 | 29.34 | 73.73 | 44.39 | 60.21 | 14.80 |
| VYVANSE 60MG | CAP SHI | 59417010610 | 11 | 330 | 1,659.31 | 1777.05 | 117.74 | 6.63 | 10.70 |
| MORPHINE SUL 20 MG/ | SOL LAN | 00527142536 | 14 | 330 | 164.27 | 238.12 | 73.85 | 31.01 | 5.28 |
| METHYLPHENID 20MG ER | TB MAL | 00406147301 | 4 | 330 | 82.42 | 299.91 | 217.49 | 72.52 | 54.37 |
| ZOLPIDEM CR 12.5MG TAB | | 10370011610 | 11 | 324 | 962.73 | 1355.81 | 393.08 | 28.99 | 35.73 |
| OXYMORPHONE 15MG ER | TAB ACT | 00228326211 | 5 | 316 | 1,287.44 | 1350.30 | 62.86 | 4.66 | 12.57 |
| DIPHEN/ATROP 2.5MG | TAB GRE | 59762106101 | 4 | 310 | 39.43 | 96.97 | 57.54 | 59.34 | 14.39 |
| ALPRAZOLAM 0.25 MG | TAB DAV | 67253090011 | 7 | 304 | 5.06 | 90.29 | 85.23 | 94.40 | 12.18 |
| METHYLPHENID 54MG E | TAB WAT | 00591271801 | 10 | 300 | 1,548.60 | 1660.58 | 111.98 | 6.74 | 11.20 |
| CARISOPRODOL 350 MG | TAB QUA | 00603258228 | 5 | 300 | 43.23 | 68.16 | 24.93 | 36.58 | 4.99 |
| ANDROGEL 1%(50MG) | GEL ABB | 00051845030 | 2 | 300 | 626.11 | 663.05 | 36.94 | 5.57 | 18.47 |
| ANDROGEL PUMP 1% | GEL ABB | 00051848888 | 2 | 300 | 624.82 | 666.69 | 41.87 | 6.28 | 20.94 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000642

P-42116_00149

PDX DRUG RX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

PAGE 1
02/27/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| NUCYNTA 50MG | TAB JAN | 50458082004 | 6 | 290 | 585.64 | 627.50 | 41.86 | 6.67 | 6.98 |
| MORPHINE SUL 15MG E | TAB MYL | 00378265801 | 5 | 288 | 55.70 | 91.06 | 35.36 | 38.83 | 7.07 |
| AMPHETAMINE 20MG ER | CAP GLO | 00115133101 | 9 | 280 | 1,247.49 | 1347.38 | 99.89 | 7.41 | 11.10 |
| OXYCOD/APAP 10-650M | TAB AMN | 53746020601 | 4 | 272 | 112.13 | 122.60 | 10.47 | 8.54 | 2.62 |
| LYRICA 200MG | CAP PFI | 00071101768 | 5 | 270 | 710.09 | 746.23 | 36.14 | 4.84 | 7.23 |
| CLONAZEPAM 2 MG | TAB ACT | 00228300550 | 5 | 270 | 8.80 | 51.24 | 42.44 | 82.83 | 8.49 |
| AMPHETAMINE 10MG | TAB TEV | 00555097202 | 7 | 270 | 286.44 | 352.93 | 66.49 | 18.84 | 9.50 |
| ALPRAZOLAM 2 MG | TAB GRE | 59762372201 | 2 | 270 | 15.41 | 45.54 | 30.13 | 66.16 | 15.07 |
| CLORAZ DIPOT 3.75 M | TAB MYL | 00378003001 | 4 | 260 | 32.36 | 81.49 | 49.13 | 60.29 | 12.28 |
| HYDROCO/APAP 5-325M | TAB MAL | 00406036501 | 4 | 255 | 36.94 | 69.56 | 32.62 | 46.89 | 8.16 |
| FOCALIN XR 20MG | CAP NOV | 00078043205 | 4 | 240 | 1,309.72 | 1386.12 | 76.40 | 5.51 | 19.10 |
| FENTANYL 25MCG/HR | DIS MYL | 00378912198 | 18 | 235 | 1,412.21 | 1885.07 | 472.86 | 25.08 | 26.27 |
| NUCYNTA ER 100 MG | TAB JAN | 50458086101 | 5 | 234 | 1,021.12 | 1092.24 | 71.12 | 6.51 | 14.22 |
| PENTAZOCINE/ NALOXO | TAB GAV | 43386068001 | 4 | 210 | 206.45 | 262.22 | 55.77 | 21.27 | 13.94 |
| LUNESTA 3MG | TAB SUN | 63402019310 | 9 | 210 | 1,336.89 | 1453.95 | 117.06 | 8.05 | 13.01 |
| BUT/ASA/CAFF | TAB WES | 00143178501 | 3 | 210 | 21.68 | 69.79 | 48.11 | 68.94 | 16.04 |
| AMPHETAMINE 30MG | TAB TEV | 00555097402 | 7 | 210 | 287.07 | 264.15 | 22.92- | 8.68- | 3.27- |
| XANAX 0.5 MG | TAB PFI | 00009005501 | 1 | 200 | 362.09 | 378.68 | 16.59 | 4.38 | 16.59 |
| MORPHINE SUL 30MG ER | TB MAL | 00406833001 | 4 | 198 | 188.20 | 124.40 | 63.80- | 51.29- | 15.95- |
| FENTANYL 50MCG/HR | DIS ACT | 67767012118 | 18 | 185 | 1,372.66 | 2351.88 | 979.22 | 41.64 | 54.40 |
| MORPHINE SUL 100 MG | TAB MYL | 00378266101 | 3 | 182 | 655.97 | 171.23 | 484.74- | 283.09- | 161.58- |
| VYVANSE 70MG | CAP SHI | 59417010710 | 6 | 180 | 906.04 | 960.82 | 54.78 | 5.70 | 9.13 |
| VYVANSE 40MG | CAP SHI | 59417010410 | 6 | 180 | 895.46 | 956.48 | 61.02 | 6.38 | 10.17 |
| PHENOBARB 97.2 MG | TAB QUA | 00603516821 | 3 | 180 | 15.84 | 35.85 | 20.01 | 55.82 | 6.67 |
| OXYMORPHONE HCL 5MG | TAB ROX | 00054028325 | 2 | 180 | 339.40 | 434.68 | 95.28 | 21.92 | 47.64 |
| METHYLPHENID 36MG E | TAB WAT | 00591271701 | 5 | 180 | 888.48 | 874.43 | 14.05- | 1.61- | 2.81- |
| METHYLPHENID 10MG | TAB WAT | 00591588301 | 3 | 180 | 21.38 | 47.93 | 26.55 | 55.39 | 8.85 |
| KADIAN 30MG CR | CAP ACT | 46987032511 | 3 | 180 | 886.67 | 974.28 | 87.61 | 8.99 | 29.20 |
| HYDROCOD/HOM 5-1.5/ | SYP HI- | 50383004316 | 1 | 180 | 15.18 | 25.95 | 10.77 | 41.50 | 10.77 |
| BUT/ASA/CAFF | CAP WAT | 00591321901 | 2 | 180 | 48.00 | 96.47 | 48.47 | 50.24 | 24.24 |
| SUBOXONE 8-2MG | SUB REC | 12496130602 | 3 | 172 | 1,220.00 | 1288.80 | 68.80 | 5.34 | 22.93 |
| OXYCONTIN 15MG CR | TAB PUR | 59011041510 | 3 | 168 | 471.86 | 512.22 | 40.36 | 7.88 | 13.45 |

