Store #: 0290                    PDX Inc. PDX PHARMACY SYSTEM              Page: 2
                                 MEDICINE SHOPPE #0290          11/24/2011-02/24/2012
02/27/2012                       UTILIZATION BY PHYSICIAN

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num  QTY  Drug Name | | | Cost | Retail | Patient | Filled |
| PATICK, DAVID L | 14 | 133.56 | 380.27 | $246.71 | 64.88 | $17.62 |
| RELLAN, DEV R | 3 | 15.66 | 33.85 | $18.19 | 53.74 | $6.06 |
| RICHARDSON, BRAD | 6 | 34.22 | 62.42 | $28.20 | 45.18 | $4.70 |
| SABER, KATHY | 3 | 23.49 | 53.58 | $30.09 | 56.16 | $10.03 |
| SAXE, TIMOTHY | 3 | 31.35 | 80.95 | $49.60 | 61.27 | $16.53 |
| SEHGAL, RAJESH | 1 | 2.61 | 8.29 | $5.68 | 68.52 | $5.68 |
| SIEGEL, SCOTT A | 2 | 10.44 | 30.00 | $19.56 | 65.20 | $9.78 |
| SNYDER, RUSSELL | 1 | 5.22 | 50.36 | $45.14 | 89.63 | $45.14 |
| SPURLOCK, ELIZABETH | 7 | 42.34 | 87.10 | $44.76 | 51.39 | $6.39 |
| STULTZ, DEBRA | 4 | 23.78 | 74.55 | $50.77 | 68.10 | $12.69 |
| TACKETT, CHANDOS DEWAYN | 3 | 31.92 | 68.58 | $36.66 | 53.46 | $12.22 |
| TICE, DOUGLAS | 2 | 6.96 | 13.90 | $6.94 | 49.93 | $3.47 |
| TRIPLETT, TERRENCE | 2 | 15.66 | 91.90 | $76.24 | 82.96 | $38.12 |
| TURNER, ROBERT E | 7 | 71.09 | 163.04 | $91.95 | 56.40 | $13.14 |
| VIRGIN, TONY | 2 | 10.44 | 20.00 | $9.56 | 47.80 | $4.78 |
| WALLACE, JANET | 10 | 112.60 | 213.32 | $100.72 | 47.22 | $10.07 |
| WHITMORE, DAVID J | 5 | 45.85 | 88.92 | $43.07 | 48.44 | $8.61 |
| WOODS-684, DANIEL | 1 | 10.45 | 17.84 | $7.39 | 41.42 | $7.39 |
| TOTAL PRESCRIPTIONS | 237 | 1870.62 | 4439.10 | $2,568.48 | 57.86 | $10.84 |

        TOTAL RECORDS LISTED -- 46


SELECTION CRITERIA     Tx Date Range     11/24/2011       02/24/2012
                       Physician Code
                       Physician Group
                       Physician Type
                       T/P Carrier
                       T/P Plan
                       List Each Tx: N    Summary Only: N    New/Refill:

HIGHLY CONFIDENTIAL

```
Store #: 0290                PDX Inc.  PDX PHARMACY SYSTEM              Page:  4
                           MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                   UTILIZATION BY PHYSICIAN
```

| Physician Name | | # Rx | Cost | Retail | $Margin | %Margin AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num | QTY | Drug Name | | Cost | Retail | Patient | Filled |

```
SELECTION CRITERIA      Tx Date Range     11/24/2011      02/24/2012
                        Physician Code
                        Physician Group
                        Physician Type
                        T/P Carrier
                        T/P Plan
                        List Each Tx: N   Summary Only: N   New/Refill:

                Starting          Ending                     Starting   Ending
Drug Code       HYDR550D1         HYDR550D1        StorageCell
NDC/DIN                                            Pack Size
Drug STD                                           STD Pack
SUBS Code                                          Drug Unit
GPI                                                Schedule
Gen Name                                           Canada Sched
                    Hydrocodn 5/500                Orig Sched
TallMan Nm                                         DESI
                                                   Drug Group
Carrier                                            Sub Group
T/P Plan                                           Category
T/P Group                                          Multi
Drug Lot#                                          TherClass
Manufact.                                          Ther Equiv
Item #

Warehouse           Reportable        Status         UPC
Injectable          Written           StoreGen       Disp Sys

                Starting   Ending                    Starting   Ending
Shelf Life                              ACQ Pcnt                        UnitofUse
Disp. Life                              STD Pcnt                        UnitDose
Drug Exp.                               REG Pcnt                        AutoFill
DC Date                                 WEL Pcnt                        AWPSrc
Mfr DC                                  INV Cost                        ACQSrc
MAC Date                                Price Cd
AWP Date                                Reorder
Vendor                                  Comp Flag All Drugs
MTD Usage                               Bubble Fee ALL
YTD Usage                               Use / Print
Intr                                    CentralFill ANY
Coun                                     Mail Only ANY
Allergy                                No Mail Order
Default Daw                             Refrigerate
MAC Price                              Signtr Reqd
AWP Price                                  HAZMAT
 On-Hand                                Bay                    Shelf
PrcLst Qty1                             Rack                   Bin
PrcLst Qty2                             AltGrp/Class
```

HIGHLY CONFIDENTIAL

```
Store #: 0290                PDX Inc. PDX PHARMACY SYSTEM              Page:  2
                             MEDICINE SHOPPE #0290            11/24/2011-02/24/2012
02/27/2012                   UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| LOCHOW, STEVEN | 1 | 2.28 | 21.97 | $19.69 | 89.62 | $19.69 |
| MADERO, GUILLERMO | 1 | 4.46 | 17.46 | $13.00 | 74.46 | $13.00 |
| MAYS-197, ADRIENNE | 2 | 8.92 | 34.92 | $26.00 | 74.46 | $13.00 |
| MEMON, REHAN | 2 | 6.24 | 25.52 | $19.28 | 75.55 | $9.64 |
| MOORE O.D., GREG | 1 | 0.37 | 2.17 | $1.80 | 82.95 | $1.80 |
| MORABITO, ROCCO | 2 | 2.04 | 19.07 | $17.03 | 89.30 | $8.52 |
| MORGAN, CRAIG | 2 | 1.85 | 12.01 | $10.16 | 84.60 | $5.08 |
| NELSON, JOSEPH M | 2 | 1.01 | 5.82 | $4.81 | 82.65 | $2.41 |
| NOVOTNY, STEVEN | 1 | 2.28 | 8.87 | $6.59 | 74.30 | $6.59 |
| OPIMO, REGINALD S | 1 | 1.14 | 5.45 | $4.31 | 79.08 | $4.31 |
| OZTURK, AHMET | 18 | 50.59 | 172.27 | $121.68 | 70.63 | $6.76 |
| PATICK, DAVID L | 4 | 14.48 | 73.73 | $59.25 | 80.36 | $14.81 |
| PATTERSON, C. LYNN | 3 | 6.69 | 25.80 | $19.11 | 74.07 | $6.37 |
| PINSON, CYNTHIA | 1 | 1.11 | 5.00 | $3.89 | 77.80 | $3.89 |
| SAVORY, LINDA | 3 | 3.33 | 39.99 | $36.66 | 91.67 | $12.22 |
| TACKETT, CHANDOS DEWAYN | 8 | 28.96 | 134.84 | $105.88 | 78.52 | $13.24 |
| TAO, STANLEY | 1 | 2.23 | 21.45 | $19.22 | 89.60 | $19.22 |
| TICE, DOUGLAS | 1 | 2.52 | 9.04 | $6.52 | 72.12 | $6.52 |
| TURNER, ROBERT E | 8 | 9.48 | 49.56 | $40.08 | 80.87 | $5.01 |
| WERTHAMMER, MATTHEW | 2 | 4.46 | 42.90 | $38.44 | 89.60 | $19.22 |
| WHITMORE, DAVID J | 3 | 6.69 | 25.80 | $19.11 | 74.07 | $6.37 |
| YOUNG, ALLEN | 3 | 7.87 | 18.24 | $10.37 | 56.85 | $3.46 |
| TOTAL PRESCRIPTIONS | 151 | 416.36 | 2257.46 | $1,841.10 | 81.56 | $12.19 |

```
        TOTAL RECORDS LISTED -- 50
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000676
P-42116_00183

```
Store #: 0290              PDX Inc. PDX PHARMACY SYSTEM              Page: 3
                          MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin AVG PROF |
|---|---|---|---|---|---|

| Rx Num | QTY | Drug Name | Cost | Retail | Patient | Filled |
|---|---|---|---|---|---|---|

```
SELECTION CRITERIA      Tx Date Range    11/24/2011      02/24/2012
                        Physician Code
                        Physician Group
                        Physician Type
                        T/P Carrier
                        T/P Plan
                        List Each Tx: N    Summary Only: N    New/Refill:

                    Starting          Ending                    Starting    Ending
Drug Code           HYDR755D1         HYDR755D1         StorageCell
NDC/DIN                                                 Pack Size
Drug STD                                                STD Pack
SUBS Code                                               Drug Unit
GPI                  Hydrocodin 7.5/500                 Schedule
Gen Name                                                Canada Sched
                                                        Orig Sched
TallMan Nm                                              DESI
                                                        Drug Group
Carrier                                                 Sub Group
T/P Plan                                                Category
T/P Group                                               Multi
Drug Lot#                                               TherClass
Manufact.                                               Ther Equiv
Item #

Warehouse           Reportable        Status           UPC
Injectable          Written           StoreGen         Disp Sys

                Starting    Ending                Starting    Ending
Shelf Life                              ACQ Pcnt                          UnitofUse
Disp. Life                              STD Pcnt                          UnitDose
Drug Exp.                               REG Pcnt                          AutoFill
DC Date                                 WEL Pcnt                          AWPSrc
Mfr DC                                  INV Cost                          ACQSrc
MAC Date                                Price Cd
AWP Date                                Reorder
Vendor                                  Comp Flag  All Drugs
MTD Usage                               Bubble Fee  ALL
YTD Usage                               Use / Print
Intr                                    CentralFill  ANY
Coun                                    Mail Only  ANY
Allergy                              No Mail Order
Default Daw                             Refrigerate
MAC Price                               Signtr Reqd
AWP Price                               HAZMAT
  On-Hand                           Bay                    Shelf
PrcLst Qty1                         Rack                    Bin
PrcLst Qty2                         AltGrp/Class
```

HIGHLY CONFIDENTIAL

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY    Drug Name | | Cost | Retail | Patient | | Filled |
| GRIMES, MICHAEL | 1 | 0.76 | 5.94 | $5.18 | 87.21 | $5.18 |
| HALE PA-C, KRISTA | 2 | 0.95 | 7.94 | $6.99 | 88.04 | $3.50 |
| HALE, KRISTA | 1 | 0.38 | 2.45 | $2.07 | 84.49 | $2.07 |
| HARPER, GLENN | 3 | 10.85 | 86.85 | $76.00 | 87.51 | $25.33 |
| HEABERLIN, BRIAN | 1 | 1.52 | 4.53 | $3.01 | 66.45 | $3.01 |
| HENGER, LUCAS | 1 | 0.57 | 10.95 | $10.38 | 94.79 | $10.38 |
| HINCHMAN, DAVID | 1 | 0.61 | 2.04 | $1.43 | 70.10 | $1.43 |
| HOLMES, ALLEN | 1 | 1.14 | 15.00 | $13.86 | 92.40 | $13.86 |
| HOLMES, GREG | 7 | 11.23 | 29.69 | $18.46 | 62.18 | $2.64 |
| HOWERTON, STEPHEN | 6 | 3.60 | 44.13 | $40.53 | 91.84 | $6.76 |
| HUTCHISON, LARRY | 1 | 0.57 | 10.95 | $10.38 | 94.79 | $10.38 |
| JOSEPH, PUSHPA NAMBI | 2 | 2.28 | 9.27 | $6.99 | 75.40 | $3.50 |
| KIMMEY, GERRIT A | 3 | 3.62 | 18.78 | $15.16 | 80.72 | $5.05 |
| KOESTER, ALAN | 1 | 0.76 | 2.00 | $1.24 | 62.00 | $1.24 |
| KURUCZ, JANE A | 1 | 3.74 | 5.81 | $2.07 | 35.63 | $2.07 |
| LAVENDER-682, C | 2 | 4.56 | 17.63 | $13.07 | 74.13 | $6.54 |
| LEE, PAUL | 1 | 1.52 | 4.65 | $3.13 | 67.31 | $3.13 |
| LIPSON, WAYNE | 1 | 0.76 | 10.41 | $9.65 | 92.70 | $9.65 |
| MACFARLAND, DAWN | 1 | 3.42 | 8.59 | $5.17 | 60.19 | $5.17 |
| MARCUM, PATTI | 6 | 14.27 | 49.09 | $34.82 | 70.93 | $5.80 |
| MCCANN, KEVIN | 2 | 9.12 | 22.52 | $13.40 | 59.50 | $6.70 |
| MCCORMICK, JEFF | 2 | 3.42 | 7.94 | $4.52 | 56.93 | $2.26 |
| MCKINNEY, SHAWN | 1 | 1.59 | 6.50 | $4.91 | 75.54 | $4.91 |
| MEMON, REHAN | 2 | 3.27 | 11.74 | $8.47 | 72.15 | $4.24 |
| MERKEL, STEVEN | 2 | 4.56 | 12.53 | $7.97 | 63.61 | $3.99 |
| MOZAFFARI, FARID | 1 | 1.52 | 4.65 | $3.13 | 67.31 | $3.13 |
| MURPHY, R SCOTT | 1 | 0.89 | 5.94 | $5.05 | 85.02 | $5.05 |
| NAIR, DILIP | 2 | 1.52 | 7.20 | $5.68 | 78.89 | $2.84 |

HIGHLY CONFIDENTIAL

```
Store #: 0290                PDX Inc. PDX PHARMACY SYSTEM              Page: 3
                             MEDICINE SHOPPE #0290              11/24/2011-02/24/2012
02/27/2012                   UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| NEGINHAL, VIVEK | 4 | 7.22 | 22.19 | $14.97 | 67.46 | $3.74 |
| NELSON, JOSEPH M | 2 | 1.14 | 21.90 | $20.76 | 94.79 | $10.38 |
| NUNAN, PATRICK | 1 | 2.67 | 6.23 | $3.56 | 57.14 | $3.56 |
| OAKLEY, GERARD | 1 | 1.52 | 4.42 | $2.90 | 65.61 | $2.90 |
| OSBORN, BRETT | 2 | 4.56 | 16.48 | $11.92 | 72.33 | $5.96 |
| OZTURK, AHMET | 15 | 33.51 | 161.27 | $127.76 | 79.22 | $8.52 |
| PATICK, DAVID L | 4 | 27.36 | 70.10 | $42.74 | 60.97 | $10.69 |
| PHAM, PHUONG | 1 | 1.52 | 21.95 | $20.43 | 93.08 | $20.43 |
| RORRER, CLYDE | 1 | 0.57 | 1.99 | $1.42 | 71.36 | $1.42 |
| SABER, KATHY | 2 | 4.56 | 56.95 | $52.39 | 91.99 | $26.20 |
| SAVORY, LINDA | 3 | 10.26 | 65.67 | $55.41 | 84.38 | $18.47 |
| SAXE, TIMOTHY | 1 | 3.42 | 6.10 | $2.68 | 43.93 | $2.68 |
| SEHGAL, RAJESH | 1 | 0.38 | 3.02 | $2.64 | 87.42 | $2.64 |
| SILBERMINS, DAMIAN | 1 | 0.80 | 5.98 | $5.18 | 86.62 | $5.18 |
| SNYDER, RUSSELL | 2 | 4.56 | 11.74 | $7.18 | 61.16 | $3.59 |
| STEEL, JACK | 1 | 1.14 | 2.38 | $1.24 | 52.10 | $1.24 |
| TETTEH, SHIRLEY | 1 | 4.56 | 8.17 | $3.61 | 44.19 | $3.61 |
| TICE, DOUGLAS | 1 | 1.52 | 6.59 | $5.07 | 76.93 | $5.07 |
| TURNER, ROBERT E | 6 | 7.04 | 20.94 | $13.90 | 66.38 | $2.32 |
| TZYSTUCK, FRED | 1 | 0.38 | 8.95 | $8.57 | 95.75 | $8.57 |
| WALLACE, JANET | 5 | 5.13 | 24.56 | $19.43 | 79.11 | $3.89 |
| WERTHAMMER, MATTHEW | 1 | 1.52 | 7.94 | $6.42 | 80.86 | $6.42 |
| TOTAL PRESCRIPTIONS | 195 | 460.03 | 1687.91 | $1,227.88 | 72.75 | $6.30 |

```
        TOTAL RECORDS LISTED -- 78
```

HIGHLY CONFIDENTIAL

```
Store #:  0290                PDX Inc.  PDX PHARMACY SYSTEM            Page:   1
                          MEDICINE SHOPPE #0290          11/24/2011-02/24/2012
02/27/2012                   UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| ABDELGABER, AHMED | 2 | 6.84 | 15.88 | $9.04 | 56.93 | $4.52 |
| ADAMS, JIMMY | 3 | 9.57 | 22.38 | $12.81 | 57.24 | $4.27 |
| ALBERICO, ANTHONY | 1 | 0.46 | 1.89 | $1.43 | 75.66 | $1.43 |
| BARRINGER, ERICA D | 1 | 3.42 | 5.68 | $2.26 | 39.79 | $2.26 |
| BARYUN, ESAM | 2 | 6.84 | 11.36 | $4.52 | 39.79 | $2.26 |
| BELL, NAAMAN | 2 | 1.24 | 8.73 | $7.49 | 85.80 | $3.75 |
| BOROWSKI, GREG | 1 | 0.76 | 11.95 | $11.19 | 93.64 | $11.19 |
| BREINIG, ADAM | 1 | 2.28 | 6.30 | $4.02 | 63.81 | $4.02 |
| BROWNFIELD, RON | 24 | 89.68 | 291.66 | $201.98 | 69.25 | $8.42 |
| CARICO, GREG | 5 | 17.67 | 40.58 | $22.91 | 56.46 | $4.58 |
| CHANEY, GREGORY D | 1 | 3.42 | 8.19 | $4.77 | 58.24 | $4.77 |
| CHAPMAN, BRYAN | 1 | 0.57 | 3.68 | $3.11 | 84.51 | $3.11 |
| CHARLES, MITCH | 2 | 0.92 | 7.23 | $6.31 | 87.28 | $3.16 |
| DEL CHECCOLO, RICHARD | 3 | 6.84 | 12.12 | $5.28 | 43.56 | $1.76 |
| CLARKE, GREGORY | 1 | 0.57 | 10.95 | $10.38 | 94.79 | $10.38 |
| COFFMAN, SHAWN W | 1 | 0.76 | 3.50 | $2.74 | 78.29 | $2.74 |
| COLE, JACQUELINE | 1 | 0.38 | 2.32 | $1.94 | 83.62 | $1.94 |
| CREMEANS, GARY | 4 | 4.76 | 25.92 | $21.16 | 81.64 | $5.29 |
| CROCKETT, G ROLAND | 1 | 0.61 | 3.08 | $2.47 | 80.19 | $2.47 |
| DALY, TIMOTHY | 1 | 0.57 | 3.25 | $2.68 | 82.46 | $2.68 |
| DANNALS, TOM | 7 | 29.87 | 70.62 | $40.75 | 57.70 | $5.82 |
| DARLINGTON, JAMES S | 2 | 1.33 | 7.48 | $6.15 | 82.22 | $3.08 |
| DENNISON, WILLIAM B | 1 | 1.14 | 10.00 | $8.86 | 88.60 | $8.86 |
| DENT, MISHA PA-C | 1 | 0.57 | 2.32 | $1.75 | 75.43 | $1.75 |
| DIAL, LARRY | 9 | 34.20 | 84.14 | $49.94 | 59.35 | $5.55 |
| FRANCKE, DAVID | 2 | 6.84 | 17.90 | $11.06 | 61.79 | $5.53 |
| FULLER, JEREMY | 1 | 0.46 | 5.00 | $4.54 | 90.80 | $4.54 |
| GOEBEL, LYNNE | 1 | 9.12 | 12.56 | $3.44 | 27.39 | $3.44 |

HIGHLY CONFIDENTIAL

```
Store #: 0290              PDX Inc. PDX PHARMACY SYSTEM              Page: 1
                          MEDICINE SHOPPE #0290           11/24/2011-02/24/2012
02/27/2012                    UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY    Drug Name | | Cost | Retail | Patient | | Filled |
| ABDELGABER, AHMED | 2 | 11.29 | 29.96 | $18.67 | 62.32 | $9.34 |
| AHMAD, IJAZ | 1 | 1.11 | 5.00 | $3.89 | 77.80 | $3.89 |
| BLACK, MICHAEL | 1 | 2.23 | 8.11 | $5.88 | 72.50 | $5.88 |
| BOLANO, LUIS | 5 | 5.01 | 33.89 | $28.88 | 85.22 | $5.78 |
| BOOTH, RICHARD | 2 | 1.85 | 13.35 | $11.50 | 86.14 | $5.75 |
| BOWEN, CRAIG DDS | 2 | 1.48 | 12.66 | $11.18 | 88.31 | $5.59 |
| BROWN, KEVIN | 1 | 1.86 | 5.97 | $4.11 | 68.84 | $4.11 |
| BROWNFIELD, RON | 11 | 47.92 | 210.63 | $162.71 | 77.25 | $14.79 |
| CARAWAY, DAVID L | 9 | 24.96 | 165.09 | $140.13 | 84.88 | $15.57 |
| CASTLE, JASON | 1 | 2.28 | 5.99 | $3.71 | 61.94 | $3.71 |
| DEL CHECCOLO, RICHARD | 2 | 1.88 | 10.45 | $8.57 | 82.01 | $4.29 |
| CLARKE, GREGORY | 1 | 0.74 | 18.95 | $18.21 | 96.09 | $18.21 |
| CREMEANS, GARY | 2 | 4.46 | 15.00 | $10.54 | 70.27 | $5.27 |
| EAKLE, LINDA | 3 | 6.69 | 23.72 | $17.03 | 71.80 | $5.68 |
| GYAMFI, RICHMOND | 1 | 0.56 | 13.95 | $13.39 | 95.99 | $13.39 |
| HADDOX, JOSHUA | 1 | 0.30 | 10.95 | $10.65 | 97.26 | $10.65 |
| HARPER, GLENN | 6 | 26.76 | 192.48 | $165.72 | 86.10 | $27.62 |
| HARRISON JR., CURTIS | 1 | 2.08 | 40.95 | $38.87 | 94.92 | $38.87 |
| HARRIS, ERIKA | 3 | 11.13 | 69.99 | $58.86 | 84.10 | $19.62 |
| HATTAB, YOUSEF | 2 | 8.92 | 34.92 | $26.00 | 74.46 | $13.00 |
| HEGG, KYLE | 2 | 2.30 | 12.87 | $10.57 | 82.13 | $5.29 |
| HENSON, DOUGLAS | 2 | 4.83 | 54.68 | $49.85 | 91.17 | $24.93 |
| IGNATIADIS, PANOS | 3 | 11.80 | 67.35 | $55.55 | 82.48 | $18.52 |
| JARRELL, EUGENIA | 3 | 8.98 | 24.38 | $15.40 | 63.17 | $5.13 |
| KILKENNY, MICHAEL | 2 | 8.92 | 22.04 | $13.12 | 59.53 | $6.56 |
| KILKENNY, MICHAEL E | 1 | 4.46 | 11.02 | $6.56 | 59.53 | $6.56 |
| KLINESTIVER, DON | 3 | 10.02 | 30.75 | $20.73 | 67.41 | $6.91 |
| LEWIS, MYRON | 8 | 32.54 | 340.48 | $307.94 | 90.44 | $38.49 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000681

P-42116_00188

Store #: 0290
05/27/2012

PDX Inc.  PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
UTILIZATION BY PHYSICIAN

Page: 1
11/24/2011-02/24/2012

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY    Drug Name | | Cost | Retail | Patient | | Filled |
| ADAMS, JIMMY | 1 | 5.57 | 10.31 | $4.74 | 45.97 | $4.74 |
| AHMAD, IJAZ | 3 | 31.35 | 89.84 | $58.49 | 65.10 | $19.50 |
| ALLAN, BENJAMIN | 6 | 39.18 | 132.15 | $92.97 | 70.35 | $15.50 |
| BARRINGER, ERICA D | 3 | 23.49 | 74.85 | $51.36 | 68.62 | $17.12 |
| BROWNFIELD, RON | 31 | 354.78 | 827.36 | $472.58 | 57.12 | $15.24 |
| CARAWAY, DAVID L | 22 | 150.69 | 287.69 | $137.00 | 47.62 | $6.23 |
| CARICO, GREG | 3 | 37.15 | 52.02 | $14.87 | 28.59 | $4.96 |
| CHANEY, GREGORY D | 3 | 13.05 | 30.50 | $17.45 | 57.21 | $5.82 |
| CHONGSWATDI, NATAVOOT | 3 | 37.15 | 57.30 | $20.15 | 35.17 | $6.72 |
| CLARKE, GREGORY | 1 | 1.74 | 7.60 | $5.86 | 77.11 | $5.86 |
| COFFMAN, SHAWN W | 2 | 10.44 | 34.28 | $23.84 | 69.54 | $11.92 |
| COPLEY, MARY SANDRA | 3 | 15.66 | 36.60 | $20.94 | 57.21 | $6.98 |
| CREMEANS, GARY | 6 | 62.70 | 199.87 | $137.17 | 68.63 | $22.86 |
| GOEBEL, LYNNE | 2 | 20.90 | 35.08 | $14.18 | 40.42 | $7.09 |
| HARPER, GLENN | 3 | 31.35 | 80.95 | $49.60 | 61.27 | $16.53 |
| HARRIS, MATTHEW | 1 | 7.83 | 18.52 | $10.69 | 57.72 | $10.69 |
| HEGG, KYLE | 3 | 13.22 | 28.22 | $15.00 | 53.15 | $5.00 |
| JARRELL, EUGENIA | 5 | 46.13 | 76.23 | $30.10 | 39.49 | $6.02 |
| KLINESTIVER, DON | 4 | 20.88 | 48.80 | $27.92 | 57.21 | $6.98 |
| MACFARLAND, DAWN | 2 | 15.66 | 36.02 | $20.36 | 56.52 | $10.18 |
| MARCUM, PATTI | 9 | 70.50 | 200.55 | $130.05 | 64.85 | $14.45 |
| MEADOWS, CHARLES | 3 | 31.35 | 82.20 | $50.85 | 61.86 | $16.95 |
| MEMON, REHAN | 4 | 25.87 | 46.42 | $20.55 | 44.27 | $5.14 |
| MOSES, MELIN | 2 | 10.44 | 21.51 | $11.07 | 51.46 | $5.54 |
| MOZAFFARI, FARID | 1 | 3.48 | 6.73 | $3.25 | 48.29 | $3.25 |
| NELSON, JOSEPH M | 4 | 6.10 | 24.24 | $18.14 | 74.83 | $4.54 |
| OZTURK, AHMET | 30 | 140.65 | 318.69 | $178.04 | 55.87 | $5.93 |
| PARIKH, JEANNINE | 1 | 15.67 | 35.70 | $20.03 | 56.11 | $20.03 |

HIGHLY CONFIDENTIAL

```
Code:   CARADA1                  #2
Name:   CARAWAY, DAVID L
        CARAWAY              , DAVID           L
Comment:>KATHY CLAGG # 526-8384     *KATHY CLAGG PAGER 560-1644
Address: 2900 1ST AVE
Address:                                    Group:
City,ST: HUNTINGTON          , WV          Probate:
ZipCode: 25702 0000                           DAW:
Phone #: (304)525-7246,                     Degree:
  Fax #: (304)526-1951,                   Specialty:
  DEA #: BC7126142                            Last: 02/27/2012
DEA Suf:
  NPI #: 1245265206
ST/PV #:
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

```
Code:
Name: BROWNFIELD, RON
      BROWNFIELD              , RON
Comment: 528-4600 EXT 4510  JULIE   *
Address: 5170 US RT 60 EAST
Address:                                    Group:
City,ST: HUNTINGTON          , WV          Probate:
ZipCode: 25705                                DAW:
Phone #: (304)528-4628, (304)528-4600      Degree:
  Fax #:        399-2394,                Specialty: DO
  DEA #: BB0457639                            Last: 02/27/2012
DEA Suf:
  NPI #: 1730125766
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Emma, Douglas |
| **Subject:** | FW: [SOMStatus] Notification of New Customer File |
| **Date:** | Friday, March 09, 2012 12:15:00 PM |
| **Attachments:** | Dr. James Lewis.pdf |
| | Dr. James Lewis - Inactive License in OH.pdf |
| | Dr. James Lewis - Inactive License in MD.pdf |
| | Dr. James Lewis - Inactive License in PA.pdf |
| **Importance:** | High |

## DEA Registration Validation Result:

**DEA Number:** AL1395272

**Name (Last, First):** LEWIS , JAMES M MD

**Business Activity:** PRACTITIONER

**Business Address 1:** 6007 US RT. 60 EAST

**Business Address 2:** SUITE 203

**Business Address 3:** UNIVERSITY PEDIATRICS

**City:** BARBOURSVILLE

**State:** WV

**Zip:** 25504

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 03-31-2014

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.


```
-----Original Message-----
From: Kave, Jesse
Sent: Friday, March 09, 2012 10:14 AM
To: Howenstein, Kim
Cc: Emma, Douglas; Farrell, Daniel (PD)
Subject: RE: [SOMStatus] Notification of New Customer File
Importance: High


Kim,
Here is the Behavioral Specialist that Joe is now seeing additional scripts
from do to the closing of this pharmacy.


James Lewis
```

HIGHLY CONFIDENTIAL

University Pediatrics
6007 US Rte 60 East
Barboursville WV 25504
DEA AL1395272

Closed Pharmacy
Save Scripts Phy
335 4th Ave
Huntington, WV 25710

Joe is running a new updated report for all controls since there may be other
doctors that this pharmacy may have filled scripts for and I will send it in
as soon as he is done running it. We just sent in a report in recently but do
to the timing of this closure he is running into increased usage since the
old report on other drugs as well. Please call or email if there is
additional data necessary from the owner.

