

NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

I. NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS

| | |
|---|---|
| 1. Pharmacy Name | FRUTH PHCY AT FOODFAIR #103 |
| 2. DBA (if any) | |
| 3. National Account/Chain Pharmacy Headquarters Address | *Fruth Pharmacy Inc.*<br>*4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |
| 4. National Account/Chain Pharmacy Headquarters Phone | 304-675-1612 |
| 5. Name of Principle owner(s) or Corporate Entity | Fruth Pharmacy Inc. |
| 6. Ownership type (check one) | ☐ Sole proprietor    XX Corporation<br>☐ Other |
| 7. Owner(s) name or contact person for the Organization and their title ("Contact Person") | **Timothy Weber**<br>Vice President |
| 8. Owner's or Contact Person's Business Address | *4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |

Rev. 1/15

Page 1 of 5

HIGHLY CONFIDENTIAL



PLAINTIFFS TRIAL EXHIBIT
P-42117_00001

CAH_FEDWV_00000880
P-42117_00001



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 9. Owner or Contact Person's Phone | 304-675-1612x117 |
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Name: __**Timothy Weber**__<br><br>Title: <u>Vice President</u><br><br>Phone: <u>304-675-1612x117</u><br><br>Email: <u>tweber@fruthpharmacy.com</u> |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records) | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000881
P-42117_00002



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

## II. NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | <u>FF5740813</u> |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES    ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES    ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at <u>www.deadiversion.usdoj.gov/webforms/validateLogin.jsp</u>, <u>www.deanumber.com,</u> or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES    ☐ NO |
| 17. State Registration Number: | MP0552423 |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES    ☐ NO |

Rev. 1/15

Page 3 of 5

HIGHLY CONFIDENTIAL



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

### III. PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES      X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES      X NO <br><br> If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES      X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21. Has a Google Web Search been performed on behalf of this DEA Registrant? | X YES      ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES      X NO |

### IV. SOM AND ANTI-DIVERSION PROGRAM

Rev. 1/15

Page 4 of 5

**CardinalHealth**

NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

| | |
|---|---|
| 22. Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007? | X YES     ☐ NO |
| 23 Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility? | X YES     ☐ NO |

V.   ADDITIONAL COMMENTS

|  |
|---|
|  |

COMPLETED BY: _____George Speidel, Sr  Acct Specialist-National Accounts_____
              *(Name /Title)*

Rev. 1/15

Page 5 of 5

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000884
P-42117_00005





| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
| --- | --- | --- |
| FF5740813 | 09-30-2018 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
| --- | --- | --- |
| 2,2N,3 3N,4,5 | RETAIL PHARMACY | 01-12-2016 |

FRUTH PHARMACY #103
FRUTH PHARMACY AT FOODFAIR
6350 US RT 60
BARBOURSVILLE, WV 25504

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C, 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.**

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
WASHINGTON, D.C, 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
| --- | --- | --- |
| FF5740813 | 09-30-2018 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
| --- | --- | --- |
| 2,2N,3 3N,4,5 | RETAIL PHARMACY | 01-12-2016 |

FRUTH PHARMACY #103
FRUTH PHARMACY AT FOODFAIR
6350 US RT 60
BARBOURSVILLE, WV 25504

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

Form DEA-223 (05/04)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

## Board of Pharmacy

### REGISTERED PHARMACY PERMIT
### CONTROLLED SUBSTANCE PERMIT

July 1, 2015 - June 30, 2016 - Date Issued: January 06, 2016

Fruth Pharmacy #103
Registered Pharmacy

6350 US 60
Barboursville, WV 25504

LICENSE #  MP052423

Ryan Young - RP0007955
Registered Pharmacist in Charge

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000886
P-42117_00007


# Welcome To Fruth Pharmacy
## Your Hometown, Family Pharmacy

ENTER FRUTH PHARMACY >

REFILL A PRESCRIPTION >

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000887
P-42117_00008

Google    Fruth BARBOURSVILLE    George

All   Maps   Shopping   News   Images   More ▾   Search tools    SafeSearch on

About 11,600 results (0.77 seconds)



