

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## I.   NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS

| | |
|---|---|
| 1.   Pharmacy Name | FRUTH PRM, INC #0028-RX |
| 2.   DBA (if any) | |
| 3.   National Account/Chain Pharmacy Headquarters Address | *Fruth Pharmacy Inc.*<br>*4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |
| 4.   National Account/Chain Pharmacy Headquarters Phone | 304-675-1612 |
| 5.   Name of Principle owner(s) or Corporate Entity | Fruth Pharmacy Inc. |
| 6.   Ownership type (check one) | ☐Sole proprietor    XX Corporation<br><br>☐ Other |
| 7.   Owner(s) name or contact person for the Organization and their title ("Contact Person") | **Timothy Weber**<br>Vice President |
| 8.   Owner's or Contact Person's Business Address | *4016 Ohio River Rd.*<br>*Point Pleasant, WV. 25550* |

Rev. 1/15

PLAINTIFFS TRIAL EXHIBIT
P-42118_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000892
P-42118_00001



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 9. Owner or Contact Person's Phone | 304-675-1612x117 |
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Name: __**Timothy Weber**__<br><br>Title: <u>Vice President</u><br><br>Phone: <u>304-675-1612x117</u><br><br>Email: <u>tweber@fruthpharmacy.com</u> |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES          X NO |
|    a. If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES          X NO |
|    a. If yes, provide details (attach documentation including public records) | |

Page 2 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## II.   NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | <u>FF6451948</u> |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES        ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X YES        ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can  be confirmed at www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, www.deanumber.com,  or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES        ☐ NO |
| 17. State Registration Number: | <u>MP0552424</u> |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X YES        ☐ NO |

Rev. 1/15

HIGHLY CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## III.  PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES          X NO<br><br>If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES          X NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21.   Has a Google Web Search been performed on  behalf of this DEA Registrant? | X YES          ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES          X NO |

## IV.  SOM AND ANTI-DIVERSION PROGRAM

Page 4 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL

**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

**CardinalHealth**

| | |
|---|---|
| 22.   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007? | X YES        ☐ NO |
| 23  Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility? | X YES        ☐ NO |

**V.     ADDITIONAL COMMENTS**

COMPLETED BY: _____George Speidel, Sr  Acct Specialist-National Accounts_____
*(Name /Title)*

Page 5 of 5

Rev. 1/15

HIGHLY CONFIDENTIAL



**U.S. DEPARTMENT OF JUSTICE** ★ **DRUG ENFORCEMENT ADMINISTRATION**

# DIVERSION CONTROL DIVISION

**DEA Registration Validation Result:**

**DEA Number:** FF6451948

This DEA Number is ACTIVE

**Name (Last, First):** FRUTH PHARMACY #28 ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 4541 5TH STREET ROAD

**Business Address 2:**

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 09-30-2019

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated (Required** - Not Case Sensitive)



HIGHLY CONFIDENTIAL

CAH_FEDWV_00000897

P-42118_00006

11/18/2016 2:12 PM FAX 3045226094          MCCLOUD FAMILY PHARMACY                    ☒0001/0001



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: November 16, 2016

**Fruth Pharmacy #28**
Registered Pharmacy

4541 5th Street Road
Huntington, WV 25701

LICENSE # MP0552424

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

Jeffrey T.McCloud - RP0005546

Registered Pharmacist in Charge

HIGHLY CONFIDENTIAL



# Welcome To Fruth Pharmacy

## Your Hometown, Family Pharmacy

ENTER FRUTH PHARMACY >

REFILL A PRESCRIPTION >

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000899
P-42118_00008



Fruth Pharmacy 4541 5TH STREET ROAD



All    Maps    News    Shopping    Images    More ▾    Search tools

About 1,850 results (0.98 seconds)



Map data ©2016 Google

A   **Fruth Pharmacy Inc**
Huntington, WV · (304) 429-5544
Open until 9:00 PM                                    WEBSITE        DIRECTIONS

B   **Fruth Pharmacy Inc**
Huntington, WV · (304) 697-2151
Open until 9:00 PM                                    WEBSITE        DIRECTIONS

C   **Fruth Pharmacy**
Huntington, WV · (304) 525-0507
Open until 9:00 PM                                    WEBSITE        DIRECTIONS

