**PLAINTIFFS TRIAL EXHIBIT** P-42119_00001

# Anti-Diversion New Customer Set-Up Checklist

| Field | Value |
|---|---|
| Customer name: | MEDICAL PARK PHARMACY LTC |
| DEA number: | FM2051477 |
| Division: | 8 - Wheeling |
| Specialist: | Ben Grafner |
| Address: | 4118 5TH STREET ROAD |
| City, State: | HUNTINGTON, WV |
| Zip code: | 25701 |
| Today's date: | 02/23/16 |
| Account type: | Closed Door |

| Checklist (check one) 1st Verification | | Checklist (check one) 2nd Verification | |
|---|:---:|---|:---:|
| Compliance Statement | ✓ | Compliance Statement | |
| KYC Document | ✓ | KYC Document | |
| Website Research | ✓ | Website Research | |
| DEA License | ✓ | DEA License | |
| Pharmacist(s) License | ✓ | Pharmacist(s) License | |
| Technician(s) License | | Technician(s) License | |
| MD and/or RN License (where applicable) | | MD and/or RN License (where applicable) | |
| Ryan Haight Act Question | ✓ | Ryan Haight Act Question | |
| Contract Pricing Declaration (where applicable) | | Contract Pricing Declaration (where applicable) | |
| On-Site Verification Form (where applicable) | | On-Site Verification Form (where applicable) | |
| CAH VP Strategic Account Approval (Wholesale accounts only) | | CAH VP Strategic Account Approval (Wholesale accounts only) | |
| Wholesaler Safe Product Practices Form (WSPP) | | Wholesaler Safe Product Practices Form (WSPP) | |

### Comments/Notes

CM: Blank
Acct #: 08-108698
ADC/DEA tool: Not Blocked
Discipline: None

*Per CAH Rph: "I would set them at 21M, with the exception of DF 9193, my recommendation would be 15,000 based on the number of current beds that they are servicing."

*Per Sales: CAH will be primary wholesaler.

Which of the following exceptions apply to your practice? (Check all that apply) For hospice patients
Other (please specify): -- LONG TERM CARE

### Florida Customers only

| | |
|---|---|
| Account is located in the state of Florida? | No |
| Purchase data received? | No |
| Scheduled controls 2 & 3 reviewed & consistent with business model? | No |
| Credentialing of all listed personnel on KYC survey acceptable? | No |

### Controlled Substance Registration

A controlled substance registration has been provided?  **Yes**

**CS Required States:**

Alabama, Delaware, D.C., Hawaii, Idaho, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Massachusetts, Mississippi, Missouri, Montana, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Washington, West Virginia, Wyoming, Puerto Rico

**CS Not Currently Required:**

Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Kansas, Kentucky, Maine, Minnesota, Nebraska, New Hampshire, New York, North Dakota, Pennsylvania, Vermont,

Reviewed by (place stamp to the right):

**REVIEWED** By ben.grafner at 12:08 pm, Feb 29, 2016

**APPROVED** By ben.grafner at 12:08 pm, Feb 29, 2016

## Red Flag Checklist

| Retail Independent Account | Check if "yes" |
|---|---|
| 1. The pharmacy, owner, PIC and/or any other licensed individual(s) has had a DEA registration suspended, revoked, or disciplined. | ☐ |
| 2. The pharmacy fills scripts for out-of-state patients and/or prescribers. | ☐ |
| 3. The pharmacy is affiliated with other pharmacies or Internet web sites. | ☐ |
| 4. The pharmacy receives more than 20% of their prescriptions via fax or internet. | ☐ |
| 5. The pharmacy receives over 15% cash payment for prescriptions. | ☐ |

**Red Flag Comments:**

| Managed Care Account | Check if "yes" |
|---|---|
| 1. The facility, owner, MD and/or any other licensed individual(s) at the facility has had a DEA registration suspended, revoked, or disciplined. | ☐ |
| 2. The facility fills new scripts and/or sells pharmaceuticals via the internet and/or internet is 30% of total prescriptions dispensed. | ☐ |
| 3. The % of non-injectables is higher than the % of injectables. | ☐ |
| 4. The facility offers on-site dispensing. | ☐ |

