**Weiss, Nicholas**

| | |
|---|---|
| **From:** | GMB-DUB-Survey@cardinalhealth.com <cardinalhealth@insights.cardinalhealth.com> |
| **Sent:** | Tuesday, November 17, 2015 10:20 AM |
| **To:** | GMB-National Account KYC's |
| **Subject:** | QRA National Account/Chain KYC Survey Response |

**Recipient Data:**
**Time Finished:** 2015-11-17 08:19:39
**IP:** 199.230.203.254
**ResponseID:** R_2TzKJoXbEbaUOTR
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_0VuyJmHoHaGP7E1&R=R_2TzKJoXbEbaU
OTR

**Response Summary:**

NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS
   Pharmacy name:   MARSHALL PHARMACY
   DBA (if any):   .
   National Account/Chain Pharmacy Headquarters address:   320 South Polk Street Amarillo, TX 79101
   National Account/Chain Pharmacy Headquarters phone number:   800-658-6146
   Name of Principle owner(s) or Corporate Entity:   Maxor

Ownership type:
   Corporation

 Owner/contact person information:
   Owner's name or contact person for the Organization and title:   Ryan Slack |Director of Purchasing
   Owner's or contact person's business address:   320 South Polk Street Amarillo, TX 79101
   Owner or contact person's phone number:   806-324-5421

Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact
regarding anti-diversion activities or threshold events (if different than the question above):
   Name:   Ryan Slack
   Title:   Director of Purchasing
   Phone number:   806-324-5421
   Email address:   rslack@maxor.com

Are any of the Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked?
   No

Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to

1

PLAINTIFFS TRIAL
EXHIBIT
**P-42120_00001**

CAH_FEDWV_00000929
P-42120 _ 00001

distribution of prescription drugs, or listed chemicals?
    No

DEA registration number:
    FM4902400

Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
    Yes

Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
    Yes

Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, or by the key contact person or his/her designee at the National Account/Chain Pharmacy.
    Yes


    State registration number:  OP0552218

Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy.
    Yes

Is the DEA registration(s) of any of the National Account/Chain Pharmacy's entity suspended or revoked?
    No

Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion?
    No

Has a Google Web Search been performed on behalf of this DEA Registrant?
    Yes

Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees?
    No

SOM AND ANTI-DIVERSION PROGRAM   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007?
    Yes

Has the National Account been offered copies of Cardinal Health educational material concerning a

2

pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility?
  Yes


Completed by:  (Name/Title)
  Nicholas Weiss / Sr. Specialist

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000931
P-42120 _ 00003

**U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION**
# OFFICE OF DIVERSION CONTROL

**DEA Registration Validation Result:**

**DEA Number:** FM4902400

This DEA Number is ACTIVE

**Name (Last, First):** MARSHALL PHARMACY ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 1600 MEDICAL CENTER DRIVE

**Business Address 2:**

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 01-31-2018

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated (Required** - Not Case Sensitive**)**





# Business Details

| License Number | OP0552218 |
|---|---|
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Pharmacy |
| Address1 | 1600 Medical Center Drive |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046916879 |
| Responsible Person Name (Pharmacist In Charge) | Heidi N. Romero |
| Date Issued | 07/15/2014 |
| Expiration Date | 06/30/2016 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of October 28, 2015.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000933

P-42120 _ 00005



# Business Details

| | |
|---|---|
| License Number | OP0552218 |
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Pharmacy |
| Address1 | 1600 Medical Center Drive |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046916879 |
| Responsible Person Name (Pharmacist In Charge) | Heidi N. Romero |
| Date Issued | 07/15/2014 |
| Expiration Date | 06/30/2016 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of October 28, 2015.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000934

P-42120 _ 00006

GOOGLE

| MARSHALL PHARMACY | 1600 MEDICAL CENTER DR | susp |

Sign in

Web    Maps    Shopping    News    Images    More ▾    Search tools

About 190,000 results (1.22 seconds)

### Marshall Pharmacy - Marshall Health
www.**marshall**health.org/services/**pharmacy**/ ▾
That is why Marshall Pharmacy offers retail pharmacy services, so that our patients, staff and community can obtain their medications ... 1600 Medical Center Drive
Missing: ~~suspension~~

