# Weiss, Nicholas

| | |
|---|---|
| **From:** | GMB-DUB-Survey@cardinalhealth.com <cardinalhealth@insights.cardinalhealth.com> |
| **Sent:** | Tuesday, November 17, 2015 10:31 AM |
| **To:** | GMB-National Account KYC's |
| **Subject:** | QRA National Account/Chain KYC Survey Response |

**Recipient Data:**
**Time Finished:** 2015-11-17 08:30:46
**IP:** 199.230.203.254
**ResponseID:** R_ypsfixwX8Vra61X
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_0VuyJmHoHaGP7E1&R=R_ypsfixwX8Vra61X

**Response Summary:**

NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS
  Pharmacy name:   MARSHALL HEALTH ,
  DBA (if any):   .
  National Account/Chain Pharmacy Headquarters address:   320 South Polk Street Amarillo, TX 79101
  National Account/Chain Pharmacy Headquarters phone number:   800-658-6146
  Name of Principle owner(s) or Corporate Entity:   Maxor

Ownership type:
  Corporation

 Owner/contact person information:
  Owner's name or contact person for the Organization and title:   Ryan Slack | Director of Purchasing
  Owner's or contact person's business address:   320 South Polk Street Amarillo, TX 79101
  Owner or contact person's phone number:   806-324-5421

Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than the question above):
  Name:   Ryan Slack
  Title:   Director of Purchasing
  Phone number:   806-324-5421
  Email address:   rslack@maxor.com

Are any of the Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked?
  No

Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to

1



PLAINTIFFS TRIAL EXHIBIT
P-42121_00001

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000955
P-42121 _ 00001

distribution of prescription drugs, or listed chemicals?
  No

DEA registration number:
  FM5113597

Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
  Yes

Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
  Yes

Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, or by the key contact person or his/her designee at the National Account/Chain Pharmacy.
  Yes


  State registration number:   OP0552219

Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy.
  Yes

Is the DEA registration(s) of any of the National Account/Chain Pharmacy's entity suspended or revoked?
  No

Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion?
  No

Has a Google Web Search been performed on behalf of this DEA Registrant?
  Yes

Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees?
  No

SOM AND ANTI-DIVERSION PROGRAM   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007?
  Yes

Has the National Account been offered copies of Cardinal Health educational material concerning a

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000956
P-42121 _ 00002

pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility?
  Yes

Completed by: (Name/Title)
  Nicholas Weiss / Sr. Specialist

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000957
P-42121 _ 00003



**DEA Registration Validation Result:**

**DEA Number:** FM5113597

This DEA Number is ACTIVE

**Name (Last, First):** MARSHALL HEALTH ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 1249 15TH STREET

**Business Address 2:**

**Business Address 3:** DBA MARSHALL PHARMACY AT BCC

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 01-31-2018

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

**DEA Registration Validation:**

**DEA Number to be validated** (**Required** - Not Case Sensitive)



HIGHLY CONFIDENTIAL    CAH_FEDWV_00000958

P-42121 _ 00004



# Business Details

| | |
|---|---|
| License Number | OP0552219 |
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Health |
| Address1 | 1249 15th Street |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046965000 |
| Responsible Person Name (Pharmacist In Charge) | Shawn Taylor |
| Date Issued | 03/17/2015 |
| Expiration Date | 06/30/2016 |
| Status | Active |
| Disciplinary Action | No |

[ Another Query ]

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of October 28, 2015.

Home    About Us    Contact Us    Helpful Links    Visit WV.gov

Immunizations    Agenda/Meetings    Applications/Forms    Law and Rules    Licensee Search/Verification    Newsletter    Licensure

CS Monitoring Program
Pharm Recovery Network
Inspections
Complaints
FAQs
Education Info
Other Information

## Licensee Search/Verification



### Business Details

| | |
|---|---|
| License Number | OP0552219 |
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Health |
| Address1 | 1249 15th Street |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046965000 |
| Responsible Person Name (Pharmacist In Charge) | Shawn Taylor |
| Date Issued | 03/17/2015 |
| Expiration Date | |

Copyright © 2010 West Virginia Board of Pharmacy
All Rights Reserved.

Designed by Netranom Communications.

### Latest News

Pharmacists have a Corresponding Responsibility to Prevent Drug Diversion
"The New Heroin Epidemic", a feature article in The Atlantic
Red Flags Training Video for Pharmacists at AWARxE
DEA files Controlled Substances Disposal Regs
FDA: USE MEDICINES WISELY CAMPAIGN

search...

