# Rogich, Joseph

| | |
|---|---|
| **From:** | GMB-DUB-Survey@cardinalhealth.com <cardinalhealth@insights.cardinalhealth.com> |
| **Sent:** | Thursday, July 23, 2015 9:11 AM |
| **To:** | GMB-National Account KYC's |
| **Subject:** | QRA National Account/Chain KYC Survey Response |

**Recipient Data:**
**Time Finished:** 2015-07-23 07:11:24
**IP:** 199.230.203.254
**ResponseID:** R_cSKY1VkbIOclWxn
**Link to View Results:** Click Here
**URL to View Results:**
https://cardinalhealth.co1.qualtrics.com/CP/Report.php?SID=SV_0VuyJmHoHaGP7E1&R=R_cSKY1VkbIOclWxn

**Response Summary:**

NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS
   Pharmacy name:   HealthSouth Corporation
   DBA (if any):   HealthSouth Corporation
   National Account/Chain Pharmacy Headquarters address:   3660 Grandview Parkway Suite 200 Birmingham, AL 35243
   National Account/Chain Pharmacy Headquarters phone number:   205-967-7116
   Name of Principle owner(s) or Corporate Entity:   HealthSouth Corporation

Ownership type:
   Corporation

 Owner/contact person information:
   Owner's name or contact person for the Organization and title:   Elaine Prince- National Director
   Owner's or contact person's business address:   3660 Grandview Parkway Suite 200 Birmingham, AL 35243
   Owner or contact person's phone number:   205-967-7116

Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than the question above):
   Name:   Elaine Prince
   Title:   National Director
   Phone number:   205-970-5695
   Email address:   elaine.prince@healthsouth.com

Are any of the Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked?
   No

1

PLAINTIFFS TRIAL EXHIBIT
P-42126_00001

CONFIDENTIAL

CAH_OHAG_0229682
P-42126 _ 00001

Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals?
  No

DEA registration number:
  N/A Corp

Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
  Yes

Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals?
  Yes

Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, or by the key contact person or his/her designee at the National Account/Chain Pharmacy.
  Yes


  State registration number:   N/A Corp

Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy.
  Yes

Is the DEA registration(s) of any of the National Account/Chain Pharmacy's entity suspended or revoked?
  No

Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion?
  No

Has a Google Web Search been performed on behalf of this DEA Registrant?
  Yes

Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees?
  No

SOM AND ANTI-DIVERSION PROGRAM   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December 27, 2007?
  Yes

CONFIDENTIAL

Has the National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility?
  Yes

Completed by: (Name/Title)
  Jospeh Rogich/ National Accts

CONFIDENTIAL

Google | healthsouth corporation | | Joe

Web | News | Maps | Images | Shopping | More ▾ | Search tools | SafeSearch on

About 686,000 results (0.35 seconds)

**HealthSouth: A Leading Provider of Rehabilitation Services ...**
www.healthsouth.com/ ▾ HealthSouth ▾
HealthSouth is one of the nation's largest providers of post-acute healthcare services ....
2015 HealthSouth Corporation; 3660 Grandview Parkway, Suite 200 ...

**Careers**
Nursing - Therapy - Clinical Opportunities - Benefits - ...

**Healthsouth Corp**
HealthSouth is the nation's largest owner and operator of inpatient ...

**Contact Us**
Contact Us ... of your application, please contact a recruiter within ...

**HealthSouth Rehabilitation**
HealthSouth Rehabilitation: A Nationwide Network of ...

**Search Jobs at HealthSouth**
Nursing Jobs - Therapy Jobs - Allied Health Jobs - ...

**Employees**
HealthSouth values its employees, and we are dedicated to ...

More results from healthsouth.com »

**HealthSouth - Wikipedia, the free encyclopedia**
https://en.wikipedia.org/wiki/HealthSouth ▾ Wikipedia ▾
HealthSouth Corporation, based in Birmingham, Alabama, is the United States' largest owner and operator of inpatient rehabilitative hospitals. Operating in 33 ...

In the news

**HealthSouth Announces Retirement Of John Whittington**
PR Newswire - 3 days ago
BIRMINGHAM, Ala., July 20, 2015 /PRNewswire/ -- HealthSouth Corporation ( NYSE: HLS) today announced the retirement of John P. Whittington, Executive ...

More news for healthsouth corporation

**HealthSouth Corporation Careers and Employment | Indeed ...**
www.indeed.com/cmp/Healthsouth-Corporation ▾ Indeed.com ▾
Rating: 2.9 - 181 reviews
Research and review HealthSouth Corporation jobs. Learn more about a career with HealthSouth Corporation including all recent jobs, hiring trends, salaries, ...

**HealthSouth Corp: NYSE:HLS quotes & news - Google ...**
www.google.com/finance?cid=16949 ▾ Google ▾
HealthSouth Corporation (HealthSouth) is an owner and operator of inpatient rehabilitation hospitals. The Company's inpatient rehabilitation hospitals offer ...

**HealthSouth Corporation News - The New York Times**
topics.nytimes.com/top/.../healthsouth-corporation/ ▾ The New York Times ▾
HealthSouth Corporation financial and business news, updates, and information from The New York Times and other leading providers.

**HealthSouth | LinkedIn**
https://www.linkedin.com/company/healthsouth ▾ LinkedIn ▾
ATD Excellence in Practice Award Winner 2014 HealthSouth Corporation based in Birmingham Alabama needed a way to accelerate the performance of its ...

### HealthSouth
Health care company

HealthSouth Corporation, based in Birmingham, Alabama, is the United States' largest owner and operator of inpatient rehabilitative hospitals. Wikipedia

**Stock price:** HLS (NYSE) $46.25 -0.01 (-0.02%)
Jul 22, 4:01 PM EDT - Disclaimer

**Founder:** Richard M. Scrushy
**Founded:** February 22, 1984
**Headquarters:** Birmingham, AL
**CEO:** Jay F. Grinney

**People also search for**     View 10+

    

Select Medical | Kindred Healthcare | MCI Inc. | Hospital Corporation of America | Surgical Care Affiliat

1 2 3 4 5 6 7 8 9 10    Next

○ Dublin, OH - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

CONFIDENTIAL

CAH_OHAG_0229685

P-42126 _ 00004