

NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

### I. NATIONAL ACCOUNT/CHAIN PHARMACY HEADQUARTERS

| | | |
|---|---|---|
| 1. | Pharmacy Name | The Kroger Co. Family of Pharmacies |
| 2. | DBA (if any) | |
| 3. | National Account/Chain Pharmacy Headquarters Address | 1014 Vine St. Cincinnati, OH 45202 |
| 4. | National Account/Chain Pharmacy Headquarters Phone | 513-762-4000 |
| 5. | Name of Principle owner(s) or Corporate Entity | The Kroger Co. |
| 6. | Ownership type (check one) | ☐ Sole proprietor   X Corporation   ☐ Other |
| 7. | Owner(s) name or contact person for the Organization and their title ("Contact Person") | Bob Breetz, Coordinator, Pharmacy Procurement |
| 8. | Owner's or Contact Person's Business Address | 1014 Vine St. Cincinnati, OH 45202 |

Rev. 1/15

**PLAINTIFFS TRIAL EXHIBIT**
**P-42127_00001**



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 9. Owner or Contact Person's Phone | 513-762-1503 |
| 10. Organizational contact person at the National Account/Chain Pharmacy that Cardinal Health may contact regarding anti-diversion activities or threshold events (if different than questions 7-9 above) | Name: Jaime McDermott<br>Title: Manager, Pharmacy Safety & DEA Compliance<br>Phone: 513-562-5186<br>Email: jaime.mcdermott@kroger.com |
| 11. Are any of Principle Owner's or Corporate Entity's current DEA registrations suspended or revoked? | ☐ YES        X NO |
|     a. If yes, provide details (attach documentation including public records) | |
| 12. Is there a record available of the Principle Owner or Corporate Entity being convicted of a crime relating to distribution of prescription drugs, or listed chemicals? | ☐ YES        X NO |
|     a. If yes, provide details (attach documentation including public records) | |

Rev. 1/15

Page 2 of 5

CONFIDENTIAL

CAH_OHAG_0229736
P-42127 _ 00002

Case 3:17-cv-01362   Document 1517-6   Filed 01/13/22   Page 3 of 13 PageID #: 78675



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

## II. NATIONAL ACCOUNT/CHAIN PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 13. DEA Registration Number: | multiple |
| 14. Has Cardinal Health verified the DEA registered name of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X☐ YES        ☐ NO |
| 15. Has Cardinal Health verified the DEA registered address of the pharmacy prior to shipment of controlled substances and/or listed chemicals? | X☐ YES        ☐ NO |
| 16. Has Cardinal Health verified the validity of pharmacy's DEA Registration prior to the shipment of controlled substances and/or listed chemicals? This information can be confirmed at www.deadiversion.usdoj.gov/webforms/validateLogin.jsp, www.deanumber.com, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X☐ YES        ☐ NO |
| 17. State Registration Number: | Multiple |
| 18. Has Cardinal Health verified the state registration(s) of the pharmacy prior to shipment of controlled substances and/or listed chemicals? This information can be confirmed at the pharmacy's respective state licensing board website, where available, or the key contact person or his/her designee at the National Account/Chain Pharmacy. | X☐ YES        ☐ NO |

CONFIDENTIAL

CAH_OHAG_0229737
P-42127 _ 00003



NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE
Pharmaceutical Distribution

### III. PRIOR HISTORY OF PHARMACIES THAT WILL BE SERVICED

| | |
|---|---|
| 19. Is the DEA registration(s) of any of the National Account/Chain Pharmacy's pharmacies suspended or revoked? | ☐ YES          X☐ NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| b. If yes, is there any evidence that the conduct that led to suspension or revocation is ongoing or that the registrant has failed to take adequate corrective measures? | ☐ YES          ☐ NO<br>If 'Yes,' please explain: _____ |
| 20. Has Cardinal Health been notified that other wholesalers ceased shipping or restricted purchases of controlled substances to any of these pharmacies because of a concern of diversion? | ☐ YES          X☐ NO |
| a. If yes, provide details (attach documentation including public records if available) | |
| 21.   Has a Google Web Search been performed on behalf of this DEA Registrant? | X☐ YES          ☐ NO |
| a. Did the Google Web Search result in any details supporting adverse or criminal activity involving the account, any details indicating the diversion of controlled substances occurred, or any details supporting the suspension or revocation of the pharmacy licenses or any individual licensees (attach documentation from web search)? | ☐ YES          X☐ NO |

