| | CATEGORY 1: PREVENTION | CATEGORY 2: TREATMENT | CATEGORY 3: RECOVERY | CATEGORY 4: ADDRESSING NEEDS OF SPECIAL POPULATIONS |
|---|---|---|---|---|
| 1. NAS medical treatment | **MARC**- The Maternal Addiction Recovery Center, also known as the "MARC" program, is an extension of Marshall Health's OB/GYN services focused on High-Risk Pregnancy and Maternal and Fetal Medicine. The Maternal Addiction & Recovery Center provides comprehensive obstetrical care, outpatient addiction care and counseling for expectant mothers with opiate addiction. The MARC program provides specialized, comprehensive care for women with high-risk pregnancies that is provided by our fellowship-trained physicians in Maternal and Fetal Medicine. MARC is for pregnant women who are willing to attend weekly group therapy meetings and individual counseling services, weekly AA/NA meetings in the community, ongoing obstetrical care, and regular urine drug screening | **Neonatal Therapeutic Unit (NTU)-** The NTU at Cabell-Huntington Hospital opened in 2012 in response to an overabundance of exposed neonates occupying the Neonatal Intensive Care Unit (NICU). This first of its kind facility in the state, is a 16 bed unit within the hospital and it is specifically dedicated to a low stimulation environment and specific nursing care for drug exposed neonates. It provides observational, therapeutic, and pharmacological medical services to infants experiencing withdrawal symptoms. The trained staff provide non-judgmental supports, education, and counseling services to mom, other caregivers, and the family. | **MOMS**- For women who deliver their infant and indicate substance use or test positive for SUD but who are not enrolled in a recovery program, the Maternal Opioid Medical Support (MOMS) Program at Hoops Family Children's Hospital at Cabell Huntington Hospital is available and can be accessed during the hospital stay post-delivery. MOMS provides substance use disorder recovery support for both pregnant and postpartum women and their babies directly in close proximity to the Neonatal Therapeutic Unit (NTU) in order to promote bonding and attachment. It includes a fully engaged MAT program, a nurse practitioner who provides MAT that includes but is not limited to, buprenorphine (Suboxone, Subutex, etc.), naloxone (Narcan), naltrexone (Vivitrol), and voluntary birth control, education, and other medical services as needed. Family navigation and peer recovery services can be accessed through RVCARES; | **Lily's Place** - Lily's Place opened in October 2014 as the first Neonatal Abstinence Syndrome (NAS) center in the United States. Lily's Place provides an additional option for mothers of prenatally exposed infants. Utilizing the same protocols and Medical Director as the NTU (Dr. Sean Loudin), Lily's place provides a peaceful, home-like environment where families can bond with their infant, while he or she goes through the weaning process. It is for infants and families that don't require emergency care in close proximity. |
| | | **KIDS CLINIC** KIDS Clinic is branch of Healthy Connections that brings together medical and behavioral specialists from different organizations to care for children and their families, including those affected by substance use disorder. Our mission is to help children build healthy brains and bodies through healthy relationships early in their lives. Caregivers partner with professionals as a team and are dedicated to understanding the unique needs of each child and building the best possible plan to address those needs. Children and families who participate in the KIDS Clinic will be provided on-going screenings and supports from multiple disciplines including but not limited to: (Follow up appoints every 6-months) **This clinic serves the developmental needs of children birth to age 18, and includes the following**: General pediatric care; Neurodevelopmental; Speech, language, hearing development, and literacy; Feeding and Swallowing skills; Physical therapy; Psychological and psychosocial **For our babies and toddlers (birth to three): The team will administer the following protocols unless other assessments meet the needs of the child:** Battelle Screener; Parenting Stress index; PHQ 2 -Patient Health Questions; Birth to Three Checklist of Learning and Language Behavior. For our pre-school children (Three to Five): The team will administer the following: Battelle Screener. This will be done every 6 months; Parenting Stress index; PHQ 2 -Patient Health Questions; Clinical Evaluation of Language Fundamentals – Preschool (CELF-P) | | |
| 1. NAS medical treatment | **Long-acting reversible contraceptives (LARC)-** Cabell County Drug Court partners with Marshall University School of Pharmacy and Marshall Health obstetrician-gynecologists to provide voluntary LARC methods to women with a history of substance use. | | | |
| 2. counseling and social services | **Loved Ones Group**- is a local family-lead community-based support group. The group follows a seven-week curriculum that helps families deal with a loved one's alcohol or drug use. | **Prestera Center for Mental Health Services Outpatient Services** **The Children's Outpatient services** provide office-based therapy to individuals and families for children ages 4-18 who are dealing with emotional, behavioral, or substance abuse issues. Therapists engage the children and their families to develop individualized treatment plans that benefit everyone. Some individuals may continue to qualify for these services beyond the age of eighteen if they are still involved in school. Psychiatry and psychological testing services are available. School-Based Services **School-based services** reduce barriers to learning and enhance healthy psychological development of school-age students by providing students services at public school locations. Services include evaluations, psychological testing, therapy (individual, group or family), supportive counseling, treatment planning, case management and crisis intervention. Staff are based at public schools and attend meetings with school staff. They provide informational presentations to classrooms and faculty at local schools. In-Home Services The goal of in-home services is to preserve and protect the child living with the rest of the family. In-home services teams provide case management and therapy services for children with serious emotional disorders and their families. **The in-home services therapist**'s primary responsibility is to provide individual therapy and family therapy. The in-home team provides on-going evaluations of individual strengths and needs, facilitates treatment planning meetings, links families with needed services, and serves as an advocate for the child and their family. These activities are conducted primarily in the consumer's home but can be provided at a Prestera Center office. | **Peer Recovery**- is a nationally recognized approach to assisting those with substance use disorders with other individuals in recovery who have gone through the same challenges. Peer recovery has proven to be an important piece of an integrative approach to treatment and recovery. In our community peers have been providing outreach in a growing number of positions, including the local hospitals, the Quick Response Team responding to overdose, the health department's harm reduction, and Drug Free Moms and Babies programs | **GRASP**- is a national organization that supports community-based support groups offering understanding, compassion, and support for those who have lost someone they loved to substance use or an overdose. |

