

# Controlled Substance Monitoring Program

## *Delran Facility Overview*

*November 6, 2008*

Dan Opens presentation



PLAINTIFFS TRIAL EXHIBIT
P-42657_00001

# Meeting Agenda

**M<sup>c</sup>KESSON**
*Empowering Healthcare*

- ❋ **Introduction of Meeting Attendees**
- ❋ **Introduction of Delran CSMP Oversight Team**
- ❋ **Delran Organizational Chart**
- ❋ **Distribution Center Overview:**
  - Market Overview
  - Operational Facts
  - Inventory Facts
- ❋ **CSMP Components**
  - CSMP Overview and Mission
  - "Know your Customer"
  - Monitoring Orders Daily
  - Establish three Tiered Process for Escalation of Concerns
  - Record Retention
  - Training
  - Security

Dan Slide
Introduce the agenda to the participants

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00545076
P-42657 _ 00002

# McKesson Meeting Attendees

**M<sup>c</sup>KESSON**
*Empowering Healthcare*

## Delran Team:
- **Brian Ferreira**: Vice President, General Manager, Delran
- **Dan Montreuil:** Director of Operations, Delran
- **Beth Robertson:** Assistant DCM, Dayshift Operations, Delran
- **Bill Curcio**: ARCOS Lead, Delran

## Region/ National Support:
- **Chris Smith:** Vice President, Distribution Operations, NE Region
- **Michael Oriente:** Director Regulatory Affairs, NE Region
- **Bill Mahoney:** Director Regulatory Affairs, South Region
- **Dave Gustin:** Director Regulatory Affairs, NC Region

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                    3

Dan Slide

All participants will introduce themselves – highlighting their titles and their McKesson experience

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



Slide 14

Our strategy is very simple.

Enhance the core, extend the business and expand our markets are the fundamental strategies. The simplicity by which, we will address the long and short term of this business.

The majority of our efforts and increasingly our capital investment will be spent on enhancing the core of our business. We must ensure that our existing assets are dynamic, continually refreshed and aligned with customer's needs.

These efforts will continue to strengthen the platform for sustained growth.

Bob Turiano – years of experience

Paul Shapiro-
Alex Musa –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Distribution Center Overview

**MCKESSON**
*Empowering Healthcare*

## Market Overview

### Mid Atlantic States

- New York City Metro, New Jersey, Eastern Pennsylvania, Northern Delaware, Northern Maryland and portions of Virginia

### Sales of ~ $350M Per Month

- Sales mix in dollars: 83% Rx, 7% OTC, 10% Controls
- Sales mix in items: 77% Rx, 23% OTC, 9.5% Controls
- Sales mix by customer: 27% Hospital, 17% Independent, 56% RNA

### Lines Shipped ~1,600,000 Orders Per Month

- ~1,200,000 lines are Rx
- ~110,000 lines are Controls (9% of Rx)
- ~300,000 lines are OTC

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          5

Brian Slide

TEL-DRUG/CIGNA HORSHAM PA – 45 mil      ------  IND - MADISON AVE PHCY INC HM New York – 1 mil

LTC- PARTNERS PHARMACY CRANFORD NJ – 8 mil ------ Hosp - BETH ISRAEL New York 1 mil

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Distribution Center Overview (continued)

**MCKESSON**
*Empowering Healthcare*

**Customers ~1700**
- ~265 ISMC
- ~1270 RNA
- ~197 Hospitals

**Operational - Inventory Facts:**
- Facility is 228,500 sq feet, including mezzanine
- 212 employees on (2) shifts
- Approximate inventory value of $225M
- $194MM in Rx, $13MM in OTC, $18MM in Controls

**27K Items Carried in Inventory**
- 13K in Rx, 12K in OTC, 2K in Controls
- 534 customer DEA 222 forms received per day
- 2,542 control items 'keyed" per day

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                6

Dan Slide

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# CSMP Components - Agenda

M<sup>c</sup>KESSON
*Empowering Healthcare*

CSMP Introduction/Mission

Know your customer

Monitor omitted orders due to thresholds met

  – TCR form

Customer Review and Escalation

"Use the Tools"

Record Retention

Training

Security

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                7

Dan Slide
Introduce the CSMP agenda

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00545081
P-42657 _ 00007

# "Know Your Customer" – Thresholds

McKESSON
*Empowering Healthcare*

**Threshold Determination**
- Initial customer thresholds were established using 12 month purchase history plus margin of 10%

