| DEA number | Customer name | Base code | Short description | Reason for change | Temp change | User ID | Customer threshold | Begin date | End date | Record change time |
|---|---|---|---|---|---|---|---|---|---|---|
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | INITIAL LOAD | Not assigned | FF_AESMKXP | 8,000 | 04/01/2008 | 04/25/2008 | 04:02:26 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | INITIAL LOAD | Not assigned | FF_AESMKXP | 8,000 | 04/03/2008 | 04/25/2008 | 05:03:52 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | INITIAL LOAD | Not assigned | FF_AESMKXP | 8,000 | 04/25/2008 | 04/26/2008 | 07:13:57 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | INITIAL LOAD | Not assigned | FF_AEYCKDO | 8,000 | 04/25/2008 | 12/31/9999 | 13:28:14 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | INITIAL LOAD | Not assigned | FF_AESMKXP | 8,000 | 04/25/2008 | 02/24/2014 | 07:13:57 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | INITIAL LOAD | Not assigned | FF_AEYCKDO | 8,000 | 04/26/2008 | 04/26/2008 | 13:28:14 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | "RITE AID CII ONE TIME AGREEMENT 8/14/08, MO 6/29/09" | Not assigned | FF_AESMKXP | 8,000 | 04/26/2008 | 04/26/2008 | 07:20:36 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | EXTENDED VIA PERIODIC PROCESSING | Not assigned | ESHJXSL | 12,500 | 06/29/2009 | 12/31/9999 | 07:20:36 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | EXTENDED VIA PERIODIC PROCESSING | Not assigned | AEYCKDO | 12,500 | 08/01/2009 | 12/31/9999 | 13:43:06 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | EXTENDED VIA PERIODIC PROCESSING | Not assigned | AEYCKDO | 12,500 | 08/01/2009 | 08/01/2009 | 17:32:55 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | DGINITIAL.SETUP | Not assigned | ATJVFAQ | 8,000 | 08/01/2009 | 02/24/2014 | 16:31:27 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | INITIALDG | Not assigned | EXKG0FN | 5,000 | 03/14/2012 | 02/24/2014 | 19:33:48 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | TEMP PATCH | Not assigned | EXKG0FN | 2,000 | 02/25/2014 | 05/13/2016 | 10:20:18 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | INITIALDG | Not assigned | ESYGE00 | 15,000 | 09/12/2014 | 05/13/2016 | 11:02:32 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | THRESHOLD RELOAD 092314-BM | Not assigned | FF_FJ_AR | 2,000 | 09/13/2014 | 09/29/2014 | 11:56:36 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | SR DRA REDUCTION PER REVIEW OF PURCHASE DATA NJH 2-9-15 | Not assigned | EIRPBQE | 22,500 | 09/20/2014 | 05/13/2016 | 12:32:34 |
| AC2986872 | RITE AID 0950 | 9143 | OXYCODONE | REG AFFAIRS INITIATED-FROM 22500-NJH-051416 | Not assigned | ELYWWE6 | 8,000 | 02/09/2015 | 12/31/9999 | 12:37:16 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | DD ADJUSTMENT-FROM 14500-NJH-070117 | Not assigned | ELYWWE6 | 14,500 | 05/14/2016 | 12/31/9999 | 06:36:12 |
| AC2986872 | RITE AID 0950 | 9193 | HYDROCODONE | | Not assigned | ELYWWE6 | 13,500 | 07/01/2017 | 12/31/9999 | 02:52:01 |

**Notes:**
[1] Data contain threshold changes through December 31, 2018 for all opioid base codes for any McKesson U.S. Pharma customer with at least one opioid order from October 01, 2004 through December 31, 2018 in West Virginia excluding DEA numbers classified as practitioner, researcher, or as an MMS customer at any point in time and customers with DEA numbers belonging to McKesson entities.
[2] Information provided for all records which include a DEA number. Records with missing DEA numbers are excluded.

