# RE: CSMP: Threshold Report

From:

"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

To:

"Gustin, Dave" <dave.gustin@mckesson.com>

Date:

Fri, 17 Oct 2008 13:30:21 +0000

---

CVS is being worked on so hopefully there will be a solution to do away with the nickel and dime increases. Believe me I have made this point with RNA before. CVS is really different from the other RNA and was discussed on yesterdays call after you dropped off.

\~

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064
\~

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~

\~ _____
**From:** Gustin, Dave
**Sent:** Thursday, October 16, 2008 7:42 PM
**To:** Cox, Jon
**Cc:** Jonas, Tracy; de Gutierrez-Mahoney, Bill; Oriente, Michael; Walker, Donald; Hilliard, Gary; McKenna, Ned; Fargo, Rhonda; Jefferies, Dan
**Subject:** FW: CSMP: Threshold Report

\~

<div style="border:2px solid black; background:yellow; text-align:center">

PLAINTIFFS TRIAL
EXHIBIT

**P-42796_00001**

</div>

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Jon, for your files, these are all done.

\~

Regulatory team. Something needs to be addressed. All of these, I believe, had already gotten increases in the past week. One was done yesterday.

We are giving a lot of automatic increases that would not fly for the Independent Retailers without level twos. That is not so bad since the amounts are pretty low. What is an issue is that these things take time to do and one of them I increased today had just gotten a 5% increase this week.

Can we not make substantial enough increases to prevent daily changes of thresholds? As the end of the month approaches this will reach critical mass. Just a forewarning of what is to come.     Suggestions?

\~

Confidentiality Notice: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential and
privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.

Dave Gustin, DRA North Central Region

cell 937 402 0834

\~

\~ _____
**From:** Oriente, Michael
**Sent:** Thursday, October 16, 2008 12:33 PM
**To:** Jonas, Tracy; de Gutierrez-Mahoney, Bill; Gustin, Dave
**Cc:** Hilliard, Gary; Walker, Donald
**Subject:** FW: CSMP: Threshold Report

\~

Today's CVS CSMP threshold adjustments for review.

\~

Tracy, you have 1.  Dave can you do Bill's 5 as he is on PTO.

All 5 accounts out of Conroe are for Hydrocodone.

\~

*Michael P. Oriente*

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-063-0022729
MCKSTCT00040931
P-42796 _ 00002

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064
\~

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~

\~  _____
**From:** Schmidt, Stephen
**Sent:** Thursday, October 16, 2008 12:23 PM
**To:** Oriente, Michael; Thomet, Elaine; Bishop, Micheal
**Cc:** McKenna, Ned; Fargo, Rhonda; Jefferies, Dan
**Subject:** FW: CSMP: Threshold Report

\~

Micheal, please see attached TCR form for today's CVS stores over the 80% threshold.

\~

Thank you

\~

\~  _____
**From:** Bishop, Micheal
**Sent:** Thursday, October 16, 2008 10:18 AM
**To:** Schmidt, Stephen; Fargo, Rhonda
**Cc:** McKenna, Ned; Thomet, Elaine
**Subject:** CSMP: Threshold Report

Team—

\~

Please review the attached threshold report for today and let me know if you have any questions or concerns...as I am now running the reports, please update me should there be any changes with regards to the distribution of the e-mail or formatting.

\~

Additional comments:

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

\~

- Please submit all TCRs sooner rather than later so as to ensure any URGENT TCRs gets worked by close of business today.
- Any threshold that has reached 100% must have a TCR submitted regardless if the customer wants action taken or not.
- Warehouse Customers do not require customer feedback on threshold increases; please notify the DRA and they should adjust accordingly.

\~

Remember, you will want to review what customer is on the reports and for any accounts that are quickly approaching their thresholds, we'll want to compare this month's activity to their previous purchases to see if this is unusual or if there's a pattern. **I have updated the new Base Code Purchase Analysis Database with today's threshold information; you can utilize the new tool by clicking on the following link -** **\\ddcf2020\NA$\DATABASE\RNA Support Solutions Department Database (Bishop).mdb**

\~

If after contacting the customer's HQ there is a valid need to increase thresholds (wasn't

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-063-0022731
MCKSTCT00040933
P-42796 _ 00004