## FW: DEA audit letter (government contact form)

From:
"Gustin, Dave" <dave.gustin@mckesson.com>

To:
"Walker, Donald" <donald.walker@mckesson.com>

Date:
Tue, 15 Nov 2011 14:13:00 +0000

Attachments:
Govt contact form DEA letter 11-11-2011.doc (39.94 kB); Goverment Contact Form DEA audit.PDF (10.75 kB)

1. Failure to activate controlled substances cage and vault electronic alarm monitoring when employees were not present in violation of Title 21, Code of Federal Regulations, Sections 1301.71(a)(9), 1301.72(a)(3)(iv) and 1301.72(b)(4)(v), which states that controlled substance storage are shall be equipped with electronic alarms to detect unauthorized entry.

2. Failure to report suspicious controlled substance orders in violation of Title 21, Code of Federal Regulations, Section 1301.74(b), which states that the registrant shall inform DEA of suspicious orders.

I cannot say this is a surprise. They came into the audit before ever seeing anything with a strong feeling that we were not in compliance and seemed set out to prove it.
Jeff's statement, "With everything you are doing here if you are not in compliance at WCH then nobody is" speaks to a predisposition I believe.
Dave Gustin DRA North Central
937 840 8553
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Meunier, Kevin
**Sent:** Monday, November 14, 2011 6:15 PM
**To:** Tate, Kimbir; Trugman, Ina; #PGRDRC
**Cc:** Mooney, Scott; Essensa, Marc; Gustin, Dave
**Subject:** DEA audit letter (government contact form)

*Kevin Meunier*
*DC Manager*
*Washington Court House, OH*
*Office direct phone: 740-636-5127*
*Office cell: 573-382-4686*

PLAINTIFFS TRIAL EXHIBIT
P-42814_00001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                            MCKSTCT00549558

P-42814 _ 00001

# REPORT OF GOVERNMENT CONTACT

**Distribution Center Name and Number:** _____

TO: Don Walker, Regional Directors of Regulatory Affairs, E-mail: **#PGRDRC**
Tracy Jonas, Dave Gustin, Bill de Gutierrez-Mahoney & Michael Oriente, Tom McDonald

CC: Gary Hilliard, Director of Regulatory Affairs (fax # 817-447-2812)
DC Specific VPDO and VPGM

Ina Trugman, Law Department, 34th Floor, One Post Street, San Francisco, CA 94104

Litigation Support Group:
Kimbir Tate (cc: Norman Lee; Janet Foo; Michael Gormley; Kathy Menchaca)

1. Time and date of contact by government representatives:
   11/11/2011

2. Name of government representative(s):
   Robert Corso

3. Name of government agency, division, and address at which representative(s) work(s):
   US Department of Justice Drug Enforcement Administration
   Columbus District Office
   500 S. Front Street, Suite 612
   Columbus, Ohio 43215

4. Purpose of contact:
   Official Follow up letter of DEA investigation conducted April 12, 2011

5. If tax is involved, state the nature of the tax, e.g., sales or real estate:

6. Additional comments:
   The attached letter was delivered to WCH McKesson DC 8164 in regards to the DEA investigation conducted in Arpil. The letter states we have 30 days to respond to the letter with a plan of action.

Date Signed   11/14/2011                                Signature Kevin Meunier

ATTACH COPIES OF ANY DOCUMENTS RECEIVED OR GIVEN

04/12/10

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                      MCKSTCT00549559

_____
Date Signed                                    Signature

ATTACH COPIES OF ANY DOCUMENTS RECEIVED OR GIVEN

04/12/10

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                            MCKSTCT00549560



**U. S. Department of Justice**

Drug Enforcement Administration

Columbus District Office
500 S. Front Street, Suite 612
Columbus, Ohio 43215
(614) 255-4200

*www.dea.gov*

OCT 2 8 2011

Kevin Meunier, Distribution Center Manager
McKesson Drug Company
3000 Kenskill Avenue
Washington Courthouse, OH 43160

Dear Mr. Meunier:

From March 31 to April 12, 2011, the Drug Enforcement Administration (DEA), Columbus District Office, conducted an investigation of the McKesson Drug Company. On August 30, 2011, there was a management discussion between you and the investigators. As a result of this investigation, the following discrepancies were noted:

1. Failure to activate controlled substances cage and vault electronic alarm monitoring when employees were not present in violation of Title 21, Code of Federal Regulations, Sections 1301.71(a)(9), 1301.72(a)(3)(iv), and 1301.72(b)(4)(v), which states that controlled substance storage areas shall be equipped with electronic alarms to detect unauthorized entry.

2. Failure to report suspicious controlled substance orders in violation of Title 21, Code of Federal Regulations, Section 1301.74(b), which states that the registrant shall inform DEA of suspicious orders.

This letter is formal notification that failing to maintain adequate physical and electronic security and failing to report suspicious controlled substances orders constitute violations of the Code of Federal Regulations. At this time, you are being afforded the opportunity to comply with the regulations, which were outlined by the investigators with you on August 30, 2011.

Please advise this office, in writing, within 30 days of the action taken or planned to correct these violations. Please contact Diversion Investigator Stephanie Herman at (614) 255-4200 if you have any questions.

Sincerely,

Robert L. Corso
Special Agent in Charge
Detroit Field Division

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                MCKSTCT00549561