CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



McKesson Shipments of Opioid Drugs in United States
Total Dosage Units
2006 - 2014

EXHIBIT 23 McK-CAVACIM

PLAINTIFFS TRIAL EXHIBIT P-42879_00001

1 of 6

P-42879_00001