# Cardinal Health SOM Program

August 2009 Summary











**Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



PLAINTIFFS TRIAL EXHIBIT
P-44267_00001

Page 1 of 3

P-44267_00001

# Cardinal Health SOM Program

**August 2009 Summary**

## SOM Events per Segment per Month

| | Sep '08 | Oct '08 | Nov '08 | Dec '08 | Jan '09 | Feb '09 | Mar '09 | Apr '09 | May '09 | Jun '09 | Jul '09 | Aug '09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RETAIL INDEPENDENT | 436 | 161 | 168 | 257 | 199 | 253 | 385 | 419 | 274 | 370 | 322 | 320 |
| RETAIL PHARMACY OTHER | | | | | | | 1 | 1 | 1 | 7 | 18 | 16 |
| RETAIL PHARMACY - MANAGED CARE | 34 | 31 | 15 | 22 | 30 | 45 | 66 | 73 | 49 | 49 | 75 | 59 |
| PRACTITIONER | | | | 1 | 1 | 9 | 4 | 5 | 1 | 5 | 4 | 3 |
| MANUFACTURER | | | | | 1 | 3 | | | | 2 | | |
| HOSPITAL/CLINIC | 1 | 2 | 2 | 4 | 36 | 66 | 88 | 70 | 57 | 72 | 64 | 43 |
| DISTRIBUTOR | 1 | 1 | | 1 | 2 | 1 | 3 | 1 | 1 | 1 | 1 | 3 |
| DETOX FACILITY | | | | | | | | | | | 4 | |
| CHAIN PHARMACY | 4 | 23 | 17 | 40 | 26 | 51 | 47 | 52 | 70 | 61 | 42 | 37 |
| CENTRAL FILL PHARMACY | 1 | 1 | 1 | 2 | 4 | 4 | 7 | 2 | 1 | | | |

## Suspicious Orders per Month

## Orders of Interest Reported to Corporate QRA

CardinalHealth

**Internal Use Only**

© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Cardinal Health SOM Program

August 2009 Summary

## Distribution Center

| DC | DC Name |
|----|---------|
| 3  | SYRACUSE |
| 6  | BOSTON |
| 8  | WHEELING |
| 9  | KNOXVILLE |
| 10 | JACKSON |
| 11 | LAKELAND |
| 15 | AURORA |
| 16 | DALLAS |
| 18 | ST.LOUIS |
| 19 | PHOENIX |
| 24 | HUDSON |
| 26 | GREENSBORO |
| 27 | KANSAS CITY |
| 28 | HOUSTON |
| 29 | DENVER |
| 32 | VALENCIA |
| 34 | SACRAMENTO |
| 35 | SALT LAKE |
| 37 | SEATTLE |
| 43 | SWEDESBORO |
| 53 | FINDLAY |
| 55 | ATLANTA |

## Drug Family

| Base Code | Base Code Description |
|-----------|----------------------|
| 1100 | DL-AMPHETAMINE SULFATE MONOBASIC |
| 1205 | LISDEXAMFETAMINE MESYLATE |
| 1640 | PHENTERMINE HYDROCHLORIDE |
| 1724 | METHYLPHENIDATE HYDROCHLORIDE |
| 2285 | PHENOBARBITAL |
| 2737 | CLONAZEPAM |
| 2765 | DIAZEPAM |
| 2782 | PREGABALIN |
| 2783 | ZOLPIDEM BITARTRATE(HEMI) |
| 2882 | ALPRAZOLAM |
| 2885 | LORAZEPAM |
| 4187 | TESTOSTERONE |
| 5000 | CARISOPRODOL |
| 5001 | TRAMADOL |
| 8112 | PSEUDOEPHEDRINE [LIST 1 CHEMICAL] |
| 9050 | CODEINE PHOSPHATE |
| 9064 | BUPRENORPHINE HYDROCHLORIDE |
| 9143 | OXYCODONE HYDROCHLORIDE |
| 9150 | HYDROMORPHONE HYDROCHLORIDE |
| 9170 | DIPHENOXYLATE HYDROCHLORIDE |
| 9193 | HYDROCODONE BITARTRATE |
| 9250 | METHADONE HYDROCHLORIDE |
| 9273 | DEXTROPROPOXYPHENE NAPSYLATE |
| 9300 | MORPHINE SULFATE |
| 9801 | FENTANYL CITRATE |

## SOM Segments

| QRA Segment | Explanation |
|-------------|-------------|
| CENTRAL FILL PHARMACY | ACTIVITY CODE A,1 |
| CHAIN PHARMACY | ACTIVITY CODE A,3 |
| DISTRIBUTOR | ACTIVITY CODE F |
| HOSPITAL/CLINIC | ACTIVITY CODE B |
| MANUFACTURER | ACTIVITY CODE E |
| PRACTITIONER | ACTIVITY CODE C OR M |
| RETAIL INDEPENDENT | ACTIVITY CODE A,0; INDEPENDENT |
| RETAIL PHARMACY - MANAGED CARE | |
| RETAIL PHARMACY - MANAGED CARE | ACTIVITY CODE A; MANAGED CARE |
| RETAIL PHARMACY OTHER | ACTIVITY CODE A |



**Internal Use Only**
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

P-44267_00003