**Drug Overdose Statistics (CCEMS) Cabell County Emergency Medical Services**

**2015**

**Patient transports:**

1st Quarter – 116

2nd Quarter – 109

3rd Quarter – 126

4th Quarter – 129

Total - 480

**2016**

**Patient transports:**

1ST Quarter – 197

2nd Quarter – 206

3rd Quarter – 350

4th Quarter – 464

Total – 1217

**2015**

**Narcan Administration:**

1st Quarter – 54

2nd Quarter – 76

3rd Quarter – 74

4th Quarter – 94

Total - 298

**2016**

**Narcan Administration:**

1st Quarter – 132

2nd Quarter – 116

3rd Quarter – 202

4th Quarter – 318

Total - 768

PLAINTIFFS TRIAL EXHIBIT
P-44281_00001

Doc 00555

P-44281_00002