Region: National
Time: 2006 - 2014
Seller: Cardinal Health
Buyer: All Dispensers
Drug: Oxycodone
Source: ARCOS

**Oxycodone Shipped by Cardinal Health, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **All States** | 801,085,361 | 926,577,618 | 949,971,156 | 1,061,459,300 | 1,163,298,190 | 1,270,548,480 | 1,427,609,854 | 1,466,664,930 | 1,347,751,629 | 10,414,966,518 |
| AK | 3,878,660 | 3,908,140 | 4,103,780 | 4,088,280 | 4,327,640 | 4,339,660 | 5,751,660 | 6,443,060 | 6,460,400 | 43,301,280 |
| AL | 8,810,030 | 10,273,000 | 10,325,400 | 11,011,680 | 10,536,420 | 13,452,720 | 13,906,140 | 15,163,190 | 16,261,480 | 109,740,060 |
| AR | 2,166,010 | 2,418,440 | 2,484,260 | 2,911,940 | 3,211,840 | 3,664,620 | 3,657,880 | 5,171,560 | 5,191,940 | 30,878,490 |
| AZ | 20,315,080 | 28,487,860 | 32,707,760 | 36,500,240 | 36,814,820 | 35,310,380 | 48,078,980 | 45,175,360 | 43,295,740 | 326,686,220 |
| CA | 18,384,500 | 22,846,440 | 25,683,960 | 28,245,840 | 30,307,900 | 41,240,580 | 72,523,120 | 75,244,950 | 75,085,610 | 389,562,900 |
| CO | 17,835,795 | 19,806,480 | 22,142,900 | 22,560,680 | 25,794,560 | 25,680,920 | 37,416,100 | 34,316,190 | 32,213,260 | 237,766,885 |
| CT | 23,540,410 | 26,440,920 | 26,292,200 | 27,857,480 | 29,855,520 | 28,457,660 | 33,087,660 | 34,312,580 | 31,308,100 | 261,152,530 |
| DC | 2,894,595 | 3,457,580 | 3,303,560 | 3,858,780 | 4,357,380 | 4,883,720 | 5,077,200 | 5,038,720 | 3,832,900 | 36,704,435 |
| DE | 8,487,305 | 2,470,920 | 2,300,720 | 2,490,340 | 2,335,780 | 2,352,260 | 2,489,920 | 2,879,760 | 1,697,740 | 27,504,745 |
| FL | 76,219,880 | 96,750,140 | 83,848,980 | 108,644,480 | 120,550,820 | 125,052,440 | 116,144,750 | 102,469,370 | 69,672,480 | 899,353,340 |
| GA | 22,785,095 | 24,937,696 | 27,705,360 | 31,389,480 | 32,456,160 | 39,537,420 | 41,421,820 | 40,490,440 | 39,992,120 | 300,715,591 |
| HI | 170,700 | 184,000 | 259,900 | 251,200 | 226,500 | 380,300 | 1,045,500 | 1,329,100 | 1,290,600 | 5,137,800 |
| IA | 1,713,415 | 2,325,160 | 2,263,340 | 2,435,520 | 3,360,840 | 3,362,240 | 3,269,980 | 3,710,940 | 2,772,920 | 25,214,355 |
| ID | 1,379,475 | 1,615,775 | 1,900,760 | 2,148,480 | 2,465,860 | 2,917,460 | 3,578,140 | 4,109,700 | 4,487,860 | 24,603,510 |
| IL | 5,061,495 | 5,990,380 | 6,462,980 | 7,030,820 | 7,882,120 | 9,138,360 | 10,276,670 | 14,045,350 | 11,984,120 | 77,872,295 |
