National/WV/Cabell County and City of Huntington, WV
2006 – 2014
All Sellers
All Dispensers
14 Drugs





| Drug Name | Drug Code | Total Shipments in Dosage Unit | | Average Annual Shipment Per Capita | Total Shipments in Dosage Unit | | Average Annual Shipment Per Capita | Total Shipments in Dosage Unit | | Average Annual Shipment Per Capita |
|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocodone | 9193 | 71,498,484,824 | 52.7% | 25.72 | 817,448,711 | 59.5% | 49.20 | 68,179,000 | 53.3% | 75.80 |
| Oxycodone | 9143 | 39,443,630,888 | 29.1% | 14.19 | 379,713,098 | 27.6% | 22.85 | 41,632,500 | 32.6% | 46.28 |
| **Oxycodone and Hydrocodone** | | **110,942,115,712** | **81.8%** | **39.90** | **1,197,161,809** | **87.1%** | **72.05** | **109,811,500** | **85.9%** | **122.08** |
| | | | | | | | | | | |
| Morphine | 9300 | 6,160,024,567 | 4.5% | 2.22 | 43,585,618 | 3.2% | 2.62 | 5,675,899 | 4.4% | 6.31 |
| Codeine | 9050 | 5,544,062,787 | 4.1% | 1.99 | 34,256,255 | 2.5% | 2.06 | 2,132,655 | 1.7% | 2.37 |
| Hydromorphone | 9150 | 2,508,943,791 | 1.8% | 0.90 | 13,355,276 | 1.0% | 0.80 | 982,178 | 0.8% | 1.09 |
| Fentanyl | 9801 | 827,665,591 | 0.6% | 0.30 | 5,760,853 | 0.4% | 0.35 | 693,654 | 0.5% | 0.77 |
| Oxymorphone | 9652 | 603,913,954 | 0.4% | 0.22 | 7,642,680 | 0.6% | 0.46 | 789,860 | 0.6% | 0.88 |
| Tapentadol | 9780 | 341,800,982 | 0.3% | 0.12 | 1,752,720 | 0.1% | 0.11 | 140,100 | 0.1% | 0.16 |
| Meperidine | 9230 | 277,898,650 | 0.2% | 0.10 | 909,825 | 0.1% | 0.05 | 28,500 | 0.0% | 0.03 |
| Dihydrocodeine | 9120 | 35,923,889 | 0.0% | 0.01 | 308,715 | 0.0% | 0.02 | 6,857 | 0.0% | 0.01 |
| Levorphanol | 9220L | 12,966,499 | 0.0% | 0.00 | 9,600 | 0.0% | 0.00 | 4,200 | 0.0% | 0.00 |
| Opium, Powdered | 9639 | 6,413,324 | 0.0% | 0.00 | 66,768 | 0.0% | 0.00 | 10,980 | 0.0% | 0.01 |
| **Total Non-Treatment Drug** | | **127,261,729,745** | **93.8%** | **45.77** | **1,304,810,118** | **94.9%** | **78.53** | **120,276,383** | **94.0%** | **133.71** |
| | | | | | | | | | | |
| **Treatment Drug** | | | | | | | | | | |
| Methadone | 9250B | 6,591,133,464 | 4.9% | 2.37 | 41,234,700 | 3.0% | 2.48 | 4,991,700 | 3.9% | 5.55 |
| Buprenorphine | 9064 | 1,798,787,322 | 1.3% | 0.65 | 28,908,429 | 2.1% | 1.74 | 2,634,828 | 2.1% | 2.93 |
| **Grand Total** | | **135,651,650,530** | **100.0%** | **48.79** | **1,374,953,247** | **100.0%** | **82.76** | **127,902,911** | **100.0%** | **142.19** |

Data source: Source: ARCOS, U.S. Census Bureau
Expert Report, Table 9; Appendix 6, Page 3, 7

3

National
1997 – 2019
All Sellers
All Buyers
Oxycodone and Hydrocodone

Case 3:17-cv-01362  Document 1518-4  Filed 01/13/22  Page 2 of 26 PageID #: 78987

| 2 Drugs | Oxycodone | Hydrocodone | | mg | MME |



Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).
RDSRs contain only quarterly, 3-digit zip-code level information.

Appendix 9D, Page 45

National
1997 – 2019
All Sellers
All Buyers
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 3 of 26 PageID #: 78988

| 2 Drugs | Oxycodone | Hydrocodone | | mg | MME |



Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).
RDSRs contain only quarterly, 3-digit zip-code level information.

Appendix 9D, Page 46

5

P-44711 _ 00005

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 4 of 26 PageID #: 78989

## Total Oxycodone and Hydrocodone MME Per Capita, by State
### 1997 - 2019



Source: ARCOS (2006-2014), otherwise ARCOS Retail Drug Summary Reports (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html);
United States Census Bureau (https://www.census.gov/)

Appendix 9A, Page 3, 6

6

P-44711 _ 00006



West Virginia
1997 – 2019
All Sellers
All Buyers
Oxycodone and Hydrocodone

| 2 Drugs | Oxycodone | Hydrocodone | | mg | MME |



■ Oxycodone   ■ Hydrocodone

Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).
RDSRs contain only quarterly, 3-digit zip-code level information.

