Region: National
Time: 2006 - 2014
Seller: AmerisourceBergen Drug
Buyer: All Dispensers
Drug: Hydrocodone
Source: ARCOS

**Hydrocodone Shipped by AmerisourceBergen Drug, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **All States** | 797,161,970 | 852,319,220 | 870,388,290 | 988,143,880 | 988,649,220 | 1,013,086,250 | 912,829,170 | 787,635,060 | 1,604,487,170 | 8,814,700,230 |
| AK | 792,800 | 1,085,800 | 1,177,400 | 1,396,820 | 1,419,400 | 1,413,300 | 1,272,920 | 1,390,440 | 2,929,670 | 12,878,550 |
| AL | 19,098,650 | 18,566,630 | 19,630,720 | 25,165,510 | 26,813,650 | 28,664,230 | 27,425,610 | 25,083,420 | 45,516,260 | 235,964,680 |
| AR | 11,708,960 | 12,465,920 | 13,950,170 | 22,869,940 | 24,837,560 | 27,369,220 | 28,457,550 | 28,941,020 | 37,482,290 | 208,082,630 |
| AZ | 4,009,220 | 3,114,490 | 3,725,930 | 4,439,380 | 3,997,580 | 11,876,630 | 16,170,070 | 20,290,270 | 51,732,860 | 119,356,430 |
| CA | 195,282,150 | 213,184,110 | 223,838,920 | 236,396,580 | 227,261,120 | 207,040,560 | 126,323,800 | 96,525,380 | 231,407,920 | 1,757,260,540 |
| CO | 9,989,370 | 11,126,360 | 11,299,890 | 12,003,000 | 13,308,480 | 12,423,240 | 8,082,090 | 10,973,900 | 28,513,590 | 117,719,920 |
| CT | 1,071,660 | 1,429,400 | 1,154,890 | 1,536,470 | 1,541,040 | 1,563,420 | 1,535,780 | 1,043,390 | 5,345,000 | 16,221,050 |
| DC | 206,100 | 233,600 | 265,390 | 323,100 | 350,220 | 288,520 | 223,900 | 226,290 | 275,710 | 2,392,830 |
| DE | 318,250 | 264,350 | 209,490 | 192,910 | 157,400 | 156,900 | 164,400 | 225,030 | 3,354,040 | 5,042,770 |
| FL | 31,902,630 | 25,553,090 | 26,479,630 | 24,710,670 | 20,833,030 | 21,706,860 | 20,370,710 | 20,837,600 | 57,404,380 | 249,798,600 |
| GA | 17,990,670 | 20,033,880 | 19,194,130 | 32,682,770 | 35,903,910 | 35,964,300 | 35,975,450 | 36,122,150 | 51,355,380 | 285,222,640 |
| HI | 8,914,100 | 9,617,100 | 10,559,000 | 11,595,600 | 12,164,500 | 10,324,800 | 5,603,500 | 5,192,500 | 6,556,570 | 80,527,670 |
| IA | 6,835,460 | 9,511,480 | 9,448,280 | 11,255,320 | 11,740,970 | 12,844,470 | 11,057,440 | 7,225,150 | 16,483,620 | 96,402,190 |
| ID | 4,782,300 | 5,158,530 | 5,485,500 | 5,983,100 | 5,727,100 | 6,030,600 | 6,338,300 | 5,948,150 | 13,103,830 | 58,557,410 |
| IL | 12,560,400 | 13,163,430 | 13,630,840 | 17,271,800 | 18,682,260 | 21,412,680 | 19,999,200 | 19,639,260 | 91,198,470 | 227,558,340 |
| IN | 15,098,050 | 15,560,980 | 17,030,200 | 17,507,430 | 18,325,050 | 16,228,280 | 16,146,400 | 13,226,220 | 47,319,970 | 176,442,580 |
| KS | 7,655,770 | 8,757,640 | 8,279,870 | 9,219,820 | 8,921,060 | 9,939,480 | 10,422,700 | 9,488,540 | 17,872,040 | 90,556,920 |
| KY | 39,814,050 | 46,324,230 | 48,236,700 | 54,714,410 | 56,347,470 | 60,708,530 | 56,567,060 | 48,292,220 | 56,856,750 | 467,861,420 |
| LA | 12,586,300 | 12,944,930 | 12,981,600 | 14,524,920 | 15,186,130 | 13,624,350 | 13,714,010 | 11,063,220 | 21,222,030 | 127,847,490 |
| MA | 3,779,000 | 2,929,460 | 2,847,860 | 3,098,230 | 2,807,690 | 2,428,360 | 2,309,000 | 2,132,230 | 7,955,600 | 30,287,430 |
| MD | 3,089,700 | 3,346,680 | 3,552,280 | 3,828,740 | 3,417,650 | 3,403,860 | 3,280,220 | 3,148,530 | 7,748,910 | 34,816,570 |
| ME | 831,200 | 819,500 | 947,990 | 1,159,340 | 737,700 | 930,200 | 998,500 | 754,220 | 1,803,580 | 8,982,230 |
| MI | 45,639,570 | 51,073,470 | 45,544,650 | 52,366,840 | 58,416,160 | 64,147,830 | 63,126,860 | 61,401,060 | 104,859,100 | 546,575,540 |
| MN | 5,003,030 | 8,300,520 | 7,866,360 | 8,116,600 | 7,751,500 | 8,086,700 | 7,492,750 | 4,349,950 | 13,894,290 | 70,861,700 |
| MO | 14,585,730 | 15,665,810 | 16,759,540 | 20,015,610 | 20,005,550 | 22,506,010 | 25,147,310 | 25,458,180 | 46,988,690 | 207,132,430 |
| MS | 18,954,300 | 21,153,150 | 23,101,310 | 24,406,760 | 25,112,520 | 27,668,900 | 29,335,230 | 28,658,740 | 32,874,200 | 231,265,110 |
| MT | 1,588,300 | 1,602,500 | 1,570,540 | 1,375,820 | 1,152,200 | 1,173,100 | 1,431,700 | 1,407,900 | 3,220,040 | 14,522,100 |
| NC | 12,338,600 | 13,690,630 | 14,049,960 | 16,262,650 | 17,151,950 | 18,577,990 | 18,572,910 | 17,252,320 | 43,645,450 | 171,542,460 |
| ND | 401,800 | 519,820 | 583,200 | 622,890 | 633,300 | 911,800 | 837,900 | 532,700 | 72,530 | 5,115,940 |
| NE | 3,717,100 | 4,754,780 | 4,379,250 | 4,673,430 | 4,852,210 | 4,793,710 | 4,446,620 | 3,519,090 | 9,283,910 | 44,420,100 |
| NH | 72,200 | 321,220 | 492,880 | 494,940 | 433,040 | 358,850 | 268,210 | 268,060 | 1,891,790 | 4,601,190 |
| NJ | 5,211,760 | 6,992,770 | 5,207,000 | 7,574,190 | 7,057,230 | 7,468,920 | 7,569,450 | 6,396,440 | 11,080,000 | 64,557,760 |
| NM | 2,934,090 | 2,979,860 | 3,823,420 | 5,387,060 | 5,364,440 | 4,934,750 | 4,495,650 | 4,197,850 | 14,490,300 | 48,607,420 |

