Region: National
Time: 2006 - 2014
Seller: McKesson Corporation
Buyer: All Dispensers
Drug: Hydrocodone
Source: ARCOS

**Hydrocodone Shipped by McKesson Corporation, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **All States** | 983,439,220 | 1,156,000,230 | 1,335,884,990 | 1,404,252,750 | 1,421,155,560 | 1,477,365,850 | 1,458,636,500 | 1,373,567,320 | 1,537,028,210 | 12,147,330,630 |
| AK | 5,338,850 | 5,646,910 | 5,949,790 | 6,247,400 | 6,161,400 | 6,363,800 | 4,183,720 | 3,198,300 | 2,861,730 | 45,951,900 |
| AL | 18,690,420 | 42,857,820 | 53,910,520 | 67,122,460 | 73,938,600 | 81,334,270 | 84,829,080 | 81,081,720 | 77,242,200 | 581,007,090 |
| AR | 10,898,660 | 14,620,260 | 19,922,910 | 15,779,300 | 16,318,170 | 18,766,510 | 20,879,180 | 21,724,980 | 21,511,530 | 160,421,500 |
| AZ | 22,108,800 | 25,023,930 | 31,274,080 | 34,163,770 | 35,199,880 | 33,648,700 | 29,025,470 | 26,182,390 | 28,396,860 | 265,023,880 |
| CA | 110,209,300 | 117,930,010 | 127,390,830 | 137,929,300 | 136,239,480 | 146,122,860 | 128,751,630 | 127,454,740 | 198,337,920 | 1,230,366,070 |
| CO | 15,372,830 | 16,619,510 | 19,425,860 | 19,821,500 | 19,302,490 | 19,807,700 | 14,781,820 | 11,054,240 | 10,105,890 | 146,291,840 |
| CT | 4,547,920 | 4,862,250 | 4,989,200 | 4,230,100 | 3,731,490 | 4,063,120 | 4,340,930 | 4,462,740 | 5,805,140 | 41,032,890 |
| DC | 255,340 | 271,430 | 328,330 | 324,600 | 337,640 | 411,090 | 368,590 | 352,340 | 404,290 | 3,053,650 |
| DE | 676,380 | 781,440 | 935,520 | 1,184,150 | 1,053,660 | 1,263,070 | 1,299,260 | 1,248,100 | 1,555,030 | 9,996,610 |
| FL | 26,453,320 | 33,519,930 | 41,664,060 | 43,330,090 | 45,899,300 | 43,808,430 | 44,796,080 | 42,012,440 | 38,821,440 | 360,305,090 |
| GA | 19,150,450 | 26,612,730 | 32,674,640 | 28,454,570 | 29,687,450 | 34,307,350 | 35,967,570 | 33,816,240 | 42,255,030 | 282,926,030 |
| HI | 5,130,900 | 5,790,900 | 6,254,790 | 5,789,280 | 5,636,660 | 5,516,200 | 5,649,300 | 5,018,730 | 5,337,680 | 50,124,440 |
| IA | 11,381,670 | 10,320,760 | 13,132,000 | 12,976,120 | 11,540,410 | 12,485,130 | 12,524,520 | 16,883,950 | 17,401,240 | 118,645,800 |
| ID | 10,704,290 | 11,740,840 | 12,498,060 | 12,776,730 | 12,837,000 | 12,982,720 | 13,281,570 | 14,120,310 | 14,868,850 | 115,810,370 |
| IL | 67,752,340 | 76,156,560 | 85,977,520 | 35,124,510 | 32,926,040 | 35,569,120 | 37,507,130 | 40,726,780 | 39,535,120 | 451,275,120 |
