Region: National
Time: 2006 - 2014
Seller: AmerisourceBergen Drug
Buyer: All Dispensers
Drug: Oxycodone
Source: ARCOS

**Oxycodone Shipped by AmerisourceBergen Drug, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **All States** | 407,674,200 | 464,695,240 | 502,259,400 | 571,513,520 | 620,305,280 | 661,982,600 | 636,791,620 | 1,006,605,760 | 1,266,027,170 | 6,137,854,790 |
| AK | 913,600 | 1,305,320 | 1,560,820 | 1,839,280 | 1,988,720 | 1,982,140 | 1,994,720 | 2,600,040 | 3,341,260 | 17,525,900 |
| AL | 6,162,295 | 6,494,320 | 5,727,620 | 5,653,400 | 6,043,380 | 6,914,600 | 7,654,960 | 12,731,720 | 17,710,800 | 75,093,095 |
| AR | 3,505,965 | 3,870,400 | 4,294,220 | 6,994,540 | 7,858,280 | 9,231,180 | 9,819,280 | 14,383,140 | 16,973,360 | 76,930,365 |
| AZ | 4,961,595 | 4,924,500 | 6,288,160 | 8,106,760 | 8,464,200 | 10,285,500 | 11,118,500 | 37,554,580 | 63,884,390 | 155,588,185 |
| CA | 49,403,125 | 57,403,720 | 65,451,080 | 72,932,120 | 78,880,360 | 80,644,740 | 65,818,060 | 78,579,540 | 76,915,010 | 626,027,755 |
| CO | 9,514,570 | 11,306,280 | 12,342,340 | 14,028,220 | 15,366,580 | 16,403,040 | 10,932,620 | 23,880,260 | 36,777,000 | 150,550,910 |
| CT | 2,199,050 | 2,504,300 | 2,164,540 | 3,400,800 | 3,730,560 | 3,741,380 | 3,844,840 | 11,436,140 | 15,367,420 | 48,389,030 |
| DC | 1,422,110 | 1,637,420 | 1,644,040 | 1,647,320 | 1,606,800 | 1,132,840 | 623,300 | 815,720 | 990,560 | 11,520,110 |
| DE | 575,900 | 582,220 | 527,220 | 574,300 | 851,560 | 1,160,740 | 1,192,060 | 7,517,240 | 11,051,700 | 24,032,940 |
| FL | 33,596,815 | 34,649,560 | 40,802,600 | 41,832,160 | 43,710,960 | 48,756,600 | 39,336,660 | 73,242,150 | 110,377,880 | 466,305,385 |
| GA | 10,266,065 | 11,036,240 | 10,309,440 | 17,111,160 | 20,017,240 | 22,102,680 | 22,329,610 | 30,286,390 | 34,601,000 | 178,059,825 |
| HI | 6,827,405 | 7,404,420 | 8,172,060 | 9,088,360 | 10,822,580 | 10,483,140 | 8,061,120 | 8,375,020 | 8,730,660 | 77,964,765 |
| IA | 3,516,700 | 7,170,420 | 7,445,080 | 7,917,000 | 8,462,020 | 9,253,340 | 8,328,640 | 5,775,080 | 7,605,130 | 65,473,410 |
| ID | 1,517,120 | 1,791,900 | 1,891,080 | 2,083,920 | 2,084,260 | 2,156,820 | 2,482,860 | 4,258,260 | 5,697,460 | 23,963,680 |
| IL | 3,072,290 | 3,209,520 | 3,057,940 | 3,621,380 | 3,798,740 | 3,661,180 | 3,843,420 | 14,691,520 | 21,533,340 | 60,489,330 |
| IN | 4,303,370 | 4,412,040 | 4,694,200 | 5,156,760 | 5,994,260 | 5,460,500 | 5,689,820 | 17,630,200 | 24,974,120 | 78,315,270 |
| KS | 4,385,015 | 4,971,940 | 4,727,760 | 5,145,900 | 5,809,020 | 6,924,320 | 6,741,780 | 10,622,330 | 13,291,380 | 62,619,445 |
| KY | 11,093,105 | 13,522,480 | 13,892,900 | 16,602,540 | 19,606,540 | 22,911,820 | 21,223,090 | 24,637,600 | 28,126,490 | 171,616,565 |
| LA | 3,812,280 | 3,791,940 | 3,615,720 | 4,212,660 | 6,432,700 | 6,174,960 | 5,901,820 | 11,703,260 | 15,315,060 | 60,960,400 |
| MA | 8,062,490 | 6,440,100 | 7,004,160 | 8,077,340 | 7,990,660 | 7,776,680 | 8,158,560 | 20,303,760 | 27,314,830 | 101,128,580 |
| MD | 7,500,270 | 8,427,720 | 8,840,140 | 10,535,260 | 11,348,680 | 12,060,980 | 12,177,360 | 19,807,490 | 27,637,820 | 118,335,720 |
| ME | 1,358,880 | 1,295,000 | 1,267,680 | 1,244,740 | 956,740 | 1,337,760 | 1,366,080 | 1,793,460 | 2,178,360 | 12,798,700 |
| MI | 9,143,920 | 11,206,460 | 11,525,340 | 13,813,120 | 15,559,420 | 16,825,160 | 18,371,730 | 25,771,910 | 29,999,810 | 152,216,870 |
| MN | 4,925,650 | 7,481,300 | 6,790,480 | 7,529,720 | 8,103,860 | 8,496,640 | 8,819,600 | 16,710,920 | 20,958,760 | 89,816,930 |
| MO | 10,832,715 | 12,752,260 | 11,901,480 | 13,514,400 | 13,789,860 | 13,921,560 | 16,552,240 | 31,311,060 | 41,474,160 | 166,049,735 |
| MS | 4,528,845 | 4,909,660 | 4,646,580 | 4,818,920 | 4,785,260 | 5,248,080 | 5,957,670 | 9,635,530 | 11,121,520 | 55,652,065 |
| MT | 929,900 | 853,500 | 745,920 | 606,640 | 516,560 | 516,500 | 621,840 | 1,391,920 | 1,827,200 | 8,009,980 |
| NC | 13,750,395 | 14,932,180 | 15,905,960 | 18,052,480 | 20,542,540 | 23,244,400 | 24,334,200 | 40,047,210 | 54,914,180 | 225,723,545 |
| ND | 353,335 | 526,180 | 581,940 | 665,440 | 667,860 | 952,000 | 1,023,120 | 665,320 | 170,440 | 5,605,635 |
| NE | 1,895,840 | 2,605,040 | 2,501,980 | 2,524,720 | 2,587,340 | 2,704,740 | 2,710,860 | 4,359,740 | 6,179,240 | 28,069,500 |
| NH | 194,640 | 847,460 | 1,265,520 | 1,431,620 | 1,401,320 | 1,247,460 | 761,460 | 2,844,920 | 4,236,780 | 14,231,180 |
| NJ | 16,188,240 | 20,887,320 | 23,023,060 | 32,860,580 | 36,824,880 | 40,149,740 | 37,789,960 | 48,319,600 | 50,946,200 | 306,989,580 |
| NM | 2,890,025 | 2,786,700 | 3,215,560 | 3,654,040 | 4,356,680 | 3,411,360 | 3,378,800 | 9,378,260 | 15,506,320 | 48,577,745 |

