Region: National
Time: 2006 - 2014
Seller: McKesson Corporation
Buyer: All Dispensers
Drug: Oxycodone
Source: ARCOS

**Oxycodone Shipped by McKesson Corporation, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **All States** | 843,499,730 | 990,526,170 | 1,161,224,060 | 1,186,623,020 | 1,286,141,160 | 1,430,127,180 | 1,443,080,870 | 1,484,727,050 | 1,446,989,010 | 11,272,938,250 |
| AK | 3,617,550 | 3,929,660 | 4,325,460 | 4,566,900 | 4,660,200 | 5,132,140 | 3,702,540 | 2,683,560 | 2,487,460 | 35,105,470 |
| AL | 10,454,430 | 16,168,280 | 18,520,040 | 20,294,720 | 24,517,160 | 28,576,900 | 31,552,170 | 33,211,910 | 32,727,640 | 216,023,250 |
| AR | 8,113,390 | 9,369,560 | 11,270,940 | 10,784,940 | 11,445,180 | 12,685,740 | 13,081,680 | 12,052,650 | 11,599,580 | 100,403,660 |
| AZ | 37,964,295 | 39,873,240 | 42,590,080 | 44,804,720 | 51,001,760 | 56,599,460 | 59,012,520 | 57,638,670 | 52,941,230 | 442,425,975 |
| CA | 57,540,730 | 66,802,860 | 78,518,720 | 83,848,140 | 88,374,500 | 102,230,020 | 104,531,670 | 111,531,560 | 110,170,860 | 803,549,060 |
| CO | 17,692,135 | 19,370,160 | 21,420,080 | 24,279,940 | 26,306,300 | 29,743,780 | 25,242,420 | 21,948,040 | 18,721,880 | 204,724,735 |
| CT | 15,705,510 | 16,928,600 | 17,997,720 | 17,282,480 | 16,915,680 | 20,456,820 | 21,435,790 | 23,006,990 | 24,261,300 | 173,990,890 |
| DC | 2,047,625 | 2,167,880 | 2,307,260 | 2,425,940 | 2,605,400 | 2,960,380 | 3,116,440 | 3,195,520 | 4,190,080 | 25,016,525 |
| DE | 7,867,790 | 10,897,760 | 13,492,940 | 15,293,700 | 16,341,940 | 16,564,820 | 12,302,680 | 11,990,990 | 10,150,780 | 114,903,400 |
| FL | 60,148,540 | 72,038,400 | 97,115,140 | 86,158,900 | 111,873,360 | 109,968,140 | 99,368,020 | 91,795,360 | 69,600,080 | 798,065,940 |
| GA | 16,287,895 | 24,016,100 | 28,687,580 | 26,227,080 | 30,762,680 | 35,986,820 | 37,156,110 | 37,706,280 | 37,082,750 | 273,913,295 |
| HI | 5,209,365 | 5,600,640 | 6,426,000 | 6,518,240 | 6,490,320 | 7,467,220 | 9,327,440 | 9,287,280 | 8,601,820 | 64,928,325 |
| IA | 7,961,100 | 5,454,700 | 6,301,620 | 6,480,260 | 6,345,500 | 6,927,000 | 8,033,120 | 11,820,080 | 11,298,580 | 70,621,960 |
| ID | 4,814,705 | 5,170,480 | 5,818,220 | 5,815,060 | 6,255,780 | 6,823,200 | 7,581,760 | 8,633,720 | 8,220,580 | 59,133,505 |
| IL | 8,238,950 | 8,236,280 | 8,707,020 | 8,356,120 | 8,246,740 | 8,873,320 | 8,482,060 | 10,057,680 | 9,544,920 | 78,743,090 |
