# Aracoma Drug Co. Pharmacy Report

**Aracoma Drug Co of Chapmanvil**
772 Main Street
Chapmanville, WV, 25508
**DEA: AA6614603**
Drug: Oxycodone and Hydrocodone

PLAINTIFFS TRIAL EXHIBIT
**P-44744_00001**

P-44744 _ 00001

Region: West Virginia  
Time: 2006 - 2014  
Seller: All Sellers  
Buyer: Selected Pharmacies  
Drug: Oxycodone and Hydrocodone  

## Oxycodone and Hydrocodone Shipments to Selected Pharmacies in West Virginia
### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BW9777559 | Westside Pharmacy | Rt 10 Cook Parkway/Logan St., Oceana, WV, 24870 | R | 7,538,690 | 88,297,612 | 123,031,135 |
| 7 | BF0660565 | Family Discount Pharmacy Inc | 360 Mount Gay Road, Mount Gay, WV, 25637 | R | 15,544,160 | 104,179,627 | 121,309,017 |
| 14 | BT5541760 | T And J Enterprises Inc DBA The Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 20 | BS7437064 | Strosnider DBA Sav-Rite Pharmacy | 50 Lincoln Street, Kermit, WV, 25674 | R | 13,169,550 | 75,542,573 | 77,440,834 |
| 25 | BH6954401 | Hurley Drug Company Inc | 210 Logan Street, Williamson, WV, 25661 | R | 9,869,830 | 59,387,314 | 64,416,766 |
| 32 | FT0251227 | Tug Valley Pharmacy, LLC | 54 W 2Nd Ave, Williamson, WV, 25661 | R | 9,827,750 | 55,309,715 | 58,213,301 |
| 38 | BC9308924 | Cross Lanes Family Pharmacy | 107 Goff Mountain Rd, Cross Lanes, WV, 25313 | R | 2,279,000 | 26,685,678 | 37,114,807 |
| 44 | AA6614603 | Aracoma Drug Co of Chapmanvil | 772 Main Street, Chapmanville, WV, 25508 | R | 3,333,180 | 23,015,891 | 27,661,373 |
| 51 | BB8263066 | Beckley Pharmacy | 455 Stanaford Road, Beckley, WV, 25801 | R | 2,307,700 | 19,223,466 | 24,682,610 |
| 56 | BP4501753 | Poca Valu-Rite Pharmacy | 119-C Main Street, Poca, WV, 25159 | R | 2,236,830 | 18,107,011 | 22,890,570 |
| 63 | BF1736567 | Fam Discnt Phcy of Stollings Inc. | 153 Stollings Avenue, Logan, WV, 25601 | R | 3,308,400 | 18,599,358 | 20,629,035 |
| 69 | BV2122353 | Van Professional Pharmacy | 19024 Pond Fork Road, Van, WV, 25206 | R | 1,919,030 | 12,805,179 | 15,333,797 |
| 76 | FS1092787 | Sav-Rite Pharmacy #2 Strosnider Drug | Route 52 Stonecoal Road, Kermit, WV, 25674 | R | 736,100 | 4,081,192 | 4,100,242 |

Note  
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Aracoma Drug Co of Chapmanvil
772 Main Street
Chapmanville, WV, 25508



Aracoma Drug Co of Chapmanvil, AA6614603
Total Dosage Units by Drug Family

Data source: ARCOS (2006-2014)
Appendices Page A-5835 of 7542

49 of 78

Page 821 of Appendix 10

P-44744 _ 00008

Aracoma Drug Co of Chapmanvil (10/2004 to 6/2017)
DEA: AA6614603
772 Main Street
Chapmanville, Logan County, WV, 25508



Aracoma Drug Co of Chapmanvil (10/2004 to 6/2017)
DEA: AA6614603
772 Main Street
Chapmanville, WV 25508



Data source: ARCOS (2006-2014) and Defendant Transactional Data (McKesson 10/2004-12/2018)
Appendices Page A-6777 of 7542

Page 1763 of Appendix 10

P-44744 _ 00082

Aracoma Drug Co of Chapmanvil (10/2004 to 6/2017)
DEA: AA6614603
772 Main Street
Chapmanville, Logan County, WV, 25508



Oxycodone Distribution to Aracoma Drug Co of Chapmanvil

Data source: ARCOS (2006-2014) and Defendant Transactional Data

Aracoma Drug Co of Chapmanvil (10/2004 to 6/2017)
DEA: AA6614603
772 Main Street
Chapmanville, WV 25508



Data source: ARCOS (2006-2014) and Defendant Transactional Data (McKesson 10/2004-12/2018)
Appendices Page A-6731 of 7542

Page 1717 of Appendix 10

P-44744 _ 00036