# CVS Pharmacy Report

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
**Buyer: CVS Pharmacies Combined**
**DEA: BR4365486, BR4301545, BR4321787, AR6055025**
Drug: Oxycodone and Hydrocodone

PLAINTIFFS TRIAL
EXHIBIT
P-44748_00001

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BS8246349 | SafeScript Pharmacy #6 | 335 Fourth Avenue, Huntington, WV, 25701 | R | 4,414,640 | 79,370,589 | 115,590,031 |
| 5 | BT5541760 | T and J Enterprises Inc DBA Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 11 | BM9558733 | McCloud Family Pharmacy | 4541 5th Street Road, Huntington, WV, 25701 | R | 4,519,980 | 51,742,687 | 71,248,721 |
| 16 | BD0427927 | Drug Emporium | 3 Mall Rd, Barboursville, WV, 25504 | R | 3,928,100 | 37,296,167 | 49,723,696 |
| 20 | BR4365486 | CVS/Pharmacy # 03391 | 2901 Fifth Ave, Huntington, WV, 25702 | C | 5,137,300 | 35,384,922 | 44,918,097 |
| 25 | AF1585922 | Fruth Pharmacy #5 | #16 Perry Morris Square, Milton, WV, 25541 | R | 4,346,490 | 31,988,061 | 39,448,389 |
| 31 | BS1588168 | Fruth Pharmacy #12 | 1419-US Rt 60 East, Huntington, WV, 25705 | R | 4,997,620 | 31,030,947 | 36,542,089 |
| 36 | BM9592381 | Medical Park Pharmacy | 5170 U.S. Route 60 East Suite 2800, Huntington, WV, 25705 | R | 2,684,760 | 23,901,727 | 31,782,773 |
| 41 | BR4301545 | CVS/Pharmacy # 04419 | 505 Twentieth Street, Huntington, WV, 25703 | C | 3,115,130 | 23,042,585 | 29,955,664 |
| 46 | BR4321787 | CVS/Pharmacy # 04425 | 447 W Washington Ave, Huntington, WV, 25701 | C | 3,582,100 | 23,124,310 | 28,564,116 |
| 51 | AR6070178 | Rite Aid #968 | 6401 US Route 60 East, Barboursville, WV, 25504 | C | 2,960,490 | 20,557,043 | 25,802,016 |
| 56 | AS7523118 | Fruth Pharmacy #2 | 125 Seventh Avenue, Huntington, WV, 25701 | R | 3,311,630 | 21,362,489 | 25,790,501 |
| 61 | BM7641512 | Medicap Pharmacy | 4352 5th Street Road, Huntington, WV, 25701 | R | 1,955,540 | 18,004,432 | 23,821,498 |
| 66 | AR6055025 | CVS/Pharmacy # 03480 | 5179 US Route 60 East, Huntington, WV, 25705 | C | 2,370,100 | 16,689,210 | 21,320,213 |
| 71 | BW5432947 | Wal-Mart Pharmacy 10-2244 | 3333 US Route 60, Huntington, WV, 25705 | C | 3,290,080 | 16,914,298 | 19,276,396 |
| 76 | FR0711552 | Rite Aid #3423 | 527 31st Street, Huntington, WV, 25702 | C | 1,887,010 | 13,737,002 | 17,548,450 |
| 81 | FA3535979 | A+ Care Pharmacy | 3 Chateau Lane, Barboursville, WV, 25504 | R | 583,000 | 11,724,025 | 17,365,587 |
