# Fam Discnt Phcy of Stollings Inc. Pharmacy Report

**Fam Discnt Phcy of Stollings Inc.**
153 Stollings Avenue
Logan, WV, 25601
**DEA: BF1736567**
Drug: Oxycodone and Hydrocodone

PLAINTIFFS TRIAL
EXHIBIT
**P-44750_00001**

P-44750 _ 00001

Region: West Virginia
Time: 2006 - 2014
Seller: All Sellers
Buyer: Selected Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Selected Pharmacies in West Virginia

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BW9777559 | Westside Pharmacy | Rt 10 Cook Parkway/Logan St., Oceana, WV, 24870 | R | 7,538,690 | 88,297,612 | 123,031,135 |
| 7 | BF0660565 | Family Discount Pharmacy Inc | 360 Mount Gay Road, Mount Gay, WV, 25637 | R | 15,544,160 | 104,179,627 | 121,309,017 |
| 14 | BT5541760 | T And J Enterprises Inc DBA The Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 20 | BS7437064 | Strosnider DBA Sav-Rite Pharmacy | 50 Lincoln Street, Kermit, WV, 25674 | R | 13,169,550 | 75,542,573 | 77,440,834 |
| 25 | BH6954401 | Hurley Drug Company Inc | 210 Logan Street, Williamson, WV, 25661 | R | 9,869,830 | 59,387,314 | 64,416,766 |
| 32 | FT0251227 | Tug Valley Pharmacy, LLC | 54 W 2Nd Ave, Williamson, WV, 25661 | R | 9,827,750 | 55,309,715 | 58,213,301 |
| 38 | BC9308924 | Cross Lanes Family Pharmacy | 107 Goff Mountain Rd, Cross Lanes, WV, 25313 | R | 2,279,000 | 26,685,678 | 37,114,807 |
| 44 | AA6614603 | Aracoma Drug Co of Chapmanvil | 772 Main Street, Chapmanville, WV, 25508 | R | 3,333,180 | 23,015,891 | 27,661,373 |
| 51 | BB8263066 | Beckley Pharmacy | 455 Stanaford Road, Beckley, WV, 25801 | R | 2,307,700 | 19,223,466 | 24,682,610 |
| 56 | BP4501753 | Poca Valu-Rite Pharmacy | 119-C Main Street, Poca, WV, 25159 | R | 2,236,830 | 18,107,011 | 22,890,570 |
| 63 | BF1736567 | Fam Discnt Phcy of Stollings Inc. | 153 Stollings Avenue, Logan, WV, 25601 | R | 3,308,400 | 18,599,358 | 20,629,035 |
| 69 | BV2122353 | Van Professional Pharmacy | 19024 Pond Fork Road, Van, WV, 25206 | R | 1,919,030 | 12,805,179 | 15,333,797 |
| 76 | FS1092787 | Sav-Rite Pharmacy #2 Strosnider Drug | Route 52 Stonecoal Road, Kermit, WV, 25674 | R | 736,100 | 4,081,192 | 4,100,242 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".



Fam Discnt Phcy of Stollings Inc.
153 Stollings Avenue
Logan, WV, 25601

Fam Discnt Phcy of Stollings Inc., BF1736567
Total Dosage Units by Drug Family

Data source: ARCOS (2006-2014)

Fam Discnt Phcy of Stollings Inc. (10/2004 to 12/2015)
DEA: BF1736567
153 Stollings Avenue
Logan, Logan County, WV, 25601



Hydrocodone Distribution to Fam Discnt Phcy of Stollings Inc.

Data source: ARCOS (2006-2014) and Defendant Transactional Data

Fam Discnt Phcy of Stollings Inc. (10/2004 to 12/2015)
DEA: BF1736567
153 Stollings Avenue
Logan, WV 25601



Fam Discnt Phcy of Stollings Inc. (10/2004 to 12/2015)
DEA: BF1736567
153 Stollings Avenue
Logan, WV 25601



Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-7182 of 7542

Fam Discnt Phcy of Stollings Inc. (10/2004 to 12/2015)
DEA: BF1736567
153 Stollings Avenue
Logan, WV 25601



**McKesson Corporation Hydrocodone Shipments to Fam Discnt Phcy of Stollings Inc. ARCOS (2006-2014) and Defendant Transactional Data**

These averages report the average of total hydrocodone shipped from McKesson Corporation to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (McKesson 10/2004-12/2018)

Appendices Page A-7188 of 7542

