# Family Discount Pharmacy Report

**Family Discount Pharmacy Inc**
360 Mount Gay Road
Mount Gay, WV, 25637
**DEA: BF0660565**
Drug: Oxycodone and Hydrocodone



PLAINTIFFS TRIAL EXHIBIT
**P-44751_00001**

P-44751 _ 00001

Region: West Virginia
Time: 2006 - 2014
Seller: All Sellers
Buyer: Selected Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Selected Pharmacies in West Virginia
### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BW9777559 | Westside Pharmacy | Rt 10 Cook Parkway/Logan St., Oceana, WV, 24870 | R | 7,538,690 | 88,297,612 | 123,031,135 |
| 7 | BF0660565 | Family Discount Pharmacy Inc | 360 Mount Gay Road, Mount Gay, WV, 25637 | R | 15,544,160 | 104,179,627 | 121,309,017 |
| 14 | BT5541760 | T And J Enterprises Inc DBA The Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 20 | BS7437064 | Strosnider DBA Sav-Rite Pharmacy | 50 Lincoln Street, Kermit, WV, 25674 | R | 13,169,550 | 75,542,573 | 77,440,834 |
| 25 | BH6954401 | Hurley Drug Company Inc | 210 Logan Street, Williamson, WV, 25661 | R | 9,869,830 | 59,387,314 | 64,416,766 |
| 32 | FT0251227 | Tug Valley Pharmacy, LLC | 54 W 2Nd Ave, Williamson, WV, 25661 | R | 9,827,750 | 55,309,715 | 58,213,301 |
| 38 | BC9308924 | Cross Lanes Family Pharmacy | 107 Goff Mountain Rd, Cross Lanes, WV, 25313 | R | 2,279,000 | 26,685,678 | 37,114,807 |
| 44 | AA6614603 | Aracoma Drug Co of Chapmanvil | 772 Main Street, Chapmanville, WV, 25508 | R | 3,333,180 | 23,015,891 | 27,661,373 |
| 51 | BB8263066 | Beckley Pharmacy | 455 Stanaford Road, Beckley, WV, 25801 | R | 2,307,700 | 19,223,466 | 24,682,610 |
| 56 | BP4501753 | Poca Valu-Rite Pharmacy | 119-C Main Street, Poca, WV, 25159 | R | 2,236,830 | 18,107,011 | 22,890,570 |
| 63 | BF1736567 | Fam Discnt Phcy of Stollings Inc. | 153 Stollings Avenue, Logan, WV, 25601 | R | 3,308,400 | 18,599,358 | 20,629,035 |
| 69 | BV2122353 | Van Professional Pharmacy | 19024 Pond Fork Road, Van, WV, 25206 | R | 1,919,030 | 12,805,179 | 15,333,797 |
| 76 | FS1092787 | Sav-Rite Pharmacy #2 Strosnider Drug | Route 52 Stonecoal Road, Kermit, WV, 25674 | R | 736,100 | 4,081,192 | 4,100,242 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Family Discount Pharmacy Inc
360 Mount Gay Road
Mount Gay, WV, 25637



Family Discount Pharmacy Inc, BF0660565
Total Dosage Units by Drug Family

Data source: ARCOS (2006-2014)
Appendices Page A-5798 of 7542

12 of 78

Page 784 of Appendix 10

P-44751 _ 00008

Family Discount Pharmacy Inc (12/2002 to 11/2015)
DEA: BF0660565
360 Mount Gay Road
Mount Gay, Logan County, WV, 25637



Data source: ARCOS (2006-2014) and Defendant Transactional Data

Family Discount Pharmacy Inc (12/2002 to 11/2015)
DEA: BF0660565
360 Mount Gay Road
Mount Gay, WV 25637



Cardinal Health Hydrocodone Shipments to Family Discount Pharmacy Inc
ARCOS (2006-2014) and Defendant Transactional Data

These averages report the average of total hydrocodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Appendices Page A-6027 of 7542

Page 1013 of Appendix 10

P-44751 _ 00068

Family Discount Pharmacy Inc (12/2002 to 11/2015)
DEA: BF0660565
360 Mount Gay Road
Mount Gay, WV 25637



Cardinal Health Hydrocodone Shipments to Family Discount Pharmacy Inc, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-6037 of 7542

Family Discount Pharmacy Inc (12/2002 to 11/2015)
DEA: BF0660565
360 Mount Gay Road
Mount Gay, WV 25637



**McKesson Corporation Hydrocodone Shipments to Family Discount Pharmacy Inc
ARCOS (2006-2014) and Defendant Transactional Data**

These averages report the average of total hydrocodone shipped from McKesson Corporation to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (McKesson 10/2004-12/2018)

Appendices Page A-6043 of 7542

Family Discount Pharmacy Inc (12/2002 to 11/2015)
DEA: BF0660565
360 Mount Gay Road
Mount Gay, WV 25637



Data source: ARCOS (2006-2014) and Defendant Transactional Data (McKesson 10/2004-12/2018)
Appendices Page A-6052 of 7542

Case 3:17-cv-01362   Document 1518-14   Filed 01/13/22   Page 9 of 9 PageID #: 79078

Family Discount Pharmacy Inc (12/2002 to 11/2015)
DEA: BF0660565
360 Mount Gay Road
Mount Gay, Logan County, WV, 25637



Oxycodone Distribution to Family Discount Pharmacy Inc

Data source: ARCOS (2006-2014) and Defendant Transactional Data

Appendices Page A-5969 of 7542

Page 955 of Appendix 10

P-44751 _ 00010