# Fruth Pharmacy Report

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
**Buyer: Fruth Pharmacies Combined**
**DEA: AF1585922, BS1588168, AS7523118, BF1434555**
Drug: Oxycodone and Hydrocodone

PLAINTIFFS TRIAL
EXHIBIT
**P-44752_00001**

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BS8246349 | SafeScript Pharmacy #6 | 335 Fourth Avenue, Huntington, WV, 25701 | R | 4,414,640 | 79,370,589 | 115,590,031 |
| 5 | BT5541760 | T and J Enterprises Inc DBA Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 11 | BM9558733 | McCloud Family Pharmacy | 4541 5th Street Road, Huntington, WV, 25701 | R | 4,519,980 | 51,742,687 | 71,248,721 |
| 16 | BD0427927 | Drug Emporium | 3 Mall Rd, Barboursville, WV, 25504 | R | 3,928,100 | 37,296,167 | 49,723,696 |
| 20 | BR4365486 | CVS/Pharmacy # 03391 | 2901 Fifth Ave, Huntington, WV, 25702 | C | 5,137,300 | 35,384,922 | 44,918,097 |
| 25 | AF1585922 | Fruth Pharmacy #5 | #16 Perry Morris Square, Milton, WV, 25541 | R | 4,346,490 | 31,988,061 | 39,448,389 |
| 31 | BS1588168 | Fruth Pharmacy #12 | 1419-US RT 60 East, Huntington, WV, 25705 | R | 4,997,620 | 31,030,947 | 36,542,089 |
| 36 | BM9592381 | Medical Park Pharmacy | 5170 U.S. Route 60 East Suite 2800, Huntington, WV, 25705 | R | 2,684,760 | 23,901,727 | 31,782,773 |
| 41 | BR4301545 | CVS/Pharmacy # 04419 | 505 Twentieth Street, Huntington, WV, 25703 | C | 3,115,130 | 23,042,585 | 29,955,664 |
| 46 | BR4321787 | CVS/Pharmacy # 04425 | 447 W Washington Ave, Huntington, WV, 25701 | C | 3,582,100 | 23,124,310 | 28,564,116 |
| 51 | AR6070178 | Rite Aid #968 | 6401 US Route 60 East, Barboursville, WV, 25504 | C | 2,960,490 | 20,557,043 | 25,802,016 |
| 56 | AS7523118 | Fruth Pharmacy #2 | 125 Seventh Avenue, Huntington, WV, 25701 | R | 3,311,630 | 21,362,489 | 25,790,501 |
| 61 | BM7641512 | Medicap Pharmacy | 4352 5th Street Road, Huntington, WV, 25701 | R | 1,955,540 | 18,004,432 | 23,821,498 |
| 66 | AR6055025 | CVS/Pharmacy # 03480 | 5179 US Route 60 East, Huntington, WV, 25705 | C | 2,370,100 | 16,689,210 | 21,320,213 |
| 71 | BW5432947 | Wal-Mart Pharmacy 10-2244 | 3333 US Route 60, Huntington, WV, 25705 | C | 3,290,080 | 16,914,298 | 19,276,396 |
| 76 | FR0711552 | Rite Aid #3423 | 527 31st Street, Huntington, WV, 25702 | C | 1,887,010 | 13,737,002 | 17,548,450 |
| 81 | FA3535979 | A+ Care Pharmacy | 3 Chateau Lane, Barboursville, WV, 25504 | R | 583,050 | 11,724,025 | 17,365,587 |
| 84 | FW1925568 | Walgreens #11977 | 6414 US Rte 60 E, Barboursville, WV, 25504 | C | 1,297,510 | 12,352,862 | 16,600,765 |
| 88 | BW8976322 | Wal-Mart Pharmacy 10-5296 | 25 Nichols Drive, Barboursville, WV, 25504 | C | 2,456,980 | 13,488,906 | 15,747,212 |
| 93 | BK5090941 | Kroger Pharmacy #788 | 6360 U.S. Route 60, Barboursville, WV, 25504 | C | 2,087,670 | 12,323,270 | 14,578,377 |
| 98 | BF1434555 | Fruth Pharmacy #11 | 425 Camden Road, Huntington, WV, 25704 | R | 2,194,970 | 12,406,823 | 14,554,735 |
| 103 | BR3421954 | Rite Aid #3311 | 1010 South Main Street, Milton, WV, 25541 | C | 1,821,040 | 10,809,378 | 12,783,195 |
| 108 | BK0386347 | Kroger Pharmacy | #19 7th Ave. West, Huntington, WV, 25701 | C | 1,926,170 | 10,891,971 | 12,537,003 |
| 113 | AC2986872 | Rite Aid #950 | 1138 Hal Greer Boulevard, Huntington, WV, 25701 | C | 1,717,860 | 10,080,370 | 12,518,872 |
| 118 | BK4885933 | Kroger Pharmacy #792 | 2627 Fifth Avenue, Huntington, WV, 25702 | C | 1,868,660 | 10,645,245 | 12,401,601 |
| 123 | FM1877402 | Custom Script Pharmacy | 3476 US Route 60 East, Barboursville, WV, 25504 | R | 441,100 | 7,989,295 | 11,769,634 |
| 127 | BG6892625 | G and R LLC DBA Budget Discount Pharmacy | 361 Norway Avenue, Huntington, WV, 25705 | R | 1,134,270 | 8,361,161 | 10,702,572 |
| 131 | FW1365748 | Walgreens #11980 | 111 4th Ave., Huntington, WV, 25701 | C | 1,225,290 | 7,370,458 | 8,615,809 |
| 136 | BM3744489 | Medical Arts Supply DBA Medical Arts Phcy | 949 Sixth Avenue, Huntington, WV, 25701 | R | 1,000,820 | 6,158,397 | 7,291,349 |
| 140 | BS4645911 | St Mary's Hospital Pharmacy (Outpatient) | 2900 First Avenue, Huntington, WV, 25702 | R | 1,221,200 | 5,967,098 | 6,633,638 |
| 144 | AK8905018 | K Mart Pharmacy | 5636 U.S. Route 60 E, Huntington, WV, 25705 | C | 1,068,560 | 5,606,270 | 6,389,295 |
| 149 | BM6647739 | Med Associates Pharmacy, Inc | #3 Chateau Lane, Barboursville, WV, 25504 | R | 558,590 | 3,936,580 | 4,928,723 |
| 153 | FA3682348 | Ross Drug | 340 E Main St., Milton, WV, 25541 | R | 276,220 | 3,363,709 | 4,737,505 |
| 156 | BT7982196 | Target Store T-1478 | 2070 Thundering Herd Road, Barboursville, WV, 25504 | C | 641,070 | 3,752,977 | 4,455,720 |
| 160 | BR3813664 | Rite Aid Discnt Phcy #3423 | 418 Bridge Street, Huntington, WV, 25702 | C | 414,900 | 3,004,339 | 3,769,838 |

