# McCloud Pharmacy Report

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
**Buyer: McCloud Family Pharmacy**
**DEA: BM9558733**
Drug: Oxycodone and Hydrocodone

PLAINTIFFS TRIAL EXHIBIT
P-44754_00001

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV

### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BS8246349 | SafeScript Pharmacy #6 | 335 Fourth Avenue, Huntington, WV, 25701 | R | 4,414,640 | 79,370,589 | 115,590,031 |
| 5 | BT5541760 | T and J Enterprises Inc DBA Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 11 | BM9558733 | McCloud Family Pharmacy | 4541 5th Street Road, Huntington, WV, 25701 | R | 4,519,980 | 51,742,687 | 71,248,721 |
| 16 | BD0427927 | Drug Emporium | 3 Mall Rd, Barboursville, WV, 25504 | R | 3,928,100 | 37,296,167 | 49,723,696 |
| 20 | BR4365486 | CVS/Pharmacy # 03391 | 2901 Fifth Ave, Huntington, WV, 25702 | C | 5,137,300 | 35,384,922 | 44,918,097 |
| 25 | AF1585922 | Fruth Pharmacy #5 | #16 Perry Morris Square, Milton, WV, 25541 | R | 4,346,490 | 31,988,061 | 39,448,389 |
| 31 | BS1588168 | Fruth Pharmacy #12 | 1419-US Rt 60 East, Huntington, WV, 25705 | R | 4,997,620 | 31,030,947 | 36,542,089 |
| 36 | BM9592381 | Medical Park Pharmacy | 5170 U.S. Route 60 East Suite 2800, Huntington, WV, 25705 | R | 2,684,760 | 23,901,727 | 31,782,773 |
| 41 | BR4301545 | CVS/Pharmacy # 04419 | 505 Twentieth Street, Huntington, WV, 25703 | C | 3,115,130 | 23,042,585 | 29,955,664 |
| 46 | BR4321787 | CVS/Pharmacy # 04425 | 447 W Washington Ave, Huntington, WV, 25701 | C | 3,582,100 | 23,124,310 | 28,564,116 |
| 51 | AR6070178 | Rite Aid #968 | 6401 US Route 60 East, Barboursville, WV, 25504 | C | 2,960,490 | 20,557,043 | 25,802,016 |
| 56 | AS7523118 | Fruth Pharmacy #2 | 125 Seventh Avenue, Huntington, WV, 25701 | R | 3,311,630 | 21,362,489 | 25,790,501 |
| 61 | BM7641512 | Medicap Pharmacy | 4352 5th Street Road, Huntington, WV, 25701 | R | 1,955,540 | 18,004,432 | 23,821,498 |
| 66 | AR6055025 | CVS/Pharmacy # 03480 | 5179 US Route 60 East, Huntington, WV, 25705 | C | 2,370,100 | 16,689,210 | 21,320,213 |
| 71 | BW5432947 | Wal-Mart Pharmacy 10-2244 | 3333 US Route 60, Huntington, WV, 25705 | C | 3,290,080 | 16,914,298 | 19,276,396 |
| 76 | FR0711552 | Rite Aid #3423 | 527 31st Street, Huntington, WV, 25702 | C | 1,887,010 | 13,737,002 | 17,548,450 |
| 81 | FA3535979 | A+ Care Pharmacy | 3 Chateau Lane, Barboursville, WV, 25504 | R | 583,000 | 11,724,025 | 17,365,587 |
| 84 | FW1925568 | Walgreens #11977 | 6414 US Rte 60 E, Barboursville, WV, 25504 | C | 1,297,510 | 12,352,862 | 16,600,765 |
| 88 | BW8976322 | Wal-Mart Pharmacy 10-5296 | 25 Nichols Drive, Barboursville, WV, 25504 | C | 2,456,980 | 13,488,906 | 15,747,212 |
| 93 | BK5090941 | Kroger Pharmacy #788 | 6360 U.S. Route 60, Barboursville, WV, 25504 | C | 2,087,670 | 12,323,270 | 14,578,377 |
| 98 | BF1434555 | Fruth Pharmacy #11 | 425 Camden Road, Huntington, WV, 25704 | R | 2,194,970 | 12,406,823 | 14,554,735 |
| 103 | BR3421954 | Rite Aid #3311 | 1010 South Main Street, Milton, WV, 25541 | C | 1,821,040 | 10,809,378 | 12,783,195 |
| 108 | BK0386347 | Kroger Pharmacy | #19 7th Ave. West, Huntington, WV, 25701 | C | 1,926,170 | 10,891,971 | 12,537,003 |
| 113 | AC2986872 | Rite Aid #950 | 1138 Hal Greer Boulevard, Huntington, WV, 25701 | C | 1,717,860 | 10,080,370 | 12,518,872 |
| 118 | BK4885933 | Kroger Pharmacy #792 | 2627 Fifth Avenue, Huntington, WV, 25702 | C | 1,868,660 | 10,645,245 | 12,401,601 |
| 123 | FM1877402 | Custom Script Pharmacy | 3476 US Route 60 East, Barboursville, WV, 25504 | R | 441,100 | 7,989,295 | 11,769,634 |
| 127 | BG6892625 | G and R LLC DBA Budget Discount Pharmacy | 361 Norway Avenue, Huntington, WV, 25705 | R | 1,134,270 | 8,361,161 | 10,702,572 |
| 131 | FW1365748 | Walgreens #11980 | 111 4th Ave., Huntington, WV, 25701 | C | 1,225,290 | 7,370,458 | 8,615,809 |
| 136 | BM3744489 | Medical Arts Supply DBA Medical Arts Phcy | 949 Sixth Avenue, Huntington, WV, 25701 | R | 1,000,820 | 6,158,397 | 7,291,349 |
| 140 | BS4645911 | St Mary's Hospital Pharmacy (Outpatient) | 2900 First Avenue, Huntington, WV, 25702 | R | 1,221,200 | 5,967,098 | 6,633,638 |
| 144 | AK8905018 | K Mart Pharmacy | 5636 U.S. Route 60 E, Huntington, WV, 25705 | C | 1,068,560 | 5,606,270 | 6,389,295 |
| 149 | BM6647739 | Med Associates Pharmacy, Inc | #3 Chateau Lane, Barboursville, WV, 25504 | R | 558,590 | 3,936,580 | 4,928,723 |
| 153 | FA3682348 | Ross Drug | 340 E Main St, Milton, WV, 25541 | R | 276,220 | 3,363,709 | 4,737,505 |
| 156 | BT7982196 | Target Store T-1478 | 2070 Thundering Herd Road, Barboursville, WV, 25504 | C | 641,070 | 3,752,977 | 4,455,720 |
| 160 | BR3813664 | Rite Aid Discnt Phcy #3423 | 418 Bridge Street, Huntington, WV, 25702 | C | 414,900 | 3,004,339 | 3,769,838 |

