# Medicine Shoppe Pharmacy Report

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
**Buyer: Medicine Shoppe Pharmacies Combined**
**DEA: BT5541760, BM7641512**
Drug: Oxycodone and Hydrocodone



PLAINTIFFS TRIAL EXHIBIT
P-44755_00001

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV

### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BS8246349 | SafeScript Pharmacy #6 | 335 Fourth Avenue, Huntington, WV, 25701 | R | 4,414,640 | 79,370,589 | 115,590,031 |
| 5 | BT5541760 | T and J Enterprises Inc DBA Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 11 | BM9558733 | McCloud Family Pharmacy | 4541 5th Street Road, Huntington, WV, 25701 | R | 4,519,980 | 51,742,687 | 71,248,721 |
| 16 | BD0427927 | Drug Emporium | 3 Mall Rd, Barboursville, WV, 25504 | R | 3,928,100 | 37,296,167 | 49,723,696 |
| 20 | BR4365486 | CVS/Pharmacy # 03391 | 2901 Fifth Ave, Huntington, WV, 25702 | C | 5,137,300 | 35,384,922 | 44,918,097 |
| 25 | AF1585922 | Fruth Pharmacy #5 | #16 Perry Morris Square, Milton, WV, 25541 | R | 4,346,490 | 31,988,061 | 39,448,389 |
| 31 | BS1588168 | Fruth Pharmacy #12 | 1419-US Rt 60 East, Huntington, WV, 25705 | R | 4,997,620 | 31,030,947 | 36,542,089 |
| 36 | BM9592381 | Medical Park Pharmacy | 5170 U.S. Route 60 East Suite 2800, Huntington, WV, 25705 | R | 2,684,760 | 23,901,727 | 31,782,773 |
| 41 | BR4301545 | CVS/Pharmacy # 04419 | 505 Twentieth Street, Huntington, WV, 25703 | C | 3,115,130 | 23,042,585 | 29,955,664 |
| 46 | BR4321787 | CVS/Pharmacy # 04425 | 447 W Washington Ave, Huntington, WV, 25701 | C | 3,582,100 | 23,124,310 | 28,564,116 |
| 51 | AR6070178 | Rite Aid #968 | 6401 US Route 60 East, Barboursville, WV, 25504 | C | 2,960,490 | 20,557,043 | 25,802,016 |
| 56 | AS7523118 | Fruth Pharmacy #2 | 125 Seventh Avenue, Huntington, WV, 25701 | R | 3,311,630 | 21,362,489 | 25,790,501 |
| 61 | BM7641512 | Medicap Pharmacy | 4352 5th Street Road, Huntington, WV, 25701 | R | 1,955,540 | 18,004,432 | 23,821,498 |
| 66 | AR6055025 | CVS/Pharmacy # 03480 | 5179 US Route 60 East, Huntington, WV, 25705 | C | 2,370,100 | 16,689,210 | 21,320,213 |
| 71 | BW5432947 | Wal-Mart Pharmacy 10-2244 | 3333 US Route 60, Huntington, WV, 25705 | C | 3,290,080 | 16,914,298 | 19,276,396 |
| 76 | FR0711552 | Rite Aid #3423 | 527 31st Street, Huntington, WV, 25702 | C | 1,887,010 | 13,737,002 | 17,548,450 |
| 81 | FA3535979 | A+ Care Pharmacy | 3 Chateau Lane, Barboursville, WV, 25504 | R | 583,000 | 11,724,025 | 17,365,587 |
| 84 | FW1925568 | Walgreens #11977 | 6414 US Rte 60 E, Barboursville, WV, 25504 | C | 1,297,510 | 12,352,862 | 16,600,765 |
| 88 | BW8976322 | Wal-Mart Pharmacy 10-5296 | 25 Nichols Drive, Barboursville, WV, 25504 | C | 2,456,980 | 13,488,906 | 15,747,212 |
| 93 | BK5090941 | Kroger Pharmacy #788 | 6360 U.S. Route 60, Barboursville, WV, 25504 | C | 2,087,670 | 12,323,270 | 14,578,377 |
| 98 | BF1434555 | Fruth Pharmacy #11 | 425 Camden Road, Huntington, WV, 25704 | R | 2,194,970 | 12,406,823 | 14,554,735 |
| 103 | BR3421954 | Rite Aid #3311 | 1010 South Main Street, Milton, WV, 25541 | C | 1,821,040 | 10,809,378 | 12,783,195 |
| 108 | BK0386347 | Kroger Pharmacy | #19 7th Ave. West, Huntington, WV, 25701 | C | 1,926,170 | 10,891,971 | 12,537,003 |
| 113 | AC2986872 | Rite Aid #950 | 1138 Hal Greer Boulevard, Huntington, WV, 25701 | C | 1,717,860 | 10,080,370 | 12,518,872 |
| 118 | BK4885933 | Kroger Pharmacy #792 | 2627 Fifth Avenue, Huntington, WV, 25702 | C | 1,868,660 | 10,645,245 | 12,401,601 |
| 123 | FM1877402 | Custom Script Pharmacy | 3476 US Route 60 East, Barboursville, WV, 25504 | R | 441,100 | 7,989,295 | 11,769,634 |
| 127 | BG6892625 | G and R LLC DBA Budget Discount Pharmacy | 361 Norway Avenue, Huntington, WV, 25705 | R | 1,134,270 | 8,361,161 | 10,702,572 |
| 131 | FW1365748 | Walgreens #11980 | 111 4th Ave., Huntington, WV, 25701 | C | 1,225,290 | 7,370,458 | 8,615,809 |
| 136 | BM3744489 | Medical Arts Supply DBA Medical Arts Phcy | 949 Sixth Avenue, Huntington, WV, 25701 | R | 1,000,820 | 6,158,397 | 7,291,349 |
| 140 | BS4645911 | St Mary's Hospital Pharmacy (Outpatient) | 2900 First Avenue, Huntington, WV, 25702 | R | 1,221,200 | 5,967,098 | 6,633,638 |
| 144 | AK8905018 | K Mart Pharmacy | 5636 U.S. Route 60 E, Huntington, WV, 25705 | C | 1,068,560 | 5,606,270 | 6,389,295 |
| 149 | BM6647739 | Med Associates Pharmacy, Inc | #3 Chateau Lane, Barboursville, WV, 25504 | R | 558,590 | 3,936,580 | 4,928,723 |
| 153 | FA3682348 | Ross Drug | 340 E Main St, Milton, WV, 25541 | R | 276,220 | 3,363,709 | 4,737,505 |
| 156 | BT7982196 | Target Store T-1478 | 2070 Thundering Herd Road, Barboursville, WV, 25504 | C | 641,070 | 3,752,977 | 4,455,720 |
| 160 | BR3813664 | Rite Aid Discnt Phcy #3423 | 418 Bridge Street, Huntington, WV, 25702 | C | 414,900 | 3,004,339 | 3,769,838 |

