# Strosnider DBA Sav-Rite Pharmacy Report

**Strosnider DBA Sav-Rite Pharmacy**
50 Lincoln Street
Kermit, WV, 25674
**DEA: BS7437064**
Drug: Oxycodone and Hydrocodone



PLAINTIFFS TRIAL EXHIBIT
P-44759_00001

P-44759 _ 00001

Region: West Virginia
Time: 2006 - 2014
Seller: All Sellers
Buyer: Selected Pharmacies
Drug: Oxycodone and Hydrocodone

## Oxycodone and Hydrocodone Shipments to Selected Pharmacies in West Virginia

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BW9777559 | Westside Pharmacy | Rt 10 Cook Parkway/Logan St., Oceana, WV, 24870 | R | 7,538,690 | 88,297,612 | 123,031,135 |
| 7 | BF0660565 | Family Discount Pharmacy Inc | 360 Mount Gay Road, Mount Gay, WV, 25637 | R | 15,544,160 | 104,179,627 | 121,309,017 |
| 14 | BT5541760 | T And J Enterprises Inc DBA The Medicine Shoppe | 2402 Adams Avenue, Huntington, WV, 25704 | R | 3,945,310 | 56,985,703 | 80,381,260 |
| 20 | BS7437064 | Strosnider DBA Sav-Rite Pharmacy | 50 Lincoln Street, Kermit, WV, 25674 | R | 13,169,550 | 75,542,573 | 77,440,834 |
| 25 | BH6954401 | Hurley Drug Company Inc | 210 Logan Street, Williamson, WV, 25661 | R | 9,869,830 | 59,387,314 | 64,416,766 |
| 32 | FT0251227 | Tug Valley Pharmacy, LLC | 54 W 2Nd Ave, Williamson, WV, 25661 | R | 9,827,750 | 55,309,715 | 58,213,301 |
| 38 | BC9308924 | Cross Lanes Family Pharmacy | 107 Goff Mountain Rd, Cross Lanes, WV, 25313 | R | 2,279,000 | 26,685,678 | 37,114,807 |
| 44 | AA6614603 | Aracoma Drug Co of Chapmanvil | 772 Main Street, Chapmanville, WV, 25508 | R | 3,333,180 | 23,015,891 | 27,661,373 |
| 51 | BB8263066 | Beckley Pharmacy | 455 Stanaford Road, Beckley, WV, 25801 | R | 2,307,700 | 19,223,466 | 24,682,610 |
| 56 | BP4501753 | Poca Valu-Rite Pharmacy | 119-C Main Street, Poca, WV, 25159 | R | 2,236,830 | 18,107,011 | 22,890,570 |
| 63 | BF1736567 | Fam Discnt Phcy of Stollings Inc. | 153 Stollings Avenue, Logan, WV, 25601 | R | 3,308,400 | 18,599,358 | 20,629,035 |
| 69 | BV2122353 | Van Professional Pharmacy | 19024 Pond Fork Road, Van, WV, 25206 | R | 1,919,030 | 12,805,179 | 15,333,797 |
| 76 | FS1092787 | Sav-Rite Pharmacy #2 Strosnider Drug | Route 52 Stonecoal Road, Kermit, WV, 25674 | R | 736,100 | 4,081,192 | 4,100,242 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Strosnider DBA Sav-Rite Pharmacy (1/2006 to 1/2012)
DEA: BS7437064
50 Lincoln Street
Kermit, WV 25674



These averages report the average of total hydrocodone shipped from McKesson Corporation to all active retail pharmacies in the same month.
Data source: ARCOS (2006-2014) and Defendant Transactional Data (McKesson 10/2004-12/2018)

Appendices Page A-6250 of 7542

Page 1236 of Appendix 10

P-44759 _ 00027

Strosnider DBA Sav-Rite Pharmacy (1/2006 to 1/2012)
DEA: BS7437064
50 Lincoln Street
Kermit, WV 25674



Data source: ARCOS (2006-2014) and Defendant Transactional Data (McKesson 10/2004-12/2018)
Appendices Page A-6257 of 7542