| Division_DEA | Customer_Number | Customer_Name | SHP_ADDR_LIN_1 | SHP_ADDR_CITY_NAM | SHP_ADDR_ST_CD | SHP_ADDR_ZIP_5_CD | Customer_PO_Number | Customer_DEA | Customer_Chain_Id | Customer_DEA_Type | Customer_Size | Order_Date | Allocated_Dosage_to_Date | Held_Dosage | Threshold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | Reported to DEA Report of All Rx and Control Items for All West Virginia Customers from 2007 to 2012 | | | | | | | | | | | | | |
| | AMERISOURCEBERGEN | CONFIDENTIAL PROPRIETARY INFORMATION | | | | | | | | | | | | | |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 7170007 | BS8246349 | 73511 | R1 | M | 20070717 | 27500 | 1000 | 22000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 7170007 | BS8246349 | 73511 | R1 | M | 20070717 | 27500 | 2000 | 22000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 3172008 | BS8246349 | 73511 | R1 | M | 20080317 | 9200 | 2000 | 10000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 3280008 | BS8246349 | 73511 | R1 | M | 20080328 | 23700 | 200 | 19000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 32820008 | BS8246349 | 73511 | R1 | M | 20080328 | 37600 | 600 | 30000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 32820008 | BS8246349 | 73511 | R1 | M | 20080328 | 37600 | 1200 | 30000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 32820008 | BS8246349 | 73511 | R1 | M | 20080328 | 37600 | 1200 | 30000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 53500 | 100 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 53500 | 100 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 53500 | 1000 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 53500 | 500 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 53500 | 500 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 53500 | 1000 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 59900 | 500 | 55440 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 59900 | 500 | 55440 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 59900 | 500 | 55440 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 59900 | 1000 | 55440 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002516 | BD0427927 | 13522 | R1 | L | 20091209 | 59900 | 100 | 55440 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002521 | BD0427927 | 13522 | R1 | L | 20091215 | 57100 | 100 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002521 | BD0427927 | 13522 | R1 | L | 20091215 | 57100 | 100 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002521 | BD0427927 | 13522 | R1 | L | 20091215 | 57100 | 100 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002521 | BD0427927 | 13522 | R1 | L | 20091215 | 57100 | 200 | 40000 |
| RA0314562 | 010040204 | DRUG EMPORIUM | 3 MALL RD | BARBOURSVILLE | WV | 25504 | 1002521 | BD0427927 | 13522 | R1 | L | 20091215 | 62600 | 100 | 55440 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 1231092 | BS8246349 | 72401 | R1 | M | 20091231 | 43800 | 300 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 1231092 | BS8246349 | 72401 | R1 | M | 20091231 | 43800 | 200 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 1231092 | BS8246349 | 72401 | R1 | M | 20091231 | 43800 | 300 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 1231092 | BS8246349 | 72401 | R1 | M | 20091231 | 43800 | 100 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 1231092 | BS8246349 | 72401 | R1 | M | 20091231 | 43800 | 2400 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 1231092 | BS8246349 | 72401 | R1 | M | 20091231 | 43800 | 2400 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 129102 | BS8246349 | 72401 | R1 | M | 20100130 | 41000 | 300 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 129102 | BS8246349 | 72401 | R1 | M | 20100130 | 41000 | 200 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 129102 | BS8246349 | 72401 | R1 | M | 20100130 | 41000 | 2400 | 45000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 129102 | BS8246349 | 72401 | R1 | M | 20100130 | 41000 | 2400 | 45000 |
| RA0314562 | 010172197 | CABELL HUNTINGTON HOSP 340B | 1600 MEDICAL CENTER DRIVE | HUNTINGTON | WV | 25701 | OPLC033110 | AC2977556 | 72901 | H1 | S | 20100330 | 100 | 31500 | 7000 |
| RA0314562 | 010016402 | MCCLOUD FAMILY PHARMACY APSC | 4541 5TH STREET ROAD | HUNTINGTON | WV | 25701 | 20111028 | BM9558733 | 72401 | R1 | L | 20111028 | 34400 | 1800 | 37098 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 200 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 200 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 200 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 400 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 112911A | BS8246349 | 72401 | R1 | M | 20111129 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 200 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010052670 | SAFESCRIPT PHARMACY #6 APSC | 335 FOURTH AVENUE | HUNTINGTON | WV | 25701 | 113011A | BS8246349 | 72401 | R1 | M | 20111130 | 7400 | 100 | 7000 |
