| Plant | Customer Ext License | Customer | Ship To Cust. Name | Ship to Cust. Address | City | ZIP Code | Ship to Cust. State | Sales Org. | DEA Activity Code | DEA Activity Sub Cod | OMP Size | Customer Chain ID | Customer Chain Name | Material | Description | Material Group (MATKL) | Federal Schedule Indicator | NDC - 11 | Strength Qty | Strength Code | Form Code | Unit Dose | Size Quantity | Unit Size Quantity | Therapeutic Class | Therapeutic desc. | OMP Family | OMP Family Desc. | Sales Doc. Type | Sales Document | Item | OMP Calculation | OMP Relevance | Sales Type | Created on | Created on Time | Status Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010 | BM9558733 | 100065634 | *MCCLOUD FAMILY PHARMACY APSC | 4541 5TH STREET ROAD | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110110934 | 000010 | | | | 6/27/2012 | 0:00:00 | 6/27/2012 |
| 010 | BM9558733 | 100065634 | *MCCLOUD FAMILY PHARMACY APSC | 4541 5TH STREET ROAD | HUNTINGTON | 25701 | WV | 1000 | A | 0 | L | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110272437 | 000070 | | REJE | STND | 11/13/2012 | 18:09:44 | 11/13/2012 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110805479 | 000020 | Y | REJE | STND | 9/25/2013 | 18:10:49 | 9/25/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110826450 | 000020 | Y | REJE | STND | 10/7/2013 | 18:38:48 | 10/7/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110835898 | 000030 | Y | REJE | STND | 10/11/2013 | 18:00:57 | 10/14/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110857278 | 000040 | Y | REJE | STND | 10/23/2013 | 18:02:10 | 10/23/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110870254 | 000030 | Y | REJE | STND | 10/30/2013 | 18:08:09 | 10/30/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110881044 | 000040 | Y | REJE | STND | 11/5/2013 | 17:54:23 | 11/5/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110924344 | 000030 | Y | REJE | STND | 11/27/2013 | 10:51:07 | 11/27/2013 |
| 010 | FH2459077 | 100086647 | *HIGHLAWN PREFERRED PHCY APSC | 2828 FIRST AVE SUITE 203 | HUNTINGTON | 25702 | WV | 1000 | A | 0 | | | | 10110977 | LORAZEPAM 2 MG TAB 500 | GRX | 4 | 00781540805 | 2 | MG | TAB | | 500 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4407331692 | 000160 | | REJE | STND | 12/4/2013 | 17:34:09 | 12/4/2013 |
| 010 | FH2459077 | 100086647 | *HIGHLAWN PREFERRED PHCY APSC | 2828 FIRST AVE SUITE 203 | HUNTINGTON | 25702 | WV | 1000 | A | 0 | | | | 10051619 | LORAZEPAM 0.5 MG TAB 1000 | GRX | 4 | 00591024010 | 0.5 | MG | TAB | | 1000 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4407331692 | 000150 | | REJE | STND | 12/4/2013 | 17:34:09 | 12/4/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110941029 | 000030 | Y | REJE | STND | 12/6/2013 | 11:58:24 | 12/6/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110941899 | 000050 | Y | REJE | STND | 12/6/2013 | 18:16:37 | 12/9/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110953226 | 000020 | Y | REJE | STND | 12/12/2013 | 17:19:15 | 12/12/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110983946 | 000040 | Y | REJE | STND | 12/30/2013 | 17:44:32 | 12/31/2013 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5110987577 | 000060 | Y | REJE | STND | 1/1/2014 | 16:37:08 | 1/2/2014 |
