

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Moníque Alycia Christenson**
*Licensed in SC*
direct: 843.216.9366
mchristenson@motleyrice.com



January 21, 2022

Tina Smith, Deputy-in-Charge for the Charleston Division
United States District Court
Southern District of West Virginia
P. O. Box 2546
Charleston, West Virginia 25329

RE: *City of Huntington and Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*,
Case No. 3:17-cv-01362 (S.D.W.V.)
Requested Trial Exhibits

Dear Ms. Smith:

Enclosed please find those trial exhibits you requested be provide to the Clerk's office on a thumb drive for docketing. As was communicated by parties to Ms. Lilly, included is P-14122, which was originally in pdf format. However, the parties looked into converting the remaining excel files listed and determined it is not possible to do so without manually manipulating the exhibits, thus changing them from the versions that were admitted at trial. Accordingly, we proposed the clerk's office instead docket the pdf cover sheets for the following 16 exhibits.

| | | | |
|---|---|---|---|
| AM-WV-00406 | DEF-WV-03542 | P-41236 | P-42071 |
| AM-WV-00601 | P-02876 | P-41240 | P-42089 |
| AM-WV-01444 | P-14294 | P-41246 | P-43770 |
| CAH-WV-00770 | P-41234 | P-41623 | P-44275 |

Please accept our thanks for reaching out and let us know if you have any additional questions.

With my best regards,

Moníque Alycia Christenson

MT. PLEASANT, SC | MORGANTOWN, WV | CHARLESTON, WV | PROVIDENCE, RI | WASHINGTON, DC | CHERRY HILL, NJ
PHILADELPHIA, PA | HARTFORD, CT | NEW ORLEANS, LA | KANSAS CITY, MO | NEW YORK, NY



PRESS FIRMLY TO SEAL                          PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 2-Day
SEATTLE, WA
98104
JAN 25, 22
AMOUNT
**$26.95**
R2304M114172-42

1007        25329

# PRIORITY
# ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 854 565 696 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( 843 ) 696-2640

Monique Christenson
888 Western Ave
Seattle, WA, 98104

**PAYMENT BY ACCOUNT (If applicable)**
USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day    ☒ 2-Day    ☐ Military    ☐ DPO
PO ZIP Code: 98104
Scheduled Delivery Date (MM/DD/YY): 1/27/22
Postage: $26.95
Date Accepted (MM/DD/YY): 1-25-22
Scheduled Delivery Time: ☒ PM
Insurance Fee: $
COD Fee: $
Time Accepted: 3:41 ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)    PHONE ( 304 ) 347-3000

Tina Smith, Deputy-In-Charge
USDC SDWV
P.O. Box 2546
Charleston, WV

ZIP + 4® (U.S. ADDRESSES ONLY)
25329

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Weight: lbs. ozs.   ☒ Flat Rate
Acceptance Employee Initials: (initials)
Total Postage & Fees: $26.95

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

≡EMS≡

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE.**