**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

_____

CABELL COUNTY COMMISSION,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

Civil Action No. 3:17-01362

Civil Action No. 3:17-01665

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that Emily L. Ford, Esq. is withdrawing as legal counsel on behalf of McKesson Corporation in this matter effective February 11, 2022, when she will be departing Flaherty Sensabaugh Bonasso PLLC. Accordingly, it is requested that the undersigned be removed as a participant to the electronic docket in this matter.

Respectfully submitted this 10th day of February, 2022.

           */s/ Emily L. Ford*
           Jeffrey M. Wakefield (WVSB #3894)
           jwakefield@flahertylegal.com
           Emily L. Ford (WVSB #13885)
           FLAHERTY SENSABAUGH BONASSO PLLC
           P.O. Box. 3843
           Charleston, WV 25338-3843
           Telephone: (304) 345-0200
           *Counsel for McKesson Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
| Defendants. | |
| _____ | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2022, I filed a true and exact copy of the foregoing "***Notice of Withdrawal as Counsel***" via the Court's CM/ECF system which will provide service to all counsel of record.

/s/ Emily L. Ford
Emily L. Ford  (WVSB #13885)