## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST
## VIRGINIAAT HUNTINGTON

| | |
|---|---|
| THE CITY OF HUNTINGTON, W. Va.,<br>                    Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al*.,<br>                    Defendants. | CASE NO. 3:17-cv-01362<br><br><br>THE HONORABLE DAVID A. FABER |
| CABELL COUNTY COMMISSION,<br>                    Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*,<br>                    Defendants. | CASE NO. 3:17-cv-01665<br><br><br>THE HONORABLE DAVID A. FABER |

### NOTICE OF APPEARANCE ON BEHALF OF NONPARTIES CABELL HUNTINGTON HOSPITAL, INC., AND ST. MARYS MEDICAL CENTER

To the Court and counsel of record for all parties and nonparties in the above-styled action,

please take notice that Ryan Ashworth and the law firm of Ashworth Legal, LLC will serve as co-

counsel of record for nonparties, Cabell Huntington Hospital, Inc., and St. Mary's Medical Center.

Please direct all future pleadings, notices, and correspondence to the following address:

> Ryan Ashworth, Esq. (WV # 10451) (OH # 80798)
> *ASHWORTH LEGAL, LLC*
> 314 Ninth Street, Suite 100B, Huntington, WV 25701
> 307 Putnam Street, Marietta, OH 45750
> Mailing:          P.O. Box 240, Marietta, OH 45750
> ryan@ashworth-legal.com

**CABELL  HUNTINGTON  HOSPITAL,  INC.**
and **ST. MARY'S MEDICAL CENTER**

By: */s/ Ryan Q. Ashworth*

Ryan Ashworth, Esq. (WV # 10451) (OH # 80798)
***Ashworth Legal, LLC***
314 Ninth Street, Suite 100B, Huntington, WV 25701
307 Putnam Street, Marietta, OH 45750
Mailing:       P.O. Box 240, Marietta, OH 45750
Telephone:   (740) 350-0878; (304) 634-8523
Email:         ryan@ashworth-legal.com
*Co-Counsel for Cabell Huntington Hospital, Inc. and*
*St. Mary's Medical Center*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST
## VIRGINIAAT HUNTINGTON

| | |
|---|---|
| THE CITY OF HUNTINGTON, W. Va.,<br>                              Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*,<br>                              Defendants. | CASE NO. 3:17-cv-01362<br><br>THE HONORABLE DAVID A. FABER |
| CABELL COUNTY COMMISSION,<br>                              Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*,<br>                              Defendants. | CASE NO. 3:17-cv-01665<br><br>THE HONORABLE DAVID A. FABER |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that I have caused to be served a true and correct copy of the foregoing Notice of Appearance upon all counsel listed to receive notice by the Court's electronic filing and email system for the above-styled case on this 17th day of February 2022.

*/s/ Ryan Q. Ashworth*

Ryan Ashworth, Esq. (WV # 10451) (OH # 80798)

3