# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIAAT HUNTINGTON

| | |
|---|---|
| THE CITY OF HUNTINGTON, W. Va., <br>                 Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>                 Defendants. | CASE NO. 3:17-cv-01362 <br><br><br> THE HONORABLE DAVID A. FABER |
| CABELL COUNTY COMMISSION, <br>                 Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>                 Defendants. | CASE NO. 3:17-cv-01665 <br><br><br> THE HONORABLE DAVID A. FABER |

## **NOTICE OF CHANGE OF BUSINESS AND EMAIL ADDRESS**

To the Court and counsel of record for all parties and nonparties in the above-styled action, please take notice of a change of business address and change of email address for Ryan Ashworth, Esq., Co-counsel for Non-Parties Cabell Huntington Hospital, Inc. and St. Mary's Medical Center. The new business address and email address is:

> Ryan Ashworth, Esq. (WV # 10451) (OH # 80798)
> *ASHWORTH LEGAL, LLC*
> 314 Ninth Street, Suite 100B, Huntington, WV 25701
> 307 Putnam Street, Marietta, OH 45750
> Mailing:      P.O. Box 240, Marietta, OH 45750
> **ryan@ashworth-legal.com**

All future pleadings, notices and correspondence may be served upon or directed to Ryan Ashworth, Esq., as counsel of record, at the above-noted address.

**CABELL HUNTINGTON HOSPITAL, INC.
and ST. MARY'S MEDICAL CENTER**

By: */s/ Ryan Q. Ashworth*

Ryan Ashworth, Esq. (WV # 10451) (OH # 80798)
*ASHWORTH LEGAL, LLC*
314 Ninth Street, Suite 100B, Huntington, WV 25701
307 Putnam Street, Marietta, OH 45750
Mailing: P.O. Box 240, Marietta, OH 45750
Telephone: (740) 350-0878; (304) 634-8523
Email: ryan@ashworth-legal.com
*Co-Counsel for Cabell Huntington Hospital, Inc. and St. Mary's Medical Center*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST
VIRGINIAAT HUNTINGTON

| THE CITY OF HUNTINGTON, W. Va., <br>     Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>     Defendants. | CASE NO. 3:17-cv-01362 <br><br><br> THE HONORABLE DAVID A. FABER |
|---|---|
| CABELL COUNTY COMMISSION, <br>     Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>     Defendants. | CASE NO. 3:17-cv-01665 <br><br><br> THE HONORABLE DAVID A. FABER |

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that I have caused to be served a true and correct copy of the foregoing Notice of Change of Address upon all counsel listed to receive notice by the Court's electronic filing and email system for the above-styled case on this 23rd day of February, 2022.

*/s/ Ryan Q. Ashworth*
_____
Ryan Ashworth, Esq. (WV # 10451) (OH # 80798)