IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                                                 CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                                                 CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

    Showing as pending on the court's docket are:

    1) Defendants' Rule 26(c) Motion for a Protective Order Regarding Rule 45 Deposition Subpoena to Non-Party IQVIA (ECF No. 1261);

    2) Defendants' Moton to Exclude Expert Testimony of Dr. Rahul Gupta (ECF No. 1293); and

    3) Defendants' Motion to Exclude the House Energy & Commerce Committee Majority Staff Report (ECF No. 1307).

Those motions were decided immediately prior to or during trial. Rather than filing a response to ECF No. 1261, plaintiffs filed an Omnibus Motion Regarding IQVIA. See ECF No. 1264. That motion was **DENIED**. See ECF No. 1296. Given the denial of plaintiffs' IQVIA motion and the fact that trial is concluded, ECF No. 1261 is **DENIED** as moot. The motion to exclude the

testimony of Dr. Gupta was **DENIED** on May 4, 2021.  The motion to exclude the House Energy & Commerce Committee Majority Staff Report was **GRANTED** on May 18, 2021.

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 30th day of March, 2022.

ENTER:

_David A. Faber_ (signature)
David A. Faber
Senior United States District Judge