IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                          **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                          **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

Pending before the court are several motions for judgment on partial findings, pursuant to Federal Rule of Civil Procedure 52(c).  See ECF Nos. 1439, 1440, 1441, 1443, and 1446.  Having decided that it will make its findings on the full record of the trial pursuant to Rule 52(a), the court **DENIES** the motions under Rule 52(c).

Plaintiffs' motion for reconsideration of exclusion of the declaration of defendant Cardinal, see ECF No. 1397, is **DENIED.**

Plaintiffs' motion to take judicial notice, see ECF No. 1433, is **GRANTED.**

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 30th day of March, 2022.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge