```
           IN THE UNITED STATES DISTRICT COURT FOR
             THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                              CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                              CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

Pending before the court is defendant McKesson's motion to prohibit plaintiffs' improper use of the deposition testimony of Nathan Hartle.  See ECF No. 1298.  While the court agrees there is some merit to McKesson's motion, the court sees no need to make a blanket ruling.  The court has reviewed Hartle's testimony and the accompanying objections, as it has with all other deposition testimony, and will disregard inadmissible testimony.  Therefore, the motion is **DENIED**.

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 31st day of March, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge