**APPENDIX A**
**Index of Deposition Designations**

| Deponent | Transcript Designations for Deposition Date(s) |
|---|---|
| Gilberto Quintero | 12/6/2018 |