**APPENDIX B**
**Defendants' List of Exhibits Submitted With Their Deposition Designation**

| Deponent | Trial Exhibit No. | Depo Exhibit No. | Trial Exhibit Disposition |
|---|---|---|---|
| Gilberto Quintero | N/A | N/A | N/A |