# APPENDIX C
## List of Exhibits Submitted by Plaintiffs in Relation to Defendants' Deposition Designations

| Deponent | Trial Exhibit No. | Depo Exhibit No. | Trial Exhibit Disposition |
|---|---|---|---|
| Gilberto Quintero | N/A | N/A | N/A |