**APPENDIX D**
**Index of Deposition Designations Objections and Replies**

| Deponent | Transcript Designations for Deposition Date(s) |
| --- | --- |
| Gilberto Quintero | 12/6/2018 |