# APPENDIX D.1

| WITNESS NAME: | | Quintero, Gilberto | | |
|---|---|---|---|---|
| DEPOSITION DATE: | | 12/6/2018 | | |

| CARDINAL HEALTH'S AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS  * Pink = Completeness Designation | | | | REPLY DESIGNATIONS * Pink = Completeness Designation | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Page/Line Begin* | | *Page/Line End* | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| 70 | 3 | 70 | 4 | n/a | | | | | | | | | |
| 70 | 7 | 72 | 11 | n/a | | | | | | | | | |
| 72 | 14 | 74 | 17 | n/a | | | | | | | | | |
| 77 | 6 | 77 | 20 | n/a | | | | | | | | | |
| 77 | 23 | 78 | 9 | n/a | | | | | | | | | |
| 78 | 19 | 79 | 23 | n/a | | | | | | | | | |
| 80 | 2 | 80 | 15 | n/a | | | | | | | | | |
| 80 | 18 | 82 | 16 | n/a | | | | | | | | | |
| 82 | 19 | 84 | 1 | n/a | | | | | | | | | |
| 84 | 4 | 85 | 9 | n/a | | | | | | | | | |
| 85 | 12 | 87 | 2 | n/a | | | | | | | | | |
| 87 | 5 | 88 | 17 | n/a | | | | | | | | | |
| 88 | 20 | 89 | 5 | n/a | | | | | | | | | |
| 89 | 8 | 90 | 4 | n/a | | | | | | | | | |
| 90 | 7 | 90 | 20 | n/a | | | | | | | | | |
| 90 | 23 | 92 | 16 | n/a | | | | | | | | | |
| 92 | 19 | 94 | 3 | n/a | | | | | | | | | |
| 94 | 6 | 95 | 16 | n/a | | | | | | | | | |
| 95 | 19 | 96 | 4 | n/a | | | | | | | | | |
| 96 | 7 | 96 | 9 | n/a | | | | | | | | | |
| 96 | 12 | 97 | 13 | n/a | | | | | | | | | |
| 97 | 16 | 97 | 18 | n/a | | | | | | | | | |
| 97 | 22 | 98 | 8 | n/a | | | | | | | | | |
| 98 | 11 | 99 | 9 | n/a | | | | | | | | | |
| 99 | 12 | 99 | 20 | n/a | | | | | | | | | |
| 99 | 23 | 100 | 16 | n/a | | | | | | | | | |
| 100 | 19 | 101 | 6 | n/a | | | | | | | | | |
| 101 | 9 | 101 | 24 | n/a | | | | | | | | | |
| 102 | 6 | 102 | 11 | n/a | | | | | | | | | |
| 102 | 14 | 103 | 5 | n/a | | | | | | | | | |
| 103 | 9 | 104 | 2 | n/a | | | | | | | | | |
| 124 | 7 | 124 | 10 | n/a | | | | | | | | | |
| 124 | 14 | 125 | 4 | n/a | | | | | | | | | |
| 125 | 7 | 125 | 13 | n/a | | | | | | | | | |

Mash, Lisa
July 28, 2020

| WITNESS NAME: | | Quintero, Gilberto | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPOSITION DATE: | | 12/6/2018 | | | | | | | | | |
| *CARDINAL HEALTH'S AFFIRMATIVE DEPOSITION DESIGNATIONS* | | | | *COUNTER DESIGNATIONS* * *Pink* = Completeness Designation | | | | *REPLY DESIGNATIONS* * *Pink* = Completeness Designation | | | |
| *Page/Line Begin* | *Page/Line End* | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Replies to Objections |
| | | | | | | | | | | | |