# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>   Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>   Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>   Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## DEFENDANT CARDINAL HEALTH, INC.'S
## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Please take notice that, as of May 1, 2022, Williams & Connolly LLP, counsel for Defendant Cardinal Health, Inc., will be located at 680 Maine Avenue S.W., Washington, D.C. 20024.

Dated:  April 25, 2022                                    Respectfully submitted,

                                                          **CARDINAL HEALTH, INC.**

By counsel,


*/s/ Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com


Enu Mainigi
F. Lane Heard III
Jennifer G. Wicht
A. Joshua Podoll
Danielle J. Sochaczevski
J. Andrew Keyes
Joseph S. Bushur
Joshua David Tully
Loryn Helfmann
Monika I. Jasiewicz
Steven M. Pyser
Suzanne Salgado
William F. Hawkins
WILLIAMS & CONNOLLY LLP

Until May 1, 2022:
725 Twelfth Street NW
Washington, DC 20005

After May 1, 2022:
680 Maine Avenue S.W.
Washington, DC 20024

Tel:  (202) 434-5000
Fax:  (202) 434-5029

2

emainigi@wc.com
lheard@wc.com
jwicht@wc.com
apodoll@wc.com
dsochaczevski@wc.com
akeyes@wc.com
jbushur@wc.com
jtully@wc.com
lhelfmann@wc.com
ijasiewicz@wc.com
spyser@wc.com
ssalgado@wc.com
whawkins@wc.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 25th day of April 2022, the foregoing "Defendant Cardinal Health, Inc.'s Notice of Counsel's Change of Address" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ *Steven R. Ruby*
                                                Steven R. Ruby (WVSB No. 10752)