IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

**Plaintiff,**

**v.**                                              Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

**Defendants.**


**CABELL COUNTY COMMISSION,**

**Plaintiff,**

**v.**                                              Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

**Defendants.**

### JUDGMENT ORDER

For reasons set forth in the Findings of Fact and Conclusions of Law filed this day, the court hereby **ENTERS JUDGMENT** in favor of defendants.

The Clerk is directed to send a copy of this Judgment Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 4th day of July, 2022.

ENTER:

*/s/ David A. Faber*
David A. Faber
Senior United States District Judge