FILED: August 5, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1819
(3:17-cv-01362)

_____

CITY OF HUNTINGTON, WEST VIRGINIA

      Plaintiff - Appellant

v.

AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; MCKESSON CORPORATION

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Huntington |
| Originating Case Number | 3:17-cv-01362 |
| Date notice of appeal filed in originating court: | 08/02/2022 |
| Appellant(s) | City of Huntington, West Virginia |
| Appellate Case Number | 22-1819 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |