FILED: August 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1819 (L)
(3:17-cv-01362)

_____

CITY OF HUNTINGTON, WEST VIRGINIA

  Plaintiff - Appellant

v.

AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; MCKESSON CORPORATION

  Defendants - Appellees

_____

No. 22-1822
(3:17-cv-01665)

_____

CABELL COUNTY COMMISSION

  Plaintiff - Appellant

v.

AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; MCKESSON CORPORATION

  Defendants - Appellees

and

CVS HEALTH CORPORATION; WALGREENS BOOTS ALLIANCE, INC.;
THE KROGER COMPANY; RITE AID CORPORATION

    Defendants

---

O R D E R

---

    Upon consideration of submissions relative to the motions to consolidate, the court grants the motions and consolidates Case No. 22-1819 and Case No. 22-1822. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                          For the Court--By Direction

                          /s/ Patricia S. Connor, Clerk