FILED: November 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1819 (L)
(3:17-cv-01362)

_____

CITY OF HUNTINGTON, WEST VIRGINIA

    Plaintiff - Appellant

v.

AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; MCKESSON CORPORATION

    Defendants - Appellees

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk