IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

### NOTICE OF WITHDRAWAL OF MONICA I. JASIEWICZ AS COUNSEL

PLEASE TAKE NOTICE that Monica Isia Jasiewicz is withdrawing as legal counsel for Cardinal Health, Inc. in this matter effective September 5, 2023, when she departed Williams & Connolly LLP.  Accordingly, it is requested that Ms. Jasiewicz be removed as a participant to the electronic docket in this matter.

Respectfully submitted,

/s/ David R. Pogue
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)

CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

Enu Mainigi
F. Lane Heard III
Jennifer G. Wicht
A. Joshua Podoll
Danielle J. Sochaczevski
J. Andrew Keyes
Joseph S. Bushur
Joshua David Tully
Loryn Helfmann
Steven M. Pyser
Suzanne Salgado
William F. Hawkins
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard@wc.com
jwicht@wc.com
apodoll@wc.com
dsochaczevski@wc.com
akeyes@wc.com
jbushur@wc.com
jtully@wc.com
lhelfmann@wc.com
ijasiewicz@wc.com
spyser@wc.com
ssalgado@wc.com
whawkins@wc.com

*Counsel for Cardinal Health, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 7th day of September 2023, the foregoing "Notice of Withdrawal of Monica I. Jasiewicz as Counsel" was filed using the Court's CM/ECF system, which will provide service to all counsel of record.

                                            /s/ *David R. Pogue*
                                            David R. Pogue (WVSB No. 10806)