FILED: November 19, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1819 (L)
(3:17-cv-01362)

_____

CITY OF HUNTINGTON, WEST VIRGINIA

       Plaintiff - Appellant

v.

AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH,
INC.; MCKESSON CORPORATION

       Defendants - Appellees

-------------------------------

LEGAL SCHOLARS

       Amicus Curiae

THE NATIONAL ASSOCIATION OF COUNTIES; THE COUNTY
EXECUTIVES OF AMERICA; THE NATIONAL LEAGUE OF CITIES; THE
U.S. CONFERENCE OF MAYORS; THE INTERNATIONAL MUNICIPAL
LAWYERS ASSOCIATION; THE WEST VIRGINIA SHERIFFS'
ASSOCIATION; AMERICAN PUBLIC HEALTH ASSOCIATION;
NATIONAL ASSOCIATION OF COUNTY AND CITY HEALTH OFFICIALS

       Amici Supporting Appellant

———————————

No. 22-1822
(3:17-cv-01665)

———————————

CABELL COUNTY COMMISSION

      Plaintiff - Appellant

v.

AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; MCKESSON CORPORATION

      Defendants - Appellees

 and

CVS HEALTH CORPORATION; WALGREENS BOOTS ALLIANCE, INC.; THE KROGER COMPANY; RITE AID CORPORATION

      Defendants

------------------------------

LEGAL SCHOLARS

      Amicus Curiae

THE NATIONAL ASSOCIATION OF COUNTIES; THE COUNTY EXECUTIVES OF AMERICA; THE NATIONAL LEAGUE OF CITIES; THE U.S. CONFERENCE OF MAYORS; THE INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION; THE WEST VIRGINIA SHERIFFS' ASSOCIATION; AMERICAN PUBLIC HEALTH ASSOCIATION; NATIONAL ASSOCIATION OF COUNTY AND CITY HEALTH OFFICIALS

      Amici Supporting Appellant

## M A N D A T E

The judgment of this court, entered October 28, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*