```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                             **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                             **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## <u>ORDER</u>

By Judgment entered October 28, 2025, the United States Court of Appeals for the Fourth Circuit vacated the judgment entered in this case and remanded the case to the district court for further proceedings. To determine what those "further proceedings" might entail, the court **SCHEDULES** a hearing in this matter for December 16, 2025, at 10:00 a.m., in Charleston. The parties are **DIRECTED** to file a written submission, of no more than five pages in length, with the court prior to that hearing, on or before December 8, 2025, setting forth their position as to what further proceedings they

deem necessary to comply with the Fourth Circuit's opinion and a proposed timeline for moving forward.

The Clerk is directed to send a copy of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 24th day of November, 2025.

ENTER:

David A. Faber
Senior United States District Judge