**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:17-01655<br>Hon. David A. Faber |

**JOINT SUBMISSION REGARDING PROCEDURE ON REMAND**

On November 24, 2025, this Court entered an order directing the parties to file a written submission addressing the nature of further proceedings on remand. Dkt. No. 1554. The parties have conferred and make this joint submission in response to that order, though they disagree on one aspect of the procedure that the Court should follow.

The parties agree that the Court need not reopen the evidentiary record and that only written submissions are needed to resolve the issues presented on remand. They further agree that the evidence in the existing trial record is not stale or otherwise insufficient because it has not been updated, and they agree not to object to the Court's reliance on the existing trial record as to any question of fact. They disagree, however, on the form that the written submissions should take.

Plaintiffs propose that the parties submit revised proposed findings of fact and conclusions of law by January 30, 2026, and submit responses to each other's proposed findings and conclusions by February 20, 2026. The previous findings and conclusions were submitted without the benefit of the Fourth Circuit's binding conclusions regarding West Virgina public nuisance law, the law of proximate causation, the duties imposed by the Controlled Substances Act, and scope of the remedy of abatement in a public nuisance case. Should it be helpful to the Court, the parties can provide the Court with a "redlined" version of their proposed findings and conclusions which will highlight the changes. Moreover, the parties previously did not have the opportunity to respond to each other's proposed findings. The parties' responses to each other's proposed findings and conclusions will also assist the Court in focusing on the issues where there are disagreements between them. Plaintiffs further disagree with Defendants' position that the prior findings and conclusions are "unaffected" by the Fourth Circuit's opinion, which addressed every disputed legal issue. Finally, the Court's previous order did not address a number of issues that the parties raised in the case. In light of the comprehensive nature of the Fourth Circuit's opinion affecting every issue in this case, Plaintiffs believe that submitting comprehensive proposed findings of fact and conclusions of law and then responding to each other's submissions is appropriate.

Defendants propose that the parties instead submit briefs specifically addressing the question of how the Fourth Circuit opinion affects the case, which is the issue before the Court on remand. Defendants contend that briefs focused on that issue will be far more informative to the Court than sifting through hundreds of pages of resubmitted findings and conclusions that will be largely unaffected by the appellate decision. Remand is not an invitation for the parties to relitigate issues on which the appellate ruling has no bearing, nor does the Fourth Circuit opinion

change the factual record that the parties and the Court have already addressed in painstaking detail. And briefing focused on the question at hand would allow much more efficient use of the time of the Court and the parties. Defendants therefore propose that simultaneous opening briefs of up to 50 pages be due January 30, 2026, with responses of up to 25 pages due February 20, 2026.

The parties jointly request that the Court schedule a one-day hearing approximately 30 days after the close of briefing.

DATED: December 8, 2025

Respectfully submitted,

**CARDINAL HEALTH, INC.**

*/s/ Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
**CAREY DOUGLAS KESSLER & RUBY PLLC**
707 Virginia St., E., Ste. 901
Charleston, WV 25301
Tel: (304) 345-1234
Fax: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.com

**MCKESSON CORPORATION**

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
**FLAHERTY SENSABAUGH BONASSO PLLC**

*/s/ Timothy C. Hester*
Timothy C. Hester
Christian J. Pistilli
Laura Flahive Wu
Andrew P. Stanner
**COVINGTON & BURLING LLP**
One CityCenter

P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
cpistilli@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
Tel: (212) 841-1000
pschmidt@cov.com

**AMERISOURCEBERGEN DRUG CORPORATION**

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
**JACKSON KELLY PLLC**
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Joseph J. Mahady
Anne Rollins Bohnet
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

**THE CITY OF HUNTINGTON**

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com

**CABELL COUNTY COMMISSION**

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL & FULLER LLC**
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
Mobile: 304-654-8281
paul@farrellfuller.com

jrice@motleyrice.com

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

/s/ *Anthony J. Majestro*
Anthony J. Majestro (WVSB No. 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite 807
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

**CERTIFICATE OF SERVICE**

The foregoing document was served upon counsel of record on December 8, 2025, using the CM/ECF filing system.

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)