```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                        CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                          CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

## ORDER

    For reasons appearing to the court, the hearing in this matter scheduled for December 16, 2025, at 10:00 a.m., in Charleston, is **CANCELLED**.

    The Clerk is directed to send a copy of this Order to those counsel of record who have registered to receive an electronic NEF.

    **IT IS SO ORDERED** this 10th day of December, 2025.

                                                 ENTER:

                                                 *David A. Faber*

                                                 David A. Faber
                                                 Senior United States District Judge