HIGHLY CONFIDENTIAL

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| FENTANYL 50MCG/HR | DIS MYL | 00378912298 | 13 | 155 | 1,665.91 | 1944.89 | 278.98 | 14.34 | 21.46 |
| ZALEPLON 10MG | CAP ASC | 67877021101 | 5 | 150 | 37.38 | 125.50 | 88.12 | 70.22 | 17.62 |
| KADIAN 60MG CR | CAP ACT | 46987032611 | 3 | 150 | 1,479.75 | 1618.80 | 139.05 | 8.59 | 46.35 |
| FENTANYL 25 MCG/HR | DIS ACT | 67767012018 | 14 | 150 | 663.90 | 1065.97 | 402.07 | 37.72 | 28.72 |
| CARISOPRODOL 350 MG | TAB SUN | 62756044605 | 2 | 150 | 10.15 | 38.63 | 28.48 | 73.73 | 14.24 |
| AMPHETAMINE 20MG ER | CAP TEV | 00555078802 | 4 | 150 | 732.10 | 707.63 | 24.47- | 3.46- | 6.12- |
| ADDERALL XR 20 MG | CAP SHI | 54092038701 | 3 | 150 | 955.67 | 1007.33 | 51.66 | 5.13 | 17.22 |
| MORPHINE SUL 30 MG | TAB RHO | 42858080201 | 2 | 144 | 126.38 | 137.72 | 11.34 | 8.23 | 5.67 |
| KADIAN 20MG CR | CAP ACT | 46987032211 | 7 | 140 | 648.53 | 710.28 | 61.75 | 8.69 | 8.82 |
| METHADONE 5 MG/5ML | SOL ROX | 00054355563 | 14 | 129 | 8.07 | 65.62 | 57.55 | 87.70 | 4.11 |
| DIPHEN/ATROP 2.5MG | TAB MYL | 00378041510 | 3 | 127 | 13.29 | 35.46 | 22.17 | 62.52 | 7.39 |
| ZOLPIDEM 10 MG | TAB MYL | 00378531001 | 4 | 120 | 2.44 | 18.04 | 15.60 | 86.47 | 3.90 |
| VIMPAT 100 MG | TAB SCH | 00131247835 | 2 | 120 | 857.96 | 915.18 | 57.22 | 6.25 | 28.61 |
| PROMETH VC/ CODEINE | SYP QUA | 00603158858 | 1 | 120 | 10.50 | 11.85 | 1.35 | 11.39 | 1.35 |
| NUCYNTA 100MG | TAB JAN | 50458084004 | 1 | 120 | 376.83 | 400.42 | 23.59 | 5.89 | 23.59 |
| METHYLIN ER 20MG | TAB MAL | 00406145101 | 3 | 120 | 28.25 | 103.55 | 75.30 | 72.72 | 25.10 |
| LYRICA 300MG | CAP PFI | 00071101868 | 2 | 120 | 314.37 | 340.31 | 25.94 | 7.62 | 12.97 |
| LORTAB 10 | TAB UCB | 50474091001 | 2 | 120 | 192.59 | 279.90 | 87.31 | 31.19 | 43.66 |
| HYDROCO/APAP 5-325M | TAB QUA | 00603389028 | 2 | 120 | 21.64 | 50.52 | 28.88 | 57.17 | 14.44 |
| FENTANYL 100MCG/H | DIS ACT | 67767012318 | 12 | 120 | 1,954.07 | 2761.13 | 807.06 | 29.23 | 67.25 |
| DRONABINOL 2.5MG | CAP PAR | 49884086702 | 2 | 120 | 440.62 | 459.96 | 19.34 | 4.20 | 9.67 |
| DEXMETHYLPH 10MG | TAB TEV | 00093527701 | 4 | 120 | 134.40 | 142.91 | 8.51 | 5.95 | 2.13 |
| AMPHETAMINE 20MG | TAB SAN | 00185040101 | 2 | 120 | 129.75 | 172.90 | 43.15 | 24.96 | 21.58 |
| MORPHINE SUL 100 MG | TAB END | 60951065870 | 2 | 114 | 142.60 | 129.07 | 13.53- | 10.48- | 6.77- |
| OXYCODONE 30 MG | TAB ACT | 52152021502 | 1 | 112 | 38.61 | 49.96 | 11.35 | 22.72 | 11.35 |
| NUCYNTA 75MG | TAB JAN | 50458083004 | 2 | 112 | 264.64 | 283.58 | 18.94 | 6.68 | 9.47 |
| HYDROMORPHON 2MG | TAB RHO | 42858030101 | 1 | 112 | 47.28 | 23.97 | 23.31- | 97.25- | 23.31- |
| OXAZEPAM 15 MG | CAP ACT | 00228206910 | 2 | 108 | 103.75 | 62.71 | 41.04- | 65.44- | 20.52- |
| OXYMORPHONE HCL 10M | TAB ROX | 00054028425 | 2 | 100 | 347.75 | 375.44 | 27.69 | 7.38 | 13.85 |
| DIPHEN/ATROP 2.5MG | TAB MYL | 00378041501 | 1 | 100 | 43.01 | 14.21 | 28.80- | 202.67- | 28.80- |
| ADDERALL XR 15 MG | CAP SHI | 54092038501 | 4 | 96 | 612.10 | 649.90 | 37.80 | 5.82 | 9.45 |
| VYVANSE 20MG | CAP SHI | 59417010210 | 3 | 90 | 447.73 | 476.10 | 28.37 | 5.96 | 9.46 |