Thanks
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508

-----Original Message-----
From: Howenstein, Kim
Sent: Friday, March 09, 2012 9:24 AM
To: Kave, Jesse
Cc: Emma, Douglas
Subject: RE: [SOMStatus] Notification of New Customer File

Good Morning Jesse,
My earlier e-mail sent this morning -

Could you please provide me with the name of the prescriber of the
Lisdexamfetamine Mesylate and the pharmacy that was recently closed?

This is stemming from his TH Event Survey (See attached)

Thank you,
Kim

-----Original Message-----
From: Kave, Jesse
Sent: Thursday, March 08, 2012 10:26 PM
To: Howenstein, Kim
Subject: FW: [SOMStatus] Notification of New Customer File

Kim,

HIGHLY CONFIDENTIAL

Please see if this is one of the shifts in drug purchases Joe address in his threshold survey.

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508
-----Original Message-----
From: support@mycardinalsomstatus.com [mailto:support@mycardinalsomstatus.com]
Sent: Thursday, March 08, 2012 11:46 AM
To: Kave, Jesse
Cc: Anderson, Chris J; Farrell, Daniel (PD); Nicolli, Jason; Kramer, Kathy; Seiden, Mark; Schrebe, Melissa; Montgomery, Steven; Folmar, Tom
Subject: [SOMStatus] Notification of New Customer File

A customer that is assigned to you has had an order blocked as a result of a controlled substance order threshold limit.  You will receive additional notifications from this system anytime the status of this file changes.

Customer must complete the one-page questionnaire.
Questionnaire is available at: http://www.cardinalhealth.com/thresholdsurvey

Customer Name: MED SHOPPE #0290 HNTNGTN CSOS
DEA#: BT5541760
Segment: RETAIL INDEPENDENT
Group: MEDICINE SHOPPE INDEPENDENT
Address: 2402 ADAMS AVE HUNTINGTON, WV 25704 Phone Number: 3044296716 Overage Date: Mar 07, 2012
Item Description: VYVANSE 50MG 100          C2
Family Base Code: LISDEXAMFETAMINE MESYLATE (1205) Status Justification:
Justification Comments:

Thanks,
SOM Status System

HIGHLY CONFIDENTIAL

WVBOM - Search

WV.GOV - WVBOM



# West Virginia Board of Medicine

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### Board Information

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

### Laws and Rules

Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

### Licensure

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

### Miscellaneous

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

## West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

### Search Results: Licensee Detailed Information

| | |
|---|---|
| Full Name: | **JAMES MARVIN LEWIS, M.D.** |
| Born: | 1948 |
| Preferred Mailing Address: | 6007 US ROUTE 60 EAST - SUITE 203 BARBOURSVILLE, WV 25504 |
| Primary Work Location: | UNIVERSITY PEDIATRICS 6007 US ROUTE 60 EAST - SUITE 203 BARBOURSVILLE, WV 25504 (WAYNE CO.) |
| Permanent License: | PERMANENT MEDICAL  # 13719  ACTIVE |
| Originally Granted: | 11/14/1983 |
| Next Expires: | 6/30/2012 |
| Also Licensed Or Has Been Licensed In: | MARYLAND   OHIO   PENNSYLVANIA |
| Medical School: | STATE UNIVERSITY OF NEW YORK AT BUFFALO SCHOOL OF MED AND BIOMEDICAL SCIENCE, NY (06/01/1975) |
| Post-Graduate Training: | UNIVERSITY MD HOSPITAL, BALTIMORE, MD (06/30/1980) |
| Primary Specialty (Self-Designated): | PEDIATRICS |
| Secondary Specialty (Self-Designated): | NEURODEVELOPMENTAL DISABILITIES (PEDIATRICS) |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**3** Results Found
Last Name Like: **"lewis"**    First Name Like: **"james"**    Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| LEWIS, JAMES I. | DPM | WINCHESTER, VA |
| LEWIS, JAMES MARVIN | MD | BARBOURSVILLE, WV |
| LEWIS, JAMES STUART | MD | BEAVER, WV |

New Search

This licensee search was developed by Tygart Technology, Inc. Please send any questions, comments or suggestions to our Web Administrator.

http://www.wvbom.wv.gov/...es&profession=&Category=&Descending=&CurrentPage=1&TotalPages=1&PageSize=20&IndividualID=3189[3/9/2012 12:11:58 PM]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000688
P-42116_00195



**PENNSYLVANIA**
# Department of State

For questions about this website, please **Click Here to send an E-Mail** , or to contact your Board directly, **Click Here.**

| Click the X at the upper right corner to close this window and return to the list of licensees. |
|---|

| Person Information |
|---|

**Name:** JAMES MARVIN LEWIS

| Address Information |
|---|

**Address(city state zipcode):** PITTSBURGH PA 15213

| License Information |
|---|

| **Type:** | Medical Physician and Surgeon | **Secondary Type:** | | **Number:** | MD023574E |
|---|---|---|---|---|---|
| **Profession:** | Medicine | **Status:** | Expired | | |
| **Issue Date:** 6/2/1980 | | **Expires:** | 12/31/1982 | **Last Renewed:** 2/4/1981 | |

| Discipline Action History |
|---|

| No disciplinary actions were found for this license. |
|---|

| The Information above is considered primary source for verification of license credentials. |
|---|

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000689

P-42116_00196

# Maryland Board of Physicians Practitioner Profile System

This data was extracted on 03/09/2012

## Lewis, James M

### License and Education

| | |
|---|---|
| License No.: | D27141 |
| Accepts Medicaid: | No |
| Graduated: | 1975 |
| License Status: | **Expired** |
| Date License Issued: | 09/22/1981 |
| License Expiration: | 09/30/1984 |

Graduated from: SUNY AT BUFFALO SCH OF MED & BIOMEDICAL SCI

### Primary Practice Setting

### Public Address

912 Eleventh Street

Huntingdon
WV  25701

## Known Disciplinary Actions by any state medical board (within the past 10 years)

**Summary:** No actions reported during the last ten year period.

## Download all Maryland Disciplinary Actions

*None*

## Pending Charges

*None*

## Malpractice (Information to be taken into consideration when reviewing a Licensee's profile)

### Malpractice Judgments and Arbitration Awards (within the past 10 years)

*None Reported*

### Malpractice Settlements

(If there are 3 or more settlements of $150,000 or greater within the past 5 years)

*None Reported*

## Convictions for any crime involving moral turpitude

*None reported by the courts*

## Glossary of Terms

## Notice to Credential Verification Professionals

Return to Practitioners Profile Search

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000690
P-42116_00197

Contact View Screen



## Identification Information [back]

| | |
|---|---|
| **Name** | Dr. JAMES MARVIN LEWIS<br>Birth Date: 5/1948   Birth Place: ROCHESTER, NY<br>Birth Country: |
| **Practice** | 1600 MEDICAL CENTER DR<br>SUITE 3500<br>HUNTINGTON, WV 25701 |
| **Residence** | HUNTINGTON, WV 25704<br>County: Out of State |
| **Professional Education** | School:   033110-State University of New York at Buffalo School of Med<br>Graduated: 06/01/75 |

## License and Registration Information

| Credential | License Type | Initial Licensure Date | Expiration Date | Status |
|---|---|---|---|---|
| 35.055787 | Doctor of Medicine | 08/19/1987 | 07/01/2006 | INACTIVE |

### Specialties

PEDIATRICS

Specialty listings are voluntarily provided by the physician. They are not verified by the State Medical Board and do not confirm that the physician is Board certified by a professional specialty organization. To find out if a physician is certified by a specialty board, you should contact that board. Information and links to specialty boards can be found by clicking this green box.

## Formal Action Information

No formal action exists.

The above is an accurate representation of information currently maintained by the State Medical Board of Ohio as of 3/9/2012. The JCAHO and the NCQA have informed the Board that they consider this on-line license status information as fulfilling the primary source requirement for verification of licensure in compliance with their respective credentialing standards. This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

The State Medical Board utilizes the Federation Credentials Verification Service (FCVS) as an agent and partner in licensing physicians in Ohio. Physicians

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000691
P-42116_00198

**From:** Corbin, Shatavia
**To:** Howenstein, Kim
**Subject:** pdx pharmacy
**Date:** Friday, March 09, 2012 2:34:02 PM
**Attachments:** pdx_inc.pdf

Hi Kim,

I found discipline for Patrick Nunan-BN0137768 for providing false info to board on an application submitted to the board.  He was fined for a deficiency of 2 hours of continuing education in the subject of end-of-life-care, including pain management, during the required period.  I could not locate state license for Ron Brownfield and David Patrick

Malpractice was found for the following:
Deleno Webb, Ahmet Ozturk and David Caraway.

Thanks,
Shatavia

HIGHLY CONFIDENTIAL

## BEFORE THE WEST VIRGINIA BOARD OF MEDICINE

IN RE:  PATRICK JOSEPH NUNAN, D.P.M.

### CONSENT ORDER

The West Virginia Board of Medicine ("Board") and Patrick Joseph Nunan, D.P.M. ("Dr. Nunan") freely and voluntarily enter into the following Consent Order pursuant to W. Va. Code § 30-3-1, et seq.

### FINDINGS OF FACT

1.      Dr. Nunan holds License Number 00203 in the State of West Virginia, which license was issued originally in 1984.  Dr. Nunan's address of record with the Board is in West Chester, Ohio.

2.      In December 2010, Dr. Nunan requested that his podiatric license be placed in an active status in the State of West Virginia.

3.      In the course of submitting materials in support of Dr. Nunan's request, it became evident that Dr. Nunan was unable to produce any documentation of required coursework in end-of-life care including pain management, though he had attested on several occasions in renewing his podiatric license that he had in fact completed such two (2) hours in end-of-life care including pain management. Dr. Nunan asserts that he did acquire such coursework but remains unable to substantiate that he obtained the requisite coursework during any of the required periods.

HIGHLY CONFIDENTIAL

4.      Dr. Nunan has provided the Board with documentation of completion of satisfactory coursework in end-of-life care including pain management in December 2010.

5.      Dr. Nunan meets the requirements for active licensure under the West Virginia Medical Practice Act, but for him to receive reactivation of a podiatric license without an appropriate condition and limitation upon the active license, under all the circumstances of this case, could adversely affect the health and welfare of patients.

## CONCLUSIONS OF LAW

1.      Probable cause exists to deny Dr. Nunan an active license to practice podiatry in this State due to the provisions of W. Va. Code § 30-3-14(c)(17) and 11 CSR 1A 12.1(a), relating to presenting a false statement in connection with a renewal application.

2.      The Board has determined that under all the circumstances it is appropriate to grant Dr. Nunan an active license to practice podiatry in the State of West Virginia provided he agrees to this action against his license.

## CONSENT

Patrick Joseph Nunan, D.P.M., by affixing his signature hereon, agrees solely and exclusively for purposes of this agreement and the entry of the Order provided for and stated herein, and proceedings conducted in accordance with this Order, to the following:

1.      Dr. Nunan acknowledges that he is fully aware that, without his consent here given, no permanent legal action may be taken against him except after a public hearing held in accordance with W. Va. Code § 30-3-14(h) and § 29A-5-1, et seq.;

2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000694
P-42116_00201

2.      Dr. Nunan further acknowledges that he has the following rights, among others: the right to a formal public hearing before the Board, the right to reasonable notice of said hearing, the right to be represented by counsel at his own expense, the right to cross-examine witnesses against him, and the right to appeal under Chapter 29A of the West Virginia Code in the event of a final order or decision adverse to him;

3.      Dr. Nunan waives all such rights;

4.      Dr. Nunan consents to the entry of this Order relative to his practice of podiatry in the State of West Virginia; and

5.      Dr. Nunan understands that this Order is considered public information.

## ORDER

**WHEREFORE,** on the basis of the foregoing Findings of Fact and Conclusions of Law of the Board, and on the basis of the Consent of Dr. Nunan, the West Virginia Board of Medicine hereby **ORDERS** as follows:

1.      Dr. Nunan's podiatric license is placed in an **ACTIVE** status in the State of West Virginia, License Number 00203, effective upon date of entry of this Consent Order.

2.      Dr. Nunan shall pay three-hundred dollars ($300) for providing false information to the Board on his applications submitted to the Board, as set forth in the Findings of Fact in this Consent Order.

3.      On or before January 30, 2011, Dr. Nunan shall pay to the Board three-hundred dollars ($300), two-hundred dollars ($200) of which is designated a fine for his deficiency of two (2) hours of continuing education in end-of-life care including pain management during the required period, one-hundred dollars of which is designated

3

CAH_FEDWV_00000695
P-42116_00202

administrative costs, the receipt of which three-hundred dollars ($300) is acknowledged by the signatures of the President and Secretary hereon.

The   foregoing   Consent   Order   was   entered   this   26th   day of _____ January _____, 2011.

WEST VIRGINIA BOARD OF MEDICINE

Reverend O. Richard Bowyer
President

Catherine Slemp, M.D., M.P.H.
Secretary

Patrick Joseph Nunan, D.P.M.

Date: 1/18/11

4

HIGHLY CONFIDENTIAL

STATE OF _Ohio_

COUNTY OF _Butler_

I, _Joseph Ritter_, a Notary Public for said county and state do hereby certify that Patrick Joseph Nunan,, D.P.M., whose name is signed on the previous page, has this day acknowledged the same before me.

Given under my hand this ___18___ day of _January_, 2011.

My commission expires _3/24/2015_

Notary Public

JOSEPH RITTER
Notary Public, State of Ohio
My Commission Expires 03-24-2015

5

HIGHLY CONFIDENTIAL



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BM6315469

**Name (Last, First):** MACFARLAND , DAWN L (MD)

**Business Activity:** PRACTITIONER

**Business Address 1:** 2240 FIFTH AVENUE

**Business Address 2:** SUITE 221

**Business Address 3:** DAWN L. MACFARLAND, MD, INC.

**City:** HUNTINGTON

**State:** WV

**Zip:** 25703

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 01-31-2014

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

### DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[                    ]

Validate

Logout

 **U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BT3664504

**Name (Last, First):** TACKETT , CHANDOS D MD

**Business Activity:** PRACTITIONER

**Business Address 1:** HIMG

**Business Address 2:** 5170 U.S. ROUTE 60, EAST

**Business Address 3:**

**City:** HUNTINGTION

**State:** WV

**Zip:** 25705

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 11-30-2013

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

## DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[          ]

Validate

Logout



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BW3683869

**Name (Last, First):** WALLACE , JANET N MD

**Business Activity:** PRACTITIONER

**Business Address 1:** 2703 THIRD AVE

**Business Address 2:**

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25702

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 05-31-2014

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

## DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

> [ ]

[ Validate ]

[ Logout ]

 **U.S. Department of Justice   Drug Enforcement Administration**
# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BD7807665

**Name (Last, First):** DIAL , LARRY D MD

**Business Activity:** PRACTITIONER

**Business Address 1:** 1249 15TH STREET

**Business Address 2:**

**Business Address 3:** UNIV OF PHYSICIANS & SURGEONS

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 06-30-2014

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

### DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[              ]

[ Validate ]

[ Logout ]



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BH3396315

**Name (Last, First):** HOLMES , GREGORY ARTHUR MD

**Business Activity:** PRACTITIONER

**Business Address 1:** 2908 AUBURN ROAD

**Business Address 2:**

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25704

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 10-31-2013

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

### DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[ Validate ]

[ Logout ]



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BN0137768

**Name (Last, First):** NUNAN , PATRICK J DPM

**Business Activity:** PRACTITIONER

**Business Address 1:** 1102 POPLAR STREET

**Business Address 2:**

**Business Address 3:**

**City:** KENOVA

**State:** WV

**Zip:** 25530

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 10-31-2012

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

---

### DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[ ]

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000703

P-42116_00210



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** FM1057492

**Name (Last, First):** MEMON , REHAN

**Business Activity:** PRACTITIONER-DW/30

**Business Address 1:** 1623 13TH AVENUE

**Business Address 2:**

**Business Address 3:** PAIN CARE PLLC

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 01-31-2014

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

## DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[          ]

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000704

P-42116_00211



## U.S. Department of Justice   Drug Enforcement Administration
# Office of Diversion Control

### DEA Registration Validation Result:

**DEA Number:** AW4345167

**Name (Last, First):** WEBB , DELENO H III MD

**Business Activity:** PRACTITIONER

**Business Address 1:** 10 W. 6TH AVENUE

**Business Address 2:** SUITE 300

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 05-31-2013

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

### DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[            ]

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000705
P-42116_00212



**U.S. Department of Justice    Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BO1101512

**Name (Last, First):** OZTURK , AHMET H MD

**Business Activity:** PRACTITIONER-DW/30

**Business Address 1:** REGIONAL PAIN MANAGEMENT CTR

**Business Address 2:** 1623 THIRTEENTH AVENUE

**Business Address 3:** CABELL HUNTINGTON HOSPITAL

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 12-31-2014

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

---

### DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[                    ]

[ Validate ]

[ Logout ]

---

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000706

P-42116_00213



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BM7311498

**Name (Last, First):** MEADOWS , CHARLES E

**Business Activity:** PRACTITIONER

**Business Address 1:** 1249 15TH STREET

**Business Address 2:**

**Business Address 3:** UNIVERSITY PHYSICIANS & SURGEONS

**City:** HUNTINGTON

**State:** WV

**Zip:** 257013655

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 01-31-2013

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

## DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[                    ]

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000707

P-42116_00214



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BB0457639

**Name (Last, First):** BROWNFIELD , RON L DO

**Business Activity:** PRACTITIONER

**Business Address 1:** 5170 US RT 60 EAST

**Business Address 2:**

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25705

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 07-31-2012

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

## DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000708

P-42116_00215



**U.S. Department of Justice   Drug Enforcement Administration**

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** BC7126142

**Name (Last, First):** CARAWAY , DAVID L MD

**Business Activity:** PRACTITIONER

**Business Address 1:** 2900 FIRST AVEUNE

**Business Address 2:** 1ST FLOOR

**Business Address 3:** THE CENTER FOR PAIN RELIEF TRI STATE, PL

**City:** HUNTINGTON

**State:** WV

**Zip:** 25702

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 08-31-2012

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

### DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[                    ]

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000709

P-42116_00216

 U.S. Department of Justice   Drug Enforcement Administration

# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** AP1641085

**Name (Last, First):** PATICK , DAVID L MD

**Business Activity:** PRACTITIONER

**Business Address 1:** HIMG

**Business Address 2:** 5170 U.S. ROUTE 60, EAST

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25705

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Expire Date:** 03-31-2013

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the offical location for real time online verification.

## DEA Registration Validation:

**DEA Number to be validated (Required** - Not Case Sensitive)

[                    ]

[ Validate ]

[ Logout ]



WV.GOV - WVBOM

## West Virginia Board of Medicine

| | |
|---|---|
| **WV Board of Medicine**<br>101 Dee Dr., Suite 103<br>Charleston, WV 25311<br>Phone: (304) 558-2921<br>Fax: (304) 558-2084 | **West Virginia Board of Medicine Licensee Detail**<br><br>Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.<br><br>Printer Friendly |

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation of License - Military Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### Search Results: Licensee Detailed Information

| | |
|---|---|
| Full Name: | **PATRICK JOSEPH NUNAN, D.P.M.** |
| Born: | 1958 |
| Preferred Mailing Address: | 1212 9TH STREET<br>HUNTINGTON, WV 25701 |
| Primary Work Location: | 1102 POPLAR STREET<br>KENOVA, WV 25530 (WAYNE CO.) |
| Permanent License: | PERMANENT PODIATRY  # 00203  ACTIVE |
| Originally Granted: | 7/23/1984 |
| Next Expires: | 6/30/2013 |
| Also Licensed Or Has Been Licensed In: | ILLINOIS   OHIO   PENNSYLVANIA   WEST VIRGINIA |
| Podiatry School | OHIO COLLEGE OF PODIATRIC MEDICINE, CLEVELAND, OH (05/31/1984) |
| Post-Graduate Training: | NO POST GRADUATE TRAINING INFORMATION AVAILABLE |
| Primary Specialty (Self-Designated): | SURGERY |
| Secondary Specialty (Self-Designated): | FOOT ORTHOPEDICS, OR BIOMECHANICS |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |

### Disciplinary Records for PATRICK JOSEPH NUNAN

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

### Disciplinary Record: Case Detail

| | |
|---|---|
| Discipline Type: | LIMITATION OR RESTRICTION ON LICENSE/ PRACTICE |
| Closed Date: | 1/26/2011 |
| Conclusions: | RELATING TO PRESENTING A FALSE STATEMENT IN CONNECTION WITH A RENEWAL APPLICATION. |
| Actions: | DR. NUNAN'S PODIATRIC LICENSE WAS PLACED IN ACTIVE STATUS EFFECTIVE JANUARY 26, 2011, AND HE PAID TO THE BOARD $300 FOR PROVIDING FALSE INFORMATION TO THE BOARD ON HIS APPLICATIONS SUBMITTED TO THE BOARD, $200 OF WHICH IS DESIGNATED A FINE FOR HIS DEFICIENCY OF TWO (2) HOURS OF CONTINUING EDUCATION IN THE SUBJECT OF END-OF-LIFE CARE, INCLUDING PAIN MANAGEMENT, DURING THE REQUIRED PERIOD, AND $100 OF WHICH IS DESIGNATED ADMINISTRATIVE COSTS. |
| Orders: | CONSENT ORDER -- 01/26/11 |

### Malpractice Records for PATRICK JOSEPH NUNAN

HIGHLY CONFIDENTIAL

NO MALPRACTICE CASES ON FILE.

New Search

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000712

P-42116_00219

WV.GOV - WVBOM



# West Virginia Board of Medicine

---

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation of License - Military Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

---

### West Virginia Board of Medicine Licensee Detail

Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

| Search Results: | Licensee Detailed Information |
| --- | --- |

| | |
| --- | --- |
| Full Name: | **DELENO H. WEBB, III, M.D.** |
| Born: | 1939 |
| Preferred Mailing Address: | AREA PSYCHIATRIC & PSYCHOTHERAPY GROUP<br>10 W SIXTH AVENUE STE 300<br>HUNTINGTON, WV 25701 |
| Primary Work Location: | AREA PSYCHIATRIC & PSYCHOTHERAPY GROUP<br>10 W SIXTH AVE STE 300<br>HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 09413  ACTIVE |
| Originally Granted: | 8/5/1971 |
| Next Expires: | 6/30/2013 |
| Drug Dispensing Certificate: | #  00550   EXPIRED |
| Originally Granted: | 7/1/1989 |
| Last Expired: | 6/30/2003 |
| Also Licensed Or Has Been Licensed In: | KENTUCKY   OHIO |
| Medical School: | WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE, WV (05/16/1971) |
| Post-Graduate Training: | WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE, WV (06/30/1973)<br>UNIVERSITY KY AFL HOSPITALS, LEXINGTON, KY (06/30/1974) |
| Primary Specialty (Self-Designated): | PSYCHIATRY |
| Secondary Specialty (Self-Designated): | PAIN MEDICINE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |

### Disciplinary Records for DELENO H. WEBB, III

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for DELENO H. WEBB, III

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice

---

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000713
P-42116_00220

claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk inherent to the field of practice.

- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | 9/30/1975 |
| Action Date: | 8/1/1995 |
| Amount: | $200,000 |
| Insurance Company: | VIGILANT INS CO |
| File Number: | 7911-2227/004 |
| Notes: | NONE |

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | 9/3/1983 |
| Action Date: | 4/10/1987 |
| Amount: | $100,000 |
| Insurance Company: | CHUBB INS GROUP |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED |

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | NO LOSS DATE IS AVAILABLE |
| Action Date: | 2/5/1988 |
| Amount: | $6,000 |
| Insurance Company: | CHUBB INS GROUP |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED |

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 1/29/2001 |
| Action Date: | 9/28/2005 |
| Amount: | 0 |
| Insurance Company: | WV MUTUAL INS CO |
| File Number: | 301A087-01 |
| Adjucating Body: | MINGO CTY CIRCUIT COURT |
| Case Number of Adjucating | 03-C-185 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000714
P-42116_00221

Body:

Notes: VOLUNTARILY DISMISSED ORDER ON FILE

## Malpractice Record: Case Detail

Action Type: Settlement

Loss Date: 1/29/2001

Action Date: 12/14/2005

Amount: $25,000

Insurance Company: WV MUTUAL INS CO

File Number: 301A087-01

Adjucating Body: MINGO CTY CIRCUIT COURT

Case Number of Adjucating 03-C-185
Body:

Notes: ORDER ON FILE

New Search

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000715

P-42116_00222



## West Virginia
# Board of Medicine

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

### Board Information

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

### Laws and Rules

Medical Practice Act
Rules
Continuing Education
Management of Intractable Pain

### Licensure

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation of License - Military Deployment

### Miscellaneous

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

### West Virginia Board of Medicine Licensee Detail

Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

| Search Results: | Licensee Detailed Information |
|---|---|
| Full Name: | **AHMET HUSAMETTIN OZTURK, M.D.** |
| Born: | 1953 |
| Preferred Mailing Address: | PAIN CARE, PLLC<br>P. O. BOX 8166<br>HUNTINGTON, WV 25705 |
| Primary Work Location: | CHH REGIONAL PAIN MANAGEMENT CENTER<br>1623 THIRTEENTH AVE.<br>HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 15431  ACTIVE |
| Originally Granted: | 3/14/1988 |
| Next Expires: | 6/30/2013 |
| Drug Dispensing Certificate: | #  00378  ACTIVE |
| Originally Granted: | 7/1/1991 |
| Next Expires: | 6/30/2013 |
| Also Licensed Or Has Been Licensed In: | FLORIDA   NEW JERSEY   NEW YORK   OHIO |
| Medical School: | MEDICAL FACULTY, ANKARA UNIVERSITY (TURKEY) (08/17/1977) |
| Post-Graduate Training: | METHODIST HOSPITAL, BROOKLYN, NY (06/30/1987) |
| Primary Specialty (Self-Designated): | PAIN MEDICINE |
| Secondary Specialty (Self-Designated): | ANESTHESIOLOGY |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |

### Disciplinary Records for AHMET HUSAMETTIN OZTURK

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for AHMET HUSAMETTIN OZTURK

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000716
P-42116_00223

- inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Judgment in Legal Action |
| Loss Date: | NO LOSS DATE IS AVAILABLE |
| Action Date: | 6/28/1995 |
| Amount: | $2,705,000 |
| Insurance Company: | PIE MUTUAL |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED--1995 |

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 7/7/1997 |
| Action Date: | 8/14/2000 |
| Amount: | $0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | 103363 |
| Adjucating Body: | CABELL CTY CIRCUIT COURT |
| Case Number of Adjucating Body: | CA 99-C-0522 |
| Notes: | DISMISSED BY PLAINTIFF |

[ New Search ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000717

P-42116_00224



WV.GOV - WVBOM

## West Virginia Board of Medicine

---

| | |
|---|---|
| **WV Board of Medicine** | **West Virginia Board of Medicine Licensee Detail** |
| 101 Dee Dr., Suite 103 | |
| Charleston, WV 25311 | Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please |
| Phone: (304) 558-2921 | contact the Board of Medicine if further information is required. |
| Fax: (304) 558-2084 | |

**Board Information**

WVBOM Home Page

About the WVBOM

Available Services

Staff Members

Members and Officers

Committees

Board Meetings

Applications

Forms

Board Public Hearings

Position Statements

**Laws and Rules**

Medical Practice Act

Rules

Continuing Education

Management of Intractable Pain

**Licensure**

Requirements - MD's

Requirements - DPM's

Requirements - PA's

Activity

Request for Continuation of License - Military Deployment

**Miscellaneous**

Licensee Search

Directory

Annual Reports

Newsletter

Disciplinary Action

WVBOM FAQ's

Renewal FAQ's

Contact Info

Related Links

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

Printer Friendly

### Search Results: Licensee Detailed Information

| | |
|---|---|
| Full Name: | **DAVID LEE CARAWAY, M.D.** |
| Born: | 1956 |
| Preferred Mailing Address: | P.O. BOX 11531 CHARLESTON, WV 25339-1531 |
| Primary Work Location: | 2900 1ST AVE. HUNTINGTON, WV 25702 (KANAWHA CO.) |
| Permanent License: | PERMANENT MEDICAL  # 18714  ACTIVE |
| Originally Granted: | 9/9/1996 |
| Next Expires: | 6/30/2012 |
| Temporary License: # | A0722  EXPIRED |
| Issued: | 7/24/1996 |
| Expired: | 9/9/1996 |
| Drug Dispensing Certificate: # | 02431  ACTIVE |
| Originally Granted: | 5/5/2000 |
| Next Expires: | 6/30/2013 |
| Also Licensed Or Has Been Licensed In: | OHIO   VIRGINIA |
| Medical School: | UNIVERSITY OF VIRGINIA SCHOOL OF MEDICINE, VA (05/17/1992) |
| Post-Graduate Training: | UNIVERSITY VA HS CTR, CHARLOTTESVILLE, VA (06/30/1996) |
| Primary Specialty (Self-Designated): | ANESTHESIOLOGY |
| Secondary Specialty (Self-Designated): | PAIN MEDICINE |
| PAs Currently Supervised: | ASHLEY JO CLAY, PA JEFFREY LEE JONES, PA JESSICA ERIN RULEN-RIDDLE, PA |

**Disciplinary Records for DAVID LEE CARAWAY**

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

**Malpractice Records for DAVID LEE CARAWAY**

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates

HIGHLY CONFIDENTIAL

with professional competence.

- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

## Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 8/7/1997 |
| Action Date: | 9/11/2001 |
| Amount: | 0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | 102206 |
| Adjudicating Body: | KANAWHA CTY CIRCUIT COURT |
| Case Number of Adjudicating Body: | CA 99-C-1535 |
| Notes: | DISMISSED BY PLAINTIFF |

[New Search]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000719

P-42116_00226

WVBOM - Search



WV.GOV - WVBOM

West Virginia
Board of Medicine

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

**Board Information**
WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**
Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

**Licensure**
Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

**Miscellaneous**
Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results: | Licensee Detailed Information |
|---|---|
| Full Name: | **DAWN LEE WHITE MACFARLAND, M.D.** |
| Born: | 1957 |
| Preferred Mailing Address: | 2240 5TH AVENUE SUITE 221 HUNTINGTON, WV 25703 |
| Primary Work Location: | 2240 5TH AVENUE SUITE 221 HUNTINGTON, WV 25703 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 19790  ACTIVE |
| Originally Granted: | 5/10/1999 |
| Next Expires: | 6/30/2013 |
| Temporary License: | # 00199  EXPIRED |
| Issued: | 3/29/1999 |
| Expired: | 5/10/1999 |
| Also Licensed Or Has Been Licensed In: | WEST VIRGINIA |
| Medical School: | MARSHALL UNIVERSITY SCHOOL OF MEDICINE, WV (05/11/1996) |
| Post-Graduate Training: | MARSHALL U/A HOSPITALS, HUNTINGTON, WV (06/30/1999) |
| Primary Specialty (Self-Designated): | INTERNAL MEDICINE |
| Secondary Specialty (Self-Designated): | NO SECONDARY SPECIALTY ON FILE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**1** Results Found
Last Name Like: **"macfarland"**     First Name Like: **"dawn"**     Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| MACFARLAND, DAWN LEE WHITE | MD | HUNTINGTON, WV |

New Search

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000720
P-42116_00227

WVBOM - Search

WV.GOV - WVBOM



## West Virginia
## Board of Medicine

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results: | Licensee Detailed Information |
|---|---|
| Full Name: | **CHANDOS DEWAYNE TACKETT, M.D.** |
| Born: | 1957 |
| Preferred Mailing Address: | 5170 U.S. ROUTE 60, EAST 1115 20TH STREET HUNTINGTON, WV 25705 |
| Primary Work Location: | 5170 U.S. ROUTE 60, EAST HUNTINGTON, WV 25705 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL # 18209 ACTIVE |
| Originally Granted: | 7/10/1995 |
| Next Expires: | 6/30/2013 |
| Temporary License: | # A0510 EXPIRED |
| Issued: | 5/9/1995 |
| Expired: | 7/10/1995 |
| Drug Dispensing Certificate: | # 01754 EXPIRED |
| Originally Granted: | 7/27/1995 |
| Last Expired: | 6/30/2011 |
| Also Licensed Or Has Been Licensed In: | KENTUCKY   OHIO |
| Medical School: | MARSHALL UNIVERSITY SCHOOL OF MEDICINE, WV (05/09/1992) |
| Post-Graduate Training: | UNIV HOSPITAL, LEXINGTON, KY (06/30/1995) |
| Primary Specialty (Self-Designated): | FAMILY PRACTICE |
| Secondary Specialty (Self-Designated): | NO SECONDARY SPECIALTY ON FILE |
| PAs Currently Supervised: | JAMA CLAY BARKER, PA TODD WHITNEY LESTER, PA |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**1** Results Found
Last Name Like: **"tackett"**   First Name Like: **"chandos"**   Profession: **Any**

| Name | Profession | City, State |
|---|---|---|

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000721

P-42116_00228

| TACKETT, CHANDOS DEWAYNE | MD | HUNTINGTON, WV |

New Search

---

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web
Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000722

P-42116_00229

WV.GOV – WVBOM



### West Virginia
# Board of Medicine

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results: | Licensee Detailed Information |
|---|---|
| Full Name: | **JANET NEASE WALLACE, M.D.** |
| Born: | 1967 |
| Preferred Mailing Address: | 2703 3RD AVENUE HUNTINGTON, WV 25702 |
| Primary Work Location: | 2703 3RD AVENUE HUNTINGTON, WV 25702 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 17387  ACTIVE |
| Originally Granted: | 7/12/1993 |
| Next Expires: | 6/30/2013 |
| Also Licensed Or Has Been Licensed In: | WEST VIRGINIA |
| Medical School: | MARSHALL UNIVERSITY SCHOOL OF MEDICINE, WV (05/09/1992) |
| Post-Graduate Training: | MARSHALL U/A HOSPITALS, HUNTINGTON, WV (06/30/1993) |
| Primary Specialty (Self-Designated): | FAMILY PRACTICE |
| Secondary Specialty (Self-Designated): | NO SECONDARY SPECIALTY ON FILE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**1** Results Found
Last Name Like: **"wallace"**    First Name Like: **"janet"**    Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| WALLACE, JANET NEASE | MD | HUNTINGTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000723
P-42116_00230

WV.GOV - WVBOM



West Virginia
# Board of Medicine

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

## West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view
details.  For help with searching or understanding the information displayed, go to
Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call
the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit
their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results | Licensee Detailed Information |
| --- | --- |
| Full Name: | **LARRY DALE DIAL, JR., M.D.** |
| Born: | 1972 |
| Preferred Mailing Address: | 1249 15TH STREET HUNTINGTON, WV 25701 |
| Primary Work Location: | 1249 15TH ST HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  # 20815  ACTIVE |
| Originally Granted: | 5/13/2002 |
| Next Expires: | 6/30/2012 |
| Also Licensed Or Has Been Licensed In: | NO OTHER STATES ON FILE |
| Medical School: | MARSHALL UNIVERSITY SCHOOL OF MEDICINE, WV (05/08/1999) |
| Post-Graduate Training: | MARSHALL U/A HOSPITALS, HUNTINGTON, WV (06/30/2002) |
| Primary Specialty (Self-Designated): | INTERNAL MEDICINE |
| Secondary Specialty (Self-Designated): | NO SECONDARY SPECIALTY ON FILE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**1** Results Found
Last Name Like: **"dial"**    First Name Like: **"larry"**    Profession: **Any**

| Name ▲ | Profession | City, State |
| --- | --- | --- |
| DIAL, JR., LARRY DALE | MD | HUNTINGTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web
Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000724

P-42116_00231

WVBOM - Search

WV.GOV - WVBOM



## West Virginia Board of Medicine

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results: | Licensee Detailed Information |
|---|---|
| Full Name: | **GREGORY ARTHUR HOLMES, M.D.** |
| Born: | 1965 |
| Preferred Mailing Address: | VALLEY HEALTH WESTMORELAND 2908 AUBURN ROAD HUNTINGTON, WV 25704 |
| Primary Work Location: | VALLEY HEALTH SYSTEMS WESTMORELAND 2908 AUBURN ROAD HUNTINGTON, WV 25704 (WAYNE CO.) |
| Permanent License: | PERMANENT MEDICAL  # 19741  ACTIVE |
| Originally Granted: | 3/8/1999 |
| Next Expires: | 6/30/2012 |
| Also Licensed Or Has Been Licensed In: | VIRGINIA |
| Medical School: | MEDICAL COLLEGE OF VIRGINIA, RICHMOND, VA (05/19/1991) |
| Post-Graduate Training: | FAIRFAX HOSPITAL, FALLS CHURCH, VA (06/30/1992) |
| Primary Specialty (Self-Designated): | FAMILY PRACTICE |
| Secondary Specialty (Self-Designated): | NO SECONDARY SPECIALTY ON FILE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**1** Results Found
Last Name Like: **"holmes"**    First Name Like: **"greg"**    Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| HOLMES, GREGORY ARTHUR | MD | HUNTINGTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

http://www.wvbom.wv.gov/...g&profession=&Category=&Descending=&CurrentPage=1&TotalPages=1&PageSize=20&IndividualID=12913[3/9/2012 2:20:45 PM]

HIGHLY CONFIDENTIAL



**WV.GOV - WVBOM**

## West Virginia Board of Medicine

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of
Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation
of License - Military
Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
**101 Dee Dr., Suite 103**
**Charleston, WV 25311**
**Phone: (304) 558-2921**
**Fax: (304) 558-2084**

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results | Licensee Detailed Information |
|---|---|
| Full Name: | **REHAN MEMON, M.D.** |
| Born: | 1975 |
| Preferred Mailing Address: | PO BOX 8166 HUNTINGTON, WV 25705 |
| Primary Work Location: | PAIN CARE PLLC 1623 13TH AVENUE HUNTINGTON, WV 25701 (CABELL CO.) |
| Permanent License: | PERMANENT MEDICAL  #  23333  ACTIVE |
| Originally Granted: | 9/8/2008 |
| Next Expires: | 6/30/2013 |
| Also Licensed Or Has Been Licensed In: | **INDIANA** |
| Medical School: | DOW MEDICAL COLLEGE, UNIVERSITY OF KARACHI (PAKISTAN) (10/09/1999) |
| Post-Graduate Training: | UNIVERSITY OF ARKANSAS COLLEGE OF MEDICINE, AR (09/30/2007) |
| Primary Specialty (Self-Designated): | ANESTHESIOLOGY |
| Secondary Specialty (Self-Designated): | PAIN MEDICINE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**1** Results Found
Last Name Like: **"memon"**    First Name Like: **"rehan"**    Profession: **Any**

| Name ▲ | Profession | City, State |
|---|---|---|
| MEMON, REHAN | MD | HUNTINGTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000726
P-42116_00233

WV.GOV - WVBOM



### West Virginia
# Board of Medicine

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Position Statements

**Laws and Rules**

Medical Practice Act
Rules
Continuing Education
Management of Intractable Pain

**Licensure**

Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation of License - Military Deployment

**Miscellaneous**

Licensee Search
Directory
Annual Reports
Newsletter
Disciplinary Action
WVBOM FAQ's
Renewal FAQ's
Contact Info
Related Links

**WV Board of Medicine**
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

## West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details.  For help with searching or understanding the information displayed, go to Help.  This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results | Licensee Detailed Information |
| --- | --- |
| Full Name: | **CHARLES EDWARD MEADOWS, III, M.D.** |
| Born: | 1972 |
| Preferred Mailing Address: | 1249 15TH STREET ATT: C. MEADOWS HUNTINGTON, WV 25701 |
| Primary Work Location: | VA MEDICAL CENTER 1540 SPRING VALLEY DRIVE HUNTINGTON, WV 25704 (WAYNE CO.) |
| Permanent License: | PERMANENT MEDICAL  # 20479  ACTIVE |
| Originally Granted: | 5/14/2001 |
| Next Expires: | 6/30/2013 |
| Also Licensed Or Has Been Licensed In: | **WEST VIRGINIA** |
| Medical School: | MARSHALL UNIVERSITY SCHOOL OF MEDICINE, WV (05/09/1998) |
| Post-Graduate Training: | MARSHALL UNIVERSITY SCHOOL OF MEDICINE, WV (06/30/2001) |
| Primary Specialty (Self-Designated): | INTERNAL MEDICINE |
| Secondary Specialty (Self-Designated): | NO SECONDARY SPECIALTY ON FILE |
| PAs Currently Supervised: | NO CURRENT SUPERVISION |
| Discipline: | NO DISCIPLINE CASES ON RECORD |
| Malpractice: | NO MALPRACTICE CASES ON RECORD |

**1** Results Found
Last Name Like: **"MEADOWS"**     First Name Like: **"CHARLES"**    Profession: **Any**

| Name | Profession | City, State |
| --- | --- | --- |
| MEADOWS, III, CHARLES EDWARD | MD | HUNTINGTON, WV |

[ New Search ]

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000727
P-42116_00234

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Emma, Douglas; Farrell, Daniel (PD) |
| **Subject:** | RE: [SOMStatus] Notification of New Customer File |
| **Date:** | Friday, March 09, 2012 2:47:31 PM |
| **Attachments:** | Picture 752.jpg |
| | Picture 753.jpg |
| | Picture 754.jpg |
| | Picture 755.jpg |
| | Picture 756.jpg |
| | Picture 757.jpg |
| | Picture 758.jpg |
| | Picture 759.jpg |
| | Picture 760.jpg |
| | Picture 761.jpg |
| | Picture 762.jpg |

Kim,
 Here is the latest usage since the pharmacy has closed in town with dates expressed at the top. It is a complete utilization in case there may be other drugs affected by the stores closure.

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508

-----Original Message-----
From: Howenstein, Kim
Sent: Friday, March 09, 2012 12:10 PM
To: Kave, Jesse
Subject: RE: [SOMStatus] Notification of New Customer File

Wonderful. Thank you!

-----Original Message-----
From: Kave, Jesse
Sent: Friday, March 09, 2012 10:14 AM
To: Howenstein, Kim
Cc: Emma, Douglas; Farrell, Daniel (PD)
Subject: RE: [SOMStatus] Notification of New Customer File
Importance: High

Kim,
Here is the Behavioral Specialist that Joe is now seeing additional scripts from do to the closing of this pharmacy.

James Lewis
University Pediatrics
6007 US Rte 60 East
Barboursville WV 25504
DEA AL1395272

Closed Pharmacy
Save Scripts Phy
335 4th Ave
Huntington, WV 25710

HIGHLY CONFIDENTIAL

Joe is running a new updated report for all controls since there may be other doctors that this pharmacy may have filled scripts for and I will send it in as soon as he is done running it. We just sent in a report in recently but do to the timing of this closure he is running into increased usage since the old report on other drugs as well. Please call or email if there is additional data necessary from the owner.

Thanks
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508

-----Original Message-----
From: Howenstein, Kim
Sent: Friday, March 09, 2012 9:24 AM
To: Kave, Jesse
Cc: Emma, Douglas
Subject: RE: [SOMStatus] Notification of New Customer File

Good Morning Jesse,
My earlier e-mail sent this morning -

Could you please provide me with the name of the prescriber of the Lisdexamfetamine Mesylate and the pharmacy that was recently closed?

This is stemming from his TH Event Survey (See attached)

Thank you,
Kim

-----Original Message-----
From: Kave, Jesse
Sent: Thursday, March 08, 2012 10:26 PM
To: Howenstein, Kim
Subject: FW: [SOMStatus] Notification of New Customer File

Kim,
  Please see if this is one of the shifts in drug purchases Joe address in his threshold survey.

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508
-----Original Message-----
From: support@mycardinalsomstatus.com [mailto:support@mycardinalsomstatus.com]
Sent: Thursday, March 08, 2012 11:46 AM
To: Kave, Jesse
Cc: Anderson, Chris J; Farrell, Daniel (PD); Nicolli, Jason; Kramer, Kathy; Seiden, Mark; Schrebe, Melissa; Montgomery, Steven; Folmar, Tom
Subject: [SOMStatus] Notification of New Customer File

A customer that is assigned to you has had an order blocked as a result of a controlled substance order threshold limit.  You will receive additional notifications from this system anytime the status of this file changes.

Customer must complete the one-page questionnaire.

Questionnaire is available at: http://www.cardinalhealth.com/thresholdsurvey

Customer Name: MED SHOPPE #0290 HNTNGTN CSOS
DEA#: BT5541760
Segment: RETAIL INDEPENDENT
Group: MEDICINE SHOPPE INDEPENDENT
Address: 2402 ADAMS AVE HUNTINGTON, WV 25704 Phone Number: 3044296716 Overage Date: Mar 07, 2012
Item Description: VYVANSE 50MG 100          C2
Family Base Code: LISDEXAMFETAMINE MESYLATE (1205) Status Justification:
Justification Comments:

Thanks,
SOM Status System

CAH_FEDWV_00000730
P-42116_00237



### The Medicine Shoppe

NATIONAL PRESCRIPTION CENTERS
2402 Adams Avenue / Huntington, W.V. 25704 / 429-6716



March 6, 2012

The enclosed report on controlled substances is to keep you up to date with our increased purchases. We recently had a local pharmacy close and are experiencing increased prescription volume in controlled and non-controlled medications.

We are working with local doctors who we have a close professional relationship with.

Please feel free to contact me with any questions.

Sincerely,

Joe McGlothlin
The Medicine Shoppe
2402 Adams Avenue
Huntington, WV 25704
(304) 429-6716

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000731
P-42116_00238

Store #: 0290

ALL CONTROLS

03/07/2012

THE MEDICINE SHOPPE PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Includes Comp RXs

02/24/2012-03/06/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| OXYCODONE 30MG | TAB ACT | 00228287911 | 26 | 4200 | 1,217.99 | 2140.62 | 922.63 | 43.10 | 35.49 |
| HYDROCO/APAP 10-500 | TAB WAT | 00591054005 | 42 | 3461 | 301.25 | 717.91 | 416.66 | 58.04 | 9.92 |
| OXYCODONE 30MG | TAB CAR | 57664022488 | 21 | 2282 | 979.97 | 1196.02 | 216.05 | 18.06 | 10.29 |
| DIAZEPAM 10 MG | TAB WAT | 00591562010 | 26 | 2189 | 40.57 | 360.79 | 320.22 | 88.76 | 12.32 |
| ALPRAZOLAM 1 MG | TAB GRE | 59762372104 | 17 | 1690 | 56.39 | 202.67 | 146.28 | 72.18 | 8.60 |
| HYDROCO/APAP 5-500M | TAB WAT | 00591034905 | 27 | 1674 | 63.61 | 249.72 | 186.11 | 74.53 | 6.89 |
| HYDROCO/APAP 7.5-50 | TAB WAT | 00591038505 | 23 | 1527 | 56.70 | 247.83 | 191.13 | 77.12 | 8.31 |
| ALPRAZOLAM 0.5 MG | TAB GRE | 59762372004 | 19 | 1455 | 42.32 | 244.02 | 201.70 | 82.66 | 10.62 |
| METHADONE 10 MG | TAB MAL | 00406577101 | 9 | 1368 | 89.59 | 171.77 | 82.18 | 47.84 | 9.13 |
| DIAZEPAM 5 MG | TAB IVA | 00172392670 | 13 | 1018 | 17.97 | 141.58 | 123.61 | 87.31 | 9.51 |
| OXYCOD/APAP 10-325 | TAB MAL | 00406052301 | 9 | 926 | 318.30 | 559.46 | 241.16 | 43.11 | 26.80 |
| CLONAZEPAM 1 MG | TAB TEV | 00093083310 | 10 | 860 | 18.66 | 162.96 | 144.30 | 88.55 | 14.43 |
| OXYCODONE 15MG | TAB ACT | 00228287811 | 8 | 854 | 169.43 | 254.32 | 84.89 | 33.38 | 10.61 |
| OXYCOD/APAP 5-325 M | TAB MAL | 00406051201 | 9 | 705 | 25.95 | 90.50 | 64.55 | 71.33 | 7.17 |
| OXYCODONE 15 MG | TAB MAL | 00406851501 | 7 | 704 | 149.92 | 233.77 | 83.85 | 35.87 | 11.98 |
| HYDROCO/APAP 10-325 | TAB QUA | 00603388728 | 9 | 685 | 48.49 | 229.42 | 180.93 | 78.86 | 20.10 |
| OXYCONTIN 40MG CR | TAB PUR | 59011044010 | 8 | 634 | 4,156.51 | 4607.49 | 450.98 | 9.79 | 56.37 |
| OXYCONTIN 80MG CR | TAB PUR | 59011048010 | 7 | 588 | 7,122.51 | 7580.43 | 457.92 | 6.04 | 65.42 |
| *MISC. COMPOUNDS | | | 13 | 540 | 121.80 | 1369.00 | 1,247.20 | 91.10 | 95.94 |
| OXYMORPHONE 15MG ER | TAB ACT | 00228326211 | 5 | 504 | 2,053.36 | 2092.60 | 39.24 | 1.88 | 7.85 |
| *TESTOSTERONE/CHRYSIN 50MG/ | | 51927102700 | 16 | 480 | 94.40 | 630.00 | 535.60 | 85.02 | 33.48 |
| ALPRAZOLAM 0.25 MG | TAB GRE | 59762371904 | 6 | 465 | 11.41 | 70.73 | 59.32 | 83.87 | 9.89 |
| DEXMETHYLPH 10MG | TAB TEV | 00093527701 | 11 | 420 | 470.38 | 485.76 | 15.38 | 3.17 | 1.40 |
| METHADONE 10 MG | TAB ROX | 00054457125 | 4 | 413 | 29.77 | 48.39 | 18.62 | 38.48 | 4.66 |
| OPANA ER 30 MG | TAB END | 63481057170 | 7 | 364 | 3,287.65 | 3487.68 | 200.03 | 5.74 | 28.58 |
| LYRICA 150MG | CAP PFI | 00071101668 | 6 | 360 | 981.66 | 1041.12 | 59.46 | 5.71 | 9.91 |
| CLONAZEPAM 0.5 MG | TAB TEV | 00093083210 | 6 | 332 | 4.54 | 44.27 | 39.73 | 89.74 | 6.62 |
| FOCALIN XR 20MG | CAP NOV | 00078043205 | 10 | 330 | 1,844.14 | 1953.93 | 109.79 | 5.62 | 10.98 |
| OXYCODONE 5MG | TAB KVK | 10702001801 | 4 | 320 | 30.05 | 65.43 | 35.38 | 54.07 | 8.85 |
| MORPHINE SUL 60MG E | TAB MYL | 00378266001 | 5 | 318 | 145.75 | 216.56 | 70.81 | 32.70 | 14.16 |
| ALPRAZOLAM 2 MG | TAB DAV | 67253090350 | 4 | 306 | 12.44 | 80.67 | 68.23 | 84.58 | 17.06 |
| METHYLPHENID 36MG E | TAB WAT | 00591271701 | 5 | 300 | 1,480.80 | 1556.44 | 75.64 | 4.86 | 15.13 |

HIGHLY CONFIDENTIAL

Store #: 0290
03/07/2012

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

02/24/2012-03/06/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| ANDROGEL PUMP 1% | GEL ABB | 00051848888 | 2 | 300 | 646.92 | 700.04 | 53.12 | 7.59 | 26.56 |
| LORAZEPAM 1 MG | TAB RAN | 63304077310 | 5 | 285 | 6.45 | 48.31 | 41.86 | 86.65 | 8.37 |
| VYVANSE 70MG | CAP SHI | 59417010710 | 9 | 270 | 1,374.93 | 1459.52 | 84.59 | 5.80 | 9.40 |
| LYRICA 75MG | CAP PFI | 00071101468 | 4 | 270 | 736.23 | 786.16 | 49.93 | 6.35 | 12.48 |
| HYDROCO/APAP 7.5-32 TAB WAT | | 00591320301 | 2 | 270 | 50.87 | 79.77 | 28.90 | 36.23 | 14.45 |
| LORAZEPAM 0.5 MG | TAB ACT | 00228205750 | 9 | 258 | 4.81 | 68.54 | 63.73 | 92.98 | 7.08 |
| ZOLPIDEM 10MG | TAB MYL | 00378531005 | 9 | 255 | 6.46 | 54.77 | 48.31 | 88.21 | 5.37 |
| VYVANSE 60MG | CAP SHI | 59417010610 | 8 | 240 | 1,222.16 | 1297.00 | 74.84 | 5.77 | 9.35 |
| NUCYNTA 50MG | TAB JAN | 50458082004 | 1 | 240 | 485.40 | 509.97 | 24.57 | 4.82 | 24.57 |
| LORAZEPAM 2 MG | TAB ACT | 00228206350 | 2 | 240 | 10.07 | 33.10 | 23.03 | 69.58 | 11.52 |
| HYD POLST-CH LOR PO LIQ PAR | | 49884023533 | 1 | 233 | 109.58 | 114.66 | 5.08 | 4.43 | 5.08 |
| ZOLPIDEM 10MG | TAB QUA | 00603646928 | 8 | 225 | 6.23 | 62.96 | 56.73 | 90.10 | 7.09 |
| OXYCONTIN 60MG CR | TAB PUR | 59011046010 | 3 | 224 | 2,078.26 | 2204.13 | 125.87 | 5.71 | 41.96 |
| MORPHINE SUL 15MG E TAB MYL | | 00378265801 | 5 | 211 | 40.80 | 69.04 | 28.24 | 40.90 | 5.65 |
| CONCERTA 36MG | TAB MCN | 50458058601 | 6 | 210 | 1,300.26 | 1374.12 | 73.86 | 5.38 | 12.31 |
| OPANA ER 10 MG | TAB END | 63481067470 | 3 | 206 | 728.84 | 771.88 | 43.04 | 5.58 | 14.35 |
| OPANA ER 20 MG | TAB END | 63481061770 | 4 | 204 | 1,280.13 | 1363.44 | 83.31 | 6.11 | 20.83 |
| *HYDROMORPHONE/BUPIVACAINE | | 51927100300 | 6 | 190 | | 1590.00 | 1,590.00 | 100.00 | 265.00 |
| VYVANSE 40MG | CAP SHI | 59417010410 | 5 | 180 | 916.62 | 972.71 | 56.09 | 5.77 | 11.22 |
| PROMETH/COD 6.25-10 SYP QUA | | 00603158558 | 1 | 180 | 1.92 | 11.71 | 9.79 | 83.60 | 9.79 |
| HYDROCO/APAP 10-650 TAB MAL | | 00406036101 | 2 | 180 | 11.85 | 24.60 | 12.75 | 51.83 | 6.38 |
| HYDROCO/APAP 10-325 TAB QUA | | 00603388732 | 1 | 180 | 6.37 | 40.34 | 33.97 | 84.21 | 33.97 |
| FOCALIN XR 5MG | CAP NOV | 00078043005 | 6 | 180 | 964.20 | 1023.86 | 59.66 | 5.83 | 9.94 |
| DEXMETHYLPH 5 MG | TAB TEV | 00093527601 | 6 | 180 | 137.94 | 153.13 | 15.19 | 9.92 | 2.53 |
| CHERATUSSIN AC | SYP QUA | 00603107558 | 1 | 180 | 1.49 | 10.95 | 9.46 | 86.39 | 9.46 |
| APAP/CODEINE 300-60 TAB MAL | | 00406048505 | 2 | 180 | 36.72 | 48.96 | 12.24 | 25.00 | 6.12 |
| MORPHINE SUL 30 MG | TAB RHO | 42858080201 | 3 | 172 | 50.13 | 136.54 | 86.41 | 63.29 | 28.80 |
| OXYCODONE 30 MG | TAB MAL | 00406853001 | 1 | 168 | 65.58 | 88.40 | 22.82 | 25.81 | 22.82 |
| MORPHINE SUL 100 MG TAB MYL | | 00378266101 | 2 | 168 | 113.26 | 233.82 | 120.56 | 51.56 | 60.28 |
| OXYCONTIN 20MG CR | TAB PUR | 59011042010 | 3 | 153 | 558.34 | 602.56 | 44.22 | 7.34 | 14.74 |
| VYVANSE 30 MG | CAP SHI | 59417010310 | 5 | 150 | 763.85 | 810.32 | 46.47 | 5.73 | 9.29 |
| VYVANSE 20MG | CAP SHI | 59417010210 | 5 | 150 | 763.85 | 818.01 | 54.16 | 6.62 | 10.83 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000733