**A**   Fruth Pharmacy
1419 US-60 · (304) 525-0507
Open until 9:00 PM    Website    Directions

**B**   Fruth Pharmacy Inc
125 7th Ave · (304) 697-2151
Open until 9:00 PM    Website    Directions

**C**   Fruth Pharmacy Inc
259 State St · (740) 886-7685
Open until 9:00 PM    Website    Directions

≡ More places

### Fruth Pharmacy
www.fruthpharmacy.com/ ▾
Your Hometown, Family Pharmacy serving West Virginia, Ohio & Kentucky - Unique Gifts, Loyalty Rewards, Prescription Savings Club & More!
You've visited this page 3 times. Last visit: 10/14/15

**LOCATIONS | Fruth Pharmacy**
Locations. Powered by Site Search+ Wix ... Fruth Pharmacy ...

**JOIN OUR TEAM**
Join Our Team | Your Hometown, Family Pharmacy serving West ...

**ONLINE COUPONS**
Online Coupons | Your Hometown, Family Pharmacy serving West ...

**store rewards**
Store Loyalty Rewards | Your Hometown, Family Pharmacy ...

More results from fruthpharmacy.com »

### Fruth Pharmacy - SuperPages
www.superpages.com/bp/...WV/Fruth-Pharmacy-L0141317518.htm ▾
Fruth Pharmacy. 0 Ratings | 0 Reviews. 1419 Us Route 60. Huntington, WV ... Reviews. Website · Fruth+Pharmacy Website View Website. Social: Category:.

### Fruth Pharmacy in Huntington, West Virginia with Reviews ...
www.yellowpages.com › Huntington, WV ▾ Yellowpages.com ▾
Find 17 listings related to Fruth Pharmacy in Huntington on YP.com. See reviews ... Huntington Fruth Pharmacy ..... 6401 US Route 60 EBarboursville, WV 25504.

### Barboursville Fruth Parmac - Yellow Pages
www.yellowpages.com › Barboursville, WV ▾ Yellowpages.com ▾
Find 17 listings related to Fruth Parmac in Barboursville on YP.com. See reviews, photos, directions, phone numbers and more for Fruth Parmac locations in ...

### Fruth Pharmacy Jobs | ZipRecruiter
https://www.ziprecruiter.com/jobs/fruth-pharmacy-3d7b4719 ▾ ZipRecruiter ▾
Jack Fruth dreamed of serving the local community with a small family pharmacy, and

HIGHLY CONFIDENTIAL     CAH_FEDWV_00000888
P-42117_00009

he chose Point Pleasant as the ... **Fruth** Pharmacy - **Barboursville** , WV.

### Fruth Pharmacy Pharmacy Technician Job Opening in ...
https://jobs.livecareer.com/.../pharmacy-technician-**fruth**-pharmacy-770d... ▼
Nov 6, 2015 - Looking for a Pharmacy Technician job? **Fruth** Pharmacy is currently hiring for a Pharmacy Technician position in **Barboursville**,WV.

### Fruth Pharmacy in Milton, WV - (304) 743-4... - Local.com
www.local.com › WV › Milton › Grocery Stores And Supermarkets ▼
**Fruth** Pharmacy's products, services, reviews, address, phone number, driving directions, hours of operation and more. Located in ... **Barboursville**, WV 25504 ...

### FoodFair Markets
www.foodfairmarkets.com/ ▼
Additionally, **Fruth** will soon be joining Foodfair at Ralph's Foodfair in Grayson as well as Tower Foodfair in **Barboursville**! Check out the press release here!