**Fruth Pharmacy 11 in Huntington, West Virginia - Pharmacy Address ...**
npino.com/pharmacy/1346255288-fruth-pharmacy-11/ ▾
Jul 15, 2016 - **Fruth Pharmacy** 11 is a Community/Retail Pharmacy in Huntington, West Virginia. ...
Address: **4541 5th Street Rd**, , Huntington, WV, 25701

**Fruth Pharmacy 02 in Huntington, West Virginia - Pharmacy Address ...**
npino.com/pharmacy/1982786760-fruth-pharmacy-02/ ▾
Jul 18, 2016 - **Fruth Pharmacy** 02 is a Community/Retail Pharmacy in Huntington, West Virginia. ...
Address: **4541 5th Street Rd**, , Huntington, WV, 25701

**Fruth Pharmacy in Huntington, West Virginia with Reviews & Ratings ...**
www.yellowpages.com › Huntington, WV ▾
Find 19 listings related to **Fruth Pharmacy** in Huntington on YP.com. See reviews, photos ... **4541 5th
Street Rd** Ste 7Huntington, WV 25701. (304) 522-6090.

**Fruth Drugstore in Huntington, West Virginia with Reviews & Ratings ...**
www.yellowpages.com › Huntington, WV ▾
Find 17 listings related to Fruth Drugstore in Huntington on YP.com. See reviews ... 1. **Fruth
Pharmacy** · (1) .... **4541 5th Street Rd** Ste 7Huntington, WV 25701.

**Fruth Pharmacy | Your Hometown, Family Pharmacy**
www.fruthpharmacy.com/ ▾
**Fruth Pharmacy** logo. Toggle navigation. Pharmacy .... Subscribe to our Newsletter and be entered to
win a $25 Fruth Gift Card! A new winner is selected every ...
You've visited this page 3 times. Last visit: 10/14/15

**1538611520 NPI Number — FRUTH PHARMACY INC ( TXT )**
www.hipaaspace.com › Healthcare Lookup Services › NPI Lookup ▾
Provider Name (Legal Business Name), . **FRUTH PHARMACY** INC. Provider Business Mailing
Address. First Line, . **4541 5TH STREET RD**. Second Line, .

**Pharmacies Companies in Huntington, West Virginia - Manta**
www.manta.com › ... › Pharmacies › United States › West Virginia ▾
Manta has 14 companies under Pharmacies in Huntington. « ‹ 1 › » ... **Fruth Pharmacy** Inc. 1419
Us Route 60 ... **4541 5th Street Road** # 4. Huntington, WV ...

[PDF] **WVA 5007542 CARDINAL PHARMACY RT 14 N ELIZABETH WV ...**
www.peia.wv.gov/.../Retail_Maintenance_Network_Participating_Pharmacies.pdf ▾
... (304)466-2323 X. 5011438. BLACK DIAMOND PHARMACY. MAIN ST. NORTHFORK. WV .....
5000017. FRUTH PHARMACY ..... **4541 5TH STREET RD** # 7.

https://www.google.com/search?espv=2&q=Fruth+Pharmacy+4541+5TH+STREET+ROAD&oq=Fruth+Pharmacy+4541+5TH+STREET+ROAD&gs_l=serp....    1/2

HIGHLY CONFIDENTIAL

Krogers Pharmacy Huntington West Virginia Walmart Pharmacies
www.drugcard4u.com › Pharmacy Directory › West Virginia ▾
BUDGET DISCOUNT PHARMACY 361 NORWAY AVENUE ... **FRUTH PHARMACY** 02 125 SEVENTH
AVE ... **4541 5TH STREET ROAD** HUNTINGTON WV ...