**Red Flag Comments:**

| Hospital Account | Check if "yes" |
|---|---|
| 1. The hospital, RN, MD and/or on-site Pharmacist-In-Charge (PIC) at the hospital has had a DEA registration suspended, revoked, or disciplined. | ☐ |
| 2. Only 1 individual is responsible for ordering, monitoring, & invoicing of controls. | ☐ |
| 3. The hospital fills new scripts and/or sells pharmaceuticals via the internet and/or internet is 30% of total prescriptions dispensed. | ☐ |
| 4. Cash transactions are conducted outside of the patient bill. | ☐ |
| 5. The % of non-injectables is higher than the % of injectables. | ☐ |
| 6. The hospital offers on-site dispensing. | ☐ |
| 7. The % of Hydrocodone, Oxycodone & Alprazolam purchases are 75% to 100% of all controlled purchases. | ☐ |
| 8. There is no explanation for how often controlled substances usage analysis is conducted. | ☐ |

**Red Flag Comments:**

| Surgery Center Account | Check if "yes" |
|---|---|
| 1. The surgery center, RN, and/or MD at the surgery center has had a DEA registration suspended, revoked, or disciplined. | ☐ |
| 2. Only 1 individual is responsible for ordering, monitoring, & invoicing of controls. | ☐ |
| 3. The surgery center fills new scripts and/or sells pharmaceuticals via the internet and/or internet is 30% of total prescriptions dispensed. | ☐ |
| 4. Cash transactions are conducted outside of the patient bill. | ☐ |
| 5. The % of non-injectables is higher than the % of injectables. | ☐ |
| 6. Phentermine is one of the top 5 most utilized controlled substances. | ☐ |
| 7. The Surgery Center offers on-site dispensing. | ☐ |
| 8. The % of Hydrocodone, Oxycodone, & Alprazolam purchases are 75% to 100% of all controlled purchases. | ☐ |
| 9. There is no explanation for how often controlled substances usage analysis is conducted. | ☐ |

**Red Flag Comments:**

**Additional Questions:**

Have any emails been attached to this checklist? (State justification below) — Check if "yes" ☐

Has this customer been reviewed with a Cardinal Health Pharmacist? ✓

**Additional Comments/Observations:**

Approved by (place stamp to the right):

**APPROVED** By ben.grafner at 12:09 pm, Feb 29, 2016

Updated: 10/23/2013

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000913

P-42119_00002

# Grafner, Ben

| | |
|---|---|
| **From:** | cardinalhealth@insights.cardinalhealth.com |
| **Sent:** | Friday, February 12, 2016 11:27 PM |
| **To:** | GMB-DUB-KYC-SURVEYS |
| **Subject:** | QRA LTC/IS:  DEA#FM2051477, Facility Name: MEDICAL PARK PHARMACY LTC |

**Recipient Data:**
**Time Finished:** 2016-02-12 21:27:14
**IP:** 173.219.88.20
**ResponseID:** R_3po0JIFY5VpKCVx
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_1LYudupqyVevSoB&R=R_3po0JIFY5VpKCVx

**Response Summary:**

Have you purchased pharmaceutical products from Cardinal Health within the past 12 months?
  No

Person completing this form:
  Name   MICHELE DILLON
  Title   OWNER
  Email address   mdillon@medparkltc.com

Name of your Cardinal Health sales rep:
  Jessie Kave

Primary DEA# of the Long Term Care/Infusion Services (LTC/IS) Center:
  FM2051477

Long Term Care/Infusion Services (LTC/IS) Center legal business name:
  MEDICAL PARK PHARMACY LTC

Is the facility name different than the corporate name?
  No

LTC/IS Center information:
  Address   PO Box 999
  City   Lavalette
  State   WV
  Zip code   25535
  Phone number(s)   304 529 3784

1

Email   mdillon@medparkltc.com
Website (if any)   NONE
State license number   SP0552406
State controlled substance license number (if applicable)   SP0552406

Is the primary DEA a physician/practitioner registration number?
  No

Does the physician/practitioner engage in professional practice in the state of Florida?
  No

Are you Florida State Board certified?
  No

Do you prescribe controlled substances?
  No

Which of the following exceptions apply to your practice?  (Check all that apply)
  For hospice patients
  Other (please specify): -- LONG TERM CARE

What is your specialty practice?
  Other (please specify): -- PHARMACY

Are controlled substances dispensed to patients?
  Yes

Are controlled substances administered to patients?
  No

Ownership type:
  For-Profit corporation

Please indicate state of incorporation:
  WV

Names of the top 4 officers of the LTC/IS Center (e.g., CEO, president, vice president(s), secretary, treasurer) and the person(s) responsible for the LTC/IS Center's pharmacy operations.  (If a partnership or sole proprietor, list names of partners or owner(s).) : Please list
  A.
    Names   MICHELE DILLON
  B.
    Names   MICHELE DILLON
  C.
    Names   MICHELE DILLON
  D.
    Names   MICHELE DILLON
  E.
    Names   N/A
  F.
    Names   N/A