### Marshall Pharmacy | FAQs - Marshall Health
www.**marshall**health.org/services/**pharmacy**/faqs/ ▾
Marshall pharmacists work directly with your doctor to coordinate your health care. ... Our Marshall University Medical Center site, at 1600 Medical Center Drive, ...
Missing: ~~suspension~~

### Marshall Pharmacy | Contact Us - Marshall Health
www.**marshall**health.org/services/**pharmacy**/contact-us/ ▾
Marshall Pharmacy Marshall University Medical Center 1600 Medical Center Drive Ground Floor Huntington, WV 25701. Monday-Friday 7 a.m.-7 p.m..
Missing: ~~suspension~~

### [PDF] MARSHALL UNIVERSITY GRADUATE CATALOG
www.**marshall**.edu/.../Gr_Spr13_published_rev.pdf ▾ Marshall University ▾
Probation or Academic Suspension by their school or college based on University ...... The clinic is located at 1600 Medical Center Drive, Suite 1500, next to Cabell Huntington Hospital, and ... School of Pharmacy, and the Graduate College.

### 2015 News Releases - Marshall University
www.**marshall**.edu/ucomm/all-2015-news-releases/ ▾ Marshall University ▾
26, by Marshall music students, as well as music faculty members Dr. Julio Ribeiro Alves ..... He practices family medicine at Marshall University Medical Center and at .... Thursday, July 16, 2015 - School of Pharmacy names Oklahoma scientist and ...... BCJI stakeholders include the Huntington Police Department, Marshall ...

### [PDF] 24th ANNUAL JOSÉ I. RICARD, MD FAMILY MEDICINE ...
fmfwv.org/new/docs/Final%20Program%202010.pdf ▾
Nov 13, 2010 - 1600 Medical Center Drive. Huntington, WV .... Marshall University Joan C. Edwards School of Medicine .... LOOP PHARMACY & HOME MEDICAL for their ..... discussing CIPRODEX® Otic Suspension, VIGAMOX® Solution,.

### Press Releases - Food and Drug Administration
www.fda.gov/ICECI/.../ucm123086.htm ▾ Food and Drug Administration ▾
... Nurse Indicted, Accused of Obtaining Controlled Substances from Hospital .... April 2, 2015: Suspended North Side Pharmacist Pleads Guilty To Trafficking · April 2, .... June 25, 2014: Rochester Doctor Sentenced for Illegal Drug Trafficking .... Seizes Over 1,600 Websites Selling Counterfeit or Misbranded Medication ...

### [PDF] Missouri Board of Pharmacy - National Association of ...
www.nabp.net/.../MO08200... ▾ National Association of Boards of Pharmacy ▾
Aug 1, 2007 - rector, Heartland Regional Medical Center, St Joseph, MO, replaces. Douglas Lang, RPh ... west area of the state and Shawn Marshall, RPh, Sibley, MO, is responsible for a .... the needle) to administer Vantin® (cefpodoxime) suspension. With the cap intact, .... 1600 Feehanville Drive. Mount Prospect, IL ...

### UAB - Archives - UAB History
https://www.uab.edu/archives/chron ▾ University of Alabama at Birmingham ▾
1861: Classes suspended at the Medical College of Alabama due to the Civil War. ... 1910: Dr. Edgar Poe Hogan became the first Hillman Hospital administrator, ... the third dean of the Birmingham Medical, Dental and Pharmaceutical College. ...... July 1975: UAB Residence Hall at 1600 9th Avenue South was named in ...

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000935
P-42120 _ 00007

[PDF] Handbook/Catalog - School of Pharmacy - University of ...
**pharmacy**.olemiss.edu/.../FINAL-UM-SOP-Stud... ▼ University of Mississippi ▼
Dec 8, 2014 - and Pharmacy Student Center (Pharmacy student center) . .... E.
Curriculum for Entry-level Doctor of Pharmacy Program .......... ........... 142.