HIGHLY CONFIDENTIAL                                                          CAH_FEDWV_00000960

P-42121 _ 00006

GOOGLE  MARSHALL HEALTH           1249 15TH STREET           susp            Sign in

**Web**   Shopping   Maps   News   Images   More ▾   Search tools

About 41,300 results (0.92 seconds)

### Locations - Marshall Health
marshallhealth.org/locations/ ▾
Chertow Diabetes Center Cabell Huntington Hospital Erma Ora Byrd Center **1249 15th Street** 3rd Floor Huntington, WV 25701. Phone: 304-691-1000.
Missing: ~~suspension~~

### Internal Medicine - Marshall Health
marshallhealth.org/services/internal-medicine/ ▾
care from **Marshall** Internal Medicine. **Health** care decisions are not only important, they are vital to your overall well-being and your ability to ... **1249 15th Street**
Missing: ~~suspension~~

### Marshall Pharmacy - Marshall Health
www.marshallhealth.org/services/pharmacy/ ▾
That is why **Marshall Health** offers retail pharmacy services, so that our patients, staff and community can obtain their medications quickly and ... **1249 15th Street**
Missing: ~~suspension~~

### Dr Tackett in Huntington, West Virginia with Reviews ...
www.yellowpages.com › Huntington, WV ▾ Yellowpages.com ▾
Auto Springs & **Suspension** ... This business was removed from the **health** collection ... **1249 15th St** # 2000Huntington, WV 25701 .... **Marshall Health**.

### [PDF] The attached "Network Equipment" Request for Proposal ...
www.usac.org/_res/.../rhc.../West-Virginia-Telehealth-scope-03.pdf ▾
May 8, 2007 - **Marshall** University, serving as the procurement agent for the. West Virginia Telehealth ...... Faculty), **1249 15th St**, Huntington, WV. 2. **Marshall** ...

### [PDF] To the Purchasing Department, In compliance with the ...
www.usac.org/_res/documents/.../West-Virginia-Telehealth-scope.pdf ▾
Jan 22, 2009 - **Health** Care Pilot Program and will establish a fiber optic backbone serving key ... **Marshall** University, serving as the procurement agent for ...... **1249 15th St**, Huntington, WV. 5. ..... and **suspension** strand at lashing points.

### [PDF] Schedule of Attorneys Suspended for Violation of Judiciar...
www.courts.state.ny.us/.../L-Q%20Suspension%2... ▾ Judiciary of New York ▾
Feb 21, 1996 - 1111 BRICKELL AVENUE, SUITE 1700. MIAMI, FL ..... FCB HEALTHCARE. 150 E 42ND ST .... 1. S PITKIN. LAW OFFICES OF S PITKIN. MARSHALL ... 135 EAST 15TH STREET ..... 1249 WASHINGTON BLVD. DETROIT, MI ...

### 2015 News Releases - Marshall University
www.marshall.edu/ucomm/all-2015-news-releases/ ▾ Marshall University ▾
Dr. Michael Prewitt, dean of the **Marshall University** College of **Health** ...... in the Erma Ora Byrd Clinical Center (BCC), **1249 15th St.**, on the **Marshall University** Joan C. ...... 1:20 p.m.: "**Marshall** running back Steward Butler has been **suspended** ...

### [PDF] Guide to the 4th Year - Joan C. Edwards School of Medici...
https://jcesom.marshall.edu/media/.../4th-Year-Guide.... ▾ Marshall University ▾
Mar 2, 2014 - o Occupational Safety and Health Administration (OSHA) .... 3624 Market Street ...... http://jcesom.marshall.edu/students/student-affairs/ under the Career Advising ..... **1249 15th Street**, Huntington, WV 25701. ...... PSI 807 – Emergency Psychiatry (Temporarily **Suspended** until further notice as of Jan 2015).

### [PDF] Download Document
www.bidnet.com/bneattachments?/331841315.pdf ▾ BidNet ▾
Nov 24, 2014 - Request for Proposals. **Marshall** University is accepting proposals for MU Joan C. Edwards ... at **1249 15th Street**, Huntington, WV 25701.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000961
P-42121 _ 00007

1　2　3　4　5　6　7　8　9　10　　Next

○ Dublin, OH - From your Internet address - Use precise location - Learn more

Help　　Send feedback　　Privacy　　Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000962

P-42121 _ 00008

# Weiss, Nicholas

| | |
|---|---|
| **From:** | GMB-DUB-Survey@cardinalhealth.com <cardinalhealth@insights.cardinalhealth.com> |
| **Sent:** | Tuesday, November 17, 2015 10:31 AM |
| **To:** | GMB-National Account KYC's |
| **Subject:** | QRA National Account/Chain KYC Survey Response |