### IV. SOM AND ANTI-DIVERSION PROGRAM

| | |
|---|---|
| 22.   Has the National Account been notified of DEA's expectations of wholesalers regarding suspicious order reporting as set forth in one or more of the three letters sent to registered manufacturers and distributors from DEA's Deputy Assistant Administrator, Office of Diversion Control, dated September 27, 2006, February 7, 2007 and December | X YES          ☐ NO |

Rev. 1/15

Page 4 of 5

CONFIDENTIAL



**NATIONAL ACCOUNT/CHAIN PHARMACY QUESTIONNAIRE**
Pharmaceutical Distribution

| | |
|---|---|
| 27, 2007? | |
| 23  Has National Account been offered copies of Cardinal Health educational material concerning a pharmacist's corresponding responsibility and the web link to NABP/ADIWG/Cardinal Health "Red Flag" video found at http://cardinalhealth.com/us/en/MedicationSafety/RedFlags to help educate their pharmacists on their corresponding responsibility? | X YES    ☐ NO |

## V.  ADDITIONAL COMMENTS

|  |
|---|
|  |

COMPLETED BY: <u>Jaime McDermott, R.Ph., Manager Pharmacy Safety and DEA Compliance</u>
(Name /Title)



### Name and Address [back]

| Name | JAIME MARIE MCDERMOTT RPH |
|---|---|
| Public Address | OH |

### License and Registration Information

| License | First Issue Date | Current Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| INT.06000017 | 07/10/1998 | 08/13/2000 | 09/15/2001 | LAPSED |
| **License Type:** Pharmacy Intern  **How issued:** I - Intern ||||||
| RPH.03124765-1 | 07/18/2001 | 09/16/2015 | 09/15/2016 | ACTIVE |
| **License Type:** Pharmacist  **How issued:** E - Examination ||||||

### Formal Action Information
No formal action exists.

This data is an accurate representation of information currently maintained by the Ohio State Board of Pharmacy as of 11/30/2015.

This secure online license verification system conforms with The Joint Commission's current policy on "Primary Source Verification".

This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.



| Name and Address | [back] |
|---|---|
| **Name** | ROBERT FRANCIS BREETZ RPH |
| **Public Address** | OH |

| License and Registration Information | | | | |
|---|---|---|---|---|
| License | First Issue Date | Current Issue Date | Expiration Date | Status |
| RPH.03213299-2 | 08/09/1978 | 09/16/2015 | 09/15/2016 | ACTIVE |

**License Type:** Pharmacist
**How issued:** E - Examination

| Formal Action Information |
|---|
| No formal action exists. |

This data is an accurate representation of information currently maintained by the Ohio State Board of Pharmacy as of 11/30/2015.

This secure online license verification system conforms with The Joint Commission's current policy on "Primary Source Verification".

This information is otherwise provided as a public service and no user may claim detrimental reliance thereon.

Google+  Search  Images  Maps  Play  YouTube  News  Gmail  More ▾                    Sign in  ⚙

**Google**  | Kroger | [Search]

Web  Images  Videos  News  Shopping  Maps  Books

About 18,600,000 results

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

**Kroger Grocery Store**
www.**kroger**.com/ ▾
Fast and Friendly Checkout! Plus Save Big on Groceries
Order party trays online · Fuel discounts · Faster checkout
299 W Bridge St, Dublin, OH - (614) 889-6687

Weekly Deals                         Discover Local Produce
Search our weekly ad               Discover local farms and learn
See what's on sale before you shop about locally grown produce

Kroger Digital Coupons              Create a Kroger Account
Load free digital coupons to your   Receive specials & download coupons
card & save on groceries!           It's easy & free - register today!

**Kroger**
https://www.**kroger**.com/ ▾
Retail food chain corporate history, news, store locator, operations profile, employment
details, and overview of food, pharmacy, gifts, and savings available.

Find a Store                        Jobs at Kroger
Change Preferred Store. Select     Apply online for jobs at Kroger -
Preferred Store ... Find a Store ... Corporate Jobs, Information ...

Weekly Ad                           Forgot your password?
To see the weekly ad for your ... for Please enter your registered e-mail
your store and select the weekly ... ... will allow you to reset ...