PLAINTIFFS TRIAL EXHIBIT P-42246_00001

## 3. Special education

**WV Birth to Three** - is a statewide system of services and supports for children under age three who have a delay in their development, or may be at risk of having a delay, and their family. The Department of Health and Human Resources, through the Bureau for Public Health and the Office of Maternal, Child and Family Health, WV Birth to Three, as the lead agency for Part C of the Individuals with Disabilities Education Act (IDEA), assures that family centered, community based services are available to all eligible children and families

**Cabell County Schools- Special Education**

**Elementary** -

| | |
|---|---|
| Altizer Elementary School | Central City Elementary School |
| Cox Landing Elementary School | Culloden Elementary School |
| Davis Creek Elementary School | Explorer Academy |
| Guyandotte Elementary School | Highlawn Elementary School |
| Hite-Saunders Elementary School | Martha Elementary School |
| Meadows Elementary School | Milton Elementary School |
| Nichols Elementary School | Ona Elementary School |
| Salt Rock Elementary School | Southside Elementary School |
| Springhill Elementary School | Village of Barboursville Elementary School |

**Middle Schools**-

| | |
|---|---|
| Barboursville Middle School | Huntington East Middle School |
| Huntington Middle School | Milton Middle School |

**High Schools**-

| | |
|---|---|
| Cabell County Career Technology Center | Cabell Midland High School |
| Crossroads Academy | Huntington High School |

**KIDS CLINIC**

KIDS Clinic is branch of Healthy Connections that brings together medical and behavioral specialists from different organizations to care for children and their families, including those affected by substance use disorder. Our mission is to help children build healthy brains and bodies through healthy relationships early in their lives.