**Thresholds Set for Every Controlled Substance**
- Determined by DEA base codes (Active ingredient)
- Thresholds monitored on a monthly basis
- Real-time threshold monitoring/adjustment process for:
  - ✓ Returns
  - ✓ Canceled orders

**System Accumulates Doses Monthly**
- By base code
- Dose units sold

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          8

Michael Slide

Thresholds:

Chain Warehouse – Caremark – OXYCODONE 50k ALPRAZOLAM 49k HYDROCODONE 50k

CLOSED PHARMACY - PARTNERS PHARMACY OXYCODONE 144k ALPRAZOLAM 57k HYDROCODONE 0k

FED HOSPITAL NON-MILITAR – VA MED CTR O/P – PHILA OXYCODONE 170k ALPRAZOLAM 38k HYDROCODONE 44k

HOSPITAL GROUP - JOHNS HOPKINS HOSPITAL - OXYCODONE 79k ALPRAZOLAM 0k HYDROCODONE 20k

LARGE DRUG CHAIN – Rite Aids --- Avg OXYCODONE 27k ALPRAZOLAM 0k HYDROCODONE 0k

LARGE DRUG CHAIN – Targets  --- Avg OXYCODONE 43k ALPRAZOLAM 0k HYDROCODONE 0k

MAIL ORDER FACILITY - TEL-DRUG/CIGNA - OXYCODONE 70k ALPRAZOLAM 49k HYDROCODONE 59k

RETAIL DRUG STORE - COVERED BRIDGE PHARMACY OXYCODONE 70k ALPRAZOLAM 0k HYDROCODONE 0k

RETAIL DRUG STORE - MANOR PHARMACY INC OXYCODONE 125k ALPRAZOLAM 36k HYDROCODONE 0k

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# "Know Your Customer" –
## New Customer on Boarding

**MCKESSON**
*Empowering Healthcare*

**Partnership between Account Managers, DC Management & Regulatory Affairs**
    **Independent Small & Medium Chain (ISMC)**
- New questionnaire (Business type, controls dispensing history, background etc.)
- DRA approves and assigns family codes

**McKesson Health Systems (MHS)**
- New questionnaire (Business type – multi-point systems need a master survey)

**Retail National Accounts (RNA)**
- Thresholds assigned by corporate template
- Changes made via dispensing history and HQ TCR

**Federal Government**
- Thresholds determined by family code

**McKesson Med Surg (MMS)**
- Doctors vetted by MMS; threshold defaults relatively low

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL
9

Dan Slide
Highlight the "Positive" aspects of the system – enhanced service by operations, closer connection,
Examples of customers available for review – NEED: (3) Typical Independent site visit Level 1 site visits / NEED: (2) New accounts site visit

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## "Know Your Customer" - Site Visits

McKESSON
*Empowering Healthcare*

**Document size, location and traffic**
  ✓ Small, Medium, Large, Standard Retail, Warehouse, Light, Heavy, etc.

**Is the owner a pharmacist?**

**What does front end look like?**
  ✓ Extensive, Limited, Non-existent, HealthMart, Attractive, Dated, etc.

**How many average dose units filled monthly?**
  ✓ Oxycodone, Hydrocodone, Alprazolam, and Phentermine

**What is the percentage of controlled drugs vs. total sales?**

**What is their customer base?**
  ✓ Pain Patients, Hospices, Family, Single, Younger, Older, Local, Out of State, etc.

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                    10

Dan Slide
Continue to discuss

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

McKESSON
*Empowering Healthcare*

# "Know Your Customer" - Site Visits

**Which doctors does the pharmacy fill for?**
- ✓ Does Pharmacist know the Doctors?
- ✓ Many, Few, Pain Specialists, Orthopods, Adjacent Hospital ER, etc.
- ✓ Who is driving the volume?...might want to swing by for a look…

**Are there any Patient or Doctor Geographic Restrictions?**

**Any evidence of internet or mail order activity?**
- ✓ Outbound Shipping, out-of-state licenses

**Does the pharmacy fill many faxed scripts?**

**Any processes in place to prevent "doctor shopping"?**

**Does pharmacy take 3rd party payments (insurance)?**

**Has pharmacy experienced any robberies or burglaries?**

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                                    11

Dan Slide

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MCKESSON**
*Empowering Healthcare*