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement

PLAINTIFFS TRIAL EXHIBIT
P-42728a_00001

P-42728a_00001

| DEA number | Customer name | Base code | Short description | Reason for change | Temp change | User ID | Customer threshold | Begin date | End date | Record change time |
|---|---|---|---|---|---|---|---|---|---|---|
| BR3421954 | RITE AID 3311 | 9143 | OXYCODONE | INITIAL LOAD | Not assigned | FF_AESMKXP | 8,000 | 04/01/2008 | 04/25/2008 | 04:02:26 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | INITIAL LOAD | Not assigned | FF_AESMKXP | 8,000 | 04/03/2008 | 04/25/2008 | 05:03:52 |
| BR3421954 | RITE AID 3311 | 9143 | OXYCODONE | INITIAL LOAD | Not assigned | FF_AEYCKDO | 8,000 | 04/26/2008 | 07/31/2009 | 13:28:14 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | INITIAL LOAD | Not assigned | FF_AESMKXP | 8,000 | 04/26/2008 | 04/26/2008 | 09:11:49 |
| BR3421954 | RITE AID 3311 | 9143 | OXYCODONE | INITIAL LOAD | Not assigned | FF_AEYCKDO | 8,000 | 04/26/2008 | 12/09/2008 | 13:28:14 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | "TEMP PER RA DIR LP 8K TO 24.5K, CAN NOT PROCURE FROM OWN DC | Not assigned | FF_AESMKXP | 8,000 | 04/26/2008 | 04/26/2008 | 09:11:49 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | "RETURN DEC TEMP THRESHOLD BACK TO 8K THRESHOLD PER RA DIR L | Not assigned | ESHJXSL | 24,500 | 12/10/2008 | 01/07/2009 | 11:40:10 |
| BR3421954 | RITE AID 3311 | 9143 | OXYCODONE | EXTENDED VIA PERIODIC PROCESSING | Not assigned | ESHJXSL | 8,000 | 01/08/2009 | 03/13/2012 | 07:03:41 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | EXTENDED VIA PERIODIC PROCESSING | Not assigned | AEYCKDO | 8,000 | 08/01/2009 | 12/31/9999 | 19:14:52 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | DGINITIAL SETUP | Not assigned | AEYCKDO | 8,000 | 03/14/2012 | 05/13/2016 | 19:33:48 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | TEMP PATCH | Not assigned | EXKG0FN | 5,000 | 03/14/2012 | 05/13/2016 | 10:20:18 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | DGINITIAL SETUP | Not assigned | ESY6G5O0 | 15,000 | 09/12/2014 | 05/13/2016 | 11:56:47 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | THRESHOLD RELOAD 092314-BM | Not assigned | FF_F1_AR | 5,000 | 09/13/2014 | 09/29/2014 | 12:32:37 |
| BR3421954 | RITE AID 3311 | 9193 | HYDROCODONE | REG AFFAIRS INITIATED-FROM 23500-NIH-051416 | Not assigned | E18PFQE | 23,500 | 09/30/2014 | 05/13/2016 | 12:37:16 |
| BR3421954 | RITE AID 3311 | 9143 | OXYCODONE | DD ADJUSTMENT-FROM 8000-NJH-070117 | Not assigned | EL YWWE6 | 12,500 | 05/14/2016 | 12/31/9999 | 09:40:44 |
| BR3421954 | RITE AID 3311 | 9143 | OXYCODONE | DD ADJUSTMENT-FROM 8000-NJH-070117 | Not assigned | EL YWWE6 | 5,200 | 07/01/2017 | 12/31/9999 | 02:52:10 |

Notes:
[1] Data contain threshold changes through December 31, 2018 for all opioid base codes for any McKesson U.S. Pharma customer with at least one opioid order from October 01, 2004 through December 31, 2018 in West Virginia excluding DEA numbers classified as practitioner, researcher, or as an MMS customer at any point in time and customers with DEA numbers belonging to McKesson entities.
[2] Information provided for all records which include a DEA number. Records with missing DEA numbers are excluded.

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement

P-42728a_00003