| IN | 19,336,400 | 24,593,480 | 27,767,900 | 31,159,980 | 36,622,540 | 42,434,020 | 49,814,970 | 53,646,600 | 45,243,230 | 330,619,120 |
| KS | 5,491,775 | 6,871,160 | 7,520,820 | 7,628,540 | 8,438,900 | 9,070,680 | 9,762,000 | 11,458,020 | 11,382,410 | 77,624,305 |
| KY | 16,063,545 | 15,292,960 | 15,914,963 | 17,574,900 | 20,061,440 | 24,332,880 | 24,882,565 | 24,207,750 | 24,153,980 | 182,484,983 |
| LA | 3,068,175 | 4,246,840 | 3,733,560 | 4,313,540 | 4,105,660 | 5,892,400 | 5,452,730 | 5,559,260 | 5,128,900 | 41,501,065 |
| MA | 56,640,850 | 63,938,500 | 63,744,540 | 67,499,340 | 73,218,960 | 69,672,960 | 69,081,580 | 71,852,160 | 64,896,930 | 600,545,820 |
| MD | 36,223,940 | 39,661,580 | 37,171,320 | 42,850,280 | 47,385,900 | 39,743,300 | 40,341,800 | 36,848,810 | 31,645,700 | 351,872,630 |
| ME | 11,978,810 | 11,944,520 | 11,194,860 | 11,176,540 | 13,438,240 | 14,392,180 | 14,066,300 | 13,377,920 | 12,715,420 | 114,284,790 |
| MI | 7,802,305 | 10,159,440 | 11,891,540 | 13,262,660 | 15,532,380 | 17,144,380 | 18,861,900 | 21,370,750 | 20,497,260 | 136,522,615 |
| MN | 9,543,800 | 12,256,915 | 10,866,480 | 10,991,900 | 12,596,740 | 10,758,500 | 11,598,620 | 14,781,280 | 14,023,760 | 107,417,995 |
| MO | 7,051,245 | 8,563,960 | 10,101,560 | 10,308,440 | 11,458,820 | 14,552,360 | 14,282,840 | 16,287,340 | 14,022,040 | 106,628,605 |
| MS | 1,925,210 | 2,702,180 | 2,653,100 | 3,023,720 | 3,324,860 | 3,624,280 | 3,947,840 | 3,890,590 | 4,035,880 | 29,127,660 |
| MT | 2,059,310 | 2,242,925 | 2,554,280 | 2,414,100 | 2,299,680 | 2,375,740 | 2,831,780 | 3,085,030 | 3,356,020 | 23,218,865 |
| NC | 45,185,435 | 50,038,440 | 48,528,060 | 58,058,920 | 59,010,180 | 66,144,700 | 70,815,450 | 76,546,950 | 66,611,400 | 540,939,535 |
| ND | 638,960 | 1,202,430 | 1,293,880 | 1,496,000 | 1,673,760 | 1,229,680 | 1,041,460 | 1,345,260 | 2,020,780 | 11,942,210 |
| NE | 1,973,580 | 2,408,300 | 2,461,340 | 2,133,460 | 2,265,680 | 2,449,620 | 2,692,220 | 3,521,300 | 2,747,080 | 22,652,580 |
| NH | 7,123,150 | 6,490,940 | 6,470,860 | 7,105,280 | 7,556,380 | 7,673,340 | 8,801,680 | 9,847,110 | 9,400,820 | 70,469,560 |
| NJ | 32,769,485 | 35,580,000 | 37,292,053 | 39,049,640 | 41,730,600 | 50,059,160 | 58,944,970 | 62,582,860 | 57,238,420 | 415,247,188 |
| NM | 8,588,435 | 10,183,800 | 10,932,120 | 12,237,640 | 13,467,200 | 11,520,740 | 10,662,350 | 10,216,330 | 9,607,140 | 97,415,755 |

PLAINTIFFS TRIAL EXHIBIT
P-44318_00001

P-44318 _ 00001

Region: National  
Time: 2006 - 2014  
Seller: Cardinal Health  
Buyer: All Dispensers  
Drug: Oxycodone  
Source: ARCOS  

**Oxycodone Shipped by Cardinal Health, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| NV | 7,246,445 | 9,403,080 | 10,752,160 | 12,439,160 | 19,248,240 | 27,232,440 | 26,777,840 | 27,094,870 | 23,452,920 | 163,647,155 |
| NY | 31,280,805 | 39,588,120 | 45,948,880 | 51,215,620 | 58,938,480 | 90,675,240 | 122,752,410 | 122,606,300 | 114,644,450 | 677,650,305 |
| OH | 68,219,835 | 73,878,300 | 76,954,420 | 86,888,840 | 95,500,480 | 97,762,540 | 100,456,600 | 106,507,140 | 100,046,040 | 806,214,195 |
| OK | 1,460,401 | 4,312,320 | 5,361,780 | 5,509,220 | 6,030,960 | 6,364,200 | 6,272,940 | 7,457,320 | 6,551,720 | 49,320,861 |
| OR | 11,530,100 | 14,142,780 | 16,085,640 | 18,144,760 | 20,399,860 | 21,580,240 | 30,401,480 | 32,593,680 | 32,013,620 | 196,892,160 |
| PA | 56,163,545 | 66,240,960 | 69,159,820 | 75,015,640 | 82,826,160 | 90,369,160 | 101,051,490 | 96,757,370 | 91,263,320 | 728,847,465 |
| RI | 6,920,415 | 7,819,240 | 8,151,140 | 8,050,380 | 8,964,000 | 9,575,240 | 10,274,940 | 10,362,860 | 10,060,920 | 80,179,135 |
| SC | 18,635,045 | 20,234,100 | 20,785,380 | 23,965,440 | 23,928,040 | 27,917,780 | 30,555,280 | 32,567,930 | 31,769,580 | 230,358,575 |
| SD | 1,079,695 | 1,426,620 | 1,530,360 | 1,515,040 | 1,526,760 | 1,411,080 | 1,569,300 | 1,839,640 | 2,025,720 | 13,924,215 |
| TN | 21,436,510 | 23,821,192 | 25,377,240 | 29,136,140 | 33,651,890 | 37,216,920 | 40,587,059 | 45,058,780 | 43,698,000 | 299,983,731 |
| TX | 6,805,370 | 8,440,025 | 8,375,180 | 9,042,740 | 9,133,540 | 9,287,220 | 8,961,340 | 9,999,290 | 9,347,640 | 79,392,345 |
| UT | 6,816,470 | 7,965,140 | 8,338,180 | 8,847,540 | 9,404,500 | 10,147,300 | 11,140,460 | 12,527,740 | 13,521,520 | 88,708,850 |
| VA | 28,543,435 | 32,587,400 | 32,132,700 | 37,439,140 | 40,665,840 | 43,349,680 | 47,328,720 | 49,216,910 | 45,942,840 | 357,206,665 |
| VT | 1,809,645 | 2,184,940 | 1,953,000 | 2,403,180 | 2,585,420 | 2,651,900 | 2,575,780 | 2,514,960 | 2,225,220 | 20,904,045 |
| WA | 27,705,635 | 32,290,720 | 31,226,640 | 32,897,280 | 33,382,700 | 33,994,600 | 42,248,660 | 46,073,420 | 47,812,119 | 327,631,774 |
| WI | 6,148,190 | 8,892,420 | 10,127,860 | 9,788,060 | 10,350,060 | 10,113,860 | 9,214,360 | 13,753,250 | 9,484,620 | 87,872,680 |
| WV | 10,811,545 | 11,656,300 | 12,492,000 | 14,007,220 | 16,230,580 | 16,088,380 | 17,106,680 | 16,297,440 | 16,106,240 | 130,796,385 |
| WY | 1,365,420 | 1,402,660 | 1,339,680 | 1,443,780 | 1,858,600 | 1,969,040 | 2,725,940 | 3,110,440 | 3,510,700 | 18,726,260 |

Region: National
Time: 2006 - 2014
Seller: Cardinal Health
Buyer: All Dispensers
Drug: Hydrocodone
Source: ARCOS

**Hydrocodone Shipped by Cardinal Health, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **All States** | 529,701,926 | 610,003,401 | 569,977,452 | 567,697,284 | 598,793,735 | 683,378,956 | 781,836,961 | 720,215,024 | 868,268,164 | 5,929,872,902 |
| AK | 1,917,240 | 1,860,570 | 2,019,250 | 1,986,330 | 2,113,980 | 2,034,710 | 4,025,432 | 4,526,220 | 4,618,640 | 25,102,372 |
| AL | 20,254,250 | 23,273,120 | 22,115,270 | 19,442,930 | 14,349,400 | 16,536,430 | 20,567,371 | 17,790,825 | 22,234,700 | 176,564,296 |
| AR | 1,554,460 | 1,756,160 | 1,628,330 | 2,020,420 | 2,583,840 | 3,337,450 | 2,903,930 | 2,807,690 | 5,078,790 | 23,671,070 |
| AZ | 7,234,310 | 9,583,180 | 9,718,250 | 8,525,290 | 7,825,210 | 7,106,950 | 12,842,000 | 13,359,490 | 15,101,030 | 91,295,710 |
| CA | 51,218,550 | 59,488,790 | 60,322,060 | 58,986,560 | 65,717,670 | 77,406,860 | 114,885,240 | 110,724,660 | 120,704,400 | 719,454,790 |
| CO | 6,533,920 | 6,364,970 | 6,338,930 | 6,060,730 | 6,210,130 | 5,846,280 | 12,011,730 | 13,853,420 | 15,627,480 | 78,847,590 |
| CT | 2,376,010 | 2,056,320 | 2,347,920 | 2,561,680 | 1,981,730 | 2,313,540 | 3,223,460 | 3,033,580 | 4,428,400 | 24,322,640 |
| DC | 587,430 | 778,140 | 497,120 | 491,930 | 440,580 | 485,650 | 618,160 | 689,320 | 641,790 | 5,230,120 |
| DE | 449,720 | 400,040 | 333,500 | 340,220 | 276,180 | 366,780 | 401,870 | 347,080 | 303,010 | 3,218,400 |
| FL | 48,143,020 | 50,532,720 | 36,875,770 | 35,595,810 | 27,783,060 | 30,963,800 | 29,671,930 | 24,558,450 | 31,982,090 | 316,106,650 |
| GA | 12,652,810 | 12,625,980 | 12,489,020 | 12,741,210 | 11,159,510 | 16,141,574 | 18,410,309 | 15,744,570 | 25,537,979 | 137,502,962 |
| HI | 451,400 | 569,100 | 463,560 | 412,230 | 464,540 | 660,360 | 1,325,460 | 1,371,510 | 1,279,040 | 6,997,200 |
| IA | 3,949,730 | 5,485,530 | 5,066,090 | 5,089,399 | 7,061,520 | 7,241,870 | 6,983,904 | 6,598,170 | 6,185,010 | 53,661,223 |
| ID | 3,743,890 | 4,512,980 | 4,075,860 | 3,779,200 | 4,472,230 | 5,550,890 | 6,011,550 | 5,854,160 | 6,586,310 | 44,587,070 |
| IL | 12,415,060 | 14,595,250 | 14,729,590 | 14,559,970 | 16,728,790 | 18,587,700 | 19,825,150 | 24,898,110 | 34,210,600 | 170,550,220 |
| IN | 17,090,440 | 19,356,960 | 19,926,670 | 21,690,830 | 21,810,530 | 25,189,890 | 27,207,630 | 21,777,080 | 38,906,940 | 212,956,970 |
| KS | 3,832,570 | 4,852,280 | 5,635,890 | 5,668,140 | 6,476,410 | 7,361,430 | 7,163,469 | 7,209,920 | 10,110,820 | 58,310,929 |
| KY | 20,580,569 | 15,385,993 | 14,311,530 | 15,545,675 | 17,200,870 | 20,065,918 | 20,325,451 | 17,132,100 | 24,150,991 | 164,699,097 |
| LA | 7,950,300 | 9,555,370 | 8,920,830 | 8,155,250 | 8,331,560 | 10,686,360 | 10,237,430 | 8,095,250 | 7,847,630 | 79,779,980 |
| MA | 3,760,300 | 3,842,750 | 4,217,820 | 4,290,780 | 3,500,750 | 3,663,740 | 3,974,290 | 3,741,420 | 7,634,590 | 38,626,440 |
| MD | 6,261,050 | 5,496,690 | 4,908,810 | 5,188,680 | 5,033,220 | 5,225,840 | 6,662,310 | 6,501,330 | 7,105,600 | 52,383,530 |
| ME | 8,882,440 | 8,572,710 | 7,818,580 | 7,681,000 | 8,493,060 | 9,926,050 | 10,069,030 | 9,115,740 | 8,953,710 | 79,512,320 |
| MI | 16,905,040 | 22,264,580 | 24,203,430 | 25,507,050 | 29,080,830 | 31,647,110 | 32,391,160 | 33,659,920 | 41,777,700 | 257,436,820 |
| MN | 8,004,000 | 10,379,070 | 7,638,260 | 6,410,860 | 5,972,220 | 5,654,680 | 4,948,650 | 4,531,320 | 5,942,410 | 59,481,470 |
| MO | 8,971,030 | 10,585,640 | 11,455,910 | 10,969,887 | 13,783,130 | 15,874,340 | 15,513,510 | 16,571,684 | 16,953,880 | 120,679,011 |
| MS | 4,081,120 | 6,788,180 | 6,118,210 | 5,642,120 | 6,681,700 | 8,273,610 | 8,643,110 | 6,514,440 | 8,480,110 | 61,222,600 |
| MT | 3,210,150 | 3,184,270 | 3,209,900 | 2,991,240 | 3,227,600 | 3,517,560 | 4,532,730 | 4,556,620 | 4,918,440 | 33,348,510 |
| NC | 25,469,814 | 25,321,210 | 22,434,370 | 24,543,980 | 23,396,240 | 28,919,090 | 28,540,870 | 17,474,830 | 25,757,360 | 221,857,764 |
| ND | 990,370 | 1,401,460 | 1,057,890 | 1,142,640 | 1,193,500 | 1,337,410 | 1,224,550 | 1,550,500 | 2,176,278 | 12,074,598 |
| NE | 2,649,160 | 3,153,890 | 3,269,580 | 2,464,840 | 2,673,020 | 2,923,969 | 3,415,150 | 3,841,695 | 4,037,930 | 28,429,234 |
| NH | 2,425,870 | 2,157,270 | 2,109,060 | 1,990,380 | 1,819,410 | 1,900,420 | 1,918,140 | 1,777,420 | 2,103,820 | 18,201,790 |
| NJ | 5,127,090 | 4,860,060 | 3,822,350 | 3,344,450 | 2,901,460 | 4,215,460 | 5,835,960 | 6,083,030 | 7,518,210 | 43,708,070 |
| NM | 5,933,790 | 7,275,600 | 7,322,110 | 7,648,260 | 8,740,960 | 6,677,520 | 5,604,910 | 5,297,110 | 5,177,500 | 59,677,760 |

Region: National
Time: 2006 - 2014
Seller: Cardinal Health
Buyer: All Dispensers
Drug: Hydrocodone
Source: ARCOS

**Hydrocodone Shipped by Cardinal Health, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| NV | 4,922,508 | 5,695,420 | 5,840,510 | 5,855,770 | 9,032,750 | 15,810,140 | 12,186,790 | 8,796,660 | 12,918,850 | 81,059,398 |
| NY | 20,725,720 | 23,624,880 | 23,184,220 | 22,955,070 | 22,606,680 | 32,677,570 | 38,619,880 | 28,825,930 | 30,435,220 | 243,655,170 |
| OH | 29,777,770 | 30,472,958 | 27,522,090 | 28,236,100 | 26,797,230 | 26,677,470 | 23,875,700 | 21,503,430 | 38,094,660 | 252,957,408 |
| OK | 4,417,210 | 13,508,650 | 14,783,050 | 14,100,070 | 18,087,670 | 19,346,879 | 19,530,730 | 18,558,820 | 15,254,690 | 137,587,769 |
| OR | 6,231,410 | 6,942,490 | 8,358,490 | 8,691,980 | 10,095,710 | 11,162,810 | 21,230,730 | 24,282,029 | 25,174,834 | 122,170,483 |
| PA | 20,319,780 | 24,351,560 | 23,635,040 | 22,167,660 | 23,727,640 | 26,918,750 | 29,795,440 | 24,644,730 | 28,669,190 | 224,229,790 |
| RI | 822,080 | 809,160 | 1,196,190 | 1,434,040 | 1,033,310 | 1,127,940 | 1,505,210 | 1,314,400 | 2,587,540 | 11,829,870 |
| SC | 12,108,000 | 12,591,750 | 12,706,860 | 15,080,940 | 13,262,170 | 16,823,750 | 18,253,380 | 13,218,010 | 17,434,880 | 131,479,740 |
| SD | 1,673,050 | 2,214,990 | 2,529,640 | 2,603,370 | 2,971,090 | 3,377,080 | 3,626,380 | 3,864,250 | 4,212,470 | 27,072,320 |
| TN | 19,433,285 | 20,765,030 | 20,136,182 | 21,357,320 | 23,933,255 | 26,315,775 | 28,801,800 | 24,709,066 | 31,395,992 | 216,847,705 |
| TX | 31,215,670 | 49,856,450 | 34,284,560 | 33,321,690 | 39,591,700 | 44,911,800 | 50,683,870 | 48,852,540 | 46,755,350 | 379,473,630 |
| UT | 3,516,260 | 3,713,860 | 3,424,920 | 3,051,630 | 3,540,310 | 4,002,050 | 4,759,160 | 4,481,630 | 6,059,940 | 36,549,760 |
| VA | 10,736,820 | 12,504,320 | 12,112,570 | 12,696,473 | 12,646,090 | 14,565,931 | 15,470,671 | 15,069,660 | 20,689,600 | 126,492,135 |
| VT | 1,224,280 | 1,307,740 | 1,391,770 | 1,363,340 | 1,357,280 | 1,439,790 | 1,289,660 | 1,186,750 | 1,084,250 | 11,644,860 |
| WA | 16,349,970 | 19,750,120 | 17,128,700 | 17,409,020 | 19,619,640 | 19,429,970 | 29,188,374 | 32,730,245 | 35,127,270 | 206,733,309 |
| WI | 7,012,270 | 9,596,750 | 9,501,400 | 8,175,400 | 8,874,540 | 9,060,400 | 8,750,320 | 8,559,920 | 8,187,560 | 77,718,560 |
| WV | 12,131,440 | 12,505,980 | 13,451,590 | 14,417,890 | 20,596,330 | 20,579,630 | 19,888,570 | 15,577,440 | 17,203,210 | 146,352,080 |
| WY | 1,477,500 | 1,474,460 | 1,387,950 | 1,309,550 | 1,535,500 | 1,509,980 | 2,464,450 | 2,450,850 | 2,909,470 | 16,519,710 |