Appendix 9D, Page 54

8

P-44711 _ 00008

West Virginia
1997 – 2019
All Sellers
All Buyers
Oxycodone and Hydrocodone





Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).
RDSRs contain only quarterly, 3-digit zip-code level information.

Appendix 9D, Page 55

9

P-44711 _ 00009

**Map of Zip Codes 255 and 257**
**Cabell County: Red Area**
**The City of Huntington: Yellow Area**



Source: www.zeemaps.com

Appendix 8

10

P-44711 _ 00010

Zip Code 255 and 257
1997 – 2019
All Sellers
All Buyers
Oxycodone and Hydrocodone

**All Seller Oxycodone and Hydrocodone Distribution into Zip Code 255 and 257**



Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).
RDSRs contain only quarterly, 3-digit zip-code level information.

Appendix 9D, Page 63

P-44711 _ 00011

Zip Code 255 and 257
1997 – 2019
All Sellers
All Buyers
Oxycodone and Hydrocodone

**All Seller Oxycodone and Hydrocodone Distribution into Zip Code 255 and 257**



Source: ARCOS Retail Drug Summary Reports ("RDSR") (https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).
RDSRs contain only quarterly, 3-digit zip-code level information.

Appendix 9D, Page 64

12

National/WV/Cabell County and City of Huntington, WV 2006 - 2014
All Sellers
All Dispensers
Oxycodone and Hydrocodone

# Oxycodone and Hydrocodone, 2006-2014

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| |  | | |  | | |  | | |
| **Average Population** | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| **Buyer Business Activity** | Total Dosage Unit | % Dosage Unit | Annual Dosage Unit Per Capita | Total Dosage Unit | % Dosage Unit | Annual Dosage Unit Per Capita | Total Dosage Unit | % Dosage Unit | Annual Dosage Unit Per Capita |
| Chain Pharmacy | 61,683,576,521 | 55.6% | 22.19 | 540,661,020 | 45.2% | 32.54 | 38,867,920 | 35.4% | 43.21 |
| Retail Pharmacy | 38,852,163,314 | 35.0% | 13.97 | 574,272,253 | 48.0% | 34.56 | 48,652,390 | 44.3% | 54.09 |
| **Retail and Chain Pharmacy Total** | **100,535,739,835** | **90.6%** | **36.16** | **1,114,933,273** | **93.1%** | **67.11** | **87,520,310** | **79.7%** | **97.30** |
| Hospital/Clinic | 3,514,226,763 | 3.2% | 1.26 | 23,173,778 | 1.9% | 1.39 | 4,114,610 | 3.7% | 4.57 |
| Hosp/Clinic-VA | 2,044,842,410 | 1.8% | 0.74 | 44,212,100 | 3.7% | 2.66 | 17,623,110 | 16.0% | 19.59 |
| M/O Pharmacy | 1,725,288,012 | 1.6% | 0.62 | 13,636,080 | 1.1% | 0.82 | 426,200 | 0.4% | 0.47 |
| Pharmacy - Fed | 1,600,289,289 | 1.4% | 0.58 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner | 618,013,266 | 0.6% | 0.22 | 1,131,302 | 0.1% | 0.07 | 125,618 | 0.1% | 0.14 |
| Hosp/Clinic- Mil | 473,393,453 | 0.4% | 0.17 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Central Fill Pharmacy | 144,800,050 | 0.1% | 0.05 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Hosp/Clinic Fed | 133,453,644 | 0.1% | 0.05 | 10,430 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/30 | 73,307,345 | 0.1% | 0.03 | 29,168 | 0.0% | 0.00 | 232 | 0.0% | 0.00 |
| Practitioner-DW/100 | 55,830,144 | 0.1% | 0.02 | 11,744 | 0.0% | 0.00 | 1,206 | 0.0% | 0.00 |
| Practitioner-DW/275 | 9,348,531 | 0.0% | 0.00 | 16,402 | 0.0% | 0.00 | 34 | 0.0% | 0.00 |
| MLP-Physician Assistant | 7,170,553 | 0.0% | 0.00 | 1,814 | 0.0% | 0.00 | 40 | 0.0% | 0.00 |
| Pharmacy- Mil | 2,554,140 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Nurse Practitioner | 2,266,233 | 0.0% | 0.00 | 5,018 | 0.0% | 0.00 | 140 | 0.0% | 0.00 |
| MLP-Nurse Practitioner-DW/30 | 456,783 | 0.0% | 0.00 | 400 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Physician Assistant-DW/30 | 419,435 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Naturopathic Physician | 290,955 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Teaching Institution | 207,450 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Optometrist | 92,160 | 0.0% | 0.00 | 300 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-Military | 38,610 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Canine Handler | 23,100 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Comp/Maint/Detox | 18,500 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Animal Shelter | 16,300 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Ambulance Service | 9,935 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maint & Detox | 7,400 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Automated Dispensing System | 4,560 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Detoxification | 3,100 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maintenance | 1,000 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Physician Assistant-DW/100 | 618 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Chain Hosp/Clinic | 600 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Nurse Practitioner-DW/100 | 538 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Dept Of State | 500 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Military | 500 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| **Grand Total** | **110,942,115,712** | **100.0%** | **39.90** | **1,197,161,809** | **100.0%** | **72.05** | **109,811,500** | **100.0%** | **122.08** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 12. Buyer Business Activity is based on ARCOS.

P-44711 _ 00015

## Oxycodone and Hydrocodone, 2006-2014

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Average Population | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| Pharmacy Type | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Closed Door | 6,303,620,922 | 6.1 | 2.27 | 17,237,750 | 1.5 | 1.04 | 6,115,510 | 7 | 6.8 |
| Mail Order | 3,863,398,238 | 3.7 | 1.39 | 13,636,080 | 1.2 | 0.82 | 426,200 | 0.5 | 0.47 |
| **Total** | **10,167,019,160** | **9.8** | **3.66** | **30,873,830** | **2.7** | **1.86** | **6,541,710** | **7.5** | **7.27** |
| Chain Pharmacy | 61,491,312,431 | 59.1 | 22.12 | 540,645,320 | 47.9 | 32.54 | 38,867,920 | 44.2 | 43.21 |
| Retail Pharmacy | 32,353,866,035 | 31.1 | 11.64 | 557,050,203 | 49.4 | 33.53 | 42,536,880 | 48.4 | 47.29 |
| **Total** | **93,845,178,466** | **90.2** | **33.76** | **1,097,695,523** | **97.3** | **66.07** | **81,404,800** | **92.6** | **90.5** |
| **Grand Total** | **104,012,197,626** | **100** | **37.41** | **1,128,569,353** | **100** | **67.93** | **87,946,510** | **100** | **97.77** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 120, 135, 150. Pharmacy Type is based on NPI.

16

# Oxycodone and Hydrocodone, 2006-2014



| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| **Buyer Business Activity** | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Retail Pharmacy | 24,960,807,521 | 45.6% | 8.98 | 444,163,525 | 64.5% | 26.73 | 44,881,360 | 56.6% | 49.90 |
| Chain Pharmacy | 22,532,207,636 | 41.2% | 8.10 | 171,164,970 | 24.9% | 10.30 | 12,216,350 | 15.4% | 13.58 |
| **Retail and Chain Pharmacy Total** | **47,493,015,157** | **86.8%** | **17.08** | **615,328,495** | **89.4%** | **37.04** | **57,097,710** | **72.0%** | **63.48** |
| Hospital/Clinic | 3,121,856,310 | 5.7% | 1.12 | 23,163,825 | 3.4% | 1.39 | 4,113,010 | 5.2% | 4.57 |
| Hosp/Clinic-VA | 2,029,584,005 | 3.7% | 0.73 | 44,212,100 | 6.4% | 2.66 | 17,623,110 | 22.2% | 19.59 |
| Pharmacy – Fed | 836,796,630 | 1.5% | 0.30 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| M/O Pharmacy | 526,888,980 | 1.0% | 0.19 | 5,854,260 | 0.9% | 0.35 | 426,200 | 0.5% | 0.47 |
| Hosp/Clinic- Mil | 443,223,168 | 0.8% | 0.16 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Hosp/Clinic Fed | 132,551,145 | 0.2% | 0.05 | 10,430 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Central Fill Pharmacy | 108,479,480 | 0.2% | 0.04 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner | 17,032,975 | 0.0% | 0.01 | 15,100 | 0.0% | 0.00 | 3,800 | 0.0% | 0.00 |
| Practitioner-DW/100 | 3,140,050 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Pharmacy- Mil | 2,445,940 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/30 | 2,111,530 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Physician Assistant | 180,000 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Teaching Institution | 155,250 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/275 | 81,400 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Naturopathic Physician | 56,500 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Comp/Maint/Detox | 18,500 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-Military | 12,000 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Nurse Practitioner | 10,900 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Ambulance Service | 7,600 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maint & Detox | 7,400 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Automated Dispensing System | 4,300 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Detoxification | 3,100 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maintenance | 1,000 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| **Grand Total** | **54,717,663,320** | **100%** | **19.68** | **688,584,210** | **100%** | **41.44** | **79,263,830** | **100%** | **88.12** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 24. Buyer Business Activity is based on ARCOS.

P-44711 _ 00017



## Oxycodone and Hydrocodone, 2006-2014

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| **Pharmacy Type** | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Closed Door | 3,763,046,206 | 7.7 | 1.36 | 14,115,880 | 2.3 | 0.85 | 5,748,560 | 10 | 6.39 |
| Mail Order | 1,660,042,140 | 3.4 | 0.6 | 5,854,260 | 0.9 | 0.35 | 426,200 | 0.7 | 0.47 |
| **Total** | **5,423,088,346** | **11.1** | **1.96** | **19,970,140** | **3.2** | **1.2** | **6,174,760** | **10.7** | **6.86** |
| Chain Pharmacy | 22,475,979,606 | 45.9 | 8.09 | 171,149,270 | 27.6 | 10.3 | 12,216,350 | 21.2 | 13.59 |
| Retail Pharmacy | 21,072,084,535 | 43 | 7.58 | 430,063,345 | 69.2 | 25.88 | 39,132,800 | 68 | 43.51 |
| **Total** | **43,548,064,141** | **88.9** | **15.66** | **601,212,615** | **96.8** | **36.19** | **51,349,150** | **89.2** | **57.09** |
| **Grand Total** | **48,971,152,487** | **100** | **17.63** | **621,182,755** | **100** | **37.38** | **57,523,910** | **100** | **63.96** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 468, 483, 510, 570, 585, 612, 672, 687, 714. Pharmacy Type is based on NPI.

P-44711 _ 00018

National/WV/Cabell County and City of Huntington, WV
2006 - 2014
AmerisourceBergen Drug
All Dispensers
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 14 of 26 PageID #: 78999



## Oxycodone and Hydrocodone, 2006-2014

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Average Population | | 308,923,291 | | | | 1,846,064 | | | 99,946 |
| **Buyer Business Activity** | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Retail Pharmacy | 9,460,040,375 | 63.3% | 3.40 | 167,067,805 | 90.4% | 10.06 | 32,814,520 | 87.8% | 36.48 |
| Chain Pharmacy | 3,869,830,760 | 25.9% | 1.39 | 4,462,640 | 2.4% | 0.27 | 636,880 | 1.7% | 0.71 |
| **Retail and Chain Pharmacy Total** | **13,329,871,135** | **89.1%** | **4.79** | **171,530,445** | **92.8%** | **10.32** | **33,451,400** | **89.5%** | **37.19** |
| Hospital/Clinic | 1,162,856,005 | 7.8% | 0.42 | 10,174,560 | 5.5% | 0.61 | 3,640,500 | 9.7% | 4.05 |
| Hosp/Clinic- Mil | 288,310,885 | 1.9% | 0.10 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| M/O Pharmacy | 119,989,680 | 0.8% | 0.04 | 3,176,520 | 1.7% | 0.19 | 271,400 | 0.7% | 0.30 |
| Central Fill Pharmacy | 37,761,625 | 0.3% | 0.01 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner | 5,299,530 | 0.0% | 0.00 | 4,750 | 0.0% | 0.00 | 300 | 0.0% | 0.00 |
| Hosp/Clinic Fed | 5,257,050 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Pharmacy- Mil | 2,445,940 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/100 | 607,700 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Teaching Institution | 99,800 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/30 | 44,470 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Ambulance Service | 7,300 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maint & Detox | 3,000 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-Military | 900 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| **Grand Total** | **14,952,555,020** | **100%** | **5.38** | **184,886,275** | **100%** | **11.13** | **37,363,600** | **100%** | **41.54** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 36. Buyer Business Activity is based on ARCOS.

19

National/WV/Cabell County and City of Huntington, WV 2006 - 2014
AmerisourceBergen Drug Pharmacies
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 15 of 26 PageID #: 79000

AmerisourceBergen®

## Oxycodone and Hydrocodone, 2006-2014

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| **Pharmacy Type** | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Closed Door | 1,380,107,665 | 10.2 | 0.5 | 5,923,450 | 3.4 | 0.36 | 4,821,260 | 14.3 | 5.36 |
| Mail Order | 375,659,750 | 2.8 | 0.14 | 3,176,520 | 1.8 | 0.19 | 271,400 | 0.8 | 0.3 |
| **Total** | **1,755,767,415** | **13** | **0.64** | **9,099,970** | **5.2** | **0.55** | **5,092,660** | **15.1** | **5.66** |
| Chain Pharmacy | 3,838,188,680 | 28.4 | 1.38 | 4,449,940 | 2.5 | 0.27 | 636,880 | 1.9 | 0.71 |
| Retail Pharmacy | 7,899,489,885 | 58.5 | 2.84 | 161,157,055 | 92.2 | 9.7 | 27,993,260 | 83 | 31.12 |
| **Total** | **11,737,678,565** | **86.9** | **4.22** | **165,606,995** | **94.7** | **9.97** | **28,630,140** | **84.9** | **31.83** |
| **Grand Total** | **13,493,445,980** | **99.9** | **4.85** | **174,706,965** | **100** | **10.52** | **33,722,800** | **100** | **37.49** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 468, 570, 672. Pharmacy Type is based on NPI.

20

National/WV/Cabell County and City of Huntington, WV
National: 2006 – 2014
West Virginia: 6/2002 – 12/2018
Cabell County and Huntington City, WV: 6/2002 – 12/2018
AmerisourceBergen Drug
Retail and Chain Pharmacies (NPI Definition)
Oxycodone and Hydrocodone



| Drug Name | Drug Code | 2006-2014 Total Shipments in Dosage Unit | 6/2002-12/2018 Total Shipments in Dosage Unit | 6/2002-12/2018 Total Shipments in Dosage Unit |
|---|---|---|---|---|
| Hydrocodone | 9193 | 7,068,371,800 | 149,312,840 | 23,165,410 |
| Oxycodone | 9143 | 4,669,306,765 | 85,690,895 | 13,071,260 |
| **Total** | | **11,737,678,565** | **235,003,735** | **36,236,670** |

National/WV/Cabell County and City of Huntington, WV 2006 - 2014: Page 462, 465, 468, 564, 567, 570, 666, 669, 672 of Appendix 10
West Virginia: Code to Produce\MATLAB on Defendant Data\Other Exhibit Program\Avg\AmerisourceBergen Drug WV Outside ARCOS - Retail.xlsx, AmerisourceBergen Drug WV Outside ARCOS - Chain.xlsx
Cabell County and Huntington City, WV: Code to Produce\MATLAB on Defendant Data\Input Transactions\AmerisourceBergen Drug.csv

P-44711 _ 00021

National/WV/Cabell County and City of Huntington, WV 2006 - 2014
Cardinal Health
All Dispensers
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 17 of 26 PageID #: 79002

## Oxycodone and Hydrocodone, 2006-2014

CardinalHealth

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| **Buyer Business Activity** | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Chain Pharmacy | 8,952,101,271 | 54.8% | 3.22 | 92,029,040 | 33.2% | 5.54 | 7,526,960 | 40.2% | 8.37 |
| Retail Pharmacy | 6,031,801,281 | 36.9% | 2.17 | 174,645,360 | 63.0% | 10.51 | 10,872,190 | 58.0% | 12.09 |
| **Retail and Chain Pharmacy Total** | **14,983,902,552** | **91.7%** | **5.39** | **266,674,400** | **96.2%** | **16.05** | **18,399,150** | **98.1%** | **20.45** |
| Hospital/Clinic | 1,117,650,850 | 6.8% | 0.40 | 8,186,595 | 3.0% | 0.49 | 344,470 | 1.8% | 0.38 |
| Hosp/Clinic- Mil | 154,912,283 | 0.9% | 0.06 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| M/O Pharmacy | 66,918,060 | 0.4% | 0.02 | 2,277,920 | 0.8% | 0.14 | 0 | 0.0% | 0.00 |
| Central Fill Pharmacy | 13,733,130 | 0.1% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner | 4,186,435 | 0.0% | 0.00 | 9,550 | 0.0% | 0.00 | 2,900 | 0.0% | 0.00 |
| Practitioner-DW/100 | 1,329,540 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Hosp/Clinic Fed | 1,111,590 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/30 | 1,006,980 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Physician Assistant | 58,200 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Teaching Institution | 18,100 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Automated Dispensing Sys | 4,300 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Nurse Practitioner | 3,000 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Comp/Maint/Detox | 2,300 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maintenance | 1,000 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Detoxification | 900 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maint & Detox | 200 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| **Grand Total** | **16,344,839,420** | **100%** | **5.88** | **277,148,465** | **100%** | **16.68** | **18,746,520** | **100%** | **20.84** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 48. Buyer Business Activity is based on ARCOS.

22

P-44711 _ 00022

National/WV/Cabell County and City of Huntington, WV
2006 - 2014
Cardinal Health
Pharmacies
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 18 of 26 PageID #: 79003



## Oxycodone and Hydrocodone, 2006-2014

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| **Pharmacy Type** | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Closed Door | 638,158,336 | 4.2 | 0.23 | 5,478,280 | 2 | 0.33 | 179,700 | 1 | 0.2 |
| Mail Order | 120,094,740 | 0.8 | 0.04 | 2,277,920 | 0.8 | 0.14 | | | |
| **Total** | **758,253,076** | **5** | **0.27** | **7,756,200** | **2.8** | **0.47** | **179,700** | **1** | **0.2** |
| Chain Pharmacy | 8,942,561,601 | 59.4 | 3.22 | 92,026,040 | 34.2 | 5.54 | 7,526,960 | 40.9 | 8.37 |
| Retail Pharmacy | 5,363,739,065 | 35.6 | 1.93 | 169,170,080 | 62.9 | 10.18 | 10,692,490 | 58.1 | 11.89 |
| **Total** | **14,306,300,666** | **95** | **5.15** | **261,196,120** | **97.1** | **15.72** | **18,219,450** | **99** | **20.25** |
| **Grand Total** | **15,064,553,742** | **100** | **5.42** | **268,952,320** | **100** | **16.19** | **18,399,150** | **100** | **20.45** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 483, 585, 687. Pharmacy Type is based on NPI.

23

National/WV/Cabell County and City of Huntington, WV
National: 2006 – 2014
West Virginia: 1/1996 – 5/2018
Cabell County and Huntington City, WV: 1/1996 – 5/2018
Cardinal Health
Retail and Chain Pharmacies (NPI Definition)
Oxycodone and Hydrocodone



| Drug Name | Drug Code | 2006-2014 Total Shipments in Dosage Unit | 1/1996-5/2018 Total Shipments in Dosage Unit | 1/1996-5/2018 Total Shipments in Dosage Unit |
|---|---|---|---|---|
| Hydrocodone | 9193 | 4,964,688,187 | 251,041,310 | 19,590,250 |
| Oxycodone | 9143 | 9,341,612,479 | 215,969,435 | 17,687,705 |
| **Total** | | **14,306,300,666** | **467,010,745** | **37,277,955** |

National/WV/Cabell County and City of Huntington, WV 2006 - 2014: Page 477, 480, 483, 579, 582, 585, 681, 684, 687 of Appendix 10
West Virginia: Opioid Project\Opioid Epidemic - CT2\Code to Produce\MATLAB on Defendant Data\Other Exhibit Program\Avg\Cardinal Health WV Outside ARCOS - Chain.xlsx, Cardinal Health WV Outside ARCOS - Retail.xlsx; Code to Modify\MATLAB on Defendant Data\Defendant CT2-WV data with DC info\Cardinal Health_WV_w_DC_str.csv
Cabell County and Huntington City, WV: Opioid Project\Opioid Epidemic - CT2\Code to Produce\MATLAB on Defendant Data\Input Transactions\ Cardinal Health.csv

P-44711 _ 00024

National/WV/Cabell County and City of Huntington, WV 2006 - 2014
McKesson Corporation
All Dispensers
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 20 of 26 PageID #: 79005



## Oxycodone and Hydrocodone, 2006-2014

| Region | Total Dosage Unit | % Dosage Unit | Annual Dosage Unit Per Capita | Total Dosage Unit | % Dosage Unit | Annual Dosage Unit Per Capita | Total Dosage Unit | % Dosage Unit | Annual Dosage Unit Per Capita |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | 308,923,291 | | | 1,846,064 | | | 99,946 | | |
| **Buyer Business Activity** | | | | | | | | | |
| Chain Pharmacy | 9,710,275,605 | 41.5% | 3.49 | 74,673,290 | 33.0% | 4.49 | 4,052,510 | 17.5% | 4.51 |
| Retail Pharmacy | 9,468,965,865 | 40.4% | 3.41 | 102,450,360 | 45.2% | 6.17 | 1,194,650 | 5.2% | 1.33 |
| **Retail and Chain Pharmacy Total** | **19,179,241,470** | **81.9%** | **6.90** | **177,123,650** | **78.2%** | **10.66** | **5,247,160** | **22.7%** | **5.83** |
| Hosp/Clinic-VA | 2,029,584,005 | 8.7% | 0.73 | 44,212,100 | 19.5% | 2.66 | 17,623,110 | 76.1% | 19.59 |
| Hospital/Clinic | 841,349,455 | 3.6% | 0.30 | 4,802,670 | 2.1% | 0.29 | 128,040 | 0.6% | 0.14 |
| Pharmacy - Fed | 836,796,630 | 3.6% | 0.30 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| M/O Pharmacy | 339,981,240 | 1.5% | 0.12 | 399,820 | 0.2% | 0.02 | 154,800 | 0.7% | 0.17 |
| Hosp/Clinic Fed | 126,182,505 | 0.5% | 0.05 | 10,430 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Central Fill Pharmacy | 56,984,725 | 0.2% | 0.02 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner | 7,547,010 | 0.0% | 0.00 | 800 | 0.0% | 0.00 | 600 | 0.0% | 0.00 |
| Practitioner-DW/100 | 1,202,810 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/30 | 1,060,080 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Physician Assistant | 121,800 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-DW/275 | 81,400 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Naturopathic | 56,500 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Teaching Institution | 37,350 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Comp/Maint/Detox | 16,200 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Practitioner-Military | 11,100 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Nurse Practitioner | 7,900 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Maint & Detox | 4,200 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| Detoxification | 2,200 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| MLP-Ambulance Service | 300 | 0.0% | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.00 |
| **Grand Total** | **23,420,268,880** | **100%** | **8.42** | **226,549,470** | **100%** | **13.64** | **23,153,710** | **100%** | **25.74** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 60. Buyer Business Activity is based on ARCOS.

P-44711 _ 00025



## Oxycodone and Hydrocodone, 2006-2014

| Region | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Average Population** | **308,923,291** | | | **1,846,064** | | | **99,946** | | |
| Pharmacy Type | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita | Total Dosage Unit | % | Annual Dosage Unit Per Capita |
| Closed Door | 1,744,780,205 | 8.5 | 0.63 | 2,714,150 | 1.5 | 0.16 | 747,600 | 13.8 | 0.83 |
| Mail Order | 1,164,287,650 | 5.7 | 0.42 | 399,820 | 0.2 | 0.02 | 154,800 | 2.9 | 0.17 |
| **Total** | **2,909,067,855** | **14.2** | **1.05** | **3,113,970** | **1.7** | **0.18** | **902,400** | **16.7** | **1** |
| Chain Pharmacy | 9,695,229,325 | 47.5 | 3.49 | 74,673,290 | 42.1 | 4.49 | 4,052,510 | 75 | 4.51 |
| Retail Pharmacy | 7,808,855,585 | 38.3 | 2.81 | 99,736,210 | 56.2 | 6 | 447,050 | 8.3 | 0.5 |
| **Total** | **17,504,084,910** | **85.8** | **6.3** | **174,409,500** | **98.3** | **10.5** | **4,499,560** | **83.3** | **5** |
| **Grand Total** | **20,413,152,765** | **100** | **7.34** | **177,523,470** | **100** | **10.68** | **5,401,960** | **100** | **6.01** |

Data source: Source: ARCOS, U.S. Census Bureau
Appendix 10A, Page 510, 612, 714. Pharmacy Type is based on NPI.

26

P-44711 _ 00026

National/WV/Cabell County and City of Huntington, WV
National: 2006 – 2014
West Virginia: 10/2004 – 12/2018
Cabell County and Huntington City, WV: 10/2004 – 12/2018
McKesson Corporation
Retail and Chain Pharmacies (NPI Definition)
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 22 of 26 PageID #: 79007



| Drug Name | Drug Code | 2006-2014 Total Shipments in Dosage Unit | 10/2004-12/2018 Total Shipments in Dosage Unit | 10/2004-12/2018 Total Shipments in Dosage Unit |
|---|---|---|---|---|
| Hydrocodone | 9193 | 8,648,487,170 | 153,798,250 | 3,738,450 |
| Oxycodone | 9143 | 8,855,597,740 | 124,836,470 | 3,986,550 |
| **Total** | | **17,504,084,910** | **278,634,720** | **7,725,000** |

National/WV/Cabell County and City of Huntington, WV 2006 - 2014: Page 504, 507, 510, 606, 609, 612, 708, 711, 714 of Appendix 10
West Virginia: Code to Produce\MATLAB on Defendant Data\Other Exhibit Program\Avg\McKesson Corporation WV Outside ARCOS - Chain.xlsx, McKesson Corporation WV Outside ARCOS - Retail.xlsx
Cabell County and Huntington City, WV: Code to Produce\MATLAB on Defendant Data\Input Transactions\McKesson Corporation.csv

P-44711 _ 00027

Cabell County and City of Huntington, WV
1996 - 2018
Big 3
Retail and Chain Pharmacies (NPI Definition)
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 23 of 26 PageID #: 79008



## Oxycodone and Hydrocodone Total Dosage Units from Distributor Defendants to Retail and Chain Pharmacies in Cabell County and the City of Huntington, WV



Source: Macro for Appendix 9\data\Output\CT2 Appendix K data.xlsx
MATLAB on Defendant Data\Defendant CT2-WV data with DC info\AmerisourceBergen Drug_CT2_w_DC_str.csv
MATLAB on Defendant Data\Defendant CT2-WV data with DC info\Cardinal Health_CT2_w_DC_str.csv
MATLAB on Defendant Data\Defendant CT2-WV data with DC info\McKesson Corporation_CT2_w_DC_str.csv

28

P-44711 _ 00028

Cabell County and City of Huntington, WV
1996 - 2018
Big 3 and Sellers with over 1% Market Share
Retail and Chain Pharmacies (NPI Definition)
Oxycodone and Hydrocodone



**Cabell County and the City of Huntington, WV**
**Oxycodone and Hydrocodone Total Dosage Units Per Capita by Distributor**
includes all distributors with greater than 1% market share in any given year



Data source: Macro for Appendix 9\data\Output\CT2 Appendix G data.xlsx

29

P-44711 _ 00029

National/WV/Cabell County and City of Huntington, WV
2006 - 2018
All Sellers
Retail and Chain Pharmacies (NPI Definition)
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 25 of 26 PageID #: 79010

**Opioid Shipment to Retail and Chain Pharmacies, in Dosage Unit**

### 2006 - 2014

| Seller | Oxycodone and Hydrocodone | | | Oxycodone | | | Hydrocodone | | |
|---|---|---|---|---|---|---|---|---|---|
| | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV |
| All Sellers | 93,845,178,466 | 1,097,695,523 | 81,404,800 | 33,318,736,612 | 329,743,645 | 25,943,160 | 60,526,441,854 | 767,951,878 | 55,461,640 |
| Big 3 | 43,548,064,141 (46%) | 601,212,615 (55%) | 51,349,150 (63%) | 22,866,516,984 (69%) | 266,251,305 (81%) | 23,091,360 (89%) | 20,681,547,157 (34%) | 334,961,310 (44%) | 28,257,790 (51%) |
| AmerisourceBergen Drug | 11,737,678,565 (13%) | 165,606,995 (15%) | 28,630,140 (35%) | 4,669,306,765 (14%) | 58,350,085 (18%) | 10,474,540 (40%) | 7,068,371,800 (12%) | 107,256,910 (14%) | 18,155,600 (33%) |
| Cardinal Health | 14,306,300,666 (15%) | 261,196,120 (24%) | 18,219,450 (22%) | 9,341,612,479 (28%) | 124,511,940 (38%) | 9,752,960 (38%) | 4,964,688,187 (8%) | 136,684,180 (18%) | 8,466,490 (15%) |
| McKesson Corporation | 17,504,084,910 (19%) | 174,409,500 (16%) | 4,499,560 (6%) | 8,855,597,740 (27%) | 83,389,280 (25%) | 2,863,860 (11%) | 8,648,487,170 (14%) | 91,020,220 (12%) | 1,635,700 (3%) |

### 2015 - 2018

| Seller | Oxycodone and Hydrocodone | | | Oxycodone | | | Hydrocodone | | |
|---|---|---|---|---|---|---|---|---|---|
| | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV |
| All Sellers | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Big 3 | N/A | 246,697,960 | 18,970,660 | N/A | 98,321,240 | 6,206,530 | N/A | 148,376,720 | 12,764,130 |
| AmerisourceBergen Drug | N/A | 47,464,630 | 3,409,730 | N/A | 21,492,510 | 1,184,620 | N/A | 25,972,120 | 2,225,110 |
| Cardinal Health | N/A | 109,774,670 | 12,719,850 | N/A | 42,206,640 | 4,169,620 | N/A | 67,568,030 | 8,550,230 |
| McKesson Corporation | N/A | 89,458,660 | 2,841,080 | N/A | 34,622,090 | 852,290 | N/A | 54,836,570 | 1,988,790 |

### 2006 - 2018

| Seller | Oxycodone and Hydrocodone | | | Oxycodone | | | Hydrocodone | | |
|---|---|---|---|---|---|---|---|---|---|
| | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV |
| All Sellers | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Big 3 | N/A | 847,910,575 | 70,319,810 | N/A | 364,572,545 | 29,297,890 | N/A | 483,338,030 | 41,021,920 |
| AmerisourceBergen Drug | N/A | 213,071,625 | 32,039,870 | N/A | 79,842,595 | 11,659,160 | N/A | 133,229,030 | 20,380,710 |
| Cardinal Health | N/A | 370,970,790 | 30,939,300 | N/A | 166,718,580 | 13,922,580 | N/A | 204,252,210 | 17,016,720 |
| McKesson Corporation | N/A | 263,868,160 | 7,340,640 | N/A | 118,011,370 | 3,716,150 | N/A | 145,856,790 | 3,624,490 |

Source: Page: 114, 117, 120, 129, 132, 135, 144, 147, 150, 462, 465, 468, 477, 480, 483, 504, 507, 510, 564, 567, 570, 579, 582, 585, 606, 609, 612, 666, 669, 672, 681, 684, 687, 708, 711, 714 of Appendix 10; Processed Defendant Transactional Data

34

National/WV/Cabell County and the City of Huntington, WV
2006 - 2018
All Sellers
Retail and Chain Pharmacies (NPI Definition)
Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-4   Filed 01/13/22   Page 26 of 26 PageID #: 79011

**Opioid Shipment to Retail and Chain Pharmacies, Per Capita in Dosage Unit**

**2006 - 2014**

| Seller | Oxycodone and Hydrocodone | | | Oxycodone | | | Hydrocodone | | |
|---|---|---|---|---|---|---|---|---|---|
| | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV |
| All Sellers | 33.75 | 66.07 | 90.50 | 11.98 | 19.85 | 28.84 | 21.77 | 46.22 | 61.66 |
| Big 3 | 15.66 | 36.19 | 57.09 | 8.22 | 16.03 | 25.67 | 7.44 | 20.16 | 31.41 |
| AmerisourceBergen Drug | 4.22 | 9.97 | 31.83 | 1.68 | 3.51 | 11.64 | 2.54 | 6.46 | 20.18 |
| Cardinal Health | 5.15 | 15.72 | 20.25 | 3.36 | 7.49 | 10.84 | 1.79 | 8.23 | 9.41 |
| McKesson Corporation | 6.30 | 10.5 | 5 | 3.19 | 5.02 | 3.18 | 3.11 | 5.48 | 1.82 |

**2015 - 2018**

| Seller | Oxycodone and Hydrocodone | | | Oxycodone | | | Hydrocodone | | |
|---|---|---|---|---|---|---|---|---|---|
| | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV |
| All Sellers | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Big 3 | N/A | 33.84 | 48.05 | N/A | 13.49 | 15.72 | N/A | 20.35 | 32.33 |
| AmerisourceBergen Drug | N/A | 6.51 | 8.64 | N/A | 2.95 | 3 | N/A | 3.56 | 5.64 |
| Cardinal Health | N/A | 15.06 | 32.22 | N/A | 5.79 | 10.56 | N/A | 9.27 | 21.66 |
| McKesson Corporation | N/A | 12.27 | 7.20 | N/A | 4.75 | 2.16 | N/A | 7.52 | 5.04 |

**2006 - 2018**

| Seller | Oxycodone and Hydrocodone | | | Oxycodone | | | Hydrocodone | | |
|---|---|---|---|---|---|---|---|---|---|
| | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV | National | West Virginia | Cabell County and the City of Huntington, WV |
| All Sellers | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Big 3 | N/A | 35.47 | 54.33 | N/A | 15.25 | 22.64 | N/A | 20.22 | 31.69 |
| AmerisourceBergen Drug | N/A | 8.91 | 24.75 | N/A | 3.34 | 9.01 | N/A | 5.57 | 15.75 |
| Cardinal Health | N/A | 15.52 | 23.90 | N/A | 6.97 | 10.76 | N/A | 8.54 | 13.15 |
| McKesson Corporation | N/A | 11.04 | 5.67 | N/A | 4.94 | 2.87 | N/A | 6.10 | 2.8 |

Source: Page: 114, 117, 120, 129, 132, 135,  144, 147, 150, 462, 465, 468, 477, 480, 483, 504, 507, 510, 564, 567, 570, 579, 582, 585, 606, 609, 612, 666, 669, 672, 681, 684, 687, 708, 711, 714 of Appendix 10;
Processed Defendant Transactional Data

35