PLAINTIFFS TRIAL EXHIBIT
P-44723_00001

P-44723 _ 00001

Region: National
Time: 2006 - 2014
Seller: AmerisourceBergen Drug
Buyer: All Dispensers
Drug: Hydrocodone
Source: ARCOS

**Hydrocodone Shipped by AmerisourceBergen Drug, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| NV | 9,652,680 | 12,649,300 | 13,358,990 | 13,287,210 | 13,012,120 | 11,862,760 | 8,660,520 | 4,930,300 | 24,969,120 | 112,383,000 |
| NY | 15,403,940 | 14,721,630 | 16,763,170 | 18,480,210 | 15,359,150 | 11,355,070 | 9,651,880 | 6,587,140 | 20,015,920 | 128,338,110 |
| OH | 24,582,900 | 26,406,170 | 26,783,250 | 27,623,710 | 25,454,120 | 33,287,850 | 38,063,140 | 28,917,230 | 47,750,600 | 278,868,970 |
| OK | 21,784,950 | 15,644,740 | 12,863,100 | 15,201,990 | 14,279,820 | 15,667,680 | 13,986,390 | 12,216,680 | 26,010,000 | 147,655,350 |
| OR | 13,606,060 | 14,392,090 | 12,234,650 | 6,856,610 | 7,498,730 | 8,126,740 | 7,013,690 | 6,784,310 | 17,596,780 | 94,109,660 |
| PA | 10,577,570 | 11,261,410 | 11,728,530 | 12,594,310 | 11,951,320 | 12,401,620 | 11,448,380 | 10,354,150 | 15,989,380 | 108,306,670 |
| RI | 584,400 | 576,300 | 489,370 | 523,200 | 536,220 | 501,500 | 471,700 | 449,210 | 2,457,900 | 6,589,800 |
| SC | 4,128,250 | 4,311,140 | 4,486,630 | 8,563,550 | 11,137,550 | 13,903,400 | 14,331,960 | 14,424,980 | 29,305,010 | 104,592,470 |
| SD | 1,283,320 | 1,359,950 | 1,261,590 | 1,360,400 | 1,339,100 | 1,346,600 | 1,279,300 | 1,106,050 | 2,424,280 | 12,760,590 |
| TN | 33,412,940 | 36,406,140 | 37,888,120 | 44,921,300 | 43,525,300 | 39,695,710 | 37,826,260 | 28,821,240 | 68,020,240 | 370,517,250 |
| TX | 74,376,370 | 77,140,080 | 74,678,920 | 99,750,980 | 107,113,250 | 118,118,340 | 120,622,410 | 91,425,940 | 146,845,580 | 910,071,870 |
| UT | 11,145,170 | 12,962,510 | 15,472,030 | 16,750,870 | 18,929,070 | 17,808,140 | 15,024,790 | 8,800,470 | 12,490,340 | 129,383,390 |
| VA | 15,256,300 | 17,146,120 | 18,090,640 | 19,402,390 | 19,529,590 | 19,701,750 | 17,545,030 | 14,902,080 | 26,187,980 | 167,761,880 |
| VT | 222,200 | 254,750 | 152,590 | 142,720 | 123,160 | 90,690 | 39,500 | 14,950 | 128,000 | 1,168,560 |
| WA | 15,860,760 | 14,587,340 | 16,795,610 | 18,323,200 | 17,827,700 | 17,859,800 | 17,077,200 | 14,291,280 | 28,532,540 | 161,155,430 |
| WI | 11,443,840 | 13,352,000 | 12,375,970 | 12,241,370 | 10,246,290 | 10,530,450 | 10,724,510 | 10,351,060 | 36,576,190 | 127,841,680 |
| WV | 13,230,950 | 15,015,930 | 16,264,620 | 17,679,520 | 11,030,360 | 12,268,020 | 12,318,910 | 10,423,610 | 10,470,070 | 118,701,990 |
| WY | 1,846,100 | 1,885,500 | 1,395,720 | 1,267,690 | 1,345,300 | 1,588,780 | 1,580,400 | 1,622,960 | 2,978,470 | 15,510,920 |