| IN | 17,126,840 | 18,085,360 | 23,561,950 | 26,593,880 | 26,272,490 | 27,567,820 | 26,044,820 | 23,438,520 | 24,367,050 | 213,058,730 |
| KS | 35,688,590 | 45,446,300 | 40,129,630 | 21,332,000 | 29,583,350 | 29,069,830 | 27,295,020 | 24,032,760 | 21,216,060 | 273,793,540 |
| KY | 18,166,520 | 19,424,170 | 23,189,120 | 21,779,940 | 22,016,810 | 27,631,230 | 30,753,090 | 25,833,070 | 31,769,520 | 220,563,470 |
| LA | 14,132,850 | 15,419,440 | 16,545,150 | 16,782,260 | 14,425,270 | 15,310,370 | 18,523,290 | 20,562,900 | 24,597,110 | 156,298,640 |
| MA | 5,921,870 | 8,095,770 | 8,592,540 | 9,034,000 | 8,807,120 | 10,603,990 | 10,959,320 | 10,752,690 | 11,049,890 | 83,817,190 |
| MD | 9,579,750 | 9,399,230 | 10,638,660 | 10,718,040 | 10,547,020 | 11,899,430 | 10,797,820 | 9,623,650 | 10,368,540 | 93,572,140 |
| ME | 1,809,460 | 2,358,970 | 2,452,900 | 2,019,270 | 1,599,010 | 1,962,340 | 2,219,420 | 1,919,700 | 3,971,480 | 20,312,550 |
| MI | 40,177,500 | 46,397,970 | 58,110,070 | 58,512,350 | 64,461,360 | 77,401,810 | 80,822,100 | 73,348,220 | 99,221,380 | 598,452,760 |
| MN | 18,206,130 | 18,606,840 | 22,269,810 | 21,933,780 | 19,745,160 | 20,790,590 | 21,310,370 | 22,632,270 | 20,173,760 | 185,668,710 |
| MO | 17,008,280 | 19,327,850 | 25,697,410 | 35,297,680 | 34,596,560 | 37,027,280 | 38,068,880 | 37,707,920 | 36,567,040 | 281,298,900 |
| MS | 10,550,980 | 12,747,470 | 15,102,620 | 17,106,030 | 19,304,050 | 20,561,810 | 23,230,040 | 22,860,960 | 22,898,740 | 164,362,700 |
| MT | 8,266,490 | 9,417,980 | 10,039,590 | 10,880,210 | 11,602,200 | 12,552,200 | 11,849,050 | 11,386,460 | 10,476,390 | 96,470,570 |
| NC | 14,555,440 | 15,835,450 | 18,284,710 | 20,363,240 | 17,804,960 | 18,987,630 | 19,874,680 | 18,760,820 | 27,205,250 | 171,672,180 |
| ND | 1,904,200 | 2,438,100 | 2,966,770 | 3,213,870 | 3,161,220 | 3,551,320 | 3,989,470 | 3,972,130 | 4,196,300 | 29,393,380 |
| NE | 8,088,760 | 7,679,170 | 9,255,180 | 10,185,910 | 10,477,920 | 11,209,520 | 11,033,050 | 10,897,220 | 11,900,140 | 90,726,870 |
| NH | 903,270 | 1,175,980 | 1,144,520 | 1,303,600 | 1,072,830 | 1,208,460 | 1,345,190 | 1,336,800 | 2,380,940 | 11,871,590 |
| NJ | 6,742,960 | 7,657,150 | 8,178,420 | 7,141,780 | 6,459,140 | 7,047,820 | 6,980,530 | 6,610,840 | 8,557,660 | 65,376,300 |
| NM | 3,268,550 | 4,098,980 | 6,911,860 | 7,161,790 | 7,019,280 | 8,586,150 | 8,659,680 | 6,938,520 | 6,045,340 | 58,690,150 |

PLAINTIFFS TRIAL EXHIBIT
P-44726_00001

P-44726 _ 00001

Region: National
Time: 2006 - 2014
Seller: McKesson Corporation
Buyer: All Dispensers
Drug: Hydrocodone
Source: ARCOS

**Hydrocodone Shipped by McKesson Corporation, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| NV | 10,019,950 | 11,616,180 | 11,859,900 | 11,585,230 | 9,817,590 | 9,523,790 | 7,558,080 | 10,147,470 | 11,202,860 | 93,331,050 |
| NY | 33,746,530 | 38,612,910 | 47,475,700 | 54,485,480 | 50,369,060 | 52,786,350 | 51,913,640 | 42,346,230 | 57,703,470 | 429,439,370 |
| OH | 24,000,770 | 27,250,730 | 33,720,080 | 36,315,020 | 28,265,290 | 28,885,540 | 26,853,040 | 25,037,880 | 35,546,520 | 265,874,870 |
| OK | 22,748,530 | 27,665,190 | 34,420,330 | 37,193,030 | 36,275,620 | 40,888,220 | 45,055,890 | 39,722,550 | 33,863,670 | 317,833,030 |
| OR | 30,771,690 | 32,308,720 | 33,207,690 | 40,426,130 | 39,658,130 | 39,541,520 | 29,260,790 | 25,036,430 | 29,350,610 | 299,561,710 |
| PA | 26,228,780 | 30,265,360 | 35,272,540 | 39,128,000 | 27,055,760 | 30,730,280 | 31,988,950 | 30,822,660 | 50,383,100 | 301,875,430 |
| RI | 1,845,620 | 2,381,200 | 2,443,350 | 2,484,740 | 1,939,440 | 2,243,700 | 2,309,090 | 1,899,700 | 2,519,320 | 20,066,160 |
| SC | 25,659,260 | 33,284,430 | 42,078,920 | 88,026,020 | 100,167,310 | 105,389,040 | 111,184,400 | 101,670,010 | 79,968,070 | 687,427,460 |
| SD | 4,541,900 | 4,682,390 | 6,020,850 | 6,647,060 | 6,304,250 | 6,961,120 | 6,951,750 | 7,119,690 | 7,250,170 | 56,479,180 |
| TN | 67,564,240 | 84,069,940 | 108,471,170 | 145,657,120 | 178,823,360 | 140,169,570 | 132,659,310 | 108,898,600 | 98,017,320 | 1,064,330,630 |
| TX | 69,661,780 | 91,281,640 | 102,086,370 | 92,176,090 | 81,674,030 | 94,104,940 | 102,316,120 | 105,120,350 | 118,337,480 | 856,758,800 |
| UT | 11,700,100 | 12,150,770 | 11,043,190 | 10,560,830 | 10,680,720 | 11,036,270 | 13,911,230 | 17,841,500 | 22,012,230 | 120,936,840 |
| VA | 10,803,340 | 11,231,890 | 13,060,080 | 15,089,590 | 13,672,430 | 15,644,060 | 16,386,540 | 14,537,860 | 17,628,460 | 128,054,250 |
| VT | 679,350 | 1,008,770 | 1,038,770 | 1,060,940 | 1,011,150 | 1,053,230 | 1,137,780 | 1,250,050 | 2,244,730 | 10,484,770 |
| WA | 46,619,560 | 50,551,670 | 52,378,980 | 53,136,670 | 51,676,650 | 51,617,660 | 38,506,960 | 33,072,910 | 40,065,500 | 417,626,560 |
| WI | 22,457,800 | 25,392,230 | 27,903,660 | 28,780,190 | 30,312,720 | 31,790,790 | 32,580,130 | 30,635,930 | 29,806,530 | 259,659,980 |
| WV | 11,591,560 | 13,231,890 | 10,156,710 | 10,483,320 | 9,907,390 | 11,778,640 | 12,837,450 | 13,070,660 | 16,963,470 | 110,021,090 |
| WY | 2,028,550 | 2,646,860 | 3,847,680 | 4,403,780 | 3,779,240 | 3,801,460 | 3,283,680 | 3,383,390 | 2,762,160 | 29,936,800 |