PLAINTIFFS TRIAL EXHIBIT
P-44731_00001

P-44731 _ 00001

Region: National
Time: 2006 - 2014
Seller: AmerisourceBergen Drug
Buyer: All Dispensers
Drug: Oxycodone
Source: ARCOS

**Oxycodone Shipped by AmerisourceBergen Drug, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| NV | 4,846,815 | 7,026,960 | 7,403,060 | 7,220,160 | 7,637,200 | 7,038,180 | 5,765,160 | 10,720,280 | 15,399,400 | 73,057,215 |
| NY | 10,772,345 | 12,377,040 | 16,685,060 | 23,269,560 | 29,602,180 | 29,500,700 | 29,204,520 | 40,971,950 | 47,852,740 | 240,236,095 |
| OH | 26,616,240 | 29,277,100 | 33,709,180 | 36,493,100 | 39,506,200 | 42,276,140 | 43,171,230 | 64,357,000 | 71,057,170 | 386,463,360 |
| OK | 6,109,555 | 4,844,330 | 4,090,340 | 4,556,000 | 5,181,700 | 5,643,440 | 6,207,440 | 13,799,430 | 18,647,800 | 69,080,035 |
| OR | 13,652,980 | 17,106,020 | 19,460,840 | 16,386,260 | 13,890,680 | 14,082,500 | 13,414,280 | 19,173,540 | 21,077,620 | 148,244,720 |
| PA | 17,394,310 | 19,322,280 | 20,817,900 | 24,248,980 | 25,092,340 | 27,176,360 | 27,975,370 | 37,290,620 | 43,190,720 | 242,508,880 |
| RI | 751,450 | 578,960 | 558,600 | 610,160 | 678,820 | 770,620 | 793,560 | 2,002,460 | 2,676,900 | 9,421,530 |
| SC | 2,696,365 | 2,777,500 | 2,852,520 | 5,236,180 | 6,726,060 | 8,003,780 | 8,710,340 | 14,580,280 | 18,915,940 | 70,498,965 |
| SD | 1,110,020 | 1,207,580 | 991,320 | 949,600 | 893,760 | 1,004,660 | 1,020,840 | 1,278,320 | 1,531,780 | 9,987,880 |
| TN | 18,421,830 | 22,369,870 | 23,103,960 | 23,516,240 | 25,577,200 | 29,165,980 | 29,355,060 | 40,806,710 | 52,273,600 | 264,590,450 |
| TX | 8,973,445 | 10,281,820 | 10,209,000 | 11,390,640 | 13,067,360 | 15,432,960 | 17,609,020 | 22,169,810 | 25,602,680 | 134,736,735 |
| UT | 7,275,665 | 9,476,340 | 11,503,860 | 12,628,280 | 15,622,080 | 15,674,680 | 13,663,460 | 13,091,300 | 12,895,040 | 111,830,705 |
| VA | 13,671,555 | 14,802,120 | 15,557,260 | 16,987,220 | 17,682,380 | 18,247,660 | 18,394,140 | 27,557,610 | 33,228,540 | 176,128,485 |
| VT | 304,220 | 372,320 | 186,600 | 99,160 | 102,580 | 91,820 | 36,200 | 138,180 | 233,880 | 1,564,960 |
| WA | 14,618,140 | 14,898,420 | 17,728,560 | 20,486,400 | 19,459,760 | 19,469,680 | 18,954,660 | 25,429,560 | 29,550,020 | 180,595,200 |
| WI | 10,702,760 | 13,417,340 | 12,594,480 | 12,884,740 | 11,863,160 | 12,161,440 | 12,747,580 | 38,518,080 | 52,627,420 | 177,517,000 |
| WV | 4,868,645 | 5,382,420 | 6,172,480 | 6,527,420 | 5,940,540 | 8,021,700 | 9,808,980 | 9,940,100 | 9,522,000 | 66,184,285 |
| WY | 1,284,340 | 1,237,000 | 809,760 | 745,820 | 820,860 | 945,720 | 999,140 | 1,719,240 | 2,014,280 | 10,576,160 |