| IN | 9,080,310 | 9,689,980 | 11,600,160 | 12,299,440 | 12,985,120 | 13,965,760 | 15,060,660 | 15,353,850 | 14,701,140 | 114,736,420 |
| KS | 6,846,060 | 7,390,360 | 8,924,620 | 11,012,340 | 11,993,160 | 12,627,300 | 13,967,520 | 14,766,000 | 15,328,660 | 102,856,020 |
| KY | 9,604,465 | 10,098,900 | 11,380,540 | 12,080,880 | 13,754,980 | 17,924,560 | 18,640,180 | 17,044,600 | 17,677,890 | 128,206,995 |
| LA | 8,860,315 | 10,377,240 | 12,366,320 | 12,700,440 | 12,455,340 | 13,310,620 | 15,236,000 | 16,784,950 | 17,150,180 | 119,241,405 |
| MA | 19,932,450 | 30,128,660 | 36,903,460 | 35,397,300 | 35,114,240 | 41,861,420 | 44,780,240 | 46,018,160 | 45,046,010 | 335,181,940 |
| MD | 32,418,845 | 38,228,920 | 46,382,380 | 49,385,220 | 54,670,860 | 69,456,500 | 63,047,190 | 61,081,500 | 56,683,290 | 471,354,705 |
| ME | 8,242,735 | 9,618,440 | 10,822,820 | 9,493,320 | 10,013,380 | 10,525,880 | 9,063,160 | 9,492,220 | 9,377,900 | 86,649,855 |
| MI | 14,920,565 | 16,187,440 | 19,772,560 | 19,904,260 | 22,537,660 | 26,777,100 | 30,390,200 | 31,712,330 | 36,261,000 | 218,463,115 |
| MN | 16,773,480 | 16,878,980 | 21,803,060 | 23,598,560 | 23,211,100 | 27,183,740 | 30,390,540 | 29,610,000 | 29,320,860 | 218,770,320 |
| MO | 15,677,260 | 17,158,440 | 21,062,240 | 27,747,820 | 29,754,620 | 31,138,700 | 32,854,720 | 34,032,890 | 32,085,300 | 241,511,990 |
| MS | 4,457,765 | 4,907,320 | 5,468,720 | 6,255,140 | 7,540,400 | 8,728,000 | 9,681,460 | 9,463,220 | 9,991,330 | 66,493,355 |
| MT | 8,644,130 | 9,258,900 | 9,741,220 | 9,152,840 | 9,382,240 | 9,803,060 | 9,635,200 | 10,008,720 | 8,731,020 | 84,357,330 |
| NC | 13,456,585 | 22,019,820 | 27,869,120 | 30,591,140 | 33,490,400 | 35,428,920 | 36,918,560 | 38,383,400 | 41,903,720 | 280,061,665 |
| ND | 1,608,100 | 1,897,720 | 2,164,640 | 2,281,840 | 2,440,700 | 3,410,740 | 3,976,800 | 3,290,480 | 3,274,400 | 24,345,420 |
| NE | 5,215,455 | 4,543,300 | 4,953,820 | 5,485,040 | 5,599,340 | 5,795,740 | 6,352,500 | 7,132,920 | 7,401,460 | 52,479,575 |
| NH | 5,827,260 | 8,018,520 | 9,594,080 | 10,332,580 | 10,357,500 | 10,987,440 | 10,771,420 | 11,854,760 | 11,706,980 | 89,450,540 |
| NJ | 27,199,485 | 35,484,380 | 43,864,040 | 39,262,440 | 39,692,280 | 45,430,440 | 45,316,530 | 51,821,750 | 53,998,200 | 382,069,545 |
| NM | 6,102,550 | 6,676,140 | 7,578,440 | 8,171,540 | 9,587,620 | 12,643,040 | 12,600,080 | 12,339,920 | 10,804,880 | 86,504,210 |

PLAINTIFFS TRIAL EXHIBIT
P-44734_00001

P-44734 _ 00001

Region: National
Time: 2006 - 2014
Seller: McKesson Corporation
Buyer: All Dispensers
Drug: Oxycodone
Source: ARCOS

**Oxycodone Shipped by McKesson Corporation, in Dosage Unit**

| State | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| NV | 16,854,465 | 17,924,080 | 17,679,680 | 16,640,620 | 13,343,520 | 11,646,460 | 9,631,560 | 11,736,250 | 10,613,040 | 126,069,675 |
| NY | 37,274,885 | 49,337,060 | 59,683,800 | 66,169,160 | 73,636,120 | 86,284,980 | 89,007,820 | 92,489,100 | 93,321,250 | 647,204,175 |
| OH | 39,585,005 | 42,858,340 | 51,003,560 | 54,456,140 | 59,574,600 | 66,038,340 | 65,263,250 | 63,130,360 | 62,792,430 | 504,702,025 |
| OK | 10,712,855 | 13,473,260 | 15,381,440 | 17,931,740 | 19,476,100 | 21,060,660 | 23,758,140 | 24,406,320 | 24,639,980 | 170,840,495 |
| OR | 27,875,130 | 31,492,560 | 36,844,200 | 37,909,160 | 40,226,920 | 41,679,280 | 36,147,740 | 35,345,040 | 33,907,380 | 321,427,410 |
| PA | 62,840,800 | 75,312,820 | 89,175,800 | 93,559,200 | 99,651,360 | 112,733,720 | 116,577,700 | 121,787,580 | 119,005,180 | 890,644,160 |
| RI | 1,985,340 | 3,587,560 | 4,495,280 | 4,779,320 | 4,946,500 | 5,929,380 | 6,259,940 | 5,824,140 | 5,283,700 | 43,091,160 |
| SC | 5,822,350 | 8,921,180 | 10,741,060 | 9,699,140 | 11,809,120 | 14,004,120 | 15,373,940 | 17,108,160 | 19,062,600 | 112,541,670 |
| SD | 2,724,800 | 2,831,700 | 3,041,460 | 3,253,600 | 3,363,620 | 3,811,900 | 3,748,460 | 3,769,500 | 4,050,060 | 30,595,100 |
| TN | 16,162,965 | 19,832,160 | 21,439,380 | 22,919,780 | 24,961,720 | 27,491,680 | 30,126,260 | 35,603,230 | 32,964,780 | 231,501,955 |
| TX | 13,829,830 | 16,060,630 | 18,307,540 | 16,961,700 | 18,342,500 | 20,436,820 | 24,412,440 | 28,169,880 | 30,442,440 | 186,963,780 |
| UT | 15,480,820 | 16,044,300 | 14,810,920 | 13,929,840 | 12,831,100 | 13,314,260 | 16,950,160 | 22,369,900 | 25,243,280 | 150,974,580 |
| VA | 18,385,090 | 22,254,560 | 25,670,520 | 27,593,840 | 27,841,900 | 34,431,520 | 36,976,920 | 36,473,280 | 36,818,100 | 266,445,730 |
| VT | 4,454,025 | 5,979,040 | 6,790,440 | 6,639,920 | 6,995,240 | 6,970,860 | 6,779,600 | 7,024,100 | 7,095,000 | 58,728,225 |
| WA | 53,252,605 | 59,068,080 | 65,509,400 | 60,345,320 | 63,540,260 | 63,730,820 | 54,147,860 | 55,292,010 | 54,794,030 | 529,680,385 |
| WI | 24,836,475 | 25,963,480 | 27,529,120 | 29,781,920 | 33,405,840 | 36,087,680 | 38,447,780 | 38,730,480 | 35,470,460 | 290,253,235 |
| WV | 10,206,440 | 11,819,160 | 13,408,960 | 12,304,060 | 12,183,620 | 13,121,780 | 13,470,620 | 14,904,580 | 15,109,160 | 116,528,380 |
| WY | 2,684,025 | 3,178,140 | 3,960,440 | 3,459,280 | 3,287,680 | 3,358,200 | 3,391,300 | 3,811,180 | 3,332,380 | 30,462,625 |