| 84 | FW1925568 | Walgreens #11977 | 6414 US Rte 60 E, Barboursville, WV, 25504 | C | 1,297,510 | 12,352,862 | 16,600,765 |
| 88 | BW8976322 | Wal-Mart Pharmacy 10-5296 | 25 Nichols Drive, Barboursville, WV, 25504 | C | 2,456,980 | 13,488,906 | 15,747,212 |
| 93 | BK5090941 | Kroger Pharmacy #788 | 6360 U.S. Route 60, Barboursville, WV, 25504 | C | 2,087,670 | 12,323,270 | 14,578,377 |
| 98 | BF1434555 | Fruth Pharmacy #11 | 425 Camden Road, Huntington, WV, 25704 | R | 2,194,970 | 12,406,823 | 14,554,735 |
| 103 | BR3421954 | Rite Aid #3311 | 1010 South Main Street, Milton, WV, 25541 | C | 1,821,040 | 10,809,378 | 12,783,195 |
| 108 | BK0386347 | Kroger Pharmacy | #19 7th Ave. West, Huntington, WV, 25701 | C | 1,926,170 | 10,891,971 | 12,537,003 |
| 113 | AC2986872 | Rite Aid #950 | 1138 Hal Greer Boulevard, Huntington, WV, 25701 | C | 1,717,860 | 10,080,370 | 12,518,872 |
| 118 | BK4885933 | Kroger Pharmacy #792 | 2627 Fifth Avenue, Huntington, WV, 25702 | C | 1,868,660 | 10,645,245 | 12,401,601 |
| 123 | FM1877402 | Custom Script Pharmacy | 3476 US Route 60 East, Barboursville, WV, 25504 | R | 441,100 | 7,989,295 | 11,769,634 |
| 127 | BG6892625 | G and R LLC DBA Budget Discount Pharmacy | 361 Norway Avenue, Huntington, WV, 25705 | R | 1,134,270 | 8,361,161 | 10,702,572 |
| 131 | FW1365748 | Walgreens #11980 | 111 4th Ave., Huntington, WV, 25701 | C | 1,225,290 | 7,370,458 | 8,615,809 |
| 136 | BM3744489 | Medical Arts Supply DBA Medical Arts Phcy | 949 Sixth Avenue, Huntington, WV, 25701 | R | 1,000,820 | 6,158,397 | 7,291,349 |
| 140 | BS4645911 | St Mary's Hospital Pharmacy (Outpatient) | 2900 First Avenue, Huntington, WV, 25702 | R | 1,221,200 | 5,967,098 | 6,633,638 |
| 144 | AK8905018 | K Mart Pharmacy | 5636 U.S. Route 60 E, Huntington, WV, 25705 | C | 1,068,560 | 5,606,270 | 6,389,295 |
| 149 | BM6647739 | Med Associates Pharmacy, Inc | #3 Chateau Lane, Barboursville, WV, 25504 | R | 558,590 | 3,936,580 | 4,928,723 |
| 153 | FA3682348 | Ross Drug | 340 E Main St, Milton, WV, 25541 | R | 276,220 | 3,363,709 | 4,737,505 |
| 156 | BT7982196 | Target Store T-1478 | 2070 Thundering Herd Road, Barboursville, WV, 25504 | C | 641,070 | 3,752,977 | 4,455,720 |
| 160 | BR3813664 | Rite Aid Discnt Phcy #3423 | 418 Bridge Street, Huntington, WV, 25702 | C | 414,900 | 3,004,339 | 3,769,838 |

Data source: ARCOS (2006-2014)

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

**Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV**

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 163 | FH2459077 | Highlawn Preferred Pharmacy, LLC | 2828 First Ave; Suite 203, Huntington, WV, 25702 | R | 356,340 | 2,836,375 | 3,659,340 |
| 166 | AT2752497 | The Medicine Chest | 6245 Ohio River Road, Lesage, WV, 25537 | R | 378,800 | 2,332,946 | 2,748,586 |
| 169 | BC3917436 | Cabell Huntington Outpatient Pharmacy | 1600 Medical Center Drive, Huntington, WV, 25701 | R | 180,100 | 1,083,741 | 1,352,019 |
| 172 | FT4186688 | The Pharmacy @ Himg | 5170 U. S. Route 60 East Ste 150, Huntington, WV, 25705 | R | 102,100 | 838,698 | 1,146,870 |
| 175 | FR4603901 | Ross Drug of Ceredo | 2 Courtyard Lane, Barboursville, WV, 25504 | R | 4,400 | 39,478 | 55,054 |
| 178 | BC9133822 | Cornerstone Hosp of Huntington | 2900 First Ave Two East, Huntington, WV, 25702 | R | 900 | 5,693 | 7,934 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Data source: ARCOS (2006-2014)

Region: Cabelll County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: CVS Pharmacies Combined
DEA: BR4365486, BR4301545, BR4321787, AR6055025
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to CVS Pharmacies in Cabell County and the City of Huntington, WV

| DEA Number | Pharmacy / Address | Distributor | Total Dosage Units | | Weight in mg | | Total MME | |
|---|---|---|---|---|---|---|---|---|
| **Combined** | **CVS Pharmacies** | | | | | | | |
| | **Cabell County And Huntington City, WV** | | **14,204,630** | **100%** | **98,241,027** | **100%** | **124,758,090** | **100%** |
| | | CVS | 9,097,700 | 64% | 41,345,969 | 42% | 41,345,969 | 33% |
| | | Cardinal Health | 5,106,930 | 36% | 56,895,058 | 58% | 83,412,122 | 67% |
| BR4365486 | CVS/Pharmacy # 03391 | | | | | | | |
| | 2901 Fifth Ave, Huntington, WV, 25702 | | **5,137,300** | **100%** | **35,384,922** | **100%** | **44,918,097** | **100%** |
| | | CVS | 3,345,100 | 65% | 15,140,430 | 43% | 15,140,430 | 34% |
| | | Cardinal Health | 1,792,200 | 35% | 20,244,492 | 57% | 29,777,667 | 66% |
| BR4301545 | CVS/Pharmacy # 04419 | | | | | | | |
| | 505 Twentieth Street, Huntington, WV, 25703 | | **3,115,130** | **100%** | **23,042,585** | **100%** | **29,955,664** | **100%** |
| | | CVS | 1,935,800 | 62% | 8,512,138 | 37% | 8,512,138 | 28% |
| | | Cardinal Health | 1,179,330 | 38% | 14,530,447 | 63% | 21,443,527 | 72% |
| BR4321787 | CVS/Pharmacy # 04425 | | | | | | | |
| | 447 W Washington Ave, Huntington, WV, 25701 | | **3,582,100** | **100%** | **23,124,310** | **100%** | **28,564,116** | **100%** |
| | | CVS | 2,349,700 | 66% | 10,870,508 | 47% | 10,870,508 | 38% |
| | | Cardinal Health | 1,232,400 | 34% | 12,253,802 | 53% | 17,693,608 | 62% |
| AR6055025 | CVS/Pharmacy # 03480 | | | | | | | |
| | 5179 Us Route 60 East, Huntington, WV, 25705 | | **2,370,100** | **100%** | **16,689,210** | **100%** | **21,320,213** | **100%** |
| | | CVS | 1,467,100 | 62% | 6,822,893 | 41% | 6,822,893 | 32% |
| | | Cardinal Health | 903,000 | 38% | 9,866,317 | 59% | 14,497,320 | 68% |

Data source: ARCOS (2006-2014)

CVS Pharmacies Combined
DEA: BR4365486, BR4301545, BR4321787, AR6055025
Cabell County and the City of Huntington, WV

CVS Pharmacies
Total Dosage Units by Drug Family
Oxycodone
Hydrocodone
1,400,000
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0
2006
2007
2008
2009
2010
2011
2012
2013
2014

Data source: ARCOS (2006-2014)

Appendices Page A-4455 of 7542
Page 4025 of Appendix 9
P-44748 _ 00011

CVS Pharmacies Combined
DEA: BR4365486, BR4301545, BR4321787, AR6055025
Cabell County and the City of Huntington, WV



Data source: ARCOS (2006-2014) and Defendant Transactional Data

CVS Pharmacies Combined
DEA: BR4365486, BR4301545, BR4321787, AR6055025
Cabell County and the City of Huntington, WV

Cardinal Health Oxycodone Shipments to CVS Pharmacies, by Strength
Total Dosage Units
600,000
500,000
400,000
300,000
200,000
100,000
0
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
2013
2014
2015
2016
2017
2018
2019
Other
2.5
4.5
4.8355
5
5.35
7.5
9
10
13.5
15
18
20
30
36
40
60
80
325

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Appendices Page A-4499 of 7542
Page 4069 of Appendix 9
P-44748 _ 00055

CVS/Pharmacy # 03391 (3/1998 to 5/2018)
DEA: BR4365486
2901 Fifth Ave
Huntington, WV 25702

Cardinal Health Oxycodone Shipments to CVS/Pharmacy # 03391
ARCOS (2006-2014) and Defendant Transactional Data
CAH
CAH National Average to CVS (ARCOS)
CAH WV Average to CVS (ARCOS)
CAH WV Average to CVS (Defendant Data)
Total Dosage Units
30,000
25,000
20,000
15,000
10,000
5,000
0
1/1996
1/1997
1/1998
1/1999
1/2000
1/2001
1/2002
1/2003
1/2004
1/2005
1/2006
1/2007
1/2008
1/2009
1/2010
1/2011
1/2012
1/2013
1/2014
1/2015
1/2016
1/2017
1/2018
1/2019

These averages report the average of total oxycodone shipped from Cardinal Health to all active CVS pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Appendices Page A-1404 of 7542
Page 974 of Appendix 9
P-44748 _ 00068

CVS/Pharmacy # 04419 (3/1998 to 5/2018)
DEA: BR4301545
505 Twentieth Street
Huntington, WV 25703

These averages report the average of total oxycodone shipped from Cardinal Health to all active CVS pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

CVS/Pharmacy # 04425 (3/1998 to 5/2018)
DEA: BR4321787
447 W Washington Ave
Huntington, WV 25701

Cardinal Health Oxycodone Shipments to CVS/Pharmacy # 04425
ARCOS (2006-2014) and Defendant Transactional Data
CAH
CAH National Average to CVS (ARCOS)
CAH WV Average to CVS (ARCOS)
CAH WV Average to CVS (Defendant Data)
Total Dosage Units
16,000
14,000
12,000
10,000
8,000
6,000
4,000
2,000
0
1/1996
1/1997
1/1998
1/1999
1/2000
1/2001
1/2002
1/2003
1/2004
1/2005
1/2006
1/2007
1/2008
1/2009
1/2010
1/2011
1/2012
1/2013
1/2014
1/2015
1/2016
1/2017
1/2018
1/2019

These averages report the average of total oxycodone shipped from Cardinal Health to all active CVS pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Appendices Page A-1636 of 7542
Page 1206 of Appendix 9
P-44748 _ 00174

CVS/Pharmacy # 03480 (3/1998 to 5/2018)
DEA: AR6055025
5179 US Route 60 East
Huntington, WV 25705

These averages report the average of total oxycodone shipped from Cardinal Health to all active CVS pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

CVS/Pharmacy #10566 (1/2015 to 5/2018)
DEA: FW4992120
278 E Main Street
Milton, WV 25541

## Cardinal Health Oxycodone Shipments to CVS/Pharmacy #10566 ARCOS (2006-2014) and Defendant Transactional Data

These averages report the average of total oxycodone shipped from Cardinal Health to all active CVS pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

CVS Pharmacies Combined
DEA: BR4365486, BR4301545, BR4321787, AR6055025
Cabell County and the City of Huntington, WV

Hydrocodone Distribution to CVS Pharmacies

Cardinal
CVS
Total Dosage Units
200,000
180,000
160,000
140,000
120,000
100,000
80,000
60,000
40,000
20,000
0
1/1996
1/1997
1/1998
1/1999
1/2000
1/2001
1/2002
1/2003
1/2004
1/2005
1/2006
1/2007
1/2008
1/2009
1/2010
1/2011
1/2012
1/2013
1/2014
1/2015
1/2016
1/2017
1/2018
1/2019

Data source: ARCOS (2006-2014) and Defendant Transactional Data

Appendices Page A-4457 of 7542

Page 4027 of Appendix 9

P-44748 _ 00013

CVS Pharmacies Combined
DEA: BR4365486, BR4301545, BR4321787, AR6055025
Cabell County and the City of Huntington, WV

Cardinal Health Hydrocodone Shipments to CVS Pharmacies, by Strength
Total Dosage Units
1,200,000
1,000,000
800,000
600,000
400,000
200,000
0
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
2013
2014
2015
2016
2017
2018
2019
Other
2.5
5
7.5
10
20
30
40
60
80
100
120

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Appendices Page A-4478 of 7542
Page 4048 of Appendix 9
P-44748 _ 00034