Data source: ARCOS (2006-2014)

P-44752 _ 00002

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV
### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 163 | FH2459077 | Highlawn Preferred Pharmacy, LLC | 2828 First Ave; Suite 203, Huntington, WV, 25702 | R | 356,340 | 2,836,375 | 3,659,340 |
| 166 | AT2752497 | The Medicine Chest | 6245 Ohio River Road, Lesage, WV, 25537 | R | 378,800 | 2,332,946 | 2,748,586 |
| 169 | BC3917436 | Cabell Huntington Outpatient Pharmacy | 1600 Medical Center Drive, Huntington, WV, 25701 | R | 180,100 | 1,083,741 | 1,352,019 |
| 172 | FT4186688 | The Pharmacy @ Himg | 5170 U. S. Route 60 East Ste 150, Huntington, WV, 25705 | R | 102,100 | 838,698 | 1,146,870 |
| 175 | FR4603901 | Ross Drug of Ceredo | 2 Courtyard Lane, Barboursville, WV, 25504 | R | 4,400 | 39,478 | 55,054 |
| 178 | BC9133822 | Cornerstone Hosp of Huntington | 2900 First Ave Two East, Huntington, WV, 25702 | R | 900 | 5,693 | 7,934 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Data source: ARCOS (2006-2014)

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Drug: Oxycodone and Hydrocodone

### Oxycodone and Hydrocodone Shipments to Fruth Pharmacies in Cabell County and the City of Huntington, WV

| DEA Number | Pharmacy / Address | Distributor | Total Dosage Units | | Weight in mg | | Total MME | |
|---|---|---|---|---|---|---|---|---|
| **Combined** | **Fruth Pharmacies** | | | | | | | |
| | **Cabell County and Huntington City, WV** | | **14,850,710** | **100%** | **96,788,321** | **100%** | **116,335,714** | **100%** |
| | | AmerisourceBergen Drug | 7,829,160 | 53% | 51,306,859 | 53% | 61,348,864 | 53% |
| | | Cardinal Health | 6,720,850 | 45% | 42,859,992 | 44% | 51,640,559 | 44% |
| | | Anda, Inc | 59,600 | 0% | 898,259 | 1% | 1,255,515 | 1% |
| | | McKesson Corporation | 45,700 | 0% | 240,495 | 0% | 240,495 | 0% |
| | | Other | 195,400 | 1% | 1,482,715 | 2% | 1,850,280 | 2% |
| AF1585922 | Fruth Pharmacy #5 | | | | | | | |
| | #16 Perry Morris Square, Milton, WV, 25541 | | **4,346,490** | **100%** | **31,988,061** | **100%** | **39,448,389** | **100%** |
| | | AmerisourceBergen Drug | 2,243,660 | 52% | 16,904,473 | 53% | 20,831,426 | 53% |
| | | Cardinal Health | 1,955,030 | 45% | 13,515,816 | 42% | 16,518,687 | 42% |
| | | Anda, Inc | 32,000 | 1% | 509,094 | 2% | 720,220 | 2% |
| | | McKesson Corporation | 41,000 | 1% | 217,641 | 1% | 217,641 | 1% |
| | | Other | 74,800 | 2% | 841,037 | 3% | 1,160,415 | 3% |
| BS1588168 | Fruth Pharmacy #12 | | | | | | | |
| | 1419-US Rt 60 East, Huntington, WV, 25705 | | **4,997,620** | **100%** | **31,030,947** | **100%** | **36,542,089** | **100%** |
| | | AmerisourceBergen Drug | 2,719,100 | 54% | 16,707,275 | 54% | 19,463,360 | 53% |
| | | Cardinal Health | 2,239,020 | 45% | 14,046,825 | 45% | 16,757,056 | 46% |
| | | Anda, Inc | 10,100 | 0% | 122,945 | 0% | 165,977 | 0% |
| | | McKesson Corporation | 3,100 | 0% | 15,589 | 0% | 15,589 | 0% |
| | | Other | 26,300 | 1% | 138,314 | 0% | 140,107 | 0% |

Data source: ARCOS (2006-2014)

Region: Cabelll County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Fruth Pharmacies in Cabell County and the City of Huntington, WV

| DEA Number | Pharmacy / Address | Distributor | Total Dosage Units | | Weight in mg | | Total MME | |
|---|---|---|---|---|---|---|---|---|
| AS7523118 | Fruth Pharmacy #2 | | | | | | | |
| | 125 Seventh Avenue, Huntington, WV, 25701 | | **3,311,630** | **100%** | **21,362,489** | **100%** | **25,790,501** | **100%** |
| | | AmerisourceBergen Drug | 1,739,900 | 53% | 11,362,897 | 53% | 13,674,608 | 53% |
| | | Cardinal Health | 1,520,230 | 46% | 9,559,272 | 45% | 11,564,854 | 45% |
| | | Anda, Inc | 12,400 | 0% | 244,443 | 1% | 347,540 | 1% |
| | | McKesson Corporation | 1,600 | 0% | 7,265 | 0% | 7,265 | 0% |
| | | Other | 37,500 | 1% | 188,613 | 1% | 196,234 | 1% |
| BF1434555 | Fruth Pharmacy #11 | | | | | | | |
| | 425 Camden Road, Huntington, WV, 25704 | | **2,194,970** | **100%** | **12,406,823** | **100%** | **14,554,735** | **100%** |
| | | AmerisourceBergen Drug | 1,126,500 | 51% | 6,332,214 | 51% | 7,379,471 | 51% |
| | | Cardinal Health | 1,006,570 | 46% | 5,738,080 | 46% | 6,799,961 | 47% |
| | | Anda, Inc | 5,100 | 0% | 21,778 | 0% | 21,778 | 0% |
| | | Other | 56,800 | 3% | 314,751 | 3% | 353,525 | 2% |

Data source: ARCOS (2006-2014)



Fruth Pharmacies
Total Dosage Units by Drug Family

■ Oxycodone  ▨ Hydrocodone

Data source: ARCOS (2006-2014)

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



### Hydrocodone Distribution to Fruth Pharmacies

■ Cardinal  ■ McKesson  ■ ABDC  ■ Other

Data source: ARCOS (2006-2014) and Defendant Transactional Data

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



**AmerisourceBergen Drug Hydrocodone Shipments to Fruth Pharmacies**
**ARCOS (2006-2014) and Defendant Transactional Data**

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00021

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



**AmerisourceBergen Drug Hydrocodone Shipments to Fruth Pharmacies, by Strength**

Legend:
- Other
- 2.5
- 5
- 7.5
- 10

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



**Cardinal Health Hydrocodone Shipments to Fruth Pharmacies**
**ARCOS (2006-2014) and Defendant Transactional Data**

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00034

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



Cardinal Health Hydrocodone Shipments to Fruth Pharmacies, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-4613 of 7542

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV

## Oxycodone Distribution to Fruth Pharmacies



Data source: ARCOS (2006-2014) and Defendant Transactional Data

P-44752 _ 00018

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



**AmerisourceBergen Drug Oxycodone Shipments to Fruth Pharmacies**
**ARCOS (2006-2014) and Defendant Transactional Data**

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00062

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



AmerisourceBergen Drug Oxycodone Shipments to Fruth Pharmacies, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00069

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



**Cardinal Health Oxycodone Shipments to Fruth Pharmacies**
**ARCOS (2006-2014) and Defendant Transactional Data**

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Fruth Pharmacies Combined
DEA: AF1585922, BS1588168, AS7523118, BF1434555
Cabell County and the City of Huntington, WV



Cardinal Health Oxycodone Shipments to Fruth Pharmacies, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Fruth Pharmacy #5
#16 Perry Morris Square
Milton, WV, 25541



Fruth Pharmacy #5, AF1585922
Total Dosage Units by Drug Family

■ Oxycodone   ⬚ Hydrocodone

Data source: ARCOS (2006-2014)

29 of 180

P-44752 _ 00094

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541

## AmerisourceBergen Drug Oxycodone Shipments to Fruth Pharmacy #5
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total oxycodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541



AmerisourceBergen Drug Oxycodone Shipments to
Fruth Pharmacy #5, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00103

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541

## Cardinal Health Oxycodone Shipments to Fruth Pharmacy #5
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total oxycodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00109

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541



Cardinal Health Oxycodone Shipments to Fruth Pharmacy #5, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00118

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541

## AmerisourceBergen Drug Hydrocodone Shipments to Fruth Pharmacy #5
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total hydrocodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541



AmerisourceBergen Drug Hydrocodone Shipments to
Fruth Pharmacy #5, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00131

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541

### Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #5
### ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total hydrocodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Fruth Pharmacy #5 (11/2004 to 5/2018)
DEA: AF1585922
#16 Perry Morris Square
Milton, WV 25541

## Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #5, by Strength



Other
2.5
5
7.5
10
20
30

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00146

Fruth Pharmacy #12
1419-US Rt 60 East
Huntington, WV, 25705



Fruth Pharmacy #12, BS1588168
Total Dosage Units by Drug Family

■ Oxycodone   ▨ Hydrocodone

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705



**AmerisourceBergen Drug Oxycodone Shipments to Fruth Pharmacy #12**
**ARCOS (2006-2014) and Defendant Transactional Data**

These averages report the average of total oxycodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705



**AmerisourceBergen Drug Oxycodone Shipments to Fruth Pharmacy #12, by Strength**

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705

## Cardinal Health Oxycodone Shipments to Fruth Pharmacy #12
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total oxycodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00182

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705

## Cardinal Health Oxycodone Shipments to Fruth Pharmacy #12, by Strength



Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00191

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705

## AmerisourceBergen Drug Hydrocodone Shipments to Fruth Pharmacy #12
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total hydrocodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705



AmerisourceBergen Drug Hydrocodone Shipments to
Fruth Pharmacy #12, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00204

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705

## Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #12
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total hydrocodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Fruth Pharmacy #12 (11/2004 to 5/2018)
DEA: BS1588168
1419-US Rt 60 East
Huntington, WV 25705

Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #12, by Strength



Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00219

Fruth Pharmacy #2
125 Seventh Avenue
Huntington, WV, 25701



Fruth Pharmacy #2, AS7523118
Total Dosage Units by Drug Family

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701



## AmerisourceBergen Drug Oxycodone Shipments to Fruth Pharmacy #2
### ARCOS (2006-2014) and Defendant Transactional Data

These averages report the average of total oxycodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00242

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701



AmerisourceBergen Drug Oxycodone Shipments to
Fruth Pharmacy #2, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701

## Cardinal Health Oxycodone Shipments to Fruth Pharmacy #2
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total oxycodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00255

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701



Cardinal Health Oxycodone Shipments to Fruth Pharmacy #2, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701

## AmerisourceBergen Drug Hydrocodone Shipments to Fruth Pharmacy #2
### ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total hydrocodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00270

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701



AmerisourceBergen Drug Hydrocodone Shipments to
Fruth Pharmacy #2, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00277

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701

## Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #2
### ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total hydrocodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Fruth Pharmacy #2 (11/2004 to 5/2018)
DEA: AS7523118
125 Seventh Avenue
Huntington, WV 25701



Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #2, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00292

Fruth Pharmacy #11
425 Camden Road
Huntington, WV, 25704



Fruth Pharmacy #11, BF1434555
Total Dosage Units by Drug Family

Data source: ARCOS (2006-2014)

101  of  180

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704



### AmerisourceBergen Drug Oxycodone Shipments to Fruth Pharmacy #11
### ARCOS (2006-2014) and Defendant Transactional Data

These averages report the average of total oxycodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704



AmerisourceBergen Drug Oxycodone Shipments to
Fruth Pharmacy #11, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00322

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704

## Cardinal Health Oxycodone Shipments to Fruth Pharmacy #11
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total oxycodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00328

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704

## Cardinal Health Oxycodone Shipments to Fruth Pharmacy #11, by Strength



Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00337

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704



**AmerisourceBergen Drug Hydrocodone Shipments to Fruth Pharmacy #11**
**ARCOS (2006-2014) and Defendant Transactional Data**

These averages report the average of total hydrocodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704



Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)

P-44752 _ 00350

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704

## Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #11
## ARCOS (2006-2014) and Defendant Transactional Data



These averages report the average of total hydrocodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00356

Fruth Pharmacy #11 (11/2004 to 5/2018)
DEA: BF1434555
425 Camden Road
Huntington, WV 25704



Cardinal Health Hydrocodone Shipments to Fruth Pharmacy #11, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

P-44752 _ 00366