Data source: ARCOS (2006-2014)

Appendices Page A-974 of 7542

Page 544 of Appendix 9

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

**Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV**

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 163 | FH2459077 | Highlawn Preferred Pharmacy, LLC | 2828 First Ave; Suite 203, Huntington, WV, 25702 | R | 356,340 | 2,836,375 | 3,659,340 |
| 166 | AT2752497 | The Medicine Chest | 6245 Ohio River Road, Lesage, WV, 25537 | R | 378,800 | 2,332,946 | 2,748,586 |
| 169 | BC3917436 | Cabell Huntington Outpatient Pharmacy | 1600 Medical Center Drive, Huntington, WV, 25701 | R | 180,100 | 1,083,741 | 1,352,019 |
| 172 | FT4186688 | The Pharmacy @ Himg | 5170 U. S. Route 60 East Ste 150, Huntington, WV, 25705 | R | 102,100 | 838,698 | 1,146,870 |
| 175 | FR4603901 | Ross Drug of Ceredo | 2 Courtyard Lane, Barboursville, WV, 25504 | R | 4,400 | 39,478 | 55,054 |
| 178 | BC9133822 | Cornerstone Hosp of Huntington | 2900 First Ave Two East, Huntington, WV, 25702 | R | 900 | 5,693 | 7,934 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Region: Cabelll County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: McCloud Family Pharmacy
DEA: BM9558733
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to McCloud Family Pharmacy in Cabell County and City of Huntington, WV

| DEA Number | Pharmacy / Address | Distributor | Total Dosage Units | | Weight in mg | | Total MME | |
|---|---|---|---|---|---|---|---|---|
| BM9558733 | McCloud Family Pharmacy | | | | | | | |
| | 4541 5th Street Road, Huntington, WV, 25701 | | **4,519,980** | **100%** | **51,742,687** | **100%** | **71,248,721** | **100%** |
| | | AmerisourceBergen Drug | 4,496,180 | 99% | 51,382,304 | 99% | 70,714,865 | 99% |
| | | Anda, Inc | 23,800 | 1% | 360,383 | 1% | 533,856 | 1% |



McCloud Family Pharmacy, BM9558733
Total Dosage Units by Drug Family

McCloud Family Pharmacy
4541 5th Street Road
Huntington, WV, 25701

Data source: ARCOS (2006-2014)
Appendices Page A-4663 of 7542

5 of 6

Page 4233 of Appendix 9

P-44754 _ 00010

McCloud Family Pharmacy (12/2005 to 12/2016)
DEA: BM9558733
4541 5th Street Road
Huntington, Cabell County, WV, 25701



Hydrocodone Distribution to McCloud Family Pharmacy

Data source: ARCOS (2006-2014) and Defendant Transactional Data

McCloud Family Pharmacy (12/2005 to 12/2016)
DEA: BM9558733
4541 5th Street Road
Huntington, WV 25701



AmerisourceBergen Drug Hydrocodone Shipments to McCloud Family Pharmacy ARCOS (2006-2014) and Defendant Transactional Data

These averages report the average of total hydrocodone shipped from AmerisourceBergen Drug to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)
Appendices Page A-4671 of 7542

Page 4241 of Appendix 9

P-44754 _ 00018

McCloud Family Pharmacy (12/2005 to 12/2016)
DEA: BM9558733
4541 5th Street Road
Huntington, WV 25701



Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)
Appendices Page A-4681 of 7542

Page 4251 of Appendix 9

P-44754 _ 00028

McCloud Family Pharmacy (12/2005 to 12/2016)
DEA: BM9558733
4541 5th Street Road
Huntington, Cabell County, WV, 25701



Oxycodone Distribution to McCloud Family Pharmacy

■ McKesson   ■ ABDC   ■ Other

Data source: ARCOS (2006-2014) and Defendant Transactional Data



McCloud Family Pharmacy (12/2005 to 12/2016)
DEA: BM9558733
4541 5th Street Road
Huntington, WV 25701



Data source: ARCOS (2006-2014) and Defendant Transactional Data (ABDC 6/2002-12/2018)
Appendices Page A-4709 of 7542

Page 4279 of Appendix 9

P-44754 _ 00056