Data source: ARCOS (2006-2014)

Appendices Page A-974 of 7542

Page 544 of Appendix 9

P-44755 _ 00002

Region: Cabell County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Retail and Chain Pharmacies
Drug: Oxycodone and Hydrocodone

**Oxycodone and Hydrocodone Shipments to Pharmacies in Cabell County and the City of Huntington, WV**

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 163 | FH2459077 | Highlawn Preferred Pharmacy, LLC | 2828 First Ave; Suite 203, Huntington, WV, 25702 | R | 356,340 | 2,836,375 | 3,659,340 |
| 166 | AT2752497 | The Medicine Chest | 6245 Ohio River Road, Lesage, WV, 25537 | R | 378,800 | 2,332,946 | 2,748,586 |
| 169 | BC3917436 | Cabell Huntington Outpatient Pharmacy | 1600 Medical Center Drive, Huntington, WV, 25701 | R | 180,100 | 1,083,741 | 1,352,019 |
| 172 | FT4186688 | The Pharmacy @ Himg | 5170 U. S. Route 60 East Ste 150, Huntington, WV, 25705 | R | 102,100 | 838,698 | 1,146,870 |
| 175 | FR4603901 | Ross Drug of Ceredo | 2 Courtyard Lane, Barboursville, WV, 25504 | R | 4,400 | 39,478 | 55,054 |
| 178 | BC9133822 | Cornerstone Hosp of Huntington | 2900 First Ave Two East, Huntington, WV, 25702 | R | 900 | 5,693 | 7,934 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Data source: ARCOS (2006-2014)
Appendices Page A-975 of 7542

Page 545 of Appendix 9

Region: Cabelll County and the City of Huntington, WV
Time: 2006 - 2014
Seller: All Sellers
Buyer: Medicine Shoppe Pharmacies Combined
DEA: BT5541760, BM7641512
Drug: Oxycodone and Hydrocodone

Case 3:17-cv-01362   Document 1518-18   Filed 01/13/22   Page 4 of 14 PageID #: 79149

## Oxycodone and Hydrocodone Shipments to Medicine Shoppe Pharmacies in Cabell County and City of Huntington, WV

| DEA Number | Pharmacy / Address | Distributor | Total Dosage Units | | Weight in mg | | Total MME | |
|---|---|---|---|---|---|---|---|---|
| Combined | **Medicine Shoppe Pharmacies** | | | | | | | |
| | **Cabell County and Huntington City, WV** | | **5,900,850** | **100%** | **74,990,134** | **100%** | **104,202,758** | **100%** |
| | | Cardinal Health | 3,512,950 | 60% | 57,163,196 | 76% | 82,825,762 | 79% |
| | | SAJ Distributors | 1,137,000 | 19% | 5,497,789 | 7% | 5,497,789 | 5% |
| | | AmerisourceBergen Drug | 960,500 | 16% | 7,877,248 | 11% | 10,082,892 | 10% |
| | | Associated Pharmacies Inc | 201,800 | 3% | 1,744,986 | 2% | 2,290,170 | 2% |
| | | Anda, Inc | 87,100 | 1% | 1,818,535 | 2% | 2,604,317 | 2% |
| | | McKesson Corporation | 1,500 | 0% | 9,081 | 0% | 9,081 | 0% |
| | | Other | 0 | 0% | 879,298 | 1% | 892,746 | 1% |
| BT5541760 | T and J Enterprises Inc DBA Medicine Shoppe | | | | | | | |
| | 2402 Adams Avenue, Huntington, WV, 25704 | | **3,945,310** | **100%** | **56,985,703** | **100%** | **80,381,260** | **100%** |
| | | Cardinal Health | 2,736,610 | 69% | 48,852,707 | 86% | 71,449,034 | 89% |
| | | SAJ Distributors | 1,137,000 | 29% | 5,497,789 | 10% | 5,497,789 | 7% |
| | | Associated Pharmacies Inc | 29,400 | 1% | 172,539 | 0% | 172,539 | 0% |
| | | Anda, Inc | 40,800 | 1% | 1,574,289 | 3% | 2,360,071 | 3% |
| | | McKesson Corporation | 1,500 | 0% | 9,081 | 0% | 9,081 | 0% |
| | | Other | 0 | 0% | 879,298 | 2% | 892,746 | 1% |
| BM7641512 | Medicap Pharmacy | | | | | | | |
| | 4352 5th Street Road, Huntington, WV, 25701 | | **1,955,540** | **100%** | **18,004,432** | **100%** | **23,821,498** | **100%** |
| | | Cardinal Health | 776,340 | 40% | 8,310,489 | 46% | 11,376,728 | 48% |
| | | AmerisourceBergen Drug | 960,500 | 49% | 7,877,248 | 44% | 10,082,892 | 42% |
| | | Associated Pharmacies Inc | 172,400 | 9% | 1,572,447 | 9% | 2,117,631 | 9% |
| | | Anda, Inc | 46,300 | 2% | 244,246 | 1% | 244,246 | 1% |

Medicine Shoppe Pharmacies Combined
BT5541760, BM7641512
Cabell County and Huntington City, WV



Data source: ARCOS (2006-2014)
Appendices Page A-4734 of 7542

Page 4304 of Appendix 9

P-44755 _ 00013

Medicine Shoppe Pharmacies Combined
DEA: BT5541760, BM7641512
Cabell County and the City of Huntington, WV



Data source: ARCOS (2006-2014) and Defendant Transactional Data

Medicine Shoppe Pharmacies Combined
DEA: BT5541760, BM7641512
Cabell County and the City of Huntington, WV



Cardinal Health Hydrocodone Shipments to Medicine Shoppe Pharmacies
ARCOS (2006-2014) and Defendant Transactional Data

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-4755 of 7542

Page 4325 of Appendix 9

P-44755 _ 00034

Medicine Shoppe Pharmacies Combined
DEA: BT5541760, BM7641512
Cabell County and the City of Huntington, WV





Cardinal Health Hydrocodone Shipments to Medicine Shoppe Pharmacies, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-4771 of 7542

Medicine Shoppe Pharmacies Combined
DEA: BT5541760, BM7641512
Cabell County and the City of Huntington, WV



Data source: ARCOS (2006-2014) and Defendant Transactional Data

Medicine Shoppe Pharmacies Combined
DEA: BT5541760, BM7641512
Cabell County and the City of Huntington, WV



Cardinal Health Oxycodone Shipments to Medicine Shoppe Pharmacies
ARCOS (2006-2014) and Defendant Transactional Data

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-4801 of 7542

Medicine Shoppe Pharmacies Combined
DEA: BT5541760, BM7641512
Cabell County and the City of Huntington, WV



Cardinal Health Oxycodone Shipments to Medicine Shoppe Pharmacies, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-4817 of 7542

T and J Enterprises Inc DBA Medicine Shoppe
2402 Adams Avenue
Huntington, WV, 25704



T and J Enterprises Inc DBA Medicine Shoppe, BT5541760
Total Dosage Units by Drug Family

Data source: ARCOS (2006-2014)

Appendices Page A-984 of 7542

9 of 180

Page 554 of Appendix 9

P-44755 _ 00106

T and J Enterprises Inc DBA Medicine Shoppe (4/1996 to 5/2018)
DEA: BT5541760
2402 Adams Avenue
Huntington, WV 25704



These averages report the average of total oxycodone shipped from Cardinal Health to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)

Appendices Page A-1232 of 7542

Page 802 of Appendix 9

P-44755 _ 00108

T and J Enterprises Inc DBA Medicine Shoppe (4/1996 to 5/2018)
DEA: BT5541760
2402 Adams Avenue
Huntington, WV 25704



Cardinal Health Oxycodone Shipments to T and J Enterprises Inc DBA Medicine Shoppe, by Strength

Data source: ARCOS (2006-2014) and Defendant Transactional Data (Cardinal 1/1996-5/2018)
Appendices Page A-1248 of 7542