| RA0314562 | 010016402 | MCCLOUD FAMILY PHARMACY APSC | 4541 5TH STREET ROAD | HUNTINGTON | WV | 25701 | 20120131 | BM9558733 | 72401 | R1 | L | 20120131 | 10100 | 100 | 7000 |
| RA0314562 | 010016402 | MCCLOUD FAMILY PHARMACY APSC | 4541 5TH STREET ROAD | HUNTINGTON | WV | 25701 | 20120131 | BM9558733 | 72401 | R1 | L | 20120131 | 10100 | 100 | 7000 |

PLAINTIFFS TRIAL EXHIBIT
P-44766_00001

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | True_Percentage_ over_ Threshold | Quantity_ Ordered | Items_NDC_ Number | ABC_Item_ Number | Item_Family | Item Description | Item_Unit_ Strength_Quantity | Item_Unit_ Strength_Code | Item_Unit_ Size_Code | Item_Unit_ Size_Quantity | Item_Unit_ Dose_ Constant | Item_Form _Code | Item_ Schedule | DC | OMP_Product_Family |
| 4 | 43.18 | 2 | 00591034905 | 499917 | Hydrocodone Solid | HYDROCOD/APAP | 5/ | 500 MG | | 500 | | TAB | C3 | 010 | Hydrocodone Solid |
| 5 | 52.27 | 4 | 00591050305 | 237697 | Hydrocodone Solid | HYDROCOD/APAP | 10/ | 650 | | 500 | | TAB | C3 | 010 | Hydrocodone Solid |
| 11 | 12 | 20 | 00054457125 | 650663 | Methadone Tab | METHADONE | 10 | MG | | 100 | | TAB | C2 | 010 | Methadone Tab |
| 12 | 25.78 | 2 | 00140000601 | 713680 | Benzodiazepine Anxiety Solid | VALIUM   RP | 10 | MG | | 100 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 13 | 27.33 | 6 | 59011010710 | 533703 | Oxycodone Solid | OXYCONTIN | 80 | MG  CR | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 14 | 31.33 | 12 | 52152021502 | 927362 | Oxycodone Solid | OXYCODONE HCL | 30 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 15 | 35.33 | 12 | 52152021402 | 927355 | Oxycodone Solid | OXYCODONE HCL | 15 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 66 | 34 | 1 | 00009009001 | 291541 | Benzodiazepine Anxiety Solid | XANAX | 1 | MG | | 100 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 67 | 34.25 | 1 | 00378004001 | 489724 | Benzodiazepine Anxiety Solid | CLORAZEPATE | 7.5 | MG | | 100 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 68 | 36.75 | 1 | 00591562010 | 792325 | Benzodiazepine Anxiety Solid | DIAZEPAM | 10 | MG | | 1000 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 69 | 38 | 1 | 00781106105 | 568774 | Benzodiazepine Anxiety Solid | ALPRAZOLAM | 0.25 | MG | | 500 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 70 | 39.25 | 1 | 00781107705 | 549980 | Benzodiazepine Anxiety Solid | ALPRAZOLAM | 0.5 | MG | | 500 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 71 | 41.75 | 2 | 00781107905 | 549949 | Benzodiazepine Anxiety Solid | ALPRAZOLAM | 1 | MG | | 500 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 72 | 8.94 | 1 | 00406035705 | 497933 | Hydrocodone Solid | HYDROCOD/APAP | 5/ | 500 MG | | 500 | | TAB | C3 | 010 | Hydrocodone Solid |
| 73 | 9.84 | 1 | 00591038505 | 147780 | Hydrocodone Solid | HYDROCOD/APAP | 7.5/ | 500 MG | | 500 | | TAB | C3 | 010 | Hydrocodone Solid |
| 74 | 10.75 | 1 | 00591038705 | 324196 | Hydrocodone Solid | HYDROCOD/APAP | 7.5/ | 750 MG | | 500 | | TAB | C3 | 010 | Hydrocodone Solid |
| 75 | 12.55 | 2 | 00591054005 | 317471 | Hydrocodone Solid | HYDROCOD/APAP | 10/ | 500MG | | 500 | | TAB | C3 | 010 | Hydrocodone Solid |
| 76 | 12.73 | 1 | 50474091001 | 554469 | Hydrocodone Solid | LORTAB   RP | 10/ | 500MG | | 100 | | TAB | C3 | 010 | Hydrocodone Solid |
| 77 | 43 | 1 | 00009002901 | 291500 | Benzodiazepine Anxiety Solid | XANAX | 0.25 | MG | | 100 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 78 | 43.25 | 1 | 00009009001 | 291542 | Benzodiazepine Anxiety Solid | XANAX | 1 | MG | | 100 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 79 | 43.5 | 1 | 00378003001 | 489690 | Benzodiazepine Anxiety Solid | CLORAZEPATE | 3.75 | MG | | 100 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 80 | 44 | 2 | 00378004001 | 489724 | Benzodiazepine Anxiety Solid | CLORAZEPATE | 7.5 | MG | | 100 | | TAB | C4 | 010 | Benzodiazepine Anxiety Solid |
| 81 | 13.09 | 1 | 62037056701 | 001293 | Hydrocodone Solid | HYDROCOD/APAP | 10/ | 660 MG | | 100 | | TAB | C3 | 010 | Hydrocodone Solid |
| 82 | 0 | 3 | 59011010710 | 533703 | Oxycodone Solid | OXYCONTIN | 80 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 83 | 0 | 2 | 59011010310 | 674895 | Oxycodone Solid | OXYCONTIN | 20 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 84 | 0 | 3 | 59011010510 | 678490 | Oxycodone Solid | OXYCONTIN | 40 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 85 | 0 | 1 | 00406052301 | 530016 | Oxycodone Solid | OXYCOD/APAP | 10/ | 325 MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 86 | 4.66 | 24 | 52152021402 | 927355 | Oxycodone Solid | OXYCODONE HCL | 15 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 87 | 10 | 24 | 52152021502 | 927362 | Oxycodone Solid | OXYCODONE HCL | 30 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 88 | 0 | 3 | 59011010710 | 533703 | Oxycodone Solid | OXYCONTIN | 80 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 89 | 0 | 2 | 59011010510 | 678490 | Oxycodone Solid | OXYCONTIN | 40 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 90 | 0 | 24 | 52152021402 | 927355 | Oxycodone Solid | OXYCODONE HCL | 15 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 91 | 2.88 | 24 | 52152021502 | 927362 | Oxycodone Solid | OXYCODONE HCL | 30 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 92 | 351.42 | 63 | 63304056105 | 863338 | Codeine Solid | APAP/COD PHOS | 300/ | 60MG | | 500 | | TAB | C3 | 010 | Codeine Solid |
| 273 | 1.08 | 18 | 00228287911 | 124730 | Oxycodone Solid | OXYCODONE | 30 | MG | | 100 | | TAB | C2 | 010 | Oxycodone Solid |
| 283 | 7.14 | 1 | 00591271601 | 113783 | Methylphenidate Solid | METHYLPHEN ER | 27 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 284 | 8.57 | 1 | 50458058801 | 838763 | Methylphenidate Solid | CONCERTA | 27 | MG ER | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 285 | 11.42 | 2 | 00591271701 | 113790 | Methylphenidate Solid | METHYLPHEN ER | 36 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 286 | 14.28 | 2 | 00591271801 | 113821 | Methylphenidate Solid | METHYLPHEN ER | 54 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 287 | 15.71 | 1 | 50458058601 | 840264 | Methylphenidate Solid | CONCERTA | 36 | MG ER | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 288 | 17.14 | 1 | 50458058701 | 840447 | Methylphenidate Solid | CONCERTA | 54 | MG ER | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 289 | 18.57 | 1 | 00078043005 | 442172 | Methylphenidate Solid | FOCALIN XR | 5 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 290 | 21.42 | 2 | 00078043205 | 442297 | Methylphenidate Solid | FOCALIN XR | 20 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 291 | 22.85 | 1 | 00093527501 | 602420 | Methylphenidate Solid | DEXMETHYLPHEN | 2.5 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 292 | 28.57 | 4 | 00093527701 | 602476 | Methylphenidate Solid | DEXMETHYLPHEN | 10 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 293 | 30 | 1 | 53014058007 | 629941 | Methylphenidate Solid | METADATE CD | 20 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 294 | 31.42 | 1 | 53014058107 | 629966 | Methylphenidate Solid | METADATE CD | 30 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 296 | 7.14 | 1 | 00591271501 | 113675 | Methylphenidate Solid | METHYLPHEN ER | 18 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 297 | 8.57 | 1 | 00591271601 | 113783 | Methylphenidate Solid | METHYLPHEN ER | 27 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 298 | 10 | 1 | 50458058801 | 838763 | Methylphenidate Solid | CONCERTA | 27 | MG ER | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 299 | 11.42 | 1 | 00591271701 | 113790 | Methylphenidate Solid | METHYLPHEN ER | 36 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 300 | 12.85 | 1 | 00078043005 | 442172 | Methylphenidate Solid | FOCALIN XR | 5 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 301 | 14.28 | 1 | 00078043205 | 442297 | Methylphenidate Solid | FOCALIN XR | 20 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 302 | 15.71 | 1 | 00093527501 | 602420 | Methylphenidate Solid | DEXMETHYLPHEN | 2.5 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 303 | 18.57 | 2 | 00093527601 | 602437 | Methylphenidate Solid | DEXMETHYLPHEN | 5 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 304 | 20 | 1 | 00093527701 | 602476 | Methylphenidate Solid | DEXMETHYLPHEN | 10 | MG | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 305 | 21.42 | 1 | 50458058601 | 840264 | Methylphenidate Solid | CONCERTA | 36 | MG ER | | 100 | | TAB | C2 | 010 | Methylphenidate Solid |
| 306 | 22.85 | 1 | 00078043405 | 014480 | Methylphenidate Solid | FOCALIN XR | 40 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 307 | 24.28 | 1 | 53014058007 | 629941 | Methylphenidate Solid | METADATE CD | 20 | MG | | 100 | | CAP | C2 | 010 | Methylphenidate Solid |
| 324 | 45.71 | 1 | 63481061770 | 012505 | Oxymorphone Solid | OPANA ER | 20 | MG | | 100 | | TAB | C2 | 010 | Oxymorphone Solid |
| 325 | 47.14 | 1 | 63481057170 | 359625 | Oxymorphone Solid | OPANA ER | 30 | MG | | 100 | | TAB | C2 | 010 | Oxymorphone Solid |