| 010 | FH2459077 | 100086647 | *HIGHLAWN PREFERRED PHCY APSC | 2828 FIRST AVE SUITE 203 | HUNTINGTON | 25702 | WV | 1000 | A | 0 | | | | 10051324 | DIAZEPAM 10 MG TAB 1000 | GRX | 4 | 00591562010 | 10 | MG | TAB | | 1000 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4407955224 | 000020 | Y | REJE | STND | 12/31/2013 | 17:06:10 | 1/2/2014 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5111000951 | 000040 | Y | REJE | STND | 1/8/2014 | 18:21:01 | 1/9/2014 |
| 010 | BP0795433 | 100052263 | PHARMACY ASSOCIATES INC | 1308 FOURTH AVE | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10083652 | OXYCODONE 30 MG TAB 500 | GRX | 2 | 00603499228 | 30 | MG | TAB | | 500 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5111005358 | 000010 | | REJE | STND | 1/10/2014 | 15:42:29 | 1/13/2014 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5111012495 | 000020 | Y | REJE | STND | 1/14/2014 | 18:23:50 | 1/14/2014 |
| 010 | BP0795433 | 100052263 | PHARMACY ASSOCIATES INC | 1308 FOURTH AVE | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10083652 | OXYCODONE 30 MG TAB 500 | GRX | 2 | 00603499228 | 30 | MG | TAB | | 500 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5111014679 | 000020 | Y | REJE | STND | 1/15/2014 | 17:02:45 | 1/15/2014 |
| 010 | FH2459077 | 100086647 | *HIGHLAWN PREFERRED PHCY APSC | 2828 FIRST AVE SUITE 203 | HUNTINGTON | 25702 | WV | 1000 | A | 0 | | | | 10035840 | ALPRAZOLAM 0.5 MG TAB 1000 | GRX | 4 | 00781107710 | 0.5 | MG | TAB | | 1000 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4503503680 | 000010 | Y | REJE | STND | 2/11/2014 | 15:16:24 | 2/11/2014 |
| 010 | FH2459077 | 100086647 | *HIGHLAWN PREFERRED PHCY APSC | 2828 FIRST AVE SUITE 203 | HUNTINGTON | 25702 | WV | 1000 | A | 0 | | | | 10035833 | ALPRAZOLAM 1 MG TAB 1000 | GRX | 4 | 00781107910 | 1 | MG | TAB | | 1000 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4503503680 | 000020 | Y | REJE | STND | 2/11/2014 | 15:16:24 | 2/11/2014 |
| 010 | FA3682348 | 100096486 | *ROSS DRUG APSC | 340 E MAIN ST | MILTON | 25541 | WV | 1000 | A | 0 | S | | | 10097405 | OXYCODONE HCL 30 MG(AB) TAB 100 | GRX | 2 | 00228287911 | 30 | MG | TAB | | 100 | | 28080800 | OPIATE AGONISTS | OY | OXYCODONE 30MG SOLID ONLY | ZOCS | 5111069401 | 000070 | Y | REJE | STND | 2/11/2014 | 18:10:15 | 2/11/2014 |
| 010 | FH2459077 | 100086647 | *HIGHLAWN PREFERRED PHCY APSC | 2828 FIRST AVE SUITE 203 | HUNTINGTON | 25702 | WV | 1000 | A | 0 | | | | 10035840 | ALPRAZOLAM 0.5 MG TAB 1000 | GRX | 4 | 00781107710 | 0.5 | MG | TAB | | 1000 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4503540131 | 000010 | Y | REJE | STND | 2/12/2014 | 15:30:02 | 2/12/2014 |
| 010 | FH2459077 | 100086647 | *HIGHLAWN PREFERRED PHCY APSC | 2828 FIRST AVE SUITE 203 | HUNTINGTON | 25702 | WV | 1000 | A | 0 | | | | 10035833 | ALPRAZOLAM 1 MG TAB 1000 | GRX | 4 | 00781107910 | 1 | MG | TAB | | 1000 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4503540131 | 000020 | Y | REJE | STND | 2/12/2014 | 15:30:02 | 2/12/2014 |
| 010 | BC3917436 | 100100699 | *CABELL HUNTINGTON O/P PHY WAC | 1600 MEDICAL CENTER DRIVE | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10038662 | ALPRAZOLAM 0.25 MG TAB 500 | GRX | 4 | 59762371903 | 0.25 | MG | TAB | | 500 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4506836092 | 000470 | Y | REJE | STND | 6/13/2014 | 19:17:28 | 6/16/2014 |
| 010 | BC3917436 | 100100699 | *CABELL HUNTINGTON O/P PHY WAC | 1600 MEDICAL CENTER DRIVE | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10038760 | ALPRAZOLAM 1 MG TAB 100 | GRX | 4 | 59762372101 | 1 | MG | TAB | | 100 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4506836092 | 000490 | Y | REJE | STND | 6/13/2014 | 19:17:28 | 6/16/2014 |
| 010 | BC3917436 | 100100699 | *CABELL HUNTINGTON O/P PHY WAC | 1600 MEDICAL CENTER DRIVE | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10038662 | ALPRAZOLAM 0.25 MG TAB 500 | GRX | 4 | 59762371903 | 0.25 | MG | TAB | | 500 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4506892570 | 000670 | Y | REJE | STND | 6/16/2014 | 18:32:29 | 6/17/2014 |
| 010 | BC3917436 | 100100699 | *CABELL HUNTINGTON O/P PHY WAC | 1600 MEDICAL CENTER DRIVE | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10038661 | ALPRAZOLAM 0.25 MG TAB 100 | GRX | 4 | 59762371901 | 0.25 | MG | TAB | | 100 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4506899782 | 000050 | Y | REJE | STND | 6/16/2014 | 19:30:29 | 6/17/2014 |
| 010 | BC3917436 | 100100699 | *CABELL HUNTINGTON O/P PHY WAC | 1600 MEDICAL CENTER DRIVE | HUNTINGTON | 25701 | WV | 1000 | A | 0 | | | | 10022636 | OXAZEPAM 10 MG CAP 100 | GRX | 4 | 00781280901 | 10 | MG | CAP | | 100 | | 28240800 | BENZODIAZEPINES (ANXIO | BD | BENZODIAZEPINE ANXIETY SOLID | ZSOR | 4506899782 | 000040 | Y | REJE | STND | 6/16/2014 | 19:30:29 | 6/17/2014 |



PLAINTIFFS TRIAL EXHIBIT
P-44767_00001

P-44767 _ 00001

| | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OMP History Status | Status Description | Order quantity | Sales unit | Ordered Quantity | Delivered Qty | Confirmed Quantity | Billed Quatity | MEWS Threshold | MEWS Override value | MEWS Tot. Consumpt | Percentage % | COP Threshold Value | COP Override Value | COP Quantity | COP Result Value | COP % | TRD Threshold Value | TRD Override Value | TRD Quantity Value | TRD Result Value | TRD % | TRD Plus Threshold | TRD Plus Override | TRD Plus Quantity | TRD Plus Result | TRD PLUS % | Adj Reas Code | Adj Reas Code Desc | Adjudicated By | Order Text ID | Order OMP Text |
| 62 | CSN | Rejected by CSRA - Transmit to DEA | 5000 | | 0 | | 0 | 0 | 16650 | 0 | 20000 | 20.12% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | | ZOMP | Comments added by A044737 at 15.22.00 on date 27.06.2012 Exceeds threshold; not to release. |
| 174 | CSN | Rejected by CSRA - Transmit to DEA | 10 | EA | 1000 | 0 | 0 | 0 | 16650 | 0 | 16900 | 1.50% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 11/13/2012 19:51:11 | ZOMP | Comments added by A022224 at 19.51.09 on date 11/13/2012 Exceeds threshold; not to release. Order quantity excessive. |
| 741 | CSN | Rejected by CSRA - Transmit to DEA | 4 | EA | 400 | 0 | 0 | 0 | 4000 | 0 | 4400 | 10.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 09/25/2013 18:54:24 | ZOMP | Comments added by A008710 at 18.14.07 on date 09/25/2013 Escalating retail pharmacy. Product Family: OY Comments added by A022224 at 18.54.22 on date 09/25/2013 Exceeds threshold; not to release. |
| 770 | CSN | Rejected by CSRA - Transmit to DEA | 16 | EA | 1600 | 0 | 0 | 0 | 4000 | 0 | 4500 | 12.50% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 10/07/2013 19:03:29 | ZOMP | Comments added by A008710 at 19.00.06 on date 10/07/2013 Escalating retail pharmacy. Product Family: OY Comments added by A022224 at 19.03.27 on date 10/07/2013 Exceeds threshold; not to release. |
| 789 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4400 | 10.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A049005 10/14/2013 08:21:41 | ZOMP | Comments added by A008710 at 15.09.21 on date 10/13/2013 Escalating retail pharmacy. Product Family: OY Comments added by A049005 at 08.21.34 on date 10/14/2013 Rejected as non compliant. Exceeds threshold. |
| 814 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4200 | 5.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 10/23/2013 18:26:49 | ZOMP | Comments added by A008710 at 18.04.22 on date 10/23/2013 Escalating retail pharmacy. Product Family: OY Comments added by A022224 at 18.26.47 on date 10/23/2013 Exceeds threshold; not to release. |
| 827 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4400 | 10.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 10/30/2013 18:20:28 | ZOMP | Comments added by A008710 at 18.12.02 on date 10/30/2013 Escalating retail pharmacy. Product Family: OY Comments added by A022224 at 18.20.27 on date 10/30/2013 Exceeds threshold; not to release. |
| 858 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4400 | 10.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A062718 11/05/2013 17:56:30 | ZOMP | Comments added by A008710 at 17.55.16 on date 11/05/2013 Escalating retail pharmacy. Product Family: OY Comments added by A062718 at 17.56.28 on date 11/05/2013 Exceeds threshold; not to release. |
| 963 | CSN | Rejected by CSRA - Transmit to DEA | 6 | EA | 600 | 0 | 0 | 0 | 4000 | 0 | 4100 | 2.50% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A062718 11/27/2013 14:17:34 | ZOMP | Comments added by A009505 at 13.10.23 on date 11/27/2013 oy family Comments added by A062718 at 14.17.33 on date 11/27/2013 Exceeds threshold; not to release. |
| 982 | CSN | Rejected by CSRA - Transmit to DEA | 1 | EA | 500 | 0 | 0 | 0 | 10000 | 0 | 13600 | 36.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 12/04/2013 17:56:45 | ZOMP | Comments added by A047761 at 17.51.20 on date 12/04/2013 Retail over 25% Comments added by A022224 at 17.56.42 on date 12/04/2013 Exceeds threshold; not to release. |
| 983 | CSN | Rejected by CSRA - Transmit to DEA | 1 | EA | 1000 | 0 | 0 | 0 | 10000 | 0 | 13600 | 36.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 12/04/2013 17:56:45 | ZOMP | Comments added by A047761 at 17.51.20 on date 12/04/2013 Retail over 25% Comments added by A022224 at 17.56.42 on date 12/04/2013 Exceeds threshold; not to release. |
| 993 | CSN | Rejected by CSRA - Transmit to DEA | 3 | EA | 300 | 0 | 0 | 0 | 4000 | 0 | 4100 | 2.50% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 12/06/2013 13:51:19 | ZOMP | Comments added by A009505 at 13.40.26 on date 12/06/2013 oy family Comments added by A022224 at 13.51.17 on date 12/06/2013 Exceeds threshold; not to release. |
| 995 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4300 | 7.50% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A032179 12/09/2013 09:06:40 | ZOMP | Comments added by A008710 at 15.05.54 on date 12/08/2013 Escaliting retail pharmecy. Product Family: OY Comments added by A032179 at 09.06.34 on date 12/09/2013 Exceeds threshold; not to release. |
| 1015 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4300 | 7.50% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 12/12/2013 17:37:03 | ZOMP | Comments added by A008710 at 17.27.12 on date 12/12/2013 Escalating retail pharmacy. Product Family: OY Comments added by A022224 at 17.37.01 on date 12/12/2013 Exceeds threshold; not to release. |
| 1067 | CSN | Rejected by CSRA - Transmit to DEA | 4 | EA | 400 | 0 | 0 | 0 | 4000 | 0 | 4200 | 5.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A032179 12/31/2013 09:42:10 | ZOMP | Comments added by A008710 at 17.54.29 on date 12/30/2013 Escalating retail pharmacy. Product Family: OY Comments added by A032179 at 09.42.06 on date 12/31/2013 Exceeds threshold; not to release. |
| 1070 | CSN | Rejected by CSRA - Transmit to DEA | 4 | EA | 400 | 0 | 0 | 0 | 4000 | 0 | 4200 | 5.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A032179 01/02/2014 09:50:49 | ZOMP | Comments added by A008710 at 16.46.28 on date 01/01/2014 Escalating retail pharmacy. Product Family: OY Comments added by A032179 at 09.50.44 on date 01/02/2014 Exceeds threshold; not to release. |
| 1071 | CSN | Rejected by CSRA - Transmit to DEA | 1 | EA | 1000 | 0 | 0 | 0 | 10000 | 0 | 13000 | 30.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A032179 01/02/2014 09:52:30 | ZOMP | Comments added by A008710 at 15.02.32 on date 01/01/2014 Escalating retail pharmacy. % Over Threshold: 30 Comments added by A032179 at 09.52.23 on date 01/02/2014 Exceeds threshold; not to release. |
| 1086 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4200 | 5.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A044737 01/09/2014 08:31:28 | ZOMP | Comments added by A008710 at 19.32.54 on date 01/08/2014 Escalating retail pharmacy. Product Family: OY Comments added by A044737 at 08.31.22 on date 01/09/2014 Rejected as non compliant, exceeds threshold. |
| 1096 | CSN | Rejected by CSRA - Transmit to DEA | 10 | EA | 5000 | 0 | 0 | 0 | 8000 | 0 | 10000 | 25.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A049005 01/13/2014 08:37:35 | ZOMP | Comments added by A008710 at 15.36.14 on date 01/12/2014 Escalating retail pharmacy. Product Family: OY Comments added by A049005 at 08.37.30 on date 01/13/2014 Rejected as non compliant. Exceeds threshold. |
| 1106 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4200 | 5.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 01/14/2014 18:51:37 | ZOMP | Comments added by A008710 at 18.24.20 on date 01/14/2014 Escalating retail pharmacy. Product Famiyl: OY Comments added by A022224 at 18.51.36 on date 01/14/2014 Exceeds threshold; not to release. |
| 1109 | CSN | Rejected by CSRA - Transmit to DEA | 6 | EA | 3000 | 0 | 0 | 0 | 8000 | 0 | 8500 | 6.25% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 01/15/2014 17:25:27 | ZOMP | Comments added by A008710 at 17.23.28 on date 01/15/2014 Escalating retail pharacmy. Product family: OY Comments added by A022224 at 17.25.26 on date 01/15/2014 Exceeds threshold; not to release. |
| 1191 | CSN | Rejected by CSRA - Transmit to DEA | 2 | EA | 2000 | 0 | 0 | 0 | 10000 | 0 | 12200 | 22.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 02/11/2014 17:09:06 | ZOMP | Comments added by A008710 at 15.55.30 on date 02/11/2014 Escalating retail pharmacy. Comments added by A022224 at 17.09.04 on date 02/11/2014 Order Quantity Exceeds threshold; not to release. |
| 1192 | CSN | Rejected by CSRA - Transmit to DEA | 1 | EA | 1000 | 0 | 0 | 0 | 10000 | 0 | 12200 | 22.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 02/11/2014 17:09:06 | ZOMP | Comments added by A008710 at 15.55.30 on date 02/11/2014 Escalating retail pharmacy. Comments added by A022224 at 17.09.04 on date 02/11/2014 Order Quantity Exceeds threshold; not to release. |
| 1193 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 4000 | 0 | 4100 | 2.50% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 02/11/2014 18:48:33 | ZOMP | Comments added by A008710 at 18.25.07 on date 02/11/2014 Escalating retail pharmacy. Comments added by A022224 at 18.48.32 on date 02/11/2014 Order Quantity Exceeds threshold; not to release. |
| 1196 | CSN | Rejected by CSRA - Transmit to DEA | 2 | EA | 2000 | 0 | 0 | 0 | 10000 | 0 | 11100 | 11.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 02/12/2014 17:30:19 | ZOMP | Comments added by A008710 at 15.56.52 on date 02/12/2014 Escalating retail pharmacy. Comments added by A022224 at 17.30.18 on date 02/12/2014 Order Quantity Exceeds threshold; not to release. |
| 1197 | CSN | Rejected by CSRA - Transmit to DEA | 2 | EA | 2000 | 0 | 0 | 0 | 10000 | 0 | 11100 | 11.00% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A022224 02/12/2014 17:30:19 | ZOMP | Comments added by A008710 at 15.56.52 on date 02/12/2014 Escalating retail pharmacy. Comments added by A022224 at 17.30.18 on date 02/12/2014 Order Quantity Exceeds threshold; not to release. |
| 1420 | CSN | Rejected by CSRA - Transmit to DEA | 1 | EA | 500 | 0 | 0 | 0 | 10000 | 0 | 12560 | 25.60% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A044737 06/16/2014 08:25:20 | ZOMP | Comments added by A061035 at 13.56.49 on date 06/15/2014 further investigation required Comments added by A044737 at 08.25.13 on date 06/16/2014 Rejected as non compliant, exceeds threshold. |
| 1421 | CSN | Rejected by CSRA - Transmit to DEA | 10 | EA | 1000 | 0 | 0 | 0 | 10000 | 0 | 12560 | 25.60% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A044737 06/16/2014 08:25:20 | ZOMP | Comments added by A061035 at 13.56.49 on date 06/15/2014 further investigation required Comments added by A044737 at 08.25.13 on date 06/16/2014 Rejected as non compliant, exceeds threshold. |
| 1436 | CSN | Rejected by CSRA - Transmit to DEA | 1 | EA | 500 | 0 | 0 | 0 | 10000 | 0 | 12660 | 26.60% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A044737 06/17/2014 08:10:55 | ZOMP | Comments added by A061035 at 20.36.13 on date 06/16/2014 further investigation required Comments added by A044737 at 08.10.45 on date 06/17/2014 Rejected as non compliant, exceeds threshold. |
| 1437 | CSN | Rejected by CSRA - Transmit to DEA | 5 | EA | 500 | 0 | 0 | 0 | 10000 | 0 | 13260 | 32.60% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A044737 06/17/2014 08:11:59 | ZOMP | Comments added by A061035 at 20.35.54 on date 06/16/2014 further investigation required Comments added by A044737 at 08.11.56 on date 06/17/2014 Rejected as non compliant, exceeds threshold. |
| 1438 | CSN | Rejected by CSRA - Transmit to DEA | 1 | EA | 100 | 0 | 0 | 0 | 10000 | 0 | 13260 | 32.60% | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | | | | A044737 06/17/2014 08:11:59 | ZOMP | Comments added by A061035 at 20.35.54 on date 06/16/2014 further investigation required Comments added by A044737 at 08.11.56 on date 06/17/2014 Rejected as non compliant, exceeds threshold |