HIGHLY CONFIDENTIAL

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| OXYMORPHONE HCL 5MG TAB END | | 60951079470 | 1 | 90 | 204.40 | 219.86 | 15.46 | 7.03 | 15.46 |
| OXAZEPAM 15MG | CAP SAN | 00781281001 | 1 | 90 | 34.58 | 41.50 | 6.92 | 16.67 | 6.92 |
| OXAZEPAM 15 MG | CAP IVA | 00172480560 | 1 | 90 | 31.49 | 41.50 | 10.01 | 24.12 | 10.01 |
| MORPHINE SUL 60 MG ER TAB M | | 00406838001 | 2 | 90 | 103.87 | 58.78 | 45.09- | 76.71- | 22.55- |
| METHYLPHENID 18MG E TAB WAT | | 00591271501 | 3 | 90 | 424.62 | 432.24 | 7.62 | 1.76 | 2.54 |
| FOCALIN XR 10MG | CAP NOV | 00078043105 | 3 | 90 | 473.76 | 489.06 | 15.30 | 3.13 | 5.10 |
| ESTAZOLAM 2 MG | TAB TEV | 00093013001 | 3 | 90 | 23.73 | 38.10 | 14.37 | 37.72 | 4.79 |
| DEXMETHYLPH 5 MG | TAB TEV | 00093527601 | 2 | 90 | 68.96 | 70.48 | 1.52 | 2.16 | 0.76 |
| CLONAZEPAM 2 MG | TAB ACT | 00228300511 | 1 | 90 | 3.03 | 15.00 | 11.97 | 79.80 | 11.97 |
| APAP/CODEINE 300-15 TAB QUA | | 00603233721 | 3 | 90 | 10.74 | 25.02 | 14.28 | 57.07 | 4.76 |
| AMBIEN CR 12.5MG | TAB SAN | 00024552131 | 3 | 90 | 550.30 | 576.70 | 26.40 | 4.58 | 8.80 |
| ADDERALL XR 10 MG | CAP SHI | 54092038301 | 3 | 90 | 573.09 | 607.41 | 34.32 | 5.65 | 11.44 |
| HYDROCO/APAP 7.5-75 TAB MAL | | 00406036005 | 4 | 88 | 2.90 | 55.74 | 52.84 | 94.80 | 13.21 |
| MORPHINE SUL 15MG IR TB ROX | | 00054023525 | 2 | 86 | 5.93 | 11.41 | 5.48 | 48.03 | 2.74 |
| KADIAN 10MG CR | CAP ACT | 46987041011 | 6 | 84 | 344.36 | 390.48 | 46.12 | 11.81 | 7.69 |
| LORAZEPAM 2 MG/ML | CON ROX | 00054353244 | 5 | 81 | 80.31 | 107.92 | 27.61 | 25.58 | 5.52 |
| FENTANYL 100MCG/H | DIS MYL | 00378912498 | 8 | 80 | 1,917.52 | 2120.21 | 202.69 | 9.56 | 25.34 |
| PROVIGIL 200 MG | TAB CEP | 63459020101 | 3 | 75 | 1,355.83 | 2071.91 | 716.08 | 34.56 | 238.69 |
| PHENTERMINE 37.5MG | TAB LAN | 00527144501 | 3 | 75 | 11.27 | 92.95 | 81.68 | 87.88 | 27.23 |
| FENTANYL 75MCG/HR | DIS ACT | 67767012218 | 8 | 65 | 860.80 | 1404.20 | 543.40 | 38.70 | 67.93 |
| FENTANYL 75MCG/HR | DIS MYL | 00378912398 | 7 | 65 | 1,175.98 | 1356.62 | 180.64 | 13.32 | 25.81 |
| MORPHINE SUL 100 MG SR TAB | | 00406839001 | 2 | 60 | 41.07 | 98.83 | 57.76 | 58.44 | 28.88 |
| METHYLIN 5MG | TAB MAL | 00406112101 | 1 | 60 | 14.86 | 8.97 | 5.89- | 65.66- | 5.89- |
| METHYLPHENID 5 MG | TAB UCB | 53014053107 | 1 | 60 | 20.50 | 15.98 | 4.52- | 28.29- | 4.52- |
| METHYLPHENID 10 MG | TAB UCB | 53014053007 | 2 | 60 | 30.80 | 34.06 | 3.26 | 9.57 | 1.63 |
| LUNESTA 2MG | TAB SUN | 63402019110 | 2 | 60 | 382.14 | 409.25 | 27.11 | 6.62 | 13.56 |
| KADIAN 100MG CR | CAP ACT | 46987032411 | 1 | 60 | 985.22 | 1079.58 | 94.36 | 8.74 | 94.36 |
| HYDROCO/APAP 7.5-50 TAB MAL | | 00406035805 | 1 | 60 | 2.35 | 10.55 | 8.20 | 77.73 | 8.20 |
| DAYTRANA 30MG/9HR | DIS NOV | 68968555503 | 2 | 60 | 344.88 | 360.93 | 16.05 | 4.45 | 8.03 |
| CONCERTA 54MG | TAB MCN | 50458058701 | 2 | 60 | 385.27 | 412.48 | 27.21 | 6.60 | 13.61 |
| CLORAZ DIPOT 7.5 MG TAB TAR | | 51672404302 | 2 | 60 | 25.14 | 27.90 | 2.76 | 9.89 | 1.38 |
| CLONAZEPAM 0.5MG | TAB QUA | 00603294832 | 1 | 60 | 1.46 | 3.75 | 2.29 | 61.07 | 2.29 |

HIGHLY CONFIDENTIAL

Store #: 0290

02/27/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| CDP/AMITRIP 5-12.5M | TAB MYL | 00378021101 | 2 | 60 | 36.82 | 43.50 | 6.68 | 15.36 | 3.34 |
| AMPHETAMINE 5MG ER | CAP GLO | 00115132801 | 2 | 60 | 292.84 | 306.22 | 13.38 | 4.37 | 6.69 |
| AMPHETAMINE 30MG ER | CAP TEV | 00555078902 | 1 | 60 | 292.84 | 304.77 | 11.93 | 3.91 | 11.93 |
| AMPHETAMINE 10MG ER | CAP GLO | 00115132901 | 2 | 60 | 269.71 | 294.01 | 24.30 | 8.27 | 12.15 |
| AMPHETAMINE 15MG | TAB TEV | 00555077702 | 1 | 55 | 55.82 | 74.89 | 19.07 | 25.46 | 19.07 |
| ZALEPLON 5MG | CAP COR | 64720032210 | 2 | 50 | 13.98 | 67.45 | 53.47 | 79.27 | 26.74 |
| ASCOMP/COD 30MG | CAP BRE | 51991007401 | 1 | 50 | 26.71 | 61.95 | 35.24 | 56.88 | 35.24 |
| MORPHINE SUL 20MG/M | SOL ROX | 00054040444 | 2 | 45 | 24.97 | 35.45 | 10.48 | 29.56 | 5.24 |
| PROVIGIL 100 MG | TAB CEP | 63459010101 | 2 | 42 | 534.18 | 742.21 | 208.03 | 28.03 | 104.02 |
| EXALGO 8MG SR | TAB MAL | 23635040801 | 2 | 42 | 367.19 | 415.57 | 48.38 | 11.64 | 24.19 |
| TUSSICAPS 10-8MG | CAP ECR | 23635010820 | 2 | 40 | 160.40 | 179.56 | 19.16 | 10.67 | 9.58 |
| HYDROCO/APAP 7.5-65 | TAB MAL | 00406035901 | 2 | 40 | 1.74 | 14.89 | 13.15 | 88.31 | 6.58 |
| SUBOXONE 8-2MG FILM | MIS REC | 12496120803 | 3 | 35 | 221.67 | 237.11 | 15.44 | 6.51 | 5.15 |
| METHYLPHENID 10MG | TAB MAL | 00406114401 | 1 | 30 | 2.58 | 11.36 | 8.78 | 77.29 | 8.78 |
| METADATE CD 40 MG | CAP UCB | 53014058207 | 1 | 30 | 191.08 | 202.25 | 11.17 | 5.52 | 11.17 |
| METADATE CD 10 MG | CAP UCB | 53014057907 | 1 | 30 | 139.32 | 148.35 | 9.03 | 6.09 | 9.03 |
| FOCALIN XR 5MG | CAP NOV | 00078043005 | 1 | 30 | 160.70 | 170.47 | 9.77 | 5.73 | 9.77 |
| FOCALIN XR 35MG | CAP NOV | 00078060905 | 1 | 30 | 227.30 | 194.64 | 32.66- | 16.78- | 32.66- |
| FENTANYL 12MCG/HR | DIS MYL | 00378911998 | 3 | 30 | 288.56 | 482.61 | 194.05 | 40.21 | 64.68 |
| DEXTROAMPHET 15 MG ER | CP CO | 64720032909 | 1 | 30 | 206.09 | 143.46 | 62.63- | 43.66- | 62.63- |
| *0.5BIEST1.0/PROGEST100/ | | 51927171400 | 1 | 30 | 2.13 | 30.00 | 27.87 | 92.90 | 27.87 |
| CLONAZEP ODT 0.5 MG | TAB TEV | 00555009696 | 1 | 30 | 24.74 | 30.19 | 5.45 | 18.05 | 5.45 |
| CHLORDIAZEP 10MG | CAP TEV | 00555003302 | 1 | 30 | 2.10 | 8.66 | 6.56 | 75.75 | 6.56 |
| AMPHETAMINE 30MG ER | CAP GLO | 00115133301 | 1 | 30 | 140.39 | 175.98 | 35.59 | 20.22 | 35.59 |
| AMPHETAMINE 5MG | TAB SAN | 00185008401 | 1 | 30 | 33.44 | 41.29 | 7.85 | 19.01 | 7.85 |
| AMPHETAMINE 10MG ER | CAP TEV | 00555078702 | 1 | 30 | 153.29 | 193.95 | 40.66 | 20.96 | 40.66 |
| AMPHETAMINE 10MG | TAB SAN | 00185011101 | 1 | 30 | 37.63 | 38.97 | 1.34 | 3.44 | 1.34 |
| ADDERALL XR 30 MG | CAP SHI | 54092039101 | 1 | 30 | 187.78 | 202.47 | 14.69 | 7.26 | 14.69 |
| ADDERALL 15MG | TAB TEV | 00555076602 | 1 | 30 | 112.08 | 120.24 | 8.16 | 6.79 | 8.16 |
| FENTORA 100MCG | TAB CEP | 63459054128 | 1 | 28 | 678.02 | 727.90 | 49.88 | 6.85 | 49.88 |
| DURAGESIC 100MCG/H | DIS JAN | 50458009405 | 2 | 20 | 1,640.57 | 1732.72 | 92.15 | 5.32 | 46.08 |
| DURAGESIC 50MCG/HR | DIS JAN | 50458009205 | 1 | 15 | 576.81 | 615.92 | 39.11 | 6.35 | 39.11 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000646
P-42116_00153

Store #: 0290
02/27/2012
Case 3:17-cv-01362   Document 1501-1   Filed 01/13/22   Page 154 of 180   PageID #: 78000
PDX-360 PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT
11/24/2011 02/24/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|
| DURAGESIC 25MCG/HR  DIS JAN | 50458009105 | 1 | 15 | 348.09 | 371.65 | 23.56 | 6.34 | 23.56 |
| TESTOST CYP 200MG/M INJ WAT | 00591322379 | 1 | 10 | 84.49 | 94.49 | 10.00 | 10.58 | 10.00 |
| OXYCOD/APAP 10-650M TAB MYL | 00378710801 | 1 | 10 | 12.55 | 9.80 | 2.75- | 28.06- | 2.75- |
| AMBIEN CR 6.25MG    TAB SAN | 00024550131 | 1 | 10 | 60.31 | 71.16 | 10.85 | 15.25 | 10.85 |
| DIASTAT ACDL 5-10MG GEL VAL | 00187065820 | 2 | 9 | 2,716.04 | 2844.29 | 128.25 | 4.51 | 64.13 |
| TESTOST CYP 200MG/M INJ PAD | 00574082001 | 3 | 8 | 151.40 | 153.77 | 2.37 | 1.54 | 0.79 |
| DEPO-TESTOST 200MG/ INJ PFI | 00009041701 | 1 | 2 | 44.50 | 49.59 | 5.09 | 10.26 | 5.09 |
| DIASTAT ACDL 12.5-20MG GEL | 00187065920 | 1 | 1 | 301.78 | 317.98 | 16.20 | 5.09 | 16.20 |
| TOTAL FOR SELECTED DRUGS | | 3116 | 224781 | 218,335.38 | 264325.93 | 45,990.55 | 17.40 | 14.76 |

```
SELECTION CRITERIA    Tx Date Range   11/24/2011      02/24/2012        Report Type:
                      Drug Code                                         Report Order: 1
                      GPI                                               Number Drugs: 9999
                      Drug Schedule                                     Summary Only: N
                      Canada Sched                                      List Each Tx: N
                      Drug Group                                        Compnd Ingrd: Y
                      NDC/DIN Code                                      Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan


Use Select Criteria From This Screen: Y

                 Starting      Ending                     Starting   Ending
Rx Number        2000000       5999999        Refills Auth
Date Written                                  Refills Rem
First Filled                                  Ordered Qty
Rx Expires                                    Qty Left
Stop Date                                     Days Supply
Follow Up                                     Qty Owed
Merge                                         Deactivate
Rx Group                                      Status
Disease Code                                  SUBS Drug
SIG                                           AutoFill Qty
RxQue Number

   Phone:          Compound: N      Allow AutoFill:
Transfer:       Rx Updated:      AutoFill No Refs:
   RxDAW:
```

HIGHLY CONFIDENTIAL
CAH_FEDWV_00000647
P-42116_00154

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 6:01:26 PM |
| **Attachments:** | Picture 728.jpg |
| | Picture 729.jpg |
| | Picture 730.jpg |
| | Picture 731.jpg |
| | Picture 732.jpg |
| | Picture 733.jpg |
| | Picture 734.jpg |

Kim,
 See attached top doctor's report for Oxycodones.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
 Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air
MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see
data I will certainly communicate that to you.

I appreciate the information.

HIGHLY CONFIDENTIAL

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
  As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

> Kim
> Can I remove your name and forward to customer?

HIGHLY CONFIDENTIAL

Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

Good Afternoon Jesse,
I need to request complete dispense data for all controlled and
monitored substances this pharmacy dispenses without patient
information and in excel format please. Three months will be sufficient.
In addition to complete dispense data for all drug families, I also need to
know the names and DEA#s of those prescribing Oxymorphone,
Oxycodone and Hydrocodone, along with the draw area and whether the
patients are local.
Please know that orders for Oxycodone will remain in hold status until
data is received and analyzed.

Thank you,
Kim

**Kim Howenstein**
**Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

```
Store #: 0290              PDX Inc. PDX PHARMACY SYSTEM              Page: 3
                          MEDICINE SHOPPE #0290            11/24/2011-02/24/2012
02/27/2012                UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| THORARINSSON, BJORN | 1 | 2.21 | 13.50 | $11.29 | 83.63 | $11.29 |
| TOWER, MARK | 1 | 76.06 | 54.45 | $21.61- | 39.69- | $21.61- |
| TSAI, PETER | 1 | 28.85 | 46.42 | $17.57 | 37.85 | $17.57 |
| TURNER, ROBERT E | 1 | 1.10 | 5.63 | $4.53 | 80.46 | $4.53 |
| TWILLIE, TWYLA | 2 | 80.02 | 150.45 | $70.43 | 46.81 | $35.22 |
| WALLACE, JANET | 3 | 104.87 | 150.26 | $45.39 | 30.21 | $15.13 |
| WEBB, DELENO H | 313 | 43178.84 | 51391.71 | $8,212.87 | 15.98 | $26.24 |
| WERTHAMMER, MATTHEW | 1 | 3.31 | 24.49 | $21.18 | 86.48 | $21.18 |
| WHITMORE, DAVID J | 1 | 37.56 | 50.15 | $12.59 | 25.10 | $12.59 |
| TOTAL PRESCRIPTIONS | 582 | 73726.98 | 86483.58 | $12,756.60 | 14.75 | $21.92 |

```
      TOTAL RECORDS LISTED -- 65


SELECTION CRITERIA      Tx Date Range    11/24/2011       02/24/2012
                        Physician Code
                        Physician Group
                        Physician Type
                        T/P Carrier
                        T/P Plan
                        List Each Tx: N    Summary Only: N    New/Refill:

             Starting           Ending                       Starting   Ending
Drug Code    OXYC1              OXYI5             StorageCell
NDC/DIN                                          Pack Size
Drug STD                                         STD Pack
SUBS Code                                        Drug Unit
GPI                                              Schedule
Gen Name                                         Canada Sched
                                                 Orig Sched
TallMan Nm                                       DESI
                                                 Drug Group
Carrier                                          Sub Group
T/P Plan                                         Category
T/P Group                                        Multi
Drug Lot#                                        TherClass
Manufact.                                        Ther Equiv
Item #

Warehouse         Reportable         Status        UPC
Injectable        Written            StoreGen      Disp Sys
```

*Oxycodone ALL strengths*

HIGHLY CONFIDENTIAL

```
Code: WEBBD1                                    #Rx: 553        #Rx: $72,255.84
Name: WEBB, DELENO H
      WEBB                          , DELENO              H
Comment:>20040923 CALL 1-800-599-878*0 FOR PATIENT REFILLS
Address: 10 6TH AVENUE WEST SUITE 300
Address:                                         Group:
City,ST: HUNTINGTON               , WV          Probate:
ZipCode: 25701                                      DAW:
Phone #: (304)525-9355,                          Degree:
  Fax #: (304)522-0835,                        Specialty:
  DEA #: AW4345167                                 Last: 02/27/2012
DEA Suf:
  NPI #: 1942373923
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
  Code: OZTUAHI
  Name: OZTURK, AHMET
        OZTURK                    , AHMET
  Comment:>DIRECT LINE 526-2177    * REFILL LINE 781-0204
  Address: 1623 13TH AVE
  Address:                              Group:
  City,ST: HUNTINGTON         , WV    Probate:
  ZipCode: 25701 0000                    DAW:
  Phone #:      526-2243,             Degree:
    Fax #:      526-2174,           Specialty:
    DEA #: BO1101512                   Last: 02/27/2012
  DEA Suf:
    NPI #: 1942206529
  ST/PV #: 9111115
    T/P #:
  Doctor:
```

HIGHLY CONFIDENTIAL

```
Code: NUNAJA1                                    #Rx:  8            $Rx: $362.92
Name: NUNAN, PATRICK              # G
      NUNAN                           , PATRICK
Comment:
Address: 1102 POPLAR STR
Address:                                    Group:
City,ST: KENOVA                , WV       Probate:
ZipCode: 25530                                DAW:
Phone #: (304)453-5458,                    Degree:
  Fax #: (304)453-5459,                  Specialty:
  DEA #: BN0137768                          Last: 02/22/2012
DEA Suf:
  NPI #: 1780648345
ST/PV #:
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code: MACFDA1
Name: MACFARLAND, DAWN
      MACFARLAND                    , DAWN
Comment:
Address: 2674 5TH AVE, SUITE 2
Address:                              Group:
City,ST: HUNTINGTON          , WV    Probate:
ZipCode: 25702                       DAW:
Phone #: (304)523-5555,              Degree:
  Fax #:       523-2220,           Specialty:
  DEA #: BM6315469                   Last: 02/27/2012
DEA Suf:
  NPI #: 1881623155
ST/PV #:
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
 Code: MEM01
 Name: MEMON, REHAN
       MEMON                    , REHAN
Comment: 1053433938=NPI DIRECT LINE *526-2177
Address: 1623 13TH AVE
Address:                                    Group:
City,ST: HUNTINGTON         , WV          Probate:
ZipCode: 25701                                 DAW:
Phone #: (304)526-2243,                     Degree:
  Fax #: (304)526-2174,                   Specialty:
  DEA #: FM1057492                            Last: 02/27/2012
DEA Suf:
  NPI #: 1053433938
ST/PV #: 9111115
  T/P #: FM1057492
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Store #: 0290                    PDX Inc.  PDX PHARMACY SYSTEM                   Page: 2
                                 MEDICINE SHOPPE #0290               11/24/2011-02/24/2012
02/27/2012                       UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|----------------|------|------|--------|---------|---------|----------|
| Rx Num    QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| JENNINGS, TUCKER | 2 | 2.94 | 10.30 | $7.36 | 71.46 | $3.68 |
| KIM, JEFFERY | 1 | 18.78 | 24.75 | $5.97 | 24.12 | $5.97 |
| KIMMEY, GERRIT A | 6 | 3052.00 | 3218.59 | $166.59 | 5.18 | $27.77 |
| KURUCZ, JANE A | 1 | 11.90 | 12.24 | $0.34 | 2.78 | $0.34 |
| MACFARLAND, DAWN | 9 | 265.21 | 402.54 | $137.33 | 34.12 | $15.26 |
| MAIERS, KANE | 1 | 1.10 | 15.95 | $14.85 | 93.10 | $14.85 |
| MAJESTRO, TONY | 1 | 1.47 | 11.69 | $10.22 | 87.43 | $10.22 |
| FARESI, MARIANO | 2 | 9.78 | 35.12 | $25.34 | 72.15 | $12.67 |
| MEADOWS, CHARLES | 2 | 56.34 | 85.00 | $28.66 | 33.72 | $14.33 |
| MEMON, REHAN | 27 | 2403.01 | 2601.09 | $198.08 | 7.62 | $7.34 |
| MILLER, KIRT | 1 | 1.10 | 15.95 | $14.85 | 93.10 | $14.85 |
| MILLER, S | 1 | 1.47 | 7.93 | $6.46 | 81.46 | $6.46 |
| MILLER, STEPHEN | 2 | 2.39 | 13.55 | $11.16 | 82.36 | $5.58 |
| MITCHELL, SCOTT | 1 | 17.86 | 20.31 | $2.45 | 12.06 | $2.45 |
| MORGAN, CRAIG | 1 | 1.10 | 7.01 | $5.91 | 84.31 | $5.91 |
| NEGINHAL, VIVEK | 1 | 2.21 | 16.61 | $14.40 | 86.69 | $14.40 |
| NUNAN, PATRICK | 9 | 169.64 | 400.78 | $231.14 | 57.67 | $25.68 |
| OZTURK, AHMET | 119 | 19641.52 | 21487.10 | $1,845.58 | 8.59 | $15.51 |
| PARIKH, JEANNINE | 1 | 21.23 | 20.59 | $0.64- | 3.11- | $0.64- |
| PATICK, DAVID L | 2 | 8.84 | 20.00 | $11.16 | 55.80 | $5.58 |
| PINSON, CYNTHIA | 2 | 6.63 | 15.73 | $9.10 | 57.85 | $4.55 |
| SAVORY, LINDA | 5 | 123.72 | 310.58 | $186.86 | 60.16 | $37.37 |
| SAXE, TIMOTHY | 3 | 1714.68 | 1878.34 | $163.66 | 8.71 | $54.55 |
| SEHGAL, RAJESH | 1 | 2.03 | 5.14 | $3.11 | 60.51 | $3.11 |
| SHARMA, SANJEEV | 2 | 56.34 | 130.08 | $73.74 | 56.69 | $36.87 |
| SILBERMINS, DAMIAN | 1 | 1.84 | 7.69 | $5.85 | 76.07 | $5.85 |
| SNYDER, RUSSELL | 3 | 128.23 | 549.85 | $421.62 | 76.68 | $140.54 |
| TACKETT, EVA | 1 | 31.85 | 42.50 | $10.65 | 25.06 | $10.65 |

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 5:52:29 PM |
| **Attachments:** | Picture 722.jpg |
| | Picture 723.jpg |
| | Picture 724.jpg |
| | Picture 725.jpg |
| | Picture 726.jpg |
| | Picture 727.jpg |

Kim,
  See top doctors for Oxymorphone !

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
 Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.
I appreciate the information.

CAH_FEDWV_00000658
P-42116_00165

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
   As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

> **From:** Kave, Jesse
> **Sent:** Friday, February 10, 2012 11:24 AM
> **To:** Howenstein, Kim
> **Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

> Kim
> Can I remove your name and forward to customer?

---

HIGHLY CONFIDENTIAL

Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

> Good Afternoon Jesse,
> I need to request complete dispense data for all controlled and
> monitored substances this pharmacy dispenses without patient
> information and in excel format please. Three months will be sufficient.
> In addition to complete dispense data for all drug families,  I also need to
> know the names and DEA#s of those prescribing Oxymorphone,
> Oxycodone and Hydrocodone, along with the draw area and whether the
> patients are local.
> Please know that orders for Oxycodone will remain in hold status until
> data is received and analyzed.
>
> Thank you,
> Kim
>
> Kim Howenstein
> **Specialist, Quality Assurance | QRA**
> **7000 Cardinal Place**
> **Dublin, OH 43017**
> **Phone: (614) 757-5524**
> **Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

```
Store #: 0290                PDX Inc.  PDX PHARMACY SYSTEM                    Page: 1
                            MEDICINE SHOPPE #0290               11/24/2011-02/24/2012
02/27/2012                  UTILIZATION BY PHYSICIAN
```

| Physician Name | | | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|---|---|
| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | | Filled |

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF Filled |
|---|---|---|---|---|---|---|
| MEMON, REHAN | 6 | 685.93 | 730.92 | $44.99 | 6.16 | $7.50 |
| OZTURK, AHMET | 16 | 2645.09 | 2974.95 | $329.86 | 11.09 | $20.62 |
| WEBB, DELENO H | 1 | 456.30 | 453.23 | $3.07- | 0.68- | $3.07- |
| TOTAL PRESCRIPTIONS | 23 | 3787.32 | 4159.10 | $371.78 | 8.94 | $16.16 |

```
            TOTAL RECORDS LISTED -- 3


SELECTION CRITERIA     Tx Date Range    11/24/2011      02/24/2012
                       Physician Code
                       Physician Group
                       Physician Type
                       T/P Carrier
                       T/P Plan
                       List Each Tx: N    Summary Only: N   New/Refill:

                  Starting          Ending               Starting   Ending
Drug Code         OXYM10            OXYM75
NDC/DIN                                          StorageCell
Drug STD                                         Pack Size
SUBS Code                                        STD Pack
GPI                                              Drug Unit
Gen Name                                         Schedule
                                                 Canada Sched
TallMan Nm                                       Orig Sched
                                                 DESI
Carrier                                          Drug Group
T/P Plan                                         Sub Group
T/P Group                                        Category
Drug Lot#                                        Multi
Manufact.                                        TherClass
Item #                                           Ther Equiv

Warehouse         Reportable        Status          UPC
Injectable        Written           StoreGen        Disp Sys
```

Opana generic

HIGHLY CONFIDENTIAL

```
Code:   OZTVAU
Name:   OZTURK, AHMET
        OZTURK              , AHMET
Comment:>DIRECT LINE 526-2177    * REFILL LINE 781-0204
Address: 1623 13TH AVE
Address:
City,ST: HUNTINGTON           , WV           Group:
ZipCode: 25701 0000                        Probate:
Phone #:     526-2243,                         DAW:
 Fax #:      526-2174,                      Degree:
 DEA #: BO1101512                        Specialty:
DEA Suf:                                     Last: 02/27/2012
 NPI #: 1942206529
ST/PV #: 9111115
 T/P #:
 Doctor:
```

CAH_FEDWV_00000662

P-42116_00169

```
Code:   WEBBD1                                    #Rx: 553          $Rx : $78355.84
Name: WEBB, DELENO H
        WEBB                        , DELENO                 H
Comment:>20040923 CALL 1-800-599-878*0 FOR PATIENT REFILLS
Address: 10 6TH AVENUE WEST SUITE 300
Address:                                           Group:
City,ST: HUNTINGTON          , WV                 Probate:
ZipCode: 25701                                       DAW:
Phone #: (304)525-9355,                          Degree:
  Fax #: (304)522-0835,                        Specialty:
  DEA #: AW4345167                                  Last: 02/27/2012
DEA Suf:
  NPI #: 1942373923
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code:
Name:   MEADOWS, CHARLES
        MEADOWS                    , CHARLES
Comment:
Address: 1600 MEDICAL CENTER DRIVE
Address:                                          Group:
City,ST: HUNTINGTON            , WV             Probate:
ZipCode: 25701                                     DAW:
Phone #: (304)691-1788, (304)691-1000           Degree:
  Fax #: (304)691-1694,                       Specialty:
  DEA #: BM7311498                                Last: 02/24/2012
DEA Suf:
  NPI #: 1750346318
ST/PV #:
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code:    MEM01
Name:    MEMON, REHAN
         MEMON                    , REHAN
Comment: 1053433938=NPI DIRECT LINE *526-2177
Address: 1623 13TH AVE
Address:                                        Group:
City,ST: HUNTINGTON            , WV           Probate:
ZipCode: 25701                                    DAW:
Phone #: (304)526-2243,                        Degree:
  Fax #: (304)526-2174,                      Specialty:
  DEA #: FM1057492                               Last: 02/27/2012
DEA Suf:
  NPI #: 1053433938
ST/PV #: 9111115
  T/P #: FM1057492
 Doctor:
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000665

P-42116_00172

```
Store #: 0290                PDX Inc.  PDX PHARMACY SYSTEM              Page:  1
                              MEDICINE SHOPPE #0290            11/24/2011-02/24/2012
02/27/2012                    UTILIZATION BY PHYSICIAN
```

| Physician Name | | | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|---|---|
| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | | Filled |
| MEADOWS, CHARLES | | | 3 | 2043.53 | 2156.50 | $112.97 | 5.24 | $37.66 |
| MEMON, REHAN | | | 5 | 1143.97 | 1207.43 | $63.46 | 5.26 | $12.69 |
| OZTURK, AHMET | | | 12 | 3012.86 | 3153.02 | $140.16 | 4.45 | $11.68 |
| WEBB, DELENO H | | | 92 | 48971.23 | 52382.50 | $3,411.27 | 6.51 | $37.08 |
| TOTAL PRESCRIPTIONS | | | 112 | 55171.59 | 58899.45 | $3,727.86 | 6.33 | $33.28 |

```
        TOTAL RECORDS LISTED -- 4


SELECTION CRITERIA    Tx Date Range    11/24/2011      02/24/2012
                      Physician Code
                      Physician Group
                      Physician Type
                      T/P Carrier
                      T/P Plan
                      List Each Tx: N    Summary Only: N    New/Refill:

                   Starting            Ending                          Starting   Ending
Drug Code          OPAN10              OPAN75             StorageCell
NDC/DIN                                                   Pack Size
Drug STD                                                  STD Pack
SUBS Code                                                 Drug Unit
GPI                                                       Schedule
Gen Name                                                  Canada Sched
                                                          Orig Sched
TallMan Nm                                                DESI
                                                          Drug Group
Carrier                                                   Sub Group
T/P Plan                                                  Category
T/P Group                                                 Multi
Drug Lot#                                                 TherClass
Manufact.                                                 Ther Equiv
Item #

Warehouse          Reportable          Status             UPC
Injectable         Written             StoreGen           Disp Sys
```

Opana  brand

CAH_FEDWV_00000666
P-42116_00173

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Farrell, Daniel (PD) |
| **Subject:** | RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760 |
| **Date:** | Monday, February 27, 2012 6:23:19 PM |
| **Attachments:** | Picture 735.jpg |
| | Picture 736.jpg |
| | Picture 737.jpg |
| | Picture 738.jpg |
| | Picture 739.jpg |
| | Picture 740.jpg |
| | Picture 741.jpg |
| | Picture 742.jpg |
| | Picture 743.jpg |
| | Picture 744.jpg |
| | Picture 745.jpg |
| | Picture 746.jpg |
| | Picture 747.jpg |
| | Picture 748.jpg |
| | Picture 749.jpg |

Kim,
 See attached top doctor report for Hydrocodones.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Thursday, February 16, 2012 12:47 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

**From:** Kave, Jesse
**Sent:** Thursday, February 16, 2012 11:48 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
 Med Shoppe Huntington WV is sending oxy's product order in error back today UPS next day air
MRA#223593 so Wheeling should have them in house by tomorrow.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, February 14, 2012 10:03 AM
**To:** Kave, Jesse

HIGHLY CONFIDENTIAL

**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

I think we should be ok here Jesse – if it is determined by Doug Emma that he would like to see data I will certainly communicate that to you.
I appreciate the information.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, February 13, 2012 4:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
   As soon as Joe has the MRA number I will send it to you! As I explained earlier he was trying to get a particular brand of oxy which was subbed then he ordered the correct one he needed do to mfg supply issues. He is returning 72 bottles of the wrong brand so will that suffice enough to answer our questions or will you still need the added data. I told Joe in the future to at least advise us before proceeding with such a large purchase and as to the reason for it.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, February 10, 2012 4:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Thank you

---

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 3:56 PM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim,
Joe has put a request in for 72x100 for pick up of the oxy condone.
Jesse

Sent from my iPhone

On Feb 10, 2012, at 11:39 AM, "Howenstein, Kim" <kim.howenstein@cardinalhealth.com> wrote:

> Yes,
> Thank you.

---

HIGHLY CONFIDENTIAL

**From:** Kave, Jesse
**Sent:** Friday, February 10, 2012 11:24 AM
**To:** Howenstein, Kim
**Subject:** Re: T AND J ENTERPRISES INC MEDICINE SHOPPE #0290 - BT5541760

Kim
Can I remove your name and forward to customer?
Jesse

Sent from my iPhone

On Feb 9, 2012, at 4:15 PM, "Howenstein, Kim"
<kim.howenstein@cardinalhealth.com> wrote:

> Good Afternoon Jesse,
> I need to request complete dispense data for all controlled and
> monitored substances this pharmacy dispenses without patient
> information and in excel format please. Three months will be sufficient.
> In addition to complete dispense data for all drug families, I also need to
> know the names and DEA#s of those prescribing Oxymorphone,
> Oxycodone and Hydrocodone, along with the draw area and whether the
> patients are local.
> Please know that orders for Oxycodone will remain in hold status until
> data is received and analyzed.
>
> Thank you,
> Kim
>
> Kim Howenstein
> **Specialist, Quality Assurance|QRA**
> **7000 Cardinal Place**
> **Dublin, OH 43017**
> **Phone: (614) 757-5524**
> **Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

```
Code:           #7
Name: OZTURK, AHMET
      OZTURK                    , AHMET
Comment:>DIRECT LINE 526-2177      * REFILL LINE 781-0204
Address: 1623 13TH AVE
Address:                                  Group:
City,ST: HUNTINGTON          , WV        Probate:
ZipCode: 25701 0000                          DAW:
Phone #:      526-2243,                    Degree:
  Fax #:      526-2174,                  Specialty:
  DEA #: BO1101512                         Last: 02/27/2012
DEA Suf:
  NPI #: 1942206529
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code: PATICKDA
Name: PATICK, DAVID L
      PATICK                    , DAVID           L
Comment:
Address: 5170 US ROUTE 60 EAST
Address:                                  Group:
City,ST: HUNTINGTON        , WV          Probate:
ZipCode: 25705                              DAW:
Phone #: (304)528-4637,                  Degree:
  Fax #: (304)399-2383,                Specialty:
  DEA #: AP1641085                         Last: 02/24/2012
DEA Suf:
  NPI #: 1972546273
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code: TACKCH            #RX: 150       #PX: 5921.002
Name: TACKETT, CHANDOS DEWAYNE
      TACKETT              , CHANDOS           DEWAYNE
Comment: EXT.4527/SHIRLEY   FAX528-46*73
Address: 5170 US ROUTE 60 EAST
Address:                              Group:
City,ST: HUNTINGTON        , WV       Probate:
ZipCode: 25705                           DAW:
Phone #:      528-4663, (304)528-4527  Degree:
 Fax #: (304)528-4624,               Specialty:
 DEA #: BT3664504                       Last: 02/27/2012
DEA Suf:
 NPI #: 1912933151
ST/PV #:
 T/P #:
Doctor:
```

HIGHLY CONFIDENTIAL

```
Store #: 0290            PDX Inc. PDX PHARMACY SYSTEM            Page: 3
                          MEDICINE SHOPPE #0290           11/24/2011-02/24/2012
02/27/2012               UTILIZATION BY PHYSICIAN
```

| Physician Name | | # Rx | Cost | Retail | $Margin | %Margin AVG PROF |
|---|---|---|---|---|---|---|

| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | Filled |
|---|---|---|---|---|---|---|---|

|  | Starting | Ending |  | Starting | Ending |
|---|---|---|---|---|---|
| Drug Code | HYDR105D1 | HYDR105D1 | StorageCell | | |
| NDC/DIN | | | Pack Size | | |
| Drug STD | | | STD Pack | | |
| SUBS Code | | | Drug Unit | | |
| GPI | | | Schedule | | |
| Gen Name | | | Canada Sched | | |
| | | | Orig Sched | | |
| TallMan Nm | | | DESI | | |
| | | | Drug Group | | |
| Carrier | | | Sub Group | | |
| T/P Plan | | | Category | | |
| T/P Group | | | Multi | | |
| Drug Lot# | | | TherClass | | |
| Manufact. | | | Ther Equiv | | |
| Item # | | | | | |

*Hydrocodone 10/500* (handwritten)

| Warehouse | Reportable | Status | UPC |
|---|---|---|---|
| Injectable | Written | StoreGen | Disp Sys |

|  | Starting | Ending |  | Starting | Ending |  |
|---|---|---|---|---|---|---|
| Shelf Life | | | ACQ Pcnt | | | UnitofUse |
| Disp. Life | | | STD Pcnt | | | UnitDose |
| Drug Exp. | | | REG Pcnt | | | AutoFill |
| DC Date | | | WEL Pcnt | | | AWPSrc |
| Mfr DC | | | INV Cost | | | ACQSrc |
| MAC Date | | | Price Cd | | | |
| AWP Date | | | Reorder | | | |
| Vendor | | | Comp Flag | All Drugs | | |
| MTD Usage | | | Bubble Fee | ALL | | |
| YTD Usage | | | Use / Print | | | |
| Intr | | | CentralFill | ANY | | |
| Coun | | | Mail Only | ANY | | |
| Allergy | | | No Mail Order | | | |
| Default Daw | | | Refrigerate | | | |
| MAC Price | | | Signtr Reqd | | | |
| AWP Price | | | HAZMAT | | | |
| On-Hand | | | Bay | | Shelf | |
| PrcLst Qty1 | | | Rack | | Bin | |
| PrcLst Qty2 | | | AltGrp/Class | | | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000673

P-42116_00180