P-42116_00240

Store #: 0290

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

02/24/2012-03/06/2012

03/07/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| CONCERTA 54MG | TAB MCN | 50458058701 | 5 | 150 | 1,010.50 | 1072.82 | 62.32 | 5.81 | 12.46 |
| METHADONE 5 MG/5ML | SOL ROX | 00054355563 | 2 | 141 | 8.99 | 21.97 | 12.98 | 59.08 | 6.49 |
| OXYCOD/APAP 10-650M | TAB AMN | 53746020601 | 1 | 120 | 50.63 | 59.30 | 8.67 | 14.62 | 8.67 |
| MORPHINE SUL 15MG IR | TB ROX | 00054023525 | 1 | 120 | 8.27 | 14.51 | 6.24 | 43.00 | 6.24 |
| LORTAB 10 | TAB UCB | 50474091050 | 1 | 120 | 185.67 | 197.25 | 11.58 | 5.87 | 11.58 |
| HYDROMORPHON 4MG | TAB ROX | 00054026425 | 1 | 120 | 12.99 | 28.11 | 15.12 | 53.79 | 15.12 |
| FOCALIN XR 15 MG | CAP NOV | 00078049305 | 3 | 120 | 670.59 | 712.45 | 41.86 | 5.88 | 13.95 |
| DAYTRANA 30MG/9HR | DIS NOV | 68968555503 | 4 | 120 | 689.76 | 732.58 | 42.82 | 5.85 | 10.71 |
| *MORPHINE 2%-KETAMINE 15%- | | 51927100000 | 1 | 120 | 104.50 | 919.33 | 814.83 | 88.63 | 814.83 |
| *HYDROCODONE 20MG IMMEDIATE | | 51927101000 | 1 | 120 | 16.21 | 244.67 | 228.46 | 93.37 | 228.46 |
| *KETAMINE 15%-GABAPENTIN 6% | | 51927279000 | 1 | 120 | 120.68 | 636.44 | 515.76 | 81.04 | 515.76 |
| *TESTOSTERONE 50MG/GM | | 51927102700 | 2 | 120 | 19.16 | 120.00 | 100.84 | 84.03 | 50.42 |
| CHERATUSSIN AC | SYP QUA | 00603107554 | 1 | 120 | 1.37 | 8.09 | 6.72 | 83.07 | 6.72 |
| ALPRAZOLAM 0.25 MG | TAB DAV | 67253090011 | 2 | 120 | 2.00 | 19.08 | 17.08 | 89.52 | 8.54 |
| OPANA ER 10 MG | TAB END | 63481043670 | 2 | 116 | 408.74 | 438.01 | 29.27 | 6.68 | 14.64 |
| OXYCOD/APAP 5-325 M | TAB MAL | 00406051205 | 2 | 112 | 4.28 | 14.81 | 10.53 | 71.10 | 5.27 |
| ZOLPIDEM 5 MG | TAB MYL | 00378530501 | 4 | 110 | 3.01 | 24.83 | 21.82 | 87.88 | 5.46 |
| AMPHETAMINE 10MG | TAB SAN | 00185011101 | 4 | 105 | 131.71 | 142.53 | 10.82 | 7.59 | 2.70 |
| METHYLPHENID 54MG E | TAB WAT | 00591271801 | 4 | 100 | 516.20 | 535.29 | 19.09 | 3.57 | 4.77 |
| HYDROCO/APAP 7.5-32 | TAB MAL | 00406036601 | 1 | 100 | 17.13 | 54.95 | 37.82 | 68.83 | 37.82 |
| VYVANSE 50 MG | CAP SHI | 59417010510 | 3 | 90 | 458.31 | 486.54 | 28.23 | 5.80 | 9.41 |
| PHENOBARB 30 MG | TAB UDL | 51079009520 | 1 | 90 | 11.00 | 6.21 | 4.79- | 77.13- | 4.79- |
| OXYMORPHONE HCL 5MG | TAB ROX | 00054028325 | 1 | 90 | 187.14 | 217.34 | 30.20 | 13.90 | 30.20 |
| OXYCOD/APAP 7.5-325 | TAB MAL | 00406050221 | 1 | 90 | 28.85 | 46.42 | 17.57 | 37.85 | 17.57 |
| OXAZEPAM 15 MG | CAP ACT | 00228206910 | 1 | 90 | 86.46 | 40.75 | 45.71- | 112.17- | 45.71- |
| MORPHINE SUL 20 MG/ | SOL LAN | 00527142536 | 5 | 90 | 40.33 | 57.48 | 17.15 | 29.84 | 3.43 |
| LYRICA 100MG | CAP PFI | 00071101568 | 1 | 90 | 245.41 | 260.06 | 14.65 | 5.63 | 14.65 |
| HYDROCO/APAP 7.5-32 | TAB QUA | 00603389121 | 1 | 90 | 16.96 | 22.57 | 5.61 | 24.86 | 5.61 |
| *PHENOBARBITAL 7MG/ML | | | 1 | 90 | | 35.00 | 35.00 | 100.00 | 35.00 |
| *TESTOSTERONE 50MG/GM WITH | | 51552002904 | 3 | 90 | 14.43 | 81.68 | 67.25 | 82.33 | 22.42 |
| CLORAZ DIPOT 3.75 M | TAB MYL | 00378003001 | 1 | 90 | 11.80 | 25.95 | 14.15 | 54.53 | 14.15 |
| BUT/ASA/CAFF | CAP WAT | 00591321901 | 1 | 90 | 24.00 | 47.86 | 23.86 | 49.85 | 23.86 |

HIGHLY CONFIDENTIAL

Store #: 0290

03/07/2012

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

02/24/2012-03/06/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| BUT/ASA/CAFF | TAB WES | 00143178501 | 1 | 90 | 9.35 | 33.62 | 24.27 | 72.19 | 24.27 |
| AMPHETAMINE 5MG | TAB TEV | 00555097102 | 3 | 90 | 102.72 | 123.87 | 21.15 | 17.07 | 7.05 |
| AMPHETAMINE 20MG ER CAP GLO | | 00115133101 | 3 | 90 | 400.98 | 447.07 | 46.09 | 10.31 | 15.36 |
| ZOLPIDEM CR 12.5MG TAB | | 10370011610 | 3 | 88 | 237.31 | 350.83 | 113.52 | 32.36 | 37.84 |
| MORPHINE SUL 20 MG | CAP ACT | 00228350211 | 2 | 88 | 326.62 | 336.01 | 9.39 | 2.79 | 4.69 |
| OXYCONTIN 30MG CR | TAB PUR | 59011043010 | 1 | 84 | 427.27 | 455.77 | 28.50 | 6.25 | 28.50 |
| LYRICA 50MG | CAP PFI | 00071101368 | 1 | 84 | 229.05 | 248.62 | 19.57 | 7.87 | 19.57 |
| *TESTOSTERONE 25MG/GM TOPIC | | 51927102700 | 4 | 78 | 6.62 | 87.50 | 80.88 | 92.43 | 20.22 |
| LORAZEPAM 2 MG/ML | CON ROX | 00054353244 | 2 | 70 | 69.42 | 86.26 | 16.84 | 19.52 | 8.42 |
| TEMAZEPAM 30 MG | CAP MYL | 00378505005 | 2 | 60 | 5.44 | 18.65 | 13.21 | 70.83 | 6.61 |
| OXYMORPHONE 7.5MG ER TB ACT | | 00228326111 | 1 | 60 | 134.03 | 142.69 | 8.66 | 6.07 | 8.66 |
| OXYCODONE 10MG IR TAB KVKT | | 10702005601 | 1 | 60 | 13.53 | 18.84 | 5.31 | 28.18 | 5.31 |
| FENTANYL OT 200MCG | LOZ MAL | 00406920230 | 1 | 60 | 566.38 | 633.62 | 67.24 | 10.61 | 67.24 |
| DRONABINOL 2.5MG | CAP PAR | 49884086702 | 1 | 60 | 220.03 | 229.98 | 9.95 | 4.33 | 9.95 |
| DIAZEPAM 2 MG | TAB IVA | 00172392570 | 1 | 60 | 1.06 | 7.28 | 6.22 | 85.44 | 6.22 |
| *KETAMINE 5%-KETOPROFEN 10% | | 51927279000 | 1 | 60 | 78.18 | 100.00 | 21.82 | 21.82 | 21.82 |
| *1BIEST1.0/PROG100/TESTO.25 | | 63275998501 | 2 | 60 | 21.80 | 65.00 | 43.20 | 66.46 | 21.60 |
| AVINZA 60MG | CAP KIN | 60793060601 | 1 | 60 | 473.47 | 503.76 | 30.29 | 6.01 | 30.29 |
| AMPHETAMINE 5MG | TAB SAN | 00185008401 | 2 | 60 | 74.46 | 79.64 | 5.18 | 6.50 | 2.59 |
| AMPHETAMINE 30MG ER CAP TEV | | 00555078902 | 1 | 60 | 292.84 | 304.77 | 11.93 | 3.91 | 11.93 |
| OXYCONTIN 15MG CR | TAB PUR | 59011041510 | 1 | 56 | 157.50 | 170.74 | 13.24 | 7.75 | 13.24 |
| OXYCONTIN 10MG CR | TAB PUR | 59011041010 | 1 | 56 | 105.17 | 112.15 | 6.98 | 6.22 | 6.98 |
| FENTANYL 50MCG/HR | DIS ACT | 67767012118 | 4 | 50 | 349.64 | 683.78 | 334.14 | 48.87 | 83.54 |
| FENTANYL 25 MCG/HR | DIS ACT | 67767012018 | 5 | 50 | 221.30 | 369.68 | 148.38 | 40.14 | 29.68 |
| DIPHEN/ATROP 2.5MG | TAB GRE | 59762106101 | 1 | 50 | 6.36 | 30.00 | 23.64 | 78.80 | 23.64 |
| *MORPHINE/BUPIVACAINE | | 51927100000 | 2 | 50 | | 470.00 | 470.00 | 100.00 | 235.00 |
| *MORPHINE 5MG/ML INTRATHECA | | | 2 | 50 | | 225.00 | 225.00 | 100.00 | 112.50 |
| PHENTERMINE 37.5MG | TAB MUT | 53489040601 | 1 | 45 | 5.17 | 34.00 | 28.83 | 84.79 | 28.83 |
| *TESTOSTERONE 100MG/GM | | 51927102700 | 1 | 45 | 13.92 | 55.00 | 41.08 | 74.69 | 41.08 |
| APAP/CODEINE 300-30 TAB MAL | | 00406048401 | 2 | 45 | 5.40 | 10.75 | 5.35 | 49.77 | 2.68 |
| EXALGO 8MG SR | TAB MAL | 23635040801 | 2 | 44 | 393.27 | 409.04 | 15.77 | 3.86 | 7.89 |
| HYDROCO/APAP 5-325M TAB QUA | | 00603389028 | 1 | 40 | 7.22 | 12.72 | 5.50 | 43.24 | 5.50 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000735

P-42116_00242

Store #: 0290

03/07/2012

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

02/24/2012-03/06/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| *MORPHINE/CLONIDINE | | 51927100000 | 2 | 40 | | 420.00 | 420.00 | 100.00 | 210.00 |
| *HYDROMORPHONE 1000MCG/ML | | 51927100300 | 1 | 40 | | 150.00 | 150.00 | 100.00 | 150.00 |
| *MORPHINE 1000MCG/ML | | | 2 | 40 | | 190.00 | 190.00 | 100.00 | 95.00 |
| *HYDROMORPHONE 1MG/ML | | | 2 | 40 | | 190.00 | 190.00 | 100.00 | 95.00 |
| *ZICONOTIDE/HYDROMORPHONE | | 18860072310 | 2 | 40 | 6,455.34 | 7200.00 | 744.66 | 10.34 | 372.33 |
| *MORPHINE/BUPIVACAINE | | 51927100000 | 1 | 40 | 28.13 | 275.00 | 246.87 | 89.77 | 246.87 |
| *BACLOFEN/MORPHINE | | 51927100000 | 1 | 40 | | 295.00 | 295.00 | 100.00 | 295.00 |
| *FENTANYL/BUPIVACAINE | | | 1 | 40 | | 360.00 | 360.00 | 100.00 | 360.00 |
| OPANA ER 40MG | TAB END | 63481069370 | 1 | 37 | 436.20 | 458.44 | 22.24 | 4.85 | 22.24 |
| TEMAZEPAM 15 MG | CAP MYL | 00378401005 | 1 | 30 | 1.69 | 14.00 | 12.31 | 87.93 | 12.31 |
| PHENOBARB 30 MG | TAB WES | 00143145010 | 1 | 30 | 1.75 | 3.24 | 1.49 | 45.99 | 1.49 |
| METHYLPHENID 18MG E | TAB WAT | 00591271501 | 1 | 30 | 141.54 | 138.18 | 3.36- | 2.43- | 3.36- |
| METADATE CD 20 MG | CAP UCB | 53014058007 | 1 | 30 | 139.32 | 146.33 | 7.01 | 4.79 | 7.01 |
| METADATE CD 10 MG | CAP UCB | 53014057907 | 1 | 30 | 139.32 | 148.35 | 9.03 | 6.09 | 9.03 |
| FOCALIN XR 35MG | CAP NOV | 00078060905 | 1 | 30 | 184.09 | 192.68 | 8.59 | 4.46 | 8.59 |
| FOCALIN XR 30MG | CAP NOV | 00078043305 | 1 | 30 | 176.03 | 187.90 | 11.87 | 6.32 | 11.87 |
| FENTANYL 100MCG/H | DIS ACT | 67767012318 | 3 | 30 | 515.73 | 787.52 | 271.79 | 34.51 | 90.60 |
| DEXTROAMPHET 15 MG ER | CP CO | 64720032909 | 1 | 30 | 206.09 | 143.46 | 62.63- | 43.66- | 62.63- |
| DAYTRANA 20MG/9HR | DIS NOV | 68968555403 | 1 | 30 | 212.05 | 183.16 | 28.89- | 15.77- | 28.89- |
| DAYTRANA 15 MG/9HR | DIS NOV | 68968555303 | 1 | 30 | 212.05 | 183.28 | 28.77- | 15.70- | 28.77- |
| CONCERTA 18MG | TAB MCN | 50458058501 | 1 | 30 | 175.68 | 186.13 | 10.45 | 5.61 | 10.45 |
| *1BIEST1.0/PROG125/TEST0.25 | | 51927171400 | 1 | 30 | 2.63 | 30.00 | 27.37 | 91.23 | 27.37 |
| *TESTOSTERONE/CHRYSIN 50MG/ | | 51552002904 | 1 | 30 | 4.81 | 11.68 | 6.87 | 58.82 | 6.87 |
| *2BIEST1.0/PROG100/TEST0.25 | | 51927171400 | 1 | 30 | 1.75 | 30.00 | 28.25 | 94.17 | 28.25 |
| *HYDROMORPHONE 20MG/ML | | | 1 | 30 | | 225.00 | 225.00 | 100.00 | 225.00 |
| *TESTOSTERONE/CHRYSIN 100MG | | 51927102700 | 1 | 30 | 11.45 | 183.60 | 172.15 | 93.76 | 172.15 |
| *2BIEST1.0/PROG125/TEST0.1M | | 51927171400 | 1 | 30 | 1.91 | 30.00 | 28.09 | 93.63 | 28.09 |
| *1BIEST1.5/PROG200/TEST0.4M | | 51927171400 | 1 | 30 | 3.66 | 30.00 | 26.34 | 87.80 | 26.34 |
| *ESTRIOL3.8/ESTRADIOL0.15/ | | 51927171400 | 1 | 30 | 14.35 | 30.00 | 15.65 | 52.17 | 15.65 |
| *TESTOSTERONE/CHRYSIN 25MG/ | | 51927102700 | 1 | 30 | 11.06 | 35.00 | 23.94 | 68.40 | 23.94 |
| *1BIEST1.0/PROG125/TEST0.37 | | 51927171400 | 1 | 30 | 2.65 | 30.00 | 27.35 | 91.17 | 27.35 |
| *2BIEST1.0/PROG125/DHEA5/ | | 51927104600 | 1 | 30 | 2.49 | 25.25 | 22.76 | 90.14 | 22.76 |

HIGHLY CONFIDENTIAL

Store #: 0290

03/07/2012

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

02/24/2012-03/06/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|
| *ESTRIOL1.6/DHEA12.5/ | 51927171400 | 1 | 30 | 9.49 | 30.00 | 20.51 | 68.37 | 20.51 |
| *TESTOSTERONE/CHRYSIN 100MG | 51927102700 | 1 | 30 | 27.95 | 40.00 | 12.05 | 30.13 | 12.05 |
| *TESTOSTERONE 200/DHEA 50MG | 51927102700 | 1 | 30 | 51.46 | 30.00 | 21.46- | 71.53- | 21.46- |
| CDP/AMITRIP 5-12.5M TAB MYL | 00378021101 | 1 | 30 | 18.41 | 21.00 | 2.59 | 12.33 | 2.59 |
| AMPHETAMINE 30MG      TAB TEV | 00555097402 | 1 | 30 | 34.63 | 38.97 | 4.34 | 11.14 | 4.34 |
| AMPHETAMINE 20MG ER CAP TEV | 00555078802 | 1 | 30 | 146.42 | 147.86 | 1.44 | 0.97 | 1.44 |
| AMPHETAMINE 20MG      TAB TEV | 00555097302 | 1 | 30 | 33.19 | 36.66 | 3.47 | 9.47 | 3.47 |
| AMPHETAMINE 10MG      TAB TEV | 00555097202 | 1 | 30 | 34.63 | 41.29 | 6.66 | 16.13 | 6.66 |
| ADDERALL XR 25 MG    CAP SHI | 54092038901 | 1 | 30 | 191.28 | 202.47 | 11.19 | 5.53 | 11.19 |
| ADDERALL XR 20 MG    CAP SHI | 54092038701 | 1 | 30 | 191.28 | 202.47 | 11.19 | 5.53 | 11.19 |
| ADDERALL XR 15 MG    CAP SHI | 54092038501 | 1 | 30 | 191.28 | 202.47 | 11.19 | 5.53 | 11.19 |
| ADDERALL 15MG        TAB TEV | 00555076602 | 1 | 30 | 112.08 | 120.24 | 8.16 | 6.79 | 8.16 |
| METHADONE 5 MG       TAB MAL | 00406575501 | 1 | 28 | 1.26 | 5.00 | 3.74 | 74.80 | 3.74 |
| FENTANYL 50MCG/HR    DIS MYL | 00378912298 | 2 | 25 | 266.23 | 333.73 | 67.50 | 20.23 | 33.75 |
| *HYDROMORPHONE 10MG/ML | 51927100300 | 1 | 20 | 17.44 | 150.00 | 132.56 | 88.37 | 132.56 |
| *MORPHINE 600MCG/ML | | 1 | 20 | | 95.00 | 95.00 | 100.00 | 95.00 |
| *MORPHINE/BACLOFEN | 51927100000 | 1 | 20 | | 150.00 | 150.00 | 100.00 | 150.00 |
| *MORPHINE 500MCG/ML | | 1 | 20 | | 95.00 | 95.00 | 100.00 | 95.00 |
| *MORPHINE 25MG/ML | | 1 | 20 | | 95.00 | 95.00 | 100.00 | 95.00 |
| *HYDROMORPHONE/BUPIVACAINE | 51927100300 | 1 | 20 | 24.76 | 90.25 | 65.49 | 72.57 | 65.49 |
| *MORPHINE 15MG/ML | | 1 | 20 | | 95.00 | 95.00 | 100.00 | 95.00 |
| *HYDROMORPHONE/CLONIDINE | 50061465123 | 1 | 20 | | 280.00 | 280.00 | 100.00 | 280.00 |
| *HYDROMORPHONE 5MG/ML | | 1 | 20 | | 95.00 | 95.00 | 100.00 | 95.00 |
| *FENTANYL CITRATE/CLONIDINE | 51927101900 | 1 | 20 | 53.48 | 362.00 | 308.52 | 85.23 | 308.52 |
| *HYDROMORPHONE 75MCG/ML | | 1 | 20 | | 95.00 | 95.00 | 100.00 | 95.00 |
| *ZICONOTIDE/HYDROMORPHONE/ | 18860072310 | 1 | 20 | 3,227.67 | 3800.00 | 572.33 | 15.06 | 572.33 |
| FENTANYL 75MCG/HR    DIS ACT | 67767012218 | 2 | 15 | 198.48 | 340.35 | 141.87 | 41.68 | 70.94 |
| FENTANYL 25MCG/HR    DIS MYL | 00378912198 | 1 | 15 | 85.65 | 142.66 | 57.01 | 39.96 | 57.01 |
| OPANA ER 5 MG        TAB END | 63481090770 | 1 | 14 | 25.79 | 28.39 | 2.60 | 9.16 | 2.60 |
| KADIAN 20MG CR       CAP ACT | 46987032211 | 1 | 14 | 63.49 | 71.64 | 8.15 | 11.38 | 8.15 |
| KADIAN 10MG CR       CAP ACT | 46987041011 | 1 | 14 | 57.47 | 65.08 | 7.61 | 11.69 | 7.61 |
| *TESTOSTERONE 2MG/GM TOPICA | 51927102700 | 2 | 14 | 0.22 | 28.00 | 27.78 | 99.21 | 13.89 |

HIGHLY CONFIDENTIAL

Store #: 0290

03/07/2012

MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

02/24/2012-03/06/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|
| SUBOXONE 8-2MG FILM MIS REC | 12496120803 | 1 | 11 | 69.67 | 74.13 | 4.46 | 6.02 | 4.46 |
| DURAGESIC 100MCG/H DIS JAN | 50458009405 | 1 | 10 | 859.02 | 901.81 | 42.79 | 4.74 | 42.79 |
| *TESTOSTERONE 2MG/GM TOPICA | 51927102700 | 1 | 6 | 0.42 | 25.00 | 24.58 | 98.32 | 24.58 |
| *BIEST(50/50)2MG/PROG100MG/ | 51927104600 | 1 | 6 | 0.39 | 13.66 | 13.27 | 97.14 | 13.27 |
| *BIEST(60/40)2MG/TEST 2MG/G | 51927360900 | 1 | 6 | 0.70 | 20.00 | 19.30 | 96.50 | 19.30 |
| TESTOST CYP 200MG/M INJ PAD | 00574082001 | 1 | 2 | 37.06 | 41.20 | 4.14 | 10.05 | 4.14 |
| DEPO-TESTOST 200MG/ INJ PFI | 00009041701 | 1 | 2 | 44.50 | 49.59 | 5.09 | 10.26 | 5.09 |
| TOTAL FOR SELECTED DRUGS | | 722 | 46290 | 65,144.96 | 85447.82 | 20,302.86 | 23.76 | 28.12 |

SELECTION CRITERIA   Tx Date Range     02/24/2012      03/06/2012          Report Type:
                     Drug Code                                            Report Order: 1
                     GPI                                                  Number Drugs: 9999
                     Drug Schedule                                        Summary Only: N
                     Canada Sched                                         List Each Tx: N
                     Drug Group                                           Compnd Ingrd: Y
                     NDC/DIN Code                                         Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

Use Select Criteria From This Screen: Y

|  | Starting | Ending |  | Starting | Ending |
|---|---|---|---|---|---|
| Rx Number | 2000000 | 4999999 | Refills Auth | | |
| Date Written | | | Refills Rem | | |
| First Filled | | | Ordered Qty | | |
| Rx Expires | | | Qty Left | | |
| Stop Date | | | Days Supply | | |
| Follow Up | | | Qty Owed | | |
| Merge | | | Deactivate | | |
| Rx Group | | | Status | | |
| Disease Code | | | SUBS Drug | | |
| SIG | | | AutoFill Qty | | |
| RxQue Number | | | | | |

Phone:          Compound:        Allow AutoFill:
Transfer:       Rx Updated:      AutoFill No Refs:
RxDAW:

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000738

P-42116_00245

Stor #: 0290
03/09/2012

Case 3:17-cv-01362 Document 1516-20 Filed 01/13/22 Page 66 of 152 PageID #: 78092
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT
02/21/2012-03/08/2012

*D. J... AFTER Closure of Saul Script*

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| FOCALIN XR 20MG | CAP NOV | 00078043205 | 13 | 480 | 2,682.37 | 2840.12 | 157.75 | 5.55 | 12.13 |
| DEXMETHYLPH 10MG | TAB TEV | 00093527701 | 12 | 450 | 503.98 | 521.83 | 17.85 | 3.42 | 1.49 |
| METHYLPHENID 36MG E | TAB WAT | 00591271701 | 7 | 390 | 1,925.04 | 1994.25 | 69.21 | 3.47 | 9.89 |
| VYVANSE 70MG | CAP SHI | 59417010710 | 11 | 330 | 1,680.47 | 1778.84 | 98.37 | 5.53 | 8.94 |
| VYVANSE 60MG | CAP SHI | 59417010610 | 10 | 300 | 1,527.70 | 1626.43 | 98.73 | 6.07 | 9.87 |
| DEXMETHYLPH 5 MG | TAB TEV | 00093527601 | 9 | 300 | 229.89 | 249.14 | 19.25 | 7.73 | 2.14 |
| VYVANSE 40MG | CAP SHI | 59417010410 | 8 | 217 | 1,105.03 | 1179.84 | 74.81 | 6.34 | 9.35 |
| VYVANSE 50 MG | CAP SHI | 59417010510 | 6 | 180 | 916.62 | 973.44 | 56.82 | 5.84 | 9.47 |
| FOCALIN XR 5MG | CAP NOV | 00078043005 | 6 | 180 | 964.20 | 1023.86 | 59.66 | 5.83 | 9.94 |
| CONCERTA 36MG | TAB MCN | 50458058601 | 5 | 180 | 1,114.51 | 1177.46 | 62.95 | 5.35 | 12.59 |
| VYVANSE 30 MG | CAP SHI | 59417010310 | 5 | 150 | 763.85 | 810.32 | 46.47 | 5.73 | 9.29 |
| DAYTRANA 30MG/9HR | DIS NOV | 68968555503 | 5 | 150 | 862.20 | 910.23 | 48.03 | 5.28 | 9.61 |
| AMPHETAMINE 5MG | TAB TEV | 00555097102 | 5 | 150 | 171.20 | 205.56 | 34.36 | 16.72 | 6.87 |
| VYVANSE 20MG | CAP SHI | 59417010210 | 4 | 120 | 611.08 | 656.19 | 45.11 | 6.87 | 11.28 |
| FOCALIN XR 15 MG | CAP NOV | 00078049305 | 3 | 120 | 670.59 | 712.45 | 41.86 | 5.88 | 13.95 |
| CONCERTA 54MG | TAB MCN | 50458058701 | 4 | 120 | 808.40 | 855.08 | 46.68 | 5.46 | 11.67 |
| METHYLPHENID 54MG E | TAB WAT | 00591271801 | 4 | 100 | 516.20 | 566.20 | 50.00 | 8.83 | 12.50 |
| METADATE CD 10 MG | CAP UCB | 53014057907 | 3 | 90 | 417.96 | 444.82 | 26.86 | 6.04 | 8.95 |
| DAYTRANA 20MG/9HR | DIS NOV | 68968555403 | 2 | 90 | 556.93 | 546.14 | 10.79- | 1.98- | 5.40- |
| AMPHETAMINE 5MG | TAB SAN | 00185008401 | 3 | 90 | 107.90 | 120.93 | 13.03 | 10.77 | 4.34 |
| AMPHETAMINE 10MG | TAB SAN | 00185011101 | 3 | 75 | 94.08 | 103.56 | 9.48 | 9.15 | 3.16 |
| FOCALIN XR 35MG | CAP NOV | 00078060905 | 2 | 60 | 411.39 | 387.32 | 24.07- | 6.21- | 12.04- |
| FOCALIN XR 10MG | CAP NOV | 00078043105 | 2 | 60 | 326.02 | 346.56 | 20.54 | 5.93 | 10.27 |
| FOCALIN XR 30MG | CAP NOV | 00078043305 | 2 | 40 | 234.71 | 251.11 | 16.40 | 6.53 | 8.20 |
| METHYLPHENID 18MG E | TAB WAT | 00591271501 | 1 | 30 | 141.54 | 147.49 | 5.95 | 4.03 | 5.95 |
| METADATE CD 40 MG | CAP UCB | 53014058207 | 1 | 30 | 191.08 | 202.25 | 11.17 | 5.52 | 11.17 |
| METADATE CD 20 MG | CAP UCB | 53014058007 | 1 | 30 | 139.32 | 146.33 | 7.01 | 4.79 | 7.01 |
| DAYTRANA 15 MG/9HR | DIS NOV | 68968555303 | 1 | 30 | 212.05 | 183.28 | 28.77- | 15.70- | 28.77- |
| AMPHETAMINE 20MG | TAB TEV | 00555097302 | 1 | 30 | 33.19 | 36.66 | 3.47 | 9.47 | 3.47 |
| AMPHETAMINE 10MG | TAB TEV | 00555097202 | 1 | 30 | 34.63 | 41.29 | 6.66 | 16.13 | 6.66 |
| ADDERALL XR 25 MG | CAP SHI | 54092038901 | 1 | 30 | 191.28 | 202.47 | 11.19 | 5.53 | 11.19 |
| ADDERALL XR 20 MG | CAP SHI | 54092038701 | 1 | 30 | 191.28 | 202.47 | 11.19 | 5.53 | 11.19 |

HIGHLY CONFIDENTIAL

Sto_ _ _ 0290

03/09/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| ADDERALL IR 15 MG | CAP SHI | 54092038501 | 1 | 30 | 191.28 | 202.47 | 11.19 | 5.53 | 11.19 |
| TOTAL FOR SELECTED DRUGS | | | 143 | 4692 | 20,527.97 | 21646.39 | 1,118.42 | 5.17 | 7.82 |

SELECTION CRITERIA    Tx Date Range    02/21/2012        03/08/2012            Report Type:
                      Drug Code                                               Report Order: 1
                      GPI                                                     Number Drugs: 100
                      Drug Schedule                                           Summary Only: N
                      Canada Sched                                            List Each Tx: N
                      Drug Group                                              Compnd Ingrd: Y
                      NDC/DIN Code                                            Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code   LEWIJA1            LEWIJA1
                      Price Code
                      T/P Carrier
                      T/P Plan


Use Select Criteria From This Screen: Y

                  Starting     Ending                         Starting   Ending
Rx Number         2000000      4999999        Refills Auth
Date Written                                  Refills Rem
First Filled                                  Ordered Qty
Rx Expires                                    Qty Left
Stop Date                                     Days Supply
Follow Up                                     Qty Owed
Merge                                         Deactivate
Rx Group                                      Status
Disease Code                                  SUBS Drug
SIG                                           AutoFill Qty
RxQue Number

   Phone:          Compound:        Allow AutoFill:
   Transfer:       Rx Updated:      AutoFill No Refs:
   RxDAW:

HIGHLY CONFIDENTIAL

```
Code:                                             Exp:  $254.12-51
Name: LEWIS, JAMES M
      LEWIS                    , JAMES              M
Comment:>CAROL LAWRENCE   EXT 3   * CELL 304-360-2866
Address: 6007 US RT 60E
Address:                                    Group:
City,ST: BARBOURSVILLE       , WV         Probate:
ZipCode: 25504                               DAW:
Phone #: (304)733-9270,                    Degree:
  Fax #: (304)733-9038,                  Specialty:
  DEA #: AL1395272                          Last: 03/09/2012
DEA Suf:
  NPI #: 1922062942
ST/PV #: 9111115
  T/P #:
 Doctor:
```

HIGHLY CONFIDENTIAL

T&J dba - Medicine Shoppe #0290 - -BT5541760 - DC 8
Date Range - 3 Months - 11/24/2011-2/24/2012

| Base | Quantity | Avg | Limit | Limit-Avg/ | Changes |
|------|----------|------|-------|------------|---------|
| 9064 | 8209 | 2736 | 3300 | 21% | 3510 |
| 2882 | 27912 | 9304 | 13000 | 40% | N/C |
| 9143 | 62231 | 20744 | 31100 | 50% | 30002 |
| 2765 | 16707 | 5569 | 8500 | 53% | 6500 |
| 9193 | 52863 | 17621 | 27000 | 53% | 23002 |
| 2782 | 4610 | 1537 | 3800 | 147% | 2100 |
| 9801 | 1163 | 388 | 1300 | 235% | 600 |
| 5001 | 12573 | 4191 | 15000 | 258% | 6000 |
| 1205 | 780 | 260 | 1200 | 362% | 1000 |
| 9780 | 756 | 252 | 1300 | 416% | 1000 |
| 9050 | 4970 | 1657 | 9500 | 473% | 3500 |
| 2783 | 4579 | 1526 | 9000 | 490% | 2500 |
| 9300 | 4297 | 1432 | 9000 | 528% | 2000 |
| 1724 | 2700 | 900 | 6000 | 567% | 1500 |
| 2737 | 6569 | 2190 | 16000 | 631% | 4000 |
| 1640 | 671 | 224 | 2000 | 794% | N/C |
| 2885 | 5029 | 1676 | 16000 | 854% | 3500 |
| 1100 | 1808 | 603 | 6000 | 896% | 1100 |
| 4187 | 1070 | 357 | 3700 | 937% | 750 |
| 9250 | 2885 | 962 | 11000 | 1044% | 1500 |
| 2925 | 1290 | 430 | 5000 | 1063% | 1500 |
| 9150 | 1482 | 494 | 7000 | 1317% | 1000 |
| 2285 | 1050 | 350 | 5000 | 1329% | 2000 |
| 2784 | 270 | 90 | 2900 | 3122% | 500 |
| 5000 | 450 | 150 | 6000 | 3900% | 3000 |
| 2166 | 560 | 187 | 7500 | 3918% | 500 |
| 9064 | 172 | 57 | 3300 | 5656% | 330 |
| 9250 | 129 | 43 | 11000 | 25481% | 3000 |

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim; Emma, Douglas |
| **Cc:** | Farrell, Daniel (PD) |
| **Subject:** | T&J Enterprises Med Shoppe #103089 |
| **Date:** | Monday, March 19, 2012 10:32:50 AM |
| **Attachments:** | A1e689e0b-8fe2-4880-8097-1070285d4fa9.TIF |

Kim,
  Please see attached orders being held for Med Shoppe and from what I can tell most of these drugs are for treating ADHD in children. There may be some other drugs on here but I think the majority are from the Pediatric doctor we sent in info about. Do we need anything else from the pharmacy?

Thanks
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508

HIGHLY CONFIDENTIAL

# *The Medicine Shoppe*
## *Pharmacy and Compounding Center*

2402 Adams Avenue, Huntington, WV 25704
(304) 429-6716 / 1-888-429-6716 / Fax (304) 429-1924
Joe McGlothlin, R.Ph.    Angela Ronk, R.Ph.
Wes Keck, PharmD    Natalie Elliott, R.Ph.

## Facsimile Cover Sheet

Attn.: _Jesse Kave_      Date: _3/19/12_

Fax no.: _614 553-9508_      Total pages including this page: _5_

Fax from: _Joe M'Glothlin_

Message:

_Here it is !_

_Thanks_

This facsimile contains private information intended only for whom it is addressed. If we have reached you in error, then please call
(304) 429-6716 as soon as possible and kindly destroy the original document.

HIGHLY CONFIDENTIAL          CAH_FEDWV_00000744

P-42116_00251

S    (800) 777-6978    CARDINAL HEALTH    **PAGE** 1 **OF** 2  **ROUTE/STOP** 243 / 210

MEDINA CREEK DRIVE
WHEELING, WV 26003

**CardinalHealth**

DEA RO-0153609 **FED ID** 31-1470544

| CUST. NO. | DATE | ORIGINAL INVOICE |
|---|---|---|
| 103089 | 3/19/12 | 2641750 |
| REG NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| SP0550702 | BT5541760 | 3552339 | 12X000116 |
| DEPT. | ORDER DATE | CONF. NO. | |
| | 3/17/12 | 03263 | |

**B I L L T O**
MED SHOPPE #0290 HNTNGTN CSOS
T & J ENTERPRISES INC. DBA
2402 ADAMS AVE
HUNTINGTON, WV 25704

**S H I P T O**
MED SHOPPE #0290 HNTNGTN CSOS
T & J ENTERPRISES INC. DBA
2402 ADAMS AVE
HUNTINGTON, WV 25704
FORM 222: 12X000116

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | O/I | U/I | DESCRIPTION | SIZE | FORM | CLASS | RETAIL PRICE | UNIT PRICE | EXTENSION | ITEM CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTE# 1 | | | | | ASN# 8-872-0090 | | | | | | | |
| 1262013 | 00024-0337-04 | 2 | 2 | | EA | DEMEROL C2 TABS 100M | 100 EA | | 2 | | 274.11 | 54822 | SN |
| 4243556 | 50458-0091-05 | 3 | 3 | | CT | DURAGESIC C2 PTCH 25MC | 5 EA | | 2 | | 116.04 | 34812 | SN |
| 4015186 | 67767-0123-18 | 4 | 4 | | CT | FENTANYL C2 PTCH 100M | 5 EA | | 2 | | 92.05 | 36820 | CT |
| 4536819 | 00378-2658-01 | 1 | 1 | | EA | MORPHINE SULFATE C2 TABS 15MG | 100 EA | | 2 | | 19.53 | 1953 | CT |
| 4536835 | 00378-2660-01 | 1 | 1 | | EA | MORPHINE SULFATE C2 TABS 60MG | 100 EA | | 2 | | 38.88 | 3888 | CT |
| 3591369 | 00406-0523-01 | 3 | 3 | | EA | OXYCODONE/APAP C2 TABS 10-3 | 100 EA | | 2 | | 34.37 | 10311 | CT |
| 4385795 | 68968-5554-03 | 2 | 2 | | EA | DAYTRANA C2 PTCH 20MG | 30 EA | | 2 | | 172.43 | | SN |
| 3695806 | 00406-5771-01 | 5 | 3 | | EA | HELD PENDING REGULATORY REVIEW METHADONE C2 TABS 10MG | 100 EA | | 2 | | 6.55 | | CT |
| 3695798 | 00406-5755-01 | 1 | 2 | | EA | HELD PENDING REGULATORY REVIEW METHADONE C2 TABS 5MG | 100 EA | | 2 | | 4.51 | | CT |
| 4425369 | 00591-2718-01 | 1 | 2 | | EA | HELD PENDING REGULATORY REVIEW METHYLPHENIDATE C2 TABS 54MG | 100 EA | | 2 | | 596.51+ | | CT |
| 4468948 | 00406-1473-01 | 0 | | | EA | HELD PENDING REGULATORY REVIEW METHYLPHENIDATE C2 TABS 20MG | 100 EA | | 2 | | 24.98 | | CT |
| 4565149 | 63481-0438-70 | 2 | 8 | | EA | PRODUCT ALLOCATION OPANA ER C2 TABS 20MG | 100 EA | | 2 | | 624.98 | | |
| 4565156 | 63481-0439-70 | 2 | 8 | | EA | OPANA ER C2 TABS 30MG | 100 EA | | 2 | | 899.56 | | |

| Note Codes: | | |
|---|---|---|
| T Taxable | CT Contract | |
| G Generic Sub | SN Special Net | |
| PP PharmPak Discount | SP Special Pricing | |

| Omit Codes: | | |
|---|---|---|
| 1 Mfg. B. O. | 4 Not stocked | 7 Drug recal |
| 2 Whse. out | 5 Mfg. disc. | 8 New item/stock unavail. |
| 3 Mfg. out | 6 Whse. disc. | 9 Restricted item |

If this invoice reflects any discounted prices, credits, or rebates or if price reductions are subsequently earned and paid with respect to the merchandise/services described herein, then federal law may require disclosure of the price reduction on your claim or cost reports for Medicare or Medicaid reimbursement under 42 U.S.C. 1320(a)-7b.

**Customer is a final dispenser that does not and will not redistribute prescription pharmaceuticals into the secondary market**

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000745
P-42116_00252

The Medicine Shoppe

03/20/2013 09:08 FAX

⊠0002/0005

S     (800) 777-6978     CARDINAL HEALTH     PAGE   2 OF   2    ROUTE/STOP   243 / 210
7000 INDUSTRIAL DRIVE
WHEELING, WV 26003

**Cardinal**Health

DEA RO-0153609   FED ID 31-1470544

| CUST. NO. | DATE | ORIGINAL INVOICE |
|---|---|---|
| 103089 | 3/19/12 | 2641750 |

| REG NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
|---|---|---|---|
| SP0550702 | BT5541760 | 3552339 | 12X000116 |

| DEPT. | ORDER DATE | CONF. NO. |
|---|---|---|
| | 3/17/12 | 03263 |

BILL TO:
MED SHOPPE #0290 HNTNGTN CSOS
T & J ENTERPRISES INC. DBA
2402 ADAMS AVE
HUNTINGTON, WV 25704

SHIP TO:
MED SHOPPE #0290 HNTNGTN CSOS
T & J ENTERPRISES INC. DBA
2402 ADAMS AVE
HUNTINGTON, WV 25704
FORM 222: 12X000116

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | OM | UM | DESCRIPTION | SIZE | FORM | CLASS | RETAIL PRICE | UNIT PRICE | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4056875 | 59417-0106-10 | 1 | | 2 | EA | VYVANSE     C2 CAPS 60MG | 100 EA | | 2 | | 509.21 | | SN |
| | | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| | | | 14 | | | TOTAL PIECES SHIPPED | | | | | | | |
| | | | | | | ---------- S U M M A R Y ---------- | | | | | | | |
| | | | | | | Total RX | | | | 1426.06 | | | |
| | | | | | | NET AMOUNT | | | | 1426.06 | | | |

INVOICE SHIP DATE:   3/19/2012

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
     CARDINAL HEALTH 411, INC
     C/O BANK OF AMERICA LOCKBOX
     5490 COLLECTIONS CENTER DRIVE
     CHICAGO, IL 60693

FOR DELIVERY   3/19/12

| 3/30/12 DUE DATE | 1426.06 |

Note Codes:
T   Taxable     CT   Contract
G   Generic Sub     SN   Special Net
PP   PharmPak Discount     SP   Special Pricing

Omit Codes:
1 Mfg. B.O.    4 Not stocked    7 Drug recal
2 Whse. out    5 Mfg. disc.    8 New item/stock unavail.
3 Mfg. out    6 Whse. disc.    9 Restricted item

If this invoice reflects any discounted prices, credits, or rebates or if price reductions are
subsequently earned and paid with respect to the merchandise/services described herein,
then federal law may require disclosure on the price reduction on your claim or cost reports
for Medicare or Medicaid reimbursement under 42 U.S.C. 1320(a)-7b.

**Customer is a final dispenser that does not and will not redistribute
prescription pharmaceuticals into the secondary market**



03/20/2013 09:09 FAX

The Medicine Shoppe

Ⓩ0003/0005

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000746

P-42116_00253

Case 3:17-cv-01362 Document 1516-20 Filed 01/13/22 Page 74 of 152 PageID #: 78100

S (800) 777-6978 CARDINAL HEALTH **PAGE** 1 **OF** 1 **ROUTE/STOP** 243 / 210
WHEELING, WV 26003

**DEA** RO-0153609 **FED ID** 31-1470544

| CUST. NO. | DATE | ORIGINAL INVOICE |
|---|---|---|
| 103089 | 3/19/12 | 2646542 |
| REG NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
| SP0550702 | BT5541760 | 3558069 | 12X000115 |
| DEPT. | ORDER DATE | CONF. NO. | |
| | 3/18/12 | 03933 | |

**B** MED SHOPPE #0290 HNTNGTN CSOS
**I** T & J ENTERPRISES INC. DBA
**L** 2402 ADAMS AVE
**L** HUNTINGTON, WV 25704
**T**
**O**

**S** MED SHOPPE #0290 HNTNGTN CSOS
**H** T & J ENTERPRISES INC. DBA
**I** 2402 ADAMS AVE
**P** HUNTINGTON, WV 25704
**T** FORM 222: 12X000115
**O**

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | O/U | U/M | DESCRIPTION | SIZE | FORM | CLASS | RETAIL PRICE | UNIT PRICE | EXTENSION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4425369 | 00591-2718-01 | 1 | | | 2 EA | METHYLPHENIDATE C2 TABS 54MG | 100 EA | | 2 | | 596.51+ | | CT |
| | | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| | | | | | | TOTAL PIECES SHIPPED | | | | | | | |
| | | | | | | ---------- S U M M A R Y ---------- | | | | | | | |
| | | | | | | NET AMOUNT | | | | | | | |

INVOICE SHIP DATE: 3/19/2012

PLEASE REMIT YOUR PAYMENTS TO FOLLOWING ADDRESS:
CARDINAL HEALTH 411, INC
C/O BANK OF AMERICA LOCKBOX
5490 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

FOR DELIVERY 3/19/12
3/30/12
DUE DATE

| Note Codes: | | |
|---|---|---|
| T Taxable | CT Contract | |
| G Generic Sub | SN Special Net | |
| PP PharmPak Discount | SP Special Pricing | |

| Omit Codes: | | |
|---|---|---|
| 1 Mfg. B.O. | 4 Not stocked | 7 Drug recal |
| 2 Whse. out | 5 Mfg. disc. | 8 New item/stock unavail. |
| 3 Mfg. out | 6 Whse. disc. | 9 Restricted item |

If this invoice reflects any discounted prices, credits, or rebates or if price reductions are subsequently earned and paid with respect to the merchandise/services described herein, then federal law may require disclosure on the price reduction on your claim or cost reports for Medicare or Medicaid reimbursement under 42 U.S.C. 1320(a)-7b.

**Customer is a final dispenser that does not and will not redistribute prescription pharmaceuticals into the secondary market**



03/20/2013 09:11 FAX

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000747
P-42116_00254

S (800) 777-6978    CARDINAL HEALTH    PAGE 1 OF 2    ROUTE/STOP 243 / 210
WHEELING, WV 26003

**Cardinal**Health

DEA RO-0153609   FED ID 31-1470544

| CUST. NO. | DATE | ORIGINAL INVOICE |
|---|---|---|
| 103089 | 3/19/12 | 2646563 |

| REG NO. | CUST. DEA NO. | ORDER NO. | CUSTOMER P.O. NUMBER |
|---|---|---|---|
| SP0550702 | BT5541760 | 3558091 | 12X000114 |

| DEPT. | ORDER DATE | CONF. NO. |
|---|---|---|
| | 3/18/12 | 03949 |

BILL TO:
MED SHOPPE #0290 HNTNGTN CSOS
T & J ENTERPRISES INC. DBA
2402 ADAMS AVE
HUNTINGTON, WV 25704

SHIP TO:
MED SHOPPE #0290 HNTNGTN CSOS
T & J ENTERPRISES INC. DBA
2402 ADAMS AVE
HUNTINGTON, WV 25704
FORM 222: 12X000114

| ITEM NUMBER | NDC/UPC | QTY ORDERED | QTY SHIPPED | U/M | DESCRIPTION | SIZE | FORM | CLASS | RETAIL PRICE | UNIT PRICE | EXTENSION | NOTE CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3300365 | 54092-0383-01 | 1 | 2 | EA | ADDERALL XR    C2 CAPS 10MG 100 EA | | 2 | | | 637.65 | | SN |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 4250882 | 00115-1329-01 | 1 | 3 | EA | AMPHET SLT CMB ER C2 CAPS 10MG 100 EA | | 2 | | | 440.55 | | CT |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 4139234 | 50458-0586-01 | 1 | 2 | EA | CONCERTA ER    C2 TABS 36MG 100 EA | | 2 | | | 619.15 | | SN |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 4142022 | 50458-0587-01 | 1 | 2 | EA | CONCERTA ER    C2 TABS 54MG 100 EA | | 2 | | | 673.70 | | SN |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 4385795 | 68968-5554-03 | 2 | 2 | EA | DAYTRANA    C2 PTCH 20MG 30 EA | | 2 | | | 172.43 | | SN |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 4468880 | 00406-1144-01 | 2 | 3 | EA | METHYLPHENIDATE C2 TABS 10MG 100 EA | | 2 | | | 8.36 | | CT |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 4056859 | 59417-0102-10 | 1 | 2 | EA | VYVANSE    C2 CAPS 20MG 100 EA | | 2 | | | 509.21 | | SN |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 3978269 | 59417-0105-10 | 1 | 2 | EA | VYVANSE    C2 CAPS 50MG 100 EA | | 2 | | | 509.21 | | SN |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| 4056875 | 59417-0106-10 | 1 | 2 | EA | VYVANSE    C2 CAPS 60MG 100 EA | | 2 | | | 509.21 | | SN |
| | | | | | HELD PENDING REGULATORY REVIEW | | | | | | | |
| | | | | | TOTAL PIECES SHIPPED | | | | | | | |

Note Codes:
T  Taxable          CT  Contract
G  Generic Sub      SN  Special Net
PP  PharmPak Discount  SP  Special Pricing

Omit Codes:
1 Mfg. B.O.        4 Not stocked        7 Drug recal
2 Whse. out        5 Mfg. disc.         8 New item/stock unavail.
3 Mfg. out         6 Whse. disc.        9 Restricted item

If this invoice reflects any discounted prices, credits, or rebates or if price reductions are subsequently earned and paid with respect to the merchandise/services described herein, then federal law may require disclosure on the price reduction on your claim or cost reports for Medicare or Medicaid reimbursement under 42 U.S.C. 1320(a)-7b.

**Customer is a final dispenser that does not and will not redistribute prescription pharmaceuticals into to the secondary market**

243 / 210

HIGHLY CONFIDENTIAL

The Medicine Shoppe

03/20/2013 09:12 FAX

0005/0005

CAH_FEDWV_00000748
P-42116_00255

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim; Emma, Douglas |
| **Cc:** | Farrell, Daniel (PD) |
| **Subject:** | FW: [SOMStatus] Notification of New Customer File |
| **Date:** | Monday, March 19, 2012 1:30:35 PM |
| **Attachments:** | Picture 752.jpg |
| | Picture 753.jpg |
| | Picture 754.jpg |
| | Picture 755.jpg |
| | Picture 756.jpg |
| | Picture 757.jpg |
| | Picture 758.jpg |
| | Picture 759.jpg |
| | Picture 760.jpg |
| | Picture 761.jpg |
| | Picture 762.jpg |
| **Importance:** | High |

To all,
 Here was the last usage report I sent in on Med Shoppe because of the change in his market and he is wondering when he will be able to meds for his patients that have ADHD. These usages may be changing but he has been willing to send these to me before we even asked for them. Please advise!

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508
-----Original Message-----
From: Kave, Jesse
Sent: Friday, March 09, 2012 2:46 PM
To: Howenstein, Kim
Cc: Emma, Douglas; Farrell, Daniel (PD)
Subject: RE: [SOMStatus] Notification of New Customer File

Kim,
 Here is the latest usage since the pharmacy has closed in town with dates expressed at the top. It is a complete utilization in case there may be other drugs affected by the stores closure.

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508

-----Original Message-----
From: Howenstein, Kim
Sent: Friday, March 09, 2012 12:10 PM
To: Kave, Jesse
Subject: RE: [SOMStatus] Notification of New Customer File

Wonderful. Thank you!

-----Original Message-----
From: Kave, Jesse
Sent: Friday, March 09, 2012 10:14 AM

CAH_FEDWV_00000749
P-42116_00256

To: Howenstein, Kim
Cc: Emma, Douglas; Farrell, Daniel (PD)
Subject: RE: [SOMStatus] Notification of New Customer File
Importance: High

Kim,
Here is the Behavioral Specialist that Joe is now seeing additional scripts from do to the closing of this pharmacy.

James Lewis
University Pediatrics
6007 US Rte 60 East
Barboursville WV 25504
DEA AL1395272

Closed Pharmacy
Save Scripts Phy
335 4th Ave
Huntington, WV 25710

Joe is running a new updated report for all controls since there may be other doctors that this pharmacy may have filled scripts for and I will send it in as soon as he is done running it. We just sent in a report in recently but do to the timing of this closure he is running into increased usage since the old report on other drugs as well. Please call or email if there is additional data necessary from the owner.

Thanks
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508

-----Original Message-----
From: Howenstein, Kim
Sent: Friday, March 09, 2012 9:24 AM
To: Kave, Jesse
Cc: Emma, Douglas
Subject: RE: [SOMStatus] Notification of New Customer File

Good Morning Jesse,
My earlier e-mail sent this morning -

Could you please provide me with the name of the prescriber of the Lisdexamfetamine Mesylate and the pharmacy that was recently closed?

This is stemming from his TH Event Survey (See attached)

Thank you,
Kim

-----Original Message-----
From: Kave, Jesse
Sent: Thursday, March 08, 2012 10:26 PM
To: Howenstein, Kim
Subject: FW: [SOMStatus] Notification of New Customer File

Kim,
  Please see if this is one of the shifts in drug purchases Joe address in his threshold survey.

HIGHLY CONFIDENTIAL

Thanks,
Jesse Kave
Cardinal Health
Pharmacy Business Consultant
jesse.kave@cardinalhealth.com
Cell 304-926-4337
Fax 614-553-9508
-----Original Message-----
From: support@mycardinalsomstatus.com [mailto:support@mycardinalsomstatus.com]
Sent: Thursday, March 08, 2012 11:46 AM
To: Kave, Jesse
Cc: Anderson, Chris J; Farrell, Daniel (PD); Nicolli, Jason; Kramer, Kathy; Seiden, Mark; Schrebe,
Melissa; Montgomery, Steven; Folmar, Tom
Subject: [SOMStatus] Notification of New Customer File

A customer that is assigned to you has had an order blocked as a result of a controlled substance order
threshold limit.  You will receive additional notifications from this system anytime the status of this file
changes.

Customer must complete the one-page questionnaire.
Questionnaire is available at: http://www.cardinalhealth.com/thresholdsurvey

Customer Name: MED SHOPPE #0290 HNTNGTN CSOS
DEA#: BT5541760
Segment: RETAIL INDEPENDENT
Group: MEDICINE SHOPPE INDEPENDENT
Address: 2402 ADAMS AVE HUNTINGTON, WV 25704 Phone Number: 3044296716 Overage Date: Mar
07, 2012
Item Description: VYVANSE 50MG 100          C2
Family Base Code: LISDEXAMFETAMINE MESYLATE (1205) Status Justification:
Justification Comments:

Thanks,
SOM Status System

CAH_FEDWV_00000751
P-42116_00258

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Friday, April 13, 2012 12:17:14 PM |

Kim,
I will call them today.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,
Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

**Kim Howenstein**
**Sr Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

**From:** Howenstein, Kim
**To:** Emma, Douglas
**Subject:** FW: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760
**Date:** Monday, April 16, 2012 8:19:00 PM
**Attachments:** Physician Info.pdf

Doug,

Please see below

I have requested the data from Jesse as well.

When Jesse refers to data below I believe he is referencing "information"

http://cabellhuntington.org/services/pain-management/

| Name: | Ahmet H Ozturk, M.D. |
|---|---|
| Address: | 1623 Thirteenth Avenue<br>Huntington, WV<br>25701 |
| Phone: | (304) 526-2243 |
| Fax: | (304) 526-2220 |
| Board certification: | Am Board of Anesthesiology (CAQ: Pain Management) (Pain Medicine (Anes))<br>Am Board of Anesthesiology (Anesthesiology) |
| Medical school: | Ege Universitesi (Izmir, Turkey) |

| Name: | Rehan Memon, M.D. |
|---|---|
| Address: | Pain Care, PLLC<br>1623 13th Avenue<br>Huntington, WV<br>25701 |
| Phone: | (304) 526-2243 |

CAH_FEDWV_00000753
P-42116_00260

| Fax: | (304) 522-9116 |
|---|---|
| Board certification: | American Board of Anesthesiology (Pain Medicine (Anes)) American Board of Anesthesiology (Anesthesiology) |
| Medical school: | Dow Medical College (Karachi, Pakistan) |

I could not locate Dr. Ozturk in NY or NJ

And Dr. Memon does not have an active license in IN any longer

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 7:35 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  Here is the data for Medicine Shoppe Huntington WV. The Cabell Pain Clinic with Dr Oztark & Dr Memem were both the doctors they were already using but do to the absence of the old pharmacy that closed they accepted only new patients for their local market which is the main reason for the increase. Wes said if you beed a report to support this please let us know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

---

**From:** Kave, Jesse
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 I will call them today.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*

HIGHLY CONFIDENTIAL

*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,

Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

<u>Kim Howenstein</u>
**Sr Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL



WV.GOV - WVBOM

# West Virginia
# Board of Medicine



SEARCH
Click
Here

MEDICAL DOCTOR
PODIATRIST
PHYSICIAN ASSISTANT

**Board Information**

WVBOM Home Page

About the WVBOM

Available Services

WVBOM FAQ's

Staff Members

Members and Officers

Committees

Board Meetings

Applications

Forms

Board Public Hearings

Disciplinary Action

Position Statements

Medical Practice Act

Rules

Continuing Education

Management of Intractable Pain

Renewal FAQ's

Requirements - MD's

Requirements - DPM's

Requirements - PA's

Activity

Request for Continuation of License - Military Deployment

Licensee Search

Directory

Annual Reports

Newsletter

Related Links

**West Virginia Board of Medicine Licensee Detail**

Data for licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

**Licensee Detailed Information**

Full Name: **AHMET HUSAMETTIN OZTURK, M.D.**

Born: 1953

Preferred Mailing Address: PAIN CARE, PLLC
P. O. BOX 8166
HUNTINGTON, WV 25705

Primary Work Location: CHH REGIONAL PAIN MANAGEMENT CENTER
1623 THIRTEENTH AVE.
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 15431  ACTIVE

Originally Granted: 3/14/1988

Next Expires: 6/30/2013

Pain Dispensing Certificate: # 00378  ACTIVE

Originally Granted: 7/1/1991

Next Expires: 6/30/2013

Is Or Has Been Licensed In: FLORIDA   NEW JERSEY   NEW YORK   OHIO

Medical School: MEDICAL FACULTY, ANKARA UNIVERSITY (TURKEY)
(08/17/1977)

Post-Graduate Training: METHODIST HOSPITAL, BROOKLYN, NY (06/30/1987)

Primary Specialty PAIN MEDICINE
(Self-Designated):

Secondary Specialty ANESTHESIOLOGY
(Self-Designated):

Currently Supervised: NO CURRENT SUPERVISION

**Disciplinary Records for AHMET HUSAMETTIN OZTURK**

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

**Malpractice Records for AHMET HUSAMETTIN OZTURK**

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000756
P-42116_00263

- inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

## Malpractice Record: **Case Detail**

| | |
|---|---|
| Action Type: | Judgment in Legal Action |
| Loss Date: | NO LOSS DATE IS AVAILABLE |
| Action Date: | 6/28/1995 |
| Amount: | $2,705,000 |
| Insurance Company: | PIE MUTUAL |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED--1995 |

## Malpractice Record: **Case Detail**

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 7/7/1997 |
| Action Date: | 8/14/2000 |
| Amount: | $0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | 103363 |
| Adjucating Body: | CABELL CTY CIRCUIT COURT |
| Case Number of Adjucating Body: | CA 99-C-0522 |
| Notes: | DISMISSED BY PLAINTIFF |

New Search

HIGHLY CONFIDENTIAL

Contact View Screen



## Identification Information                                          [back]

| Name | Dr. AHMET HUSAMETTIN OZTURK<br>Birth Date: 6/1953   Birth Place: ISTANBUL<br>Birth Country: |
|---|---|
| Practice | 1623 Thirteenth Avenue<br> Suite 1<br> HUNTINGTON, WV 25701<br> United States of America |
| Residence | HUNTINGTON, WV 25701<br>County: Out of State |
| Professional Education | School:   902030-Medical Faculty, Ege University<br>Graduated: 08/17/77 |

## License and Registration Information

| Credential | License Type | Initial Licensure Date | Expiration Date | Status |
|---|---|---|---|---|
| 35.074618 | Doctor of Medicine | 07/01/1998 | 04/01/2014 | ACTIVE |

### Specialties

PAIN MEDICINE
PAIN MANAGEMENT (ANESTHESIOLOGY)
ANESTHESIOLOGY

Specialty listings are voluntarly provided by the physician. They are not verified by the State Medical Board and do not confirm that the physician is Board certified by a professional specialty organization. To find out if a physician is certified by a specialty board, you should contact that board. Information and links to specialty boards can be found by clicking this green box.

## Formal Action Information

No formal action exists.

The above is an accurate representation of information currently maintained by the State Medical Board of Ohio as of 4/16/2012. The JCAHO and the NCQA have informed the Board that they consider this on-line license status information as fulfilling the primary source requirement for verification of licensure in compliance with their respective credentialing standards. This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

https://license.ohio.gov/Lookup/SearchDetail.asp?ContactIdnt=2961033&DivisionIdnt=78&Type=L[4/16/2012 8:12:57 PM]

HIGHLY CONFIDENTIAL

**The State Medical Board utilizes the Federation Credentials Verification Service (FCVS) as an agent and partner in licensing physicians in Ohio. Physicians initially licensed in Ohio after February 1st, 1997 have had their medical education, post-graduate training and examination history primary source verified by FCVS. Therefore, the use of this website for documentation of primary source verification (PSV) of education and training meets current NCQA guidelines for those licensed after February 1, 1997. This statement, affirming that primary source verification of medical education and post-graduate training has been performed as part of the licensure process, should be printed out and retained in your files. Prior to February 1, 1997, the State Medical Board prime source verified the post-graduate training and examination history.**

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000759

P-42116_00266



Search our site: [          ] [ Search ]

DOH Home  |  A–Z Topics  |  About DOH  |  Site Map  |  Contact Us

## floridashealth.com

# License Verification

Data As Of **4/16/2012**

**License Verification**

**Practitioner Profile**

## AHMET HUSAMETTIN OZTURK

LICENSE NUMBER: **ME86889**

Printer Friendly Version

General Information  |  Secondary Locations  |  Practitioner Profile

**Profession**
MEDICAL DOCTOR

**License/Activity Status**
CLEAR/ACTIVE

| **License Expiration Date** | **License Original Issue Date** |
|---|---|
| 1/31/2013 | 01/27/2003 |

| **Discipline on File** | **Public Complaint** |
|---|---|
| NO | NO |

**Address of Record**
1623 13TH AVE
HUNTINGTON, WV   25701

The information on this page is a secure, primary source for license verification provided by The Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

Privacy Statement * Disclaimer
Accessibility Information * Email Advisory
Download Data

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000760
P-42116_00267

WV.GOV - WVBOM



West Virginia
# Board of Medicine

## Board Information

WVBOM Home Page

About the WVBOM

Available Services

WVBOM FAQ's

Staff Members

Members and Officers

Committees

Board Meetings

Applications

Forms

Board Public Hearings

Disciplinary Action

Position Statements

## Law and Rules

Medical Practice Act

Rules

Continuing Education

Management of Intractable Pain

Renewal FAQ's

Requirements - MD's

Requirements - DPM's

Requirements - PA's

Activity

Request for Continuation of License - Military Deployment

Licensee Search

Directory

Annual Reports

Newsletter

Related Links



SEARCH
Click
Here
MEDICAL DOCTOR |
PODIATRIST |
PHYSICIAN ASSISTANT

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results | Licensee Detailed Information |
|---|---|

Full Name: **REHAN MEMON, M.D.**

Born: 1975

Preferred Mailing Address: PO BOX 8166
HUNTINGTON, WV 25705

Primary Work Location: PAIN CARE PLLC
1623 13TH AVENUE
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 23333  ACTIVE

Originally Granted: 9/8/2008

Next Expires: 6/30/2013

Also Licensed Or Has Been **INDIANA**
Licensed In:

Medical School: DOW MEDICAL COLLEGE, UNIVERSITY OF KARACHI
(PAKISTAN) (10/09/1999)

Post-Graduate Training: UNIVERSITY OF ARKANSAS COLLEGE OF MEDICINE, AR
(09/30/2007)

Primary Specialty ANESTHESIOLOGY
(Self-Designated):

Secondary Specialty PAIN MEDICINE
(Self-Designated):

PAs Currently Supervised: NO CURRENT SUPERVISION

Discipline: NO DISCIPLINE CASES ON RECORD

Malpractice: NO MALPRACTICE CASES ON RECORD

**3** Results Found
Last Name Like: **"memon"**   First Name Like: **""**   Profession: **Any**

| Name | Profession | City, State |
|---|---|---|
| MEMON, KHALID U-ZAMAN | MD | AIEA, HI |
| MEMON, NAIM AHMED | MD | EXTON, PA |
| MEMON, REHAN | MD | HUNTINGTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

http://www.wvbom.wv.gov/...&profession=&Category=&Descending=&CurrentPage=1&TotalPages=1&PageSize=20&IndividualID=18958[4/16/2012 8:11:44 PM]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000761

P-42116_00268



## Indiana
*Online Licensing*

**New Search**
**Litigation Documents**
**Digital Certification**
**Medical Board**

| Person Information | |
|---|---|
| Rehan Memon | |

| Address Information | |
|---|---|
| Syracuse NY 13215 | |

| License Information | |
|---|---|
| License No: | 01064000A |
| Profession: | Medical Licensing Board |
| License Type: | Physician |
| Obtained By Method: | Examination |
| Issue Date: | 6/27/2007 |
| Expiration Date: | 6/30/2009 |
| License Status: | Expired |

| Specialty Information as Reported by Physician |
|---|
| No Specialty Information |

| Previous Action |
|---|
| Previous Action - None |

| Related Licenses |
|---|
| No Prerequisite Information |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000762
P-42116_00269

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Kave, Jesse |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, April 16, 2012 8:26:00 PM |

That will work –

Please also confirm if you could what states Dr. Ozturk and Dr. Memon are currently licensed in and if they utilize those licenses.

Thank you,
Kim

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 8:23 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,

 The last 90 days for Methadone family?

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:04 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thanks Jesse,
Lets go ahead and obtain some dispense data please.

I appreciate the email.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 7:35 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 Here is the data for Medicine Shoppe Huntington WV. The Cabell Pain Clinic with Dr Oztark & Dr Memem were both the doctors they were already using but do to the absence of the old pharmacy that closed they accepted only new patients for their local market which is the main reason for the increase. Wes said if you beed a report to support this please let us know.

CAH_FEDWV_00000763
P-42116_00270

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

**From:** Kave, Jesse
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 I will call them today.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,
Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

**Kim Howenstein**
**Sr Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Emma, Douglas |
| **Subject:** | FW: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, April 16, 2012 8:19:00 PM |
| **Attachments:** | Physician Info.pdf |

Doug,

Please see below

I have requested the data from Jesse as well.

When Jesse refers to data below I believe he is referencing "information"

http://cabellhuntington.org/services/pain-management/

| | |
|---|---|
| **Name:** | Ahmet H Ozturk, M.D. |
| **Address:** | 1623 Thirteenth Avenue<br>Huntington, WV<br>25701 |
| **Phone:** | (304) 526-2243 |
| **Fax:** | (304) 526-2220 |
| **Board certification:** | Am Board of Anesthesiology (CAQ: Pain Management) (Pain Medicine (Anes))<br>Am Board of Anesthesiology (Anesthesiology) |
| **Medical school:** | Ege Universitesi (Izmir, Turkey) |

| | |
|---|---|
| **Name:** | Rehan Memon, M.D. |
| **Address:** | Pain Care, PLLC<br>1623 13th Avenue<br>Huntington, WV<br>25701 |
| **Phone:** | (304) 526-2243 |

CAH_FEDWV_00000765<br>P-42116_00272

| Fax: | (304) 522-9116 |
|---|---|
| Board certification: | American Board of Anesthesiology (Pain Medicine (Anes)) American Board of Anesthesiology (Anesthesiology) |
| Medical school: | Dow Medical College (Karachi, Pakistan) |

I could not locate Dr. Ozturk in NY or NJ

And Dr. Memon does not have an active license in IN any longer

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 7:35 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  Here is the data for Medicine Shoppe Huntington WV. The Cabell Pain Clinic with Dr Oztark & Dr Memem were both the doctors they were already using but do to the absence of the old pharmacy that closed they accepted only new patients for their local market which is the main reason for the increase. Wes said if you beed a report to support this please let us know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

---

**From:** Kave, Jesse
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 I will call them today.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*

HIGHLY CONFIDENTIAL

*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,

Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

Kim Howenstein
**Sr Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL



WV.GOV - WVBOM

# West Virginia Board of Medicine



SEARCH Click Here

MEDICAL DOCTOR
PODIATRIST
PHYSICIAN ASSISTANT

**Board Information**

WVBOM Home Page

About the WVBOM

Available Services

WVBOM FAQ's

Staff Members

Members and Officers

Committees

Board Meetings

Applications

Forms

Board Public Hearings

Disciplinary Action

Position Statements

Medical Practice Act

Rules

Continuing Education

Management of Intractable Pain

Renewal FAQ's

Requirements - MD's

Requirements - DPM's

Requirements - PA's

Activity

Request for Continuation of License - Military Deployment

Licensee Search

Directory

Annual Reports

Newsletter

Related Links

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

## West Virginia Board of Medicine Licensee Detail

Data for Licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

**Search Results**

### Licensee Detailed Information

Full Name: **AHMET HUSAMETTIN OZTURK, M.D.**

Born: 1953

Preferred Mailing Address: PAIN CARE, PLLC
P. O. BOX 8166
HUNTINGTON, WV 25705

Primary Work Location: CHH REGIONAL PAIN MANAGEMENT CENTER
1623 THIRTEENTH AVE.
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 15431  ACTIVE

Originally Granted: 3/14/1988

Next Expires: 6/30/2013

Dispensing Certificate: # 00378  ACTIVE

Originally Granted: 7/1/1991

Next Expires: 6/30/2013

Is Now Or Has Been Licensed In: FLORIDA    NEW JERSEY    NEW YORK    OHIO

Medical School: MEDICAL FACULTY, ANKARA UNIVERSITY (TURKEY) (08/17/1987)

Post-Graduate Training: METHODIST HOSPITAL, BROOKLYN, NY (06/30/1987)

Primary Specialty PAIN MEDICINE
(Self-Designated):

Secondary Specialty ANESTHESIOLOGY
(Self-Designated):

Currently Supervised: NO CURRENT SUPERVISION

### Disciplinary Records for AHMET HUSAMETTIN OZTURK

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for AHMET HUSAMETTIN OZTURK

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000768
P-42116_00275

inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

## Malpractice Record: **Case Detail**

| | |
|---|---|
| Action Type: | Judgment in Legal Action |
| Loss Date: | NO LOSS DATE IS AVAILABLE |
| Action Date: | 6/28/1995 |
| Amount: | $2,705,000 |
| Insurance Company: | PIE MUTUAL |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED--1995 |

## Malpractice Record: **Case Detail**

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 7/7/1997 |
| Action Date: | 8/14/2000 |
| Amount: | $0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | 103363 |
| Adjucating Body: | CABELL CTY CIRCUIT COURT |
| Case Number of Adjucating Body: | CA 99-C-0522 |
| Notes: | DISMISSED BY PLAINTIFF |

New Search

http://www.wvbom.wv.gov/licenseDMDetail.asp?IndividualID=4121#M[4/16/2012 8:10:48 PM]

HIGHLY CONFIDENTIAL

Contact View Screen



### Identification Information [back]

| Name | Dr. AHMET HUSAMETTIN OZTURK<br>Birth Date: 6/1953   Birth Place: ISTANBUL<br>Birth Country: |
|---|---|
| Practice | 1623 Thirteenth Avenue<br>Suite 1<br>HUNTINGTON, WV 25701<br>United States of America |
| Residence | HUNTINGTON, WV 25701<br>County: Out of State |
| Professional Education | School:   902030-Medical Faculty, Ege University<br>Graduated: 08/17/77 |

### License and Registration Information

| Credential | License Type | Initial Licensure Date | Expiration Date | Status |
|---|---|---|---|---|
| 35.074618 | Doctor of Medicine | 07/01/1998 | 04/01/2014 | ACTIVE |

#### Specialties

PAIN MEDICINE
PAIN MANAGEMENT (ANESTHESIOLOGY)
ANESTHESIOLOGY

Specialty listings are voluntarly provided by the physician. They are not verified by the State Medical Board and do not confirm that the physician is Board certified by a professional specialty organization. To find out if a physician is certified by a specialty board, you should contact that board. Information and links to specialty boards can be found by clicking this green box.

### Formal Action Information

No formal action exists.

The above is an accurate representation of information currently maintained by the State Medical Board of Ohio as of 4/16/2012. The JCAHO and the NCQA have informed the Board that they consider this on-line license status information as fulfilling the primary source requirement for verification of licensure in compliance with their respective credentialing standards. This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

https://license.ohio.gov/Lookup/SearchDetail.asp?ContactIdnt=2961033&DivisionIdnt=78&Type=L[4/16/2012 8:12:57 PM]

HIGHLY CONFIDENTIAL

**The State Medical Board utilizes the Federation Credentials Verification Service (FCVS) as an agent and partner in licensing physicians in Ohio. Physicians initially licensed in Ohio after February 1st, 1997 have had their medical education, post-graduate training and examination history primary source verified by FCVS. Therefore, the use of this website for documentation of primary source verification (PSV) of education and training meets current NCQA guidelines for those licensed after February 1, 1997. This statement, affirming that primary source verification of medical education and post-graduate training has been performed as part of the licensure process, should be printed out and retained in your files. Prior to February 1, 1997, the State Medical Board prime source verified the post-graduate training and examination history.**

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000771

P-42116_00278



**FLORIDA DEPARTMENT OF HEALTH**

Search our site: [_____] [Search]

DOH Home  |  A–Z Topics  |  About DOH  |  Site Map  |  Contact Us

# floridashealth.com

## License Verification

Data As Of **4/16/2012**

**License Verification**

**Practitioner Profile**

### AHMET HUSAMETTIN OZTURK
LICENSE NUMBER: **ME86889**

Printer Friendly Version

General Information | Secondary Locations | Practitioner Profile

**Profession**
MEDICAL DOCTOR

**License/Activity Status**
CLEAR/ACTIVE

| **License Expiration Date** | **License Original Issue Date** |
|---|---|
| 1/31/2013 | 01/27/2003 |

| **Discipline on File** | **Public Complaint** |
|---|---|
| NO | NO |

**Address of Record**
1623 13TH AVE
HUNTINGTON, WV    25701

The information on this page is a secure, primary source for license verification provided by The Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

Privacy Statement * Disclaimer
Accessibility Information * Email Advisory
Download Data

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000772
P-42116_00279



WV.GOV – WVBOM

## West Virginia Board of Medicine



SEARCH
Click Here
MEDICAL DOCTOR
PODIATRIST
PHYSICIAN ASSISTANT

**Board Information**

WVBOM Home Page

About the WVBOM

Available Services

WVBOM FAQ's

Staff Members

Members and Officers

Committees

Board Meetings

Applications

Forms

Board Public Hearings

Disciplinary Action

Position Statements

**Law and Rules**

Medical Practice Act

Rules

Continuing Education

Management of Intractable Pain

Renewal FAQ's

Requirements - MD's

Requirements - DPM's

Requirements - PA's

Activity

Request for Continuation of License - Military Deployment

**Members**

Licensee Search

Directory

Annual Reports

Newsletter

Related Links

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### West Virginia Board of Medicine Licensee Search

Choose a search type, enter search information, select from the results, and view details. For help with searching or understanding the information displayed, go to Help. This link will open a new screen which you may keep available for reference.

To determine if a physician is Board Certified in a particular specialty, you may call the American Board of Medical Specialties toll-free at 866.275.2267, or you may visit their website at www.abms.org.

Terms of Use/Disclaimer

Printer Friendly

| Search Results | Licensee Detailed Information |
|---|---|

Full Name: **REHAN MEMON, M.D.**

Born: 1975

Preferred Mailing Address: PO BOX 8166
HUNTINGTON, WV 25705

Primary Work Location: PAIN CARE PLLC
1623 13TH AVENUE
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 23333  ACTIVE

Originally Granted: 9/8/2008

Next Expires: 6/30/2013

Also Licensed Or Has Been Licensed In: **INDIANA**

Medical School: DOW MEDICAL COLLEGE, UNIVERSITY OF KARACHI (PAKISTAN) (10/09/1999)

Post-Graduate Training: UNIVERSITY OF ARKANSAS COLLEGE OF MEDICINE, AR (09/30/2007)

Primary Specialty ANESTHESIOLOGY
(Self-Designated):

Secondary Specialty PAIN MEDICINE
(Self-Designated):

PAs Currently Supervised: NO CURRENT SUPERVISION

Discipline: NO DISCIPLINE CASES ON RECORD

Malpractice: NO MALPRACTICE CASES ON RECORD

**3** Results Found
Last Name Like: **"memon"**    First Name Like: **""**    Profession: **Any**

| Name | Profession | City, State |
|---|---|---|
| MEMON, KHALID U-ZAMAN | MD | AIEA, HI |
| MEMON, NAIM AHMED | MD | EXTON, PA |
| MEMON, REHAN | MD | HUNTINGTON, WV |

New Search

This licensee search was developed by Tygart Technology, Inc.
Please send any questions, comments or suggestions to our Web Administrator.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000773
P-42116_00280



**New Search**

**Litigation Documents**

**Digital Certification**

**Medical Board**

| Person Information |
| --- |
| Rehan Memon |

| Address Information |
| --- |
| Syracuse NY 13215 |

| License Information | |
| --- | --- |
| License No: | 01064000A |
| Profession: | Medical Licensing Board |
| License Type: | Physician |
| Obtained By Method: | Examination |
| Issue Date: | 6/27/2007 |
| Expiration Date: | 6/30/2009 |
| License Status: | Expired |

| Specialty Information as Reported by Physician |
| --- |
| No Specialty Information |

| Previous Action |
| --- |
| Previous Action - None |

| Related Licenses |
| --- |
| No Prerequisite Information |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000774

P-42116_00281

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, April 23, 2012 10:59:37 AM |
| **Attachments:** | Picture 807.jpg |
| | Picture 808.jpg |
| | Picture 809.jpg |
| | Picture 810.jpg |
| | Picture 811.jpg |
| | Picture 812.jpg |
| | Picture 813.jpg |
| | Picture 814.jpg |
| | Picture 815.jpg |

Kim,

 See attached reports for Methadone Jan, Feb & March. Wes said these doctors are both full time physicians @ Cabell Pain Clinic and he is not aware if they are licenses in other states. I am sending another report that Wes ran which shows rx's s per doctor for Jan, Feb & March.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:26 PM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

That will work –
Please also confirm if you could what states Dr. Ozturk and Dr. Memon are currently licensed in and if they utilize those licenses.

Thank you,
Kim

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 8:23 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,

 The last 90 days for Methadone family?

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

HIGHLY CONFIDENTIAL

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:04 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thanks Jesse,
Lets go ahead and obtain some dispense data please.

I appreciate the email.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 7:35 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  Here is the data for Medicine Shoppe Huntington WV. The Cabell Pain Clinic with Dr Oztark & Dr Memem were both the doctors they were already using but do to the absence of the old pharmacy that closed they accepted only new patients for their local market which is the main reason for the increase. Wes said if you beed a report to support this please let us know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

---

**From:** Kave, Jesse
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  I will call them today.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

HIGHLY CONFIDENTIAL

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,

Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

Kim Howenstein
**Sr Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

Case 3:17-cv-01362   Document 1516-20   Filed 01/13/22   Page 105 of 152 PageID #: 78151

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|-----------|-----|--------|------|--------|------|------|-------|

TOTAL FOR SELECTED DRUGS

SELECTION CRITERIA   Tx Date Range    01/01/2012      01/31/2012        Report Type:
                     Drug Code        METH5           METH5             Report Order: 1
                     GPI                                                Number Drugs: 100
                     Drug Schedule                                      Summary Only: N
                     Canada Sched                                       List Each Tx: N
                     Drug Group                                         Compnd Ingrd: Y
                     NDC/DIN Code                                       Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000778

P-42116_00285

Store #: 0290
04/19/2012

Case 3:17-cv-01362   Document 1516-20   Filed 01/13/22   Page 106 of 152 PageID #: 78152

PDX INC.  PDX PHARMACY SYSTEM
DRUG MOVEMENT REPORT

02/01/2012-02/29/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|------------|-----|--------|------|--------|------|------|-------|

TOTAL FOR SELECTED DRUGS

| SELECTION CRITERIA | Tx Date Range | 02/01/2012 | 02/29/2012 | | Report Type: |
|---|---|---|---|---|---|
| | Drug Code | METH5 | METH5 | | Report Order: 1 |
| | GPI | | | | Number Drugs: 100 |
| | Drug Schedule | | | | Summary Only: N |
| | Canada Sched | | | | List Each Tx: N |
| | Drug Group | | | | Compnd Ingrd: Y |
| | NDC/DIN Code | | | | Zero Price: |
| | ASHP Class | | | | |
| | Patient Code | | | | |
| | Patient Group | | | | |
| | Physician Code | | | | |
| | Price Code | | | | |
| | T/P Carrier | | | | |
| | T/P Plan | | | | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000779
P-42116_00286

Store #: 0290

04/19/2012

PDX INC. PDX PHARMACY SYSTEM

DRUG MOVEMENT REPORT

01/01/2012-01/31/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|-----------|-----|--------|------|--------|------|------|-------|

TOTAL FOR SELECTED DRUGS

SELECTION CRITERIA    Tx Date Range    01/01/2012        01/31/2012        Report Type:
                      Drug Code        METH523           METH523           Report Order: 1
                      GPI                                                  Number Drugs: 100
                      Drug Schedule                                        Summary Only: N
                      Canada Sched                                         List Each Tx: N
                      Drug Group                                           Compnd Ingrd: Y
                      NDC/DIN Code                                         Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

HIGHLY CONFIDENTIAL

Store #: 0290

04/19/2012

RDX INC. RDX PHARMACY SYSTEM

DRUG MOVEMENT REPORT

02/01/2012-02/29/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| METHADONE 5 MG | TAB MAL | 00406575501 | 4 | 318 | 14.35 | 37.99 | 23.64 | 62.23 | 5.91 |
| TOTAL FOR SELECTED DRUGS | | | 4 | 318 | 14.35 | 37.99 | 23.64 | 62.23 | 5.91 |

```
SELECTION CRITERIA  Tx Date Range  02/01/2012      02/29/2012        Report Type:
                    Drug Code      METH523         METH523           Report Order: 1
                    GPI                                              Number Drugs: 100
                    Drug Schedule                                    Summary Only: N
                    Canada Sched                                     List Each Tx: N
                    Drug Group                                       Compnd Ingrd: Y
                    NDC/DIN Code                                     Zero Price:
                    ASHP Class
                    Patient Code
                    Patient Group
                    Physician Code
                    Price Code
                    T/P Carrier
                    T/P Plan
```

HIGHLY CONFIDENTIAL

Store #: 0290
04/19/2012

PDX INC. PDX PHARMACY SYSTEM
DRUG MOVEMENT REPORT

03/01/2012-03/31/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|---|-----------|-----|--------|------|--------|------|------|-------|
| METHADONE 5 MG | TAB MAL | 00406575501 | 6 | 346 | 15.62 | 47.08 | 31.46 | 66.82 | 5.24 |
| TOTAL FOR SELECTED DRUGS | | | 6 | 346 | 15.62 | 47.08 | 31.46 | 66.82 | 5.24 |

SELECTION CRITERIA  Tx Date Range    03/01/2012       03/31/2012        Report Type:
                    Drug Code        METH523          METH523           Report Order: 1
                    GPI                                                  Number Drugs: 100
                    Drug Schedule                                        Summary Only: N
                    Canada Sched                                         List Each Tx: N
                    Drug Group                                           Compnd Ingrd: Y
                    NDC/DIN Code                                         Zero Price:
                    ASHP Class
                    Patient Code
                    Patient Group
                    Physician Code
                    Price Code
                    T/P Carrier
                    T/P Plan

HIGHLY CONFIDENTIAL

RDX, INC. IPX PHARMACY SYSTEM
Store: 0290
DRUG MOVEMENT REPORT
02/01/2012-02/29/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG_$ |
|-----------|-----|------------|-----|--------|------|--------|------|------|-------|
| METHADONE 10 MG | TAB MAL | 00406577101 | 22 | 2778 | 181.90 | 386.84 | 204.94 | 52.98 | 9.32 |
| METHADONE 10 MG | TAB ROX | 00054457125 | 8 | 1042 | 75.13 | 129.50 | 54.37 | 41.98 | 6.80 |
| TOTAL FOR SELECTED DRUGS | | | 30 | 3820 | 257.03 | 516.34 | 259.31 | 50.22 | 8.64 |

```
SELECTION CRITERIA   Tx Date Range    02/01/2012    02/29/2012      Report Type:
                     Drug Code        METH10        METH1022        Report Order: 1
                     GPI                                            Number Drugs: 100
                     Drug Schedule                                  Summary Only: N
                     Canada Sched                                   List Each Tx: N
                     Drug Group                                     Compnd Ingrd: Y
                     NDC/DIN Code                                   Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan
```

HIGHLY CONFIDENTIAL

```
Store #: 0290                          FDX-1561 FRX PHARMACY SYSTEM
04/19/2012                            MEDICINE SHOPPE #0290                        01/01/2012-01/31/2012
                                       DRUG MOVEMENT REPORT
```

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| METHADONE 10 MG | TAB ROX | 00054457125 | 10 | 1466 | 105.70 | 164.82 | 59.12 | 35.87 | 5.91 |
| METHADONE 10 MG | TAB MAL | 00406577101 | 10 | 1369 | 89.64 | 205.64 | 116.00 | 56.41 | 11.60 |
| TOTAL FOR SELECTED DRUGS | | | 20 | 2835 | 195.34 | 370.46 | 175.12 | 47.27 | 8.76 |

```
SELECTION CRITERIA    Tx Date Range    01/01/2012     01/31/2012      Report Type:
                      Drug Code        METH10         METH1022        Report Order: 1
                      GPI                                             Number Drugs: 100
                      Drug Schedule                                   Summary Only: N
                      Canada Sched                                    List Each Tx: N
                      Drug Group                                      Compnd Ingrd: Y
                      NDC/DIN Code                                    Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000784

P-42116_00291

Case 3:17-cv-01362   Document 1524-2   Filed 01/13/22   Page 112 of 152 PageID #: 79281

PDX, INC. IPX PHARMACY SYSTEM
NUMBER #8049E-#0290
DRUG MOVEMENT REPORT                                      03/01/2012-03/31/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| METHADONE 10 MG | TAB MAL | 00406577101 | 29 | 3544 | 232.05 | 451.05 | 219.00 | 48.55 | 7.55 |
| METHADONE 10 MG | TAB ROX | 00054457125 | 10 | 1169 | 86.61 | 149.29 | 62.68 | 41.99 | 6.27 |
| TOTAL FOR SELECTED DRUGS | | | 39 | 4713 | 318.66 | 600.34 | 281.68 | 46.92 | 7.22 |

```
SELECTION CRITERIA  Tx Date Range   03/01/2012      03/31/2012      Report Type:
                    Drug Code       METH10          METH1022        Report Order: 1
                    GPI                                             Number Drugs: 100
                    Drug Schedule                                   Summary Only: N
                    Canada Sched                                    List Each Tx: N
                    Drug Group                                      Compnd Ingrd: Y
                    NDC/DIN Code                                    Zero Price:
                    ASHP Class
                    Patient Code
                    Patient Group
                    Physician Code
                    Price Code
                    T/P Carrier
                    T/P Plan
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000785

P-42116_00292

Store #: 0290
04/19/2012

Case 3:17-cv-01362   Document 1536-20   Filed 01/13/22   Page 113 of 152 PageID #: 78199

PDX INC.  PDX PHARMACY SYSTEM
DRUG MOVEMENT REPORT
03/01/2012-03/31/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|--|------------|-----|--------|------|--------|------|------|-------|
| METHADONE 5 MG | TAB ROX | 00054457025 | 1 | 56 | 2.78 | 7.39 | 4.61 | 62.38 | 4.61 |
| TOTAL FOR SELECTED DRUGS | | | 1 | 56 | 2.78 | 7.39 | 4.61 | 62.38 | 4.61 |

```
SELECTION CRITERIA   Tx Date Range    03/01/2012      03/31/2012        Report Type:
                     Drug Code        METH5           METH5             Report Order: 1
                     GPI                                                Number Drugs: 100
                     Drug Schedule                                      Summary Only: N
                     Canada Sched                                       List Each Tx: N
                     Drug Group                                         Compnd Ingrd: Y
                     NDC/DIN Code                                       Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan
```

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000786

P-42116_00293

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Cc:** | Emma, Douglas |
| **Subject:** | RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, April 23, 2012 11:11:26 AM |
| **Attachments:** | Picture 816.jpg |
| | Picture 817.jpg |
| | Picture 818.jpg |
| | Picture 819.jpg |
| | Picture 820.jpg |
| | Picture 821.jpg |

Kim,
 Here is another report that Wes ran that shows scripts per doctor for the Methadone for Jan, Feb &
March.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Monday, April 23, 2012 11:04 AM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

**From:** Kave, Jesse
**Sent:** Monday, April 23, 2012 11:00 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 See attached reports for Methadone Jan, Feb & March. Wes said these doctors are both full time
physicians @ Cabell Pain Clinic and he is not aware if they are licenses in other states. I am sending
another report that Wes ran which shows rx's s per doctor for Jan, Feb & March.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:26 PM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

HIGHLY CONFIDENTIAL

That will work —
Please also confirm if you could what states Dr. Ozturk and Dr. Memon are currently licensed in and if they utilize those licenses.

Thank you,
Kim

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 8:23 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,

  The last 90 days for Methadone family?

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:04 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thanks Jesse,
Lets go ahead and obtain some dispense data please.

I appreciate the email.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 7:35 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  Here is the data for Medicine Shoppe Huntington WV. The Cabell Pain Clinic with Dr Oztark & Dr Memem were both the doctors they were already using but do to the absence of the old pharmacy that closed they accepted only new patients for their local market which is the main reason for the increase. Wes said if you beed a report to support this please let us know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*

HIGHLY CONFIDENTIAL

*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

---

**From:** Kave, Jesse
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 I will call them today.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,
Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

Kim Howenstein
**Sr Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

```
Store #: 0290            PDX Inc. PDX PHARMACY SYSTEM
                        MEDICINE SHOPPE #0290              01/01/2012-01/31/2012
04/19/2012              UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | Cost | Retail | Patient | | Filled |
| KUMAR, RASHMI | 1 | 13.70 | 14.47 | $0.77 | 5.32 | $0.77 |
| MEMON, REHAN | 1 | 2.02 | 5.02 | $3.00 | 59.76 | $3.00 |
| OZTURK, AHMET | 8 | 89.98 | 145.33 | $55.35 | 38.09 | $6.92 |
| TOTAL PRESCRIPTIONS | 10 | 105.70 | 164.82 | $59.12 | 35.87 | $5.91 |

```
        TOTAL RECORDS LISTED -- 3


SELECTION CRITERIA    Tx Date Range    01/01/2012    01/31/2012
                      Physician Code
                      Physician Group
                      Physician Type
                      T/P Carrier
                      T/P Plan
                      List Each Tx: N    Summary Only: N    New/Refill:

                                                    Starting    Ending
            Starting          Ending
Drug Code   METH10            METH10          StorageCell
NDC/DIN                                       Pack Size
Drug STD                                      STD Pack
SUBS Code                                     Drug Unit
GPI                                           Schedule
Gen Name                                      Canada Sched
                                              Orig Sched
TallMan Nm                                    DESI
                                              Drug Group
Carrier                                       Sub Group
T/P Plan                                      Category
T/P Group                                     Multi
Drug Lot#                                     TherClass
Manufact.                                     Ther Equiv
Item #

Warehouse          Reportable       Status       UPC
Injectable         Written          StoreGen     Disp Sys
```

Methadone  10mg  tablets

NDC# 00054-4571-25

METH 10

HIGHLY CONFIDENTIAL

Store #: 0290

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
UTILIZATION BY PHYSICIAN

02/01/2012-02/29/2012

04/19/2012

| Physician Name | # Rx | Cost | Retail | | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | | Cost | Retail | Patient | | Filled |
| BROWNFIELD, RON | 1 | 7.93 | 20.95 | | $13.02 | 62.15 | $13.02 |
| KUMAR, RASHMI | 1 | 13.70 | 14.47 | | $0.77 | 5.32 | $0.77 |
| MEMON, REHAN | 2 | 13.12 | 24.54 | | $11.42 | 46.54 | $5.71 |
| OZTURK, AHMET | 4 | 40.38 | 69.54 | | $29.16 | 41.93 | $7.29 |
| TOTAL PRESCRIPTIONS | 8 | 75.13 | 129.50 | | $54.37 | 41.98 | $6.80 |

TOTAL RECORDS LISTED -- 4

SELECTION CRITERIA    Tx Date Range    02/01/2012       02/29/2012
                      Physician Code
                      Physician Group
                      Physician Type
                      T/P Carrier
                      T/P Plan
                      List Each Tx: N    Summary Only: N    New/Refill:

|  | Starting | Ending | | | Starting | Ending |
|---|---|---|---|---|---|---|
| Drug Code | METH10 | METH10 | | StorageCell | | |
| NDC/DIN | | | | Pack Size | | |
| Drug STD | | | | STD Pack | | |
| SUBS Code | | | | Drug Unit | | |
| GPI | | | | Schedule | | |
| Gen Name | | | | Canada Sched | | |
| | | | | Orig Sched | | |
| TallMan Nm | | | | DESI | | |
| | | | | Drug Group | | |
| Carrier | | | | Sub Group | | |
| T/P Plan | | | | Category | | |
| T/P Group | | | | Multi | | |
| Drug Lot# | | | | TherClass | | |
| Manufact. | | | | Ther Equiv | | |
| Item # | | | | | | |
| Warehouse | Reportable | Status | | UPC | | |
| Injectable | Written | StoreGen | | Disp Sys | | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000791

P-42116_00298

```
                           PDX Inc. PDX PHARMACY SYSTEM                    Page: 8145
Store #: 0290              MEDICINE SHOPPE #0290              03/01/2012-03/31/2012
04/19/2012                 UTILIZATION BY PHYSICIAN
```

| Physician Name | | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | | | Cost    Retail    Patient | | | Filled |
| OZTURK, AHMET | | 10 | 86.61 | 149.29 | $62.68 | 41.99 | $6.27 |
| TOTAL PRESCRIPTIONS | | 10 | 86.61 | 149.29 | $62.68 | 41.99 | $6.27 |

```
        TOTAL RECORDS LISTED -- 1


SELECTION CRITERIA     Tx Date Range    03/01/2012      03/31/2012
                       Physician Code
                       Physician Group
                       Physician Type
                       T/P Carrier
                       T/P Plan
                       List Each Tx: N    Summary Only: N    New/Refill:

                Starting           Ending                       Starting   Ending
                METH10             METH10
Drug Code                                          StorageCell
NDC/DIN                                            Pack Size
Drug STD                                           STD Pack
SUBS Code                                          Drug Unit
GPI                                                Schedule
Gen Name                                           Canada Sched
                                                   Orig Sched
TallMan Nm                                         DESI
                                                   Drug Group
Carrier                                            Sub Group
T/P Plan                                           Category
T/P Group                                          Multi
Drug Lot#                                          TherClass
Manufact.                                          Ther Equiv
Item #

Warehouse          Reportable        Status          UPC
Injectable         Written           StoreGen        Disp Sys

            Starting    Ending               Starting   Ending
Shelf Life                          ACQ Pcnt                        UnitofUse
Disp. Life                          STD Pcnt                        UnitDose
Drug Exp.                           REG Pcnt                        AutoFill
DC Date                             WEL Pcnt                        AWPSrc
Mfr DC                              INV Cost                        ACQSrc
MAC Date                            Price Cd
AWP Date                            Reorder
Vendor                              Comp Flag  All Drugs
MTD Usage                           Bubble Fee  ALL
YTD Usage                           Use / Print
Intr                                CentralFill  ANY
Coun                                Mail Only  ANY
Allergy                             No Mail Order
Default Daw                         Refrigerate
MAC Price                           Signtr Reqd
AWP Price                             HAZMAT
  On-Hand                           Bay                  Shelf
PrcLst Qty1                         Rack                 Bin
PrcLst Qty2                         AltGrp/Class
```

HIGHLY CONFIDENTIAL

Store #: 0290

04/19/2012

PDX Inc.  PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
UTILIZATION BY PHYSICIAN

02/01/2012-02/29/2012

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | | Cost    Retail | Patient | | Filled |
| CARAWAY, DAVID L | 1 | 7.60 | 14.33 | $6.73 | 46.96 | $6.73 |
| HOLLINGSWORTH, DEREK | 1 | 17.68 | 48.95 | $31.27 | 63.88 | $31.27 |
| MEMON, REHAN | 1 | 7.33 | 15.74 | $8.41 | 53.43 | $8.41 |
| OZTURK, AHMET | 17 | 125.32 | 258.53 | $133.21 | 51.53 | $7.84 |
| WEBB, DELENO H | 2 | 23.97 | 49.29 | $25.32 | 51.37 | $12.66 |
| TOTAL PRESCRIPTIONS | 22 | 181.90 | 386.84 | $204.94 | 52.98 | $9.32 |

TOTAL RECORDS LISTED -- 5

SELECTION CRITERIA    Tx Date Range    02/01/2012       02/29/2012
                      Physician Code
                      Physician Group
                      Physician Type
                      T/P Carrier
                      T/P Plan
                      List Each Tx: N    Summary Only: N    New/Refill:

|  | Starting | Ending |  | Starting | Ending |
|---|---|---|---|---|---|
|  | | | StorageCell | | |
| Drug Code | METH1022 | METH1022 | Pack Size | | |
| NDC/DIN | | | STD Pack | | |
| Drug STD | | | Drug Unit | | |
| SUBS Code | | | Schedule | | |
| GPI | | | Canada Sched | | |
| Gen Name | | | Orig Sched | | |
| | | | DESI | | |
| TallMan Nm | | | Drug Group | | |
| | | | Sub Group | | |
| Carrier | | | Category | | |
| T/P Plan | | | Multi | | |
| T/P Group | | | TherClass | | |
| Drug Lot# | | | Ther Equiv | | |
| Manufact. | | | | | |
| Item # | | | | | |

Warehouse      Reportable      Status      UPC
Injectable     Written         StoreGen    Disp Sys

HIGHLY CONFIDENTIAL

```
Store #: 0290                PDX Inc. PDX PHARMACY SYSTEM                    Page: 1
                            MEDICINE SHOPPE #0290              03/01/2012-03/31/2012
04/19/2012                  UTILIZATION BY PHYSICIAN
```

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num   QTY   Drug Name | | | Cost   Retail   Patient | | | Filled |
| CARAWAY, DAVID L | 2 | 15.98 | 30.04 | $14.06 | 46.80 | $7.03 |
| HOLLINGSWORTH, DEREK | 2 | 10.74 | 29.74 | $19.00 | 63.89 | $9.50 |
| MEMON, REHAN | 2 | 11.00 | 16.71 | $5.71 | 34.17 | $2.86 |
| OZTURK, AHMET | 21 | 170.36 | 323.72 | $153.36 | 47.37 | $7.30 |
| WEBB, DELENO H | 2 | 23.97 | 50.84 | $26.87 | 52.85 | $13.44 |
| TOTAL PRESCRIPTIONS | 29 | 232.05 | 451.05 | $219.00 | 48.55 | $7.55 |

```
        TOTAL RECORDS LISTED -- 5
```

```
SELECTION CRITERIA      Tx Date Range      03/01/2012      03/31/2012
                        Physician Code
                        Physician Group
                        Physician Type
                        T/P Carrier
                        T/P Plan
                        List Each Tx: N    Summary Only: N    New/Refill:

                                                              Starting    Ending
                Starting            Ending
Drug Code       METH1022            METH1022            StorageCell
NDC/DIN                                                 Pack Size
Drug STD                                                STD Pack
SUBS Code                                               Drug Unit
GPI                                                     Schedule
Gen Name                                                Canada Sched
                                                        Orig Sched
TallMan Nm                                              DESI
                                                        Drug Group
Carrier                                                 Sub Group
T/P Plan                                                Category
T/P Group                                               Multi
Drug Lot#                                               TherClass
Manufact.                                               Ther Equiv
Item #

Warehouse       Reportable          Status             UPC
Injectable      Written             StoreGen           Disp Sys
```

HIGHLY CONFIDENTIAL

Store #: 0290                    PDX Inc. PDX PHARMACY SYSTEM                    Page: 1
                                 MEDICINE SHOPPE #0290              01/01/2012-01/31/2012
04/19/2012                       UTILIZATION BY PHYSICIAN

| Physician Name | # Rx | Cost | Retail | $Margin | %Margin | AVG PROF |
|---|---|---|---|---|---|---|
| Rx Num    QTY   Drug Name | | | Cost | Retail | Patient | Filled |
| BROWNFIELD, RON | 1 | 7.20 | 25.95 | $18.75 | 72.25 | $18.75 |
| HOLLINGSWORTH, DEREK | 1 | 20.63 | 53.33 | $32.70 | 61.32 | $32.70 |
| MEMON, REHAN | 3 | 37.72 | 78.56 | $40.84 | 51.99 | $13.61 |
| OZTURK, AHMET | 5 | 24.09 | 47.80 | $23.71 | 49.60 | $4.74 |
| TOTAL PRESCRIPTIONS | 10 | 89.64 | 205.64 | $116.00 | 56.41 | $11.60 |

       TOTAL RECORDS LISTED -- 4


SELECTION CRITERIA   Tx Date Range    01/01/2012      01/31/2012
                     Physician Code
                     Physician Group
                     Physician Type
                     T/P Carrier
                     T/P Plan
                     List Each Tx: N   Summary Only: N    New/Refill:

                                                        Starting    Ending
              Starting          Ending
Drug Code     METH1022          METH1022       StorageCell
NDC/DIN                                        Pack Size
Drug STD                                       STD Pack
SUBS Code                                      Drug Unit
GPI                                            Schedule
Gen Name                                       Canada Sched
                                               Orig Sched
TallMan Nm                                     DESI
                                               Drug Group
Carrier                                        Sub Group
T/P Plan                                       Category
T/P Group                                      Multi
Drug Lot#                                      TherClass
Manufact.                                      Ther Equiv
Item #

Warehouse        Reportable        Status        UPC
Injectable       Written           StoreGen      Disp Sys


              Methadone  10 mg  tablets

          NDC #  00406-5771-01

              METH 1022

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Emma, Douglas |
| **Subject:** | FW: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, April 23, 2012 12:23:00 PM |
| **Attachments:** | Picture 807.jpg |
| | Picture 808.jpg |
| | Picture 809.jpg |
| | Picture 810.jpg |
| | Picture 811.jpg |
| | Picture 812.jpg |
| | Picture 813.jpg |
| | Picture 814.jpg |
| | Picture 815.jpg |
| | Due Diligence.pdf |

Due diligence on remaining prescribers attached.

**From:** Kave, Jesse
**Sent:** Monday, April 23, 2012 11:00 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 See attached reports for Methadone Jan, Feb & March. Wes said these doctors are both full time physicians @ Cabell Pain Clinic and he is not aware if they are licenses in other states. I am sending another report that Wes ran which shows rx's s per doctor for Jan, Feb & March.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:26 PM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

That will work —
Please also confirm if you could what states Dr. Ozturk and Dr. Memon are currently licensed in and if they utilize those licenses.

Thank you,
Kim

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 8:23 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,

HIGHLY CONFIDENTIAL

The last 90 days for Methadone family?

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:04 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thanks Jesse,
Lets go ahead and obtain some dispense data please.

I appreciate the email.

Kim

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 7:35 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  Here is the data for Medicine Shoppe Huntington WV. The Cabell Pain Clinic with Dr Oztark & Dr Memem were both the doctors they were already using but do to the absence of the old pharmacy that closed they accepted only new patients for their local market which is the main reason for the increase. Wes said if you beed a report to support this please let us know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

**From:** Kave, Jesse
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  I will call them today.

HIGHLY CONFIDENTIAL

Thanks,

*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,

Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

Kim Howenstein
**Sr Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL



WV.GOV - WVBOM

# West Virginia Board of Medicine



SEARCH
Click Here
MEDICAL DOCTOR
PODIATRIST
PHYSICIAN ASSISTANT

**Board Information**

WVBOM Home Page

About the WVBOM

Available Services

WVBOM FAQ's

Staff Members

Members and Officers

Committees

Board Meetings

Applications

Forms

Board Public Hearings

Disciplinary Action

Position Statements

Laws

Medical Practice Act

Rules

Continuing Education

Management of Intractable Pain

Renewal FAQ's

Requirements - MD's

Requirements - DPM's

Requirements - PA's

Activity

Request for Continuation of License - Military Deployment

News

Licensee Search

Directory

Annual Reports

Newsletter

Related Links

**West Virginia Board of Medicine Licensee Detail**

Data on licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

Search Results: | **Licensee Detailed Information**

Full Name: **RASHMI KUMAR, M.D.**

Born: 1953

Preferred Mailing Address: 1656 13TH AVENUE
HUNTINGTON, WV 25701

Primary Work Location: 1656 13TH AVENUE
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 13060  ACTIVE

Originally Granted: 5/10/1982

Next Expires: 6/30/2012

Also Licensed Or Has Been MASSACHUSETTS
Licensed In:

Medical School: ALL INDIA INSTITUTE OF MEDICAL SCIENCES (INDIA)
(05/01/1979)

Post-Graduate Training: NO POST GRADUATE TRAINING INFORMATION AVAILABLE

Primary Specialty PSYCHIATRY
(Self-Designated):

Secondary Specialty NO SECONDARY SPECIALTY ON FILE
(Self-Designated):

Currently Supervised: NO CURRENT SUPERVISION

**Disciplinary Records for RASHMI KUMAR**

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

**Malpractice Records for RASHMI KUMAR**

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice records.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

HIGHLY CONFIDENTIAL

construed as creating a presumption that medical malpractice has occurred.

## Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 9/4/1994 |
| Action Date: | 4/25/1997 |
| Amount: | 0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | M-0254 |
| Adjucating Body: | FEDERAL COURT |
| Case Number of Adjucating Body: | 3:96-0786 |
| Notes: | NONE |

## Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 9/4/1994 |
| Action Date: | 5/16/2000 |
| Amount: | $0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | A541 |
| Adjucating Body: | US DIST COURT, S DIV OF WV |
| Case Number of Adjucating Body: | 3:98-0352 |
| Notes: | SUMMARY JUDGMENT |

## Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 9/4/1994 |
| Action Date: | 4/22/1998 |
| Amount: | 0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | A365 |
| Adjucating Body: | US DIST COURT, E DIV OF KY |
| Case Number of Adjucating Body: | CA 97-409 |
| Notes: | DISMISSED BY COURT |

[New Search]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000800
P-42116_00307



WV.GOV - WVBOM

## West Virginia Board of Medicine



SEARCH
Click Here
MEDICAL DOCTOR
PODIATRIST
PHYSICIAN ASSISTANT

**Board Information**

WVBOM Home Page
About the WVBOM
Available Services
WVBOM FAQ's
Staff Members
Members and Officers
Committees
Board Meetings
Applications
Forms
Board Public Hearings
Disciplinary Action
Position Statements

**Laws**
Medical Practice Act
Rules
Continuing Education
Management of Intractable Pain

**Renewal**
Renewal FAQ's
Requirements - MD's
Requirements - DPM's
Requirements - PA's
Activity
Request for Continuation of License - Military Deployment

**More**
Licensee Search
Directory
Annual Reports
Newsletter
Related Links

### West Virginia Board of Medicine Licensee Detail

Data on licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

**Search Results:** **Licensee Detailed Information**

Full Name: **DAVID LEE CARAWAY, M.D.**

Born: 1956

Preferred Mailing Address: P.O. BOX 11531
CHARLESTON, WV 25339-1531

Primary Work Location: 2900 1ST AVE.
HUNTINGTON, WV 25702 (KANAWHA CO.)

Permanent License: PERMANENT MEDICAL  # 18714  ACTIVE

Originally Granted: 9/9/1996

Next Expires: 6/30/2012

Temporary License: # A0722  EXPIRED

Issued: 7/24/1996

Expired: 9/9/1996

Drug Dispensing Certificate: # 02431  ACTIVE

Originally Granted: 5/5/2000

Next Expires: 6/30/2013

Also Licensed Or Has Been Licensed In: OHIO   VIRGINIA

Medical School: UNIVERSITY OF VIRGINIA SCHOOL OF MEDICINE, VA
(05/17/1992)

Post-Graduate Training: UNIVERSITY VA HS CTR, CHARLOTTESVILLE, VA
(06/30/1996)

Primary Specialty ANESTHESIOLOGY
(Self-Designated):

Secondary Specialty PAIN MEDICINE
(Self-Designated):

PAs Currently Supervised: ASHLEY JO CLAY, PA
JEFFREY LEE JONES, PA
JESSICA ERIN RULEN-RIDDLE, PA

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

### Disciplinary Records for DAVID LEE CARAWAY

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for DAVID LEE CARAWAY

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000801
P-42116_00308

- with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk inherent to the field of practice.
- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

| Malpractice Record | Case Detail |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 8/7/1997 |
| Action Date: | 9/11/2001 |
| Amount: | 0 |
| Insurance Company: | MEDICAL ASSURANCE OF WV |
| File Number: | 102206 |
| Adjucating Body: | KANAWHA CTY CIRCUIT COURT |
| Case Number of Adjucating Body: | CA 99-C-1535 |
| Notes: | DISMISSED BY PLAINTIFF |

[ New Search ]

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000802
P-42116_00309



**WV.GOV - WVBOM**

# West Virginia Board of Medicine



**Board Information**

WVBOM Home Page

About the WVBOM

Available Services

WVBOM FAQ's

Staff Members

Members and Officers

Committees

Board Meetings

Applications

Forms

Board Public Hearings

Disciplinary Action

Position Statements

**Laws/Rules**

Medical Practice Act

Rules

Continuing Education

Management of Intractable Pain

**Renewals**

Renewal FAQ's

Requirements - MD's

Requirements - DPM's

Requirements - PA's

Activity

Request for Continuation of License - Military Deployment

**Miscellaneous**

Licensee Search

Directory

Annual Reports

Newsletter

Related Links

### West Virginia Board of Medicine Licensee Detail

Data on licensees and disciplinary cases prior to 1998 may be incomplete. Please contact the Board of Medicine if further information is required.

Printer Friendly

Search Results: **Licensee Detailed Information**

Full Name: **DELENO H. WEBB, III, M.D.**

Born: 1939

Preferred Mailing Address: AREA PSYCHIATRIC & PSYCHOTHERAPY GROUP
10 W SIXTH AVENUE STE 300
HUNTINGTON, WV 25701

Primary Work Location: AREA PSYCHIATRIC & PSYCHOTHERAPY GROUP
10 W SIXTH AVE STE 300
HUNTINGTON, WV 25701 (CABELL CO.)

Permanent License: PERMANENT MEDICAL  # 09413  ACTIVE

Originally Granted: 8/5/1971

Next Expires: 6/30/2013

Pain Dispensing Certificate: # 00550  EXPIRED

Originally Granted: 7/1/1989

Last Expired: 6/30/2003

Has Or Has Been Licensed In: KENTUCKY   OHIO

Medical School: WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE, WV (05/16/1971)

Post-Graduate Training: WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE, WV (06/30/1973)
UNIVERSITY KY AFL HOSPITALS, LEXINGTON, KY (06/30/1974)

Primary Specialty (Self-Designated): PSYCHIATRY

Secondary Specialty (Self-Designated): PAIN MEDICINE

PAs Currently Supervised: NO CURRENT SUPERVISION

### Disciplinary Records for DELENO H. WEBB, III

Disciplinary orders of the WV Board of Medicine may be accessed from the case records below. Adobe Reader is required to open and view the documents.

NO DISCIPLINARY CASES ON FILE.

### Malpractice Records for DELENO H. WEBB, III

Consumers should take the following factors into consideration when evaluating a physician's competence from malpractice data.

- A number of studies have been conducted to identify indicators of substandard care among physicians. There is no conclusive evidence that malpractice data correlates with professional competence.
- There are a variety of factors unrelated to professional competence or conduct which affect the likelihood that a physician will be the subject of a malpractice

WV Board of Medicine
101 Dee Dr., Suite 103
Charleston, WV 25311
Phone: (304) 558-2921
Fax: (304) 558-2084

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000803
P-42116_00310

claim, such as, the physician's time in practice, the nature of the specialty, the types of patients treated, geographic location, etc. For example, certain medical specialties have a higher rate of malpractice claims because of a higher risk inherent to the field of practice.

- Settlements of malpractice cases by insurance companies are sometimes handled as business decisions. In the case of some minor claims, it is less expensive for the insurance company to make a monetary settlement than it is for them to take the case to court. Many times such cases are settled without a finding of fault or admission of guilt on the part of the physician.
- A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | 9/30/1975 |
| Action Date: | 8/1/1995 |
| Amount: | $200,000 |
| Insurance Company: | VIGILANT INS CO |
| File Number: | 7911-2227/004 |
| Notes: | NONE |

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | 9/3/1983 |
| Action Date: | 4/10/1987 |
| Amount: | $100,000 |
| Insurance Company: | CHUBB INS GROUP |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED |

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Settlement |
| Loss Date: | NO LOSS DATE IS AVAILABLE |
| Action Date: | 2/5/1988 |
| Amount: | $6,000 |
| Insurance Company: | CHUBB INS GROUP |
| File Number: | NO FILE NUMBER LISTED |
| Notes: | PHYSICIAN REPORTED |

### Malpractice Record: Case Detail

| | |
|---|---|
| Action Type: | Dismissal |
| Loss Date: | 1/29/2001 |
| Action Date: | 9/28/2005 |
| Amount: | 0 |
| Insurance Company: | WV MUTUAL INS CO |
| File Number: | 301A087-01 |
| Adjucating Body: | MINGO CTY CIRCUIT COURT |
| Case Number of Adjucating | 03-C-185 |

HIGHLY CONFIDENTIAL

Body:
Notes: VOLUNTARILY DISMISSED ORDER ON FILE

## Malpractice Record: Case Detail

Action Type: Settlement

Loss Date: 1/29/2001

Action Date: 12/14/2005

Amount: $25,000

Insurance Company: WV MUTUAL INS CO

File Number: 301A087-01

Adjucating Body: MINGO CTY CIRCUIT COURT

Case Number of Adjucating 03-C-185
Body:

Notes: ORDER ON FILE

New Search

http://www.wvbom.wv.gov/licenseDMDetail.asp?IndividualID=5904#M[4/23/2012 12:20:27 PM]

HIGHLY CONFIDENTIAL

Number Last Name First Name Degree Office Street Adress City State Zip Code Specialty

1045 Brownfield Ronald D.O. 5170 US Route 60 East Huntington WV 25704 FM

2360 Hollingsworth J. Derek D.O. Dynamic Health and Orthotics, PL 3859 Teays Valley Road Hurricane WV 25526 R

CAH_FEDWV_00000806
P-42116_00313

CAH_FEDWV_0000807
P-42116_00314

HIGHLY CONFIDENTIAL

```
Store #: 0290                        PDX Inc. PDX PHARMACY SYSTEM                        Page: 1
                                     MEDICINE SHOPPE #0290                       01/01/2012-01/31/2012
04/19/2012                             DRUG MOVEMENT REPORT
```

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|-----------|-----|--------|------|--------|------|------|-------|

TOTAL FOR SELECTED DRUGS

```
SELECTION CRITERIA   Tx Date Range   01/01/2012      01/31/2012        Report Type:
                     Drug Code       METH5           METH5            Report Order: 1
                     GPI                                              Number Drugs: 100
                     Drug Schedule                                    Summary Only: N
                     Canada Sched                                     List Each Tx: N
                     Drug Group                                       Compnd Ingrd: Y
                     NDC/DIN Code                                     Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan
```

CAH_FEDWV_0000808
P-42116_00315

HIGHLY CONFIDENTIAL

```
Store #: 0290                        PDX Inc. PDX PHARMACY SYSTEM                    Page: 1
                                     MEDICINE SHOPPE #0290                    02/01/2012-02/29/2012
04/19/2012                             DRUG MOVEMENT REPORT
```

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|

TOTAL FOR SELECTED DRUGS

```
SELECTION CRITERIA   Tx Date Range   02/01/2012     02/29/2012        Report Type:
                     Drug Code       METH5          METH5            Report Order: 1
                     GPI                                             Number Drugs: 100
                     Drug Schedule                                   Summary Only: N
                     Canada Sched                                    List Each Tx: N
                     Drug Group                                      Compnd Ingrd: Y
                     NDC/DIN Code                                     Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan
```

```
Store #: 0290                              PDX Inc. PDX PHARMACY SYSTEM                        Page: 1
                                           MEDICINE SHOPPE #0290                      03/01/2012-03/31/2012
04/19/2012                                   DRUG MOVEMENT REPORT
```

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| METHADONE 5 MG | TAB ROX | 00054457025 | 1 | 56 | 2.78 | 7.39 | 4.61 | 62.38 | 4.61 |
| TOTAL FOR SELECTED DRUGS | | | 1 | 56 | 2.78 | 7.39 | 4.61 | 62.38 | 4.61 |

```
SELECTION CRITERIA  Tx Date Range   03/01/2012          03/31/2012       Report Type:
                    Drug Code       METH5               METH5            Report Order: 1
                    GPI                                                  Number Drugs: 100
                    Drug Schedule                                        Summary Only: N
                    Canada Sched                                         List Each Tx: N
                    Drug Group                                           Compnd Ingrd: Y
                    NDC/DIN Code                                           Zero Price:
                    ASHP Class
                    Patient Code
                    Patient Group
                    Physician Code
                    Price Code
                    T/P Carrier
                    T/P Plan
```

CAH_FEDWV_0000809
P-42116_00316

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000810
P-42116_00317

HIGHLY CONFIDENTIAL

```
Store #: 0290                        PDX Inc. PDX PHARMACY SYSTEM                              Page: 1
                                     MEDICINE SHOPPE #0290                          01/01/2012-01/31/2012
04/19/2012                           DRUG MOVEMENT REPORT

Drug Name               NDC Number      #Rx  #Units    Cost      Retail        $MRG      %MRG      AVG $


TOTAL FOR SELECTED DRUGS

SELECTION CRITERIA  Tx Date Range   01/01/2012      01/31/2012        Report Type:
                    Drug Code       METH523         METH523          Report Order: 1
                    GPI                                              Number Drugs: 100
                    Drug Schedule                                    Summary Only: N
                    Canada Sched                                     List Each Tx: N
                    Drug Group                                       Compnd Ingrd: Y
                    NDC/DIN Code                                     Zero Price:
                    ASHP Class
                    Patient Code
                    Patient Group
                    Physician Code
                    Price Code
                    T/P Carrier
                    T/P Plan
```

CAH_FEDWV_0000811
P-42116_00318

HIGHLY CONFIDENTIAL

```
Store #: 0290                           PDX Inc. PDX PHARMACY SYSTEM                      Page: 1
                                        MEDICINE SHOPPE #0290                     02/01/2012-02/29/2012
04/19/2012                                DRUG MOVEMENT REPORT
```

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|-----------|-----|--------|------|--------|------|------|-------|
| METHADONE 5 MG   TAB MAL | 00406575501 | 4 | 318 | 14.35 | 37.99 | 23.64 | 62.23 | 5.91 |
| TOTAL FOR SELECTED DRUGS | | 4 | 318 | 14.35 | 37.99 | 23.64 | 62.23 | 5.91 |

```
SELECTION CRITERIA   Tx Date Range    02/01/2012        02/29/2012      Report Type:
                     Drug Code        METH523           METH523         Report Order: 1
                     GPI                                                Number Drugs: 100
                     Drug Schedule                                      Summary Only: N
                     Canada Sched                                       List Each Tx: N
                     Drug Group                                         Compnd Ingrd: Y
                     NDC/DIN Code                                       Zero Price:
                     ASHP Class
                     Patient Code
                     Patient Group
                     Physician Code
                     Price Code
                     T/P Carrier
                     T/P Plan
```

CAH_FEDWV_00000812
P-42116_00319

HIGHLY CONFIDENTIAL

Store #: 0290

04/19/2012

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
03/01/2012-03/31/2012

| Drug Name | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|-----------|-----|--------|------|--------|------|------|-------|
| METHADONE 5 MG     TAB MAL | 00406575501 | 6 | 346 | 15.62 | 47.08 | 31.46 | 66.82 | 5.24 |
| TOTAL FOR SELECTED DRUGS | | 6 | 346 | 15.62 | 47.08 | 31.46 | 66.82 | 5.24 |

SELECTION CRITERIA    Tx Date Range    03/01/2012    03/31/2012    Report Type:
                      Drug Code        METH523       METH523       Report Order: 1
                      GPI                                           Number Drugs: 100
                      Drug Schedule                                 Summary Only: N
                      Canada Sched                                  List Each Tx: N
                      Drug Group                                    Compnd Ingrd: Y
                      NDC/DIN Code                                  Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

Store #: 0290

04/19/2012

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
03/01/2012-03/31/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|--|------------|-----|--------|------|--------|------|------|-------|
| METHADONE 10 MG | TAB MAL | 00406577101 | 29 | 3544 | 232.05 | 451.05 | 219.00 | 48.55 | 7.55 |
| METHADONE 10 MG | TAB ROX | 00054457125 | 10 | 1169 | 86.61 | 149.29 | 62.68 | 41.99 | 6.27 |
| TOTAL FOR SELECTED DRUGS | | | 39 | 4713 | 318.66 | 600.34 | 281.68 | 46.92 | 7.22 |

SELECTION CRITERIA
Tx Date Range 03/01/2012    03/31/2012
Drug Code     METH10       METH1022
GPI
Drug Schedule
Canada Sched
Drug Group
NDC/DIN Code
ASHP Class
Patient Code
Patient Group
Physician Code
Price Code
T/P Carrier
T/P Plan

Report Type:
Report Order: 1
Number Drugs: 100
Summary Only: N
List Each Tx: N
Compnd Ingrd: Y
Zero Price:

CAH_FEDWV_00000813
P-42116_00320

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000814
P-42116_00321

HIGHLY CONFIDENTIAL

Store #: 0290

04/19/2012

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
02/01/2012-02/29/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| METHADONE 10 MG | TAB MAL | 00406577101 | 22 | 2778 | 181.90 | 386.84 | 204.94 | 52.98 | 9.32 |
| METHADONE 10 MG | TAB ROX | 00054457125 | 8 | 1042 | 75.13 | 129.50 | 54.37 | 41.98 | 6.80 |
| TOTAL FOR SELECTED DRUGS | | | 30 | 3820 | 257.03 | 516.34 | 259.31 | 50.22 | 8.64 |

SELECTION CRITERIA    Tx Date Range    02/01/2012    02/29/2012      Report Type:
                      Drug Code        METH10        METH1022        Report Order: 1
                      GPI                                            Number Drugs: 100
                      Drug Schedule                                  Summary Only: N
                      Canada Sched                                   List Each Tx: N
                      Drug Group                                     Compnd Ingrd: Y
                      NDC/DIN Code                                   Zero Price:
                      ASHP Class
                      Patient Code
                      Patient Group
                      Physician Code
                      Price Code
                      T/P Carrier
                      T/P Plan

Store #: 0290

04/19/2012

PDX Inc. PDX PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
01/01/2012-01/31/2012

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|-----------|--|------------|-----|--------|------|--------|------|------|-------|
| METHADONE 10 MG | TAB ROX | 00054457125 | 10 | 1466 | 105.70 | 164.82 | 59.12 | 35.87 | 5.91 |
| METHADONE 10 MG | TAB MAL | 00406577101 | 10 | 1369 | 89.64 | 205.64 | 116.00 | 56.41 | 11.60 |
| TOTAL FOR SELECTED DRUGS | | | 20 | 2835 | 195.34 | 370.46 | 175.12 | 47.27 | 8.76 |

SELECTION CRITERIA
Tx Date Range      01/01/2012      01/31/2012
Drug Code          METH10          METH1022
GPI
Drug Schedule
Canada Sched
Drug Group
NDC/DIN Code
ASHP Class
Patient Code
Patient Group
Physician Code
Price Code
T/P Carrier
T/P Plan

Report Type:
Report Order: 1
Number Drugs: 100
Summary Only: N
List Each Tx: N
Compnd Ingrd: Y
Zero Price:

CAH_FEDWV_00000815
P-42116_00322

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Emma, Douglas |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, April 23, 2012 3:28:55 PM |

**Kim,**

**Please set TH limits at 4801 for DF 9250**

**Doug Emma, RPh**
Manager Supply Chain Integrity
Quality & Regulatory Affairs
Cardinal Health | 7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122   fax: 614-652-4253

**From:** Howenstein, Kim
**Sent:** Monday, April 23, 2012 11:14 AM
**To:** Emma, Douglas
**Subject:** FW: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Please see attached my physician due diligence.

9250 – 12,088 total dosage units or 4,029 dosage units/month
TH set at 3,000

**From:** Kave, Jesse
**Sent:** Monday, April 23, 2012 11:00 AM
**To:** Howenstein, Kim
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 See attached reports for Methadone Jan, Feb & March. Wes said these doctors are both full time
physicians @ Cabell Pain Clinic and he is not aware if they are licenses in other states. I am sending
another report that Wes ran which shows rx's s per doctor for Jan, Feb & March.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
jesse.kave@cardinalhealth.com
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:26 PM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

That will work –
Please also confirm if you could what states Dr. Ozturk and Dr. Memon are currently licensed in

and if they utilize those licenses.

Thank you,
Kim

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 8:23 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,

  The last 90 days for Methadone family?

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Monday, April 16, 2012 8:04 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thanks Jesse,
Lets go ahead and obtain some dispense data please.

I appreciate the email.

Kim

---

**From:** Kave, Jesse
**Sent:** Monday, April 16, 2012 7:35 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
  Here is the data for Medicine Shoppe Huntington WV. The Cabell Pain Clinic with Dr Oztark & Dr Memem were both the doctors they were already using but do to the absence of the old pharmacy that closed they accepted only new patients for their local market which is the main reason for the increase. Wes said if you beed a report to support this please let us know.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim

HIGHLY CONFIDENTIAL

**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Kave, Jesse
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Thank you.

---

**From:** Kave, Jesse
**Sent:** Friday, April 13, 2012 12:17 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Kim,
 I will call them today.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

**From:** Howenstein, Kim
**Sent:** Friday, April 13, 2012 12:16 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC - DBA THE MEDICINE SHOPPE - BT5541760

Jesse,
Please have your customer explain their increased order frequency in the month of April specific to the Methadone Hydrochloride family of drugs.

Thank you,
Kim

Kim Howenstein
**Sr Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

**From:**     "Inquisite Server"
**To:**       GMB-QRA-AD-Thresholds
**Subject:**  Response for Pharmaceutical Threshold Event
**Date:**     Wednesday, April 25, 2012 4:55:46 PM

E-mail notification for survey response
Survey Title: Pharmaceutical Threshold Event
Respondent Unique Key: INQ-20120425154945-2045587796
Response Date: Wed, Apr 25, 2012 15:55:45

Page 1

  Facility Name:
  {Enter text answer}
  [ The Medicine Shoppe ]

  Facility Address:
  {Enter text answer}
  [ 2402 Adams Avenue Huntington, WV 25704 ]

  Facility Contact:
  {Enter text answer}
  [ Joe McGlothlin ]

  Facility Phone:
  {Enter text answer}
  [ 3044296716 ]

  Facility Fax No.:
  {Enter text answer}
  [ 3044291924 ]

  Please outline the underlying factors that are contributing to your need
  for the increased quantities of the drug family:
  {Enter answer in paragraph form}
  [ We are seeing increased prescription volume due to a recent pharmacy
  closure. The prescriber is local and a specialist in ADHD and Behavior
  Medicine. Presciber is Dr James M. Lewis 6007 U.S. Rt 60 East
  Barboursville, WV 25504 DEA AL1395272 NPI 1922062942 We are also seeing
  increased prescription volume in non-controlled meds such as Risperdone,
  Abilify, and Tenex ]

  Name of Drug Family held per Regulatory Review:
  {Enter text answer}
  [ DL-Amphetamine Sulfate ]

  Facility DEA#:
  {Enter text answer}
  [ BT5541760 ]

  Name of Person Responding:
  {Enter text answer}
  [ Joe McGlothlin ]

CAH_FEDWV_00000819
P-42116_00326

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Kaye, Jesse |
| **Subject:** | T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Tuesday, June 26, 2012 12:39:00 PM |

Hi Jesse,
Hope all is well.

I need to request current dispensing data specific to the below 3 drug families without patient information and in excel format. The most current 3 months should be sufficient.
- Oxycodone
- Hydrocodone
- Morphine

In addition to the data, I also need to request the names and DEA numbers of those practitioners prescribing from these drug families.

Thank you,
Kim


**Kim Howenstein**
**Sr Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Kave, Jesse |
| **To:** | Howenstein, Kim |
| **Subject:** | RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Thursday, July 05, 2012 3:08:21 PM |

Kim,
I got their repot but Doug said he didn't need it now after speaking with Joe.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

**From:** Howenstein, Kim
**Sent:** Tuesday, June 26, 2012 12:39 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Hi Jesse,
Hope all is well.

I need to request current dispensing data specific to the below 3 drug families without patient information and in excel format. The most current 3 months should be sufficient.
- Oxycodone
- Hydrocodone
- Morphine

In addition to the data, I also need to request the names and DEA numbers of those practitioners prescribing from these drug families.

Thank you,
Kim


Kim Howenstein
**Sr Specialist, Quality Assurance|QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | Howenstein, Kim |
| **To:** | Emma, Douglas |
| **Subject:** | RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760 |
| **Date:** | Monday, July 09, 2012 9:51:00 AM |

Ok – Thanks Doug.

Jesse never sent the report he just stated he has it. I will request he sends.

Thanks,
Kim

---

**From:** Emma, Douglas
**Sent:** Sunday, July 08, 2012 10:08 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Kim

**Not an accurate statement. Please analyze the data that was sent. I have requested a site visit multiple times on this account. QRA did vett the pediatrician however we still need to validate the business growth and increased utilization of pain medications.**

Doug Emma, RPh
Manager Supply Chain Integrity
Quality & Regulatory Affairs
Cardinal Health | 7601 NE Gardner Ave
Kansas City, MO 64120
direct: 816-242-6122   fax: 614-652-4253

---

**From:** Howenstein, Kim
**Sent:** Sunday, July 08, 2012 7:35 PM
**To:** Kave, Jesse
**Cc:** Emma, Douglas
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Ok no problem – I appreciate it!

Kim

---

**From:** Kave, Jesse
**Sent:** Thursday, July 05, 2012 3:08 PM
**To:** Howenstein, Kim
**Subject:** RE: T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Kim,
I got their repot but Doug said he didn't need it now after speaking with Joe.

Thanks,
*JESSE KAVE*
*CARDINAL HEALTH*
*PHARMACY BUSINESS CONSULTANT*
*jesse.kave@cardinalhealth.com*
*Cell 304-926-4337*
*Fax 614-553-9508*

---

HIGHLY CONFIDENTIAL

**From:** Howenstein, Kim
**Sent:** Tuesday, June 26, 2012 12:39 PM
**To:** Kave, Jesse
**Subject:** T AND J ENTERPRISES INC DBA THE MEDICINE SHOPPE - BT5541760

Hi Jesse,
Hope all is well.

I need to request current dispensing data specific to the below 3 drug families without patient information and in excel format. The most current 3 months should be sufficient.
- Oxycodone
- Hydrocodone
- Morphine

In addition to the data, I also need to request the names and DEA numbers of those practitioners prescribing from these drug families.

Thank you,
Kim


Kim Howenstein
**Sr Specialist, Quality Assurance | QRA**
**7000 Cardinal Place**
**Dublin, OH 43017**
**Phone: (614) 757-5524**
**Fax: (614) 553-6147**

HIGHLY CONFIDENTIAL

Store #: 0290
06/27/2012

WAL-MART PROI PHARMACY SYSTEM
MEDICINE SHOPPE #0290
DRUG MOVEMENT REPORT

Page: 1
04/01/2012-06/27/2012

| Drug Name | | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDERALL XR 10 MG | CAP | SHI | 54092038301 | 1 | 30 | 191.00 | 202.47 | 11.47 | 5.67 | 11.47 |
| ADDERALL 15MG | TAB | TEV | 00555076602 | 4 | 120 | 449.88 | 480.60 | 30.72 | 6.39 | 7.68 |
| ADDERALL XR 15 MG | CAP | SHI | 54092038501 | 10 | 300 | 1,927.20 | 2045.34 | 118.14 | 5.78 | 11.81 |
| ADDERALL XR 20 MG | CAP | SHI | 54092038701 | 4 | 210 | 1,337.03 | 1409.76 | 72.73 | 5.16 | 18.18 |
| ADDERALL XR 25 MG | CAP | SHI | 54092038901 | 5 | 330 | 2,170.06 | 2289.09 | 119.03 | 5.20 | 23.81 |
| ADDERALL XR 30 MG | CAP | SHI | 54092039101 | 1 | 30 | 191.00 | 202.47 | 11.47 | 5.67 | 11.47 |
| AMPHETAMINE 10MG | TAB | SAN | 00185011101 | 13 | 435 | 545.66 | 575.30 | 29.64 | 5.15 | 2.28 |
| AMPHETAMINE 10MG | TAB | TEV | 00555097202 | 22 | 810 | 935.01 | 1070.01 | 135.00 | 12.62 | 6.14 |
| AMPHETAMINE 15MG | TAB | TEV | 00555077702 | 1 | 30 | 30.45 | 34.40 | 3.95 | 11.48 | 3.95 |
| AMPHETAMINE 10MG ER | CAP | GLO | 00115132901 | 7 | 270 | 1,189.51 | 1364.13 | 174.62 | 12.80 | 24.95 |
| AMPHETAMINE 20MG | TAB | SAN | 00185040101 | 1 | 30 | 36.19 | 46.95 | 10.76 | 22.92 | 10.76 |
| AMPHETAMINE 20MG | TAB | TEV | 00555097302 | 7 | 270 | 298.69 | 367.07 | 68.38 | 18.63 | 9.77 |
| AMPHETAMINE 30MG | TAB | SAN | 00185040401 | 4 | 120 | 150.52 | 160.52 | 10.00 | 6.23 | 2.50 |
| AMPHETAMINE 30MG | TAB | TEV | 00555097402 | 2 | 37 | 42.71 | 54.99 | 12.28 | 22.33 | 6.14 |
| AMPHETAMINE 30MG ER | CAP | TEV | 00555078902 | 1 | 60 | 292.84 | 304.77 | 11.93 | 3.91 | 11.93 |
| AMPHETAMINE 20MG ER | CAP | GLO | 00115133101 | 17 | 540 | 2,503.82 | 2695.54 | 191.72 | 7.11 | 11.28 |
| AMPHETAMINE 5MG ER | CAP | GLO | 00115132801 | 1 | 30 | 146.42 | 153.11 | 6.69 | 4.37 | 6.69 |
| AMPHETAMINE 25MG ER | CAP | GLO | 00115133201 | 1 | 30 | 140.39 | 153.11 | 12.72 | 8.31 | 12.72 |
| AMPHETAMINE 5MG | TAB | SAN | 00185008401 | 14 | 480 | 595.70 | 629.07 | 33.37 | 5.30 | 2.38 |
| AMPHETAMINE 5MG | TAB | TEV | 00555097102 | 7 | 210 | 239.68 | 274.81 | 35.13 | 12.78 | 5.02 |
| AMPHETAMINE 30MG ER | CAP | GLO | 00115133301 | 6 | 360 | 1,666.57 | 1847.79 | 181.22 | 9.81 | 30.20 |
| BELLA/OPIUM 16.2-30 | SUP | PAD | 00574704512 | 1 | 30 | 567.51 | 531.95 | 35.56- | 6.68- | 35.56- |
| CONCERTA 18MG | TAB | MCN | 50458058501 | 5 | 150 | 877.00 | 930.65 | 53.65 | 5.76 | 10.73 |
| CONCERTA 27MG | TAB | MCN | 50458058801 | 1 | 30 | 179.80 | 190.73 | 10.93 | 5.73 | 10.93 |
| CONCERTA 36MG | TAB | MCN | 50458058601 | 43 | 1791 | 11,072.90 | 11671.69 | 598.79 | 5.13 | 13.93 |
| CONCERTA 54MG | TAB | MCN | 50458058701 | 38 | 1560 | 10,494.20 | 11058.32 | 564.12 | 5.10 | 14.85 |
| DAYTRANA 10 MG/9HR | DIS | NOV | 68968555203 | 5 | 150 | 900.69 | 911.71 | 11.02 | 1.21 | 2.20 |
| DAYTRANA 15 MG/9HR | DIS | NOV | 68968555303 | 8 | 240 | 1,377.56 | 1462.18 | 84.62 | 5.79 | 10.58 |
| DAYTRANA 20MG/9HR | DIS | NOV | 68968555403 | 15 | 600 | 3,443.25 | 3648.10 | 204.85 | 5.62 | 13.66 |
| DAYTRANA 30MG/9HR | DIS | NOV | 68968555503 | 24 | 720 | 4,132.40 | 4397.62 | 265.22 | 6.03 | 11.05 |
| DEXMETHYLPH 10MG | TAB | TEV | 00093527701 | 30 | 1155 | 1,293.53 | 1338.38 | 44.85 | 3.35 | 1.50 |
| DEXMETHYLPH 2.5MG | TAB | TEV | 00093527501 | 1 | 30 | 16.30 | 19.64 | 3.34 | 17.01 | 3.34 |

HIGHLY CONFIDENTIAL

```
Store #: 0290                                      TDH THR  PH4 PHARMACY SYSTEM                           Page: 2
06/27/2012                                          MEDICINE SHOPPE #0290                            04/01/2012-06/27/2012
                                                     DRUG MOVEMENT REPORT
```

| Drug Name | | NDC Number | #Rx | #Units | Cost | Retail | $MRG | %MRG | AVG $ |
|---|---|---|---|---|---|---|---|---|---|
| DEXMETHYLPH 5 MG | TAB TEV | 00093527601 | 36 | 1230 | 942.56 | 1000.04 | 57.48 | 5.75 | 1.60 |
| DEXTROAMPHET 15 MG ER CP CO | 64720032909 | 2 | 60 | 293.10 | 286.92 | 6.18- | 2.15- | 3.09- |
| DEXTROAMPHET 5MG | TAB TEV | 00555095202 | 6 | 380 | 86.95 | 147.63 | 60.68 | 41.10 | 10.11 |
| DURAGESIC 100MCG/H | DIS JAN | 50458009405 | 3 | 45 | 3,859.38 | 4057.02 | 197.64 | 4.87 | 65.88 |
| DURAGESIC 25MCG/HR | DIS JAN | 50458009105 | 2 | 30 | 695.24 | 743.30 | 48.06 | 6.47 | 24.03 |
| ENDOCET 10-325MG | TAB END | 60951071270 | 5 | 324 | 164.05 | 320.08 | 156.03 | 48.75 | 31.21 |
| EXALGO 12MG SR | TAB MAL | 23635041201 | 1 | 30 | 401.57 | 429.12 | 27.55 | 6.42 | 27.55 |
| EXALGO 8MG SR | TAB MAL | 23635040801 | 7 | 204 | 1,820.85 | 1994.15 | 173.30 | 8.69 | 24.76 |
| FENTANYL 100MCG/H | DIS MYL | 00378912498 | 3 | 30 | 719.07 | 915.30 | 196.23 | 21.44 | 65.41 |
| FENTANYL 100MCG/H | DIS ACT | 67767012318 | 22 | 235 | 3,940.91 | 5395.10 | 1,454.19 | 26.95 | 66.10 |
| FENTANYL 12MCG/HR | DIS MYL | 00378911998 | 5 | 45 | 460.62 | 723.52 | 262.90 | 36.34 | 52.58 |
| FENTANYL 12MCG/HR | DIS SAN | 00781724055 | 1 | 5 | 69.00 | 53.08 | 15.92- | 29.99- | 15.92- |
| FENTANYL OT 200MCG | LOZ MAL | 00406920230 | 2 | 120 | 1,132.76 | 1267.24 | 134.48 | 10.61 | 67.24 |
| FENTANYL OT 200MCG | LOZ PAR | 49884045955 | 1 | 60 | 586.35 | 633.62 | 47.27 | 7.46 | 47.27 |
| FENTANYL 25MCG/HR | DIS MYL | 00378912198 | 17 | 235 | 1,357.06 | 1797.10 | 440.04 | 24.49 | 25.88 |
| FENTANYL 25 MCG/HR | DIS ACT | 67767012018 | 46 | 460 | 2,233.18 | 3474.44 | 1,241.26 | 35.73 | 26.98 |
| FENTANYL OT 400MCG | LOZ MAL | 00406920430 | 1 | 60 | 678.97 | 853.11 | 174.14 | 20.41 | 174.14 |
| FENTANYL 50MCG/HR | DIS MYL | 00378912298 | 5 | 55 | 585.70 | 586.93 | 1.23 | 0.21 | 0.25 |
| FENTANYL 50MCG/HR | DIS ACT | 67767012118 | 36 | 380 | 3,574.60 | 4958.75 | 1,384.15 | 27.91 | 38.45 |
| FENTANYL 75MCG/HR | DIS MYL | 00378912398 | 3 | 30 | 519.50 | 522.06 | 2.56 | 0.49 | 0.85 |
| FENTANYL 75MCG/HR | DIS SAN | 00781724355 | 1 | 10 | 335.37 | 143.50 | 191.87- | 133.71- | 191.87- |
| FENTANYL 75MCG/HR | DIS ACT | 67767012218 | 16 | 125 | 1,964.25 | 2405.62 | 441.37 | 18.35 | 27.59 |
| FOCALIN 10MG | TAB NOV | 00078038205 | 21 | 930 | 1,175.38 | 1282.90 | 107.52 | 8.38 | 5.12 |
| FOCALIN XR 10MG | CAP NOV | 00078043105 | 8 | 240 | 1,302.00 | 1385.01 | 83.01 | 5.99 | 10.38 |
| FOCALIN XR 15 MG | CAP NOV | 00078049305 | 5 | 180 | 1,004.27 | 1067.91 | 63.64 | 5.96 | 12.73 |
| FOCALIN XR 20MG | CAP NOV | 00078043205 | 41 | 1680 | 9,373.21 | 9940.56 | 567.35 | 5.71 | 13.84 |
| FOCALIN XR 25MG | CAP NOV | 00078060805 | 6 | 180 | 1,174.59 | 1125.93 | 48.66- | 4.32- | 8.11- |
| FOCALIN XR 30MG | CAP NOV | 00078043305 | 26 | 780 | 4,569.50 | 4859.28 | 289.78 | 5.96 | 11.15 |
| FOCALIN XR 35MG | CAP NOV | 00078060905 | 8 | 240 | 1,470.83 | 1556.04 | 85.21 | 5.48 | 10.65 |
| FOCALIN XR 40MG | CAP NOV | 00078043405 | 7 | 201 | 1,236.42 | 1307.93 | 71.51 | 5.47 | 10.22 |
| FOCALIN 5MG | TAB NOV | 00078038105 | 27 | 1020 | 896.26 | 1005.90 | 109.64 | 10.90 | 4.06 |
| FOCALIN XR 5MG | CAP NOV | 00078043005 | 18 | 540 | 2,887.92 | 3067.59 | 179.67 | 5.86 | 9.98 |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000825

P-42116_00332