1 2 3 4 5 6 7 8 9 10    Next

Dublin, OH - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000889

P-42117_00010

Google    Fruth BARBOURSVILLE Diversion    George

All  Maps  Shopping  News  Images  More ▾  Search tools    SafeSearch on

About 3,840 results (0.57 seconds)

### Fruth Pharmacy
www.**fruth**pharmacy.com/ ▾
Your Hometown, Family Pharmacy serving West Virginia, Ohio & Kentucky - Unique Gifts, Loyalty Rewards, Prescription Savings Club & More!
Missing: diversion
You've visited this page 3 times. Last visit: 10/14/15

### [PDF] Fruth School (historical), WV - Wikivoyage Places of Interest
www.latlongwiki.com/?l=38...g...**Fruth**%20School%20(historical)...
Dec 12, 2014 - List of Wikivoyage geotagged places of interest around **Fruth** School (historical), WV. ... **Barboursville** ... city that offers the intrepid traveler several unique cultural **diversions**, including an excellent music and restaurant scene.

### [PDF] Pharmacist List - West Virginia Legislature
www.legis.state.wv.us/.../P17_CY_2010_980.p... ▾ West Virginia Legislature ▾
**Barboursville**, WV 25504 ..... individuals **diverting** controlled drugs from the pharmacy, such as ... increase the level of required actions to prevent **diversion**.
Missing: fruth

### Caregivers Jobs in Ceredo, WV | Glassdoor
www.glassdoor.com › Jobs › caregivers ▾ Glassdoor ▾
**Fruth** Pharmacy. 3.1 7 Reviews **Fruth** Pharmacy. Huntington, WV. 4d .... 3.1 7 Reviews **Fruth** Pharmacy. **Barboursville**, WV. 16d. Job; Company; More ...

### Charleston Area Info | The UC School of Pharmacy Blog
ucsopblog.com/category/charleston-area-info/ ▾
Nov 16, 2015 - ... of children or adults who intend to misuse them is key in preventing **diversion**. .... January 22-February 22, **Fruth** Pharmacy (OH, KY, WV), Education .... Town Center Mall, the Huntington Mall (it is really in **Barboursville**), ...

### [PDF] West Virginia Pharmacists Association 107th Annual ...
www.wvpharmacy.org/LinkClick.aspx?fileticket=isVUVj7D9zU%3D... ▾
Aug 24, 2014 - Hepatitis C, drug **diversion**, new approaches ..... D., University of Charleston (UC)-**Fruth** Pharmacy Resident, UC School of Pharmacy, ...
Missing: barboursville

### [PDF] Dr. J. David Daniels - Hospice of Huntington
www.hospiceofhuntington.org/.../sharing-winter-... ▾ Hospice of Huntington ▾
**Barboursville** and beyond, we not only offer superior services for ...... providing a welcome **diversion** for patients' family members, who tell ...... **Fruth** Pharmacy #2.

### On the decline? in General Discussion Forum
methamphetamineabusediscussionforum.yuku.com › ... › On the decline? ▾
Nov 3, 2014 - 4 posts - 1 author
He noted 120,000 people in the United States are **diverted** into treatment, ... Walgreens, **Fruth** Pharmacy and CVS Pharmacy — have taken significant steps to ... Another training session is scheduled today in **Barboursville**.

### EKB News: 01/24/2010 - 01/31/2010
ekbnews.blogspot.com/2010_01_24_archive.html ▾
Jan 24, 2010 - Howard Childers 28, of **Barboursville** is now being charged for .... As a condition of her **diversion**, the defendant was ordered to pay restitution to the .... **Fruth** Pharmacy and the Cabell Huntington Hospital Foundation have ...

### Page 16 - www.wvgazettemail.com Cops & Courts - RSSing ...
wvgazettemail32.rssing.com/chan-52375360/all_p16.html ▾
A+ Care Pharmacy, a **Barboursville** pharmacy used for the activity, underwent ...... Last year, Plants waited with his children outside **Fruth** Pharmacy while their ... Sid Bell

HIGHLY CONFIDENTIAL      CAH_FEDWV_00000890

P-42117_00011

was a pretrial diversion agreement that would have allowed the charges ...

1 2 3 4    Next

Dublin, OH - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000891

P-42117_00012