Wecare Medical, LLC - HealthCare4PPL.com
www.healthcare4ppl.com/supplier/west-virginia/.../wecare-medical-llc-81861.html ▾
... retail store of Wecare Medical, LLC located at 335 4th Ave Huntington, WV 25701, including street
address, contact ... **4541 5th Street Rd**; **Fruth Pharmacy #11**

Searches related to Fruth Pharmacy 4541 5TH STREET ROAD

| | |
|---|---|
| fruth pharmacy **rt 60 huntington wv** | fruth pharmacy **careers** |
| fruth pharmacy **inc huntington, wv** | fruth pharmacy **corporate office** |
| fruth pharmacy **weekly ad** | fruth pharmacy **application** |
| fruth pharmacy **grayson ky** | fruth pharmacy **hurricane** |

1 2 3 4 5 6 7 8 9 10    Next

Dublin, OH - From your search history - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000901

P-42118_00010



Pharmacy 4541 5TH STREET ROAD

All    Maps    News    Shopping    Images    More ▾    Search tools

About 61,300 results (1.03 seconds)

**McCloud Family Pharmacy Huntington, WV 25701 - YP.com**
www.yellowpages.com › Pharmacies near Huntington, WV ▾
Get reviews, hours, directions, coupons and more for McCloud Family **Pharmacy** at **4541 5th Street
Rd** Ste 7, Huntington, WV. Search for other **Pharmacies** in ...

**Medicap Pharmacy Huntington, WV 25701 - YP.com**
www.yellowpages.com › Pharmacies near Huntington, WV ▾
More Like This. Medicap **Pharmacy** . **4352 5th Street Rd**, Huntington, WV. McCloud Family **Pharmacy** .
**4541 5th Street Rd** Ste 7, Huntington, WV. Medical Park ...

**MCCLOUD FAMILY PHARMACY, INC. : medical supplier at 4541 5TH ...**
www.carebulletin.com/.../mccloud-family-pharmacy-inc-4541-5th-street-rd-25701.ph... ▾
Information of medical supplier MCCLOUD FAMILY **PHARMACY**, INC. at **4541 5TH STREET RD**,
Huntington, WV 25701. List of durable medical equipment, ...

**MCCLOUD FAMILY PHARMACY INC 4541 5TH STREET RD ...**
https://www.labdraw.com/ratings/doctors/details/1205879087 ▾
Map, comments, and reviews for MCCLOUD FAMILY **PHARMACY** INC **4541 5TH STREET RD**
HUNTINGTON WV 257019112 **Pharmacy**. LabDraw is helping ...

**Mc Cloud Family Pharmacy in West Virginia (WV) | 4541 5th Street ...**
www.finderamerica.com/mc-cloud-family-pharmacy-1222017.html ▾
Mc Cloud Family **Pharmacy**, located at **4541 5th Street Road #7**, Huntington, WV 25701 provides
service to it's customers in the category of **Pharmacy** In order to ...

**Health Mart Huntington 4541 5Th St Rd**
https://www.shopfully.com/stores/health-mart/766735/4541+5Th+St+Rd
Health Mart offers top quality independent **pharmacy** care to keep its customers happy and healthy.
Each **pharmacy** is locally owned and focuses on meeting the ...

**McCloud Family Pharmacy Inc Medical Supplies in Huntington, WV**
www.wellness.com › ... › Providers › Retail Store › Medical Supplies › WV › Huntington
McCloud Family **Pharmacy** Inc offers Medical Supplies and Equipment in Huntington, WV. See reviews
... McCloud Family **Pharmacy** Inc **4541 5th Street Rd**

**Mc Cloud Family Pharmacy, 5th Street Rd #7, Huntington, WV 25701**
ifindpharmacy.com/wv/huntington/mc-cloud-family-pharmacy ▾
Knowledge on the subject of Mc Cloud Family **Pharmacy**, **4541 5th Street Road #7**, Huntington, West
Virginia 25701-9563, US. Telephone number is (304) ...

**Fruth Pharmacy 11 in Huntington, West Virginia - Pharmacy Address ...**
npino.com/pharmacy/1346255288-fruth-pharmacy-11/ ▾
Jul 15, 2016 - Fruth **Pharmacy** 11 is a Community/Retail **Pharmacy** in Huntington, West Virginia. ...
Address: **4541 5th Street Rd**, , Huntington, WV, 25701

**Mccloud Family Pharmacy Inc - Huntington WV near 4541 5Th Street Rd**
www.healthcare6.com › Medicare Supplier
Mccloud Family **Pharmacy** Inc, local **pharmacy** of Mccloud Family **Pharmacy**, Inc near **4541 5th
Street Rd**, Huntington, WV 25701. Phone:3045226090. Medical ...



Goo
McDonald's

# Mc Cloud Family Pharmacy
Pharmacy

**Address:** 4541 5th Street Rd, Huntington, WV 25701
**Phone:** (304) 522-6090

Suggest an edit · Own this business?

## Add missing information
Add business hours
Add website

## Reviews                    Write a rev
2 Google reviews

**Send to your phone**

## People also search for

  

Fruth          Medical      Medicap®      CVS S
Pharmacy       Arts         Pharmacy      & Pha
Inc            Pharmacy     Pharmacy      Drug St
Pharmacy       Pharmacy

1  2  3  4  5  6  7  8  9  10    Next

Dublin, OH - From your search history - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

HIGHLY CONFIDENTIAL
CAH_FEDWV_00000902
P-42118_00011



Diversion Pharmacy 4541 5TH STREET ROAD



All    Maps    Shopping    News    Images    More ▾    Search tools

About 1,590 results (0.82 seconds)

**Lavalette Food Fair in Huntington, WV | 4541 5th Street Rd, # 4 ...**
www.superpages.com/bp/huntington-wv/lavalette-food-fair-L0005636271.htm ▾
Lavalette Food Fair in Huntington, WV -- Map, Phone Number, Reviews, Photos and Video Profile for
Huntington WV Lavalette Food Fair. Lavalette Food Fair ...
Missing: ~~diversion pharmacy~~

**Food Fair - Lavalette in Huntington, WV | 4541 5th Street Rd ...**
www.superpages.com/bp/huntington-wv/food-fair-lavalette-L2064179422.htm ▾
Food Fair - Lavalette in Huntington, WV -- Map, Phone Number, Reviews, Photos and Video Profile for
Huntington WV Food Fair - Lavalette. Food Fair ...
Missing: ~~diversion pharmacy~~

**Community Pharmacy in Huntington, West Virginia - Medicap ...**
www.medicap.com/pharmacy-locations/west-virginia/huntington-5th-st-road/home ▾
Your local Medicap **Pharmacy** of Huntington's community **pharmacy** in ... Welcome to Medicap
**Pharmacy** ... 4352 **5th St**. Road, Huntington, WV 25701-9558.

[PDF] **Pharmacist List - West Virginia Legislature**
www.legis.state.wv.us/legisdocs/reports/agency/P17_CY_2010_980.pdf ▾
Feb 13, 2009 - West Virginia Board of **Pharmacy**, 232 Capitol **Street**, Charleston, West Virginia 25301
... legislation involving the problem of drug **diversion** in this and the surrounding States, and has
promulgated ..... Potters 10 explore creating a **fifth** Inspector ...... 1718 Kemper Hollow **Road** ..... **4541**
Dogwood Tree Court.

[PDF] **community resources - Montgomery County**
www.mcohio.org/Community_Resources___rev__November_2014.pdf ▾
**Diversion** Team (emergency assistance through Children Services) ... For individuals and families
who are living on the **street**, in their cars or in ... Dayton, OH **4541** 7 ... employment services, housing
services, primary care, and **pharmacy** services. ..... 10:00 a.m. - 2:00 p.m. Saturday (closed **fifth**
Saturday of the month).

[XLS] **Unwanted Medicines Collection Programs - IN.gov**
www.in.gov/idem/recycle/files/unwanted_meds_programs.xls ▾
Dec 10, 2015 - 7, All residents, Participating Indiana **pharmacies**, See Web link, Drop- ... 11, Allen
County, Fort Wayne, Indiana State Police Post, 260-432-8661, Drop-off, 5811 Ellison **Rd** ... (765) 289-
**4541**, Special Collection, Call for locations, All Medicines ..... Police Department, 765-983-7200, Drop-
off, 50 N **5th Street**

**NewCorp_20160510 - Louisiana.gov**
coraweb.sos.la.gov/NewCorpNewsletters/NewCorp_20160510.txt ▾
May 8, 2016 - **STREET** GALLIANO, LA 70354 42216637K 5/3/2016 ..... 42252180K 5/2/2016 ACME
ROOFING SUPPLIES, LLC **4541** GRAND CAILLOU **RD** ..... LA 70570 Agent: COREY BRYANT 4247
**5TH** AVE LAKE CHARLES, LA 70607 ...... LA 70373 42257868K 5/2/2016 KINDER FAMILY
**PHARMACY**, L.L.C. C/O ...

**XML - US Government Publishing Office**
https://www.gpo.gov/fdsys/pkg/FR-2010-10-26/xml/FR-2010-10-26.xml ▾
Under this temporary deviation the S99 Alford Street Bridge may remain in the ...... and contained
major provisions of the House-passed version of H.R. **4541** ...... and Wildlife Service, 1011 E. Tudor
**Road**, Mail Stop 201, Anchorage, AK 99503. ...... W, Newton, 10000917 Polk County Hubbell
Warehouse, 340 SW **5th St**, Des ...

[PDF] **Provider Directory for the NYC Metropolitan area - vnsny choice**
https://www.vnsnychoice.org/sites/default/.../MLTC_Directory_Downstate_09122016.pd... ▾
100 W Kingsbridge **Rd**. Bronx, NY .... Attn: Patient Accts, **5th**. Fl. New York, NY .... c/o Medstop
**Pharmacy**. & Surgical .... Transitional **Diversion** ...... Services **4541**.

[PDF] **Resource Manual - Healthy Start Coalition of Pinellas**
www.healthystartpinellas.org/pdf/2014/ResourceManual-New.pdf ▾
701 **5th** Avenue N, **St**. Petersburg, Fl. 822-8190 ... Clearwater • 449-1988 **St**. Pete • 525-**4541**. High
Point .... 2929 County **Road** 193, Clearwater, FL 33759. 793-2731 ..... A homeless shelter and a jail
**diversion** program ..... **Pharmacy** Services.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000903
P-42118_00012

**1** 2 3 4 5 6 7 8 9 10      Next

Dublin, OH - From your search history - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

HIGHLY CONFIDENTIAL                                        CAH_FEDWV_00000904
                                                                          P-42118_00013

Cardinal Health Confidential



## CARDINAL HEALTH INC.
## INVESTIGATOR SITE VISIT REPORT

### 1    Pharmacy Information

| | | |
|---|---|---|
| a | Pharmacy Name | Fruth Pharmacy #28 |
| b | Address | 4541 5th Street Road |
| c | City | Huntington |
| d | State | West Virginia |
| e | Zip Code | 25701 |
| f | Pharmacy DEA # | FF6451948 |
| g | DEA Lic. Exp. Date | 09/30/2019 |
| h | Date of Visit | 08/09/2017 |
| i | Pharmacy License | MP0552424 |
| j | Phcy Lic. Exp. Date | 06/30/2018 |
| k | Name of Current PIC | Jeffrey T. McCloud |
| l | PIC License # | RP05546 |
| m | PIC Lic. Exp. Date | 06/30/2018 |
| n | Investigator Name | Timothy Dunham |
| o | Other Participants | Jeff McCloud |
| p | Reason for Report | QRA Site Visit |

Research pharmacy background

| | | |
|---|---|---|
| q | Is Internet and public media research acceptable? | Yes |
| r | Is DEA registrant's number(s) active? | Yes |
| s | Is the Pharmacy License in Line 1i above clear of probation or restrictions related to controlled substances for the past 10 years? | Yes |
| t | Is the PIC License in Line 1l above currently on probation related to controlled substances? | No |
| u | Please provide detail if any of the answers above require explanation (NO to questions 1(q) – 1(s)/YES to question 1(t)). | |

Printed On 08/28/2017 10:27:21

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000905
P-42118_00014

Cardinal Health Confidential

## 2   Pharmacy Dispensing Information

The following information should be compiled from the dispensing data provided by the pharmacy over the previous 3 full months.

| | | | | |
|---|---|---|---|---|
| a | Average total number of ALL prescriptions dispensed per day (including both controlled and non-controlled substances) | a | 225 | 100% |
| b | Average number of controlled substance (C2-C5) prescriptions dispensed per day | b | 27 | 12% |
| c | Average number of non-controlled substance prescriptions dispensed per day [CALCULATED CELL: 2(a) - 2(b) ] | c | 198 | 88% |
| d | Average number of ALL prescriptions paid for in cash per day | d | 34 | 15% |
| e | Average number of controlled substance (C2-C5) prescriptions paid for in cash per day | e | 3 | 11% |
| f | Average number of non-controlled substance prescriptions paid for in cash per day [CALCULATED CELL: 2(d) - 2(e) ] | f | 31 | 15% |
| g | On average, how many days per month is the pharmacy open for business: | | | 30 |
| h | On average, how many hours per business day is the pharmacy open: | | | 9 |

Definition: Cash: Cash paid = prescriptions filled that are NOT paid for in whole or in part by (or adjudicated against) a third-party plan such as Medicaid, Medicare, private insurance, etc. Specifically, the patient pays for the full amount of prescription on their own using cash, debit card, credit card or check.

| | | |
|---|---|---|
| i | Is the difference between 2e (Average number of controlled substance (C2-C5) prescriptions paid for in cash per day) and 2f (Average number of non-controlled substance prescriptions paid for in cash per day) greater than 10%? | NO |
| j | If yes, please provide the Pharmacists' explanation as to what he or she believes is the reason for the difference: | |

| | | |
|---|---|---|
| k | Is the percentage of controlled substance prescriptions dispensed high? | NO |
| l | If yes, please provide the Pharmacists' explanation as to why he or she believes this is the case. | |

Printed On 08/28/2017 10:27:21

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000906

P-42118_00015

Cardinal Health Confidential

## 3   CAH Sales Data

The following information and analysis is based on the most recent 3 full months of Cardinal Health sales data

For the following controlled substances shipped by Cardinal Health, please provide the following:

| | | |
|---|---|---|
| a | What is the average number of Oxycodone dosage units distributed by Cardinal Health to this pharmacy per month? | 3,787 |
| b | Of the number of Oxycodone dosage units distributed to this pharmacy, how many are for Oxycodone 15mg IR & 30mg IR combined? | 267 |
| c | Percentage of Oxycodone distributed in 15mg IR & 30mg IR combined. | 7% |
| d | What is the average number of Hydrocodone dosage units distributed by Cardinal Health to this pharmacy per month? | 10,203 |
| e | Of the number of Hydrocodone dosage units distributed to this pharmacy, how many are for Hydrocodone 10mg? | 4,333 |
| f | Percentage of Hydrocodone distributed in 10mg. | 42% |
| g | What is the average number of Alprazolam dosage units distributed by Cardinal Health to this pharmacy per month? | 6,500 |
| h | Of the number of Alprazolam dosage units distributed to this pharmacy, how many are for Alprazolam 2mg? | 833 |
| i | Percentage of Alprazolam distributed in 2mg. | 12% |

Printed On 08/28/2017 10:27:21

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000907

P-42118_00016

Cardinal Health Confidential

## 4   Pharmacy Dispensing Data

The following information and analysis is based on the previous 3 full months of dispensing data provided by the pharmacy.

Data source used for the following calculations:   | Pharmacy Dispensing Data |

| | | Data Collected? | Average Dosage Units Dispensed Per Month |
|---|---|---|---|
| a | Oxycodone | Yes | 4,100 |
| a1 | Of Oxycodone dispensed, number of combined dosage units of Oxycodone 15mg IR & 30mg IR dispensed | Yes | 668 |
| a2 | Of the number of Oxycodone dosage units dispensed by this pharmacy, what percentage was for Oxycodone 15mg IR & 30mg IR combined? | | 16% |
| b | Hydrocodone | Yes | 10,602 |
| b1 | Of Hydrocodone dispensed, number of combined dosage units of Hydrocodone combination products containing 10mg of hydrocodone dispensed | Yes | 4,523 |
| b2 | Of the number of Hydrocodone dosage units dispensed by this pharmacy, what percentage was for Hydrocodone 10mg? | | 42% |
| c | Alprazolam | Yes | 6,856 |
| c1 | Of Alprazolam dispensed, number of Alprazolam 2mg dispensed | Yes | 1,010 |
| c2 | Of the number of Alprazolam dosage units dispensed by this pharmacy, what percentage was for Alprazolam 2mg? | | 14% |
| d | Oxymorphone | | |
| e | Hydromorphone | | |
| f | Carisoprodol | | |
| g | Methadone | | |
| h | Fentanyl | | |
| i | Morphine Sulfate | | |
| j | Zolpidem | | |
| k | Clonazepam | | |
| l | Methylphenidate | | |

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000908

P-42118_00017

Cardinal Health Confidential

| | | | |
|---|---|---|---|
| m | Amphetamine Salts | | |
| n | Tramadol | Yes | 5,498 |
| o | | | |
| p | Provide the Pharmacists' explanation on the difference between the purchased and dispensed totals for the top three drug families. | | |
| | PIC said he keeps a small surplus of Oxycodone, Hydrocodone and Alprazolam on hand and this accounts for slight difference between purchased and dispensed totals. | | |

### 5   CAH Sales Data

Based on Cardinal Health sales data, did any of the drug families of interest experience unusual and/or unexpected growth in the past 12 months?

| | | |
|---|---|---|
| a | Oxycodone | No |
| b | Hydrocodone | No |
| c | Alprazolam | No |
| d | Oxymorphone | |
| e | Hydromorphone | |
| f | Carisoprodol | |
| g | Methadone | |
| h | Fentanyl | |
| i | Morphine Sulfate | |
| j | Zolpidem | |
| k | Clonazepam | |
| l | Methylphenidate | |
| m | Amphetamine Salts | |
| n | | |

Printed On 08/28/2017 10:27:21

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000909

P-42118_00018

Cardinal Health Confidential

| o | | |
|---|---|---|

| p | Provide the Pharmacists' explanation as to why he or she believes these drug families of interest have grown. | |
|---|---|---|

N/A

## 6   Supplier Information

For all prescription products (controlled and non-controlled substances) purchased by this pharmacy, list wholesalers.

| a | Primary | CAH | Yes |
|---|---|---|---|
| b | Secondary | Genetco | Yes |
| c | Wholesaler #3 | Anda | Yes |
| d | Wholesaler #4 | | |
| e | Wholesaler #5 | | |

## 7   Due Diligence

Based on interview findings:

| a | Did the investigator share with the pharmacy a copy of the handout, Preventing Prescription Drug Abuse that contains the "Top 10 Questions Pharmacists Should Ask When Filling Prescriptions for Controlled Substances", a copy of 21 CFR § 1306.04, "Red Flags identified by the DEA", and a link to the educational video created by NABP® and ADIWG for Pharmacists entitled "Red Flags", and explain its significance to the Pharmacist? | Yes |
|---|---|---|
| b | If the Pharmacist has a concern, he/she checks to see if the prescriber's office or facility out of which he/she practices (e.g., hospital, clinic, etc.) is located a reasonable distance to the Pharmacy? | Yes |
| c | If the Pharmacist has a concern, he/she checks to see if the person filling the prescription is the actual person for whom the prescription is written for or is a family member/guardian? | Yes |
| d | If the Pharmacist suspects that the prescription is a forgery or believes that medication will be abused or illegally sold by the patient, the Pharmacist contacts the prescriber and/or takes other actions (e.g., looks for alterations to the prescription; looks for forged signatures; verifies DEA#; uses state PMP, if available, etc.)? | Yes |
| e | Does the Pharmacist agree he or she will not knowingly fill a prescription that he or she believes is illegitimate, not legally valid, or is likely to be diverted or abused? | Yes |

Printed On 08/28/2017 10:27:21

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000910

P-42118_00019

Cardinal Health Confidential

| f | If the Pharmacist has a concern, he/she checks to see if the patient's residence or work is located a reasonable distance to the Pharmacy? | Yes |
| g | Was there a significant number of out-of-area vehicles parked outside the pharmacy? | No |
| h | Was there any evidence of illicit drug use around the pharmacy or suspected illegal drug transactions such that this was indicative of drug diversion | No |
| i | Was there any evidence of an Internet pharmacy? | No |
| j | Was there long lines of people waiting at the pharmacy such that this was indicative of drug diversion? | No |
| k | Was the investigator able to confirm any other actual signs of diversion at the pharmacy during the site visit? | No |
| l | Has the pharmacy been visited by DEA or other regulatory agencies for investigation into the dispensing of controlled substances by that pharmacy? | No |
| m | Please provide detail if any of the answers above require explanation (NO to questions 5(a) – 5(f)/YES to questions 5(g) – 5(l)). | |

**8   Reviewer Assessment and Decision (to be completed by Corporate Reviewer ONLY and NOT the Investigator)**

| a | Does this pharmacy require immediate action? | No |
| b | What is the decision and why? | |

Based upon the information contained herein there does not appear to be evidence of diversion.

Printed On 08/28/2017 10:27:21

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000911
P-42118_00020