2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000915
P-42119_00004

Names of the top 4 officers of the LTC/IS Center (e.g., CEO, president, vice president(s), secretary, treasurer) and the person(s) responsible for the LTC/IS Center's pharmacy operations.  (If a partnership or sole proprietor, list names of partners or owner(s).) : Please list
  A.
    Titles   PRESIDENT
  B.
    Titles   VICE PRESIDENT
  C.
    Titles   SECRETARY
  D.
    Titles   TREASURER
  E.
    Titles   N/A
  F.
    Titles   N/A

List all names, addresses, and DEA numbers for those pharmacies/entities (that receive drugs) operated by the LTC/IS Center: : Please list
  A.
    Names   MEDICAL PARK PHARMACY LTC

List all names, addresses, and DEA numbers for those pharmacies/entities (that receive drugs) operated by the LTC/IS Center: : Please list
  A.
    Addresses   4118 5TH STREET ROAD HUNTINGTON, WV 25701

List all names, addresses, and DEA numbers for those pharmacies/entities (that receive drugs) operated by the LTC/IS Center: : Please list
  A.
    DEA numbers   FM2051477

Is your LTC/IS Center a member of a GPO?
  Yes

What is the name of the group/organization?
  MHA

Have any of the DEA registrants (pharmacies, physicians, dentists, nurse practitioners, physicians assistants, etc.) associated with the LTC/IS Centers and acquiring drugs based on their DEA license ever had a DEA registration, state permit (pharmacy), or state controlled substance permit suspended, revoked or disciplined?
  No

Have any of the Pharmacists-in-Charge (PIC) working in your pharmacies ever had his/her license(s) suspended, revoked or disciplined?
  No

Are there currently any lawsuits, liens, or judgments filed against the Corporate officer(s), person(s) responsible for the LTC/IS centers operations, or partners/owner(s) of the LTC/IS Center?
  No

3

Please list all licensed individuals associated with the LTC/IS) Center that interact directly with the acquired drugs. List Name, Position, State License #, and if the licensee has ever had disciplinary action of any kind initiated against their license. : Provide
  1
    Name(s)   MICHELE DILLON

Please list all licensed individuals associated with the LTC/IS) Center that interact directly with the acquired drugs. List Name, Position, State License #, and if the licensee has ever had disciplinary action of any kind initiated against their license. : Provide
  1
    Position(s)   PHARMACIST

Please list all licensed individuals associated with the LTC/IS) Center that interact directly with the acquired drugs. List Name, Position, State License #, and if the licensee has ever had disciplinary action of any kind initiated against their license. : State
  1
    License #   WV6110

Please list all licensed individuals associated with the LTC/IS) Center that interact directly with the acquired drugs. List Name, Position, State License #, and if the licensee has ever had disciplinary action of any kind initiated against their license. : Had disciplinary action?
  1
    No

Do you ship more than 5% of your product out the LTC/IS Center?
    Yes

Do you maintain a wholesale license?
    No

Please provide the names of all pharmaceutical wholesale drug distributors your pharmacy has used within the past 12 months, whether or not you will continue to use them going forward, and what % of controlled substances in dosage units do you intend to continue to purchase from each. : Wholesale drug
  1
    distributors:   Cardinal Health
  2
    distributors:   AMERISOURCE BERGEN
  3
    distributors:   ANDA

Please provide the names of all pharmaceutical wholesale drug distributors your pharmacy has used within the past 12 months, whether or not you will continue to use them going forward, and what % of controlled substances in dosage units do you intend to continue to purchase from each. : Use going forward?
  2
    No
  3
    Yes

Please provide the names of all pharmaceutical wholesale drug distributors your pharmacy has used within the past 12 months, whether or not you will continue to use them going forward, and what % of controlled substances in dosage units do you intend to continue to purchase from each. : % of controlled substances

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000917
P-42119_00006

  2
    in dosage units you intend to purchase from each:   100
  3
    in dosage units you intend to purchase from each:   0

Does your organization purchase any controlled substances directly from manufacturers?
  No

Approximately what percent of controlled substances are purchased in a year when compared to all non-controlled substance pharmaceuticals? (Calculate the percentage in terms of dosage units.)
  10

Approximately what percent of controlled substances are purchased from Cardinal Health?
  0

Approximately what percent of your current prescription dispensing is comprised of controlled substances?
  8

Does your organization receive prescriptions from a website not owned by your organization?
  No

Does your organization own any Internet (pharmacy) websites or is it affiliated with any Internet (pharmacy) websites?
  No

Does your organization fill new prescriptions or sell pharmaceuticals via the Internet?
  No

We will notify Cardinal Health immediately upon affiliating with a website that fills prescription requests.
  X

Do you do any cash transactions outside of the patient bill?
  No

Please indicate the percentage of prescription business your LTC/IS Center receives in the following areas:
  Internet (new prescriptions)
    Must total 100%   0
  Internet (refills)
    Must total 100%   0
  Fax
    Must total 100%   95
  E-Prescribing
    Must total 100%   4
  Phone
    Must total 100%   1
  Walk-in
    Must total 100%   0
  Other (please specify):
    Must total 100%   0

Please indicate the percentage of revenue the LTC/IS Center receives in the following areas:

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000918

P-42119_00007

Private Insurance
  Must total 100%   14
Third party (Medicare/Medicaid, Insurance)
  Must total 100%   85
Indigent Care
  Must total 100%   0
Cash
  Must total 100%   1
Other (please specify):
  Must total 100%   0

What products do the pharmacies in the Long Term Care/Infusion Services (LTC/IS) Centers expect to purchase from Cardinal Health?  (Check all that apply)
  OTC
  Prescription
  Controlled Substances

For the controlled substances listed above, what percentage of these are injectable and non-injectable?
  Must total 100%
    Injectables   5
    Non- injectables   95

Please list the top 5 controlled substances dispensed or administered for any 1 month (in terms of dosage units).
  1   HYDRO/APAP 5/325MG
  2   LORAZEPAM 0.5MG TAB
  3   TRAMADOL 50MG
  4   HYDRO/APAP 10/325MG
  5   OXY/APAP 5/325MG

How many dosage units (i.e., mLs, tablets, etc.) of the following do you purchase monthly?  Please include all brand names and generics.  (ALL fields are required, if none purchased enter "0".) : Please specify
  Phentermine
    Dosage units/month   0
  Hydrocodone
    Dosage units/month   10,000
  Alprazolam
    Dosage units/month   2,000
  Oxycodone
    Dosage units/month   5,500

What is the approximate combined percentage of these products compared to your total controlled drug usage/month?
  50-75%

Do you anticipate any new contracted beds?
  Yes

Number of beds in the next . . .
  3 months   0
  6 months   0

6

Does the pharmacy service any of the following? : Services?
  Hospice
    Yes
  Long Term Care facilities/Nursing homes
    Yes

Does the pharmacy service any of the following? : Number of
  Hospice
    facilities served   1
  Long Term Care facilities/Nursing homes
    facilities served   9

Does the pharmacy service any of the following? : Average number of
  Hospice
    beds per facility   14
  Long Term Care facilities/Nursing homes
    beds per facility   50

Does the clinic service patients who reside over 2 hours away from the facility?
  No

Do you anticipate an increase or decrease in utilization or change in specialized services offered?
  No

Are controlled substances dispensed to patients for home or off-site use?
  Yes

Does your pharmacy have any automated filling and/or dispensing machines?
  Yes

What is your current licensed bed capacity?
  NA

In terms of your total patient base, what percentage do you dispense Controlled Substances to?
  70

What is the usual procurement pattern for controlled substances?
  Daily

Controlled Substance Usage Analysis - How often does your facility review controlled drug usage reports?
  Monthly

Systems--Please describe systems that support order management, inventory control, and any other system that controls/monitors/tracks usage and supply chain.
  Manual system with routine audits

Is your pharmacy required to obtain a modified DEA registration under the Ryan Haight Act of 2008?
  No

Does your pharmacy fill prescriptions for controlled substances for customers of websites that sell or offer to sell controlled substances or prescriptions for controlled substances? The prescription might be delivered to you

7

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000920
P-42119_00009

either by referral from an Internet website; or at the request of the owner, operator or employee of such a website; or by referral from a practitioner affiliated with such a website.
   No

Do you, or does your pharmacy, advertise on the Internet or send unsolicited email(s) with offer(s) to sell a controlled substance or a prescription for a controlled substance?
   No

Do you, or does your pharmacy, advertise on the Internet or send unsolicited email(s) that direct persons to a website through which a controlled substance or a prescription for a controlled substance may be purchased?
   No

Are you a Closed Door Entity?
   Yes

Are you limited by contract or otherwise from reselling, in the retail market, prescription pharmaceuticals, OR do you purchase pharmaceuticals in order to service non-retail customers such as nursing homes, hospitals, home care, or long-term care facilities?
   Yes

Are you limited by contract or otherwise from reselling, in the retail market, prescription pharmaceuticals, OR do you purchase pharmaceuticals in order to service non-retail customers such as nursing homes, hospitals, home care, or long-term care facilities?
   Yes

Which one of the following entities that solely dispense pharmaceuticals directly to a patient are you?
   None of the above

Facility:
   Name:   MEDICAL PARK PHARMACY LTC
   Account Number:   ?
   Address:   PO BOX 999
   City   LAVALETTE
   State   WV
   Telephone Number:   3045293784
   Fax Number:   3045273785

Other names in which you have operated in the last year:
   NA

Parent Corporation:  (N/A if not applicable)
   NA

Please provide:
   DEA Number:   FM2051477
   HIN Number:   NA
   State License Number:   SP0552406

Cardinal Health Division:
   ?

8

Primary GPO:
  MHA

Primary Customer Base:
  Long Term Care / Nursing Homes

Patient/Bed Count:
  500

Estimated Monthly Purchases:
  170,000

By submitting this form with this box checked, I am certifying the above information, and I am a duly authorized partner, or principal of this customer.
  X

Please provide:
  Your Name:   MICHELE DILLON
  Your Title:   OWNER/PRES
  Your Email Address:   MDILLON@MEDPARKLTC.COM

Customer's name:
  MEDICAL PARK PHARMACY LTC

By submitting this form with this box checked, I am certifying that the above is agreed to by a duly authorized office, partner, or principal of this customer.
  X

Please complete:
  DEA Number of Customer:   FM2051477
  Full name of person completing form:   MICHELE DILLON
  Title of person completing form   OWNER/PRESIDENT

By submitting this form with this box checked, I am certifying that the information I have provided to be true and accurate.
  X

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000922
P-42119_00011

# U.S. Department of Justice ★ Drug Enforcement Administration
# Office of Diversion Control

## DEA Registration Validation Result:

**DEA Number:** FM2051477

This DEA Number is ACTIVE

**Name (Last, First):** MEDICAL PARK PHARMACY LTC ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 4118 5TH STREET ROAD

**Business Address 2:**

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 01-31-2019

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.



## DEA Registration Validation:

**DEA Number to be validated** (**Required** - Not Case Sensitive)

[ Validate ]

[ Logout ]

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FM2051477 | 01-31-2019 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | RETAIL PHARMACY | 12-13-2015 |

MEDICAL PARK PHARMACY LTC
4118 5TH STREET ROAD
HUNTINGTON, WV 25701

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FM2051477 | 01-31-2019 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | RETAIL PHARMACY | 12-13-2015 |

MEDICAL PARK PHARMACY LTC
4118 5TH STREET ROAD
HUNTINGTON, WV 25701

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (08/04)

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000924
P-42119_00013

# Board of Pharmacy

## Business Details

| | |
|---|---|
| License Number | SP0552406 |
| Business Type | Single-Site Community Pharmacy |
| Business Name | Medical Park Pharmacy LTC |
| Address1 | 4118 5th Street Road |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | |
| Responsible Person Name (Pharmacist In Charge) | Michele R. Dillon |
| Date Issued | 06/17/2010 |
| Expiration Date | 06/30/2016 |
| Status | Active |
| Disciplinary Action | No |

Copyright © 2010 West Virginia Board of Pharmacy
All Rights Reserved.



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

July 1, 2015 - June 30, 2016 - Date Issued: April 01, 2015

Medical Park Pharmacy LTC
Registered Pharmacy

4118 5th Street Road
Huntington, WV 25701

LICENSE # SP0552406

DEA # FM2051477

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

Michele R. Dillon - RP0006110

Registered Pharmacist in Charge

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000926
P-42119_00015

Licensee Search/Verification



## Individual Details

| License Number | RP0006110 |
|---|---|
| License Type | Registered Pharmacist |
| Name | Dillon, Michele R. |
| State of Current Residence | WV |
| Date Issued | |
| Expiration Date | 06/30/2016 |
| License Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of February 22, 2016.

**Google** | MEDICAL PARK PHARMACY LTC HUNTINGTON, WV | Sign in

All    Maps    News    Shopping    Images    More ▾    Search tools

About 1,080 results (0.44 seconds)

**Medical Park Pharmacy LTC Lavalette WV, 25535 – Manta ...**
www.manta.com › ... › Wholesale Pharmaceutical Products ▾
A privately held company in Lavalette, WV. ... More Details for **Medical Park Pharmacy Ltc Inc** ... Wholesale Pharmaceutical Products in **Huntington**, WV.

**Medical Park Pharmacy Ltc Inc Huntington, WV, 25701 - YP ...**
www.yellowpages.com/**huntington-wv**/.../**medical-park**... ▾ Yellowpages.com ▾
Get reviews, hours, directions, coupons and more for **Medical Park Pharmacy Ltc Inc** at 4118 5th Street Rd, **Huntington**, WV. Search for other Sundries Stores in ...

**Medical Park Pharmacy Long Term Care - iTriage**
https://www.itriagehealth.com/.../**medical-park-pharmacy**-long-term-care... ▾
**Medical Park Pharmacy** Long Term Care in **Huntington**, WV - Get address information, directions, map, phone number, and wait times for **Medical Park** ...

**Medical Park Pharmacy Ltc Inc in Huntington, WV - 304-529 ...**
www.whitepages.com/.../**medical-park-pharmacy-ltc**-inc-hunt... ▾ Whitepages ▾
Find **Medical Park Pharmacy Ltc Inc** at 4118 5th Street Rd, **Huntington** WV 25701-9547. Call them at (304) 529-3784.

**MEDICAL PARK PHARMACY LTC INC - HIPAA Space**
www.hipaaspace.com › Healthcare Lookup Services › NPI Lookup ▾
1588987051 NPI number — **MEDICAL PARK PHARMACY LTC INC**. ... City, : **HUNTINGTON** ... 1, 3336L0003X, Long Term Care Pharmacy, SP0552406, WV ...

**MEDICAL PARK PHARMACY LTC INC 4118 5TH STREET ...**
www.labdraw.com/doctorlocations.php?doctor=1588987051 ▾
**MEDICAL PARK PHARMACY LTC INC** 4118 5TH STREET RD **HUNTINGTON** WV 25701-9547 Long Term Care Pharmacy ...

**Medical Park Pharmacy Ltc Inc - MapQuest**
www.mapquest.com/.../**medical-park-pharmacy-ltc**-inc-**huntin**... ▾ MapQuest ▾
Get directions and read reviews, and information about **Medical Park Pharmacy Ltc Inc** in **Huntington**, WV.

**Medical Park Pharmacy Ltc Inc 4118 5th Street Rd ...**
www.mapquest.com/.../**west-virginia**/...**huntington**/**medical-par**... ▾ MapQuest ▾
Get directions, reviews and information for **Medical Park Pharmacy Ltc Inc** in **Huntington**, WV.

**West Virginia: MEDICAL PARK PHARMACY LTC INC ...**
www.e-physician.info/NPI-1588987051-**WV** ▾
Organization Name: **MEDICAL PARK PHARMACY LTC INC** ... 4118 5TH STREET RD **HUNTINGTON**, WV 25701-9547 US ... PHARMACY JOBS WV - Page 1.

**Medical Park Pharmacy Ltc Incorporated in Huntington ...**
local.yahoo.com › Health & Beauty › Pharmacies ▾
Find **Medical Park Pharmacy Ltc** Incorporated in Huntington with Address, Phone number ... 4118 5th Street Rd, **Huntington**, WV 25701Cross Streets: Near the ...

**Omnicare Pharmacy**
Ad  www.omnicare.com/LongTermCare ▾
21st century care solutions for today's long term care facilities



## Medical Park Pharmacy-HR
Pharmacy

**Address:** 5170 US-60, Huntington, WV 25705
**Phone:** (304) 399-3784

Claim this business

**Reviews**          Write a review    Add a p
Be the first to review

**People also search for**          View 15+

    

Fruth Pharmacy | Medical Arts Pharmacy | CVS Pharmacy | Walmart Pharmacy | Valley Health Pharm

1  2  3  4  5  6  7  8  9  10    Next

Dublin, OH - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000928
P-42119_00017