**1** 2 3 4 5 6 7 8 9 10      Next

○ Dublin, OH - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000936
P-42120 _ 00008

**Weiss, Nicholas**

| | |
|---|---|
| **From:** | GMB-DUB-Survey@cardinalhealth.com <cardinalhealth@insights.cardinalhealth.com> |
| **Sent:** | Tuesday, November 17, 2015 10:20 AM |
| **To:** | GMB-National Account KYC's |
| **Subject:** | QRA National Account/Chain KYC Survey Response |

**Recipient Data:**
**Time Finished:** 2015-11-17 08:19:39
**IP:** 199.230.203.254
**ResponseID:** R_2TzKJoXbEbaUOTR
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_0VuyJmHoHaGP7E1&R=R_2TzKJoXbEbaUOTR

**Response Summary:**

NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS
    Pharmacy name:  MARSHALL PHARMACY
    DBA (if any):   .
    National Account/Chain Pharmacy Headquarters address:  320 South Polk Street Amarillo, TX 79101
    National Account/Chain Pharmacy Headquarters phone number:  800-658-6146
    Name of Principle owner(s) or Corporate Entity:  Maxor

Ownership type:
    Corporation

 Owner/contact person information:
    Owner's name or contact person for the Organization and title:  Ryan Slack |Director of Purchasing
    Owner's or contact person's business address:  320 South Polk Street Amarillo, TX 79101
    Owner or contact person's phone number:  806-324-5421

Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact
regarding anti-diversion activities or threshold events (if different than the question above):
    Name:  Ryan Slack
    Title:  Director of Purchasing
    Phone number:  806-324-5421
    Email address:  rslack@maxor.com

Are any of the Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked?
    No

Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to

1

distribution of prescription drugs, or listed chemicals?
>No

DEA registration number:
>FM4902400

Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
>Yes

Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
>Yes

Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, or by the key contact person or his/her designee at the National Account/Chain Pharmacy.
>Yes


State registration number:  OP0552218

Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy.
>Yes

Is the DEA registration(s) of any of the National Account/Chain Pharmacy's entity suspended or revoked?
>No

Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion?
>No

Has a Google Web Search been performed on behalf of this DEA Registrant?
>Yes

Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees?
>No

SOM AND ANTI-DIVERSION PROGRAM   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007?
>Yes

Has the National Account been offered copies of Cardinal Health educational material concerning a

2

pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility?
  Yes


Completed by:  (Name/Title)
  Nicholas Weiss / Sr. Specialist

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000939

P-42120 _ 00011



**U.S. DEPARTMENT OF JUSTICE** ★ **DRUG ENFORCEMENT ADMINISTRATION**
# OFFICE OF DIVERSION CONTROL

**DEA Registration Validation Result:**

**DEA Number:** FM4902400

This DEA Number is ACTIVE

**Name (Last, First):** MARSHALL PHARMACY ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 1600 MEDICAL CENTER DRIVE

**Business Address 2:**

**Business Address 3:**

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 01-31-2018

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated (Required** - Not Case Sensitive)

[ Validate ]

[ Logout ]



# Business Details

| | |
|---|---|
| License Number | OP0552218 |
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Pharmacy |
| Address1 | 1600 Medical Center Drive |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046916879 |
| Responsible Person Name (Pharmacist In Charge) | Heidi N. Romero |
| Date Issued | 07/15/2014 |
| Expiration Date | 06/30/2016 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of October 28, 2015.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000941

P-42120 _ 00013



# Business Details

| License Number | OP0552218 |
|---|---|
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Pharmacy |
| Address1 | 1600 Medical Center Drive |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046916879 |
| Responsible Person Name (Pharmacist In Charge) | Heidi N. Romero |
| Date Issued | 07/15/2014 |
| Expiration Date | 06/30/2016 |
| Status | Active |
| Disciplinary Action | No |

Another Query

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of October 28, 2015.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000942

P-42120 _ 00014

**GOOGLE**

| MARSHALL PHARMACY | 1600 MEDICAL CENTER DR | susp | | Sign in |

Web　Maps　Shopping　News　Images　More ▾　Search tools

About 190,000 results (1.22 seconds)

### Marshall Pharmacy - Marshall Health
www.**marshall**health.org/services/**pharmacy**/ ▾
That is why Marshall Health offers retail pharmacy services, so that our patients, staff
and community can obtain their medications ... 1600 Medical Center Drive
Missing: ~~suspension~~

### Marshall Pharmacy | FAQs - Marshall Health
www.**marshall**health.org/services/**pharmacy**/faqs/ ▾
Marshall pharmacists work directly with your doctor to coordinate your health care. ...
Our Marshall University Medical Center site, at 1600 Medical Center Drive, ...
Missing: ~~suspension~~

### Marshall Pharmacy | Contact Us - Marshall Health
www.**marshall**health.org/services/**pharmacy**/contact-us/ ▾
Marshall Pharmacy Marshall University Medical Center 1600 Medical Center Drive
Ground Floor Huntington, WV 25701. Monday-Friday 7 a.m.-7 p.m..
Missing: ~~suspension~~

### [PDF] MARSHALL UNIVERSITY GRADUATE CATALOG
www.**marshall**.edu/.../Gr_Spr13_published_rev.pdf ▾ Marshall University ▾
Probation or Academic Suspension by their school or college based on University ......
The clinic is located at 1600 Medical Center Drive, Suite 1500, next to Cabell
Huntington Hospital, and ... School of Pharmacy, and the Graduate College.

### 2015 News Releases - Marshall University
www.**marshall**.edu/ucomm/all-2015-news-releases/ ▾ Marshall University ▾
26, by Marshall music students, as well as music faculty members Dr. Julio Ribeiro
Alves ..... He practices family medicine at Marshall University Medical Center and at
.... Thursday, July 16, 2015 - School of Pharmacy names Oklahoma scientist and ......
BCJI stakeholders include the Huntington Police Department, Marshall ...

### [PDF] 24th ANNUAL JOSÉ I. RICARD, MD FAMILY MEDICINE ...
fmfwv.org/new/docs/Final%20Program%202010.pdf ▾
Nov 13, 2010 - 1600 Medical Center Drive. Huntington, WV .... Marshall University
Joan C. Edwards School of Medicine .... LOOP PHARMACY & HOME MEDICAL for
their ..... discussing CIPRODEX® Otic Suspension, VIGAMOX® Solution,.

### Press Releases - Food and Drug Administration
www.fda.gov/ICECI/.../ucm123086.htm ▾ Food and Drug Administration ▾
... Nurse Indicted, Accused of Obtaining Controlled Substances from Hospital .... April
2, 2015: Suspended North Side Pharmacist Pleads Guilty To Trafficking · April 2, ....
June 25, 2014: Rochester Doctor Sentenced for Illegal Drug Trafficking .... Seizes Over
1,600 Websites Selling Counterfeit or Misbranded Medication ...

### [PDF] Missouri Board of Pharmacy - National Association of ...
www.nabp.net/.../MO08200... ▾ National Association of Boards of Pharmacy ▾
Aug 1, 2007 - rector, Heartland Regional Medical Center, St Joseph, MO, replaces.
Douglas Lang, RPh ... west area of the state and Shawn Marshall, RPh, Sibley, MO, is
responsible for a .... (the needle) to administer Vantin® (cefpodoxime) suspension. With
the cap intact, .... 1600 Feehanville Drive. Mount Prospect, IL ...

### UAB - Archives - UAB History
https://www.uab.edu/archives/chron ▾ University of Alabama at Birmingham ▾
1861: Classes suspended at the Medical College of Alabama due to the Civil War. ...
1910: Dr. Edgar Poe Hogan became the first Hillman Hospital administrator, ... the third
dean of the Birmingham Medical, Dental and Pharmaceutical College. ...... July 1975:
UAB Residence Hall at 1600 9th Avenue South was named in ...

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000943
P-42120 _ 00015

[PDF] Handbook/Catalog - School of Pharmacy - University of ...

**pharmacy**.olemiss.edu/.../FINAL-UM-SOP-Stud... ▼ University of Mississippi ▼
Dec 8, 2014 - and Pharmacy Student Center (Pharmacy student center) . .... E.
Curriculum for Entry-level Doctor of Pharmacy Program .......... ........... 142.

1 2 3 4 5 6 7 8 9 10         Next

○ Dublin, OH - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

HIGHLY CONFIDENTIAL                                           CAH_FEDWV_00000944
                                                             P-42120 _ 00016

**Hollenbacher, Erin**

| | |
|---|---|
| **From:** | GMB-DUB-Survey@cardinalhealth.com <cardinalhealth@insights.cardinalhealth.com> |
| **Sent:** | Tuesday, February 21, 2017 1:15 PM |
| **To:** | GMB-National Account KYC's |
| **Subject:** | QRA National Account/Chain KYC Survey Response |

**Recipient Data:**
**Time Finished:** 2017-02-21 11:14:44
**IP:** 199.230.203.254
**ResponseID:** R_zVk8IqvetsYCGul
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_0VuyJmHoHaGP7E1&R=R_zVk8IqvetsYCGul

**Response Summary:**

NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS
   Pharmacy name:  Marshall Pharmacy
   DBA (if any):  Maxor
   National Account/Chain Pharmacy Headquarters address:  1600 Medical Center Dr Huntington, WV 25701
   National Account/Chain Pharmacy Headquarters phone number:  806-324-5421
   Name of Principle owner(s) or Corporate Entity:  Ryan Slack

Ownership type:
   Corporation

Owner/contact person information:
   Owner's name or contact person for the Organization and title:  Ryan Slack
   Owner's or contact person's business address:  1600 Medical Center Dr Huntington, WV 25701
   Owner or contact person's phone number:  806-324-5421

Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than the question above):
   Name:  Ryan Slack
   Title:  Purchasing Director
   Phone number:  806-324-5421
   Email address:  rslack@maxor.com

Are any of the Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked?
   No

Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to

HIGHLY CONFIDENTIAL

distribution of prescription drugs, or listed chemicals?
   No

DEA registration number:
   FM4902400

Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
   Yes

Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
   Yes

Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, or by the key contact person or his/her designee at the National Account/Chain Pharmacy.
   Yes


   State registration number:   OP0552218

Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy.
   Yes

Is the DEA registration(s) of any of the National Account/Chain Pharmacy's entity suspended or revoked?
   No

Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion?
   No

Has a Google Web Search been performed on behalf of this DEA Registrant?
   Yes

Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees?
   No

SOM AND ANTI-DIVERSION PROGRAM   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007?
   Yes

Has the National Account been offered copies of Cardinal Health educational material concerning a

2

CAH_FEDWV_00000946
P-42120 _ 00018

pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility?

Yes


Completed by:  (Name/Title)
Erin Hollenbacher, Sr.Specialist- National Accounts

3

CAH_FEDWV_00000947
P-42120 _ 00019

MARSHALL PHARMACY
1600 MEDICAL CENTER DRIVE
HUNTINGTON, WV  25701-0000-000

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID | | CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE |
|---|---|---|---|---|
| FM4902400 | 01-31-2018 | $731 | | UNITED STATES DEPARTMENT OF JUSTICE |
| | | | | DRUG ENFORCEMENT ADMINISTRATION |
| | | | | WASHINGTON D.C. 20537 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | RETAIL PHARMACY | 10-20-2014 |

MARSHALL PHARMACY
1600 MEDICAL CENTER DRIVE
HUNTINGTON, WV  25701-0000

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FM4902400 | 01-31-2018 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | RETAIL PHARMACY | 10-20-2014 |

MARSHALL PHARMACY
1600 MEDICAL CENTER DRIVE
HUNTINGTON, WV  25701-0000

Form DEA-223 (4/07)

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney   General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

HIGHLY CONFIDENTIAL



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**Marshall Pharmacy**
Registered Pharmacy

1600 Medical Center Drive
Huntington, WV 25701

LICENSE #  OP0552218

DEA #  fm4902400

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Heidi N.Romero - RP0007125**

Registered Pharmacist in Charge

CAH_FEDWV_00000949

P-42120 _ 00021



**Google**    MARSHALL PHARMACY 1600 Medical Center Dr jail      🔍



All    Maps    Shopping    News    Images    More       Settings    Tools

About 1,420,000 results (1.04 seconds)

### Marshall Pharmacy - Marshall Health
marshallhealth.org/services/pharmacy/ ▼
That is why **Marshall** Health offers retail **pharmacy** services, so that our patients, staff and community can obtain their medications ... **1600 Medical Center Drive**
Missing: jail

### Marshall Pharmacy | Contact Us - Marshall Health
marshallhealth.org/services/pharmacy/contact-us/ ▼
**Marshall Pharmacy** Marshall University Medical Center **1600 Medical Center Drive** Ground Floor Huntington, WV 25701. Monday-Friday 7 a.m.-7 p.m..
Missing: jail

### Locations - Marshall Health
marshallhealth.org/locations/ ▼
An outpatient department of Cabell Huntington Hospital 1115 20th ... Edwards Comprehensive Cancer Center - Internal Medicine ... **1600 Medical Center Drive**
Missing: jail

### [PDF] Pharmacies - South Dakota Department of Health
https://doh.sd.gov/boards/pharmacy/assets/**Pharmacies**Verification.pdf ▼
Jun 11, 2014 - ABERDEEN **MEDICAL CENTER PHARMACY** dba DT ... 120 CARE **CENTER DRIVE**. PO BOX 280 ...... **MARSHALL** COUNTY MEMORIAL **HOSPITAL**. 413 9TH ST ..... **1600** NORTH **DR** ... MIKE DURFEE STATE **PRISON**.

### [PDF] Chapter 6: Office of Criminal of Investigations - FDA
www.fda.gov/downloads/ICECI/UCM091477.pdf ▼
subsequently distributed the samples through Cameron's **Pharmacy**, ... Injection of Industrial Grade Silicon Results in Five-Year **Prison** Term .... According to **Dr**. Hurtado and St. Luke's **Medical Center**, Suite #305 is vacant. ... Vanett **Marshall**, that the companies had not been providing the statutorily required pedigrees.

### Huntington, West Virginia - Wikipedia
https://en.wikipedia.org/wiki/Huntington,_West_Virginia ▼
Huntington is a city in Cabell and Wayne counties in the U.S. state of West Virginia, the principal city of the metropolitan area which has a population of 364,000. Huntington and environs is a bustling center of manufacturing and .... The largest employers are **Marshall** University, Cabell Huntington **Hospital**, St. Mary's ...

### [PDF] helping hands - Joan C. Edwards School of Medicine - Marshall ...



See photos

## Marshall Health      Website    Directions

5.0      1 Google review
Medical center in Huntington, West Virginia

**Address:** 1600 Medical Center Dr, Huntington, WV 25701

**Phone:** (877) 691-1600

**Hours:** Open today · 8AM–5PM ▼
President's Day might affect these hours

Suggest an edit

### Reviews       Write a review    Add a photo
1 Google review

Send to your phone       Send

### People also search for       View 15+ more

    

Marshall University Medical...    Cabell Huntington Hospital...    Joan C. Edwards School of...    University Pediatrics    Marshall University University

Marshall University Medical Center | Cabell Huntington Hospital Emergency Room | Joan C. Edwards School of Medical School | University Pediatrics Children's Hospital | Marshall University University

Feedback

HIGHLY CONFIDENTIAL         CAH_FEDWV_00000950
P-42120 _ 00022

2/20/2017

Case 3:17-cv-01362 Document 16 Filed 01/12/18 Page 23 of 26 PageID #: 78304
MARSHALL PHARMACY 1600 Medical Center Dr jail - Google Search

https://jcesom.**marshall**.edu/**media**/54024/benefactor-2015.pdf ▾
Dec 17, 2014 - **MARSHALL** MEDICAL OUTREACH. Early in the .... **1600 Medical Center Drive** ..... now boasts of dozens of **Marshall** medical and **pharmacy**.

### Community Common | Robotic lung surgery offers patients comfort ...
communitycommon.com/.../robotic-lung-surgery-offers-patients-comfort-and-outco... ▾
Nov 23, 2016 - Dr. Cooper is available to discuss treatment options with patients to help them ... Dr. Cooper is accepting patients at **Marshall** Surgery, located at **1600 Medical Center Drive** in Huntington. ... with **Marshall** University Schools of Medicine, **Pharmacy** and Nursing. ... **Prison** Official Says Charles Manson is Alive.

### Sr Human Resources Manager Jobs in Wayne, WV - Wayne Sr ...
https://www.monster.com/jobs/q-sr-human-resources-manager-jobs-l-wayne,-wv.aspx ▾
Paralegal Jobs · **Pharmacist** Jobs · **Pharmacy** Technician Jobs · Receptionist ... Job Title: Human Resources Recruiter Department: Call Center Operations .... a participant who is a victim of rape, sexual abuse, **prison** rape elimination act, human traff. ... Send resume to **Marshall** Health Attn: JJD **1600 Medical Center Dr** Suite ...

### Health/Medical - Jobs.com
www.jobs.com/q-health-**medical**-l-west-virginia-jobs
View health medical jobs in West Virginia from employers who want to hire YOU. ... LPN - Full Time Resumes to: **Marshall** Surgery ATTN: CS **1600 Medical Center Drive**, ... **Pharmacy** Technician Valley Health has a FT **pharmacy** tech position in ... Health Clinician to work in the medical dept. at the Western Regional **Jail**.

### Searches related to MARSHALL PHARMACY 1600 Medical Center Dr jail

marshall pharmacy **cabell huntington**          marshall **pediatrics**

marshall pharmacy **refill**                              **cabell huntington hospital**

marshall **family medicine**                          **huntington wv**

marshall **health**                                          marshall **university**

1  2  3  4  5  6  7  8  9  10          Next

East Broad, Columbus, OH - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000951
P-42120 _ 00023

# KYC Communication Form

**Account Name:** Marshall Pharmacy          **Created by:** Danielle Roberts

**DEA#:** FM4902400                          **Date:** 09/21/2017

**Subject:** Business Model

**Communication coming from:**

◯ Internal. Cardinal Health Employee:          Title:

⦿ External. Resource/Name: Ryan Slack - Maxor

**Instructions for notes section:**
*Ensure the information documented in this form is factual, objective and complete. Do not provide an opinion or speculate as to the matter presented or the person providing the information to you.*

**Notes:**

This pharmacy is located on the ground floor of the Cabell Huntington Hospital and Marshall University Medical Center complex. It serves the patients seen in the clinics, the emergency department, discharges from the hospital, and employees of the hospital, clinics, and University. The discharge patients can come from a multitude of specialties, including orthopedic, dental, and outpatient surgery departments. The pharmacy also has a working relationship with The Edwards Comprehensive Cancer Center, along with aiding patients who are transitioning into Hospice care. On-site is a pediatric clinic with multiple physicians, Marshall Health's psychiatric clinic, and an OB/GYN clinic that treats expectant mothers for opioid addiction.

☐ Discussed with Supervisor *(check here, when appropriate)*

HIGHLY CONFIDENTIAL

# Memo

Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017



**CardinalHealth**

Date:         November 8, 2017

To:           File

From:         Danielle Roberts

Subject:      MARSHALL PHARMACY
              1600 MEDICAL CENTER DRIVE
              HUNTINGTON, WV 25701

DEA Registration:   FM4902400

---

## Section 1: Customer Review:

- **Drug Families of Interest Include:**

  √ Oxycodone (9143)
  √ Hydrocodone (9193)
  ☐ Other Drug Family (if applicable)
  ☐ Other Drug Family (if applicable)
  ☐ Other Drug Family (if applicable)

- **Specialty Populations/340 B Status:**

  √ Hospice(s)
  ☐ LTC(s) (nursing home or assisted living)
  √ Rehabilitation or Orthopedics Facility/Facilities
  √ Behavioral Health Facility/Facilities
  ☐ Correctional Facility/Facilities
  √ Addiction management
  √ Oncology Services
  √ Ambulatory Surgery Center
  ☐ Urgent Care Center
  √ Emergency Room or Discharged Hospital Patients
  ☐ 340B Account(s)

1

- **Relevant Purchase Information:**

  No disproportionate growth within controlled/non-controlled ratio or within individual drug families.

- **Facts considered relating to TH Increase, Decrease, or Escalation:**

## Section 2: Decisions:

☐ Adjust threshold(s)
√ No changes
☐ Referred to LVTAC

## Section 3: Threshold Adjustment(s):

☐ Oxycodone (9143):
☐ Hydrocodone (9193):
☐ Other Drug Family (if applicable)
☐ Other Drug Family (if applicable)
☐ Other Drug Family (if applicable)

## Section 4: Comments:

This pharmacy is located on the ground floor of the Cabell Huntington Hospital and Marshall University Medical Center complex. It serves the patients seen in the clinics, the emergency department, discharges from the hospital, and employees of the hospital, clinics, and University. The discharge patients can come from a multitude of specialties, including orthopedic, dental, and outpatient surgery departments. The pharmacy also has a working relationship with The Edwards Comprehensive Cancer Center, along with aiding patients who are transitioning into Hospice care. On-site is a pediatric clinic with multiple physicians, Marshall Health's psychiatric clinic, and an OB/GYN clinic that treats expectant mothers for opioid addiction.

2

HIGHLY CONFIDENTIAL