**Recipient Data:**
**Time Finished:** 2015-11-17 08:30:46
**IP:** 199.230.203.254
**ResponseID:** R_ypsfixwX8Vra61X
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_0VuyJmHoHaGP7E1&R=R_ypsfixwX8Vra61X

**Response Summary:**

NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS
  Pharmacy name:   MARSHALL HEALTH ,
  DBA (if any):   .
  National Account/Chain Pharmacy Headquarters address:   320 South Polk Street Amarillo, TX 79101
  National Account/Chain Pharmacy Headquarters phone number:   800-658-6146
  Name of Principle owner(s) or Corporate Entity:   Maxor

Ownership type:
  Corporation

 Owner/contact person information:
  Owner's name or contact person for the Organization and title:   Ryan Slack | Director of Purchasing
  Owner's or contact person's business address:   320 South Polk Street Amarillo, TX 79101
  Owner or contact person's phone number:   806-324-5421

Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than the question above):
  Name:   Ryan Slack
  Title:   Director of Purchasing
  Phone number:   806-324-5421
  Email address:   rslack@maxor.com

Are any of the Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked?
  No

Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to

1

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000963
P-42121 _ 00009

distribution of prescription drugs, or listed chemicals?
  No

DEA registration number:
  FM5113597

Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
  Yes

Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
  Yes

Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, or by the key contact person or his/her designee at the National Account/Chain Pharmacy.
  Yes


  State registration number:   OP0552219

Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy.
  Yes

Is the DEA registration(s) of any of the National Account/Chain Pharmacy's entity suspended or revoked?
  No

Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion?
  No

Has a Google Web Search been performed on behalf of this DEA Registrant?
  Yes

Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees?
  No

SOM AND ANTI-DIVERSION PROGRAM   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007?
  Yes

Has the National Account been offered copies of Cardinal Health educational material concerning a

2

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000964
P-42121 _ 00010

pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility?
  Yes

Completed by:  (Name/Title)
  Nicholas Weiss / Sr. Specialist

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000965
P-42121 _ 00011



### DEA Registration Validation Result:

**DEA Number:** FM5113597

This DEA Number is ACTIVE

**Name (Last, First):** MARSHALL HEALTH ,

**Business Activity:** RETAIL PHARMACY

**Business Address 1:** 1249 15TH STREET

**Business Address 2:**

**Business Address 3:** DBA MARSHALL PHARMACY AT BCC

**City:** HUNTINGTON

**State:** WV

**Zip:** 25701

**Schedules:** Schedule II Narcotic, Schedule II Non Narcotic, Schedule III Narcotic, Schedule III Non Narcotic, Schedule IV, Schedule V

**Fee Status:** Paid

**Expire Date:** 01-31-2018

The U.S. Department of Justice, Drug Enforcement Administration, Office of Diversion Control maintains registrant data and is considered the primary source of information on DEA registrants. The website https://www.deadiversion.usdoj.gov is the official location for real time online verification.

### DEA Registration Validation:

**DEA Number to be validated** (**Required** - Not Case Sensitive)

[ Validate ]

[ Logout ]

HIGHLY CONFIDENTIAL    CAH_FEDWV_00000966
P-42121 _ 00012



## Business Details

| | |
|---|---|
| License Number | OP0552219 |
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Health |
| Address1 | 1249 15th Street |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046965000 |
| Responsible Person Name (Pharmacist In Charge) | Shawn Taylor |
| Date Issued | 03/17/2015 |
| Expiration Date | 06/30/2016 |
| Status | Active |
| Disciplinary Action | No |

[ Another Query ]

Pharmacy Home Page

This data is an accurate representation of information currently maintained by the West Virginia Board of Pharmacy as of October 28, 2015.

Home    About Us    Contact Us    Helpful Links    Visit WV.gov

Immunizations    Agenda/Meetings    Applications/Forms    Law and Rules    Licensee Search/Verification    Newsletter    Licensure

CS Monitoring Program
Pharm Recovery Network
Inspections
Complaints
FAQs
Education Info
Other Information

### Licensee Search/Verification



### Business Details

| | |
|---|---|
| License Number | OP0552219 |
| Business Type | Out-Patient Hospital Pharmacy |
| Business Name | Marshall Health |
| Address1 | 1249 15th Street |
| Address2 | |
| City | Huntington |
| State | WV |
| Zip Code | 25701 |
| County | Cabell |
| Phone | 3046965000 |
| Responsible Person Name (Pharmacist In Charge) | Shawn Taylor |
| Date Issued | 03/17/2015 |
| Expiration Date | |

Latest News

Pharmacists have a Corresponding Responsibility to Prevent Drug Diversion
"The New Heroin Epidemic", a feature article in The Atlantic
Red Flags Training Video for Pharmacists at AWARxE
DEA files Controlled Substances Disposal Regs
FDA: USE MEDICINES WISELY CAMPAIGN

search...

Copyright © 2010 West Virginia Board of Pharmacy
All Rights Reserved.

Designed by Netranom Communications.

HIGHLY CONFIDENTIAL                                    CAH_FEDWV_00000968
                                                       P-42121 _ 00014

GOOGLE | MARSHALL HEALTH    1249 15TH STREET    susp | Sign in

Web | Shopping | Maps | News | Images | More ▾ | Search tools

About 41,300 results (0.92 seconds)

### Locations - Marshall Health
marshallhealth.org/locations/ ▾
Chertow Diabetes Center Cabell Huntington Hospital Erma Ora Byrd Center 1249 15th Street 3rd Floor Huntington, WV 25701. Phone: 304-691-1000.
Missing: suspension

### Internal Medicine - Marshall Health
marshallhealth.org/services/internal-medicine/ ▾
care from Marshall Internal Medicine. Health care decisions are not only important, they are vital to your overall well-being and your ability to ... 1249 15th Street
Missing: suspension

### Marshall Pharmacy - Marshall Health
www.marshallhealth.org/services/pharmacy/ ▾
That is why Marshall Health offers retail pharmacy services, so that our patients, staff and community can obtain their medications quickly and ... 1249 15th Street
Missing: suspension

### Dr Tackett in Huntington, West Virginia with Reviews ...
www.yellowpages.com › Huntington, WV ▾ Yellowpages.com ▾
Auto Springs & Suspension ... This business was removed from the health collection ... 1249 15th St # 2000Huntington, WV 25701 .... Marshall Health.

### [PDF] The attached "Network Equipment" Request for Proposal ...
www.usac.org/_res/.../rhc.../West-Virginia-Telehealth-scope-03.pdf ▾
May 8, 2007 - Marshall University, serving as the procurement agent for the. West Virginia Telehealth ...... Faculty), 1249 15th St, Huntington, WV. 2. Marshall ...

### [PDF] To the Purchasing Department, In compliance with the ...
www.usac.org/_res/documents/.../West-Virginia-Telehealth-scope.pdf ▾
Jan 22, 2009 - Health Care Pilot Program and will establish a fiber optic backbone serving key ... Marshall University, serving as the procurement agent for ...... 1249 15th St, Huntington, WV. 5. ..... and suspension strand at lashing points.

### [PDF] Schedule of Attorneys Suspended for Violation of Judiciar...
www.courts.state.ny.us/.../L-Q%20Suspension%2... ▾ Judiciary of New York ▾
Feb 21, 1996 - 1111 BRICKELL AVENUE, SUITE 1700. MIAMI, FL ..... FCB HEALTHCARE. 150 E 42ND ST .... 1. S PITKIN. LAW OFFICES OF S PITKIN. MARSHALL ... 135 EAST 15TH STREET ..... 1249 WASHINGTON BLVD. DETROIT, MI ...

### 2015 News Releases - Marshall University
www.marshall.edu/ucomm/all-2015-news-releases/ ▾ Marshall University ▾
Dr. Michael Prewitt, dean of the Marshall University College of Health ...... in the Erma Ora Byrd Clinical Center (BCC), 1249 15th St., on the Marshall University Joan C. ......
1:20 p.m.: "Marshall running back Steward Butler has been suspended ...

### [PDF] Guide to the 4th Year - Joan C. Edwards School of Medici...
https://jcesom.marshall.edu/media/.../4th-Year-Guide.... ▾ Marshall University ▾
Mar 2, 2014 - o Occupational Safety and Health Administration (OSHA) .... 3624 Market Street ...... http://jcesom.marshall.edu/students/student-affairs/ under the Career Advising ..... 1249 15th Street, Huntington, WV 25701. ...... PSI 807 – Emergency Psychiatry (Temporarily Suspended until further notice as of Jan 2015).

### [PDF] Download Document
www.bidnet.com/bneattachments?/331841315.pdf ▾ BidNet ▾
Nov 24, 2014 - Request for Proposals. Marshall University is accepting proposals for MU Joan C. Edwards ... at 1249 15th Street, Huntington, WV 25701.

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000969
P-42121 _ 00015

1 2 3 4 5 6 7 8 9 10    Next

○ Dublin, OH - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

HIGHLY CONFIDENTIAL

CAH_FEDWV_00000970

P-42121 _ 00016