More results from kroger.com »

**News for Kroger**


Police: **Kroger** cashier stole customer fuel points
Cincinnati.com - 2 days ago
A cashier at an Anderson Township **Kroger** is accused of using customers' fuel
rewards points to get fuel discounts for herself.
West side shooting victim flees to **Kroger** gas station for help
WTTV CBS4Indy - 2 days ago
Shoppers on alert Black Friday following Westwood parking lot attack
WLWT Cincinnati - 3 days ago

**Local business results for Kroger**



 Kroger
         (614) 889-6687

 Kroger
         (614) 760-4241

 Kroger Marketplace
         (614) 923-2333

   The Little Clinic
   (614) 339-0467

 Kroger
         (614) 326-5645

---

**Kroger**                                    
Retail company

The Kroger Company is
an American retailer
founded by Bernard Kroger in 1883 in
Cincinnati, Ohio. It is the country's
largest supermarket chain by revenue,
second-largest general retailer, and
twenty-third largest company.
Wikipedia

**Stock price:** KR (NYSE)
$38.01  0.00 (0.00%)
Nov 27, 1:00 PM EST - Disclaimer
**Customer service:** 1 (800) 576-4377
**Headquarters:** Cincinnati, OH
**CEO:** Rodney McMullen
**Founder:** Bernard Kroger
**Founded:** 1883, Mount Airy, Cincinnati, OH
**Subsidiaries:** Harris Teeter, i-wireless, Fred Meyer, Ralphs, More

People also search for

  meijer
Publix         Meijer

Walmart ☆
Walmart

      
Food Lion       Albertsons


H-E-B

---

CONFIDENTIAL                                                                CAH_OHAG_0229742
                                                                            P-42127 _ 00008


**Kroger**
(614) 457-1825


**Kroger**
(614) 889-5029

**Kroger** - Grocery - Dublin, OH - Reviews - Photos - Yelp
www.yelp.com/biz/**kroger**-dublin
★★★★☆ Rating: 3.5 - 12 reviews - Price range: $$
12 reviews of **Kroger** "Hola Amigos! This is your amiga Tama-rita! When you come into this lovely **Kroger's** you will now have the chance to experience the "Taste ...

**Kroger** - Wikipedia, the free encyclopedia
https://en.wikipedia.org/wiki/**Kroger**
The **Kroger** Company is an American retailer founded by Bernard **Kroger** in 1883 in Cincinnati, Ohio. It is the country's largest supermarket chain by revenue ...

The **Kroger** Co. - Home
www.the**kroger**co.com/
The **Kroger** Co. values honesty, integrity, safety, diversity, inclusion and respect. We look for these qualities in the associates we hire. We welcome and invite our ...

**Kroger** - Facebook
https://www.facebook.com/**Kroger**
**Kroger**, Cincinnati, OH. 1128995 likes · 5479 talking about this. Great Food. Low Prices. LIKE us for special offers, digital coupons, community...

**Kroger** (@**kroger**) | Twitter
https://twitter.com/**kroger**
14.2K tweets · 964 photos/videos · 102K followers. Check out the latest Tweets from **Kroger** (@**kroger**)

**Kroger** - Android Apps on Google Play
https://play.google.com/store/apps/details?id=com.**kroger**...hl...
★★★★☆ Rating: 4 - 23,828 votes - Free
Looking for the ultimate mobile shopping experience? Save time and money with the **Kroger** App! The **Kroger** App puts convenience and savings at your ...

Searches related to **Kroger**

| | |
|---|---|
| kroger **weekly ad** | kroger **coupons** |
| kroger **locations** | kroger **application** |
| **tom thumb** | **meijer** |
| **publix** | kroger **feedback** |



1 2 3 4 5 6 7 8 9 10  **Next**

Advanced search   Search Help   Send feedback

Google Home   Advertising Programs   Business Solutions   Privacy   Terms
About Google



## Pharmacy

The Kroger Co. operates nearly 2,000 retail Pharmacies in 31 states, each staffed with caring pro dedicated to helping people lead healthier lives. Our Pharmacists provide more than just prescripl the-counter medications; they provide advice and support, and are a trusted source of informatior Pharmacists are professionally trained to administer vaccinations too. Let us help you protect you



### Medicare Part D Prescription Coverage

Open enrollment for Medicare Part D is from October 15 through [ 2015. Find information about your plan options for 2016.

Learn More

### Protect Your Health

Our Certified Vaccinating Pharmacists administer a wide range of vaccinations. Let us help you p family's health.

Learn More

# My Prescriptions

Shopping List

Take control of your prescriptions today! My Prescriptions provides you with these convenient services that make it easier to care for yourself and your family:

- Refill prescriptions, or set up automatic refills
- Update notification preferences
- Easily manage your family's prescriptions (including pets)
- View and print detailed prescription information, prescription history and expense reports
- Search for medications and learn more about them (including side effects and interactions with other drugs)



[Sign In and/or Enroll]

Do you already have a Kroger online account? If not, click below to create one.

[Create an Account]

CONFIDENTIAL



CONFIDENTIAL

CAH_OHAG_0229746

P-42127 _ 00012



CONFIDENTIAL

CAH_OHAG_0229747
P-42127 _ 00013