Caregivers partner with professionals as a team and are dedicated to understanding the unique needs of each child and building the best possible plan to address those needs. Children and families who participate in the KIDS Clinic will be provided on-going screenings and supports from multiple disciplines including but not limited to: (Follow up appoints every 6-months)

**This clinic serves the developmental needs of children birth to age 18, and includes the following**:

| | |
|---|---|
| General pediatric care | Neurodevelopmental |
| Speech, language, hearing development, and literacy | |
| Feeding and Swallowing skills | Physical therapy |
| Psychological and psychosocial | |

**For our babies and toddlers (birth to three): The team will administer the following protocols unless other assessments meet the needs of the child:**

| | |
|---|---|
| Battelle Screener | Parenting Stress index |
| PHQ 2 -Patient Health Questions | Birth to Three Checklist of Learning and Language Behavior |

For our pre-school children (Three to Five): The team will administer the following:
Battelle Screener. This will be done every 6 months

| | |
|---|---|
| Parenting Stress index | PHQ 2 -Patient Health Questions |

Clinical Evaluation of Language Fundamentals – Preschool (CELF-P)

**Head Start:** Southwestern Head Start programs promote school readiness by enhancing the social and cognitive development of children through the provision of educational, health, nutritional, social and other services to enrolled children and families. They engage parents in their children's learning and help them in making progress toward their educational, literacy and employment goals. Significant emphasis is placed on the involvement of parents in the administration of local Head Start programs.

## 1. School-based prevention programs

**Cabel County's, "Handle With Care"**
**West Virginia Defending Childhood Initiative**
The West Virginia Defending Childhood Initiative, commonly referred to as "Handle With Care," is tailored to reflect the needs and issues affecting children in West Virginia. The Initiative, a result of a collaborative effort of key stakeholders and partners, builds upon the success of proven programs throughout the country. The goal of the Initiative is to **prevent children's exposure to trauma and violence**, mitigate negative affects experienced by children's exposure to trauma, and to increase knowledge and awareness of this issue.

**Operation UNITE's (Unlawful Narcotics Investigations, Treatment & Education) "On The Move!" initiative.**
The five-component program, which consists of the interactive classroom, a simulated impaired driving experience, a fatal vision tricycle course, a fatal vision marijuana simulation experiment and discussion, is provided free to students in seventh and 10th grade through a partnership with the Appalachia High-Intensity Drug Trafficking Area.

**Cabell County- SCHOOL PSYCHOLOGISTS**

**Lisa Bowen, School Psychologist:** Culloden, Ona, Cox Landing, Nichols, Milton Elementary, Salt Rock, Hite Saunders,MMS – responsible for evaluating students at these schools to determine eligibility under Policy 2419

**Erica Earwood, School Psychologist:** Highlawn, Southside, Guyandotte, Meadows, responsible for evaluating students at these schools to determine eligibility under Policy 2419

**Lee Ann Vecellio, School Psychologist:** HHS, HEMS, Explorer Academy. - responsible for evaluating students at these schools to determine eligibility under Policy 2419

**Tamara Mitchell, School Psychologist:** CMHS, BMS, VOBE, Davis Creek— responsible for evaluating students at these schools to determine eligibility under Policy 2419

**Angela Mellace, School Psychologist:** Martha, Altizer, Central City, HMS, Spring Hill- responsible for evaluating students at these schools to determine eligibility under Policy 2419

**Prestera School-Based Mental Health**
**Cabell Innerchange Program**

Prestera Center knows it is tough to be a kid these days.....

**Mental Health and substance abuse problems affect more children and adolescents today than ever before**. Yet, asking for help is often one of life's most difficult tasks. That's why Prestera and Cabell County Schools have partnered together to make services available at every school.

School-based therapists provide services to students who need assistance with school by providing support with grades, behavior, or emotional needs. These services may include therapy, counseling, tutoring, and crisis management.

Prestera is focused on education, treatment, and supportive interventions.

Children Services include family-centered treatment and intervention...

Assessment
Individual, group, and family therapy
24-hour crisis intervention
In-home intervention
Parenting education
Support groups

| Category | | | | |
|---|---|---|---|---|
| 1. OUD screening | **Cabell County Substance Abuse Prevention Partnership**<br>The Cabell County Substance Abuse Prevention Partnership (CCSAPP) is a coalition of various agencies, organizations and individuals working together to reduce local substance abuse with strong collaborative partnerships and community ownership, using awareness, education and community-wide solutions. | **5530.01 - STUDENT DRUG TESTING Cabell County Schools** - there is a parental consent form | **Marshall Health and Guide Med-**<br>The new joint venture (2018) is committed to providing services that support safe medication prescribing and help to identify patients at risk of substance misuse for referral to further treatment. The joint venture will include a new laboratory located at 2561 3rd Avenue in Huntington that will provide drug testing services for physicians and hospitals and support **HealthTrackRx's GuideMed**® clinical solution. GuideMed enables physicians and hospitals to provide new resources for safe prescribing and monitoring medication use in people being treated with opioids and other controlled substances. The program has been used by more than 30,000 people and initial results have shown improved patient compliance and medication use. | |
| OUD treatment | | | **The West Virginia Juvenile Drug Court Program-** see below | **Cabell County Teens & Adolescent Residential Treatment Centers** - Private programs through out the region |
| Two-generation programs for keeping families together, including counseling and social services | **Great Rivers Regional System for Addiction Care-**<br>Great Rivers Regional System for Addiction Care is an innovative approach to addressing addiction and recovery efforts. The system, funded through a $2 million award to Marshall Health by the Merck Foundation, brings together 70+ organizations and agencies in Cabell, Jackson, Kanawha and Putnam counties in West Virginia.<br><br>Great Rivers is building an infrastructure and strengthening collaborations in the communities and neighborhoods hit hardest by the opioid epidemic in West Virginia in order to have a measurable impact in saving lives and changing the course for individuals, children and families impacted by substance use disorder. | | **PROACT-** PROACT, the Provider Response Organization for Addiction Care and Treatment, is an outpatient facility that acts as a triage center for individuals struggling with addiction. PROACT facilitates all paths to recovery, whether abstinence-based or medication-assisted. Additionally, a spiritual care component has been added to all treatment. PROACT is the product of a partnership involving Cabell Huntington Hospital and St. Mary's Medical Center along with Marshall Health and Valley Health Systems, Inc. In the first year, PROACT has completed over 1100 intake assessments for those seeking help. PROACT was designed to function as a central point of recovery and many ancillary services (described under Question 6 below) now operate side by-side with treatment. PROACT provides a family friendly environment for treatment and has added a transportation program utilizing car-hire services. A childcare worker has been recently funded to work with PROACT patients that have children.<br><br>**Child Advocacy Center**<br>The Hoops Family Children's Hospital at Cabell Huntington Hospital recently opened a Child Advocacy Center. The Child Advocacy Center (CAC) provides children and families with compassionate care to reduce the trauma often experienced by children who are victims of abuse. It is the only hospital-based child advocacy center in the region. | **Project Hope for Women and Children Marshall Recovery Center for Families** - The Hope House will serve as a step-down residence to provide safe and supportive housing along with ongoing treatment for families who have experienced SUDs by expanding the continuum of care provided at Project Hope for Women & Children.  18 apartments and open Project Hope for Women with children 12 and younger to live together during OUD recovery<br><br>**River Valley Child Development Services** (RVCDS) is a leader in providing high quality early childhood care and education services for children, families and communities. We do this through facilitating and administering several resources and programs:<br>**RVCARES-** is a specialized child care center for babies from ages 6 weeks- 2 years old who have been exposed to substance use disorder. This program provides high quality and comprehensive services to children exposed to substance use disorder and their families in order to promote healthy brain and body development through positive and nurturing relationships.<br>**School Age Connection-** River Valley Child Development Services operates afterschool programs for elementary students who need supervised care between the close of the school day and the beginning of family time. A daylong child care program operates throughout the summer vacation. These schoolage programs offer recreational and enrichment activities.<br>**WV Early Childhood Training Connections and Resources (WVECTCR)** is a statewide program designed to provide professional development opportunities for the early care and education community. Through an extensive network of information, training and technical assistance, resources, and collaboration, WVECTCR strives to improve the quality of early education services for young children and their families.<br>**Child Care Resource and Referral**<br>Three regional programs serve a 20-county area and provide training to parents and early education providers. These agencies also work with businesses and community organizations to promote the availability of quality child care services in the area, provide parents with child care referrals and information on evaluating quality child care, provide resources on parenting issues, and facilitate support services programs. |

| Service | Provider | Details | Additional |
|---|---|---|---|
| Foster care/ Adoption services | **Cabell County DHHR Office**<br>**Social Services:** Adoption, Adult Guardianship, Adult Protective Services, Adult Residential Care, Child Abuse Awareness and Prevention, Child Protective Services, Child Welfare Licensing, Domestic Violence Services, Foster Care, Health Care Surrogate, Homeless Services, Interstate Compact on the Placement of Children, Specialized Family Care, Subsidized Legal Guardianship, Unclaimed Deceased Bodies, Youth Services, and Youth Transitioning Services | **Children's Home Society of West Virginia**<br>**Janet Smith Vineyard Forever Families Center for Permanency**<br>203 6th Ave,<br>Huntington, WV 25071<br>Phone: 681-378-2530<br>E-mail : Diana Lucas, Site Supervisor<br><br>**Hovah Hall Underwood Children's Home**<br>Huntington Office:<br>2586 Grant Gardens Road<br>Ona, WV  25545<br>Phone: 304-743-2345<br>E-mail : Melody Plumley, Site Director<br><br>**Necco of Huntington**- Necco of Huntington is located in the heart of downtown. Since 2009 we have been building families and supporting our community. We offer a variety of services to make this happen with a special focus on foster care, adoption, and behavioral health services. | **Cammack Children's Center is a Level II therapeutic group home** with an intensive professional<br>multi-disciplinary focus for adolescents who are in need of a residential setting. We provide a structured<br>and alternative living situation for both male and female youth between the ages of 12 thru 17 who are in<br>the Department of Health and Human Resources custody.<br>Cammack Children's Center provides a variety of services to all of its children. The following is a list of<br>some services offered:<br>-Treatment Assessment and Planning<br>- Psychiatric Services<br>- Psychological Services<br>- Medical Appointments and follow up<br>- Individual Counseling<br>- Group Counseling<br>- Supportive Counseling<br>- Behavioral Management<br>- Family Support and Therapy<br>- Institutional Education including the ability to do TASC on grounds<br>- Targeted Case Management<br>- Discharge Planning<br>- Recreational Facility<br>- Community Based Recreation |
| social services and Parent-Child Interaction Therapy (PCIT) | **Cabell County DHHR Office**<br>**Family Assistance Services:** Medicaid, WVCHIP, Medicaid for Long-Term-Care, Medicare Premium Assistance Programs, Non-Emergency Medical Transportation (NEMT), Supplemental Nutrition Assistance Program (SNAP), Emergency Assistance, Indigent Burial Program, Refugee Resettlement, Tel-Assistance, SNAP E&T, Low Income Energy Assistance Program (LIEAP), 20% Discount Utility program, Temporary Assistance for Needy Families (TANF), School Clothing Allowance (SCA) and Other Needs Assistance Disaster Programs | **Children's Home Society of West Virginia**<br>**In-Home Treatment Services** providing clinical evaluation, treatment planning, supportive individual counseling, individual/family therapy, crisis intervention and targeted case management services to children and youth under 18 years of age. These same services are with the exception of targeted case management are available to adults.<br>**Family Options Initiative (FOI)** providing parenting instruction, budgeting, life skills, instruction and case management services to West Virginia Department of Health and Human Resources clients<br>**Janet Smith Vineyard Forever Families Center for Permanency**<br>203 6th Ave,<br>Huntington, WV 25071<br>Phone: 681-378-2530<br>E-mail : Diana Lucas, Site Supervisor<br><br>**Hovah Hall Underwood Children's Home**<br>Huntington Office:<br>2586 Grant Gardens Road<br>Ona, WV  25545<br>Phone: 304-743-2345<br>E-mail : Melody Plumley, Site Director | |

| | | | |
|---|---|---|---|
| Juvenile drug courts | **Juvenile Drug Court-Cabell County Juvenile Court**<br>The program will average a year, but Spears said participants will be able to graduate in six to eight months. Since it's shorter than adult drug court and there are less juvenile cases, it won't grow to 60 participants. - does not focus on                    Contacts of current operating Juvenile Drug Courts (JDC) Cabell County - Sixth Judicial Circuit<br>Established: 2018<br>JDC Probation Officer: Michelle Conner<br>PHONE: 304-526-9730<br>EMAIL: Michelle.Conner@courtswv.gov<br><br>JDC Judge: Jason Spears, Family Court Judge<br>PHONE: 304-526-8530<br>EMAIL: Jason.Spears@courtswv.gov | **Leaving Juvenile Detention- Aftercare Information**<br>The Community Resource Department (CRD) of the Division of Juvenile Services works with residents who are adjudicated and committed to the Division of Juvenile Services. Approximately 20 Community Resource Coordinators (CRC's) are on staff in the department.  CRD services is divided into three geographic regions. The CRC assigned to a specific area in one of the regions works with residents returning to his or her area. Another CRC is assigned to residents who cannot return directly to the community. CRC's work with residents and families.  They conduct monthly progress reviews, attend Individual Treatment Meetings (ITP's), attend Multi-Disciplinary Team Meetings (MDT's), while residents are in Division of Juvenile Services custody. | **The Cabell County Center** is located within the **county alternative school**. This program is six weeks in length and is offered one time per week for addressing:<br>- Decision Making<br>-Life Skills<br>-**Substance Abuse Education**<br>-Bullying<br>-**Substance Use Disorder Education**<br>-Anger Management<br>-Batterer's Violence Program<br>-Cognitive and Life Skills Training<br>-Parenting and Family Reintegration<br>-Community Service<br>-Tutoring<br>-Budgeting and Money Management<br>-Job Readiness and Job Search / Referral Services<br>-Smoking Cessation is provided through the NOT (Not- On-Tobacco) curriculum |
| Social services | **Link Child Care Resource & Referral**<br>Community service organization, working with parents, child care providers, businesses, and community organizations to help promote the availability of quality child care services in the area. We provide parents with child care referrals and information on evaluating quality child care, plus resources on various parenting issues. We offer child care providers access to valuable training and support services for new or established programs.<br>Huntington office located at 611 7th Avenue, Huntington, WV serves Cabell, Wayne, Mason and Putnam counties and provides Professional Development for child care providers in all eight (8) counties. | **Children's Home Society of West Virginia**<br>**Janet Smith Vineyard Forever Families Center for Permanency**<br>203 6th Ave,<br>Huntington, WV 25071<br>Phone: 681-378-2530<br>E-mail : Diana Lucas, Site Supervisor<br>.<br>**Hovah Hall Underwood Children's Home**<br>Huntington Office:<br>2586 Grant Gardens Road<br>Ona, WV  25545<br>Phone: 304-743-2345<br>E-mail : Melody Plumley, Site Director | **Cabell County DHHR Office**<br>**Family Assistance Services:** Medicaid, WVCHIP, Medicaid for Long-Term-Care, Medicare Premium Assistance Programs, Non-Emergency Medical Transportation (NEMT), Supplemental Nutrition Assistance Program (SNAP), Emergency Assistance,  Indigent Burial Program, Refugee Resettlement, Tel-Assistance, SNAP E&T, Low Income Energy Assistance Program (LIEAP), 20% Discount Utility program, Temporary Assistance for Needy Families (TANF), School Clothing Allowance (SCA) and Other Needs Assistance Disaster Programs<br>.<br>**Social Services:** Adoption, Adult Guardianship, Adult Protective Services, Adult Residential Care, Child Abuse Awareness and Prevention, Child Protective Services, Child Welfare Licensing, Domestic Violence Services, Foster Care, Health Care Surrogate, Homeless Services, Interstate Compact on the Placement of Children, Specialized Family Care, Subsidized Legal Guardianship, Unclaimed Deceased Bodies, Youth Services, and Youth Transitioning Services<br>.<br>**Early Care and Education:** Licensing of Child Care Centers and Family Child Care Facilities, Registration of Family Child Care Homes, Registration of Out of School Time Programs, Provide Subsidy Services to eligible families for child care, Technical assistance to child care providers, and Tiered Reimbursement system for high quality child care services. |