# Monitoring Orders

## System monitors and blocks orders that exceed threshold

1. Scan the Controlled Substance Omit Report for "V" code omits
2. Contact the customer whenever a threshold is reached
3. Find out why the customer's order reached the threshold
   - ✓ Ordering error?
   - ✓ Change in business model or conditions?
4. Document the contact by completing the Level 1/Observation form
   - ✓ Amount of inquiry required in a Level 1 investigation can vary as appropriate to the amount and type of increase, but should always include a discussion with the customer
5. If a threshold increase is contemplated, fill out a TCR completely
6. Assess whether or not a threshold change is warranted
7. Let the customer know whether the threshold will be increased or access is blocked for the rest of the month

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          12

Dan Slide

Highlight different reference material within packet

* Customer Invoice     -     * Omit Report

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



Dan Slide

Simple form of explaining the process ….

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

McKESSON
*Empowering Healthcare*

# Threshold Change Request Process (TCR)

## Documentation required for both TCR Processes
Change in Business:  TCR Process

Emergency:  TCR Process

## Partnership between Sales, Operations & Regulatory Affairs
- ✓ Date, customer info (including DEA#), base code (e.g. oxycodone)
- ✓ Requested increase amount (either absolute number or percentage)
- ✓ Reason for the increase (what factors are driving the demand?)

**Key Customer Message...Advanced Communication is Key!**

**Let's Avoid End of Month Emergencies.**

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                    14

Dan Slide

Point out an example of a TCR form held within their packet – highlight the collaborative effort between Operations and Sales

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00545088

P-42657 _ 00014

**McKESSON**
*Empowering Healthcare*

# Blocking Orders

**System Blocks Orders That Exceed Threshold**
- Specific to that base code
- Specific to registrant

**No override at local level**
- Requires change in threshold
- Documented threshold change request required

**Customer Notification**
- Alert customer approaching threshold
- Order entry systems alert customer
- Invoice notifies customer

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL

15

Dan Slide

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Review
# Customer Review & Escalation

**M⁛KESSON**
*Empowering Healthcare*

## Level 1 Review
* Threshold exceptions will trigger Level 1 Review
* Determine if the sales are approved or inconclusive
* Item blocked until cleared by DO and/or RCD

## Level 2 Review
* Conducted by Regulatory Director and Local Management Team
* Conduct an interview with the customer, if appropriate
* Evaluate threshold levels and adjust if appropriate
* Item blocked until clear

## Level 3 Review
* All controls blocked
* Escalation to Regional SVP, SVP of Dist Ops and VP of Regulatory Affairs
* Reported to DEA as suspicious
* Senior Management Review of Findings

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                    16

Dan Slide – Slide mainly used to set up the next 3 slides –-- highlight the 3 levels
Level 1 review

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00545090
P-42657 _ 00016

**M$KESSON**
*Empowering Healthcare*

# Due Diligence Tools

## May include any or all of the following:

- Customer Declaration
- Site Visit/Observation
- Follow-up interview's
- Inquiries with DEA, Board of Pharmacy, Dept. of Health, etc.
- Web search
  - ✓ Internet presence
  - ✓ News or promo about customer
- Extensive background search (from Corporate Security, if needed)
- Photographs

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                    17

Dan Slide

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MᶜKESSON
*Empowering Healthcare*

# Training

**Warehouse Associates (39)**
* All Cage and Vault Personnel - Dayshift and Nightshift
* All Receiving and Put-Away Personnel - Dayshift
* All ARCOS Personnel - Dayshift and Nightshift

**Office Associates (14)**
* All ARCOS Team Members - Dayshift and Nightshift
* All Office Personnel – (Inventory Control, Customer Service, Support Team)

**Management Associates (23)**
* All Management Team Members - Dayshift and Nightshift

**Sales Associates (14)**
* All Retail and Health Systems Field Representatives

## Quarterly "Re-Fresh" scheduled for December 2008

FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                                        18

Beth Slide – point out examples of training documents held within their packet
Highlight the process --- how is it determine who is trained? What information? What documentation is used?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MᶜKESSON
*Empowering Healthcare*

# Security

**Physical infrastructure:**

* 127 total camera's, 63 specific to the cage and vault
* Key Card access property and building
  * ✓ Additional card restriction to sensitive areas
  * ✓ Uses of Magnetic locks in conjunction with key to access cage/vault
* Chain of custody compliance
* Perimeter fencing

**Associates:**

* Annual background checks for all those in sensitive areas
* Random door and locker checks
* Daily vault / cage cycle counts on all prior day sales

Beth Slide

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



Dan Slide

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER